ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JUL 1 6 2004
U.S. COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 01-201L
(Honorable Victor J. Wolski)

**JOINT STATUS REPORT**

Pursuant to this Court's Order on June 25, 2004, the parties, by and through undersigned counsel, respectfully submit this Joint Status Report. This Report does not address all topics set forth in Appendix A of the RCFC, which were addressed in the Joint Preliminary Status Report filed with the Court prior to the Status Conference on May 25, 2004. The Report only addresses the topics discussed by the parties in the conference held on July 11, 2004. For those subjects on which the parties do not agree, the parties submit their separate respective positions.

1. Meet and Confer. The parties held a telephonic meet and confer session on July 11, 2004, at which the following issues were discussed.

a. The Defendant intends to respond to the outstanding discovery requests by the agreed date of July 16, 2004. The parties agreed that a portion of the documents to be produced would be images on one or more CDs and some paper copies as well. The parties agreed further that certain documents, consisting primarily of easements acquired by the Defendant in the past, would be made available for inspection and copied only if necessary.

b. The Parties also discussed procedures to bring this and the related cases to trial. The Parties discussed attempting to bring discrete issues before the Court for early decision. The relative merits of grouping Plaintiffs by geographic similarities, and by geographic diversity were discussed with no consensus. Plaintiffs are in the process of compiling groups of 10-20 properties and intend to propose one or more groups for trial at the status conference scheduled for July 20.

Defendant maintains that plaintiffs' proposed approach of compiling groups of 10-20 properties will not expedite resolution of this matter, as it would require dozens, if not hundreds of trials. Further, defendant believes that any attempt at grouping plaintiffs by geographic or other characteristics should be deferred until after all claims have been filed. Plaintiffs' counsel have represented that they intend to file additional complaints, totaling approximately 2,300 properties. Thus to date, defendant has been made aware of less than one-quarter of the total potential claims.[1]

Defendant proposes proceeding first with the plaintiffs named as "representative plaintiffs" for the proposed class action in the <u>Testwuide</u> matter. These individuals, by plaintiffs' own admission, provide some geographic distribution of the claims, currently, or expected to be before the court. In addition to providing a geographic distribution of claims, the <u>Testwuide</u> plaintiffs could be tried more expeditiously, since much of the discovery for those claims has already been completed. While the <u>Testwuide</u> case is being prepared for trial, the parties can meet and confer on further proceedings to resolve the remaining claims. Such a schedule will provide plaintiffs with an opportunity to file more complaints while the trial of the original <u>Testwuide</u> plaintiffs is ongoing. At the conclusion of the <u>Testwuide</u> case, defendant believes

[1] Defendant reserves the right to object to the addition of any new plaintiffs as barred by the six-year statue of limitations or other appropriate grounds.

that the parties will be in a better position to resolve some of the outstanding issues. After the resolution of the Testwuide case, the parties will have additional information which will provide guidance to the parties for the disposition of the remaining cases.

This Joint Status Report was prepared by counsel for the plaintiffs and counsel for the defendant. To expedite the filing of this joint motion, plaintiffs' counsel has authorized the undersigned counsel of record for defendant to file this report without his signature.

Dated: July 16, 2004

Respectfully submitted,

Kieron F. Quinn (by Julia Evans)
Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Towson, MD 21204
(410) 825-2300
(410) 825-0066 fax
kfquinn@quinnlaw.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Charles R. Hofheimer

Julia K. Evans
Julia Evans
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 514-4485
(202) 305-0267 fax
Julia.Evans@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Charles R. Hofheimer
Jack E. Ferrebee
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
jferrebee@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com

steven.bryant@usdoj.gov

Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16st day of July, 2004, a copy of the foregoing **Joint Status Report** was faxed to Judge Wolski's chambers, emailed to opposing counsel and served on the following by placing a copy in the United States mail, first-class postage prepaid, addressed as follows:

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Towson, MD 21204

Felecia Lesesne