**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CAROL AND ROBERT TESTWUIDE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No.: 01-201L<br>(Honorable Victor J. Wolski) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order on July 29, 2004, the parties, by and through undersigned counsel, respectfully submit this Joint Status Report. This Report does not address all topics set forth in Appendix A of the RCFC, which were addressed in the Joint Preliminary Status Report filed with the Court prior to the Status Conference on May 25, 2004. The Report only addresses those topics discussed by the parties in accordance with the Court's Order of July 29, 2004. For those subjects on which the parties do not agree, the parties submit their separate respective positions.

1. Statute of Limitations. In accordance with the Court's July 29 Order, the Parties filed memoranda on September 9, 2004 setting forth their respective positions as to tolling the statute of limitations during the pendency of the motion for class certification.

2. Meet and Confer. The parties held a telephonic meet and confer session on September 9, 2004, at which the following issues were discussed.

a. The Parties had previously scheduled the discovery deposition of Plaintiff, Robert Testwuide, for Friday, September 10, 2004. On September 9, 2004, the parties agreed to

cancel the deposition of Mr. Testwuide because he was extremely ill and hospitalized. The Parties agreed to leave open the possibility of his deposition in the future.

This Joint Status Report was prepared by counsel for the plaintiffs and counsel for the defendant. To expedite the filing of this joint status report, plaintiffs' counsel will electronically file it on behalf of both parties.

Dated: September 14, 2004

Respectfully submitted,

/s/
Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Towson, MD 21204
(410) 825-2300
(410) 825-0066 fax
kfquinn@quinnlaw.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Charles R. Hofheimer
Jack E. Ferrebee
Kristen D. Hofheimer

/s/
Julia Evans
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 514-4485
(202) 305-0267 fax
Julia.Evans@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Robert J. Smith

Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
jferrebee@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com

Mary Raivel
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374