# In the United States Court of Federal Claims

No. 01-201L
(Filed September 20, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On September 16, 2004, the Court held a status conference by telephone in this case. During this conference, the coordination of this case with the cases *Burlage, et al. v. United States*, No. 04-120L, *Adams, et al. v. United States*, No. 04-279L, *Anderson, et al. v. United States*, No. 04-333L, *Beagle, et al. v. United States*, No. 04-1176L, *Aralar, et al. v. United States*, No. 04-1280L, and *Whitley, et al. v. United States*, No. 04-1331L, was discussed. The following was determined:

1. Determination of Parties for Test Case. Counsel for the parties in this case and the six cases referenced above will meet and confer over the next two months to attempt to determine a combination of parties whose claims may appropriately be tried together in a test case (or test cases).

2. Joint Status Report. On or by Monday, **November 15, 2004**, the parties in this case shall file a Joint Status Report detailing the results of the discussions described above. If the parties are able to agree on a combination of plaintiffs whose claims may be tried together in a test case, these plaintiffs should be identified in the report and a schedule for further proceedings in the test case(s) should be proposed.

3. Status Conference. A status conference in this case and the six other above-referenced cases will be held by telephone on Thursday, **November 18, 2004** at 10:00 a.m.

**IT IS SO ORDERED**.

/s/Victor J. Wolski

**VICTOR J. WOLSKI**
Judge