**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CAROL AND ROBERT TESTWUIDE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 01-201-L<br>Honorable Victor J. Wolski |

**JOINT MOTION FOR CONTINUANCE OF NOVEMBER 18, 2004 STATUS CONFERENCE AND ENLARGEMENT OF TIME TO FILE A JOINT STATUS REPORT**

Plaintiffs and Defendant ("Parties") jointly move this Court for (1) a continuance of the status conference presently scheduled for November 18, 2004 at 10:00 A.M. until December 20, 2004, and (2) a 31-day enlargement of time to file a joint status report, currently due November 15, 2004, until December 16, 2004.

Pursuant to this Court's order of September 20, 2004, the Parties have conferred in an effort to identify plaintiffs from this case, as well as Burlage, et. al. v. United States, No. 04-120L; Adams v. United States, No. 04-279L; Anderson v. United States, No. 04-333L; Beagle v. United States, No. 04-1176L; Aralar v. United States, No. 04-1280L; and Whitley v. United States, No. 04-1331, to be tried in a test case (or test cases). Collectively, there are approximately 3400 plaintiffs and 2100 properties scattered among various neighborhoods in Virgina Beach, Virginia and Chesapeake, Virginia. The Parties concur that identifying plaintiffs from geographically discreet clusters for test cases is worthwhile because of the potential for streamlining the litigation of the above-

referenced cases. Although progress has been made, the Parties need more time to continue this effort.

No previous requests for a continuance of the status conference or an enlargement of time have been submitted by either party.

WHEREFORE, the Parties request the Court continue the November18, 2004 status conference until December 20, 2004, and grant an enlargement of time to file a joint status report until December 16, 2004.

Respectfully submitted this 1st day of November, 2004.

s// Kieron F. Quinn
Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Towson, MD 21204
(410) 825-2300
(410) 825-0066 fax
kfquinn@quinnlaw.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Jack E. Ferrebee
Charles R. Hofheimer

s// Julia Evans
Julia Evans
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 514-4485
(202) 305-0267 fax
Julia.Evans@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Steven D. Bryant
Environment& Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B

Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
jferrebee@hoflaw.com
khofheimer@hoflaw.com

Robert J. Smith
Mary Raivel
J. Page Turney
Office of Navy Litigation
720 Kennon Street
Rm. 233
Navy Yard
Washington, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy Region, Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737