# In the United States Court of Federal Claims

No. 01-201L
(Filed November 8, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On November 1, 2004, the parties jointly moved to reschedule the status conference scheduled for November 18, 2004 in the above-referenced case, as well as the cases *Burlage v. United States*, No. 04-120L, *Adams v. United States*, No. 04-279L, *Anderson v. United States*, No. 04-333L, *Beagle v. United States*, No. 04-1176L, *Aralar v. United States*, No. 04-1280L, and *Whitley v. United States*, No. 04-1331. The Court hereby **GRANTS** the Joint Motion. The parties shall file a joint status report on or by Thursday, December 16, 2004. The Court will hold a status conference by telephone on Monday, December 20, 2004 at 10:00 a.m.

**IT IS SO ORDERED**.

/S/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge