# In the United States Court of Federal Claims

No. 01-201L
(Filed February 14, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 7, 2005, the parties filed a joint preliminary status report with the Court in which they requested that this case be consolidated with seven related cases. The parties assert that consolidation of the cases will reduce the inefficiencies present in the current posture of the various related cases. For good cause shown, the Court hereby directs the Clerk to consolidate the following seven cases with this case: *Burlage, et al. v. United States*, No. 04-120 L; *Adams, et al. v. United States*, No. 04-279 L; *Anderson, et al. v. United States*, No. 04-333 L; *Beagle, et al. v. United States*, No. 04-1176 L; *Aralar, et al. v. United States*, No. 04-1280 L; *Whitley, et al. v. United States*, No. 04-1331; *Price, et al. v. United States*, No. 04-1718.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge