**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L<br>Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**MOTION TO DISMISS PLAINTIFFS**
**GERALD AND WILMA FOX**

COMES NOW the Plaintiffs, Carol and Robert Testwuide, et. al., by counsel, and moves the Court to dismiss the claims of Plaintiffs Gerald Fox and Wilma Fox from the *Beagle, et. al., v. United States (04-1176L)* action.

Plaintiffs' counsel has been unable to communicate with Mr. & Mrs. Fox regarding the fourteen-property Naval Air Station Oceana case. Counsel for the Defendant has agreed that he is prepared to select a different property to take the place of Mr.& Mrs. Fox. Counsel for the Defendant has further agreed to a dismissal of Mr. and Mrs. Fox with prejudice.

Respectfully submitted,

Date Signed: February 23, 2005

s/Kieron F. Quinn by Jack E. Ferrebee
Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com

Of Counsel:

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com
jferrebee@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
lwoodward@srgslaw.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiffs' Motion to Dismiss Plaintiffs Gerald and Wilma Fox was sent electronically this 23rd day of February 2005 to counsel of record, as follows:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
601 D Street, N.W., Rm. 3205
Washington, D.C. 20004

s/Kieron F. Quinn by Jack E. Ferrebee
Kieron F. Quinn