**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L<br>Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT MOTION TO REVISE SCHEDULING ORDER**

COME NOW the parties, by counsel, and represent to the Court that on March 7, 2005 the parties held a meet and confer conference and agreed to move the Court to revise the remaining dates of the Scheduling Order dated December 20, 2004 to reflect the following schedule:

1. Preliminary Witness Lists. The parties shall exchange preliminary fact and expert witness lists on or by Monday, March 21, 2005.

2. Expert Witness Reports. The parties shall exchange expert witness reports on or by Wednesday, June 15, 2005.

3. Conclusion of Written Discovery. The parties shall conclude all written discovery on or by Friday, July 1, 2005.

4. Fact Witness Depositions. The parties shall conclude the depositions of all fact witnesses on or by Friday, July 15, 2005.

5. Final Witness Lists. The parties shall exchange final expert and fact witness lists on or by Monday, August 8, 2005.

6. Expert Witness Depositions. The parties shall conclude the depositions of all expert witnesses on or by Wednesday, September 14, 2005.

7. Dispositive Motions. The parties shall file any dispositive motions on or by Monday, October 31, 2005.

Dated: March 22, 2005

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kquinn@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
lwoodward@srgslaw.com

/s/ Steven D. Bryant
Steven D. Bryant, Esquire
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:

Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374