**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | |
| v. | No.: 01-201L (Honorable Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | |

**STIPULATION, RELEASE AND ORDER**
**CONCERNING REAL ESTATE TRANSACTIONS**
**<u>OF THE TEST CASE PLAINTIFFS</u>**

COMES NOW the parties, by counsel, and stipulate that Counsel for the Defense or other United States Department of Justice personnel on behalf of Counsel may directly contact the persons and entities described in paragraph A below in order to secure any and all documents, including, but not limited to, contracts, settlement documents, aircraft noise zone disclosure documents, appraisals, HUD-1 settlement statements, mortgage documents, and deeds relating to the real estate transactions under which the Plaintiffs in the pending Test Case, identified in paragraph B below, purchased or re-financed the homes, which are the subject of the claim to be tried in the first test case. Defendant requested these documents through discovery for eleven properties involved in the test case.[1] Plaintiffs' responses indicated that some of these documents were no longer in their possession: 1) real estate contracts for eight of the properties; 2) HUD1 settlement statements for six of the properties; 3) deeds associated with seven of the properties; 3)

[1] At the time Defendant propounded its discovery requests, a replacement property had not yet been identified for the property owned by Gerald and Wilma Fox, who were initially included in the test case, but later declined to participate.

appraisals associated with the purchases of all of the test properties; 4) appraisals associated with refinancing two of the test properties. Plaintiffs' counsel further agree to request that the Plaintiffs listed in Paragraph B provide their best recollection of the names and contact information of persons and entities that may have these documents, unless previously identified in Plaintiffs' discovery responses, and to transmit that information to Counsel for the defense by April 15, 2005.

A. Lenders, re-financing lenders, title companies, title insurers, mortgage brokers, real estate closing agents and/or real estate closing attorneys.

B. The test case plaintiffs, and the addresses to which this stipulation and release applies are as follows:

| | |
|---|---|
| 1. Theodore and Susan Dingle | 912 Carolina Avenue |
| 2. Hal and Elaine Levenson | 2004 Brickell Court |
| 3. Carroll Lindsay | 2709 East Kings Road |
| 4. Herbert and Betty Van Nostrand | 305 Corvette Lane |
| 5. James and Virginia Riddick | 1805 Loganberry Court |
| 6. Eddie and Elizabeth Waterman | 2244 Windy Pines Bend |
| 7. Sara Lynch | 1301 Brant Road |
| 8. William and Betty Capps | 409 Pallets Road |
| 9. Kenneth and Tammy Hill | 925 Lamplight Lane |
| 10. Michael and Diane Leary | 3209 Chicory Court |
| 11. Sean and Graciela Ryan | 1856 Pathfinder Drive |
| 12. Kevin and Eugenia Cohen | 647 Alberthas Drive |

The parties further agree that counsel for the Defendant will provide any written communication to the parties listed in paragraph A within 48 hours of the time such documents are sent by Defendant. All documents secured by counsel for Defendant pursuant to this Stipulation will be provided to counsel for Plaintiffs within 3 business days of the time such documents are received by Defendant.

Respectfully,

s// Jack E. Ferrebee____________________

Jack E. Ferrebee
Hoffheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

s// Steven D Bryant____________________
Steven D. Bryant
Environmental & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

APPROVED AND SO ORDERED:

Dated this ___ day of April 2005

____________________________
Victor J. Wolski, Judge