# In the United States Court of Federal Claims

No. 01-201L
(Filed April 19, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties have recently filed two joint motions and a stipulation in this case. The parties first motion is to revise the December 20, 2004 scheduling order. The motion to revise the scheduling order is hereby **GRANTED** and the following schedule is adopted:

1. Expert Witness Reports. The parties shall exchange expert witness reports on or by Wednesday, June 15, 2005.

2. Conclusion of Written Discovery. The parties shall conclude all written discovery on or by Friday, July 1, 2005.

3. Fact Witness Depositions. The parties shall conclude the depositions of all fact witnesses on or by Friday, July 15, 2005.

4. Final Witness Lists. The parties shall exchange final expert and fact witness lists on or by Monday, August 8, 2005.

5. Expert Witness Depositions. The parties shall conclude the depositions of all expert witnesses on or by Wednesday, September 14, 2005.

6. Dispositive Motions. The parties shall file any dispositive motions on or by Monday, October 31, 2005.

The parties have also jointly moved to withdraw two sets of plaintiffs from the test case: Al and Mona Saferstein, and William and Nancy Wagner. The joint motion is hereby **GRANTED**. Additionally, the Court notes that the parties have stipulated, in a document dated April 8, 2005, that the counsel for the defendant and other personnel from the Department of Justice may directly contact persons, entities, and test case plaintiffs identified in the stipulation for the reasons listed in the stipulation.

**IT IS SO ORDERED**.

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge