# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L<br>Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## JOINT MOTION TO DISMISS

COME NOW the Plaintiffs, Carole and Robert Testwuide, et. al., by counsel, and move the Court to dismiss nine claims associated with properties in this action:

1) 623 Virginia Beach Boulevard, owned by Howard and Uldine Nixon.
2) 2773 Salem Road, owned by Paul and Stella Chandler.
3) 9 Fleet Drive, #442, owned by Walter and Valerie Neff.
4) 1913 Shady Lane, owned by Paul and Helen Warner.
5) 1916 Millbrook Court, owned by Timothy and Betsy Pearsall.
6) 641 Aguila Drive, owned by Matthew and Dona Noblick.
7) 1309 Blue Pete Road, owned by James, Jr. and Nancy Johnson.
8) 837 Earl of Chesterfield Lane, owned by Donald and Margaret Proffitt.
9) 720 School House Road, owned by Timothy and Colleen O'Neil.

Plaintiffs' counsel has received requests from each of the listed plaintiffs to remove their claims associated with the listed properties from this action. Walter and Valerie Neff and Matthew and Dona Noblick own multiple properties, and have requested that only the

listed properties be dismissed from the lawsuit with prejudice. The parties have agreed to a dismissal of the remaining plaintiffs and their claims with prejudice.

Dated: April 28, 2005

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kquinn@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com

/s/ Steven D. Bryant
Steven D. Bryant, Esquire
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:

Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374

shuttleworth@srgslaw.com
lwoodward@srgslaw.com