**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CAROL AND ROBERT TESTWUIDE, et. al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 01-201L

Judge Victor J. Wolski

**<u>JOINT MOTION TO REVISE SCHEDULING ORDER</u>**

COME NOW the parties, by counsel, and represent to the Court that on May 4 and May 26, 2005 the parties held a meet and confer conference and agreed to move the Court to revise the remaining dates of the Scheduling Order dated March 22, 2005 to reflect the following schedule:

1. <u>Expert Witness Reports.</u> The parties shall exchange expert witness reports on or by Friday, August 12, 2005.

2. <u>Conclusion of Written Discovery.</u> The parties shall conclude all written discovery on or by Friday, August 26, 2005.

3. <u>Fact Witness Depositions</u>. The parties shall conclude depositions of all fact witnesses on or by Friday, September 9, 2005.

4. <u>Final Witness Lists.</u> The parties shall exchange final expert and fact witness lists on or by Friday, September 30, 2005.

6. <u>Expert Witness Depositions</u>. The parties shall conclude the depositions of all expert witnesses on or by Friday, November 4, 2005.

7. <u>Daubert Hearing</u>. The parties propose scheduling an evidentiary hearing for the purpose of challenging expert testimony under <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) and Federal Rule of Evidence 702. The parties propose a one-day hearing between December 5 and December 16, 2005, at the Court's discretion.

8. <u>Dispositive Motions.</u> The parties shall file dispositive motions on or by Friday, February 10, 2006.

Dated: June 1, 2005

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
HofheimerFerrebee. P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

Of Counsel:
Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kquinn@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
HofheimerFerrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
Iwoodward@srgslaw.com

/s/ Steven D. Brvant
Steven D. Bryant, Esquire
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:

Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374