# In the United States Court of Federal Claims

No. 01-201L
(Filed June 14, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

The parties' joint motion to revise the scheduling order is hereby **GRANTED** and the following schedule is adopted:

1. Expert Witness Reports. The parties shall exchange expert witness reports on or by Friday, August 12, 2005.

2. Conclusion of Written Discovery. The parties shall conclude all written discovery on or by Friday, August 26, 2005.

3. Fact Witness Depositions. The parties shall conclude the depositions of all fact witnesses on or by Friday, September 9, 2005.

4. Final Witness Lists. The parties shall exchange final expert and fact witness lists on or by Friday, September 30, 2005.

5. Expert Witness Depositions. The parties shall conclude the depositions of all expert witnesses on or by Friday, November 4, 2005.

6. Evidentiary Hearing. The Court will hold an evidentiary hearing concerning any challenges to expert testimony at **9:30 a.m.** on Thursday, **December 8, 2005**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C., in a courtroom to be determined.

7. Dispositive Motions. The parties shall file any dispositive motions on or by Friday, February 10, 2006.

**IT IS SO ORDERED**.

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge