**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CAROL AND ROBERT TESTWUIDE, et. al.,

Plaintiffs,
V.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 01-201L

Judge Victor J. Wolski

**JOINT MOTION TO REVISE SCHEDULING ORDER**

COME NOW the parties, by counsel, and represent to the Court that on various dates between July 22 through August 11, 2005 the parties held meet and confer conferences and agreed to move the Court to revise the remaining dates of the Scheduling Order dated June 14, 2005. The parties' request to adjust the schedule stems in part from defendant's expert local appraiser recently contracting Lyme disease, which has had a debilitating impact on his ability to work. The request also stems from the need to replace one of the plaintiffs defendant selected for inclusion in the test case. The parties disagree on when the case can be tried, a subject which will be addressed in a separate Status Report. Based on the foregoing, the parties request the following schedule:

1. Conclusion of Written Discovery. The parties shall conclude all written discovery on or by Friday, September 9, 2005.

2. Fact Witness Depositions. The parties shall conclude depositions of all fact witnesses on or by Friday, September 23, 2005.

3. Expert Witness Reports. The parties shall exchange expert witness reports on or by Friday, September 30, 2005.

4. Final Witness Lists. The parties shall exchange final expert and fact witness lists on or by Monday, October 10, 2005.

6. Expert Witness Depositions. The parties shall conclude the depositions of all expert witnesses on or by Friday, December 2, 2005.

7. Evidentiary Hearing (concerning challenges to expert testimony). The parties propose rescheduling the one-day hearing from December 8, 2005 to a day between January 11 and January 20, 2006, at the Court's discretion.

8. Dispositive Motions. The parties shall file dispositive motions on or by Friday, February 24, 2006.

Dated: August 12, 2005

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
HofheimerFerrebee. P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

Of Counsel:
Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300 Rm. 233
kquinn@quinnlaw.com
mwolf@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
HofheimerFerrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
Iwoodward@srgslaw.com

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlanic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737