**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| | ) | (Honorable Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**LINE**

Dear Clerk:

Please note that the address for the undersigned counsel in this case has changed to:

QUINN, GORDON & WOLF, CHTD.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204

The office phone number and facsimile numbers remain the same:

Telephone: (410) 825-2300
Facsimile: (410) 825-0066

Respectfully,

/s/

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204

Attorneys for Plaintiffs