# In the United States Court of Federal Claims

No. 01-201L
(Filed September 28, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference will be held in the above referenced case by telephone on Tuesday, October 11, 2005, at 4:30 p.m., to address the issues concerning the need to substitute a new test case plaintiff.

In advance of this status conference, the parties shall each file a legal memorandum no longer than 10 pages, addressing these issues. The parties shall file their memoranda with the Clerk of the Court by Tuesday, October 4, 2005. Each party shall then file a response to the other party's memorandum by Friday, October 7, 2005.

**IT IS SO ORDERED**.

/s Victor J. Wolski

**VICTOR J. WOLSKI**
Judge