# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 01-201L
(Honorable Victor J. Wolski)

## JOINT STATUS REPORT

Pursuant to this Court's Order on September 20, 2004, the parties, by and through undersigned counsel, respectfully submit this Joint Status Report. This Report does not address all topics set forth in Appendix A of the RCFC, which were addressed in the Joint Preliminary Status Report filed with the Court prior to the Status Conference on May 25, 2004. The Report only addresses those topics discussed by the parties in accordance with the Court's Order of September 20, 2004. For those subjects on which the parties do not agree, the parties submit their separate respective positions.

1. Parties for Test Case. Counsel met and conferred on several occasions and have agreed that each side will select 7 plaintiffs to be tried together in a test case. The parties have agreed to limit the first test case to properties near NAS Oceana and these properties have been selected from various geographical locations near NAS Oceana.

Plaintiffs selected the following test plaintiffs:

| | |
|---|---|
| Al and Mona Saferstein | 748 Virginia Dare Drive |
| Victoria Rister | 710 High Point Avenue |
| Hal and Elaine Levenson | 2004 Brickell Court |
| Carroll Lindsay | 2709 East Kings Road |

EXHIBIT
A

| | |
|---|---|
| Herbert and Betty Van Nostrand | 305 Corvette Lane |
| James and Virginia Riddick | 1805 Loganberry Court |
| Eddie and Elizabeth Waterman | 2244 Windy Pines Bend |

Defendant has learned from the property tax records that one of plaintiffs' selected properties, 748 Virginia Dare Drive, owned by Al and Mona Saferstein, may have a significant construction defect. Their home is apparently constructed with Dryvit, an exterior finish similar to stucco. It has been held that Dryvit is "intrinsically defective" even if installed correctly. Bay Point Condominium Ass'n, Inc. v. RML Corp. and Dryvit Systems, Inc.,57 Va. Cir. 295, 313 (2002). Moreover, the tax records indicate that the Saferstein property is having " Dryvit problems." As such, defendant is concerned that the inclusion of this property in the test case may create a diversion at trial that would make it inappropriate for the test case. Additionally, the parties exchanged test plaintiff selections on December 15, 2004, and therefore, have not had the opportunity to investigate the other side's selections. Consequently, defendant is not yet aware if the other six properties plaintiffs selected may have similar maladies that would make them inappropriate for the test case.

Defendants selected the following test plaintiffs:

| | |
|---|---|
| William and Nancy Wagner | 402 Vanderbilt Avenue |
| Sara Hoag | 1301 Brant Road |
| William and Betty Capps | 409 Pallets Road |
| Gerald and Wilma Fox | 2513 Torrey Place |
| Kenneth and Tammy Hill | 925 Lamplight Lane |
| Michael and Diane Leary | 3209 Chicory Court |
| Sean and Graciela Ryan | 1856 Pathfinder Drive |

2. Proposed Schedule. The parties jointly propose the following schedule in this test case:

| | |
|---|---|
| January 7, 2005 | Joint Preliminary Status Report |
| February 15, 2005 | Exchange initial disclosures pursuant to Rule 26 |

| | |
|---|---|
| February 21, 2005 | Serve written discovery |
| March 14, 2005 | Exchange Preliminary Fact and Expert Witness Lists |
| May 15, 2005 | Exchange Expert Witness Reports |
| June 1, 2005 | Conclude Written Discovery |
| June 15, 2005 | Deadline for Fact Witness Depositions |
| July 7, 2005 | Exchange Final Fact and Expert Witness Lists |
| August 15, 2005 | Deadline for Expert Witness Depositions |
| September 30, 2005 | Deadline to File Dispositive Motions |

Counsel request that the Court set a trial date, but that trial take place at the United States Courthouse in Norfolk, Virginia.

3. Plaintiffs Not Named in Test Case

Aside from the parties involved in the test case, defendant believes that there are additional plaintiffs that fail to state a viable claim. Defendant intends to file a motion to dismiss with respect to these properties as more information is gathered through discovery.

This Joint Status Report was prepared by counsel for the plaintiffs and counsel for the defendant. To expedite the filing of this joint status report, defendant's counsel will electronically file it on behalf of both parties.

Dated: December __, 2004

Respectfully submitted,

/s/
Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Towson, MD 21204
(410) 825-2300
(410) 825-0066 fax
kfquinn@quinnlaw.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Charles R. Hofheimer
Jack E. Ferrebee
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
jferrebee@hoflaw.com
khofheimer@hoflaw.com
Thomas Shuttleworth
Stephen C. Swain

/s/
Julia Evans
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 514-4485
(202) 305-0267 fax
Julia.Evans@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Robert J. Smith
Mary Raivel
Page Turney
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374

Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com