IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, v. THE UNITED STATES OF AMERICA, Defendant. | No. 01-201-L<br>Honorable Victor J. Wolski |

**JOINT MOTION TO WITHDRAW PLAINTIFFS FROM TEST CASE**

Plaintiffs and Defendant ("Parties") jointly move this Court to withdraw Al and Mona Saferstein, 748 Virginia Dare Drive, Virginia Beach, Virginia and William and Nancy Wagner, 402 Vanderbilt Avenue, Virginia Beach, Virginia from the test case. For the following reasons, the Parties concur that it is appropriate to proceed without these two properties in the test case. The Safersteins and Wagners reside in Croatan Beach, a neighborhood east of Naval Air Station Oceana. The Saferstein and Wagner properties were selected to be among 14 properties involved in the first test case by Plaintiffs and Defendant, respectively. Recently, however, Mr. Wagner suffered a stroke and is presently recovering with the assistance of Mrs. Wagner. The Wagners would like to remain in the case, but have requested excusal from the active litigation associated with the test case in light of Mr. Wagner's health complications.

Regarding the Saferstein property, as reflected in the December 16, 2004, Joint Status Report, Defendant considers it inappropriate for the test case. The Saferstein home is constructed with an exterior finish know as Dryvit. This finish has been found

EXHIBIT
B

intrinsically defective. Bay Point Condominium Ass'n, Inc. v. RML Corp. and Dryvit Systems, Inc., 57 Va. Cir. 295, 313 (2002). Defendant is concerned that including this property in the test case will create an unnecessary diversion.

Based on the foregoing, the parties agree that it is appropriate to withdraw the Safersteins and Wagners from the test case and proceed with 12 properties.

WHEREFORE, the Parties request the Court withdraw Al and Mona Saferstein, and William and Nancy Wagner from the test case.

Respectfully submitted this 22nd day of March, 2005.

s// Jack E. Ferrebee
Jack E. Ferrebee
Hoffheimer/Ferrebee , P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(410) 825-2300
(410) 825-0066 fax

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kfquinn@quinnlaw.com

Kristen D. Hofheimer
Charles R. Hofheimer

s// Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Kelle S. Acock
Environment& Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0428
(202) 305-0506 fax
kelle.acock@usdoj.gov

Robert J. Smith
Mary Raivel

Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

J. Page Turney
Office of Navy Litigation
720 Kennon Street
Rm. 233
Navy Yard
Washington, D.C. 20374

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
lwoodward@srgslaw.com

CDR Dominick Yacono
JAGC, USN
Commander Navy Region, Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737