# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L<br>Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## MOTION TO DISMISS PLAINTIFFS GERALD AND WILMA FOX

COMES NOW the Plaintiffs, Carol and Robert Testwuide, et. al., by counsel, and moves the Court to dismiss the claims of Plaintiffs Gerald Fox and Wilma Fox from the *Beagle, et. al., v. United States (04-1176L)* action.

Plaintiffs' counsel has been unable to communicate with Mr. & Mrs. Fox regarding the fourteen-property Naval Air Station Oceana case. Counsel for the Defendant has agreed that he is prepared to select a different property to take the place of Mr.& Mrs. Fox. Counsel for the Defendant has further agreed to a dismissal of Mr. and Mrs. Fox with prejudice.

Respectfully submitted,

Date Signed: February 23, 2005

s/Kieron F. Quinn by Jack E. Ferrebee

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com



EXHIBIT C

Of Counsel:

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com
jferrebee@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
lwoodward@srgslaw.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiffs' Motion to Dismiss Plaintiffs Gerald and Wilma Fox was sent electronically this 23rd day of February 2005 to counsel of record, as follows:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
601 D Street, N.W., Rm. 3205
Washington, D.C. 20004

s/Kieron F. Quinn by Jack E. Ferrebee
Kieron F. Quinn