10/04/2005

**From:** JEF
**To:** Steven.Bryant@usdoj.gov
**Sent:** 4/12/2005 8:17AM
**Subject:** Mr. Cohen

Dear Steve:

Having heard nothing from our efforts to contact the Cohens, I drove to the residence last night. Mr. Cohen advised me that his wife died recently and that he has a five year old son to care for in addition to long hours as a construction worker. He is not currently in a position to participate in the test case, although he wants to remain in the suit.

Will you kindly make another selection in view of his circumstances?

Jack Ferrebee

EXHIBIT
tabbies
E