10/04/2005

**From:** TBF
**To:** Steven.Bryant@usdoj.gov
**Sent:** 5/12/2005 3:14PM
**Subject:** Eugenia Cohen

Steve,

My father asked me to forward you some supplemental information on the Cohens. We have learned that Ms. Cohen died on September 11, 2003.

Tom

Thomas B. Ferrebee
Case Administrator

Jet Noise Litigation Group
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
757-333-8110
757-425-6100 fax

EXHIBIT
tabbies
F