10/04/2005

**From:** "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
**To:** "jferrebee@hoflaw.com" <jferrebee@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested)
**Cc:** "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com> (Receipt Notification Requested) (IPM Return Requested), "khofheimer@hoflaw.com" <khofheimer@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested), "chofheimer@hoflaw.com" <chofheimer@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested), "dominick.yacono@navy.mil" <dominick.yacono@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "Kelle.Acock@usdoj.gov" <Kelle.Acock@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "Tawanda.Plater@usdoj.gov" <Tawanda.Plater@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "sswain@srgslaw.com" <sswain@srgslaw.com> (Receipt Notification Requested) (IPM Return Requested), "tshuttleworth@srgslaw.com" <tshuttleworth@srgslaw.com> (Receipt Notification Requested) (IPM Return Requested), "robert.j.smith2@navy.mil" <robert.j.smith2@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "mary.raivel@navy.mil" <mary.raivel@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "page.turney@navy.mil" <page.turney@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "mwolf@quinnlaw.com" <mwolf@quinnlaw.com> (Receipt Notification Requested) (IPM Return Requested)
**Sent:** 5/16/2005 9:10AM
**Subject:** Outstanding Discovery Issues

Jack,

[redacted]

The lone exception was the date of Mrs. Cohen's passing. Thank you for passing along that information last week. In light of the fact that her death was approximately a year and eight months ago we cannot agree to remove Mr. Cohen as a test plaintiff. At this point he should no longer be dealing with any probate issues or other time consuming matters related to her death. Of course we are sympathetic regarding his loss, and will be flexible in terms of scheduling his deposition. Nevertheless, his time commitment to the case is rather minimal - a deposition, producing documents, responding to interrogatories, and trial testimony. Additionally, he is a plaintiff from Whitley v. US, which was filed approximately a year after Mrs. Cohen passed away. Presumably, he was informed that he would be named as a plaintiff in the Whitley complaint prior to its filing, and thereby realized that he may have to participate in it.

[redacted]

EXHIBIT
tabbies
6

10/04/2005

[redacted]

[redacted]

Thank you in advance,

Steve

-----Original Message-----
From: Bryant, Steven (ENRD)
Sent: Friday, April 29, 2005 5:34 PM
To: 'jferrebee@hoflaw.com'
Cc: Acock, Kelle (ENRD); Marty Wolf (mwolf@quinnlaw.com); 'robert.j.smith2@navy.mil'; mary.raivel@navy.mil; page.turney@navy.mil; dominick.yacono@navy.mil; 'John.Lauterbach@navy.mil'; 'kfquinn@quinnlaw.com'; (sswain@srgslaw.com); (tshuttleworth@srgslaw.com); khofheimer@hoflaw.com; Bryant, Steven (ENRD); Alderson, Thomas (ENRD)
Subject: April 15 letter

Jack,

Attached responds to your April 15th letter. Please let me know if you would like to discuss any of these issues in a conference call. If so, I will be available Tuesday morning.

Enjoy the weekend.

Steve

-----Original Message-----
From: ECOPY (ENRD)
Sent: Friday, April 29, 2005 5:28 PM
To: Bryant, Steven (ENRD)
Subject: Scanned document <2 pages ~149 KB> -- 4/29/2005 5:27:10 PM

This PDF file was created using the eCopy Suite of products. For more information about how you can eCopy paper documents and distribute them by email please visit http://www.ecopy.com