10/04/2005

**From:** "Jack E. Ferrebee" <jferrebee@hoflaw.com>
**To:** "tferrebee@hoflaw.com" <tferrebee@hoflaw.com>,"Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
**Cc:** "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com>,"khofheimer@hoflaw.com" <khofheimer@hoflaw.com>,"chofheimer@hoflaw.com" <chofheimer@hoflaw.com>,"Kelle.Acock@usdoj.gov" <Kelle.Acock@usdoj.gov>,"robert.j.smith2@navy.mil" <robert.j.smith2@navy.mil>,"Lynn.Miller@usdoj.gov" <Lynn.Miller@usdoj.gov>,"scswain@srgslaw.com" <scswain@srgslaw.com>,"tshuttleworth@srgslaw.com" <tshuttleworth@srgslaw.com>,"mary.raivel@navy.mil" <mary.raivel@navy.mil>,"dominick.yacono@navy.mil" <dominick.yacono@navy.mil>,"page.turney@navy.mil" <page.turney@navy.mil>,"mwolf@quinnlaw.com" <mwolf@quinnlaw.com>
**Sent:** 6/24/2005 5:32PM
**Subject:** RE: June 24, 2005 Letter (Discovery)

Steve:

Mr. Cohen is not going to participate as a test case plaintiff. You should consider naming another plaintiff from his cluster if you intend to do so. We presently intend to argue for his continued participation in the litigation.

[redacted]

[redacted]

[redacted]

Jack Ferrebee

--- Original Message---
To: "jferrebee@hoflaw.com" <jferrebee@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested), "tferrebee@hoflaw.com" <tferrebee@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested)
Cc: "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com> (Receipt Notification Requested) (IPM Return Requested), "khofheimer@hoflaw.com" <khofheimer@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested), "chofheimer@hoflaw.com" <chofheimer@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested), "Kelle.Acock@usdoj.gov" <Kelle.Acock@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "robert.j.smith2@navy.mil" <robert.j.smith2@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "Lynn.Miller@usdoj.gov" <Lynn.Miller@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "scswain@srgslaw.com" <scswain@srgslaw.com> (Receipt Notification Requested) (IPM Return Requ

EXHIBIT
tabbies
H

10/04/2005

"tshuttleworth@srgslaw.com" <tshuttleworth@srgslaw.com> (Receipt Notification Requested) (IPM Return Requested),
"mary.raivel@navy.mil" <mary.raivel@navy.mil> (Receipt Notification Requested) (IPM Return Requested),
"dominick.yacono@navy.mil" <dominick.yacono@navy.mil> (Receipt Notification Requested) (IPM Return Requested),
"page.turney@navy.mil" <page.turney@navy.mil> (Receipt Notification Requested) (IPM Return Requested),
"mwolf@quinnlaw.com" <mwolf@quinnlaw.com> (Receipt Notification Requested) (IPM Return Requested)
From: "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
Sent: 6/24/2005 10:38AM
Subject: June 24, 2005 Letter (Discovery)

>> Jack,
>>
>> Attached is a letter primarily discussing discovery-related issues.
>>
>> Regards,
>>
>> Steve
>>
>> Steve Bryant
>> Trial Attorney
>> Natural Resources Section
>> Environment & Natural Resources Division
>> U.S. Department of Justice
>> P.O. Box 663
>> Washington D.C. 20044-0663
>> (v) 202-305-0424
>> (f) 202-305-0506
>>
>> This e-mail (including any attachments) is intended for the use of the
>> individual or entity to which it is addressed. It may contain
>> information that is privileged, confidential, or otherwise protected by
>> applicable law. If the reader of this e-mail is not the intended
>> recipient or the employee or agent responsible for delivering the e-mail
>> to the intended recipient, you are hereby notified that any
>> dissemination, distribution, copying or use of this e-mail or its
>> contents is strictly prohibited. If you have received this e-mail in
>> error, please notify us immediately by replying to this message, and
>> please destroy all copies of this e-mail.
>>
>>
>> <<#302343-v1-Oceana_-_Letter-June_24__2005_(Discovery_Issues).PDF>>
>>
>>