10/04/2005

**From:** "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
**To:** "jferrebee@hoflaw.com" <jferrebee@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested)
**Cc:** "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested)
**Sent:** 7/22/2005 10:36AM
**Subject:** FW: Phone call w/ Jack

Jack,

[redacted] I advised that we are adding Scott Edelstein as the replacement test plaintiff for Mr. Cohen. (Although we did not discuss it yesterday, please recall from earlier conversations and e-mails that we will move to dismiss Mr. Cohen for refusing to participate in the case.) [redacted]

Since we have had a few proposed test plaintiffs who did not want to participate in the test case (Foxes/Cohen), please advise by July 29th if Mr. Edelstein is willing to participate. Please also let me know how long you will need for him to provide his discovery responses so we can decide whether that may impact the schedule as well.

Thank you,

> Steve Bryant
> Trial Attorney
> Natural Resources Section

EXHIBIT

tabbies

I

> Environment & Natural Resources Division
> U.S. Department of Justice
> P.O. Box 663
> Washington D.C. 20044-0663
> (v) 202-305-0424
> (f) 202-305-0506
>
> This e-mail (including any attachments) is intended for the use of the
> individual or entity to which it is addressed. It may contain
> information that is privileged, confidential, or otherwise protected
> by applicable law. If the reader of this e-mail is not the intended
> recipient or the employee or agent responsible for delivering the
> e-mail to the intended recipient, you are hereby notified that any
> dissemination, distribution, copying or use of this e-mail or its
> contents is strictly prohibited. If you have received this e-mail in
> error, please notify us immediately by replying to this message, and
> please destroy all copies of this e-mail.
>
>