10/04/2005

**From:** JEF
**To:** "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
**Sent:** 8/09/2005 8:46AM
**Subject:** Re: Discovery Issues

Steve:

[redacted]

I have written Mr. Edlestein and left voice mail messages for him. I will let you know as soon as I am able to communicate with him.

Jack Ferrebee

--- Original Message---
To: "jferrebee@hoflaw.com" <jferrebee@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested)
From: "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
Sent: 8/05/2005 11:10AM
Subject: Discovery Issues

>> Jack,
>>
>> [redacted]
>>
>> [redacted]
>>
>> Finally, has Scott Edelstein agreed to participate in the test case?
>>
>> Thank you,
>>
>> Steve Bryant
>> Trial Attorney
>> Natural Resources Section
>> Environment & Natural Resources Division
>> U.S. Department of Justice
>> P.O. Box 663

EXHIBIT
tabbies
J

10/04/2005

>> Washington D.C. 20044-0663
>> (v) 202-305-0424
>> (f) 202-305-0506
>>
>> This e-mail (including any attachments) is intended for the use of the
>> individual or entity to which it is addressed. It may contain
>> information that is privileged, confidential, or otherwise protected by
>> applicable law. If the reader of this e-mail is not the intended
>> recipient or the employee or agent responsible for delivering the e-mail
>> to the intended recipient, you are hereby notified that any
>> dissemination, distribution, copying or use of this e-mail or its
>> contents is strictly prohibited. If you have received this e-mail in
>> error, please notify us immediately by replying to this message, and
>> please destroy all copies of this e-mail.
>>
>>
>>
>>
>>