10/04/2005

**From:** JEF
**To:** Steven.Bryant@usdoj.gov
**Sent:** 8/17/2005 8:53AM
**Subject:** Edlestein Property

Steve,

Mr. Edelstein contacted me yesterday to decline participation in the test case. He is prepared to be dismissed from the case. Although I cannot commit to it presently, we might want to consider dropping Mr. Lindsey from Cluster 4 and proceeding with the properties we now have. If you are determined to add a replacement plaintiff, I am willing to contact five or so other plaintiffs in the cluster to determine in advance that they are willing to participate in the test case and then allow you to select one from the group.

Let me know what you want to do.

Jack

EXHIBIT

tabbies

K