**From:** "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
**To:** "jferrebee@hoflaw.com" <jferrebee@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested)
**Cc:** "robert.j.smith2@navy.mil" <robert.j.smith2@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "Kelle.Acock@usdoj.gov" <Kelle.Acock@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "mary.raivel@navy.mil" <mary.raivel@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "dominick.yacono@navy.mil" <dominick.yacono@navy.mil> (Receipt Notification Requested) (IPM Return Requested)
**Sent:** 8/29/2005 9:27AM
**Subject:** RE: Edlestein Property

Jack,

We intend to select another test plaintiff from Cluster 4; however, we do not agree with the suggestion of selecting five properties and then wait to hear from you if those plaintiffs are interested in remaining in the case. We have expended considerable time and expense attempting to select a property from Cluster 4 and offered to be as flexible as possible in terms of scheduling depositions and discovery responses. Despite those efforts, we are 0 for 3, with the Foxes, Mr. Cohen, and now Mr. Edelstein all refusing to pursue their claims. Before we select another property, we need to know what the pool of plaintiffs from Cluster 4 actually is. To that end, we have put together the attached list containing the remaining plaintiffs (88 properties) in cluster 4. Please advise who among this group is prepared to prosecute their alleged claim in the test case and who is not. If you are unwilling to provide this information for the all of the plaintiffs in cluster 4 then I recommend we discuss a manner of jointly bringing this issue before Judge Wolski as quickly as possible so that he can resolve it, perhaps a joint status report and conference.

As you know, the recent adjustment to the schedule was predicated, in part, on the addition of Edelstein to the test case. Now that we are back to square one on selecting a replacement, I regrettably expect this to cause further problems with the schedule. Nevertheless, if you can get back to me by COB tomorrow regarding who is (and is not) willing to pursue their alleged claim in the test case then we might be able to meet the current schedule. I'll be glad to talk to you about the various contingencies we would have to overcome to meet the current schedule, assuming you can contact your clients and get back to me by tomorrow. If we cannot meet the schedule then we need to advise Judge Wolski as soon as possible.

Let me know if you would like to discuss this for futher clarification.

Thank you,

Steve Bryant
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division

EXHIBIT
tabbies
L

U.S. Department of Justice
P.O. Box 663
Washington D.C. 20044-0663
(v) 202-305-0424
(f) 202-305-0506

This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify us immediately by replying to this message, and please destroy all copies of this e-mail.

-----Original Message-----
From: jferrebee@hoflaw.com [mailto:jferrebee@hoflaw.com]
Sent: Wednesday, August 17, 2005 11:58 AM
To: Bryant, Steven (ENRD)
Subject: Edlestein Property

Steve,

Mr. Edelstein contacted me yesterday to decline participation in the test case. He is prepared to be dismissed from the case. Although I cannot commit to it presently, we might want to consider dropping Mr. Lindsey from Cluster 4 and proceeding with the properties we now have. If you are determined to add a replacement plaintiff, I am willing to contact five or so other plaintiffs in the cluster to determine in advance that they are willing to participate in the test case and then allow you to select one from the group.

Let me know what you want to do.

Jack
<<#306690-v1-Oceana-Cluster_4_-_Potential_Test_Plaintiffs.WPD>>