HOFHEIMER/FERREBEE, P.C.
ATTORNEYS AND COUNSELORS AT LAW
1060 LASKIN ROAD, SUITE 12B
SANDPIPER KEY
VIRGINIA BEACH, VIRGINIA 23451-6365

MARY ELIZABETH DAVIS
JACK E. FERREBEE
SHEERA R. HERRELL
CHARLES R. HOFHEIMER
KRISTEN D. HOFHEIMER
JEFFREY D. TARKINGTON

TELEPHONE (757) 425-5200
FACSIMILE (757) 425-6100
*E-mail: jferrebee@hoflaw.com*
Our File No.

September 1, 2005

VIA EMAIL

Steven Bryant, Esquire
Department of Justice
Environmental & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Re: Testwuide, et al. v. U.S.
Cluster 4 Test Case Plaintiff

Dear Steve:

I am writing in response to your email dated August 29, 2005 concerning a replacement plaintiff for Mr. Edelstein. You correctly noted that your previous three selections for cluster 4 have been unable or unwilling to participate in the test case.

You have asked that we contact the eighty-eight people you have identified to be located in cluster 4. As you remember, not only does the property owner need to be able and willing to participate in the test case, but the property is supposed to meet previously agreed conditions, which are: that it be a single family dwelling; that it be owner occupied; and that there have not been any major renovations since 1998.

We have undertaken to contact several cluster 4 plaintiffs at random to confirm their willingness to participate as test case plaintiffs and who currently meet the above criteria. In making calls, we found that several telephone numbers had been disconnected, some have failed to return calls, some were "no answer," some live in townhouses, and some have had major renovations since 1998. Two property owners asked that we dismiss them from the claim and we are going to undertake to do so. I propose that you select one from the list below, who are all willing and able to participate and also satisfy our agreed criteria.

EXHIBIT
tabbies
M

If we are unable to name a replacement plaintiff for cluster 4 exercising a selection from this list, I suggest that we schedule a hearing with Judge Wolski as soon as possible in order to resolve the matter.

The available plaintiffs and their addresses are:

1. Lynnwood and Marguerite Dickerson
317 Apasus Trail

2. William and Mary Gilbert
925 Earl of Chatham Lane
(they had work done in 2002 on soffits, gutters, windows and driveway, but does not appear to constitute major renovations) (this property on the line between clusters 3 and 4)

3 Robert and Bertha Goodwin
909 Pillow Drive

4. David and Jeanne Johnson
2305 Southern Points Court
(on line between clusters 3 and 4)

5. Randy and Cathy Keel
2424 Sedgwick Drive
(on line between clusters 3 and 4)

6. Jeffrey McCreary
804 Lord Leighton Drive

7. Charles and Patricia Nash
2617 Boush Quarter

8. Michael and Theresa Oswald
2249 North Wolfsnare Drive
(on line between clusters 3 and 4)

9. Louis and Mary Soscia
2617 Sandy Valley Road

10. Volker and Young Steil
913 Earl of Essex Arch

11. Gregory and Delores Whitley
2209 Lord Seaton Circle

I look forward to hearing from you at your earliest convenience.

Very truly yours,

Jack E. Ferrebee
jef/fej