EXHIBIT P


Cluster 1
Cluster 2
Cluster 3
Cluster 4
Cluster 5
Cluster 6
Cluster 7
NAS OCEANA
B3