# In the United States Court of Federal Claims

No. 01-201L
(Filed October 12, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference was held in the above referenced case by telephone on Tuesday, October 11, 2005, at 4:30 p.m., to address the issues concerning the need to substitute a new test case plaintiff from Cluster 4.

On September 1, 2005, plaintiffs' counsel sent to defendant a list of eleven possible test case plaintiffs. Of those eleven, four are acknowledged by the defendant to be in Cluster 4. As discussed at the conference, plaintiffs' counsel will submit to defendant by close of business on October 14, 2005, a list of at least six additional plaintiffs from Cluster 4 who are willing to participate at this time in the test case, for a total of at least ten potential test plaintiffs.

Defendant may choose from among these, or submit to the Court by close of business on October 21, 2005, a motion that explains defendant's specific objections to the use of each property on the list, and that requests that the Court to order plaintiffs' counsel to identify additional potential test plaintiffs.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge