**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L<br>Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFFS' STATUS REPORT**
**GERALD AND WILMA FOX**

Pursuant to the Court's direction to obtain a status report regarding the continued participation of Gerald and Wilma Fox as Plaintiffs, counsel for Plaintiffs was able to establish contact with both Plaintiffs by telephone on October 13, 2005. Both Plaintiffs stated that they wish to be dismissed from this action with prejudice.

Respectfully submitted,

Date Signed: October 14, 2005

s/Jack E. Ferrebee
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Of Counsel:

Kristen Hofheimer
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Baltimore, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Baltimore, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
lwoodward@srgslaw.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiffs' Status Report was sent electronically this 14th day October 2005 to counsel of record, as follows:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
601 D Street, N.W., Rm. 3205
Washington, D.C. 20004

s/Jack E. Ferrebee
Jack E. Ferrebee