**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-201L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT REGARDING CLUSTER 4 REPLACEMENT TEST PLAINTIFF**

Pursuant to the Court's Order on October 12, 2005, Defendant has selected Lawrence and Yvonne Janney, 2436 Peritan Road, as its Cluster 4 test plaintiff.

Dated this 21st day of October, 2005.

Respectfully submitted,

Steven D. Bryant
STEVEN D. BRYANT
KELLE S. ACOCK
United States Department of Justice
Environment and Natural Resources Div.
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0424

Of Counsel:

Robert J. Smith
Mary S. Raivel
Navy Litigation Office
720 Kennon Street SE, Bldg. 36
Washington, D.C. 20374

CDR Dominick Yacono, JAGC, USN
Commander Navy region, Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737