**Smith, Robert OGC**

**From:** Ling, Alison D
**Sent:** Wednesday, October 24, 2001 13:10
**To:** Smith, Robert J
**Subject:** FW: F/A 18 - Power Settings Noise and Emissions

9815DF18.DOC 9933AF18.DOC

FYI

-----Original Message-----
From: Coffer, Lyn P [mailto:CofferLP@navair.navy.mil]
Sent: Wednesday, October 24, 2001 1:00 PM
To: 'Ling, Alison D'; 'Zusman, Alan F (NAVFACHQ)'; Cecchini, J. Dan (EFDLANT); Coffer, Lyn P; Douglas, Everett L
Cc: Tickle, Ronald E; Bowers, Terry L; 'Bruce Wattle'; Depaul, Kim B; Borro, Ronald
Subject: RE: F/A 18 - Power Settings Noise and Emissions

All~

Attached are AESO's memo reports. F/A-18 power settings are based on 31 F/A-18 pilot interviews. Time in modes are based on a combination of the 31 pilot interviews; and LTO and T&G stopwatch work.

Mr. Lyn Coffer
Aircraft Environmental Support Office - US Navy
Naval Air Depot - North Island
cofferlp@navair.navy.mil
V (619) 545-1343
F (619) 545-2910

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Friday, October 05, 2001 23:26
**To:** 'Smith, Robert J '; Cecchini, J. Dan (EFDLANT); 'Borro, Ronald '; 'Muilenburg.Bret@Hq.Navy.Mil'
**Cc:** Zusman, Alan F (NAVFACHQ); Depaul, Kimberly B; 'Laverdiere, Marc G '; "Klena, Jude' '; 'Jung, Christopher D '; 'Noel, John D '; 'Kraft, Todd M '
**Subject:** RE: Draft contours

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

Alan

-----Original Message-----
From: Smith, Robert J
To: 'Cecchini, J. Dan (EFDLANT)'; Borro, Ronald; Smith, Robert J
Cc: Zusman, Alan F (NAVFACHQ); Depaul, Kim B; Laverdiere, Marc G; 'Klena, Jude'; Jung, Christopher D; Noel, John D; Kraft, Todd M
Sent: 10/5/01 2:15 PM
Subject: RE: Draft contours

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

Dan and Alan,

contour will have to be done, and done very soon, for purposes of the litigation. To that end, could you please ask Wyle how long they believe it would take to generate those adjusted contours? In the meantime, we will go to LANTFLT and Mr. Holaday and discuss these issues with them.

Thanks.

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT) [mailto:CecchiniJD@efdlant.navfac.navy.mil]
Sent: Wednesday, October 03, 2001 8:31 AM
To: Borro.Ronald@Hq.Navy.Mil; Smith.Robert2@Hq.Navy.Mil
Cc: Zusman, Alan F (NAVFACHQ)
Subject: RE: Draft contours
Importance: High

ATTORNEY-CLIENT PRIVILEGED MATERIAL

DO NOT DISCLOSE

Gentleman,

Dan

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ)
Sent: Tuesday, October 02, 2001 5:01 PM
To: 'Borro.Ronald@Hq.Navy.Mil'; 'Smith.Robert2@Hq.Navy.Mil'
Cc: Cecchini, J. Dan (EFDLANT)
Subject: FW: Draft contours

Gentlemen,

[redacted]

[redacted]

Alan

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT)
Sent: Tuesday, October 02, 2001 4:23 PM
To: Zusman, Alan F (NAVFACHQ)
Subject: RE: Draft contours

Alan,

Just so I am clear on this.

Your proposal:

Chapter 3 of the EIS: Put ARS 2 contour, revised ARS 2 contour and 2000

baseline contour in. Explain to reader the differences between ARS 2 and Rev ARS 2 and that they should now focus on rev ARS 2 contour. In essence, we will be using the E/F EIS to explain why our C/D EIS was incorrect with resultant benefit being that we've minimized the need to explain to the difference between ARS 2 and 2000 baseline.

My proposal:

Chapter 3 of the EIS: Put ARS 2 contour and 2000 baseline contour in. Explain to reader the ops/profile changes that have occured. In this case, I think it makes more sense to not give them a detailed blow by blow of what happened. Rather, we give them the two contours and explain the differences: 1. operational counts slightly different, X profile modified, X power setting adjusted.

I am not hard over either way - I just don't see great benefit in your approach. In our AICUZ updates we don't go back and correct past sins, we just talk about them. I concur that counsel's help on this might be beneficial.

Dan

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ)
Sent: Tuesday, October 02, 2001 3:52 PM
To: Cecchini, J. Dan (EFDLANT)
Subject: RE: Draft contours

Dan,

We do not concur and need to get Ron Borro and or Bob Smith in the loop. This is not a case of $$. Just spoke to Wyle and their opinon is that the major reason the new baseline is different is primarily due tot he change in profiles. Hence, all the operational changes get lost when in effect if ARS-2 was accurate, the changes in procedures may have more of an effect. Ask yourself what confidence the reader of the EIS or a potential laintiff might have in the new baseline or even the E/F contours if ARS-2 is left as is. Dan, as you've seen, we're talking about 10 dB in some cases.

Alan

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT)
Sent: Tuesday, October 02, 2001 3:42 PM
To: Zusman, Alan F (NAVFACHQ)
Subject: RE: Draft contours

Yes, just sent an email to Phil to determine best vehicle to get "endorsement". Hope you plan on coming on the 18th vice 19th.

As for new ARS 2 contour, I still see them as a "nice to have". Right now, we have no money to give to Wyle - not sure when we will see any either.

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ)
Sent: Tuesday, October 02, 2001 3:37 PM
To: Cecchini, J. Dan (EFDLANT)
Subject: RE: Draft contours

Dan,

I think we do need a revised ARS-2 since it established the 98 baseline. The new baseline (2000) is done but without a revised ARS-2, we are left open for people to comapre today and yesterday with today being smaller. So, I think for practical purposes we need a revised ARS-2 since then all contours will be in context. Wyle will not be able to provide just an explanation of the changes since you'd be comparing apples and oranges. The new baseline incorporates reality. The old baseline needs to be adjusted to reflect then reality.

I'm on your 19 POCtober meeting agenda to explain the changes in the noise contours. That's the first step in briefing it up the chain. Are you working the AIRLANT endorsement of the new profiles?

Alan

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT)
Sent: Tuesday, October 02, 2001 3:32 PM
To: Zusman, Alan F (NAVFACHQ)
Subject: RE: Draft contours

Alan,

Just talked to Wyle myself. Told them the contour I am really interested in is the Oceana/Fentress contour with an OLF at some other location. My feeling is that the contour will be close to our revised baseline (2000). Micah said he will get that contour to you ASAP for yoru review before sending down.

As for revising ARS 2. I don't see the importance for our EIS. In fact, I don't need a revised ARS 2 with corrected assumptions. I just need a revised 2000 baseline with an explanation as to why it changed between 1998 (ARS 2) and now.

Is the drive to "fix" the ARS 2 contour being driven by inverse condemnation? If so, I see that as a Navy Lit cost vice EIS cost.

Dan

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ)
Sent: Tuesday, October 02, 2001 3:11 PM
To: Cecchini, J. Dan (EFDLANT)
Subject: RE: Draft contours

Dan,

Yes I have the OLF contour.

BTW, just received Wyle estmate of 18K to fix ARS-2. What do you think?

Alan

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT)
Sent: Tuesday, October 02, 2001 3:02 PM
To: Zusman, Alan F (NAVFACHQ)
Subject: RE: Draft contours
Importance: High

Alan, the one contour not presented (at least I don't think it was presented) is projected with an OLF. Have you seen this one?

