**OCEANA**
**Notes**

---

**Czech, Joseph 04.07.05: 63:12 - 65:0**

**MR. BRYANT: We had a discussion off the record and some of the responses to your question would be subject to the attorney-client and attorney work product privilege and I've directed Mr. Czech not to answer these questions.**
**MR. WOLF: Okay.**
**BY MR. WOLF:**
**Q. My last question I think was what work did you continue to do on the Oceana noise project after the final draft of this report, 97-10, was issued.**
**00064**
**A. There was some investigation into sound insulation that I participated in.**
**Q. Okay. Anything else?**
**MR. BRYANT: I'm directing him not to answer anything that's privileged.**
**Q. Well, the question is is there anything else. So is there something beyond your question that you did work on? And that's just yes or no.**
**A. Yes.**
**Q. The work that you did that you can't answer, was that while you were a Wyle employee?**
**A. Did you say that I can answer or can't?**
**Q. Cannot.**
**A. Yes. It was during while I was a Wyle employee.**
**Q. So that was before you left in 2000?**
**A. Correct.**
**Q. When did you do this work that you can't answer about?**
**A. During 1998.**
**Q. How many projects -- were they discrete projects?**
**00065**

**Issue: Mystery Project by Czech**

---

**OCEANA**
**Notes**

**Czech, Joseph 04.07.05: 66:12 - 68:19**

**Q. Did you ever have conversations with Mr. Zusman when there was no legal representative present regarding this work?**
**A. Yes.**
**Q. How often did you talk to him?**
**A. Oh, in some periods on a daily basis.**
**Q. And generally what was the nature of the work? Was it an investigation?**
**MR. BRYANT: If it's an investigation, you can answer that question.**
**A. It was an investigation.**
**00067**
**Q. Did it involve the noise contours at NAS Oceana?**
**MR. BRYANT: Do not answer that question.**
**MR. WOLF: What's the privilege?**
**MR. BRYANT: Attorney-client and attorney work product privilege.**
**MR. WOLF: I didn't ask him a communications question. I asked him if his work involved noise contours. So there's no communication with an attorney.**
**MR. BRYANT: Attorney work product. You're getting into clearly the subject matter of what was done. And this clearly falls within the privilege. I mean, I don't have a problem with forming a background in terms of time and place, that kind of thing. But that's getting within the substance of what was done and is clearly within the privilege.**
**Q. Was your work for the purpose of litigation?**
**MR. BRYANT: If you know the answer. If**
**00068**
**you don't know don't say that you do.**
**A. It was for the purposes of potential litigation.**
**Q. Was the potential the lawsuit that we're involved in today that we're here to take this deposition for?**
**MR. BRYANT: Again, if you know or don't know --**
**A. There would be know way of me knowing if it was for this particular litigation or not.**
**Q. Do you know it was for potential litigation because someone told you that?**
**MR. BRYANT: I direct you not to answer that. You're getting into communications at this point.**
**Q. How do you know it was for potential litigation?**
**MR. BRYANT: Again, same privilege. Don't answer.**

**Issue: Mystery Project by Czech**

**OCEANA**
**Notes**

---

**Czech, Joseph 04.07.05: 65:11 - 66:8**

**Q. When in 1998 were you working on the project you're asserting a privilege for?**
**A. It would have been anytime between February '98, maybe, and the end of the year possibly. I don't recall the exact dates.**
**Q. And were you working with Mr. Zusman on this project?**
**A. Yes.**
**Q. Who else were you working with?**
**A. He was our point of contact for our client. He was our client. He was our client point of contact.**
**00066**
**Q. Did you have any meetings or conversations with anyone other than Mr. Zusman from the Navy on this project?**
**A. Yes, but I can't recall their names. I believe it was someone with Navy legal. They wouldn't have been separate conversations either. They would have been with Mr. Zusman most likely present.**

**Issue: Mystery Project by Czech**

---