**OCEANA**
**Notes**

**Zusman, Alan 09.19.2005: 16:17 - 19:4**

Q. All right. Under the assumption that it is February 1998 Mr. Czech has testified that he and Wyle continued to work on a project under your direction for a period of time following the publication of the noise study; is that accurate?
00017
A. I don't recall that specifically.
Q. Have you read Mr. Czech's deposition or been told anything about its contents?
A. No, I have not.
Q. So have you ever heard the words mystery project?
A. No, sir.
Q. What do you recall, if anything, about what Wyle did in respect of Oceana Naval Air Station or Fentress with regard to what Wyle did after February of 1998 with regard to those two airfields?
MR. BRYANT: I'm going to object if we're going to get into privileged communications. We may even want to take a break on this.
MR. QUINN: I asked him his recollection. I didn't ask him any communications.
MR. BRYANT: Okay. That's fine.
Q. What do you recall about what Wyle was doing?
A. I don't recall specifics because there
00018
was, post-EIS there was discussions on --
MR. BRYANT: That's getting into discussions. I think we may want to take a break on this and make sure we're not getting into an area that's going to be privileged.
MR. QUINN: I'm concerned about talking to the witness during a deposition --
MR. BRYANT: I'm concerned about --
MR. QUINN: -- if it is purely a question of privilege.
MR. BRYANT: I'm concerned about him revealing privileged communications.
MR. QUINN: This is communications between a lawyer and Mr. Zusman; is that what we're talking about?
MR. BRYANT: You know what privileged communications are. We don't need to get into a discussion about that.
MR. QUINN: I've got an idea.
MR. BRYANT: We've already gone into this in Joe Czech's deposition. I want to make sure
00019
we're not getting into areas that are privileged communications. I want to make sure he understands that so let's take a quick break.
MR. QUINN: Okay.

**Issue:** Mystery Project by Czech

**OCEANA**
**Notes**

**Zusman, Alan 09.19.2005: 20:2 - 22:13**

**Q. After Wyle issued its final noise report prior to the C/D EIS did Wyle perform any work under your supervision in respect of Fentress or Oceana that you can recall?**
**A. There was continued work by Wyle Labs after the EIS was published, yes.**
**Q. What was that?**
**A. To the best of my recollection, the commanding officer at NAS Oceana, I'm not sure who it was specifically at the time, but because the noise issues were so paramount and the EIS had concern not only to the Navy but the community at large and in keeping with the AICUZ program looking for ways to mitigate noise the commanding officer wanted to look at various operational alternatives to perhaps see if there was other ways we can reduce noise, however small they may be. And so we had Wyle Labs continued under contract and at some point after the EIS was published there were various alternatives looked at at the request of**
**00021**
**the Navy that we had Wyle Labs run some analysis on.**
**Q. Now, put some kind of a timeframe on this. Wyle Labs was also the --**
**MR. BRYANT: Objection. We're getting into privileged material now.**
**MR. QUINN: What?**
**MR. BRYANT: We're getting into privileged discussions.**
**MR. QUINN: I haven't asked the question yet.**
**MR. BRYANT: I'll let you ask the next question. I just want to caution you.**
**MR. QUINN: Can I learn what privilege we're talking about?**
**MR. BRYANT: Attorney-client privilege, attorney work product.**
**MR. QUINN: Which? Or is it both?**
**MR. BRYANT: It's both.**
**Q. After they published the final noise study for the C/D they also became the noise**
**00022**
**contractor for the EIS that was drafted for the movement or the deployment of the E/F to Oceana; is that correct?**
**A. That's correct.**
**Q. So the period I'm talking about now is between the time that they finished their work on the C/D and the time that they began the EIS. Is that -- is that what you're talking about now?**
**A. As I --**
**MR. BRYANT: I'm going to have to object and direct you not to answer these questions because we are getting into discussions that are privileged communications.**

**Issue: Mystery Project by Czech**

**OCEANA**
**Notes**

---

**Zusman, Alan 09.19.2005: 22:14 - 23:1**

**Q. What was the name of the commanding officer at Oceana under whose impetus this study was made?**
**A. I wouldn't call it a study, and that's not the sense of it, but I do recall at some point in time Captain Zobel was the commanding officer at Oceana and he wanted to look at --**
**MR. BRYANT: Objection. Direct you not**
**00023**
**to answer what he wanted to look at.**

