**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

*General Litigation Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0506*

October 28, 2005

**Via E-mail**

Jack E. Ferrebee, Esquire
Hofheimer/Ferrebee, P.C.
1060 Laskin Road
Suite 12B
Sandpiper Key
Virginia Beach, Virginia 23451

Re: Testwuide, et. al. v. United States, No. 01-201L
Motion to Compel

Dear Jack:

As you know from our telephone conversation Wednesday morning, I was very surprised to receive the Motion to Compel Discovery you filed regarding the documents referenced in Marty Wolf's July 28, 2005 letter. In the past, both sides have worked amicably to resolve discovery issues regarding the test case before seeking court intervention. Despite the multitude of phone calls, e-mail exchanges and correspondence in recent weeks regarding discovery issues, you or your co-counsel did not indicate that you intended to file a motion to compel. I was particularly taken aback since at the time you filed the motion you had not produced the revised privilege log you had previously agreed to provide to defendant by July 22, 2005. As you know, we finally received that log yesterday, and are reviewing it.

In any event, we have now completed our review of the documents you cite in your motion. After that further review, we are releasing some documents in their entirety, and in other cases are releasing certain material previously redacted, while still withholding other material. I have also enclosed an updated privilege log. I trust that the revised privilege log address the concerns about material we continue to assert protection for in the documents cited in Marty's July 28th letter. If you continue to have any concerns, I would ask that you let me know so that we can, if possible, attempt to address your concerns about this material without court intervention.

Please note that Marty identified two e-mails (Bates No. OCE213540 and OCE213635) in his letter that are not privileged and were produced on March 28, 2005. To the extent that Marty was requesting the attachments rather than the e-mails, please be advised that the three attachments to OCE213635 (and OCE213632) are privileged and have been included on the revised privilege log. With regard to the two attachments to OCE213540, those documents have been produced.

I trust that in the future the parties can continue to work together to resolve discovery disputes without invoking the court's assistance, unless necessary.

EXHIBIT
A

Sincerely,

s//Steven D. Bryant

Steven D. Bryant

Enclosures