**Smith, Robert OGC**

**From:** Smith, Robert J
**Sent:** Wednesday, October 31, 2001 10:07
**To:** 'Zusman, Alan F (NAVFACHQ)'; Cecchini, J. Dan (EFDLANT); Smith, Robert J
**Cc:** Pierson, Fred E. (EFDLANT); 'Logan CDR Phil (E-mail) '; Borro, Ronald; Jung, Christopher D; Noel, John D; 'Klena, Jude'
**Subject:** RE: Work Priority for Wyle

ATTORNEY WORK PRODUCT

All,

[redacted]

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Tuesday, October 30, 2001 11:34 PM
To: Cecchini, J. Dan (EFDLANT); 'Smith Bob (E-mail) '
Cc: Pierson, Fred E. (EFDLANT); 'Logan CDR Phil (E-mail) '
Subject: RE: Work Priority for Wyle

Dan,

[redacted] Bob?

Alan

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT)
To: Zusman, Alan F (NAVFACHQ); Smith Bob (E-mail)
Cc: Pierson, Fred E. (EFDLANT); Logan CDR Phil (E-mail)
Sent: 10/30/01 6:31 PM

PENGAD EXHIBIT

Subject: Work Priority for Wyle
Importance: High

Alan/Bob,

Got an email/call from Wyle today asking about priorities and funding. They indicated that they had been contacted by Bob to conduct some work in support of Oceana litigation. They are asking about priorities. Also, they are asking for more money because of recent noise revalidations that won't end.

Question: How much work is Navy Lit/DOJ asking/going to ask Wyle to do? Is Navy Lit/DOJ paying the bill?

Unfortunately, Micah Downing is their "workhorse" but he is being asked to do a lot of things. Wyle must concentrate on producing noise contours for us so that we can meet our EIS deadlines (CLF will concur with this).

Wyle just needs some direction/guidance. We all can't be telling them what the priorities are - need to be funneled through one Navy rep.

Please advise.

Dan

**Tracking:**

| Recipient | Read |
|---|---|
| 'Zusman, Alan F (NAVFACHQ)' | |
| Cecchini, J. Dan (EFDLANT) | |
| Smith, Robert J | Read: 10/31/2001 10:09 |
| Pierson, Fred E. (EFDLANT) | |
| 'Logan CDR Phil (E-mail)' | |
| Borro, Ronald | Read: 10/31/2001 13:19 |
| Jung, Christopher D | Read: 10/31/2001 10:10 |
| Noel, John D | Read: 10/31/2001 10:19 |
| 'Klena, Jude' | |



OCE 213628

Smith, Robert OGC

**From:** Borro, Ronald
**Sent:** Tuesday, November 20, 2001 15:20
**To:** Reed, Kathy; Tickle, Ronald E; Ling, Alison D; 'Alan Zusman (E-mail)'; Smith, Robert J
**Cc:** Killebrew, Ruby L
**Subject:** RE: E/F P/B to Mr. Holaday

Works for me.

Ron

-----Original Message-----
**From:** Reed, Kathy
**Sent:** Tuesday, November 20, 2001 2:55 PM
**To:** Borro, Ronald; Tickle, Ronald E; Ling, Alison D; Alan Zusman (E-mail); Smith, Robert J
**Cc:** Killebrew, Ruby L
**Subject:** FW: E/F P/B to Mr. Holaday

All,

Will 1545-1645 on the 27th work for you? V/R Kathy

-----Original Message-----
**From:** Killebrew, Ruby L
**Sent:** Tuesday, November 20, 2001 2:48 PM
**To:** Reed, Kathy
**Subject:** RE: E/F

If you want that day, probably 1545-1645 or any time on 28th.

-----Original Message-----
**From:** Reed, Kathy
**Sent:** Tuesday, November 20, 2001 2:45 PM
**To:** Killebrew, Ruby L
**Subject:** RE: E/F

Ruby,

When can he do it? V/R Kathy

-----Original Message-----
**From:** Killebrew, Ruby L
**Sent:** Tuesday, November 20, 2001 2:43 PM
**To:** Reed, Kathy
**Subject:** RE: E/F

Kathy,

This meeting will get bumped because Mr. H will be going on the Hill to meet with Mr. Underwood at 0930 for a 1000.

-----Original Message-----
**From:** Reed, Kathy
**Sent:** Tuesday, November 20, 2001 7:50 AM
**To:** Borro, Ronald
**Cc:** Killebrew, Ruby L
**Subject:** RE: E/F

Ron,
That sounds good to me...we want to keep the discussion manageable.

Ruby,
Please set us up on Mr. Holaday's schedule Tuesday, at say, 0930 for an hour. Invitees are Ron Borro, Ron Tickle, Alison Ling, Bob Smith, and Alan Zusman.



