**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2001 | Report | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As | Jude L. Klena | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire | James Houck, Michael Brady | OCE213648-9 | Attachment to OCE213647. Same descriptions apply regarding attorney-client privilege and attorney work product. | RFP 29 |
| 10/5/2001 | E-mail | Attorney-Client; Attorney Work Product | Draft Contours | Alan F. Zusman | Robert J. Smith, Dan Cecchini, Ronald Borro, Bret J. Muilenburg | Alan F. Zusman, Kimberly B. DePaul, Marc G. Laverdiere, Jude Klena, Christopher D. Jung, John D. Noel, Todd M. Kraft | OCE213574-9 | Redacted communication between Alan Zusman and Dan Cecchini and attorneys Robert Smith and Ron Borro (Assistant Secretary of the Navy, Installations & Environment counsel's office) requesting legal advice regarding contours, and from Alan Zusman responding to this advice. Non-lawyer cc's are Kim Depaul (OPNAV N45, Environmental Compliance) and Bret Muilenburg (OPNAV N44). Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 10/25/2001 | E-mail | Attorney-Client; Attorney Work Product | F/A 18 C/D Profiles | Alan F. Zusman | Robert J. Smith | | OCE213585 | Redacted communication between Alan Zusman and attorney Robert Smith requesting legal advice regarding F/A 18 C/D Profiles. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 10/31/2001 | E-mail | Attorney-Client; Attorney Work Product | Work Priority for Wyle | Robert J. Smith | Alan F. Zusman, Dan J. Cecchini, Robert J. Smith | Fred E. Pierson, Phil Logan, Ronald Borro, Christopher D. Jung (Navy Litigation Office), John D. Noel (Navy Litigation Office), Jude Klena (Commander in Chief, U.S. Atlantic Fleet, Fleet Judge Advocate's Office) | OCE213627-8 | Redacted communication between Alan Zusman and attorney Robert Smith requesting legal advice regarding work by Wyle Laboratories and from attorney Smith responding to such request for advice. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2001 | E-mail | Attorney-Client; Attorney Work Product | Memo Regarding C/D Profiles | Zusman, A. | Robert J. Smith | G Long, Dan J. Cecchini | OCE213629 | Redacted communication between Alan Zusman and attorney Robert Smith responding to direction from Smith to proivde material requested by Smith regarding CD Profiles. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 10/31/2001 | Report | Attorney-Client; Attorney Work Product | FA-18CD Profile Change Memo Final | Zusman, A.; Long, G. | Robert J. Smith | Dan J. Cecchini | OCE213630-1 | Redacted report done at the direction of attorney Robert Smith regarding FA-18 CD Profile Change. Document prepared in anticipation of and in conjunction with inverse condemnation litigation and potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 11/5/2001 | E-mail | Attorney-Client; Attorney Work Product | AESO Information on F/A-18 Power Settings | Allison D. Ling | Robert J. Smith | | OCE213632 | Redacted communication from Lynn Coffer and attorney Alison Ling (Assistant Secretary of the Navy, Installations & Environment Counsel's Office) and Robert Smith regarding materials prepared as a result of discussions with counsel regarding AESO Information on F/A-18 Power Settings and requesting legal advice regarding such materials. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing process. | RFP 29 |
| 11/5/2001 | E-mail | Attorney-Client; Attorney Work Product | AESO Information on F/A-18 Power Settings | Allison D. Ling | Lyn P. Coffer, Everette Douglas | Christopher D. Jung, John D. Noel, Ronald Borro, Robert J. Smith | OCE213633-4 | Same material as OCE213632, with additional redacted material reflecting communication from attorney Smith provided first to attorney Ling to Lynn Coffer (Navy's Aircraft Environmental Support Office) and Everett Douglass (Navy's Aircraft Environmental Support Office). Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 11/20/2001 | E-mail | Attorney-Client; Attorney Work Product | E/F P/B to Mr. Holaday | Ronald Borro | Kathy Reed, Ronald E. Tickle, Allison D. Ling, Alan Zusman, Robert J. Smith | Ruby L. Killebrew | OCE213636-7 | Redacted communication between attorney Ronald Borro and Kathy Reed and Ronald Tickle (OPNAV N45, Environmental Compliance) providing legal advice on a meeting regarding E/F matters, copied to Ruby Killebrew (scheduler for Mr. Holaday). Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/2001 | E-mail | Attorney-Client; Attorney Work Product | C/D Flight Profile Memo to File | Jude L. Klena | Robert J. Smith, Alan F. Zusman | Jude L. Klena, Phillip Logan | OCE213638-9 | Redacted communication between attorneys Jude Klena and Robert Smith reflecting communication with counsel and seeking and providing advice regarding C/D Flight Profile Memo to File. