# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 01-201-L
Honorable Victor J. Wolski

## DEFENDANT'S SECOND STATUS REPORT REGARDING CLUSTER 4 REPLACEMENT TEST PLAINTIFF

On October 12, 2005, this Court ordered plaintiffs to provide defendant with a list of six additional plaintiffs from Cluster 4 willing to participate in the current test case.[1] Plaintiffs provided defendant with a list of plaintiffs on October 14, 2005. Exhibit A. Defendant selected Lawrence and Yvonne Janney, 2436 Peritan Road, from the list on October 21, 2005. On November 7, 2005, plaintiffs' counsel informed defendant that the Janneys do not want to proceed with their claim. Exhibit B. On November 16, 2005, defendant selected Eileen May, 620 Little Neck Road, as its replacement Cluster 4 test plaintiff.

[1] Plaintiffs previously provided defendant with a list of four plaintiffs from Cluster 4.

Dated this 17th day of November, 2005

Respectfully submitted,

Steven D. Bryant
STEVEN D. BRYANT
KELLE S. ACOCK
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0424

Of Counsel:

Robert J. Smith
Mary S. Raival
Navy Litigation Office
720 Kennon Street SE, Bldg. 36
Washington, D.C. 20374

CDR Dominick Yacono, JAGC, USN
Commander Navy region, Mid-Atlanic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **DEFENDANT'S SECOND STATUS REPORT REGARDING CLUSTER 4 REPLACEMENT TEST PLAINTIFF** was served this 17th day of November 2005, electronically to Jack E. Ferrebee, Hoffheimer/Ferrebee, P.C., 1060 Laskin Road, Suite 12-B, Virginia Beach, Virginia 23451.

Steven D. Bryant
STEVEN D. BRYANT

# Exhibit A

HOFHEIMER/FERREBEE, P.C.
ATTORNEYS AND COUNSELORS AT LAW
1060 LASKIN ROAD, SUITE 12B
SANDPIPER KEY
VIRGINIA BEACH, VIRGINIA 23451-6365

MARY ELIZABETH DAVIS
JACK E. FERREBEE
SHEERA R. HERRELL
CHARLES R. HOFHEIMER
KRISTEN D. HOFHEIMER
JEFFREY D. TARKINGTON

TELEPHONE (757) 425-5200
FACSIMILE (757) 425-6100
*E-mail: jferrebee@hoflaw.com*
Our File No. 034233

October 14, 2005

VIA FIRST CLASS MAIL AND EMAIL

Steven D. Bryant, Esquire
Environmental & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

RE: Testwuide, et al. v. United States – Cluster 4 selection

Dear Steve:

Pursuant to the court's order dated October 12, 2005, the following properties are being provided for your consideration in the Cluster 4 selection process:

| | | |
|---|---|---|
| 1) | Lawrence and Yvonne Janney | 2436 Peritan Road |
| 2) | Douglas and Beth Lutz | 2421 Peritan Road |
| 3) | David Mack | 3060 Bray Road |
| 4) | Stephen and Rosanne Wilson | 2501 Little Lake Court |
| 5) | Eileen May | 620 Little Neck Road |
| 6) | James and Jeanette Valliere | 2933 Pinewood Drive |

We have endeavored to interview each of these property owners based on the criteria the parties have agreed upon.

With kind regards, I am

Very truly yours,

Jack E. Ferrebee

cc: Counsel

# Exhibit B

**Bryant, Steven (ENRD)**

**From:** Bryant, Steven (ENRD)
**Sent:** Thursday, November 17, 2005 5:37 PM
**To:** Bryant, Steven (ENRD)
**Subject:** Janney Property Cluster 4

-----Original Message-----
From: jferrebee@hoflaw.com [mailto:jferrebee@hoflaw.com]
Sent: Monday, November 07, 2005 11:28 AM
To: Bryant, Steven (ENRD)
Subject: Janney Property Cluster 4

Dear Steve:

The Janneys have called me and informed me that they do not want to proceed with their claim. They are going to be selling their home next year and have decided to withdraw.

I have been informed that your appraiser intends to appraise their property this morning at 11:00 a.m. Our appraiser went out to their property in the middle of last week.

Let me know if you want to make another selection from the list we previously gave to you for cluster 4.

Jack Ferrebee