**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CAROL AND ROBERT TESTWUIDE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>*Defendant.* | No.: 01-201L<br>(Honorable Victor J. Wolski) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO REVISE SCHEDULING ORDER**

Plaintiffs hereby file their response to Defendant's Motion to Revise the August 26, 2005 Scheduling Order in the above-captioned case. Plaintiffs agree with Defendant's proposed schedule as noted in items one through five of Defendant's Motion to Revise Scheduling Order dated January 10, 2006.

Plaintiffs disagree with item six to the extent that a Daubert motion necessarily requires an evidentiary hearing, let alone any hearing. Plaintiffs suggest that if a party makes a Daubert motion, which is nothing more than a motion in limine, then the Court can determine after reviewing the briefing, whether the issue can be decided without hearing or argument or, if a hearing is deemed necessary, the nature and extent of it.

Additionally, Plaintiffs request that the court schedule a trial date now for trial in the late spring or summer of this year in order to allow the parties and witnesses to organize the scheduling of the presentation of evidence around the trial date.

Dated: January 12, 2006

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
757-425-5200
jferrebee@hoflaw.com

Counsel of Record for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kfquinn@quinnlaw.com
mwolf@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Blvd., Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiffs' Response to Defendant's Motion to Revise Scheduling Order was sent electronically this 12th day January 2006 to counsel of record, as follows:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
601 D Street, N.W., Rm. 3205
Washington, D.C. 20004

s/Jack E. Ferrebee
Jack E. Ferrebee