# In the United States Court of Federal Claims

No. 01-201L
(Filed January 17, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED SCHEDULING ORDER

The defendant's motion to revise the scheduling order is hereby **GRANTED**, and the following changes to the schedule are adopted:

1. Written Discovery Regarding Test Plaintiff Eileen May. Pursuant to the parties' agreement, defendant will have ten days following receipt of Ms. May's responses to outstanding discovery requests to submit additional written discovery requests pertaining to her and her property.

2. Depositions. The parties shall conclude depositions of all witnesses on or by February 24, 2006.

3. Witness Lists. The parties shall add any additional witnesses to the previously submitted witness lists by March 1, 2006.

4. Evidentiary Hearing. The evidentiary hearing scheduled for January 19, 2006 has been removed from the schedule so the parties may complete remaining expert depositions and complete briefing concerning Daubert challenges, if any.

4. Dispositive Motions. The parties shall file dispositive motions, if any, on or by March 24, 2006.

5. Status Conference. The Court will hold a status conference by telephone on January 19, 2006 at 10:00 a.m. to discuss the schedule for briefing and, if necessary, oral argument on any Daubert challenges, and to set a trial date.

**IT IS SO ORDERED**.

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge