# In the United States Court of Federal Claims

No. 01-201L
(Filed January 19, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A status conference in this case was held by telephone today, to address scheduling issues raised by defendant's motion to revise the schedule. At the conference, the parties agreed to the following additions to the schedule:

1. Status Conference. The Court will hold a status conference by telephone on April 25, 2006, at 10:00 a.m. to discuss the schedule of further proceedings in the case.

2. Oral Argument on Dispositive Motions. The Court will hold oral argument on dispositive motions at **9:30 a.m.** on **Tuesday, May 16, 2006,** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

3. Trial. Trial for the currently participating test plaintiffs is tentatively scheduled to begin on Monday, October 16, 2006, and to conclude on Friday, November 3, 2006. Trial will be held at the Federal courthouse in Norfolk, Virginia.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge