IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L<br>Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**MOTION TO DISMISS**

COME NOW the Plaintiffs, Carole and Robert Testwuide, et. al., by counsel, and move the Court to dismiss the following claim associated with properties in the action Whitley, et al. v. the United States (No.04-1331L):

1) Scott Edelstein, 375 Courtney Arch, Virginia Beach, Virginia 23452

Plaintiffs' counsel received a request from Mr. Edelstein to dismiss his claim with prejudice.

Dated: February 14, 2006

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300

mwolf@quinnlaw.com
kquinn@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
lwoodward@srgslaw.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiffs' Motion to Dismiss was sent electronically this 14th day February 2006 to counsel of record, as follows:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
601 D Street, N.W., Rm. 3205
Washington, D.C. 20004

/s/Jack E. Ferrebee
Jack E. Ferrebee