# In the United States Court of Federal Claims

No. 01-201L
(Filed February 23, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received and reviewed plaintiffs' motions to dismiss the claims of the following plaintiffs with prejudice:

a. From *Beagle v. United States*, No. 04-1176L, Gerald and Wilma Fox;

b. From *Whitley v. United States*, No. 04-1331L,

Scott Edelstein;
Paul and Stella Chandler;
Timothy and Colleen O'Neil;
James, Jr. and Nancy Johnson;
Matthew and Dona Noblick's claims as to 641 Aguila Drive. The Noblicks' claims with respect to their remaining properties are not affected by this Order.

c. From *Anderson v. United States*, No. 04-333L,

Howard and Uldine Nixon;
Paul and Helen Warner;
Timothy and Betsy Pearsall;
Donald and Margaret Proffitt;

d. From *Aralar v. United States*, No. 04-1280L, Walter and Valerie Neff's claims as to 9 Fleet Drive, #442. The Neffs' claims with respect to their remaining properties are not

affected by this Order.

The motions are hereby **GRANTED**. Pursuant to Rule 41(a)(2) of the Rules of the Court of Federal Claims, the Clerk is hereby **DIRECTED** to **DISMISS, WITH PREJUDICE**, the above-listed claims.

**IT IS SO ORDERED**.

/s Victor J. Wolski

**VICTOR J. WOLSKI**
Judge