ORIGINAL PLEADING

EXHIBIT A TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| | ) | Honorable Lynn J. Bush |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS INTERROGATORIES TO DEFENDANT**

TO: DEFENDANT, UNITED STATES

FROM: PLAINTIFF

Plaintiffs, pursuant to Rules 26 and 33 of the Rules of this Court request that Defendant answer the following interrogatories under oath. These Interrogatories are to be read and interpreted in accordance with the Definitions and Instructions set forth below.

[redacted]

[redacted]

3. State the date on which you allege that a six year statute of limitations began to run as asserted in Paragraph 2 of your Affirmative Defenses.

[redacted]

[redacted]

Kieron F. Quinn /MEW

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com

Attorney for Plaintiffs

Of Counsel:

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Thomas Shuttleworth
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, VA 23452
(757) 671-6000
shuttleworth@srgslaw.com

Stephen C. Swain
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, VA 23452
(757) 671-6000
sswain@srgslaw.com

Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, VA 23452
(757) 671-6000
lwoodward@srgslaw.com

Jack E. Ferrebee
Law Office of Jack E. Ferrebee
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23452
(757) 425-2234
ferrebee@whro.net

Charles R. Hofheimer
Charles R. Hofheimer, P.C.
Oceana Plaza Corporate Center
303 34th Street, Suite 8
Virginia Beach, VA 23451
(757) 425-5200
chofheimer@hoflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiffs Interrogatories to Defendant were served the 14 day of June, 2001, by first class mail, postage prepaid on:

James Brookshire
Department of Justice
Environment of Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D. C. 20044-0663
(202) 305-0490

Martin E. Wolf