EXHIBIT B TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS

10/4/01

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| | ) | Honorable Lynn J. Bush |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNITED STATES' ANSWERS TO PLAINTIFFS' INTERROGATORIES**

Defendant, the United States of America, by and through the indicated signatories and its undersigned counsel, hereby responds and/or objects, as noted, to Plaintiffs' Interrogatories:

[redacted]

INTERROGATORY NO. 3: State the date on which you allege that a six year statute of limitations began to run as asserted in Paragraph 2 of your Affirmative Defenses.

RESPONSE TO INTERROGATORY NO. 3:

Defendant objects on the grounds that this Interrogatory is improper because it calls for a legal conclusion. Without waving this objection, defendant states that the date the statute of limitations began to run will vary from tract to tract depending upon when, if at all, the tract was first exposed to prior operations that arguably constituted a taking. For example: the base itself was established in 1940; it became a master jet facility in 1957; and, the 1978 noise study contains noise contours that are much closer in size to the projected 1999 noise contours than are the 1997 noise contours.

Dated this 4th October, 2001.

Respectfully submitted, as to objection:

James E. Brookshire
Chief Counsel, Complex Disputes
David Shuey
Julia K. Evans
Trial Attorneys
General Litigation Section
Environment and Natural Resources
Division
United States Department of Justice
601 D Street, NW
Washington, DC 20004

Of Counsel:

Robert J. Smith
Senior Trial Attorney
John Noel
Senior Trial Attorney
Christopher Jung
Senior Trial Attorney
Navy Litigation Office
720 Kennon Street SE, Bldg. 36
Washington, DC 20374

Lt.Cmdr. Jude Klena
Asst. Environmental Counsel
CINCLANTFLT
1652 Mitscher Avenue, Suite 200
Norfolk, VA 23511