INDEX NO. 44

Quinn, Gordon & Wolf, Chtd.

40 West Chesapeake Avenue, Suite 408
Towson, Maryland 21204-4803
Telephone (410) 825-2300
Facsimile (410) 825-0066

Kieron F. Quinn
Richard S. Gordon
Martin E. Wolf

kquinn@quinnlaw.com
rgordon@quinnlaw.com
mwolf@quinnlaw.com

Harford County Office
104 Victory Lane, Suite 100
Bel Air, Maryland 21014

October 23, 2001

Via Facsimile Transmission
202 305 0506

David Shuey, Esquire
Department of Justice
Environment and Natural
Resources Division
P.O. Box 663
Washington, D. C. 20004-0663

Via Facsimile Transmission
202 685 7036

Robert Smith, Esquire
Department of the Navy
Navy Litigation Office
Office of the General
Washington Navy Yd, DC 20574

Re: Testwuide, et al. v. United States
No. 01-201L

Dear David and Bob,

[redacted]

Finally, before we get into motion practice, I would like you to explain why you continue

to object to putting a date on the statute of limitations that you raised as an affirmative defense. Because the Defendant raised that defense, it is a perfectly proper subject for discovery by Plaintiffs. If you allege that different dates apply to different segments of the class, I believe you have to say so, identify the segment, and take a position on the date.

Sincerely,

Kieron F. Quinn

KFQ/djh