EXHIBIT *D* TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L Honorable Lynn J. Bush |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**UNITED STATES' SUPPLEMENTAL ANSWERS TO PLAINTIFFS' INTERROGATORIES 1, 2, 3, 16 AND 19.**

Defendant, the United States of America, by and through the indicated signatories and its undersigned counsel, hereby supplements its responses to Plaintiffs' Interrogatories 1, 2, 3, 16 and 19. Defendant incorporates by reference its preliminary statement and objections to instructions as set out in its initial responses.

**SUPPLEMENTAL RESPONSES TO INTERROGATORIES**

[redacted]

INTERROGATORY NO. 3: State the date on which you allege that a six year statute of limitations began to run as asserted in Paragraph 2 of your Affirmative Defenses.

RESPONSE TO INTERROGATORY NO. 3:

Defendant objects on the grounds that this Interrogatory is improper because it calls for a legal conclusion. Without waving this objection, defendant incorporates its initial response and states that further research and discovery will be needed in order to determine the date or dates from which the statute of limitations would begin to run on each of the named plaintiffs' residences.

Dated this 22d October, 2001.

Respectfully submitted,

David F. Shuey
Julia K. Evans
Trial Attorneys
General Litigation Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street, NW
Washington, DC 20004

Of Counsel:

Robert J. Smith
Senior Trial Attorney
John Noel
Senior Trial Attorney
Christopher Jung
Senior Trial Attorney
Navy Litigation Office
720 Kennon Street SE, Bldg. 36
Washington, DC 20374

Lt.Cmdr. Jude Klena
Asst. Environmental Counsel
CINCLANTFLT
1652 Mitscher Avenue, Suite 200
Norfolk, VA 23511

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Supplemental Answers to Plaintiffs' Interrogatories** was served electronically and mailed, postage prepaid, to the parties listed below on 23 October, 2001.

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, MD 21204

The foregoing was served electronically on the same date to the parties listed below.

Charles R. Hofheimer
Charles R. Hofheimer, PC
303 34th Street, Suite 8
Virginia Beach, VA 23451

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain, PC
Southport Centre, Suite 300
4525 South Boulevard
Virginia Beach, VA 23452

Jack E. Ferrebee
Jack E. Ferrebee, PC
Sandpiper Key, Suite 12B
1060 Laskin Road
Virginia Beach, VA 23451

Thomas A. Alderson
Paralegal Specialist