**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No. 01-201-L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S SUPPLEMENTAL ANSWERS TO INTERROGATORIES**

Defendant, the United States of America, by and through its undersigned counsel, hereby responds to Plaintiffs' Interrogatories:

[redacted]

[redacted]

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 3:** State the date on which you allege that a six year statute of limitations began to run as asserted in Paragraph 2 of your Affirmative Defenses.

**RESPONSE TO INTERROGATORY NO. 3:**

Defendant objects on the grounds that this Interrogatory is improper because it calls for a legal conclusion. Without waving this objection, defendant states that the date the statute of limitations began to run will vary from tract to tract depending upon when, if at all, the tract was first exposed to prior operations that arguably constituted a taking. Defendant is unable to respond to this interrogatory until discovery is complete.

[redacted]

[redacted]

Dated this _____ day of July, 2004

Respectfully submitted,

______________________________
JULIA K. EVANS
STEVEN D. BRYANT
United States Department of Justice
Environment and Natural Resources Div.
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663
(202) 514-4485

Of Counsel:

Robert J. Smith
Mary S. Raival
Navy Litigation Office
720 Kennon Street SE, Bldg. 36
Washington, D.C. 20374

CDR Dominick Yacono, JAGC, USN
Commander Navy region, Mid-Atlanic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737