EXHIBIT *F* TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS

HOFHEIMER/FERREBEE, P.C.
ATTORNEYS AND COUNSELORS AT LAW
1060 LASKIN ROAD, SUITE 12B
SANDPIPER KEY
VIRGINIA BEACH, VIRGINIA 23451-6365

MARY ELIZABETH DAVIS
JACK E. FERREBEE
SHEERA R. HERRELL
CHARLES R. HOFHEIMER
KRISTEN D. HOFHEIMER
JEFFREY D. TARKINGTON

TELEPHONE (757) 425-5200
FACSIMILE (757) 425-6100
*E-mail: jferrebee@hoflaw.com*
Our File No. 034233

January ~~17~~ 19, 2005

Steven Bryant, Esquire
Department of Justice
Environmental & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

RE: Testwuide v. The United States
Case No. 01-201L

Dear Steve:

I am writing to request responses and supplemental responses, as the case may be, to discovery propounded in the *Testwuide* case. With regard to discovery that you have objected to, asserted a privilege to or not responded to, I have the following suggestions. Please advise me of your position as soon as possible in order that we can determine whether or not it will be necessary to file a motion to compel.

[redacted]

[redacted]

Interrogatories –

[redacted]

2) Interrogatory Number 3 – Please supplement your initial response now that we have identified each tract of land.

[redacted]

[redacted]

With kind regards, I remain

Very truly yours,

Jack E. Ferrebee
JEF/tbf