EXHIBIT G TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS

2/25/05
ORIGINAL PLEADING VTM
INDEX NO. PL 338 ✓JNL

**U.S. Department of Justice**

Environment and Natural Resources Division

COPY

SDB
90-1-23-10297

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0506*

February 25, 2005

**Via Overnight Courier (Federal Express)**

Hofheimer/Ferrebee, P.C.
Jack Ferrebee, Esq.
1060 Laskin Road
Suite 12B
Sandpiper Key
Virginia Beach, VA 23451

Re: Testwuide, et. al. v. United States, No. 01-201L

Dear Jack:

[redacted]

[redacted]

Interrogatories --

[redacted]

2) Interrogatory Number 3 - We are still investigating the statute of limitations defense as it pertains to the 14 properties comprising the test case. We will supplement our response once we have gathered and analyzed the requisite information through discovery.

[redacted]

[redacted]

Very truly yours,

Steven D. Bryant