# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DOUGLAS AND TARA BURLAGE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 04-120L
Judge Victor J. Wolski

## PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT

TO: DEFENDANT, UNITED STATES

FROM: PLAINTIFFS – ALBERT AND MONA SAFERSTEIN.

Plaintiffs, Albert and Mona Saferstein, pursuant to Rules 26 and 33 of the Rules of this Court request that Defendant answer the following interrogatories under oath. These Interrogatories are to be read and interpreted in accordance with the Definitions and Instructions set forth below.

[redacted]

INTERROGATORIES

1. With respect to the fourteen properties now designated for the first trial in these proceedings, identify the following for each property:

(a) whether you contend that prior to the relocation of F/A-18 aircraft to Oceana the properties were exposed to a noise level above or equivalent to the noise level after the relocation and, if so, state the date or dates of such exposure and the precise basis for your contention;

(b) for each such date or dates identified above, state the decibel level or levels in terms of the highest single noise events, the frequency of the highest single noise events, the db ldn level, and the SEL level of aircraft noise to which each of the properties was exposed for each year beginning with the first year jet aircraft operated at Oceana to the present;

(c) if you contend that any noise level for any period above constituted a taking of an avigation easement with respect to any of the properties, provide the date of taking; and

(d) for each date provided above, state the number of touch and go operations and the number of field carrier landing practices performed at Oceana, and the type of aircraft involved, for each year.

[redacted]

[redacted]

Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Attorney of Record for
Plaintiffs under Rule 81(d)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kquinn@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000

shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' First Interrogatories were served this 21st day of January, 2005, electronically to:

Steven Bryant, Esquire
Department of Justice
Environmental & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

Jack E. Ferrebee