EXHIBIT / TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS

2/24/05
ORIGINAL PLEADING
INDEX NO. PL325

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOUGLAS AND TARA BURLAGE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 04-120L<br>Honorable Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**UNITED STATES' ANSWERS TO PLAINTIFFS' FIRST INTERROGATORIES**

Defendant, the United States of America, by and through the indicated signatories and its undersigned counsel, hereby responds and/or objects, as noted, to Plaintiffs' Interrogatories:

[redacted]

**RESPONSES TO INTERROGATORIES**

INTERROGATORY NO. 1: With respect to the fourteen properties now designated for the first trial in these proceedings, identify the following for each property:

(a) whether you contend that prior to the relocation of F/A-18 aircraft to Oceana the properties were exposed to a noise level above or equivalent to the noise level after the relocation and, if so, state the date or dates of such exposure and the precise basis for your contention;

(b) for each such date or dates identified above, state the decibel level or levels in terms of the highest single noise events, the frequency of the highest single noise events, the db ldn level, and the SEL level of aircraft noise to which each of the properties was exposed for each year beginning with the first year jet aircraft operated at Oceana to present;

(c) if you contend that any noise level for any period above constituted a taking of an avigation easement with respect to any of the properties, provide the date of taking; and

(d) for each date provided above, state the number of touch and go operations and the number of field carrier landing practices performed at Oceana, and the type of aircraft involved for each year.

RESPONSE TO INTERROGATORY NO. 1:

Defendant objects on the ground that this Interrogatory is vague and ambiguous with respect to which model of the F/A-18 aircraft the Interrogatory refers to and what is meant by "noise level," and further objects that the Interrogatory is overly broad and unduly burdensome, and further objects that the Interrogatory seeks information not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Defendant responds as follows: Defendant is currently investigating the 14 properties that are the subject of the test case and is unable to state at this time whether it will contend that these properties were exposed to noise levels as measured by the DNL metric prior to the time that all of the F/A-18 C/D aircraft that were to be relocated to NAS Oceana from NAS Cecil Field were relocated that were equal to or greater than the noise levels as measured by the DNL metric to which those properties were exposed after all the F/A-18 C/D aircraft that were to be relocated to NAS Oceana from NAS Cecil Field were relocated. Even if Defendant is able to respond at a later time, Defendant may not be able to provide all of the information sought in the Interrogatory.,

The foregoing **UNITED STATES' ANSWERS TO PLAINTIFFS' FIRST INTERROGATORIES were prepared under oath by the following person, who hereby certifies that these answers comply with RCFC 26(g).**

s// CDR Dominick Yacono
CDR Dominick Yacono, JAGC, USN
Commander Navy Region, Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737

February 22, 2005
Date

Dated: February 22, 2005

Respectfully submitted,

s// Steven D. Bryant
Steven D. Bryant
Kelle Acock
Trial Attorneys
General Litigation Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street, NW
Washington, DC 20004

Of Counsel:

Robert J. Smith
Mary S. Raivel
J. Page Turney
Navy Litigation Office
720 Kennon Street SE, Bldg. 36
Washington, DC 20374