**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

*General Litigation Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0506*

March 15, 2005

**Via Email and Regular Mail**

Jack E. Ferrebee, Esquire
Hofheimer/Ferrebee, P.C.
1060 Laskin Road
Suite 12B
Sandpiper Key
Virginia Beach, Virginia 23451-6365

Re: March 7, 2005 Meet and Confer

Dear Jack:

[redacted]

[redacted]

With regard to our discussion of Defendant's Response to Interrogatory Number 1, I indicated that we are investigating the test case properties regarding historical aircraft noise and overflight impacts and are contracting with an expert in this field to evaluate this issue.

We did not "agree" to a date of taking in July 1999. It is plaintiffs' burden to prove that a taking occurred and on what date. I have asked you to identify what date you contend is the date of taking so that our appraisers will have a reference point for conducting their analyses. In our meet and confer you confirmed that July 1999 is the date you contend is the date of taking.

[redacted]

Very truly yours,

Steven D. Bryant