**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, *et al*., *Plaintiffs*, | ) | No.: 01-201L |
| v. | ) | (Honorable Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, *Defendant*. | ) | |

**STIPULATION REGARDING WYLE SUBPOENA**

Plaintiffs served a subpoena on Wyle Laboratories in Virginia on February 7, 2006. Defendant has filed a Motion for Protective Order with respect to that subpoena.

The parties hereby STIPULATE AND AGREE that no documents or other response need be produced in response to that subpoena until ten days after the Court has ruled on Defendant's Motion for Protective Order, subject to any limitations set forth in the Court's ruling.

Respectfully submitted,

/s/
Steven D. Bryant
Environment and Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20004
(202) 305-0424
steven.bryant@usdoj.gov

Counsel of Record for Defendant

/s/
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Counsel of Record for Plaintiffs

DATED: March 2, 2006