Envelope-to: kfquinn@quinnlaw.com
X-Spam-Checker-Version: SpamAssassin 3.1.0 (2005-09-13) on
grafias.lunarpages.com
X-Spam-Level: *
X-Spam-Status: No, score=1.5 required=5.0 tests=AWL,INVALID_MSGID
autolearn=no version=3.1.0
Alternate-recipient: Prohibited
Disclose-recipients: Prohibited
Date: Wed, 01 Mar 2006 17:03:38 -0500 (EST)
From: "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
Subject: Final Witness Lists
To: "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com>
(Receipt Notification Requested) (IPM Return Requested)
Cc: "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
(Receipt Notification Requested) (IPM Return Requested)
Autoforwarded: FALSE
X-Mailer: NetJunction (NetJunction 6.0.2-p2)/MIME
Priority: Normal
X-NJ-P1MID: [/P=USDOJ/A=_/C=US/;ENRD-MSGE-2-060301220239Z-452692]
X-NJ-Delivery-Notification-To: Steven.Bryant@usdoj.gov
X-NJ-Disposition-Notification-To: Steven.Bryant@usdoj.gov
X-NJ-IPM-Content-Return-To: Steven.Bryant@usdoj.gov
X-Implicit-Conv-Prohibited: FALSE
X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 mlx=0
adultscore=0 adjust=0 reason=mlx engine=3.1.0-06022100
definitions=3.0.0-06030104

Kieron,

To confirm our conversation regarding final witness lists, we agreed to postpone exchanging final witness lists pending the court's ruling on our motion to extend.

You indicated that plaintiffs did not intend to add any witnesses to your list and you asked me to provide the names of those witnesses we expect to add, which include:

New witnesses:

CDR Richard Erie - replaces CDR David Desimone (No. 2) on list. Topics of expected testimony remain the same. For clarification, CDR Erie recently replaced CDR Desimone as the NASO Air Ops officer.

CDR (ret.) Frank Kraemer, former NAS Oceana Air Operations Officer - relevant period early 1990's - same topics as Wulf and Jenkins

CDR (ret) Lawrence Hurley, former NAS Oceana Air Traffic Control Facility Officer - relevant period late 1980's - same topics as Wulf and Jenkins

CDR Robert F. Collins, former NAS Oceana Air operations Officer - relevant period late 1980's - same topics as Wulf and Jenkins

Lloyd Wilkinson - may testify about management of data used by Hank Wise, if necessary.

Custodian of Records for REIN database - reserve the right to call this person, if necessary.

Joe Czech - may testify regarding noise analyses at NAS Oceana by Wyle Laboratories

Modifications to topics of expected testimony of current witnesses:

LCDR Wulf (No. 3) and CWO Jenkins (No. 6) - may also testify regarding the reporting and recording of aircraft operations numbers.

Nick Miller (No. 25) - potential witness on merits rather than rebuttal exclusively. May testify about 1978 AESO report as well as HMMH studies already mentioned in current list.

Capt Keeley (No. 30) - may also testify regarding the other topics in CDR Erie's and Hebert's descriptions.

When we do finalize the witness list there may be some modifications to the topics of the testimony, or potentially additional witnesses added or deleted, but as I mentioned these are the expected changes right now. We will also amend the list to reserve the right to call any plaintiff, not just test plaintiffs.

Regards,

Steve