Envelope-to: kfquinn@quinnlaw.com
X-Spam-Checker-Version: SpamAssassin 3.1.0 (2005-09-13) on
grafias.lunarpages.com
X-Spam-Level: *
X-Spam-Status: No, score=1.5 required=5.0 tests=AWL,INVALID_MSGID
autolearn=no version=3.1.0
Alternate-recipient: Prohibited
Disclose-recipients: Prohibited
Date: Thu, 02 Mar 2006 11:45:45 -0500 (EST)
From: "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
Subject: RE: Final Witness Lists
To: "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com>
(Receipt Notification Requested) (IPM Return Requested)
Cc: "Kelle.Acock@usdoj.gov" <Kelle.Acock@usdoj.gov>
(Receipt Notification Requested) (IPM Return Requested)
Autoforwarded: FALSE
X-Mailer: NetJunction (NetJunction 6.0.2-p2)/MIME
Priority: Normal
X-NJ-P1MID: [/P=USDOJ/A=_/C=US/;ENRD-MSGE-2-060302164433Z-459143]
X-NJ-Delivery-Notification-To: Steven.Bryant@usdoj.gov
X-NJ-Disposition-Notification-To: Steven.Bryant@usdoj.gov
X-NJ-IPM-Content-Return-To: Steven.Bryant@usdoj.gov
X-Implicit-Conv-Prohibited: FALSE
X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 mlx=0
adultscore=0 adjust=0 reason=mlx engine=3.1.0-06022100
definitions=3.0.0-06030200

Kieron,

The only undeposed witness below that we anticipate preparing a declaration is CDR Erie.

Steve

-----Original Message-----
From: kfquinn@quinnlaw.com [mailto:kfquinn@quinnlaw.com]
Sent: Thursday, March 02, 2006 11:33 AM
To: Bryant, Steven (ENRD)
Subject: Re: Final Witness Lists

Steve

Are you going to submit any evidence or affidavits in support of
Defendant's dispositive motion from any of the undeposed witnesses
listed below?

Kieron

==========================================================================

At 05:03 PM 3/1/2006, you wrote:
>Kieron,
>
>To confirm our conversation regarding final witness lists, we agreed
>to postpone exchanging final witness lists pending the court's
>ruling on our motion to extend.
>
>You indicated that plaintiffs did not intend to add any witnesses to
>your list and you asked me to provide the names of those witnesses
>we expect to add, which include:
>
>New witnesses:
>
>CDR Richard Erie - replaces CDR David Desimone (No. 2) on
>list.  Topics of expected testimony remain the same.  For
>clarification, CDR Erie recently replaced CDR Desimone as the NASO
>Air Ops officer.
>
>CDR (ret.) Frank Kraemer, former NAS Oceana Air Operations Officer -
>relevant period early 1990's - same topics as Wulf and Jenkins
>
>CDR (ret) Lawrence Hurley, former NAS Oceana Air Traffic Control
>Facility Officer - relevant period late 1980's - same topics as Wulf
>and Jenkins
>
>CDR Robert F. Collins, former NAS Oceana Air operations Officer -
>relevant period late 1980's - same topics as Wulf and Jenkins
>
>Lloyd Wilkinson - may testify about management of data used by Hank
>Wise, if necessary.
>
>Custodian of Records for REIN database - reserve the right to call
>this person, if necessary.
>
>Joe Czech - may testify regarding noise analyses at NAS Oceana by
>Wyle Laboratories
>
>Modifications to topics of expected testimony of current witnesses:
>
>LCDR Wulf (No. 3) and CWO Jenkins (No. 6) - may also testify
>regarding the reporting and recording of aircraft operations numbers.
>
>Nick Miller (No. 25) - potential witness on merits rather than
>rebuttal exclusively.  May testify about 1978 AESO report as well as
>HMMH studies already mentioned in current list.
>
>Capt Keeley (No. 30) - may also testify regarding the other topics
>in CDR Erie's and Hebert's descriptions.
>

>When we do finalize the witness list there may be some modifications
>to the topics of the testimony, or potentially additional witnesses
>added or deleted, but as I mentioned these are the expected changes
>right now.  We will also amend the list to reserve the right to call
>any plaintiff, not just test plaintiffs.
>
>Regards,
>
>Steve