wyle laboratories

WYLE RESEARCH REPORT

WR 97-10

# AIRCRAFT NOISE STUDY FOR THE 1995 BRAC REALIGNMENT OF NAVY F/A-18 AIRCRAFT

Prepared For:

Commander
NAVAL FACILITIES ENGINEERING COMMAND
200 Stovall Street
Alexandria, Virginia 22332

Contract No. N68925-96-D-A538

Prepared By:

Joseph J. Czech
Gary M. Sypek
Christine C. France
WYLE RESEARCH
Wyle Laboratories
2001 Jefferson Davis Highway
Arlington, Virginia 22202

(J/N 59050-01 & 59119-01)

February 1998

REPORT

Exhibit 1

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| | EXECUTIVE SUMMARY | xv |
| 1.0 | INTRODUCTION | 1-1 |
| 1.1 | Noise Metrics | 1-2 |
| 1.2 | Computerized Noise Exposure Models | 1-4 |
| 1.2.1 | NOISEMAP | 1-4 |
| 1.2.2 | MR_NMAP | 1-5 |
| 2.0 | DESCRIPTION OF AIRFIELDS AND AIRSPACES OF INTEREST | 2-1 |
| 2.1 | NAS Oceana and NALF Fentress | 2-1 |
| 2.2 | MCAS Beaufort | 2-3 |
| 2.3 | MCAS Cherry Point and MCALF Bogue | 2-5 |
| 2.4 | Related Airspace | 2-7 |
| 3.0 | BASELINE AIRCRAFT OPERATIONS AND NOISE EXPOSURE | 3-1 |
| 3.1 | NAS Oceana and NALF Fentress | 3-1 |
| 3.1.1 | Flight Operations | 3-1 |
| 3.1.2 | Runway and Flight Track Utilization | 3-5 |
| 3.1.3 | Flight Profiles, Noise, and Climatological Data | 3-25 |
| 3.1.4 | Pre-Flight and Maintenance Run-Up Operations | 3-25 |
| 3.1.5 | Noise Exposure | 3-26 |
| 3.2 | MCAS Beaufort | 3-35 |
| 3.2.1 | Flight Operations | 3-35 |
| 3.2.2 | Runway and Flight Track Utilization | 3-36 |
| 3.2.3 | Flight Profiles, Noise, and Climatological Data | 3-53 |
| 3.2.4 | Pre-Flight and Maintenance Run-Up Operations | 3-53 |
| 3.2.5 | Noise Exposure | 3-55 |
| 3.3 | MCAS Cherry Point | 3-58 |
| 3.3.1 | Flight Operations | 3-58 |
| 3.3.2 | Runway/Pad and Flight Track Utilization | 3-60 |
| 3.3.3 | Flight Profiles, Noise, and Climatological Data | 3-79 |
| 3.3.4 | Pre-Flight and Maintenance Run-Up Operations and Press-Up Operations | 3-79 |
| 3.3.5 | Noise Exposure | 3-81 |
| 3.4 | MCALF Bogue | 3-91 |
| 3.4.1 | Flight Operations | 3-91 |
| 3.4.2 | Runway and Flight Track Utilization | 3-92 |
| 3.4.3 | Flight Profiles, Noise, and Climatological Data | 3-96 |
| 3.4.4 | Pre-Flight and Maintenance Run-Up Operations | 3-96 |
| 3.4.5 | Noise Exposure | 3-96 |

TABLE OF CONTENTS (Continued)

| | Page |
|---|---|
| 3.5 Related Airspace | 3-99 |
| 3.5.1 Military Training Routes | 3-99 |
| 3.5.2 Restricted Areas/Ranges | 3-117 |
| 3.5.3 Overall Airspace Noise Exposure | 3-129 |
| 4.0 PROPOSED AIRCRAFT OPERATIONS AND NOISE EXPOSURE | 4-1 |
| 4.1 ARS-1 | 4-1 |
| 4.1.1 NAS Oceana and NALF Fentress | 4-1 |
| 4.1.1.1 Flight Operations | 4-1 |
| 4.1.1.2 Runway and Flight Track Utilization | 4-5 |
| 4.1.1.3 Flight Profiles, Noise, and Climatological Data | 4-5 |
| 4.1.1.4 Pre-Flight and Maintenance Run-Up Operations | 4-5 |
| 4.1.1.5 Noise Exposure | 4-9 |
| 4.1.2 Related Airspace | 4-16 |
| 4.1.2.1 Military Training Routes | 4-16 |
| 4.1.2.2 Restricted Areas/Ranges | 4-20 |
| 4.1.2.3 Overall Airspace Noise Exposure | 4-24 |
| 4.2 ARS-2 | 4-26 |
| 4.2.1 NAS Oceana and NALF Fentress | 4-26 |
| 4.2.1.1 Flight Operations | 4-26 |
| 4.2.1.2 Runway and Flight Track Utilization | 4-29 |
| 4.2.1.3 Flight Profiles, Noise, and Climatological Data | 4-32 |
| 4.2.1.4 Pre-Flight and Maintenance Run-Up Operations | 4-32 |
| 4.2.1.5 Noise Exposure | 4-34 |
| 4.2.2 MCAS Beaufort | 4-41 |
| 4.2.2.1 Flight Operations | 4-41 |
| 4.2.2.2 Runway and Flight Track Utilization | 4-42 |
| 4.2.2.3 Flight Profiles, Noise, and Climatological Data | 4-44 |
| 4.2.2.4 Pre-Flight and Maintenance Run-Up Operations | 4-44 |
| 4.2.2.5 Noise Exposure | 4-47 |
| 4.2.3 Related Airspace | 4-49 |
| 4.2.3.1 Military Training Routes | 4-49 |
| 4.2.3.2 Restricted Areas/Ranges | 4-51 |
| 4.2.3.3 Overall Airspace Noise Exposure | 4-56 |
| 4.3 ARS-3 | 4-58 |
| 4.3.1 NAS Oceana and NALF Fentress | 4-58 |
| 4.3.1.1 Flight Operations | 4-58 |
| 4.3.1.2 Runway and Flight Track Utilization | 4-61 |
| 4.3.1.3 Flight Profiles, Noise, and Climatological Data | 4-64 |
| 4.3.1.4 Pre-Flight and Maintenance Run-Up Operations | 4-64 |
| 4.3.1.5 Noise Exposure | 4-64 |

TABLE OF CONTENTS (Continued)

