

# FINAL ENVIRONMENTAL IMPACT STATEMENT

Realignment of F/A-18 Aircraft and Operational Functions from Naval Air Station (NAS) Cecil Field, Florida, to Other East Coast Installations





Exhibit 2

**Final Environmental Impact Statement**
**Realignment of F/A-18 Aircraft and**
**Operational Functions From Naval Air Station**
**Cecil Field, Florida, to Other East Coast Installations**

March 1998

Prepared by:

Department of the Navy

**Abstract:** This Final Environmental Impact Statement (FEIS) addresses the environmental issues associated with the realignment of F/A-18 aircraft (i.e., fleet squadrons and the Fleet Replacement Squadron [FRS]) and operational functions from Naval Air Station (NAS) Cecil Field, Florida, which is scheduled to close, to other Navy and Marine Corps air stations on the East Coast. This proposed realignment is associated with the Navy's implementation of the 1995 mandated list of realignments prepared by the Defense Base Closure and Realignment Commission. The proposed action consists of the transfer of 11 F/A-18 fleet squadrons (132 aircraft) and the FRS (48 aircraft) (180 total aircraft) from NAS Cecil Field.

The FEIS assesses five reasonable alternative realignment scenarios (ARSs) for the transfer of F/A-18 aircraft and personnel:

- **ARS 1:** Realignment of 11 F/A-18 fleet squadrons (132 aircraft) and the F/A-18 FRS (48 aircraft) (180 total aircraft) to NAS Oceana, Virginia Beach, Virginia;
- **ARS 2:** Realignment of two F/A-18 fleet squadrons (24 aircraft) to Marine Corps Air Station (MCAS) Beaufort, South Carolina, and realignment of nine fleet squadrons and the FRS (156 total aircraft) to NAS Oceana;
- **ARS 3:** Realignment of three F/A-18 fleet squadrons (36 aircraft) to MCAS Cherry Point, North Carolina, and realignment of eight fleet squadrons and the FRS (144 total aircraft) to NAS Oceana;
- **ARS 4:** Realignment of five F/A-18 fleet squadrons (60 aircraft) to MCAS Beaufort; and realignment of six fleet squadrons and the FRS (120 total aircraft) to NAS Oceana; and
- **ARS 5:** Realignment of five F/A-18 fleet squadrons (60 aircraft) to MCAS Cherry Point and realignment of six fleet squadrons and the FRS (120 total aircraft) to NAS Oceana.

The proposed action involves the transfer of 4,200 positions (4,100 military and 100 civilian) from NAS Cecil Field. In addition, depending on the ARS, additional positions would need to be created at MCAS Cherry Point or MCAS Beaufort to facilitate the transfer of aircraft to more than one station.

Each ARS is assessed with regard to its effects on the natural and built environments.

**Point of Contact:** Mr. J. Daniel Cecchini
Atlantic Division, Naval Facilities Engineering Command
1510 Gilbert Street
Norfolk, VA 23511
Telephone: 757/322-4891

# Executive Summary

## Name of Action

The action evaluated in this environmental impact statement (EIS) is the realignment of Atlantic Fleet F/A-18 fleet and FRS aircraft (i.e., F/A-18 fleet squadrons and the F/A-18 Fleet Replacement Squadron [FRS]) and operational functions from Naval Air Station (NAS) Cecil Field to other Navy and Marine Corps air stations on the east coast of the United States.

The action is an administrative action, undertaken by the U.S. Department of the Navy (DoN, which includes the Navy and Marine Corps) to accommodate the realignment mandated by the U.S. Department of Defense's (DoD's) base closure and realignment process.

This EIS was prepared in accordance with the National Environmental Policy Act (NEPA) of 1969, the Council on Environmental Quality (CEQ) regulations implementing NEPA (40 Code of Federal Regulations [CFR] 1500-1508), Chief of Naval Operations Instruction (OPNAVINST) 5090.1B - Chapter 2, and the Defense Base Closure and Realignment Act (DBCRA) of 1990 (P.L. 101-510, Title XXIX).

## Description of the Proposed Action

Based on the DoD's assessment of its military force structure, NAS Cecil Field is to be closed and its critical functions and assets transferred to other installations with excess capacity and support infrastructure. The F/A-18 fleet squadrons and FRS from NAS Cecil Field total 180 aircraft (11 squadrons of 12 aircraft each [132 total aircraft] and an FRS of 48 aircraft), and are supported by 4,200 military and civilian personnel. Installations that are being considered in five separate alternative realignment scenarios (ARSs) are: NAS Oceana, Virginia; Marine Corps Air Station (MCAS) Beaufort, South Carolina; and MCAS Cherry Point, North Carolina.

The proposed action for each ARS includes an operational scenario to accommodate F/A-18 squadrons in existing regional airspace structures, construction of new facilities, and

renovation of existing facilities in order to accommodate the Atlantic Fleet F/A-18 squadrons and support personnel.

## Alternatives

The 1993 Defense Closure and Realignment (BRAC) Commission directed the closure of NAS Cecil Field, Florida, and realigned its aircraft and personnel to MCAS Cherry Point, North Carolina, and MCAS Beaufort, South Carolina, and NAS Oceana, Virginia. The 1995 BRAC Commission redirected the realignment of NAS Cecil Field aircraft to "*...other naval air stations, primarily [NAS] Oceana; [MCAS] Beaufort, South Carolina; [NAS] Jacksonville, Florida; [NAS] Atlanta, Georgia; or other Navy and Marine Corps Air Stations with the necessary capacity and support infrastructure.*" This change was based on the Commission's intent to retain only that infrastructure necessary to support the Department of Defense's (DoD's) Force Structure Plan without impeding operational flexibility for deployment of that force. The overall goal was to optimize use of existing infrastructure, thereby reducing additional investment and ensuring that taxpayer dollars are spent in the most efficient way possible. The 1995 BRAC findings specifically stated that the Commission's intention was to avoid the substantial construction at MCAS Cherry Point required to support relocating F/A-18 aircraft under the 1993 BRAC mandates.

