


Figure 3-16
DNL Contours
for Average Daily
Baseline Aircraft Operations
at NAS Oceana
and NALF Fentress

Source: DoD NOISEMAP 6.5, TIGER\Line 1990



wyle laboratories

**Exhibit** 3

1000