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Thursday, October 25, 2001 8:19
**To:** 'Smith.Robert2@Hq.Navy.Mil'
**Subject:** F18 C/D PROFILES

**Sensitivity:** Private

F18CD Flight Profiles.doc

Bob,

Alan

<<F18CD Flight Profiles.doc>>

**Smith, Robert OGC**

**From:** Smith, Robert J
**Sent:** Wednesday, October 31, 2001 10:07
**To:** 'Zusman, Alan F (NAVFACHQ)'; Cecchini, J. Dan (EFDLANT); Smith, Robert J
**Cc:** Pierson, Fred E. (EFDLANT); 'Logan CDR Phil (E-mail) '; Borro, Ronald; Jung, Christopher D; Noel, John D; 'Klena, Jude'
**Subject:** RE: Work Priority for Wyle

ATTORNEY WORK PRODUCT

All.

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Tuesday, October 30, 2001 11:34 PM
To: Cecchini, J. Dan (EFDLANT); 'Smith Bob (E-mail) '
Cc: Pierson, Fred E. (EFDLANT); 'Logan CDR Phil (E-mail) '
Subject: RE: Work Priority for Wyle

Dan,

[redacted]

Alan

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT)
To: Zusman, Alan F (NAVFACHQ); Smith Bob (E-mail)
Cc: Pierson, Fred E. (EFDLANT); Logan CDR Phil (E-mail)
Sent: 10/30/01 6:31 PM

Subject: Work Priority for Wyle
Importance: High

Alan/Bob,

**Tracking:**

| Recipient | Read |
|---|---|
| 'Zusman, Alan F (NAVFACHQ)' | |
| Cecchini, J. Dan (EFDLANT) | |
| Smith, Robert J. | Read: 10/31/2001 10:09 |
| Pierson, Fred E. (EFDLANT) | |
| 'Logan CDR Phil (E-mail)' | |
| Borro, Ronald | Read: 10/31/2001 13:19 |
| Jung, Christopher D | Read: 10/31/2001 10:10 |
| Noel, John D | Read: 10/31/2001 10:19 |
| 'Klena, Jude' | |

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Wednesday, October 31, 2001 16:36
**To:** 'Smith.Robert2@Hq.Navy.Mil'
**Cc:** 'GLong@arl.wylelabs.com'; Cecchini, J. Dan (EFDLANT)
**Subject:** MEMO REGARDING C?D PROFILES

**Sensitivity:** Private

FA-18CD Profile Change Memo Fi...

ATTORNEY-CLIENT WORK PRODUCT

[redacted]

Alan

<<FA-18CD Profile Change Memo Final 103101.doc>>

# ATTORNEY-CLIENT WORK PRODUCT

**Smith, Robert OGC**

**From:** Ling, Alison D
**Sent:** Monday, November 05, 2001 14:48
**To:** Smith, Robert J
**Subject:** FW: AESO information on F/A-18 power settings

**Importance:** High

expl4.DOC expl4.xls TIMdefns1.doc

ATTORNEY-CLIENT/WORK PRODUCT PRIVILEGED MATERIAL
DO NOT DISCLOSE

[redacted]

Alison

-----Original Message-----
From: Coffer, Lyn P [mailto:CofferLP@navair.navy.mil]
Sent: Monday, November 05, 2001 1:53 PM
To: Alison Ling (E-mail)
Cc: Douglas, Everett L
Subject: AESO information on F/A-18 power settings

[redacted]

Lyn

<<expl4.DOC>> <<expl4.xls>> <<TIMdefns1.doc>>

Mr. Lyn Coffer
Aircraft Environmental Support Office - AESO
Code 08212, Building 810
Naval Air Depot - North Island
P.O. Box 357058
San Diego, CA 92135-7058

**Smith, Robert OGC**

**From:** Ling, Alison D
**Sent:** Monday, November 05, 2001 15:28
**To:** 'Lynn Coffer'; 'Everett Douglas'
**Cc:** Jung, Christopher D; Noel, John D; Borro, Ronald; Smith, Robert J
**Subject:** RE: AESO information on F/A-18 power settings

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

[redacted]

Thanks, Alison

-----Original Message-----
From: Smith, Robert J
Sent: Monday, November 05, 2001 3:20 PM
To: Ling, Alison D
Cc: Jung, Christopher D; Noel, John D; Smith, Robert J; Borro, Ronald
Subject: RE: AESO information on F/A-18 power settings

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

Alison,

[redacted]

-----Original Message-----
From: Ling, Alison D
Sent: Monday, November 05, 2001 2:48 PM
To: Smith, Robert J
Subject: FW: AESO information on F/A-18 power settings
Importance: High

ATTORNEY-CLIENT/WORK PRODUCT PRIVILEGED MATERIAL
DO NOT DISCLOSE

[redacted]

Alison

-----Original Message-----
From: Coffer, Lyn P [mailto:CofferLP@navair.navy.mil]
Sent: Monday, November 05, 2001 1:53 PM
To: Alison Ling (E-mail)
Cc: Douglas, Everett L
Subject: AESO information on F/A-18 power settings

[redacted]

Lyn

<<expl4.DOC>> <<expl4.xls>> <<TIMdefns1.doc>>

Mr. Lyn Coffer
Aircraft Environmental Support Office - AESO
Code 08212, Building 810
Naval Air Depot - North Island
P.O. Box 357058
San Diego, CA 92135-7058

**Smith, Robert OGC**

**From:** Coffer, Lyn P [CofferLP@navair.navy.mil]
**Sent:** Tuesday, November 06, 2001 11:19
**To:** 'Cecchini, J. Dan (EFDLANT)'; Coffer, Lyn P; Douglas, Everett L
**Cc:** Logan CDR Phil (E-mail); Pierson, Fred E. (EFDLANT); Zusman, Alan F (NAVFACHQ); McFarlane, Waina J. (EFDLANT); Klena Jude LCDR (E-mail); Tickle. Ronald (E-mail); Terry L Bowers (E-mail); Alison Ling (E-mail); Robert J Smith (E-mail)
**Subject:** RE: AESO Write Up

expl5.DOC expl4.xls TIMdefns1.doc

Attached is AESO's memo & action item.

Mr. Lyn Coffer
Aircraft Environmental Support Office - AESO
Code 08212, Building 810
Naval Air Depot - North Island
P.O. Box 357058
San Diego, CA 92135-7058

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT) [mailto:CecchiniJD@efdlant.navfac.navy.mil]
Sent: Friday, November 02, 2001 12:35 PM
To: Lyn Coffer (E-mail); Everett Douglas (E-mail)
Cc: Logan CDR Phil (E-mail); Pierson, Fred E. (EFDLANT); Zusman, Alan F (NAVFACHQ); McFarlane, Waina J. (EFDLANT); Klena Jude LCDR (E-mail)
Subject: AESO Write Up
Importance: High

Lyn/Everett,

Dan here. I am getting ready to head out for the day and I am out of the office next week. I haven't seen your memo yet. Please forward your draft memo to all on the distro list in case I am not here - this has high interest and we need to make sure my absence does not slow this down.

Thanks,
Dan

**Smith, Robert OGC**

**From:** Borro, Ronald
**Sent:** Tuesday, November 20, 2001 15:20
**To:** Reed, Kathy; Tickle, Ronald E; Ling, Alison D; 'Alan Zusman (E-mail)'; Smith, Robert J
**Cc:** Killebrew, Ruby L
**Subject:** RE: E/F P/B to Mr. Holaday

Works for me.