**Issue: Mystery Project by Czech**

---

**Zusman, Alan 09.19.2005: 23:3 - 23:10**

**Q. Did Captain Zobel speak to you about what he wanted to do?**
**A. He spoke to -- yes, he did.**
**Q. All right. Whose responsibility was it to ask Wyle to do it and then give them directions as to what they were supposed to do?**
**MR. BRYANT: Direct you not to answer these questions.**

**Issue: Mystery Project by Czech**

---

**Zusman, Alan 09.19.2005: 23:15 - 26:16**

**Q. I don't have to ask you that question every time, then. All right? All right. Was Wyle separately paid for this project?**
**A. Wyle Labs, as I indicated earlier, had been under an indefinite quantity contract that was administered by the then Chesapeake Division of the Naval Facilities Engineering Command, I was the**
**00024**
**planner in charge of that contract so this was, whatever they did was a task order under that larger contract.**
**Q. For which they could submit an invoice; is that correct?**
**A. That's correct.**
**Q. Are you the person that would have approved that invoice?**
**A. I would have.**
**Q. Are you the person that designed the project that Wyle ultimately submitted an invoice for?**
**A. I was the person that drafted the scope of work for the project in the contract.**
**Q. Were you the person to whom Wyle reported**

**OCEANA**
**Notes**

**on whatever they did?**
**A. One of, yes.**
**Q. Okay. And to whom else did they report?**
**A. They would have contacted staff at NAS Oceana who was also engaged in doing this. Beyond that, I don't know who else they would have talked**
**00025**
**to.**
**Q. When you say staff at NAS Oceana who was that?**
**A. Specific names I can't recall. Functionally it would have been the commanding officer, the air ops officer, air traffic control officer, and community plans and liaison officer.**
**Q. Did you talk to Captain Zobel about this project?**
**A. I did.**
**Q. Did you talk to any of the individuals who held the titles that you just named?**
**A. At one point or another, yes.**
**Q. What names do you remember were those people?**
**A. There was a gentleman Robert Rountree, there was a Mr. Ray Ferenzi. Those are the only two I can recall at the moment.**
**Q. Okay. Did you talk to anybody else about the scope of work or about its output when it ultimately finished?**
**00026**
**A. Staff at the Naval Facilities Engineering Command Atlantic Division.**
**Q. Who?**
**A. Mr. Dan Cecchini.**
**Q. What, if any, relationship did this -- can we call it a project? What do you want to call it?**
**A. Project is fine.**
**Q. Okay. What, if any, relationship did this project have to the subsequent EIS that had to do with the F/A18 E/F?**
**MR. BRYANT: Objection. Direct you not to answer that question.**
**MR. QUINN: Attorney-client privilege?**
**MR. BRYANT: Attorney work product, attorney-client privilege.**

**Issue: Mystery Project by Czech**

---

**Zusman, Alan 09.19.2005: 26:17 - 28:7**

**Q. Did Wyle's work on this project result in a report?**
**MR. BRYANT: Direct you not to answer that question. Okay. Actually, you can answer that.**
**00027**
**A. I don't specifically recall seeing a report. There was a product but I don't recall it as a report.**
**Q. Did this product take the form of paper?**

**OCEANA**
**Notes**

**A. Yes, it did.**
**Q. And was it submitted to you?**
**A. Yes, it was.**
**Q. Did you comment on it?**
**A. I certainly reviewed it and I guess I recall comment, yes.**
**Q. Did you send it on up the chain from you to others?**
**A. I know the results were also provided to Captain Zobel. I don't know who else may have seen it.**
**Q. So with whatever document that Wyle gave you did you then summarize it and make recommendations or did you make any recommendations to anybody with regard to it?**
**A. I don't recall right now.**
**Q. Did it produce, so far as you know, any**
**00028**
**decisions by your office?**
**A. My office? No.**
**Q. Did it produce any decisions, so far as you know, by the people who fly planes at Oceana?**
**MR. BRYANT: Direct you not to answer that question. Let's take a break just for one second.**

**Date:** **10/05/2005**

**Issue:** **Mystery Project by Czech**

---