OCE 213636

V/R Kathy

-----Original Message-----
**From:** Borro, Ronald
**Sent:** Monday, November 19, 2001 5:55 PM
**To:** Reed, Kathy
**Subject:** E/F

Kathy:

As discussed on Friday, can we set up a mtg with DASN Holaday on 27 November to discuss throttle settings, noise contours, etc. [redacted]

Thoughts?

Ron



OCE 213637

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Thursday, November 29, 2001 16:03
**To:** Cecchini, J. Dan (EFDLANT); Pierson, Fred E. (EFDLANT)
**Cc:** 'Smith.Robert2@Hq.Navy.Mil'; 'LoganPE@clf.navy.mil'; 'MDowning@arl.wylelabs.com'
**Subject:** F18 E/F EIS NOISE CONTOURS

**Sensitivity:** Private

All,

Here's where we stand with respect to schedule:

By Dec 3, Wyle will provide all Oceana/Fentress E/F noise contours which include C/Ds as well.

By Dec 7, Wyle will provide Year 2000 Baseline

By Dec 10, Wyle will provide Beaufort contours

By Dec 14, Wyle will provide Cherry Point contours

By Dec 14, Wyle will provide revised ARS-2 for Navy Litigation Office/DOJ . I'll have to check with Micah regarding the 100,000 points the DOJ expert needs for his analysis. That has to be run as a batch file overnight since the limtation is 20 points per run.

At this moment, we have lal the profile data with the exception of the F-14 data. Actually, we have the data but there is some question as to what the power settings represent and the F-14 Wing is researching the answer. We will have all data by COB Friday.

Alan



OCE 213646

**Smith, Robert OGC**

---

**From:** Klena, Jude LCDR (CLF N02LE3) [KlenaJT@clf.navy.mil]
**Sent:** Tuesday, December 11, 2001 8:06
**To:** Logan, Phillip CDR (CLF N4683); "Smith, Robert J' '; "Downing, Micah' '; Zusman, Alan F (NAVFACWNY)
**Cc:** "Long, Geral' '; 'Jung, Christopher D '; 'Noel, John D '; "Shuey, David' '; "Evans, Julia' '; "Braue, Tim' '
**Subject:** RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

CDR Logan,

[redacted]

VR,

Jude

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683)
Sent: Tuesday, December 11, 2001 7:05 AM
To: Klena, Jude LCDR (CLF N02LE3); ''Smith, Robert J' '; ''Downing, Micah' '; Zusman, Alan F (NAVFACWNY)
Cc: ''Long, Geral' '; 'Jung, Christopher D '; 'Noel, John D '; ''Shuey, David' '; ''Evans, Julia' '; ''Braue, Tim' '
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

[redacted]

-----Original Message-----
From: Klena, Jude LCDR (CLF N02LE3)
To: 'Smith, Robert J'; Logan, Phillip CDR (CLF N4683); 'Downing, Micah'; Zusman, Alan F (NAVFACWNY)
Cc: 'Long, Geral'; Klena, Jude LCDR (CLF N02LE3); Jung, Christopher D; Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Sent: 12/10/01 5:27 PM
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED

Bob,

[redacted]

VR,

Jude

-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Monday, December 10, 2001 5:08 PM
To: Smith, Robert J; 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'; 'Zusman, Alan F (NAVFACWNY)'
Cc: 'Long, Geral'; 'Klena, Jude'; Jung, Christopher D; Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED

All,

[redacted]

Thanks.

-----Original Message-----
From: Smith, Robert J
Sent: Monday, December 10, 2001 12:39 PM
To: 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'; Zusman, Alan F (NAVFACWNY)
Cc: Smith, Robert J; Long, Geral; 'Klena, Jude'; Jung, Christopher D; Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

All,

[redacted]

Thanks.

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683) [mailto:LoganPE@clf.navy.mil]
Sent: Monday, December 10, 2001 11:20 AM
To: 'Downing, Micah'; Zusman, Alan F (NAVFACWNY); Cecchini, J. Dan (EFDLANT); Logan, Phillip CDR (CLF N4683)
Cc: Smith.Robert2@Hq.Navy.Mil; Long, Geral; Guerin, Jone
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Micah, are we still on track to get the noise contours to E&E this Friday?
Can you send me the contours at the same time? Phil

CDR Phil Logan
CLF, N4683



OCE 213660

(757) 836-3674, DSN 836

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 10, 2001 10:55 AM
To: Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); LoganPE@clf.navy.mil
Cc: Smith.Robert2@Hq.Navy.Mil; Long, Geral; Guerin, Jone
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Alan,

Just talked with LCDR Pollard about the changes in the F-14B profiles. Most are small changes in airspeeds. However, he did have a major power change on the FCLP pattern. I'll incorporate these changes in the input file and recalculate the noise contour. The overall change will be minimal on the contour lines (less than 500') but may be visible if directly compared.