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 11/29/2001 | E-mail | Attorney-Client; Attorney Work Product | C/D Flight Profile Memo to File | Alan F. Zusman | Jude L. Klena, Robert J. Smith, Alan F. Zussman | Phillip Logan | OCE213642-3 | Same as OCE213638-213639, with additional redacted communication from Zusman responding to communication from Klena. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 11/29/2001 | E-mail | Attorney-Client; Attorney Work Product | Oceana Noise Contours | Charlotte Wise | Robert J. Smith | Michelle K. Paynter | OCE213644-5 | Redacted communication from attorney Robert Smith providing legal advice to attorneys Fred Phelps (Director, Navy Litigation Office), John Turnquist (Assistant Secretary of the Navy, Installations & Environment Counsel's Office), James Houck (Fleet Judge Advocate, Commander in Chief, U.S. Atlantic Fleet), Mark Wilkoff (Deputy Director, Navy Litigation Office), Marc Laverdiere and Todd Kraft (OPNAV Code N45), Steve Banks (Navy Litigation Office), Jim Brookshire and Julia Evans (DOJ), David Shuey (DOJ), Alberto Mora (Navy General Counsel), Thomas Kranz (Navy Principal Deputy General Counsel), William Molzahn (Navy Deputy General Counsel), Kirk Foster (Navy OLA), and Charlotte Wise (Executive Assistant, Navy General Counsel), as well as non-attorney client Duncan Holaday, copied to Michelle Paynter (Mr. Mora's scheduler). Document prepared in conjunction with pending inverse condemnation litigation. | RFP 29 |
| 12/4/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Jude L. Klena | Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Robert J. Smith, Christopher D. Jung, Jude L. Klena, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey | James W. Houck, Michael Brady, Jacqueline Yost | OCE213647 | Redacted communication from attorney Jude Klena to attorneys Mora, Foster, Turnquist, Borro, Smith, Jung, Laverdiere, Brookshire, Evans, Shuey, and Houck seeking legal advice regarding proposed NAS Oceana and NALF Fentress Noise Contours Proposed PAO Q&As and Letter to Local Officials. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18E/F East Coast Basing NEPA process. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | James Brookshire | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Jude L. Klena, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman | James Houck, Michael Brady | OCE213650-51 | Same as OCE213647, with additional material reflecting response to Klena from attorney Smith and non-attorney CDR Yost, and response from attorney Brookshire. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential inverse condemnation litigation arising out of F/A-18 E/F East Coast basing process. | RFP 29 |
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Jude L. Klena | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire | James Houck, Michael Brady | OCE213652-4 | Same as OCE213650-213561, with additional redacted communication from attorney Kirk Foster and attorney Klena, which reflects communication from attorney LT Flo Yuzon (NAS Oceana). Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing process. | RFP 29 |
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Alan F. Zusman | Jude L. Klena, Duncan Holaday, Kirk A. Foster, Turnquist, Ronald Borro, Robert J. Smith, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey | James W. Houck, Michael Brady, Jacqueline Yost | OCE213663 | Redacted communication from attorney Jude Klena to attorneys Mora, Foster, Turnquist, Borro, Smith, Jung, Laverdiere, Brookshire, Evans, and Shuey, among others, copying attorney Houck, among others, regarding NAS Oceana and NALF Fentress Noise Contours Proposed PAO Q&As and Letter to Local Officials, and response from Zusman to Klena. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising from F/A-18 E/F East Coast basing NEPA process. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 12/6/2001 | E-mail | Attorney-Client; Attorney Work Product | Media Release ICW Noise Contours at NAS Oceana and NAF Fentress | Duncan Holaday | Robert J. Smith, Jude L. Klena, Alberto J. Mora, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey, Todd M. Kraft | James W. Houck, Michael Brady, Jacqueline Yost, Thomas Crabtree | OCE213655-6 | Redacted communication from attorney Klena to attorneys Mora, Foster, Turnquist, Borro, Smith, Jung, Laverdiere, Brookshire, Evans, Shuey and Kraft, among others, and copying attorney Houck, among others, regarding proposed Media Release ICW Noise Contours at NAS Oceana and NAF Fentress, response reflecting opinion of attorney Smith and response from Holaday to opinion of Smith. Non-lawyer CC's are CAPT Brady and CDR Yost, CINCLANTFLT Public Affairs, and Tom Crabtree, CINCLANTFLT Deputy for Fleet Readiness and Training. Document prepared in anticipation and in conjunction with pending inverse condemnation litigation. | RFP 29 |