| | | | Page |
|---|---|---|---|
| | 4.3.2 | MCAS Cherry Point . . . . . . . . . . . . . . | 4-73 |
| | | 4.3.2.1 Flight Operations . . . . . . . . . . . . | 4-73 |
| | | 4.3.2.2 Runway and Flight Track Utilization . . . . . . | 4-73 |
| | | 4.3.2.3 Flight Profiles, Noise, and Climatological Data . . . | 4-76 |
| | | 4.3.2.4 Pre-Flight and Maintenance Run-Up Operations . . | 4-76 |
| | | 4.3.2.5 Noise Exposure . . . . . . . . . . . . | 4-82 |
| | 4.3.3 | Related Airspace . . . . . . . . . . . . . . | 4-92 |
| | | 4.3.3.1 Military Training Routes . . . . . . . . . | 4-92 |
| | | 4.3.3.2 Restricted Areas/Ranges . . . . . . . . . | 4-95 |
| | | 4.3.3.3 Overall Airspace Noise Exposure . . . . . . | 4-98 |
| 4.4 | ARS-4 . . . . . . . . . . . . . . . . . . | | 4-100 |
| | 4.4.1 | NAS Oceana and NALF Fentress . . . . . . . . . | 4-100 |
| | | 4.4.1.1 Flight Operations . . . . . . . . . . . . | 4-100 |
| | | 4.4.1.2 Runway and Flight Track Utilization . . . . . . | 4-103 |
| | | 4.4.1.3 Flight Profiles, Noise, and Climatological Data . . . | 4-106 |
| | | 4.4.1.4 Pre-Flight and Maintenance Run-Up Operations . . | 4-106 |
| | | 4.4.1.5 Noise Exposure . . . . . . . . . . . . | 4-106 |
| | 4.4.2 | MCAS Beaufort . . . . . . . . . . . . . . | 4-115 |
| | | 4.4.2.1 Flight Operations . . . . . . . . . . . . | 4-115 |
| | | 4.4.2.2 Runway and Flight Track Utilization . . . . . . | 4-118 |
| | | 4.4.2.3 Flight Profiles, Noise, and Climatological Data . . . | 4-124 |
| | | 4.4.2.4 Pre-Flight and Maintenance Run-Up Operations . . | 4-124 |
| | | 4.4.2.5 Noise Exposure . . . . . . . . . . . . | 4-124 |
| | 4.4.3 | Related Airspace . . . . . . . . . . . . . . | 4-128 |
| | | 4.4.3.1 Military Training Routes . . . . . . . . . | 4-128 |
| | | 4.4.3.2 Restricted Areas/Ranges . . . . . . . . . | 4-131 |
| | | 4.4.3.3 Overall Airspace Noise Exposure . . . . . . | 4-134 |
| 4.5 | ARS-5 . . . . . . . . . . . . . . . . . . | | 4-136 |
| | 4.5.1 | NAS Oceana and NALF Fentress . . . . . . . . . | 4-136 |
| | | 4.5.1.1 Flight Operations . . . . . . . . . . . . | 4-136 |
| | | 4.5.1.2 Runway and Flight Track Utilization . . . . . . | 4-139 |
| | | 4.5.1.3 Flight Profiles, Noise, and Climatological Data . . . | 4-142 |
| | | 4.5.1.4 Pre-Flight and Maintenance Run-Up Operations . . | 4-142 |
| | | 4.5.1.5 Noise Exposure . . . . . . . . . . . . | 4-142 |
| | 4.5.2 | MCAS Cherry Point . . . . . . . . . . . . . . | 4-151 |
| | | 4.5.2.1 Flight Operations . . . . . . . . . . . . | 4-151 |
| | | 4.5.2.2 Runway and Flight Track Utilization . . . . . . | 4-154 |
| | | 4.5.2.3 Flight Profiles, Noise, and Climatological Data . . . | 4-167 |
| | | 4.5.2.4 Pre-Flight and Maintenance Run-Up Operations . . | 4-174 |
| | | 4.5.2.5 Noise Exposure . . . . . . . . . . . . | 4-174 |

TABLE OF CONTENTS (Continued)


| | | Page |
|---|---|---|
| 4.5.3 | Related Airspace | 4-184 |
| 4.5.3.1 | Military Training Routes | 4-184 |
| 4.5.3.2 | Restricted Areas/Ranges | 4-186 |
| 4.5.3.3 | Overall Airspace Noise Exposure | 4-191 |
| REFERENCES | | R-1 |
| APPENDIX A: | Discussion of Noise and Its Effect on the Environment | A-1 |
| APPENDIX B: | Flight Profiles for F/A-18 Aircraft at NAS Oceana and NALF Fentress | B-1 |
| APPENDIX C: | Flight Profiles for F/A-18 Aircraft at MCAS Beaufort | C-1 |
| APPENDIX D: | Flight Profiles for F/A-18 Aircraft at MCAS Cherry Point | D-1 |


## LIST OF FIGURES


| Fig. No. | | Page |
|---|---|---|
| 2-1 | NAS Oceana and NALF Fentress Vicinity Map | 2-2 |
| 2-2 | MCAS Beaufort Vicinity Map | 2-4 |
| 2-3 | MCAS Cherry Point Vicinity Map | 2-6 |
| 2-4 | MCALF Bogue Vicinity Map | 2-8 |
| 2-5 | Regional Setting of Modeled Airspace | 2-9 |
| 3-1 | NAS Oceana Southeasterly Departure Flight Tracks | 3-9 |
| 3-2 | NAS Oceana Northeasterly Departure Flight Tracks | 3-10 |
| 3-3 | NAS Oceana Interfacility Departure to Fentress With Overhead Approach Flight Tracks | 3-11 |
| 3-4 | NAS Oceana Visual Straight-In/Full-Stop Arrival (Sanders) Flight Tracks | 3-12 |
| 3-5 | NAS Oceana Visual Straight-In/Full-Stop Arrival (Lightship) Flight Tracks | 3-13 |
| 3-6 | NAS Oceana Instrument Arrival Flight Tracks | 3-14 |
| 3-7 | NAS Oceana Overhead Arrival (Sanders) Flight Tracks | 3-15 |
| 3-8 | NAS Oceana Overhead Arrival (Lightship) Flight Tracks | 3-16 |
| 3-9 | NAS Oceana Depart and Reenter to Overhead Flight Tracks | 3-17 |
| 3-10 | NAS Oceana Touch-and-Go Flight Tracks | 3-18 |
| 3-11 | NAS Oceana GCA Box Flight Tracks | 3-19 |
| 3-12 | NAS Oceana FCLP Flight Tracks | 3-20 |

LIST OF FIGURES (Continued)


| Fig. No. | | Page |
|---|---|---|
| 3-13 | NALF Fentress FCLP Flight Tracks | 3-21 |
| 3-14 | NAS Oceana Interfacility Departure From Fentress With Overhead Approach Flight Tracks | 3-22 |
| 3-15 | NAS Oceana Interfacility Departure From Fentress With a Straight-In Approach Flight Tracks | 3-23 |
| 3-16 | DNL Contours for Average Daily Baseline Aircraft Operations at NAS Oceana and NALF Fentress | 3-28 |
| 3-17 | MCAS Beaufort Departure Flight Tracks | 3-39 |
| 3-18 | MCAS Beaufort IFR TACAN/Full-Stop Arrival Flight Tracks | 3-40 |
| 3-19 | MCAS Beaufort VFR/IFR Full-Stop Arrival Flight Tracks | 3-41 |
| 3-20 | MCAS Beaufort Overhead Break Arrival Flight Tracks on Runway 05 | 3-42 |
| 3-21 | MCAS Beaufort Overhead Break Arrival Flight Tracks on Runway 14 | 3-43 |
| 3-22 | MCAS Beaufort Overhead Break Arrival Flight Tracks on Runway 23 | 3-44 |
| 3-23 | MCAS Beaufort Overhead Break Arrival Flight Tracks on Runway 32 | 3-45 |
| 3-24 | MCAS Beaufort VFR Carrier Break Arrival Flight Tracks | 3-46 |
| 3-25 | MCAS Beaufort Touch-and-Go Flight Track on Runway 05 | 3-47 |
| 3-26 | MCAS Beaufort Touch-and-Go Fight Track on Runway 14 | 3-48 |
| 3-27 | MCAS Beaufort Touch-and-Go Flight Tracks on Runway 23 | 3-49 |
| 3-28 | MCAS Beaufort Touch-and-Go Flight Tracks on Runway 32 | 3-50 |
| 3-29 | MCAS Beaufort FCLP Flight Tracks | 3-51 |
| 3-30 | MCAS Beaufort GCA Box Flight Tracks | 3-52 |
| 3-31 | DNL Contours for Average Busy-Day Baseline Operations at MCAS Beaufort | 3-56 |
| 3-32 | MCAS Cherry Point Departure Flight Tracks | 3-67 |
| 3-33 | MCAS Cherry Point Straight-In Arrival Flight Tracks | 3-68 |
| 3-34 | MCAS Cherry Point Overhead Arrival Flight Tracks with Runway 05 Active | 3-69 |
| 3-35 | MCAS Cherry Point Overhead Arrival Flight Tracks With Runway 14 Active | 3-70 |
| 3-36 | MCAS Cherry Point Overhead Arrival Flight Tracks With Runway 23 Active | 3-71 |
| 3-37 | MCAS Cherry Point Overhead Arrival Flight Tracks With Runway 32 Active | 3-72 |
| 3-38 | MCAS Cherry Point AV-8 Full Circuit Flight Tracks With Runway 05 Active | 3-73 |
| 3-39 | MCAS Cherry Point AV-8 Full Circuit Flight Tracks With Runway 14 Active | 3-74 |
| 3-40 | MCAS Cherry Point AV-8 Full Circuit Flight Tracks With Runway 23 Active | 3-75 |
| 3-41 | MCAS Cherry Point AV-8 Full Circuit Flight Tracks With Runway 32 Active | 3-76 |