The DoN conducted a multi-stage screening process to identify reasonable and feasible alternatives that would complete the realignment in a manner consistent with the 1995 BRAC Commission recommendations, which have the force and effect of law. Installations were screened for necessary capacity and support infrastructure as well as the installation's ability to meet operations criteria. Specifically, this screening process consisted of a capacity analysis, an infrastructure analysis, and an operational readiness analysis. One-time costs and life-cycle costs necessary to implement the relocation of F/A-18 fleet and FRS aircraft were also considered. Numerous alternative basing options were examined; however, only five were determined to be reasonable and feasible alternatives. These five reasonable and feasible alternatives were given a full comparative analysis, and economic, environmental, and social concerns were evaluated.

The capacity analysis paralleled that of the BRAC process by using available hangar capacity, measured in "hangar modules", as the primary indicator of whether existing capacity was present at a particular installation. Again parallel to the BRAC process, necessary support infrastructure at each installation was examined and issues such as runway capacity, maintenance and training infrastructure, and other support facilities were considered. Finally,

the operational analysis examined issues such as access to training ranges, airspace availability, Field Carrier Landing Practice (FCLP) requirements, safety, effects on combat readiness, and implementation life-cycle costs.

The DoN used Naval Facilities Engineering Command (NAVFAC) P-80 guidelines (P-80), the common standard for construction at Navy and Marine Corps air stations, to evaluate capacity and infrastructure. This publication provides planning guidance for determining the requirements for shore-based facilities needed to support Navy and Marine Corps operations. In addition, these guidelines are used to evaluate the adequacy of existing facilities, identify facility deficiencies or excesses, and validate construction project submittals. Thus, P-80 is the planning guidance that sets general standards for construction of Navy and Marine Corps facility infrastructure. Identification and application of these guidelines enabled the DoN to identify potential receiving installations and determine those ARSs considered reasonable for further comparison.

All ARSs had to be operationally and functionally acceptable. Additionally, all ARSs had to be consistent with the BRAC recommendation to utilize excess capacity and infrastructure at potential receiving installations. The following basic considerations, in addition to those discussed in Section 2.1, were used to develop the ARSs:

- At least one ARS had to consider siting all F/A-18 fleet and FRS aircraft at one installation to replace to the greatest extent practicable the operational and logistical characteristics currently experienced with all Atlantic Fleet F/A-18 fleet and FRS aircraft stationed at NAS Cecil Field. From operations, logistics support, and life-cycle cost perspectives, single-siting all F/A-18 aircraft is preferred to siting aircraft in multiple locations. Multiple locations complicate required logistics and degrades synergism (i.e., interrelationships between various functions associated with training, deployment, and maintenance of Navy F/A-18 fleet and FRS squadrons).

- An ARS consisting of splitting Atlantic Fleet F/A-18 fleet and FRS assets among more than two locations was considered unacceptable because of operational constraints and high support costs associated with maintaining and operating Navy F/A-18 assets in multiple locations. Further, it would sacrifice the readiness levels and effectiveness of training for Navy F/A-18 pilots and support personnel. The Navy's current authorized personnel levels, and the funding ceilings for such levels, as well as the Navy's inventory of F/A-18 parts and equipment, would not be able to fully support such a separation. The technical, logistical, and economic problems resulting from the dispersal of F/A-18 aircraft to multiple receiving sites were considered so undesirable that they precluded relocation of the Atlantic Fleet Navy F/A-18 assets to more than two locations.

- Consideration had to be given to the implications of "carrier air wing" configurations, which are subsets of the overall Atlantic Fleet strike/fighter wing consisting of groupings of aircraft squadrons to facilitate deployment with aircraft carriers. A normal carrier air wing includes two or three Navy F/A-18 squadrons, depending on the availability of other fighter/attack aircraft (e.g., Navy F-14s, Marine Corps F/A-18s). Therefore, ARSs could not include the relocation of only one F/A-18 fleet squadron to a particular location.

- An ARS consisting of splitting the F/A-18 FRS from the majority of Navy fleet squadrons was considered unacceptable because of specific training, logistical, and maintenance interrelationships between the FRS and fleet squadrons. Within the past 30 years, the FRS has never been separated from Navy operational squadrons of the same type/model/series aircraft, except for short-term training detachments. Separating the FRS from the majority of the Navy fleet squadrons would detract significantly from the ability of the FRS and fleet squadrons to support each other, which has proven to be of great value. For example, the practice of loaning aircraft or parts to provide the needed capability for deploying squadrons would be rendered very costly and difficult. Maintenance parts, equipment, and personnel do not currently exist in the Navy's inventory to fully support such a separation. Squadron training requires use of the two-seat version of the F/A-18 aircraft assigned to the FRS, and necessary training on night vision equipment would likewise be significantly impacted. Finally, the Navy would incur significant cost increases and management difficulties associated with the assignment of personnel. The degraded capabilities resulting from separating the FRS from the majority of the fleet aircraft are thus considered unacceptable.

The DoN conducted an initial screening analysis on 20 Navy and Marine Corps air installations located along the Atlantic coast and the Gulf of Mexico. Many of the installations identified as potential receiving sites failed to meet more than one of the screening criteria. The installations were evaluated on capacity; infrastructure, including airfield criteria, training, maintenance, and ancillary facility infrastructure; and operational readiness factors such as proximity to ranges, FCLP requirements, and compatibility of F/A-18 operations with other airfield operations. Section 2.2 summarizes the screening process, and discusses installations that did not meet specific criteria.

Three installations met all required criteria and were identified as reasonable candidate installations for receiving F/A-18 fleet and FRS aircraft: NAS Oceana, MCAS Beaufort, and MCAS Cherry Point. Of the three candidate installations identified in Section 2.2, NAS Oceana has the greatest amount of excess hangar capacity (8 modules), followed by MCAS Cherry Point (3 modules), and MCAS Beaufort (2 modules). From an operational

perspective, the best configuration of the Atlantic Fleet F/A-18 strike/fighter wing would result from relocating all the F/A-18 fleet squadrons and the FRS to a single installation as they are currently based together at NAS Cecil Field. Reasons for this include:

- Training efficiencies are maximized through direct interaction among all F/A-18 fleet squadrons and the FRS, and avoidance of either the cost of transporting trainees to a remote training location or constructing flight simulator facilities at multiple locations.