Ron

-----Original Message-----
**From:** Reed, Kathy
**Sent:** Tuesday, November 20, 2001 2:55 PM
**To:** Borro, Ronald; Tickle, Ronald E; Ling, Alison D; Alan Zusman (E-mail); Smith, Robert J
**Cc:** Killebrew, Ruby L
**Subject:** FW: E/F P/B to Mr. Holaday

All,

Will 1545-1645 on the 27th work for you? V/R Kathy

-----Original Message-----
**From:** Killebrew, Ruby L
**Sent:** Tuesday, November 20, 2001 2:48 PM
**To:** Reed, Kathy
**Subject:** RE: E/F

If you want that day, probably 1545-1645 or any time on 28th.

-----Original Message-----
**From:** Reed, Kathy
**Sent:** Tuesday, November 20, 2001 2:45 PM
**To:** Killebrew, Ruby L
**Subject:** RE: E/F

Ruby,
When can he do it? V/R Kathy

-----Original Message-----
**From:** Killebrew, Ruby L
**Sent:** Tuesday, November 20, 2001 2:43 PM
**To:** Reed, Kathy
**Subject:** RE: E/F

Kathy,
This meeting will get bumped because Mr. H will be going on the Hill to meet with Mr. Underwood at 0930 for a 1000.

-----Original Message-----
**From:** Reed, Kathy
**Sent:** Tuesday, November 20, 2001 7:50 AM
**To:** Borro, Ronald
**Cc:** Killebrew, Ruby L
**Subject:** RE: E/F

Ron,
That sounds good to me...we want to keep the discussion manageable.

Ruby,
Please set us up on Mr. Holaday's schedule Tuesday, at say, 0930 for an hour. Invitees are Ron Borro, Ron Tickle, Alison Ling, Bob Smith, and Alan Zusman.

V/R Kathy

-----Original Message-----
**From:** Borro, Ronald
**Sent:** Monday, November 19, 2001 5:55 PM
**To:** Reed, Kathy
**Subject:** E/F

Kathy:

As discussed on Friday, can we set up a mtg with DASN Holaday on 27 November to discuss throttle settings, noise contours, etc. [redacted]

Thoughts?

Ron

**Smith, Robert OGC**

**From:** Klena, Jude LCDR (CLF N02LE3) [KlenaJT@clf.navy.mil]
**Sent:** Wednesday, November 28, 2001 15:30
**To:** 'Smith, Robert J'; Zusman, Alan F (NAVFACWNY)
**Cc:** Klena, Jude LCDR (CLF N02LE3); Logan, Phillip CDR (CLF N4683)
**Subject:** C/D FLIGHT PROFILE MEMO TO FILE

Strike Fighter Wing Flight pro...

Gentlemen,

[redacted]

[redacted]

VR,

Jude

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3)
Sent: Monday, November 26, 2001 10:34 AM
To: 'Smith, Robert J'; Klena, Jude LCDR (CLF N02LE3); Zusman, Alan F (NAVFACWNY)
Subject: RE: Description file

Bob,

[redacted]

VR,

Jude

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Monday, November 26, 2001 10:32 AM
To: 'Klena, Jude LCDR (CLF N02LE3)'; Smith, Robert J; Zusman, Alan F (NAVFACWNY)
Subject: RE: Description file

Jude,

[redacted]

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Monday, November 26, 2001 10:28 AM
To: 'Smith, Robert J'; Klena, Jude LCDR (CLF N02LE3); Zusman, Alan F (NAVFACWNY)
Subject: RE: Description file

Bob,

[redacted]

VR,

Jude

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Monday, November 26, 2001 10:24 AM
To: 'Klena, Jude LCDR (CLF N02LE3)'; Zusman, Alan F (NAVFACWNY)
Cc: Smith, Robert J
Subject: RE: Description file

Jude,

[redacted]

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Monday, November 26, 2001 10:19 AM
To: Zusman, Alan F (NAVFACWNY); Klena, Jude LCDR (CLF N02LE3)
Cc: 'Smith.Robert2@hq.navy.mil'
Subject: RE: Description file

Gentlemen,

[redacted]

VR,

Jude

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Monday, November 26, 2001 10:14 AM
To: 'KlenaJT@clf.navy.mil'
Cc: 'Smith.Robert2@hq.navy.mil'
Subject: FW: Description file

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Wednesday, November 21, 2001 9:28 AM
To: Alan Zusman
Subject: Description file

Alan,

Here is the profile descriptions for the CD. I included the whole file.

Micah

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Thursday, November 29, 2001 8:37
**To:** 'Klena, Jude LCDR (CLF N02LE3)'; 'Smith, Robert J'; Zusman, Alan F (NAVFACHQ)
**Cc:** Logan, Phillip CDR (CLF N4683)
**Subject:** RE: C/D FLIGHT PROFILE MEMO TO FILE

[redacted]

Alan

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Wednesday, November 28, 2001 3:30 PM
To: 'Smith, Robert J'; Zusman, Alan F (NAVFACWNY)
Cc: Klena, Jude LCDR (CLF N02LE3); Logan, Phillip CDR (CLF N4683)
Subject: C/D FLIGHT PROFILE MEMO TO FILE

Gentlemen,

[redacted]

VR,

Jude

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3)
Sent: Monday, November 26, 2001 10:34 AM
To: 'Smith, Robert J'; Klena, Jude LCDR (CLF N02LE3); Zusman, Alan F (NAVFACWNY)
Subject: RE: Description file

Bob,

[redacted]

VR,

Jude

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Monday, November 26, 2001 10:32 AM
To: 'Klena, Jude LCDR (CLF N02LE3)'; Smith, Robert J; Zusman, Alan F (NAVFACWNY)
Subject: RE: Description file

Jude,

[redacted]

-----Original Message-----

From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Monday, November 26, 2001 10:28 AM
To: 'Smith, Robert J'; Klena, Jude LCDR (CLF N02LE3); Zusman, Alan F (NAVFACWNY)
Subject: RE: Description file

Bob,

[redacted]

VR,

Jude

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Monday, November 26, 2001 10:24 AM
To: 'Klena, Jude LCDR (CLF N02LE3)'; Zusman, Alan F (NAVFACWNY)
Cc: Smith, Robert J
Subject: RE: Description file

Jude,

[redacted]

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Monday, November 26, 2001 10:19 AM
To: Zusman, Alan F (NAVFACWNY); Klena, Jude LCDR (CLF N02LE3)
Cc: 'Smith.Robert2@hq.navy.mil'
Subject: RE: Description file

Gentlemen,

[redacted]

VR,

Jude

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Monday, November 26, 2001 10:14 AM
To: 'KlenaJT@clf.navy.mil'
Cc: 'Smith.Robert2@hq.navy.mil'
Subject: FW: Description file

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Wednesday, November 21, 2001 9:28 AM
To: Alan Zusman
Subject: Description file

Alan,

Here is the profile descriptions for the CD. I included the whole file.

Micah

**Smith, Robert OGC**

**From:** Wise, Charlotte
**Sent:** Thursday, November 29, 2001 19:07
**To:** Smith, Robert J
**Cc:** Paynter, Michelle K
**Subject:** RE: Oceana Noise Contours

**Importance:** High

Bob,
[redacted]
Charlotte

-----Original Message-----
**From:** Mora, Alberto J
**Sent:** Thursday, November 29, 2001 7:04 PM
**To:** Smith, Robert J
**Cc:** Turnquist, Carl J; Molzahn, William; Kranz, Thomas F; Wise, Charlotte; Phelps, Fred A
**Subject:** RE: Oceana Noise Contours

Bob....