I will forward the final-final F-14B profile descriptions soon. (I'll send a version will the final changes, and a clean version.)

Micah

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Sunday, December 09, 2001 7:58 PM
To: Cecchini, J. Dan (EFDLANT); 'LoganPE@clf.navy.mil'
Cc: 'Smith.Robert2@Hq.Navy.Mil'; Downing, Micah; Long, Geral
Subject: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Dan and Phil,

I want to alert you to an issue which has come up and the decision I and Wyle have made in the interest of keeping the EIS on track.

We have completed the moidelling of all the Oceana noise contours and the
Year 2000 baseline. The Revised ARS-2 will be finished any day. Late last
week, LCDR Pollard from the F-14 FITWING called to provide some last minute
profile changes which Wyle is in the process of incorporating.

When we developed the profiles for the various aircraft communities, we collected F-14B data from the FITWING at Oceana. As we were prpearing to
package up the results and send the Year 2000 Baseline to the DOJ experts it
dawned on us that there may be F-14A squadrons still operating at Oceana--a
point which Phil confirmed last week. There is 1 A squadron left and the
FRS has as many as 15 "A" aircraft. Since we're also revising ARS-2 (which
was a 1999 projection), at least 3 A squadrons were flying at the time the
C/D EIS was prepared. So, what do we do?

I asked Wyle to do an analysis comparing the "A" and "B" models in all flight regimes to determine if the "B" is louder than the "A" model. Micah
Downing from Wyle informs me via email that he has concluded the "B" is

indeed louder. I haven't seen his analysis, but assuming it is accurate, modeling all the F-14s as "Bs" will not have any imapct on the Year 2000 or Revised ARS-2 contours if for no other reason we are convinced that based on the new profiles, the F-14 no longer impacts the contours as they once did. If the "B" is indeed louder and we model all "Bs", we can't be accused of sucking every dB out of the final contours and making them as small as possible. However, as stated earlier, we believe the "B" is louder and the F14Bs no longer impact the size of the contours which are dominated by the F-18 C/D.

For Wyle, I recommend sending the Year 2000 baseline to the DOJ experts as soon as possible or certainly after we incorporate the last minute minor F-14 profile changes LCDR Pollard called about on Thursday. Continue feeding the contours to E&E so they can work on the Draft EIS. As noted in E&E's earier email, they're also looking for APZs and population counts and I leave it to you and Dan to determine how to provide that information.

For Phil, I assume you will get the F-14 Commodore endorsement and the E/F endorsement from Lemoore. Wyle will send you the final, final F-14 profiles incorporating LCDR Pollard's last changes. I think we already have the C/D endorsement.

I will be leaving for TDY to San Diego tomorrow morning but will be in the office until 0930-1000. I will check my voice mail and I think you all have my cell phone number 202-746-7207.

Alan

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Thursday, December 06, 2001 15:31
**To:** 'GLong@arl.wylelabs.com'; 'MDowning@arl.wylelabs.com'
**Cc:** 'Smith.Robert2@Hq.Navy.Mil'
**Subject:** E/F EIS NOISE CONTOURS; DELIVERY TO DOJ EXPERTS

Geral,

Looking at the calendar it would appear that Wyle has completed all the Oceana noise contours including the Year 2000 baseline. That being the case, I need to see the results ASAP. Can you put the contours on a CDROM and FEDEX it to me next week? I'll be in San Diego but can provide a good mailing address when I arrive.

We also need to provuide the Year 2000 Baseline to DOJs experts--Harris/Wise and another gentlemen. Have you been told by them what format and scale to provide the Year 2000 Baseline? If not, lease advise ASAP via email and it might be usefult to follow-up with a cal to Bob Smith at 202-685-7023.

FInally, lease advise when the Revised ARS-2 is completed. I want to review the results with you and then I'l also need it on a CDROM with a comparison to the original ARS-2. I will need to brief Mr. Holaday and others perhaps as early as the 14th.

Thanks.

Micah, call me before you leave ASA and head back to Washington.



OCE 213664

**Smith, Robert OGC**

| | |
|---|---|
| **From:** | Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil] |
| **Sent:** | Friday, November 30, 2001 10:55 |
| **To:** | Muilenburg, Bret J; Borro, Ronald; Ling, Alison D; Bowers, Terry L; Reed, Kathy |
| **Cc:** | Smith, Robert J; 'MDowning@arl.wylelabs.com'; Cecchini, J. Dan (EFDLANT) |
| **Subject:** | F18 E/F EIS; F-14B AIRCRAFT PROFILES |
| **Sensitivity:** | Private |

F14B-Flight Profiles-Final -30...