| 12/10/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 A vs. B | Robert J. Smith | Micah Downing, Alan F. Zusman, Robert J. Smith, Fred E. Pierson, Dan J. Cecchini | Geral Long, Christopher D. Jung, John D. Noel | OCE213741 | Redacted communication between attorney Smith and Micah Downing, et al regarding F-14 A vs. B analysis. Document prepared in conjunction with pending inverse condemantion litigation and in anticipation of potential litigation arising from F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 12/11/2001 | E-mail | Attorney-Client; Attorney Work Product | F/A 18 E/F EIS Noise Contours; Litigation Support | Jude L. Klena | Phillip Logan, Robert J. Smith, Micah Downing, Alan F. Zusman | Geral Long, Christopher D. Jung, John D. Noel, Julia Evans, David Shuey, Tim Braue | OCE213659-62 | Redacted communication between attorney Smith and attorneys Klena, Jung, Noel, Shuey, Evans adn Tim Braue (DOJ) and others, and responses from attorney Klena and non-attorney Phillip Logan regarding F 18 E/F EIS noise contours and related materials and litigation support. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising from F/A-18 E/F East Coast basing NEPA process. | RFP 29 |
| 12/12/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 A vs. B | Alan F. Zusman | Micah Downing, Alan F. Zusman, Bob Smith, Fred E. Pierson, Dan J. Cecchini | Geral Long | OCE213716 | Redacted communication between Alan Zusman and Micah Downing, et al regarding F-14 A vs. B, reflecting advice from attorney Bob Smith. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising from F/A-18 E/F East Coast basing NEPA process. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/2001 | E-mail | Attorney-Client; Attorney Work Product | F 18 E/F EIS Noise Contours; Litigation Support | Alan F. Zusman | Phillip Logan, Robert J. Smith, Micah Downing | Geral Long, Jude Klena, Christopher D. Jung, David Shuey, Julia Evans | OCE213717-20 | Redacted communication from attorney Bob Smith to Micah Downing, Alan Zusman and Phillip Logan (CINCLANTFLT Staff Officer assigned to F/A-18 E/F East Coast basing NEPA process) and Dan Cecchini, F/A-18 E/F East Coast basing EIS project manager regarding F/A-18 E/F EIS Noise Contours related to revisions to noise contours, and reply from Zusman reflecting advice of Smith. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising from F/A-18 E/F East Coast basing process. | RFP 29 |
| 12/20/2001 | E-mail | Attorney-Client; Attorney Work Product | MCAS Beaufort Data Validation | Alan F. Zusman | Robert J. Smith | | OCE213722-7 | Redacted communication between Alan Zusman and Cecchini, Micah Downing and Fred Pierson (Mr. Cecchini's Deputy) and attorney Robert Smith regarding MCAS Beaufort Data Validation, which reflects advice from attorney Smith. Document prepared in conjunction with pending inverse condemnation litigation. | RFP 29 |
| 12/21/2001 | E-mail | Attorney-Client; Attorney Work Product | Oceana Noise Contours | Alan F. Zusman | Kathy Reed, Kimberly B. Depaul, Robert J. Smith, Joseph F. Gradisher, Alan F. Zusman, Phillip Logan, Dan J. Cecchini, James Lang, Jude Klena, Bret J. Muilenburg, Kirk A. Foster, Michael E. McGregor, Ginger B. Rice | | OCE213730 | Redacted communication between Alan Zusman and Kathy Reed, et al, responding to advice of attorney Bob Smith, regarding Oceana Noise Contours. Non-lawyer CC's include Ginger Rice from the staff of the Assistant Secretary of the Navy (Installations and Facilities) staff and Joseph Gradisher, Deputy Chief of Naval Information. Document prepared in conjunction with pending inverse condemnation litigation. | RFP 29 |
| 12/21/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 Endorsement | Robert J. Smith | Phillip Logan, Dan J. Cecchini, James Lang, Jude Klena, Fred E. Pierson, Ronald Borro, Robert J. Smith, Alan F. Zusman | | OCE213731 | Redacted communication between attorney Robert Smith and Phillip Logan, et al regarding F-14 Endorsement relfecting advice from Smith. Document prepared in conjunction with pending inverse condemnation litigation. | RFP 29 |
| 11/5/2001 | Memorandum | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | At direction of attorney Alison Ling to assist in prepartation of legal advice. Document prepared in ocnjunction with pending inverse condemnation litigation and potential litigation arising from arising from F/A-18 E/F East Coast basing process. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| Undated | Chart | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | At direction of attorney Alison Ling to assist in prepartation of legal advice. Document prepared in ocnjunction with pending inverse condemnation litigation and potential litigation arising from arising from F/A-18 E/F East Coast basing process. | RFP 29 |
| Undated | | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | At direction of attorney Alison Ling to assist in prepartation of legal advice. Document prepared in ocnjunction with pending inverse condemnation litigation and potential litigation arising from arising from F/A-18 E/F East Coast basing process. | RFP 29 |
| | | | | | | | | | |