LIST OF FIGURES (Continued)

| Fig. No. | | Page |
|---|---|---|
| 3-42 | MCAS Cherry Point Touch-and-Go Flight Tracks | 3-77 |
| 3-43 | MCAS Cherry Point GCA Box Flight Tracks | 3-78 |
| 3-44 | DNL Contours for Average Daily Baseline Operations at MCAS Cherry Point | 3-82 |
| 3-45 | MCALF Bogue Departure and Arrival Flight Tracks | 3-94 |
| 3-46 | MCALF Bogue FCLP Flight Tracks | 3-95 |
| 3-47 | DNL Contours for Average Busy-Day Baseline Operations at MCALF Bogue | 3-97 |
| 3-48 | Military Training Route VR-73 | 3-100 |
| 3-49 | Military Training Route VR-85 | 3-101 |
| 3-50 | Military Training Route VR-1040 | 3-102 |
| 3-51 | Military Training Route VR-1043 | 3-103 |
| 3-52 | Military Training Route VR-1046 | 3-104 |
| 3-53 | Military Training Route VR-1074 | 3-105 |
| 3-54 | Military Training Route VR-1752 | 3-106 |
| 3-55 | Military Training Route VR-1753 | 3-107 |
| 3-56 | Military Training Route VR-1754 | 3-108 |
| 3-57 | Military Training Route VR-1758 | 3-109 |
| 3-58 | Military Training Route VR-1759 | 3-110 |
| 3-59 | Military Training Route IR-714 | 3-111 |
| 3-60 | Restricted Area R-5306A and Airspace for BT-9 & BT-11 | 3-118 |
| 3-61 | Restricted Area R-5306D | 3-123 |
| 3-62 | Restricted Area R-5314 | 3-124 |
| 4-1 | DNL Contours for Average Daily Scenario 1 Aircraft Operations at NAS Oceana and NALF Fentress | 4-10 |
| 4-2 | DNL Contours for Average Daily Scenario 2 Aircraft Operations at NAS Oceana and NALF Fentress | 4-35 |
| 4-3 | MCAS Beaufort FCLP Flight Tracks for Scenario 2 | 4-43 |
| 4-4 | DNL Contours for Average Busy-Day Scenario 2 Aircraft Operations at MCAS Beaufort | 4-48 |
| 4-5 | DNL Contours for Average Daily Scenario 3 Aircraft Operations at NAS Oceana and NALF Fentress | 4-66 |
| 4-6 | MCAS Cherry Point FCLP Flight Tracks for Scenario 3 | 4-75 |
| 4-7 | DNL Contours for Average Daily Scenario 3 Aircraft Operations at MCAS Cherry Point | 4-84 |

LIST OF FIGURES (Continued)

| Fig. No. | | Page |
|---|---|---|
| 4-8 | DNL Contours for Average Daily Scenario 4 Aircraft Operations at NAS Oceana and NALF Fentress | 4-108 |
| 4-9 | MCAS Beaufort Vicinity Map for Scenario 4 | 4-116 |
| 4-10 | MCAS Beaufort Overhead Break Arrival Flight Tracks on Runway 05L for Scenario 4 | 4-120 |
| 4-11 | MCAS Beaufort Touch-and-Go Flight Tracks on Runway 05L for Scenario 4 | 4-121 |
| 4-12 | MCAS Beaufort FCLP Flight Track on Runway 05L for Scenario 4 | 4-122 |
| 4-13 | MCAS Beaufort GCA Box Flight Tracks on Runway 05L/23R for Scenario 4 | 4-123 |
| 4-14 | DNL Contours for Average Busy-Day Scenario 4 Aircraft Operations at MCAS Beaufort | 4-126 |
| 4-15 | DNL Contours for Average Daily Scenario 5 Aircraft Operations at NAS Oceana and NALF Fentress | 4-144 |
| 4-16 | MCAS Cherry Point Vicinity Map for Scenario 5 | 4-152 |
| 4-17 | MCAS Cherry Point Departure Flight Tracks for Scenario 5 | 4-155 |
| 4-18 | MCAS Cherry Point Straight-In Arrival Flight Tracks for Scenario 5 | 4-156 |
| 4-19 | MCAS Cherry Point Overhead Arrival Flight Tracks With Runway 05 Active for Scenario 5 | 4-157 |
| 4-20 | MCAS Cherry Point Overhead Arrival Flight Tracks With Runway 14 Active for Scenario 5 | 4-158 |
| 4-21 | MCAS Cherry Point Overhead Arrival Flight Tracks With Runway 23 Active for Scenario 5 | 4-159 |
| 4-22 | MCAS Cherry Point Overhead Arrival Flight Tracks With Runway 32 Active for Scenario 5 | 4-160 |
| 4-23 | MCAS Cherry Point AV-8 Full Circuit Flight Tracks With Runway 05 Active for Scenario 5 | 4-161 |
| 4-24 | MCAS Cherry Point AV-8 Full Circuit Flight Tracks With Runway 14 Active for Scenario 5 | 4-162 |
| 4-25 | MCAS Cherry Point AV-8 Full Circuit Flight Tracks With Runway 23 Active for Scenario 5 | 4-163 |
| 4-26 | MCAS Cherry Point AV-8 Full Circuit Flight Tracks With Runway 32 Active for Scenario 5 | 4-164 |
| 4-27 | MCAS Cherry Point Touch-and-Go Flight Tracks for Scenario 5 | 4-165 |
| 4-28 | MCAS Cherry Point GCA Box Flight Tracks for Scenario 5 | 4-166 |
| 4-29 | MCAS Cherry Point FCLP Flight Tracks for Scenario 5 | 4-168 |
| 4-30 | DNL Contours for Average Daily Scenario 5 Operations at MCAS Cherry Point | 4-176 |