- Maintenance efficiencies are maximized through single siting all maintenance facilities and related support organizations such as Naval Air Maintenance Training Group Detachment (NAMTRAGRUDET). Additionally, the need for multiple spare parts/equipment stocks is eliminated and all fleet squadrons have access to the FRS in the event there is an immediate need for replacement aircraft to meet operational commitments.

- Personnel efficiencies are maximized through the ability to move personnel directly from the FRS to fleet squadrons without moving families and household goods. Additionally the duplication of personnel to provide maintenance, ground support and flight control functions is eliminated.

The three candidate receiving installations were examined to determine if all F/A-18 aircraft could be relocated within the parameters of the 1995 BRAC mandate. In doing so, adjustments were made to projected needs based on typical deployment schedules. As discussed above, hangar space occupied by deployed squadrons would be used by squadrons remaining at the installation (typically referred to as "hot racking"). Such hangar module utilization practices are normal at most Naval and Marine Corps air stations.

Even with adjustments for deployments, none of the three installations would be able to house all F/A-18 fleet and FRS aircraft to P-80 guidelines. Given the need for 11 available hangar modules in place at any one time and the operational preference for a single site, NAS Oceana is the only reasonable single-site location due to its available capacity and the relative costs involved. With the creation of an additional 3-module hangar and aircraft parking apron, NAS Oceana could house all the F/A-18 aircraft to P-80 guidelines.

Single-siting would not be possible at either MCAS Beaufort or MCAS Cherry Point, even with an additional 3-module hangar. MCAS Beaufort would still be deficient by six modules; MCAS Cherry Point would still be deficient by five modules; and NAS Oceana's capacity would remain completely underutilized.

Taking into account these factors, the following three ARSs were developed:

- **ARS 1:** Relocating all 11 F/A-18 fleet squadrons and the FRS to NAS Oceana.
- **ARS 2:** Relocating two F/A-18 fleet squadrons to MCAS Beaufort and nine fleet squadrons and the FRS to NAS Oceana.
- **ARS 3:** Relocating three fleet squadrons to MCAS Cherry Point and eight fleet squadrons and the FRS to NAS Oceana.

During the development of these ARSs, it became apparent that relocating the F/A-18 aircraft to NAS Oceana would result in significant aircraft noise impacts associated with the large increase in airfield operations. Therefore, the Navy decided to consider other operationally feasible scenarios that could potentially reduce noise impacts.

- **ARS 4:** Relocating five F/A-18 fleet squadrons to MCAS Beaufort and six fleet squadrons and the FRS to NAS Oceana.
- **ARS 5:** Relocating five F/A-18 fleet squadrons to MCAS Cherry Point and six fleet squadrons and the FRS to NAS Oceana.

As has been noted, no ARS would meet P-80 guidelines without some additional construction. While the 1995 BRAC mandates are intended to maximize use of existing resources and minimize creation of new facilities, the most efficient use of existing resources would still necessitate some additional construction regardless of where the F/A-18 aircraft are relocated. It should be noted that by adding alternatives that place five F/A-18 fleet squadrons at MCAS Beaufort or MCAS Cherry Point, the capacity of NAS Oceana, defined by P-80 as eight hangar modules, would be fully utilized by the remaining six fleet squadrons and the FRS. MCAS Beaufort and MCAS Cherry Point each possess some available unused hangar capacity and are otherwise acceptable as receiving sites. Additional construction at either of these sites would allow capacity at NAS Oceana to be fully utilized, would use existing capacity at one of the two Marine Corps air stations, and would result in the most noise mitigation possible, consistent with operational requirements. Therefore, additional hangar module construction at MCAS Beaufort or MCAS Cherry Point is considered reasonable in the context of providing an alternative that mitigates noise impacts at NAS Oceana.

Conversely, major expansion at an installation not already having some existing capacity or requiring acquisition of real estate and construction of additional infrastructure would be unreasonable as long as other installations exist that could provide the infrastructure without degrading operational requirements.

The five ARSs are described in the following paragraphs.

## ARS 1: Transfer of 11 F/A-18 Fleet Squadrons (132 Aircraft) and F/A-18 FRS (48 Aircraft) to NAS Oceana, Virginia

This alternative would maximize the use of existing hangar and apron capacity at NAS Oceana. Eight hangar modules of existing excess capacity would be utilized.

Historic operations at NAS Oceana indicate that 11 squadrons could be accommodated, although at somewhat less than P-80 guidelines, even without construction of additional hangars and aircraft parking. To meet P-80 criteria, a 3-module hangar would be required. Other construction projects would be needed to support operation and maintenance of F/A-18 aircraft and training of F/A-18 personnel. These projects are primarily reuse/renovation of existing facilities or building additions.

From an operational perspective, ARS 1 provides the best configuration of the Atlantic Fleet F/A-18 strike/fighter wing, since all F/A-18 fleet squadrons and the FRS are located at a single installation (COMNAVAIRLANT 1997). All training, maintenance, and personnel efficiencies discussed in Section 2.3 are realized in ARS 1.

Implementation of ARS 1 would require 14 construction projects, primarily consisting of reuse/renovation of existing facilities and/or additions to existing facilities. These would consist of the following:

- Minor parking apron alterations, including installation of steel plates along the flight line to protect the pavement and 400-hertz (Hz) converters to provide additional power for parked aircraft;
- Two-story addition to Building 140 for an F/A-18 flight simulator facility;
- One-story addition and interior modifications to Building 140 for a Naval Maintenance Training Group Detachment (NAMTRAGRUD-ET) training facility;
- Three additions to Building 137 for a Strike Fighter Weapons School facility and parking lot;
- A series of small additions and freestanding construction projects to support F/A-18 maintenance facilities, and two parking lots;

- Construction of a new hangar facility for corrosion control and aircraft painting;
- Installation of vaults in Buildings 111 and 122 for classified document storage;
- Renovations to Building 122, including installation of interior walls and utilities to the hangar;
- A new 230-unit bachelor enlisted quarters (BEQ), a new 55-unit BEQ, and parking lot;
- Renovation of Building 1100 for jet engine testing;
- A new one-story aircraft acoustical enclosure to test high-powered in-aircraft engine run-ups;
- Construction of a new three-module aircraft hangar; and
- Expansion of the aircraft parking apron to provide additional space for F/A-18 aircraft.