[redacted]

Alberto

-----Original Message-----
**From:** Smith, Robert J
**Sent:** Thursday, November 29, 2001 4:08 PM
**To:** Phelps, Fred A; Turnquist, Carl J; 'Houck, James'
**Cc:** Wilkoff, Mark O; Ledvina, Thomas N; Borro, Ronald; Laverdiere, Marc G; Kraft, Todd M; Jung, Christopher D; Noel, John D; Banks, Stephen A; Foster, Kirk A; 'Brookshire, Jim'; 'Evans, Julia'; 'Klena, Jude'; 'Shuey, David'; Mora, Alberto J; Molzahn, William; Kranz, Thomas F; Wise, Charlotte; Holaday, Duncan; Smith, Robert J
**Subject:** RE: Oceana Noise Contours

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGED MATERIAL

All,

[redacted]

[redacted]

Thanks.

-----Original Message-----
**From:** Smith, Robert J
**Sent:** Monday, November 05, 2001 12:07 PM
**To:** Phelps, Fred A; Turnquist, Carl J; 'Houck, James'
**Cc:** Wilkoff, Mark O; Ledvina, Thomas N; Borro, Ronald; Laverdiere, Marc G; Kraft, Todd M; Jung, Christopher D; Noel, John D; Banks, Stephen A; Foster, Kirk A; 'Brookshire, Jim'; 'Evans, Julia'; 'Klena, Jude'; 'Shuey, David'; Smith, Robert J; Mora, Alberto J; Molzahn, William; Kranz, Thomas F; Wise, Charlotte
**Subject:** Oceana Noise Contours

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGED MATERIAL

All,

**Smith, Robert OGC**

| | |
|---|---|
| **From:** | Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil] |
| **Sent:** | Thursday, November 29, 2001 16:03 |
| **To:** | Cecchini, J. Dan (EFDLANT); Pierson, Fred E. (EFDLANT) |
| **Cc:** | 'Smith.Robert2@Hq.Navy.Mil'; 'LoganPE@clf.navy.mil'; 'MDowning@arl.wylelabs.com' |
| **Subject:** | F18 E/F EIS NOISE CONTOURS |
| **Sensitivity:** | Private |

All,

Here's where we stand with respect to schedule:

By Dec 3, Wyle will provide all Oceana/Fentress E/F noise contours which include C/Ds as well.

By Dec 7, Wyle will provide Year 2000 Baseline

By Dec 10, Wyle will provide Beaufort contours

By Dec 14, Wyle will provide Cherry Point contours

By Dec 14, [redacted]

At this moment, we have lal the profile data with the exception of the F-14 data. Actually, we have the data but there is some question as to what the power settings represent and the F-14 Wing is researching the answer. We will have all data by COB Friday.

Alan



OCE213646

**Smith, Robert OGC**

**From:** Klena, Jude LCDR (CLF N02LE3) [KlenaJT@clf.navy.mil]
**Sent:** Tuesday, December 04, 2001 18:03
**To:** Alberto J Mora (E-mail); 'Holaday, Duncan'; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Smith, Robert J; Jung, Christopher D; Klena, Jude LCDR (CLF N02LE3); Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
**Cc:** Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
**Subject:** NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q&A's AND LETTER TO LOCAL OFFICIALS

NOISE CONTOUR QA'S rev.doc

VA BEACH - CHES Noise Contour ...

Sirs and Ma'am,

[redacted]

VR,

LCDR Jude Klena

<<NOISE CONTOUR QA'S rev.doc>> <<VA BEACH - CHES Noise Contour Letter.doc>>

**ATTORNEY WORK PRODUCT – DO NOT DISCLOSE**

[redacted]

[redacted]

Redacted

[redacted]

**Smith, Robert OGC**

**From:** Brookshire, James [James.Brookshire@usdoj.gov]
**Sent:** Wednesday, December 05, 2001 10:33
**To:** Evans, Julia; Shuey, David; 'Yost, Jacqueline CDR (CLF N02PA)'; 'Smith, Robert J'; 'Klena, Jude LCDR (CLF N02LE3)'; 'Mora, Alberto J'; 'Holaday, Duncan'; 'Foster, Kirk A'; 'Turnquist, Carl J'; 'Borro, Ronald'; 'Jung, Christopher D'; 'Laverdiere, Marc G'; 'Zusman, Alan F (NAVFACWNY)'
**Cc:** 'Houck, James W CAPT (CLF N02L)'; 'Brady, Michael CAPT (CLF N02P)'
**Subject:** RE: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q& A's AND LETTER TO LOCAL OFFICIALS

Attorney Client Communication
[redacted] Jim

-----Original Message-----
From: Yost, Jacqueline CDR (CLF N02PA) [mailto:YostJC@clf.navy.mil]
Sent: Wednesday, December 05, 2001 10:30 AM
To: Brookshire, James; Evans, Julia; Shuey, David; Smith, Robert J; Klena, Jude LCDR (CLF N02LE3); Mora, Alberto J; Holaday, Duncan; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Jung, Christopher D; Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
Subject: RE: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q& A's AND LETTER TO LOCAL OFFICIALS

[redacted]

VR, Jacquie

CDR Jacquie Yost
Deputy PAO, CLF
(757) 836-3630

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Wednesday, December 05, 2001 9:49 AM
To: 'Klena, Jude LCDR (CLF N02LE3)'; Mora, Alberto J; Holaday, Duncan; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Smith, Robert J; Jung, Christopher D; Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
Subject: RE: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q& A's AND LETTER TO LOCAL OFFICIALS

[redacted]

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Tuesday, December 04, 2001 6:03 PM
To: Alberto J Mora (E-mail); 'Holaday, Duncan'; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Smith, Robert J; Jung, Christopher D; Klena, Jude LCDR (CLF N02LE3); Laverdiere, Marc G; Zusman, Alan F



OCE213650

(NAVFACWNY); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
Subject: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q&A's AND LETTER TO LOCAL OFFICIALS

Sirs and Ma'am,

[redacted]

VR,

LCDR Jude Klena

<<NOISE CONTOUR QA'S rev.doc>> <<VA BEACH - CHES Noise Contour Letter.doc>>

**Smith, Robert OGC**

| | |
|---|---|
| **From:** | Klena, Jude LCDR (CLF N02LE3) [KlenaJT@clf.navy.mil] |
| **Sent:** | Wednesday, December 05, 2001 11:23 |
| **To:** | 'Foster, Kirk A '; Yost, Jacqueline CDR (CLF N02PA); 'Smith, Robert J '; Klena, Jude LCDR (CLF N02LE3); 'Mora, Alberto J '; 'Holaday, Duncan '; 'Turnquist, Carl J '; 'Borro, Ronald '; 'Jung, Christopher D '; 'Laverdiere, Marc G '; Zusman, Alan F (NAVFACWNY); 'James Brookshire (E-mail) '; 'Julia Evans (E-mail) '; 'David Shuey (E-mail) ' |
| **Cc:** | Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P) |
| **Subject:** | RE: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q& A's AND LETTER TO LOCAL OFFICIALS |

Bob,

[redacted]

VR,

Jude

-----Original Message-----
From: Foster, Kirk A
To: 'Yost, Jacqueline CDR (CLF N02PA)'; Smith, Robert J; Klena, Jude LCDR (CLF N02LE3); Mora, Alberto J; Holaday, Duncan; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Jung, Christopher D; Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P)
Sent: 12/5/01 10:42 AM
Subject: RE: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q& A's AND LETTER TO LOCAL OFFICIALS

Jacqueline, et. al. -

[redacted]