All,

Here is the final piece of the puzzle. We now have al the profiles necesary to generate the noise contours. Wyle will proceed with the Year 2000 Baseline now, and by 14 December we'll also have a revised ARS-2 for DOJ/Navy Litigation Office. I'm also providing the noise contour schedule again: FYI, I wil be TDy next week in Florida. You can reach me by email or by cell phone at 202-746-7207.

Alan

<<F14B-Flight Profiles-Final -30Nov01.doc>>

By Dec 3, Wyle will provide all Oceana/Fentress E/F noise contours which include C/Ds as well.

By Dec 7, Wyle will provide Year 2000 Baseline

By Dec 10, Wyle will provide Beaufort contours

By Dec 14, Wyle will provide Cherry Point contours

By Dec 14, Wyle will provide revised ARS-2 for Navy Litigation Office/DOJ. I'll have to check with Micah regarding the 100,000 points the DOJ expert needs for his analysis. That has to be run as a batch file overnight since the limtation is 20 points per run.

**Smith, Robert OGC**

| | |
|---|---|
| **From:** | Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil] |
| **Sent:** | Friday, November 30, 2001 9:19 |
| **To:** | Muilenburg, Bret J; Borro, Ronald; Ling, Alison D; Bowers, Terry L; Reed, Kathy |
| **Cc:** | Smith, Robert J |
| **Subject:** | F-18 E/F EIS; FLIGHT POFILES |
| **Sensitivity:** | Private |

F18CD Flight Profiles-Final-29...    F18CD-Beaufort Profiles-final2...

All,

Attached are the Final F-18 C/D Aircraft Profiles for NAS Oceana/NALF Fentress and MCAS Beaufort. The Oceana/Fenttress profiles were slightly modified by the Commodore, Strike Fighter Wing Atlantic, and are shown in blue in the profile descriptions. Please add these profiles to the profile book I provided you--except you Bob! We expect to see the final F-14 profiles later today or Monday at the latest.

Alan

<<F18CD Flight Profiles-Final-29Nov01.doc>> <<F18CD-Beaufort Profiles-final29Nov01.doc>>

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Wednesday, December 12, 2001 1:10
**To:** 'Downing, Micah'; Zusman, Alan F (NAVFACHQ); Bob Smith; Pierson, Fred E. (EFDLANT); Cecchini, J. Dan (EFDLANT)
**Cc:** Long, Geral
**Subject:** RE: F-14 A vs. B

Micah,

I think you answered your own question when you say the impact of the F-14A is minimal---but not nothing. Since we are revising the ARS-2 contours, which are the source of the litigation, we need to be as accurate as possible within reason. Since we have A and B noise data, I would recommend using the technique we discussed this morning with Bob Smith. [redacted]

Alan

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 10, 2001 4:32 PM
To: Alan Zusman; Bob Smith; Fred E. Pierson; Dan Cecchini
Cc: Long, Geral
Subject: F-14 A vs. B

Alan,

Attached is my updated analysis for looking at F-14 B vs F-14 A in terms of noise. This file has one change from my earlier file based on discussions with LCDR Pollard. He stated that the restrict on afterburner takeoffs only applies to the B model and not the A. Thus, I revised the A takeoff departure to include an afterburner takeoff as opposed to a mil power takeoff. The A is louder only on takeoff, but overall its contribution to the noise environment is minimal.

Thus, I think it is appropriate to model all F-14 operations using F-14B noise and flight profile data.

Let me know how you want me to proceed.

Micah



OCE 213716

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Wednesday, December 12, 2001 1:20
**To:** 'Smith, Robert J'; 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'
**Cc:** 'Long, Geral'; 'Klena, Jude'; Jung, Christopher D; 'Shuey, David'; 'Evans, Julia'
**Subject:** RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

All,

[redacted]

Alan
-----Original Message-----
From: Smith, Robert J [mailto:Smith.Robert2@HQ.NAVY.MIL]
Sent: Monday, December 10, 2001 5:08 PM
To: Smith, Robert J; 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah';
'Zusman, Alan F (NAVFACWNY)'
Cc: 'Long, Geral'; 'Klena, Jude'; Jung, Christopher D; Noel, John D;
'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED

All,

[redacted]

Thanks.

-----Original Message-----
From: Smith, Robert J
Sent: Monday, December 10, 2001 12:39 PM
To: 'Logan, Phillip CDR (CLF N4683)'; 'Downing, Micah'; Zusman, Alan F
(NAVFACWNY)
Cc: Smith, Robert J; Long, Geral; 'Klena, Jude'; Jung, Christopher D;



OCE 213717

Noel, John D; 'Shuey, David'; 'Evans, Julia'; 'Braue, Tim'
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGED MATERIAL

All,

[redacted]

Thanks.