## LIST OF TABLES


| Table No. | | Page |
|---|---|---|
| E-1 | Summary of Noise Exposure From Airfield Operations | xvi |
| E-2 | Summary of Noise Exposure From Airspace Operations | xix |
| 2-1 | Selected Schools Near NAS Oceana and NALF Fentress | 2-3 |
| 2-2 | Selected Schools Near MCAS Cherry Point | 2-7 |
| 2-3 | Modeled Airspace | 2-10 |
| 3-1 | Annual Flight Operations at NAS Oceana for Baseline | 3-2 |
| 3-2 | Annual Flight Operations at NALF Fentress for Baseline | 3-3 |
| 3-3 | Modeled Aircraft Mix at NAS Oceana and NALF Fentress for Baseline | 3-4 |
| 3-4 | Runway and Flight Track Utilization for Average Daily Flight Events at NAS Oceana and NALF Fentress | 3-6 |
| 3-5 | Modeled Average Daily Flight Operations at NAS Oceana and NALF Fentress for Baseline | 3-7 |
| 3-6 | Single-Engine Maintenance Run-Up Operations at NAS Oceana for Baseline | 3-27 |
| 3-7 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at NAS Oceana and NALF Fentress for Baseline | 3-29 |
| 3-8 | Outdoor Noise Exposure (dB) for Selected School Locations Near NAS Oceana and NALF Fentress for Baseline | 3-31 |
| 3-9 | Annual School-Day (0700–1600) Flight Operations at NAS Oceana for Baseline | 3-32 |
| 3-10 | Annual School-Day (0700–1600) Flight Operations at NALF Fentress For Baseline | 3-33 |
| 3-11 | Modeled Average School-Day (0700–1600) Flight Events at NAS Oceana and NALF Fentress for Baseline | 3-33 |
| 3-12 | Annual F/A-18 Flight Operations at MCAS Beaufort for Baseline | 3-36 |
| 3-13 | Modeled Average Busy-Day F/A-18 Flight Events at MCAS Beaufort for Baseline | 3-37 |
| 3-14 | Single-Engine F/A-18 Maintenance Run-Up Operations at MCAS Beaufort for Baseline | 3-54 |
| 3-15 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at MCAS Beaufort for Baseline | 3-57 |
| 3-16 | Annual Flight Operations at MCAS Cherry Point for Baseline | 3-59 |
| 3-17 | Modeled Average Daily AV-8 Fleet and AV-8 FRS Flight Events at MCAS Cherry Point for Baseline | 3-61 |
| 3-18 | Modeled Average Daily EA-6B, Transient Jet, Transient Heavy/Large Flight Events at MCAS Cherry Point for Baseline | 3-63 |




wyle laboratories

LIST OF TABLES (Continued)


| Table No. | | Page |
|---|---|---|
| 3-19 | Summary of Modeled Average Daily Flight Events at MCAS Cherry Point for Baseline | 3-64 |
| 3-20 | Single-Engine Maintenance Run-Up Operations at MCAS Cherry Point for Baseline | 3-80 |
| 3-21 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at MCAS Cherry Point for Baseline | 3-83 |
| 3-22 | Outdoor Noise Exposure (dB) for Selected Schools Near MCAS Cherry Point for Baseline | 3-84 |
| 3-23 | Annual School-Day (0700-1600) Flight Operations at MCAS Cherry Point for Baseline | 3-85 |
| 3-24 | Modeled Average School-Day (0700-1600) AV-8 Fleet and AV-8 FRS Flight Events at MCAS Cherry Point for Baseline | 3-86 |
| 3-25 | Modeled Average School-Day (0700-1600) EA-6B, Transient Jet, Transient Heavy/Large Flight Events for MCAS Cherry Point for Baseline. | 3-88 |
| 3-26 | Summary of Modeled Average School-Day (0700-1600) Flight Events by Flight Track at MCAS Cherry Point for Baseline | 3-89 |
| 3-27 | Annual Flight Operations at MCALF Bogue for Baseline. | 3-91 |
| 3-28 | Modeled Average Busy-Day Flight Events at MCALF Bogue for Baseline | 3-93 |
| 3-29 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at MCALF Bogue for Baseline | 3-98 |
| 3-30 | Annual Sorties for Modeled Military Training Routes for Baseline | 3-112 |
| 3-31 | Airspace Characteristics | 3-113 |
| 3-32 | Flight Profiles for Modeled Military Training Routes | 3-114 |
| 3-33 | Maximum $L_{dnmr}$ for Military Training Routes for Baseline | 3-117 |
| 3-34 | Annual Restricted Area Sorties for Baseline | 3-120 |
| 3-35 | Typical Flight Profiles for Modeled Restricted Areas by Aircraft Type | 3-127 |
| 3-36 | Estimated Average $L_{dnmr}$ (dB) Within Restricted Areas/Ranges for Baseline. | 3-128 |
| 3-37 | Total $L_{dnmr}$ (dB) for Shared Airspaces for Baseline | 3-130 |
| 4-1 | Annual Flight Operations at NAS Oceana for Scenario 1 | 4-2 |
| 4-2 | Annual Flight Operations at NALF Fentress for Scenario 1 | 4-3 |
| 4-3 | Modeled Aircraft Mix at NAS Oceana and NALF Fentress for Scenario 1 | 4-4 |
| 4-4 | Modeled Average Daily Flight Events at NAS Oceana and NALF Fentress for Scenario 1 | 4-6 |
| 4-5 | Single-Engine Maintenance Run-Up Operations at NAS Oceana for Scenario 1 | 4-8 |

LIST OF TABLES (Continued)


| Table No. | | Page |
|---|---|---|
| 4-6 | Estimated Off-Station Land Acres and Population With Noise Exposure Contours at NAS Oceana and NALF Fentress for Baseline and ARS-1 | 4-11 |
| 4-7 | Outdoor Noise Exposure (dB) for Selected School Locations Near NAS Oceana and NALF Fentress for ARS-1 | 4-12 |
| 4-8 | Annual School-Day (0700–1600) Flight Operations at NAS Oceana for Scenario 1 | 4-13 |
| 4-9 | Annual School-Day (0700–1600) Flight Operations at NALF Fentress for Scenario 1 | 4-14 |
| 4-10 | Modeled Average School-Day (0700–1600) Flight Events at NAS Oceana and NALF Fentress for Scenario 1 | 4-14 |
| 4-11 | Annual Sorties for Modeled Military Training Routes for Scenario 1 | 4-17 |
| 4-12 | Maximum $L_{dnmr}$ for Military Training Routes for Baseline and ARS-1 | 4-19 |
| 4-13 | Annual Restricted Area Sorties for Scenario 1 | 4-21 |
| 4-14 | Estimated Average $L_{dnmr}$ (dB) Within Restricted Areas/Ranges for Baseline and ARS-1 | 4-23 |
| 4-15 | Total $L_{dnmr}$ (dB) for Shared Airspaces for Scenario 1 | 4-25 |
| 4-16 | Annual Flight Operations at NAS Oceana for Scenario 2 | 4-27 |
| 4-17 | Annual Flight Operations at NALF Fentress for Scenario 2 | 4-28 |
| 4-18 | Modeled Average Daily Flight Events at NAS Oceana and NALF Fentress for Scenario 2 | 4-30 |
| 4-19 | Single-Engine Maintenance Run-Up Operations at NAS Oceana for Scenario 2 | 4-33 |
| 4-20 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at NAS Oceana and NALF Fentress for Baseline and ARS-2 | 4-34 |
| 4-21 | Outdoor Noise Exposure (dB) for Selected School Locations Near NAS Oceana and NALF Fentress for ARS-2 | 4-39 |
| 4-22 | Annual School-Day (0700–1600) Flight Operations at NAS Oceana for Scenario 2 | 4-38 |
| 4-23 | Annual School-Day (0700–1600) Flight Operations at NALF Fentress for Scenario 2 | 4-39 |
| 4-24 | Modeled Average School-Day (0700–1600) Flight Events at NAS Oceana and NALF Fentress for Scenario 2 | 4-39 |
| 4-25 | Annual F/A-18 Flight Operations at MCAS Beaufort for Scenario 2 | 4-41 |
| 4-26 | Average Busy-Day F/A-18 Flight Operations at MCAS Beaufort for Scenario 2. | 4-45 |
| 4-27 | Single-Engine F/A-18 Maintenance Run-Up Operations for MCAS Beaufort for Scenario 2 | 4-46 |