The one-time cost associated with ARS 1 would be approximately $99 million. The net present value of 30-year life-cycle costs of implementing ARS 1 would be approximately $285 million in 1998 dollars.

### ARS 2: Transfer of Two F/A-18 Fleet Squadrons (24 Aircraft) to MCAS Beaufort, South Carolina, and Transfer of Nine F/A-18 Fleet Squadrons (108 Aircraft) and the F/A-18 FRS (48 Aircraft) to NAS Oceana, Virginia

This alternative would maximize the use of existing hangar and apron capacity at MCAS Beaufort and sends the remaining F/A-18 assets, including the FRS, to NAS Oceana. It would have the added advantage of collocating the Navy and Marine Corps F/A-18 squadrons, which comprise one carrier airwing, at MCAS Beaufort. Although there is excess capacity using P-80 guidelines for two fleet squadrons at MCAS Beaufort, it would be necessary to accept slight deviations from P-80 guidelines to accommodate aircraft on the station's parking apron. However, overall airfield efficiency would be maintained.

This scenario would also maximize the use of existing excess hangar and apron capacity at NAS Oceana. However, construction of a three module hangar would still be required at NAS Oceana for periods when the MCAS Beaufort carrier air wing would be deployed (i.e., approximately 20% of deployment schedules). Ten hangar modules of existing excess capacity (eight modules at NAS Oceana and two modules at MCAS Beaufort) would be utilized.

Two fleet squadrons can be absorbed at MCAS Beaufort without any significant aircraft maintenance facility (i.e., AIMD) expansions, because there are available Marine Corps mobile AIMD facilities that can support the two additional squadrons. Because of maintenance requirements, relocating more than two F/A-18 fleet squadrons at MCAS Beaufort would require the construction of an AIMD and new hangar modules (COMNAVAIRLANT 1996a).

From an operational perspective, several of the benefits in a single site alternative are realized in ARS 2 due to the joint basing of Navy F/A-18 aircraft with existing Marine Corps F/A-18 aircraft at MCAS Beaufort. Benefits include: (1) training efficiency through the use of the existing flight simulator facility at MCAS Beaufort; (2) maintenance efficiency through utilization of existing MCAS Beaufort F/A-18 maintenance assets, thereby eliminating the need for multiple spare part/equipment stocks or turnaround times necessary to get parts to and from a single repair site; and (3) personnel efficiency by eliminating the duplication in personnel inherent to siting aircraft at locations without existing F/A-18s.

The following projects would be necessary at MCAS Beaufort to implement ARS 2:

- Parking apron alterations, including installation of steel plates along the flight line to protect the pavement, 400-Hz converters to provide additional power for parked aircraft, and construction of a 390,000-square-foot Mobile Facilities (MF) Pad;
- Construction of a crew, equipment, and administrative building adjacent to the MF Pad; and
- Hangar renovations to Building 729.

Under ARS 2, the large majority of F/A-18 assets would still be transferred to NAS Oceana. Therefore, it would still be the logical location of the majority of F/A-18 maintenance, training, and personnel support facilities. The transfer of 24 aircraft to MCAS Beaufort would not proportionately reduce the size or number of facilities that would be required to conduct these activities. Therefore, with the exception of a reduction in the size of one BEQ, projects at NAS Oceana under ARS 2 would be the same as ARS 1.

The one-time cost associated with ARS 2 would be approximately $95 million for NAS Oceana and $12 million for MCAS Beaufort for a total of $107 million. The net present value of the 30-year life-cycle costs of implementing ARS 2 would be approximately $307 million in 1998 dollars.

### ARS 3: Transfer of Three F/A-18 Fleet Squadrons (36 Aircraft) to MCAS Cherry Point, North Carolina, and Transfer of Eight F/A-18 Fleet Squadrons (96 Aircraft) and the F/A-18 FRS (48 Aircraft) to NAS Oceana, Virginia

This alternative would maximize the use of excess hangar and apron capacity at MCAS Cherry Point by sending one three-squadron carrier airwing to MCAS Cherry Point and the remaining F/A-18 assets, including the FRS, to NAS Oceana. As with ARS 2, accommodating three squadrons at MCAS Cherry Point would require deviations from P-80 guidelines with regard to parking apron requirements; however, these deviations would not significantly affect airfield efficiency.

This scenario would reduce the hangar module deficiency at NAS Oceana compared to ARS 1 or 2. NAS Oceana would be deficient by only two modules for periods when the MCAS Cherry Point fleet squadrons would be deployed (i.e. approximately 20% of deployment schedules). Construction of a two-module hangar would be required at NAS Oceana. Eleven modules of existing excess capacity (eight modules at NAS Oceana and three modules at MCAS Cherry Point) would be utilized.

AIMD activities at MCAS Cherry Point are assigned to Marine Aircraft Logistical Squadron (MALS)-14. Currently, there is no F/A-18 repair capability at MCAS Cherry Point (LANTDIV 1996a). Therefore, a stand-alone F/A-18 AIMD facility would be required to support the realignment of three fleet squadrons of Navy F/A-18 aircraft to this station (COMNAVAIRLANT 1997).

From an operational perspective, the overall cost of transporting trainees to NAS Oceana is lower for MCAS Cherry Point than for MCAS Beaufort. However, very few other training, maintenance, or personnel benefits achieved in a single-site alternative are realized in ARS 3 because there are no existing F/A-18 facilities at MCAS Cherry Point.