V/r

Kirk

KIRK A. FOSTER
CDR, JAGC, USN
Office of Legislative Affairs
Department of the Navy
(703) 697-5946

-----Original Message-----
From: Yost, Jacqueline CDR (CLF N02PA) [mailto:YostJC@clf.navy.mil]
Sent: Wednesday, December 05, 2001 10:30 AM
To: Smith, Robert J; Klena, Jude LCDR (CLF N02LE3); Mora, Alberto J; Holaday, Duncan; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Jung, Christopher D; Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
Subject: RE: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q& A's AND LETTER TO LOCAL OFFICIALS

[redacted]

CDR Jacquie Yost
Deputy PAO, CLF
(757) 836-3630

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Wednesday, December 05, 2001 9:49 AM
To: 'Klena, Jude LCDR (CLF N02LE3)'; Mora, Alberto J; Holaday, Duncan;
Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Smith, Robert J; Jung, Christopher D; Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
Subject: RE: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q& A's AND LETTER TO LOCAL OFFICIALS

[redacted]

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Tuesday, December 04, 2001 6:03 PM
To: Alberto J Mora (E-mail); 'Holaday, Duncan'; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Smith, Robert J; Jung, Christopher D; Klena, Jude LCDR (CLF N02LE3); Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
Subject: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q&A's AND LETTER TO LOCAL OFFICIALS

Sirs and Ma'am,

[redacted]

VR,

LCDR Jude Klena

<<NOISE CONTOUR QA'S rev.doc>> <<VA BEACH - CHES Noise Contour Letter.doc>>

**Smith, Robert OGC**

**From:** Holaday, Duncan
**Sent:** Thursday, December 06, 2001 12:42
**To:** Smith, Robert J; 'Klena, Jude LCDR (CLF N02LE3)'; Mora, Alberto J; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Jung, Christopher D; Laverdiere, Marc G; 'Zusman, Alan F (NAVFACWNY)'; 'James Brookshire (E-mail)'; 'Julia Evans (E-mail)'; 'David Shuey (E-mail)'; Kraft, Todd M
**Cc:** 'Houck, James W CAPT (CLF N02L)'; 'Brady, Michael CAPT (CLF N02P)'; 'Yost, Jacqueline CDR (CLF N02PA)'; 'Crabtree, Thomas SES (CLF N46A)'
**Subject:** RE: MEDIA RELEASE ICW NOISE CONTOURS AT NAS OCEANA AND NALF FENTRESS

[redacted]

thanks--doc

-----Original Message-----
From: Smith, Robert J
Sent: Thursday, December 06, 2001 12:34 PM
To: 'Klena, Jude LCDR (CLF N02LE3)'; Mora, Alberto J; Holaday, Duncan; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Smith, Robert J; Jung, Christopher D; Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY); 'James Brookshire (E-mail)'; 'Julia Evans (E-mail)'; 'David Shuey (E-mail)'; Kraft, Todd M
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA); Crabtree, Thomas SES (CLF N46A)
Subject: RE: MEDIA RELEASE ICW NOISE CONTOURS AT NAS OCEANA AND NALF FENTRESS

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

All,

[redacted]

[redacted]

Thank you.

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Thursday, December 06, 2001 12:17 PM
To: 'Alberto J Mora (E-mail)'; 'Holaday, Duncan'; 'Foster, Kirk A'; 'Turnquist, Carl J'; 'Borro, Ronald'; 'Smith, Robert J'; 'Jung, Christopher D'; 'Laverdiere, Marc G'; Zusman, Alan F (NAVFACWNY); 'James Brookshire (E-mail)'; 'Julia Evans (E-mail)'; 'David Shuey (E-mail)'; LCDR Todd Kraft (E-mail)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA); Klena, Jude LCDR (CLF N02LE3); Crabtree, Thomas SES (CLF N46A)
Subject: MEDIA RELEASE ICW NOISE CONTOURS AT NAS OCEANA AND NALF FENTRESS

Sirs and ma'am,

[redacted]

[redacted]

[redacted]

Very respectfully,

LCDR Jude Klena

<<083-01 Noise Contours.doc>>

**Smith, Robert OGC**

**From:** Klena, Jude LCDR (CLF N02LE3) [KlenaJT@clf.navy.mil]
**Sent:** Tuesday, December 11, 2001 8:06
**To:** Logan, Phillip CDR (CLF N4683); "Smith, Robert J' '; "Downing, Micah' '; Zusman, Alan F (NAVFACWNY)
**Cc:** "Long, Geral' '; 'Jung, Christopher D '; 'Noel, John D '; "Shuey, David' '; "Evans, Julia' '; "Braue, Tim' '
**Subject:** RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

CDR Logan,

[redacted]

VR,

Jude

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683)
Sent: Tuesday, December 11, 2001 7:05 AM
To: Klena, Jude LCDR (CLF N02LE3); ''Smith, Robert J' '; ''Downing, Micah' '; Zusman, Alan F (NAVFACWNY)
Cc: ''Long, Geral' '; 'Jung, Christopher D '; 'Noel, John D '; ''Shuey, David' '; ''Evans, Julia' '; ''Braue, Tim' '
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

[redacted] Phil

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3)
To: 'Smith, Robert J'; Logan, Phillip CDR (CLF N4683); 'Downing, Micah'; Zusman, Alan F (NAVFACWNY)
Cc: 'Long, Geral'; Klena, Jude LCDR (CLF N02LE3); Jung, Christopher D; Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Sent: 12/10/01 5:27 PM
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED

Bob,

[redacted]

VR,

Jude

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Monday, December 10, 2001 5:08 PM
To: Smith, Robert J; 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'; 'Zusman, Alan F (NAVFACWNY)'
Cc: 'Long, Geral'; 'Klena, Jude'; Jung, Christopher D; Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED

All,

[redacted]

Thanks.

-----Original Message-----
From: Smith, Robert J
Sent: Monday, December 10, 2001 12:39 PM
To: 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'; Zusman, Alan F (NAVFACWNY)
Cc: Smith, Robert J; Long, Geral; 'Klena, Jude'; Jung, Christopher D; Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

All,

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683) [mailto:LoganPE@clf.navy.mil]
Sent: Monday, December 10, 2001 11:20 AM
To: 'Downing, Micah'; Zusman, Alan F (NAVFACWNY); Cecchini, J. Dan (EFDLANT); Logan, Phillip CDR (CLF N4683)
Cc: Smith.Robert2@Hq.Navy.Mil; Long, Geral; Guerin, Jone
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

[redacted]

CDR Phil Logan
CLF, N4683

(757) 836-3674, DSN 836

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 10, 2001 10:55 AM
To: Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); LoganPE@clf.navy.mil
Cc: Smith.Robert2@Hq.Navy.Mil; Long, Geral; Guerin, Jone
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Alan,

[redacted]

[redacted]

Micah

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Sunday, December 09, 2001 7:58 PM
To: Cecchini, J. Dan (EFDLANT); 'LoganPE@clf.navy.mil'
Cc: 'Smith.Robert2@Hq.Navy.Mil'; Downing, Micah; Long, Geral
Subject: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Dan and Phil,

Redacted

Alan

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Wednesday, December 05, 2001 16:10
**To:** 'Klena, Jude LCDR (CLF N02LE3)'; 'Holaday, Duncan'; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Smith, Robert J; Jung, Christopher D; Laverdiere, Marc G; Zusman, Alan F (NAVFACHQ); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
**Cc:** Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
**Subject:** RE: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q& A'sAND LETTER TO LOCAL OFFICIALS

All,

[redacted]