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683) [mailto:LoganPE@clf.navy.mil]
Sent: Monday, December 10, 2001 11:20 AM
To: 'Downing, Micah'; Zusman, Alan F (NAVFACWNY); Cecchini, J. Dan (EFDLANT); Logan, Phillip CDR (CLF N4683)
Cc: Smith.Robert2@Hq.Navy.Mil; Long, Geral; Guerin, Jone
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Micah, are we still on track to get the noise contours to E&E this Friday? Can you send me the contours at the same time? Phil

CDR Phil Logan
CLF, N4683
(757) 836-3674, DSN 836

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 10, 2001 10:55 AM
To: Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); LoganPE@clf.navy.mil
Cc: Smith.Robert2@Hq.Navy.Mil; Long, Geral; Guerin, Jone
Subject: RE: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Alan,

Just talked with LCDR Pollard about the changes in the F-14B profiles. Most are small changes in airspeeds. However, he did have a major power change on the FCLP pattern. I'll incorporate these changes in the input file and recalculate the noise contour. The overall change will be minimal on the contour lines (less than 500') but may be visible if directly compared.

I will forward the final-final F-14B profile descriptions soon. (I'll send a version will the final changes, and a clean version.)

Micah



OCE 213718

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Sunday, December 09, 2001 7:58 PM
To: Cecchini, J. Dan (EFDLANT); 'LoganPE@clf.navy.mil'
Cc: 'Smith.Robert2@Hq.Navy.Mil'; Downing, Micah; Long, Geral
Subject: F18 E/F EIS NOISE CONTOURS; LITIGATION SUPPORT

Dan and Phil,

I want to alert you to an issue which has come up and the decision I and Wyle have made in the interest of keeping the EIS on track.

We have completed the moidelling of all the Oceana noise contours and the Year 2000 baseline. The Revised ARS-2 will be finished any day. Late last week, LCDR Pollard from the F-14 FITWING called to provide some last minute profile changes which Wyle is in the process of incorporating.

When we developed the profiles for the various aircraft communities, we collected F-14B data from the FITWING at Oceana. As we were prpearing to package up the results and send the Year 2000 Baseline to the DOJ experts it dawned on us that there may be F-14A squadrons still operating at Oceana--a point which Phil confirmed last week. There is 1 A squadron left and the FRS has as many as 15 "A" aircraft. Since we're also revising ARS-2 (which was a 1999 projection), at least 3 A squadrons were flying at the time the C/D EIS was prepared. So, what do we do?

I asked Wyle to do an analysis comparing the "A" and "B" models in all flight regimes to determine if the "B" is louder than the "A" model. Micah Downing from Wyle informs me via email that he has concluded the "B" is indeed louder. I haven't seen his analysis, but assuming it is accurate, modeling all the F-14s as "Bs" will not have any imapct on the Year 2000 or Revised ARS-2 contours if for no other reason we are convinced that based on the new profiles, the F-14 no longer impacts the contours as they once did.
If the "B" is indeed louder and we model all "Bs", we can't be accused of sucking every dB out of the final contours and making them as small as possible. However, as stated earlier, we believe the "B" is louder and the F14Bs no longer impact the size of the contours which are dominated by the F-18 C/D.

For Wyle, I recommend sending the Year 2000 baseline to the DOJ experts as soon as possible or certainly after we incorporate the last minute minor F-14 profile changes LCDR Pollard called about on Thursday. Continue feeding the contours to E&E so they can work on the Draft EIS. As noted in E&E's earier email, they're also looking for APZs and population counts and I leave it to you and Dan to determine how to provide that information.



OCE 213719

For Phil, I assume you will get the F-14 Commodore endorsement and the E/F endorsement from Lemoore. Wyle will send you the final, final F-14 profiles incorporating LCDR Pollard's last changes. I think we already have the C/D endorsement.

I will be leaving for TDY to San Diego tomorrow morning but will be in the office until 0930-1000. I will check my voice mail and I think you all have my cell phone number 202-746-7207.

Alan

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Monday, December 17, 2001 12:51
**To:** 'LoganPE@clf.navy.mil'
**Cc:** Cecchini, J. Dan (EFDLANT); 'Smith.Robert2@Hq.Navy.Mil'; 'MDowning@arl.wylelabs.com'
**Subject:** AIRCRFAT PROFILE ENDORSEMENTS

**Sensitivity:** Private

Phil,

Where do we stand on gettg endorsements from the F-18 and F-14 Wing at Oceana, the F-18 E/F profiles from STRKFIGHTWINGPAC at Lemmore, and the Marine Corps endorsements for the C/D Profiles at Beaufort? To my knowledge, the only endorsement we have thus far is the Strike Wing at Oceana.