LIST OF TABLES (Continued)


| Table No. | | Page |
|---|---|---|
| 4-28 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at MCAS Beaufort for Baseline and ARS-2 | 4-47 |
| 4-29 | Annual Sorties for Modeled Military Training Routes for Scenario 2 | 4-50 |
| 4-30 | Maximum $L_{dnmr}$ for Military Training Routes for Baseline and ARS-2 | 4-52 |
| 4-31 | Annual Restricted Area Sorties for Scenario 2 | 4-53 |
| 4-32 | Estimated Average $L_{dnmr}$ (dB) Within Restricted Areas/Ranges for Baseline and ARS-2 | 4-55 |
| 4-33 | Total $L_{dnmr}$ (dB) for Shared Airspaces for Scenario 2 | 4-57 |
| 4-34 | Annual Flight Operations at NAS Oceana for Scenario 3 | 4-59 |
| 4-35 | Annual Flight Operations at NALF Fentress for Scenario 3 | 4-60 |
| 4-36 | Modeled Average Daily Flight Events at NAS Oceana and NALF Fentress for Scenario 3 | 4-62 |
| 4-37 | Single-Engine Maintenance Run-Up Operations at NAS Oceana for Scenario 3 | 4-65 |
| 4-38 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at NAS Oceana and NALF Fentress for Baseline and ARS-3 | 4-67 |
| 4-39 | Outdoor Noise Exposure (dB) for Selected School Locations Near NAS Oceana and NALF Fentress for ARS-3 | 4-69 |
| 4-40 | Annual School-Day (0700–1600) Flight Operations at NAS Oceana for Scenario 3 | 4-70 |
| 4-41 | Annual School-Day (0700–1600) Flight Operations at NALF Fentress for Scenario 3 | 4-71 |
| 4-42 | Modeled Average School-Day (0700–1600) Flight Events at NAS Oceana and NALF Fentress for Scenario 3 | 4-71 |
| 4-43 | Annual Flight Operations at MCAS Cherry Point for Scenario 3 | 4-74 |
| 4-44 | Modeled Average Daily AV-8 Fleet and AV-8 FRS Flight Operations at MCAS Cherry Point for Scenario 3 | 4-77 |
| 4-45 | Modeled Average Daily EA-6B, Transient Jet, Transient Heavy/Large Flight Events for MCAS Cherry Point for Scenario 3 | 4-79 |
| 4-46 | Summary of Modeled Average Daily Flight Events by Flight Track at MCAS Cherry Point for Scenario 3 | 4-80 |
| 4-47 | Single-Engine Maintenance Run-Up Operations at MCAS Cherry Point for Scenario 3 | 4-83 |
| 4-48 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at MCAS Cherry Point for Baseline and ARS-3 | 4-85 |

LIST OF TABLES (Continued)


| Table No. | | Page |
|---|---|---|
| 4-49 | Outdoor Noise Exposure (dB) for Selected School Locations Near MCAS Cherry Point for ARS-3. | 4-86 |
| 4-50 | Annual School-Day (0700–1600) Flight Operations at MCAS Cherry Point for Scenario 3 | 4-87 |
| 4-51 | Modeled Average School-Day (0700–1600) AV-8 Fleet and AV-8 FRS Flight Events at MCAS Cherry Point for Scenario 3 | 4-88 |
| 4-52 | Modeled Average School-Day (0700–1600) EA-6B, Transient Jet, Transient Heavy/Large Flight Events for MCAS Cherry Point for Scenario 3 | 4-90 |
| 4-53 | Summary of Modeled Average School-Day (0700–1600) Flight Events by Flight Track at MCAS Cherry Point for Scenario 3 | 4-91 |
| 4-54 | Annual Sorties for Modeled Military Training Routes for Scenario 3 | 4-93 |
| 4-55 | Maximum $L_{dnmr}$ for Military Training Routes for Baseline and ARS-3 | 4-94 |
| 4-56 | Annual Restricted Area Sorties for Scenario 3 | 4-96 |
| 4-57 | Estimated Average $L_{dnmr}$ (dB) Within Restricted Areas/Ranges for Baseline and ARS-3 | 4-97 |
| 4-58 | Total $L_{dnmr}$ (dB) for Shared Airspaces for Scenario 3 | 4-99 |
| 4-59 | Annual Flight Operations at NAS Oceana for Scenario 4 | 4-101 |
| 4-60 | Annual Flight Operations at NALF Fentress for Scenario 4 | 4-102 |
| 4-61 | Modeled Average Daily Flight Events at NAS Oceana and NALF Fentress for Scenario 4. | 4-104 |
| 4-62 | Single-Engine Maintenance Run-Up Operations at NAS Oceana for Scenario 4 | 4-107 |
| 4-63 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at NAS Oceana and NALF Fentress for Baseline and ARS-4 | 4-109 |
| 4-64 | Outdoor Noise Exposure (dB) for Selected School Locations Near NAS Oceana and NALF Fentress for ARS-4. | 4-111 |
| 4-65 | Annual School-Day (0700–1600) Flight Operations at NAS Oceana for Scenario 4 | 4-112 |
| 4-66 | Annual School-Day (0700–1600) Flight Operations at NALF Fentress for Scenario 4 | 4-113 |
| 4-67 | Modeled Average School-Day (0700–1600) Flight Events at NAS Oceana and NALF Fentress for Scenario 4 | 4-113 |
| 4-68 | Annual F/A-18 Flight Operations at MCAS Beaufort for Scenario 4 | 4-117 |
| 4-69 | Average Busy-Day F/A-18 Flight Operations at MCAS Beaufort for Scenario 4. | 4-119 |
| 4-70 | Single-Engine F/A-18 Maintenance Run-Up Operations for MCAS Beaufort for Scenario 4 | 4-125 |

LIST OF TABLES (Continued)


| Table No. | | Page |
|---|---|---|
| 4-71 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at MCAS Beaufort for Baseline and ARS-4 | 4-127 |
| 4-72 | Annual Sorties for Modeled Military Training Routes for Scenario 4 | 4-129 |
| 4-73 | Maximum $L_{dnmr}$ for Military Training Routes for Baseline and ARS-4 | 4-130 |
| 4-74 | Annual Restricted Area Sorties for Scenario 4 | 4-132 |
| 4-75 | Estimated Average $L_{dnmr}$ (dB) Within Restricted Areas/Ranges for Baseline and ARS-4 | 4-133 |
| 4-76 | Total $L_{dnmr}$ (dB) for Shared Airspaces for Scenario 4 | 4-135 |
| 4-77 | Annual Flight Operations at NAS Oceana for Scenario 5 | 4-137 |
| 4-78 | Annual Flight Operations at NALF Fentress for Scenario 5 | 4-138 |
| 4-79 | Modeled Average Daily Flight Events at NAS Oceana and NALF Fentress for Scenario 5 | 4-140 |
| 4-80 | Single-Engine Maintenance Run-Up Operations at NAS Oceana for Scenario 5 | 4-143 |
| 4-81 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at NAS Oceana and NALF Fentress for Baseline and ARS-5 | 4-145 |
| 4-82 | Outdoor Noise Exposure (dB) for Selected School Locations Near NAS Oceana and NALF Fentress for ARS-5 | 4-147 |
| 4-83 | Annual School-Day (0700–1600) Flight Operations at NAS Oceana for Scenario 5 | 4-148 |
| 4-84 | Annual School-Day (0700–1600) Flight Operations at NALF Fentress for Scenario 5 | 4-149 |
| 4-85 | Modeled Average School-Day (0700–1600) Flight Events at NAS Oceana and NALF Fentress for Scenario 5 | 4-149 |
| 4-86 | Annual Flight Operations at MCAS Cherry Point for Scenario 5 | 4-153 |
| 4-87 | Modeled Average Daily AV-8 Fleet and AV-8 FRS Flight Operations at MCAS Cherry Point for Scenario 5 | 4-169 |
| 4-88 | Modeled Average Daily EA-6B, Transient Jet, Transient Heavy/Large Flight Events for MCAS Cherry Point for Scenario 5 | 4-171 |
| 4-89 | Summary of Modeled Average Daily Flight Events by Flight Track at MCAS Cherry Point for Scenario 5 | 4-172 |
| 4-90 | Single-Engine Maintenance Run-Up Operations at MCAS Cherry Point for Scenario 5 | 4-175 |
| 4-91 | Estimated Off-Station Land Acres and Population Within Noise Exposure Contours at MCAS Cherry Point for Baseline and ARS-5 | 4-177 |