The following projects would be necessary at MCAS Cherry Point to implement ARS 3:

- Parking apron alterations, including installation of steel plates along the flight line to protect the pavement, 400-Hz converters to provide additional power for parked aircraft;
- Hangar renovations to Buildings 1665W, 131S, and 1700; and
- The construction of an AIMD facility consisting of specialized shops for F/A-18 aircraft.

Similar to ARS 2, ARS 3 would still involve the majority of F/A-18 assets being transferred to NAS Oceana. With the exception the second BEQ and the smaller parking

apron expansion and aircraft hangar, the projects at NAS Oceana under ARS 3 would be the same as those under ARS 1. The aircraft hangar would need to consist of only 2 modules and the apron expansion would be reduced to accommodate 24 aircraft.

The one-time cost associated with ARS 3 would be approximately $87 million for NAS Oceana and $18 million for MCAS Cherry Point for a total of approximately $105 million. The net present value of the 30-year life-cycle costs of implementing ARS 3 would be approximately $465 million in 1998 dollars.

### ARS 4: Transfer of Five F/A-18 Fleet Squadrons (60 Aircraft) to MCAS Beaufort, South Carolina, and Transfer of Six F/A-18 Fleet Squadrons (72 Aircraft) and the F/A-18 FRS (48 aircraft) to NAS Oceana, Virginia

This alternative would utilize all existing capacity at both MCAS Beaufort and NAS Oceana and would require necessary additional construction at MCAS Beaufort. It would have the added advantage of collocating one airwing with Navy and Marine Corps F/A-18 squadrons and another airwing composed entirely of Navy squadrons at MCAS Beaufort.

MCAS Beaufort would require expansion of the parking apron, construction of a three-module hangar, and building renovation. To accommodate the projected F/A-18 operations, a new parallel runway would be required. This scenario would generally eliminate the hangar-module deficiency at NAS Oceana. Existing hangars would be reused/renovated to accommodate the F/A-18 aircraft. Ten hangar modules of existing excess capacity (eight modules at NAS Oceana and two modules at MCAS Beaufort) would be utilized.

Existing Marine Corps mobile AIMD facilities at MCAS Beaufort could support two Navy F/A-18 fleet squadrons. Because there is not enough capacity to conduct maintenance on five Navy F/A-18 squadrons, an AIMD facility would be constructed to ensure adequate specialized maintenance. At NAS Oceana, F/A-18 aircraft maintenance would be accomplished with existing facility additions and renovation.

From an operational perspective, several of the benefits of a single-site alternative are realized in ARS 4 due to the joint basing of Navy F/A-18 aircraft with existing Marine Corps F/A-18 aircraft at MCAS Beaufort. Benefits include: (1) training efficiency through the use of the existing flight simulator facility at MCAS Beaufort although the flight simulator facility would require expansion to support personnel from five squadrons; (2) maintenance efficiency through utilization of existing MCAS Beaufort F/A-18 maintenance assets, thereby eliminating the need for multiple spare part/equipment stocks or turnaround times necessary to get parts to and from a single repair site; and (3) personnel efficiency by eliminating the duplication in personnel inherent to siting aircraft at locations without existing F/A-18s.

The following projects would be necessary at MCAS Beaufort to implement ARS 4:

- Expansion of the aircraft parking apron, taxiway, and Mobile Facilities (MF) Pad;
- Parking apron alterations, including installation of steel plates along the flight line to protect the pavement and 400-Hz converters to provide additional power for parking aircraft;
- Construction of a crew, equipment, and administration building;
- Renovation of aircraft hangars;
- Construction of a new 8,000-foot (2,438-meter) parallel runway;
- Relocation of the Carrier Armament Loading Area (CALA) Pad, which is currently located in the area of the proposed runway;
- Construction of a three-module aircraft hangar;
- Construction of an aircraft refueling system;
- Construction of a new AIMD facility;
- Expansion of F/A-18 flight simulator facilities;
- Construction of a missile magazine;
- Construction of a flight line medical clinic;
- Expansion of the wastewater treatment plant at the Laurel Bay Family Housing Area;
- Construction of a new BEQ;
- Construction of a child development center; and
- Construction of 240 units of family housing at the Laurel Bay Family Housing Area.

The one-time cost associated with ARS 4 would be approximately $69 million for NAS Oceana and $171 million for MCAS Beaufort for a total of $240 million. The net present value of the 30-year life-cycle costs of implementing ARS 4 would be approximately $686 million in 1998 dollars.

**ARS 5: Transfer of Five F/A-18 Fleet Squadrons (60 Aircraft) to MCAS Cherry Point, North Carolina and Transfer of Six F/A-18 Fleet Squadrons (72 Aircraft) and the F/A-18 FRS (48 Aircraft) to NAS Oceana, Virginia**

This alternative would utilize all existing capacity at MCAS Cherry Point and NAS Oceana and would require necessary additional construction at MCAS Cherry Point.

MCAS Cherry Point would require expansion of the parking apron, an addition to an existing hangar, and building renovation. To accommodate the projected F/A-18 operations, a new parallel runway would be required. This scenario would generally eliminate the hangar module deficiency at NAS Oceana. Existing hangars would be reused/renovated to accommodate the F/A-18 aircraft. Eleven modules of existing excess capacity (eight modules at NAS Oceana and three modules at MCAS Cherry Point) would be utilized.

AIMD activities at MCAS Cherry Point are assigned to MALS-31. Currently, there is no F/A-18 repair capability at MCAS Cherry Point; therefore, a stand-alone F/A-18 AIMD facility would be required to support this ARS.

From an operational perspective, the overall cost of transporting trainees to NAS Oceana is lower for MCAS Cherry Point than for MCAS Beaufort. However, few other training, maintenance, or personnel benefits achieved in a single-site alternative are realized in ARS 5 because there are no existing F/A-18 facilities at MCAS Cherry Point.