Alan

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3) [mailto:KlenaJT@clf.navy.mil]
Sent: Tuesday, December 04, 2001 6:03 PM
To: Alberto J Mora (E-mail); 'Holaday, Duncan'; Foster, Kirk A; Turnquist, Carl J; Borro, Ronald; Smith, Robert J; Jung, Christopher D; Klena, Jude LCDR (CLF N02LE3); Laverdiere, Marc G; Zusman, Alan F (NAVFACWNY); James Brookshire (E-mail); Julia Evans (E-mail); David Shuey (E-mail)
Cc: Houck, James W CAPT (CLF N02L); Brady, Michael CAPT (CLF N02P); Yost, Jacqueline CDR (CLF N02PA)
Subject: NAS OCEANA AND NALF FENTRESS NOISE CONTOURS - PROPOSED PAO Q&A'sAND LETTER TO LOCAL OFFICIALS

Sirs and Ma'am,

[redacted]

VR,

LCDR Jude Klena

<<NOISE CONTOUR QA'S rev.doc>> <<VA BEACH - CHES Noise Contour Letter.doc>>

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Thursday, December 06, 2001 15:31
**To:** 'GLong@arl.wylelabs.com'; 'MDowning@arl.wylelabs.com'
**Cc:** 'Smith.Robert2@Hq.Navy.Mil'
**Subject:** E/F EIS NOISE CONTOURS; DELIVERY TO DOJ EXPERTS

Geral,

Looking at the calendar it would appear that Wyle has completed all the Oceana noise contours including the Year 2000 baseline. That being the case, I need to see the results ASAP. Can you put the contours on a CDROM and FEDEX it to me next week? I'll be in San Diego but can provide a good mailing address when I arrive.

We also need to provuide the Year 2000 Baseline to DOJs experts--Harris/Wise and another gentlemen. Have you been told by them what format and scale to provide the Year 2000 Baseline? [redacted]

FInally, lease advise when the Revised ARS-2 is completed. I want to review the results with you and then I'l also need it on a CDROM with a comparison to the original ARS-2. I will need to brief Mr. Holaday and others perhaps as early as the 14th.

Thanks.

Micah; call me before you leave ASA and head back to Washington.

**Smith, Robert OGC**

| | |
|---|---|
| **From:** | Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil] |
| **Sent:** | Friday, November 30, 2001 10:55 |
| **To:** | Muilenburg, Bret J; Borro, Ronald; Ling, Alison D; Bowers, Terry L; Reed, Kathy |
| **Cc:** | Smith, Robert J; 'MDowning@arl.wylelabs.com'; Cecchini, J. Dan (EFDLANT) |
| **Subject:** | F18 E/F EIS; F-14B AIRCRAFT PROFILES |
| **Sensitivity:** | Private |

F14B-Flight Profiles-Final -30...

All,

Here is the final piece of the puzzle. We now have al the profiles necesary to generate the noise contours. Wyle will proceed with the Year 2000 Baseline now, and [redacted] I'm also providing the noise contour schedule again. FYI, I wil be TDy next week in Florida. You can reach me by email or by cell phone at 202-746-7207.

Alan

<<F14B-Flight Profiles-Final -30Nov01.doc>>

By Dec 3, Wyle will provide all Oceana/Fentress E/F noise contours which include C/Ds as well.

By Dec 7, Wyle will provide Year 2000 Baseline

By Dec 10, Wyle will provide Beaufort contours

By Dec 14, Wyle will provide Cherry Point contours

By Dec 14, [redacted] That has to be run as a batch file overnight since the limtation is 20 points per run.



OCE213665

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Friday, November 30, 2001 9:19
**To:** Muilenburg, Bret J; Borro, Ronald; Ling, Alison D; Bowers, Terry L; Reed, Kathy
**Cc:** Smith, Robert J
**Subject:** F-18 E/F EIS; FLIGHT POFILES

**Sensitivity:** Private

F18CD Flight Profiles-Final-29...    F18CD-Beaufort Profiles-final2...

All,

Attached are the Final F-18 C/D Aircraft Profiles for NAS Oceana/NALF Fentress and MCAS Beaufort. The Oceana/Fenttress profiles were slightly modified by the Commodore, Strike Fighter Wing Atlantic, and are shown in blue in the profile descriptions. Please add these profiles to the profile book I provided you-[redacted] We expect to see the final F-14 profiles later today or Monday at the latest.

Alan

<<F18CD Flight Profiles-Final-29Nov01.doc>> <<F18CD-Beaufort Profiles-final29Nov01.doc>>

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Wednesday, December 12, 2001 1:10
**To:** 'Downing, Micah'; Zusman, Alan F (NAVFACHQ); Bob Smith; Pierson, Fred E. (EFDLANT); Cecchini, J. Dan (EFDLANT)
**Cc:** Long, Geral
**Subject:** RE: F-14 A vs. B

Micah,

[redacted]

Alan

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 10, 2001 4:32 PM
To: Alan Zusman; Bob Smith; Fred E. Pierson; Dan Cecchini
Cc: Long, Geral
Subject: F-14 A vs. B

Alan,

[redacted]

Micah



OCE213716

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Wednesday, December 12, 2001 1:20
**To:** 'Smith, Robert J'; 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'
**Cc:** 'Long, Geral'; 'Klena, Jude'; Jung, Christopher D; 'Shuey, David'; 'Evans, Julia'
**Subject:** RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

[redacted]

[redacted]

[redacted]

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Monday, December 10, 2001 5:08 PM
To: Smith, Robert J; 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'; 'Zusman, Alan F (NAVFACWNY)'
Cc: 'Long, Geral'; 'Klena, Jude'; Jung, Christopher D; Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED

All,

[redacted]

[redacted]

[redacted]

Thanks.

-----Original Message-----
From: Smith, Robert J
Sent: Monday, December 10, 2001 12:39 PM
To: 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'; Zusman, Alan F (NAVFACWNY)
Cc: Smith, Robert J; Long, Geral; 'Klena, Jude'; Jung, Christopher D;



OCE213717

Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

[redacted]

[redacted]

[redacted]

Thanks.

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683) [mailto:LoganPE@clf.navy.mil]
Sent: Monday, December 10, 2001 11:20 AM
To: 'Downing, Micah'; Zusman, Alan F (NAVFACWNY); Cecchini, J. Dan (EFDLANT); Logan, Phillip CDR (CLF N4683)
Cc: Smith.Robert2@Hq.Navy.Mil; Long, Geral; Guerin, Jone
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

[redacted]

CDR Phil Logan
CLF, N4683
(757) 836-3674, DSN 836

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 10, 2001 10:55 AM
To: Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); LoganPE@clf.navy.mil
Cc: Smith.Robert2@Hq.Navy.Mil; Long, Geral; Guerin, Jone
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Alan,

[redacted]

[redacted]

Micah

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Sunday, December 09, 2001 7:58 PM
To: Cecchini, J. Dan (EFDLANT); 'LoganPE@clf.navy.mil'
Cc: 'Smith.Robert2@Hq.Navy.Mil'; Downing, Micah; Long, Geral
Subject: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Dan and Phil,

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



OCE213719

[redacted]

[redacted]

Alan

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Monday, December 17, 2001 12:51
**To:** 'LoganPE@clf.navy.mil'
**Cc:** Cecchini, J. Dan (EFDLANT); 'Smith.Robert2@Hq.Navy.Mil'; 'MDowning@arl.wylelabs.com'
**Subject:** AIRCRFAT PROFILE ENDORSEMENTS

**Sensitivity:** Private

Phil,

[redacted]

Thanks.