For Micah Downing, have we sent final profiles for all aircraft to CLF?

Thanks.

Alan



OCE 213721

**Smith, Robert OGC**

**From:** Zusman, Alan F (NAVFACHQ) [ZusmanAF@navfac.navy.mil]
**Sent:** Thursday, December 20, 2001 11:18
**To:** 'Smith.Robert2@Hq.Navy.Mil'
**Subject:** FW: MCAS Beaufort Data Validation

Oceana_noise_graphics.zip

Bob,

[redacted]

Alan

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Wednesday, December 19, 2001 9:57 AM
To: Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); Pierson, Fred E. (EFDLANT)
Cc: Long, Geral; Logan CDR Phil (E-mail)
Subject: RE: MCAS Beaufort Data Validation

Alan,

Attached is a zip file containing the noise contour graphics requested below. These files are for computer presentation. If you need to produce paper copies of these graphics, we will need to refine the background map. Let me know what is needed in terms of paper copies, and we can get them to you. (Refining the graphics will generate large files, so I will probably have to send them one at a time.)

Micah

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Tuesday, December 18, 2001 11:29 PM
To: Cecchini, J. Dan (EFDLANT); Downing, Micah; Pierson, Fred E. (EFDLANT)
Cc: Long, Geral; 'Logan CDR Phil (E-mail) '
Subject: RE: MCAS Beaufort Data Validation

Dan,

A heads up.

Today I met with Mr. Holaday to review the Revised ARS-2 noise contours, Year 2000 Baseline, and All Oceana E/F draft contours (Alts 1a and 1b). Also in attendance were LCDR Kathy Reed, Ron Borro, Kim DePaul, and Bob Smith. [redacted] Mr. Holaday wants Fleet to review those contours and to indicate if they have
any problem with their release.

Kim is preparing an email to ALL Concerned tomorrow for a telcon on



OCE 213722

Thursday. I have asked Wyle Labs to send you the following contours via email which I will need you to print in color and provide to Phil Logan and
Jude Klena at a minimum. They are:

ARS-2 (from C/D EIS)
Revised ARS-2
Year 2000 Baseline
Comparison of Old ARS-2 and Revised ARS-2
Comparison of Old ARS-2 and Year 2000 Baseline

As previously, Navy will prepare a press release and Q/As should we need to
respond further. More will be discussed during the telcon. Look for Kim's
email early tomorrow.

I'll be in first thing in the morning and then out of the office from 0830
until 1400.

Regarding issue of ABD v AAD at Beaufort, the ball is in HQMC court. I've
asked Sherrill to get some facts on scheduled weekend operations at Beaufort
and Cherry Point as well. Initial feedback from Beaufort is only recoveries
on weekends. I would prefer to use AAD for everything but I think MC will
non-concur. IF that is the case, then we must be consistent at Cherry Point
as well so we need to know from Dan Brown if ops are scheduled on weekends
at Cherry Point.

Alan

-----Original Message-----
From: Cecchini, J. Dan (EFDLANT)
To: 'Downing, Micah'; Zusman, Alan F (NAVFACHQ); Pierson, Fred E. (EFDLANT)
Cc: Long, Geral; Logan CDR Phil (E-mail); Guerin Jone (E-mail); Kane Mike (E-mail)
Sent: 12/17/01 11:04 PM
Subject: RE: MCAS Beaufort Data Validation

See my earlier email tonight. How fast can we have the ABD contours run along with the last minute changes for Beaufort? Also, Micah's description of what they are using for the Cherry Point AICUZ is correct.

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 17, 2001 2:30 PM
To: Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); Pierson, Fred E. (EFDLANT)
Cc: Long, Geral
Subject: RE: MCAS Beaufort Data Validation

Alan,

For the Beaufort changes, what's the schedule for producing the revised contours?

Also, for Cherry Point AICUZ noise contour, we will use the 2000 baseline case with the revised F-18 profiles and scale it to reflect the 116,253 annual operations.



OCE 213723

Micah

-----Original Message-----
From: Zusman, Alan F (NAVFACHQ) [mailto:ZusmanAF@navfac.navy.mil]
Sent: Monday, December 17, 2001 12:47 PM
To: Downing, Micah; Zusman, Alan F (NAVFACHQ); Cecchini, J. Dan (EFDLANT); Pierson, Fred E. (EFDLANT)
Cc: Long, Geral
Subject: RE: MCAS Beaufort Data Validation

Micah,

I guess we're going to have to incorporate the last minute changes. Is someone at COMCABEAST working to get 2nd MAW approval of the profiloes?

As for Cherry Point, we need to establish a baseline. If you updated the
AICUZ this past summer and that update reflects baeline cponditions, I say
go with it. Since Cherry Point doesn't have F-18s anyway, that is your baseline. As for future alternatives, we have concurrencer frm Dan Brown I
think to use the Oceana profiles. I remember Dan talkig about altitudes a
few weeks ago.