LIST OF TABLES (Continued)


| Table No. | | Page |
|---|---|---|
| 4-92 | Outdoor Noise Exposure (dB) for Selected School Locations Near MCAS Cherry Point for ARS-5. | 4-178 |
| 4-93 | Annual School-Day (0700–1600) Flight Operations at MCAS Cherry Point for Scenario 5 | 4-179 |
| 4-94 | Modeled Average School-Day (0700–1600) AV-8 Fleet and AV-8 FRS Flight Events at MCAS Cherry Point for Scenario 5 | 4-180 |
| 4-95 | Modeled Average School-Day (0700–1600) EA-6B, Transient Jet, Transient Heavy/Large Flight Events for MCAS Cherry Point for Scenario 5 | 4-182 |
| 4-96 | Summary of Modeled Average School-Day (0700–1600) Flight Events by Flight Track at MCAS Cherry Point for Scenario 5 | 4-183 |
| 4-97 | Annual Sorties for Modeled Military Training Routes for Scenario 5 | 4-185 |
| 4-98 | Maximum $L_{dnmr}$ for Military Training Routes for Baseline and ARS-5 | 4-187 |
| 4-99 | Annual Restricted Area Sorties for Scenario 5 | 4-188 |
| 4-100 | Estimated Average $L_{dnmr}$ (dB) Within Restricted Areas/Ranges for Baseline and ARS-5 | 4-190 |
| 4-101 | Total $L_{dnmr}$ (dB) for Shared Airspaces for Scenario 5 | 4-191 |

**EXECUTIVE SUMMARY**

Pursuant to the ongoing Naval Facilities Engineering Command (NAVFAC-ENGCOM) support and development of environmental documentation for Naval and Marine Corps Air Stations and associated facilities throughout the United States and overseas, this report presents the results of the noise analyses for:

- Naval Air Station (NAS) Oceana, Virginia;
- Naval Auxiliary Landing Field (NALF) Fentress, Virginia;
- Marine Corps Air Station (MCAS) Beaufort, South Carolina;
- MCAS Cherry Point, North Carolina;
- Marine Corps Auxiliary Landing Field (MCALF) Bogue, North Carolina; and
- Related airspace including 12 Military Training Routes and 3 Restricted Areas/Ranges in the Mid-Atlantic States region.

The above-mentioned facilities are the subject of a Draft Environmental Impact Statement (DEIS) involving the 1995 Base Realignment and Closure Commission's recommendation for the closure of NAS Cecil Field, Florida, and the realignment of 180 Navy F/A-18 Hornet aircraft. In addition to the existing (Baseline) environment whose timeframe is calendar year 1997 (CY97), the DEIS and this report examine the aircraft noise and safety impacts of five Alternative Realignment Scenarios (ARS). Any ARS is proposed to be fully implemented prior to CY99.

Table E-1 summarizes the results for the airfield noise analyses. For these analyses, Baseline and proposed annual flight operations were either directly or indirectly provided by the Naval Aviation Simulation Model (NASMOD). From Table E-1, the total airfield operations can be derived by adding the Proposed Navy F/A-18 Annual Flight Operations to the Annual Flight Operations by Other Aircraft. Aircraft noise exposure of flight and run-up operations, in terms of contours of Day-Night Average Sound Level (DNL), was computed with the NOISEMAP computer program. Aircraft noise impacts, in terms of acreage and population within bands of DNL contours, were estimated with a Geographic Information System and the US Census 1990 database.

The DNL values for selected school locations in the vicinity of NAS Oceana and MCAS Cherry Point were also computed. The Equivalent Sound Level for a 9-hour period corresponding to the typical school hours of 7 a.m. to 4 p.m. was also

Table E-1

Summary of Noise Exposure From Airfield Operations

| Airfield | Data Item | | Baseline | Alternative Realignment Scenario (ARS) 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|
| NAS Oceana | Proposed Navy F/A-18 | Base Loading[1] | n/a | 11+ FRS | 9 + FRS | 8 + FRS | 6 + FRS | 6 + FRS |
| | | Annual Flight Operations[2] | — | 123,298 | 113,177 | 105,052 | 97,290 | 98,656 |
| | Annual Flight Operations[2] by Other Aircraft | | 108,897 | 106,779 | 105,454 | 105,070 | 104,191 | 105,215 |
| | Estimated Population[3] Within 65 dB DNL[4] | | 28,030 | 125,563 | 120,668 | 118,146 | 115,135 | 114,063 |
| | Number of Selected Schools | Between 65 dB and 75 dB $L_{eq}$ (inclusive) | 7 | 16 | 16 | 16 | 16 | 16 |
| | | Greater than 75 dB $L_{eq}$ | 0 | 6 | 6 | 6 | 6 | 6 |
| NALF Fentress | Proposed Navy F/A-18 | Base Loading | see NAS Oceana | | | | | |
| | | Annual Flight Operations[2] | — | 53,826 | 48,412 | 43,628 | 41,552 | 41,752 |
| | Annual Flight Operations[2] by Other Aircraft | | 104,688 | 97,881 | 97,235 | 98,885 | 97,636 | 97,930 |
| | Estimated Population[3] Within 65 dB DNL | | see NAS Oceana | | | | | |
| MCAS Beaufort | Proposed Navy F/A-18 | Base Loading[1] | n/a | | 2 | | 5 | |
| | | Annual Flight Operations[2] | — | | 15,198 | | 32,812 | |
| | Annual Flight Operations[2] by Other Aircraft | | 37,987 | | 37,987 | | 37,987 | |
| | Estimated Population[3] Within 65 dB DNL | | 3,802 | | 4,676 | | 5,237 | |
| MCAS Cherry Point | Proposed Navy F/A-18 | Base Loading[1] | n/a | | | 3 | | 5 |
| | | Annual Flight Operations[2] | — | | | 23,064 | | 32,688 |
| | Annual Flight Operations[2] by Other Aircraft | | 116,254 | | | 114,175 | | 114,256 |
| | Estimated Population[3] Within 65 dB DNL | | 2,119 | | | 3,281 | | 4,425 |
| | Number of Selected Schools | Between 65 dB and 75 dB $L_{eq}$ (inclusive) | 1 | | | 1 | | 1 |
| | | Greater than 75 dB $L_{eq}$ | 3 | | | 3 | | 3 |
| MCALF Bogue[5] | Proposed Navy F/A-18 | Base Loading[1] | see MCAS Cherry Point | | | | | |
| | | Annual Flight Operations[2] | — | | | 0 | | 0 |
| | Annual Flight Operations[2] by Other Aircraft | | 17,337 | | | 17,719 | | 17,503 |
| | Estimated Population[3,5] Within 65 dB DNL | | 1,447 | | | 1,447 | | 1,447 |

[1] Expressed as number of Fleet squadrons plus (+) the FRS, if applicable.
[2] Pattern work counted as two operations each.
[3] Excludes on-Station population; Computed using 1990 Census population densities within block-groups.
[4] Includes exposure in the vicinity of NALF Fentress.
[5] ARS-3 and ARS-5 not modeled; Noise exposure estimated to be the same as Baseline since changes in operations are insignificant.

estimated for each of the schools. As indicated by the shaded areas of Table E-1, MCASs Beaufort and Cherry Point and MCALF Bogue were analyzed (in terms of overall noise exposure) for only their applicable scenarios. The analyses of locations in the vicinity of MCAS Beaufort and MCALF Bogue were not within the scope of this effort.