The following projects would be necessary at MCAS Cherry Point to support ARS 5:

- Parking apron alterations, including installation of steel plates along the flight line to protect the pavement and 400-Hz converters to provide additional power for parked aircraft;
- Renovations/addition to aircraft hangars;
- Construction of an AIMD facility;
- Expansion of the flight simulator;
- Construction of a flight line medical clinic;
- Construction of a child development center;
- Expansion of the parking apron; and
- Construction of a new 8,000-foot (2,438-meter) parallel runway/facility relocation site.

The one-time cost associated with ARS 5 would be approximately $69 million for NAS Oceana and $67 million for MCAS Cherry Point for a total of $136 million. The net

present value of the 30-year life-cycle costs of implementing ARS 5 would be approximately $536 million in 1998 dollars.

### Summary of Significant Environmental Impacts

A comparative summary of the environmental impacts under each of the ARSs is presented in Table 2.5-1.

**ARS 1.** ARS 1 would transfer 11 F/A-18 fleet squadrons (132 aircraft) and the F/A-18 FRS (48 aircraft) to NAS Oceana. Because of this, it would best meet the operational criteria, such as use of existing infrastructure, one-time costs, and life-cycle costs. Conversely, it would result in the greatest level of environmental impacts. These impacts would be related to land use, noise, air quality, and traffic around NAS Oceana, the most significant of these being noise.

Increases in aircraft operations would result in expansion and reconfiguration of Accident Potential Zones (APZs) around the airfield. APZs in and around NAS Oceana would increase by 1,751 acres (709 hectares) over 1997 APZs. In addition, new areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase significantly over the 1978 Air Installations Compatible Use Zone (AICUZ) Program by 22,434 acres (9,079 hectares), impacting an additional 38,385 people. Twenty-two schools would be within noise zones 2 and 3. The projected impacts at these locations vary, ranging from a 9 to 21 dB increase over existing conditions. Some of these schools may require sound attenuation to achieve a desired interior noise level of 45 dB. Closing windows will significantly reduce interior noise levels due to aircraft, but central air conditioning may need to be installed to achieve a 25 dB reduction. A site-specific engineering evaluation would be required to evaluate indoor noise levels and the level of attenuation needed. The Navy recognizes that the costs to local school authorities of noise mitigation is a significant impact. However, because the Navy does not have legal authority to expend federal funds on improvements to state, local, and private property, cost estimates for noise mitigation at schools and churches were not developed. The City of Virginia Beach has requested that the Navy work with local officials to conduct detailed engineering evaluations at those schools of particular concern regardless of which ARS is selected.

ARS 1 would result in a net air emissions increase associated with increased aircraft operations and maintenance. The projected net emissions of volatile organic compounds (VOC) and nitrogen oxides ($NO_X$) are within the VOC and $NO_X$ growth allotments set aside for expansion of aircraft operations at NAS Oceana in the Hampton Roads ozone maintenance

plan. Projected emissions would conform with Virginia's implementation plan, which includes the Hampton Roads ozone maintenance plan, and would not be a significant impact.

The level of service (LOS) on existing roadways would likely be impacted in the short-term by projected traffic increases under the proposed action due to existing traffic flow deficiencies. The Commonwealth of Virginia and the City of Virginia Beach have planned several roadway improvements that would alleviate most of the traffic flow deficiencies. The projected traffic increases associated with the realignment of F/A-18 aircraft were compared to projected LOSs provided by the Hampton Roads Planning District Commission (HRPDC), which incorporate planned roadway improvements. The projected traffic increases would not impact these projected LOSs.

ARS 1 would however, increase the station's current population, resulting in an impact on LOS for on-station roadway segments.

**ARS 2.** ARS 2 would realign two F/A-18 fleet squadrons (24 aircraft) to MCAS Beaufort and nine F/A-18 fleet squadrons (108 aircraft) and the FRS (48 aircraft) to NAS Oceana. It would maximize the use of existing capacity at MCAS Beaufort; however, new facilities would still need to be developed at NAS Oceana to support the majority of F/A-18 assets. As such, one-time costs and life-cycle costs would be slightly higher than ARS 1.

At MCAS Beaufort, increases in aircraft operations would result in the expansion and reconfiguration of APZs. APZs would increase by 1,894 acres (767 hectares) over the 1994 AICUZ. New areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase over the 1994 AICUZ Program by 7,054 acres (2,855 hectares), impacting an additional 2,303 people. No significant impact to air quality would result because South Carolina is in attainment status for all criteria pollutants, and projected emissions would not impact this status. ARS 2 would not impact traffic; level of service would not be significantly degraded.

At NAS Oceana, the increase in APZs would be the same as under ARS 1. The area covered by noise contours would be slightly less under ARS 2 than ARS 1. New areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase over the 1978 AICUZ Program by 19,157 acres (7,753 hectares), impacting an additional 33,154 people. Twenty-one schools would be within noise zones 2 and 3. The projected impacts at these locations vary, ranging from an 8 to 20 dB Ldn increase over existing conditions. The noise exposure in the region under ARS 2 would still be a significant increase over existing conditions. Net increases in air emissions projected under ARS 2 would be slightly less than under ARS 1.

The impacts of ARS 2 on roadways in the vicinity of NAS Oceana would be slightly less than those of ARS 1. No significant impact to LOS in the vicinity of NAS Oceana would occur with the Virginia Department of Transportation and the City of Virginia Beach planned roadway improvements.

**ARS 3.** ARS 3 would realign three F/A-18 fleet squadrons (36 aircraft) to MCAS Cherry Point and eight F/A-18 fleet squadrons (96 aircraft) and the F/A-18 FRS (48 aircraft) to NAS Oceana. This ARS would result in slightly greater one-time and significantly greater life-cycle costs than ARS 1.