Alan

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Thursday, December 20, 2001 11:18
**To:** 'Smith.Robert2@Hq.Navy.Mil'
**Subject:** FW: MCAS Beaufort Data Validation

Oceana_noise_graphics.zip

Bob,

[redacted]

Alan

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Wednesday, December 19, 2001 9:57 AM
To: Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); Pierson, Fred E. (EFDLANT)
Cc: Long, Geral; Logan CDR Phil (E-mail)
Subject: RE: MCAS Beaufort Data Validation

Alan,

Attached is a zip file containing the noise contour graphics requested below. These files are for computer presentation. If you need to produce paper copies of these graphics, we will need to refine the background map. Let me know what is needed in terms of paper copies, and we can get them to you. (Refining the graphics will generate large files, so I will probably have to send them one at a time.)

Micah

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Tuesday, December 18, 2001 11:29 PM
To: Cecchini, J. Dan (EFDLANT); Downing, Micah; Pierson, Fred E. (EFDLANT)
Cc: Long, Geral; 'Logan CDR Phil (E-mail)'
Subject: RE: MCAS Beaufort Data Validation

Dan,

A heads up.

Today I met with Mr. Holaday to review the Revised ARS-2 noise contours, Year 2000 Baseline, and All Oceana E/F draft contours (Alts 1a and 1b). Also in attendance were LCDR Kathy Reed, Ron Borro, Kim DePaul, and Bob Smith. [redacted] Mr. Holaday wants Fleet to review those contours and to indicate if they have any problem with their release.

Kim is preparing an email to ALL Concerned tomorrow for a telcon on

Thursday. I have asked Wyle Labs to send you the following contours via email which I will need you to print in color and provide to Phil Logan [redacted] They are:

ARS-2 (from C/D EIS)
Revised ARS-2
Year 2000 Baseline
Comparison of Old ARS-2 and Revised ARS-2
Comparison of Old ARS-2 and Year 2000 Baseline

As previously, Navy will prepare a press release and Q/As should we need to respond further. More will be discussed during the telcon. Look for Kim's email early tomorrow.

I'll be in first thing in the morning and then out of the office from 0830 until 1400.

Regarding issue of ABD v AAD at Beaufort, the ball is in HQMC court. I've asked Sherrill to get some facts on scheduled weekend operations at Beaufort and Cherry Point as well. Initial feedback from Beaufort is only recoveries on weekends. I would prefer to use AAD for everything but I think MC will non-concur. IF that is the case, then we must be consistent at Cherry Point as well so we need to know from Dan Brown if ops are scheduled on weekends at Cherry Point.

Alan

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT)
To: 'Downing, Micah'; Zusman, Alan F (NAVFACHQ); Pierson, Fred E. (EFDLANT)
Cc: Long, Geral; Logan CDR Phil (E-mail); Guerin Jone (E-mail); Kane Mike (E-mail)
Sent: 12/17/01 11:04 PM
Subject: RE: MCAS Beaufort Data Validation

See my earlier email tonight. How fast can we have the ABD contours run along with the last minute changes for Beaufort? Also, Micah's description of what they are using for the Cherry Point AICUZ is correct.

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 17, 2001 2:30 PM
To: Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); Pierson, Fred E. (EFDLANT)
Cc: Long, Geral
Subject: RE: MCAS Beaufort Data Validation

Alan,

For the Beaufort changes, what's the schedule for producing the revised contours?

Also, for Cherry Point AICUZ noise contour, we will use the 2000 baseline case with the revised F-18 profiles and scale it to reflect the 116,253 annual operations.

Micah

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Monday, December 17, 2001 12:47 PM
To: Downing, Micah; Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); Pierson, Fred E. (EFDLANT)
Cc: Long, Geral
Subject: RE: MCAS Beaufort Data Validation

Micah,

I guess we're going to have to incorporate the last minute changes. Is someone at COMCABEAST working to get 2nd MAW approval of the profiloes?

As for Cherry Point, we need to establish a baseline. If you updated the
AICUZ this past summer and that update reflects baeline cponditions, I say
go with it. Since Cherry Point doesn't have F-18s anyway, that is your baseline. As for future alternatives, we have concurrencer frm Dan Brown I
think to use the Oceana profiles. I remember Dan talkig about altitudes a
few weeks ago.

So, am I missing something here?

Alan

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 17, 2001 11:47 AM
To: Alan Zusman; Dan Cecchini; Fred E. Pierson
Cc: Long, Geral
Subject: FW: MCAS Beaufort Data Validation

Alan, Dan & Fred,

Here is a description of the changes for Beaufort. We received these changes after we had sent out all of the noise contours to E&E on Friday. How shall I proceed with these changes?

Also, we will be sending out the Beaufort APZ analysis to E&E today. This analysis uses the same rules as for Oceana and Cherry Point for baseline and each scenario.

And another issue is an AICUZ contour for MCAS Cherry Point. E&E asked for a noise contour for the current AICUZ for Cherry Point. What shall we do here? We updated the Cherry Point AICUZ this summer based on modifications to the AV-8B noise data, but we did not update the F-18 profiles for that contour. I believe there are a couple of ways to meet this request. One is to use the contour we generated this summer which should be the current published AICUZ. Two is to use the current baseline noise grid and scale up the noise levels based on the difference in the number of annual operations between baseline 2000 and the AICUZ (90,154 vs. 116,253). These should cover the technical aspects for the AICUZ contour, [redacted]

Until I hear from you, we are working on the new OLF contour, specific point analysis, [redacted]

Micah



OCE213724

-----Original Message-----
From: Rachami, Jawad
Sent: Monday, December 17, 2001 10:40 AM
To: Downing, Micah
Subject: FW: MCAS Beaufort Data Validation

FYI -

Jawad Rachami
Senior Aviation Analyst
Wyle Laboratories
2001 Jefferson Davis Hwy
Suite 701
Arlington, VA 22202

Phone: 703-415-4550 ext. 40
Fax: 703-415-4556

Visit http://www.wylelabs.com

*********************************Internet Email Confidentiality Footer*************************************

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

-----Original Message-----
From: StGeorge LtCol Christopher J [mailto:StGeorgeCJ@beaufort.usmc.mil]

Sent: Friday, December 14, 2001 6:20 PM
To: Rachami, Jawad
Cc: Jackson GS12 Bruce
Subject: RE: MCAS Beaufort Data Validation

Jawad,
Hard for me to make corrections or provide input on the .pdf file so I will try to write out my points as clear and descriptive as possible.

Page 2 has a blue header that identifies the flight tracks
Departures: ATC instructs Jet traffic (as long as the airspace is clear of
other traffic) to turn to their on course heading generally after reaching
3000 feet.
70% to over water working area.
15% to Charleston
10% to Savannah via the NBC 197 radial at 29 DME (NBC 197029)
5% to the WEST
Also, on this page, the day night split is 50%-50%. This is not accurate.
FCLPs are the only event that is about 50-50 but the rest can be postulated
from the data that shows up on page 1. (closer to 90%-10% if anything)

MCAS Beaufort Arrival Flight Track: The Draft document dated April 2001 showed the Arrival flight tracks in figure 2-3. This figure did not differentiate between VFR and IFR arrivals as your latest .pdf does. I am

not sure where your definitions for the different tracks came from so let me
explain my understanding of the different track profiles.
14A1-VFR ARRIVAL
14A2 IFR ARRIVAL
23A1/A2-VFR AND IFR ARRIVALS
32A1 VFR ARRIVAL INCLUDING (IFR PENETRATION TO VFR UNDERNEATH)
32A2 (NO LONGER DEPICTED) INSTRUMENT APPROACH ONLY (VERY RARE)
05A2 VFR/IFR ARRIVALS

MCAS Beaufort Overhead Break and VFR Carrier Break Arrival Tracks: Both are
a VFR maneuvers. Arriving aircraft from the East are generally vectored up
the Broad River or the Coosaw River before turning in to break over 05 or 23
respectively. 32 arrival traffic for the overhead (standard and carrier)
never fly over the city of Beaufort. The flight track is depicted as 3201
in the April 2001 document, figure 2-6, or along 32A1.