So, am I missing something here?

Alan

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 17, 2001 11:47 AM
To: Alan Zusman; Dan Cecchini; Fred E. Pierson
Cc: Long, Geral
Subject: FW: MCAS Beaufort Data Validation

Alan, Dan & Fred,

Here is a description of the changes for Beaufort. We received these changes after we had sent out all of the noise contours to E&E on Friday. How shall I proceed with these changes?

Also, we will be sending out the Beaufort APZ analysis to E&E today. This analysis uses the same rules as for Oceana and Cherry Point for baseline and each scenario.

And another issue is an AICUZ contour for MCAS Cherry Point. E&E asked for a noise contour for the current AICUZ for Cherry Point. What shall we do here? We updated the Cherry Point AICUZ this summer based on modifications to the AV-8B noise data, but we did not update the F-18 profiles for that contour. I believe there are a couple of ways to meet this request. One is to use the contour we generated this summer which should be the current published AICUZ. Two is to use the current baseline noise grid and scale up the noise levels based on the difference in the number of annual operations between baseline 2000 and the AICUZ (90,154 vs. 116,253). These should cover the technical aspects for the AICUZ contour, but I have no clue about the legal aspect.

Until I hear from you, we are working on the new OLF contour, specific point analysis, and DOJ analysis.

Micah

-----Original Message-----
From: Rachami, Jawad
Sent: Monday, December 17, 2001 10:40 AM
To: Downing, Micah
Subject: FW: MCAS Beaufort Data Validation

FYI -

Jawad Rachami
Senior Aviation Analyst
Wyle Laboratories
2001 Jefferson Davis Hwy
Suite 701
Arlington, VA 22202

Phone: 703-415-4550 ext. 40
Fax: 703-415-4556

Visit http://www.wylelabs.com

*********************************Internet Email Confidentiality Footer*************************************

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

-----Original Message-----
From: StGeorge LtCol Christopher J [mailto:StGeorgeCJ@beaufort.usmc.mil]

Sent: Friday, December 14, 2001 6:20 PM
To: Rachami, Jawad
Cc: Jackson GS12 Bruce
Subject: RE: MCAS Beaufort Data Validation

Jawad,
Hard for me to make corrections or provide input on the .pdf file so I will try to write out my points as clear and descriptive as possible.

Page 2 has a blue header that identifies the flight tracks
Departures: ATC instructs Jet traffic (as long as the airspace is clear of
other traffic) to turn to their on course heading generally after reaching
3000 feet.
70% to over water working area.
15% to Charleston
10% to Savannah via the NBC 197 radial at 29 DME (NBC 197029)
5% to the WEST
Also, on this page, the day night split is 50%-50%. This is not accurate.
FCLPs are the only event that is about 50-50 but the rest can be postulated
from the data that shows up on page 1. (closer to 90%-10% if anything)

MCAS Beaufort Arrival Flight Track: The Draft document dated April 2001 showed the Arrival flight tracks in figure 2-3. This figure did not differentiate between VFR and IFR arrivals as your latest .pdf does. I am



OCE 213725

not sure where your definitions for the different tracks came from so let me
explain my understanding of the different track profiles.
14A1-VFR ARRIVAL
14A2 IFR ARRIVAL
23A1/A2-VFR AND IFR ARRIVALS
32A1 VFR ARRIVAL INCLUDING (IFR PENETRATION TO VFR UNDERNEATH)
32A2 (NO LONGER DEPICTED) INSTRUMENT APPROACH ONLY (VERY RARE)
05A2 VFR/IFR ARRIVALS

MCAS Beaufort Overhead Break and VFR Carrier Break Arrival Tracks: Both are a VFR maneuvers. Arriving aircraft from the East are generally vectored up the Broad River or the Coosaw River before turning in to break over 05 or 23 respectively. 32 arrival traffic for the overhead (standard and carrier) never fly over the city of Beaufort. The flight track is depicted as 3201 in the April 2001 document, figure 2-6, or along 32A1.