Table E-1 reveals that implementation of either ARS-1 or 2 (9 to 11 Fleet squadrons plus the FRS) would more than double the total Baseline annual flight operations at NAS Oceana. ARS-3, 4, and 5 would nearly double total Baseline annual flight operations at NAS Oceana. Annual flight operations at NALF Fentress would increase by 45 to 33 percent for ARSs 1 through 5, respectively, with operations by aircraft other than the proposed F/A-18 remaining in a narrow range of 97,000 to 98,000. ARS-1 for NAS Oceana/NALF Fentress would have the highest number of people within the 65 dB DNL contour (about 126,000); ARS-4 would have the least number of people within the 65 dB DNL contour (about 113,000). Although not shown in Table E-1, the number of people within the 75 dB DNL contour would increase from about 370 for Baseline to 43,000 to 50,000, depending on the ARS.

The number of school locations within the 65-75 dB $L_{eq9}$ noise contour (inclusive) would increase from 7 for Baseline to 16 for any ARS; the number of school locations exposed to $L_{eq9}$ greater than 75 dB would increase from 0 for Baseline to 6 for any ARS.

As shown in Table E-1, total flight operations at MCAS Beaufort would increase by about 50 percent due to the basing of two F/A-18 fleet squadrons (ARS-2) and would increase by about 86 percent if five F/A-18 fleet squadrons are realigned to the MCAS (ARS-5), relative to Baseline conditions. ARS-4, with a noise exposure of about 5,200 people within the 65 dB DNL, would be the highest of exposures for ARS-2 or ARS-4 and would constitute an increase of 38 percent relative to Baseline exposure.

The introduction of three or five fleet squadrons at MCAS Cherry Point (ARS-3 or 5) would increase total flight operations by about 18 or 26 percent relative to Baseline conditions and would cause about a 55 or 109 percent increase in population within the 65 dB DNL contour, respectively. The Baseline, ARS-3, and ARS-5 noise exposure at MCALF Bogue is estimated to be about 1,447 people within the

65 dB DNL contour as total flight operations are projected to remain nearly the same as Baseline. The number of school locations within bands of 65–75 dB $L_{eq9}$ and greater than 75 dB $L_{eq9}$ is 1 and 3, respectively, for Baseline and would remain the same for any ARS.

Table E-2 summarizes the results of the airspace noise analyses. For the five Restricted Area/Range airspaces, Baseline and proposed annual sorties were derived from the NASMOD, along with input from various Department of Defense user organizations. Baseline sortie levels for the 12 modeled Military Training Routes (MTRs) were based on annual sortie levels as presented in previous noise studies. The predicted sortie levels for all MTRs included in the five scenarios were adjusted based on levels obtained from NASMOD. Aircraft noise exposure in terms of the Onset-Rate Adjusted Day-Night Average Sound Level ($L_{dnmr}$) were predicted using the MR_NMAP computer program.

Table E-2 reveals that proposed Navy F/A-18 aircraft would contribute 58 to 110 annual sorties for ARS-1 through 5 on Military Training Routes (MTRs) VR-85, VR-1040, VR-1752, VR-1754, VR-1758, and VR-1759. These additional sorties would represent an average proportion of 17 percent of the Baseline sorties on the above-mentioned MTRs. Navy F/A-18 aircraft would contribute 114 to 700 annual sorties for ARS-1 through 5 on MTRs VR-1046, VR-1753, and IR-714. These additional annual sorties would represent 42 percent to 67 percent of the Baseline sorties on each of these three routes. Navy F/A-18 aircraft are not proposed to use VR-73, VR-1043, and VR-1074 in any ARS. Cumulatively, the average percentage difference in total annual sorties (for each MTR) among all MTRs for ARS-1 through 5 are +13 percent, +12 percent, +7 percent, +11 percent, and +14 percent, respectively, relative to Baseline.

All MTR maximum $L_{dnmr}$, for existing or proposed operations, are below a level of 58 dB. Of those MTRs whose maximum $L_{dnmr}$ is above 50 for Baseline and ARS-1 through 5, the minimum and maximum changes in $L_{dnmr}$ among all MTRs for ARS-1 through 5 are -8 and +1 dB, respectively. The introduction or addition of Navy F/A-18 sorties do not significantly contribute to the noise environment primarily because the F/A-18 typically flies the MTRs at higher altitudes than other aircraft. The complete retirement of A-6 Intruder aircraft proposed for all ARS is the

Case 1:01-cv-00201-VJW Document 152-2 Filed 03/08/2006 Page 20 of 23



Table E-2

Summary of Noise Exposure From Airspace Operations

| Airspace | | Baseline | | | ARS-1 | | | ARS-2 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Annual Sorties | | | Annual Sorties | | | Annual Sorties | | |
| Type | Name | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] |
| Military Training Route | VR-73 | — | 987 | 54 | — | 1,248 | 54 | — | 1,250 | 54 |
| | VR-85 | — | 544 | <50 | 58 | 735 | <50 | 58 | 740 | <50 |
| | VR-1040 | — | 754 | 53 | 58 | 781 | 53 | 58 | 786 | 53 |
| | VR-1043 | — | 755 | 57 | — | 321 | <50 | — | 310 | <50 |
| | VR-1046 | — | 642 | 58 | 366 | 390 | 51 | 328 | 353 | 51 |
| | VR-1074 | — | 686 | 53 | — | 782 | 53 | — | 805 | 53 |
| | VR-1752 | — | 612 | 52 | 58 | 460 | <50 | 58 | 465 | <50 |
| | VR-1753 | — | 1,094 | 52 | 700 | 1,107 | 53 | 643 | 1,091 | 52 |
| | VR-1754 | — | 450 | 50 | 58 | 343 | <50 | 58 | 348 | <50 |
| | VR-1758 | — | 962 | 58 | 58 | 466 | 54 | 58 | 471 | 54 |
| | VR-1759 | — | 181 | <50 | 58 | 261 | <50 | 58 | 266 | <50 |
| | IR-714 | — | 173 | <50 | 115 | 99 | <50 | 120 | 99 | <50 |
| Range | R-5306A[2] | — | 9,925 | <50 | 1,806 | 10,432 | <50 | 1,490 | 10,400 | <50 |
| | R-5306A / BT-9 | — | 1,741 | 60 | 340 | 2,062 | 62 | 228 | 1,986 | 61 |
| | R-5306A / BT-11 | — | 4,646 | 68 | 1,466 | 4,628 | 68 | 1,262 | 4,680 | 68 |
| | R-5306D | — | 6,124 | 55 | — | 6,145 | 55 | — | 6,134 | 55 |
| | R-5314 / Air Force | — | 2,009 | 60/74* | — | 2,002 | 60/74* | — | 2,002 | 60/74* |
| | R-5314 / Navy | — | 5,288 | 52/64* | 2,316 | 4,440 | 53/62 | 2,169 | 4,388 | 53/64* |