At MCAS Cherry Point, increases in aircraft operations would result in expansion and reconfiguration of APZs around the airfield. APZs would increase by 1,549 acres (627 hectares) over the 1988 AICUZ. In addition, new areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase over the 1988 AICUZ Program by 3,120 acres (1,263 hectares), impacting an additional 1,981 people. Four schools would continue to be within noise zones 2 and 3. The projected impacts at these locations vary, ranging from a 1 to 4 dB increase over existing conditions. Some of these schools may require sound attenuation to achieve a desired interior noise level of 45 dB. Closing windows will significantly reduce interior noise levels due to aircraft, but central air conditioning may need to be installed to achieve a reduction of 25 dB. School sites with a 1999 exterior Leq of 70 dB or less would likely experience minimal indoor interference. The Navy recognizes that the costs to local school authorities of noise mitigation is a significant impact. However, because the Navy does not have legal authority to expend federal funds on improvements to state, local, and private property, cost estimates for noise mitigation at schools and churches were not developed. Upon request, the Navy will work with local officials to conduct detailed engineering evaluations at those schools of particular concern. No significant impact to air quality would result because North Carolina is in attainment status for all criteria pollutants, and projected emissions would not impact this status. ARS 3 would not impact traffic; LOS would not be significantly degraded.

At NAS Oceana, the increase in APZs would be the same as under ARS 1. The area covered by noise contours would be slightly less under ARS 3 than ARS 1. Twenty-one schools would be within noise zones 2 and 3. The projected impacts at these locations vary, ranging from an 8 to 20 dB Ldn increase over existing conditions. New areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase over the 1978 AICUZ Program by 18,152 acres (7,346 hectares), impacting an additional 30,679 people. The noise exposure in the region under ARS 3 would still be a significant increase over existing

conditions. Net increases in air emissions projected under ARS 3 would be less than under ARS 1.

The impacts of ARS 3 on roadways in the vicinity of NAS Oceana would be slightly less than ARS 1. No significant impact to LOS in the vicinity of NAS Oceana would occur with the Virginia Department of Transportation and the City of Virginia Beach planned roadway improvement.

**ARS 4.** ARS 4 would transfer five F/A-18 fleet squadrons (60 aircraft) to MCAS Beaufort and six F/A-18 fleet squadrons (72 aircraft) and the F/A-18 FRS (48 aircraft) to NAS Oceana. This would result in significantly greater one-time and life-cycle costs as a result of construction of new facilities and duplication of some maintenance and training functions. Overall impacts at MCAS Beaufort would be greater than for ARS 2.

At MCAS Beaufort, increases in aircraft operations would result in expansion and reconfiguration of APZs around the airfield. APZs would increase by 264 acres (107 hectares) over the 1994 AICUZ. In addition, areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase over the 1994 AICUZ Program by 9,729 acres (3,938 hectares), impacting an additional 3,127 people. No significant impact to air quality would result because South Carolina is in attainment status for all criteria pollutants, and projected emissions would not impact this status. ARS 4 would not impact traffic; level of service would not be significantly degraded.

At NAS Oceana, the increase in APZs would be the same as under ARS 1. The area covered by noise contours would be slightly less under ARS 4 than ARS 1. The noise exposure in the region under ARS 4 would still be a significant increase over existing conditions. New areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase over the 1978 AICUZ Program by 16,001 acres (6,475 hectares) impacting an additional 26,830 people. Twenty-one schools would be within noise zones 2 and 3. The projected impacts at these locations vary, ranging from a 7 to 19 dB Ldn increase over existing conditions. Net increases in air emissions projected under ARS 4 would be less than under ARS 1.

The impacts of ARS 4 on roadways in the vicinity of NAS Oceana would be less than ARS 1. No significant impact to LOS in the vicinity of NAS Oceana would occur with the Virginia Department of Transportation and the City of Virginia Beach planned roadway improvements.

**ARS 5.** ARS 5 would transfer five F/A-18 fleet squadrons (60 aircraft) to MCAS Cherry Point and six F/A-18 fleet squadrons (72 aircraft) and the F/A-18 FRS (48 aircraft) to

NAS Oceana. This would result in slightly greater one-time and significantly greater life-cycle costs as a result of construction of new facilities and duplication of some maintenance and training functions. Overall impacts at MCAS Cherry Point would be greater than for ARS 3.

At MCAS Cherry Point, increases in aircraft operations would result in expansion and reconfiguration of APZs around the airfield. APZs in and around MCAS Cherry Point would decrease by 450 acres (182 hectares) over the 1988 AICUZ. In addition, new areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase over the 1988 AICUZ Program by 4,869 acres (1,971 hectares), impacting an additional 3,232 people. Four schools would continue to be within noise zones 2 and 3. The projected impacts at these locations vary, ranging from a 1 to 5 dB Ldn increase over existing conditions. Closing windows will significantly reduce interior noise levels due to aircraft, but central air conditioning may need to be installed to achieve a reduction of 25 dB. School sites with a 1999 exterior Leq of 70 dB or less would likely experience minimal indoor interference. The Navy recognizes that the costs to local school authorities of noise mitigation is a significant impact. However, because the Navy does not have legal authority to expend federal funds on improvements to state, local, and private property, cost estimates for noise mitigation at schools and churches were not developed. Upon request, the Navy will work with local officials to conduct detailed engineering evaluations at those schools of particular concern. No significant impact to air quality would result because North Carolina is in attainment status for all criteria pollutants, and projected emissions would not impact this status. No significant impact to traffic would occur in the vicinity of MCAS Cherry Point.

At NAS Oceana, the increase in APZs would be the same as under ARS 1. The area covered by noise contours would be slightly less under ARS 5 than under ARS 1. The noise exposure in the region under ARS 5 would still be a significant increase over existing conditions. New areas in noise zones 2 (65 to 75 dB Ldn) and 3 (greater than 75 dB Ldn) would increase over the 1978 AICUZ Program by 16,527 acres (6,689 hectares) impacting an additional 27,533 people. Twenty-one schools would be within noise zones 2 and 3. The projected impacts at these locations vary, ranging from an 8 to 19 dB Ldn increase over existing conditions. Net increases in air emissions projected under ARS 5 would be less than under ARS 1.

The impacts of ARS 5 on roadways in the vicinity of NAS Oceana would be slightly less than those of ARS 1. No significant impact to LOS in the vicinity of NAS Oceana would

occur with the Virginia Department of Transportation and the City of Virginia Beach planned roadway improvements.