MCAS Beaufort Departure Flight Tracks: Per our discussion and the
percentages identified above, the on-course heading is typically turned to
after achieving 3000 feet. Taking off of Rwy 05 will, when heading:
North- fly runway heading to 3000 feet and turn direct CHS
to the over water trng area- after passing 3000 feet turn to a heading of
140 and then instructed to intercept the NBC 145030
South- after passing 3000 feet turn left to circle and overfly the field to
proceed to the NBC 197029. The turn will, on occasion, be given to the
right, traffic dependant.
West- after passing 3000 feet left turn to course.
Taking off of Rwy 23 will, when heading:
North- on runway heading wait until the Broad river than turn right direct
CHS.
to the over water trng area- wait until the Broad River than turn left 090
to intercept the 145R outbound, then to the NBC 145030.
South- after the Broad river turn left to intercept the NBC 197029.
West- after the Broad river turn right to course.
Taking off of Rwy 32 will, when heading:
North- after passing 3000 turn right direct CHS.
to over water trng area- after passing 3000 ft turn left 100 to intercept
the NBC 145030.
South- after passing 3000 ft turn left to intercept the NBC 197029.
West- after passing 3000 ft turn right to course.
Taking off of Rwy 14 will immediately turn to 090 then, when heading:
North- after passing 3000 ft turn direct CHS.
to the over water trng area- after passing 3000 feet turn to a heading of
140 and then instructed to intercept the NBC 145030
South- after passing 3000 feet turn right to 180 then intercept the NBC 197029.
West- after passing 3000 feet left turn to course.

Flight Profiles:
Eliminate the yellow remarks. The Flight Tracks do speak for themselves.
For Straight In Arrivals it may be important, however, to note that VFR
arrivals from the East will be vectored up the waterways prior to turning
them in for lineup on final. Even Rwy 32 arrivals are brought up the Coosaw

River until they can be brought in via the track that will prevent overflight of Beaufort (32A1).
Profile 136 change line (j) power setting to 85% and A/S to 136.
Profile 142 change line (j) power setting to 81%.

Final Comment. This data was validated as reasonable by flying the profiles and recording the data for a 05 departure into the GCA box and the GCA pattern and touch and go pattern for Rwy 05 with a Lot 9 F/A-18A, configured with a centerline fuel tank, 4 pylons, 1 trng AIM-9 on the left wing and a range of fuel from 7000-2000 pounds. The A, C, & D variants have a multitude of configurations whose performance data can be calculated using chapter 10 of the F/A-18 NATOPS Manual (Pub no. A1-F18AC-NFM-000). Besides aircraft weight and configuration, other factors that affect aircraft performance are wind, temp, pressure and moisture. While there is a range of power settings and airspeed, the data provided here is representative of what can be expected as a baseline.

Hope this clears up the remaining points. Semper Fi,

LtCol C. J. St.George
MCAS Beaufort
Director of Operations
DSN 335-7880
<mailto:StGeorgeCJ@BEAUFORT.USMC.MIL>

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Friday, December 21, 2001 10:47
**To:** 'Reed, Kathy '; Depaul, Kimberly B; 'Borro, Ronald '; 'Smith, Robert J '; 'Gradisher, Joseph F '; Zusman, Alan F (NAVFACHQ); "Logan, Phillip CDR (CLF N4683)' '; Cecchini, J. Dan (EFDLANT); "Lang, James CDR (CLF N02LE)' '; "Jude LCDR Klena (CLF N02LE3) (E-mail)' '; 'Muilenburg, Bret J '; 'Foster, Kirk A '; 'McGregor, Michael E '; 'Rice, Ginger B '
**Subject:** RE: Oceana Noise Contours

[redacted]

-----Original Message-----
From: Reed, Kathy
To: Depaul, Kim B; Borro, Ronald; Smith, Robert J; Gradisher, Joseph F; 'Zusman, Alan F'; 'Logan, Phillip CDR (CLF N4683)'; 'Cecchini, J. Dan'; 'Lang, James CDR (CLF N02LE)'; 'Jude LCDR Klena (CLF N02LE3) (E-mail)'; Muilenburg, Bret J; Foster, Kirk A; McGregor, Michael E; Rice, Ginger B
Sent: 12/21/01 9:13 AM
Subject: RE: Oceana Noise Contours

ATTORNEY CLIENT PRIVILEGED MATERIAL -

All, [redacted] V/R Kathy
<<revised 1999 rev - 21 Dec Rev.doc>>
> -----Original Message-----
> From: Depaul, Kim B
> Sent: Wednesday, December 19, 2001 10:02 AM
> To: Borro, Ronald; Smith, Robert J; Reed, Kathy; Gradisher, Joseph F;
> 'Zusman, Alan F'; 'Logan, Phillip CDR (CLF N4683)'; 'Cecchini, J. Dan';
> 'Lang, James CDR (CLF N02LE)'; Jude LCDR Klena (CLF N02LE3) (E-mail);
> Muilenburg, Bret J; Foster, Kirk A; McGregor, Michael E
> Subject: Oceana Noise Contours
> Importance: High
>
> All,
> Need your attendance at a conference call tomorrow, 20 Dec, 1000 hrs.
> Subject is ARS2 and baseline noise contours. Please call in, or provide
> proxy. Call should last no more than 30 minutes.
>
> Phone #: (800) 982-5943
> Access code: 278636
>
> Thanks for your support!
> Kim
<<revised 1999 rev - 21 Dec Rev.doc>>



OCE213730

**Smith, Robert OGC**

**From:** Smith, Robert J
**Sent:** Friday, December 21, 2001 16:28
**To:** 'Logan, Phillip CDR (CLF N4683)'; Klena, Jude LCDR (CLF N02LE3); Dan Cecchini (E-mail); Fred E. Pierson (EFDLANT) (E-mail); Borro, Ronald; Smith, Robert J; Zusman, Alan F (NAVFACWNY)
**Subject:** RE: F-14 Endorsement

[redacted]

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683) [mailto:LoganPE@clf.navy.mil]
Sent: Friday, December 21, 2001 12:14 PM
To: Klena, Jude LCDR (CLF N02LE3); Dan Cecchini (E-mail); Fred E. Pierson (EFDLANT) (E-mail); Ronald Borro (E-mail); Robert J Smith (E-mail); Zusman, Alan F (NAVFACWNY)
Subject: F-14 Endorsement

[redacted] Phil

CDR Phil Logan
CLF, N4683
(757) 836-3674, DSN 836

**Smith, Robert OGC**

**From:** Smith, Robert J
**Sent:** Monday, December 10, 2001 16:48
**To:** 'Downing, Micah'; Alan Zusman; Smith, Robert J; Fred E. Pierson; Dan Cecchini
**Cc:** Long, Geral; Jung, Christopher D; Noel, John D
**Subject:** RE: F-14 A vs. B

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGE

[redacted]

Thanks.

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 10, 2001 4:32 PM
To: Alan Zusman; Bob Smith; Fred E. Pierson; Dan Cecchini
Cc: Long, Geral
Subject: F-14 A vs. B

Alan,

[redacted]

Micah