MCAS Beaufort Departure Flight Tracks: Per our discussion and the percentages identified above, the on-course heading is typically turned to after achieving 3000 feet. Taking off of Rwy 05 will, when heading:
North- fly runway heading to 3000 feet and turn direct CHS
to the over water trng area- after passing 3000 feet turn to a heading of 140 and then instructed to intercept the NBC 145030
South- after passing 3000 feet turn left to circle and overfly the field to proceed to the NBC 197029. The turn will, on occasion, be given to the right, traffic dependant.
West- after passing 3000 feet left turn to course.
Taking off of Rwy 23 will, when heading:
North- on runway heading wait until the Broad river than turn right direct CHS.
to the over water trng area- wait until the Broad River than turn left 090 to intercept the 145R outbound, then to the NBC 145030.
South- after the Broad river turn left to intercept the NBC 197029.
West- after the Broad river turn right to course.
Taking off of Rwy 32 will, when heading:
North- after passing 3000 turn right direct CHS.
to over water trng area- after passing 3000 ft turn left 100 to intercept the NBC 145030.
South- after passing 3000 ft turn left to intercept the NBC 197029.
West- after passing 3000 ft turn right to course.
Taking off of Rwy 14 will immediately turn to 090 then, when heading:
North- after passing 3000 ft turn direct CHS.
to the over water trng area- after passing 3000 feet turn to a heading of 140 and then instructed to intercept the NBC 145030
South- after passing 3000 feet turn right to 180 then intercept the NBC 197029.
West- after passing 3000 feet left turn to course.

Flight Profiles:
Eliminate the yellow remarks. The Flight Tracks do speak for themselves.
For Straight In Arrivals it may be important, however, to note that VFR arrivals from the East will be vectored up the waterways prior to turning them in for lineup on final. Even Rwy 32 arrivals are brought up the Coosaw



OCE 213726

River until they can be brought in via the track that will prevent overflight of Beaufort (32A1).
Profile 136 change line (j) power setting to 85% and A/S to 136.
Profile 142 change line (j) power setting to 81%.

Final Comment. This data was validated as reasonable by flying the profiles
and recording the data for a 05 departure into the GCA box and the GCA pattern and touch and go pattern for Rwy 05 with a Lot 9 F/A-18A, configured
with a centerline fuel tank, 4 pylons, 1 trng AIM-9 on the left wing and a
range of fuel from 7000-2000 pounds. The A, C, & D variants have a multitude of configurations whose performance data can be calculated using
chapter 10 of the F/A-18 NATOPS Manual (Pub no. A1-F18AC-NFM-000). Besides
aircraft weight and configuration, other factors that affect aircraft performance are wind, temp, pressure and moisture. While there is a range
of power settings and airspeed, the data provided here is representative of
what can be expected as a baseline.

Hope this clears up the remaining points. Semper Fi,

LtCol C. J. St.George
MCAS Beaufort
Director of Operations
DSN 335-7880
<mailto:StGeorgeCJ@BEAUFORT.USMC.MIL>

**Smith, Robert OGC**

**From:** Smith, Robert J
**Sent:** Friday, December 21, 2001 16:28
**To:** 'Logan, Phillip CDR (CLF N4683)'; Klena, Jude LCDR (CLF N02LE3); Dan Cecchini (E-mail); Fred E. Pierson (EFDLANT) (E-mail); Borro, Ronald; Smith, Robert J; Zusman, Alan F (NAVFACWNY)
**Subject:** RE: F-14 Endorsement

[redacted]

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683) [mailto:LoganPE@clf.navy.mil]
Sent: Friday, December 21, 2001 12:14 PM
To: Klena, Jude LCDR (CLF N02LE3); Dan Cecchini (E-mail); Fred E. Pierson (EFDLANT) (E-mail); Ronald Borro (E-mail); Robert J Smith (E-mail); Zusman, Alan F (NAVFACWNY)
Subject: F-14 Endorsement

Will have the Commodore's endorsement in my little hands by COB today. Phil

CDR Phil Logan
CLF, N4683
(757) 836-3674, DSN 836



OCE 213731

**Smith, Robert OGC**

**From:** Smith, Robert J
**Sent:** Monday, December 10, 2001 16:48
**To:** 'Downing, Micah'; Alan Zusman; Smith, Robert J; Fred E. Pierson; Dan Cecchini
**Cc:** Long, Geral; Jung, Christopher D; Noel, John D
**Subject:** RE: F-14 A vs. B

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT PRIVILEGE

[redacted]

Thanks.

-----Original Message-----
From: Downing, Micah [mailto:mdowning@arl.wylelabs.com]
Sent: Monday, December 10, 2001 4:32 PM
To: Alan Zusman; Bob Smith; Fred E. Pierson; Dan Cecchini
Cc: Long, Geral
Subject: F-14 A vs. B

Alan,

Attached is my updated analysis for looking at F-14 B vs F-14 A in terms of noise. This file has one change from my earlier file based on discussions with LCDR Pollard. He stated that the restrict on afterburner takeoffs only applies to the B model and not the A. Thus, I revised the A takeoff departure to include an afterburner takeoff as opposed to a mil power takeoff. The A is louder only on takeoff, but overall its contribution to the noise environment is minimal.

Thus, I think it is appropriate to model all F-14 operations using F-14B noise and flight profile data.

Let me know how you want me to proceed.

Micah



OCE 213741