| Airspace | | ARS-3 | | | ARS-4 | | | ARS-5 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Annual Sorties | | | Annual Sorties | | | Annual Sorties | | |
| Type | Name | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] |
| Military Training Route | VR-73 | — | 1,263 | 54 | — | 1,275 | 54 | — | 1,227 | 54 |
| | VR-85 | 81 | 732 | <50 | 58 | 735 | <50 | 110 | 734 | <50 |
| | VR-1040 | 81 | 778 | 53 | 58 | 781 | 53 | 110 | 780 | 53 |
| | VR-1043 | — | 309 | <50 | — | 307 | <50 | — | 309 | <50 |
| | VR-1046 | 280 | 380 | 50 | 186 | 380 | <50 | 192 | 356 | <50 |
| | VR-1074 | — | 790 | 53 | — | 790 | 53 | — | 848 | 53 |
| | VR-1752 | 81 | 457 | <50 | 58 | 460 | 50 | 110 | 459 | 50 |
| | VR-1753 | 557 | 1,105 | 52 | 484 | 1,400 | 51 | 475 | 1,107 | 52 |
| | VR-1754 | 81 | 340 | <50 | 58 | 343 | <50 | 110 | 342 | <50 |
| | VR-1758 | 81 | 463 | 54 | 58 | 466 | 54 | 110 | 465 | 54 |
| | VR-1759 | 81 | 258 | <50 | 58 | 261 | <50 | 110 | 260 | <50 |
| | IR-714 | 114 | 99 | <50 | 119 | 99 | <50 | 114 | 99 | <50 |
| Range | R-5306A | 1,710 | 10,313 | <50 | 952 | 10,176 | <50 | 1,855 | 10,256 | <50 |
| | R-5306A / BT-9 | 286 | 1,994 | 63 | 142 | 1,846 | 63 | 276 | 2,076 | 62 |
| | R-5306A / BT-11 | 1,424 | 4,567 | 68 | 810 | 4,591 | 68 | 1,579 | 4,443 | 68 |
| | R-5306D | — | 6,143 | 55 | — | 6,139 | 55 | — | 6,151 | 56 |
| | R-5314 / Air Force | — | 2,002 | 60/74* | — | 2,002 | 60/74* | — | 2,002 | 60/74* |
| | R-5314 / Navy | 2,053 | 4,511 | 53/63* | 1,616 | 4,524 | 53/64* | 1,944 | 4,585 | 53/64* |

[1] Maximum for MTRs; Average for Ranges.
[2] Includes BT-9 and BT-11 transit sorties.
* Values for run-in/target areas.



wyle laboratories

AR-042566

cause of the *decrease* in $L_{dnmr}$ for many of the MTRs relative to Baseline conditions. The A-6's altitude distribution and the relative noisiness of these aircraft serve to make the A-6 the dominant aircraft on some routes for Baseline.

Table E-2 also presents annual sorties for proposed Navy F/A-18 aircraft and other aircraft and average $L_{dnmr}$ for each modeled Range. For ARS-1 through 5, proposed Navy F/A-18 aircraft would contribute about 140 to 340 additional annual sorties in BT-9, approximately 800 to 1,600 additional annual sorties in BT-11, about 1,600 to 2,300 additional annual sorties in R-5314 Navy Dare, and approximately 1,500 to 1,850 additional annual sorties in R-5306A. These additional sorties would represent an average proportion of 24 percent of the Baseline sorties in the above-mentioned Ranges. Navy F/A-18 Range sorties vary for each ARS as the number of aircraft based at NAS Oceana, MCAS Beaufort, and MCAS Cherry Point vary with ARS. Navy F/A-18 aircraft are not proposed to use R-5306D for any ARS and very small changes in (cumulative) operations are proposed for these two airspaces. Cumulatively, the average percentage difference in total annual sorties, relative to Baseline, are +13 percent, +12 percent, +7 percent, +11 percent, and +14 percent, for ARS-1 through 5, respectively.

The average $L_{dnmr}$ for existing operations on R-5306A (exclusive of BT-9 and BT-11) is less than 50 dB. It remains less than 50 dB for any of the ARSs. The average $L_{dnmr}$ for existing operations on BT-9 is 60 dB and increases up to 63 dB for the ARSs. The average $L_{dnmr}$ for existing operations on BT-11 is 68 dB and remains at that level for any of the ARSs. The average $L_{dnmr}$ for existing operations on R-5306D is 55 dB and remains as such for ARS-1 through 4. For ARS-5, the average $L_{dnmr}$ would be 56 dB due to two factors: (1) slightly higher sorties than any other ARS, and (2) rounding of estimated levels up to the nearest dB. Note that no Navy F/A-18 sorties are proposed for R-5306D for any ARS. The average $L_{dnmr}$ for existing operations on R-5314/Air Force Dare is 60 dB and 74 dB for run-in and target areas, respectively. Similar to R-5306D, no Navy F/A-18 sorties are proposed for Air Force Dare, and its proposed utilization by other aircraft would affect no change to the levels (to the nearest dB) of any ARS. The average $L_{dnmr}$ for existing operations on R-5314/Navy Dare is 52 dB and 64 dB for run-in and target areas, respectively. The $L_{dnmr}$ in the Navy Dare run-in area would increase to 53 dB for any ARS, while they would decrease by 1 to 2 dB or remain constant in the target area for the ARSs. These atypical trends are explained in Section 4.

The introduction or addition of Navy F/A-18 sorties do not significantly contribute to the Restricted Area noise environments primarily because the F/A-18 typically flies the Ranges (including BT-9 and BT-11) at higher altitudes than other aircraft. Changes in $L_{dnmr}$, unlike those reported for the MTRs, would not occur for the Ranges because the A-6 does not typically utilize the Ranges, thus none were modeled. EA-6B aircraft, whose noise output is similar to the A-6, were modeled on the Ranges, but they usually utilize the Ranges at higher altitudes than other aircraft.

The noise exposure for individual portions of some of the airspaces sum to form the overall noise exposure underneath the point of intersection or area of overlap. Total $L_{dnmr}$ values were computed for 42 of these intersections/overlaps for Baeline and all ARSs, and the details of the results are contained in Section 4.0.

## 1.0 INTRODUCTION

Naval Facilities Engineering Command (NAVFACENGCOM) conducts aircraft noise surveys at various Naval and Marine Corps Air Stations and associated facilities throughout the United States and overseas. The noise exposure contours developed during these studies are incorporated into Air Installation Compatible Use Zone (AICUZ) or other environmental documents. These environmental documents are, in turn, used to promote the compatibility of Navy and Marine Corps activities with neighboring land uses.

The 1995 Base Realignment and Closure (BRAC) Commission recommended the closure of NAS Cecil Field, Florida, and the realignment of 180 F/A-18 Hornet aircraft. NAVFACENGCOM has developed five Alternative Realignment Scenarios (ARS) for the realignment of these aircraft which involve the following facilities:

- Naval Air Station (NAS) Oceana, Virginia;
- Naval Auxiliary Landing Field (NALF) Fentress, Virginia;
- Marine Corps Air Station (MCAS) Beaufort, South Carolina;
- MCAS Cherry Point, North Carolina;
- Marine Corps Auxiliary Landing Field (MCALF) Bogue, North Carolina;
- and related airspace.

The primary purpose of this report is to present the aircraft noise exposure for Baseline (1997) aircraft operations at the above-mentioned airfields and related airspace and the aircraft noise exposure for five proposed operational scenarios. Any of the ARSs are proposed to be fully implemented prior to CY99. The terms "ARS" and "Scenario" are used interchangeably herein.

Section 1.1 summarizes the noise metrics discussed throughout this report, and Section 1.2 briefly describes the computer noise exposure models used to compute the noise exposure. Section 2 provides a description of the airfields and airspace of interest. Section 3 addresses Baseline (1997) aircraft operations and noise exposure. Section 4 describes the aircraft operations and noise exposure associated with the proposed scenarios.