### Selection of Preferred Alternative

ARS 1 is the Navy's preferred alternative. Although ARS 1 would cause significant noise impacts, single-siting all fleet squadrons and the FRS has important operational advantages. Placing all 11 fleet squadrons and the FRS at NAS Oceana represents the best operational choice for the following reasons:

- Training efficiencies would be maximized through direct interaction among all F/A-18 fleet squadrons and the FRS. Additionally, unlike ARSs 2 through 5, the costs of remote training would be eliminated as would duplication of flight simulator training facilities required by ARSs 4 and 5.

- Maintenance efficiencies would be maximized through single-siting all maintenance facilities and related support organizations such as NAMTRAGRUDET. Additionally, the need for multiple spare parts/equipment stocks would be eliminated, and all fleet squadrons would have access to the FRS in the event there is an immediate need for replacement aircraft to meet operational commitments. In contrast, ARSs 2 through 5 would require additional spare part/equipment stocks, with ARSs 2 and 4 requiring partial stocks due to the presence of existing Marine F/A-18 squadrons. ARSs 2 through 5 would also result in the separation of fleet squadrons and the FRS, thereby limiting the ability of those squadrons to utilize FRS parts and equipment as needed.

- Personnel efficiencies would be maximized because personnel could be moved directly from the FRS to fleet squadrons without moving families and household goods. Additionally, the duplication of personnel to provide maintenance, ground support, and flight control functions would be eliminated. No other alternative provides this efficiency. ARSs 2 through 5 would all require varying degrees of personnel duplication, with ARS 2 requiring the least.

Locating all fleet squadrons and the FRS at NAS Oceana would fully utilize excess capacity at NAS Oceana and minimize construction and life-cycle costs incurred by the multiple siting of aircraft proposed under ARSs 2 through 5.

ARSs 2 through 5 would locate varying numbers of fleet squadrons at MCAS Beaufort or MCAS Cherry Point to maximize use of existing excess capacity and reduce the environmental impacts projected at NAS Oceana. However, the training, maintenance, and personnel efficiencies discussed above would decline. Of the four dual-siting alternatives, ARS 2 is preferable because it would (1) result in the least degradation of single-site benefits; (2) fully utilize excess capacity at both NAS Oceana and MCAS Beaufort; (3) take advantage

of the F/A-18 training facilities that currently exist as MCAS Beaufort; and (4) result in only slightly higher construction and life-cycle costs than ARS 1.

Of the five alternatives analyzed in the EIS, ARS 5 would result in the fewest environmental impacts. Placing five fleet squadrons at MCAS Cherry Point would reduce the significant noise impacts at NAS Oceana by approximately 13%, VOC emissions by approximately 17%, and $NO_x$ emissions by approximately 10%. Required construction under ARSs 4 and 5 would result in wetland impacts; however, the quantity of wetlands impacted in ARS 5 would be less than half of that impacted by ARS 4.

## Summary of Changes from Draft to Final EIS

The following issues were raised during the public comment period on the Draft EIS and have been addressed in the Final EIS.

### Noise Analyses

The parameters used to model existing and projected noise contours have been updated to account for a reduction in the number of F-14 aircraft stationed at NAS Oceana in 1997. Correspondingly, the number of persons affected by the noise zones has been slightly reduced.

### Presentation of 1997 and 1999 Noise Contours

Tables in Sections 4 through 8 have been modified in the Final EIS to clarify the estimated change in number of persons impacted. The Final EIS also graphically compares the change between the 1997 noise zones and the projected 1999 noise zones for each ARS.

### Air Quality Analyses

Subsequent to preparation of the DEIS, the Virginia Department of Environmental Quality received approval from the U. S. Environmental Protection Agency (EPA) on a petition to change the Hampton Roads Air Quality Control region's designation status for the ozone National Ambient Air Quality Standard from marginal nonattainment to attainment. The EPA also approved revisions to the Virginia State Implementation Plan (SIP) which implements an ozone maintenance plan for the Hampton Roads area and establishes a mobile source emission budget. This change is reflected in the air quality discussion for NAS Oceana and NALF Fentress in Sections 4 through 8 and in Appendix E (General Conformity Report) of the EIS.

The air quality analyses for each ARS at NAS Oceana were updated to incorporate the reduction in the number of F-14 aircraft. In addition, the air quality analyses for each ARS at NAS Oceana, MCAS Beaufort, and MCAS Cherry Point were updated with refined pre-flight operating modes for some aircraft.

### New Construction at NAS Oceana

The EIS has been amended to include an additional BEQ project at NAS Oceana because of a shortage of BEQ spaces for E1 through E4 personnel at NAS Oceana under ARS 1 and ARS 2. Similarly, the life-cycle costs for all ARSs have been updated to reflect changes in the housing allowance for bachelors living off base.

### Range Safety

A discussion of safety procedures at BT-9, BT-11, and the Dare County target ranges has been added to the EIS.

### NASMOD Report Corrections

The Navy incorporated factual corrections to the description of the Manteo/Dare County Regional Airport pertaining to the length and utilization of the runways.

### Personnel Transfers at NAS Oceana

The socioeconomic analyses in the vicinity of NAS Oceana have been refined so that the socioeconomic impacts from the personnel transfers associated with the proposed action are presented separately from other personnel movements at the base.

### Transportation

Updated projected traffic volumes and resulting impacts to the LOS on roadways in the vicinity of NAS Oceana are included in the EIS.

The HRDPC provided the most current 2015 traffic estimates and LOS, which incorporate the planned roadway improvements. Projected traffic volumes associated with the proposed action were recalculated under all the ARSs to provide a more accurate projection of the associated traffic volumes.

## Aircraft Noise Impacts on Schools

The Navy corrected the analysis of school-day Leq noise impacts. Increased school-day noise levels resulted. Additional schools in the vicinity of NAS Oceana, NALF Fentress, and MCAS Cherry Point may require some degree of sound attenuation, pending a site-specific engineering evaluation.