


Figure 4-2
DNL Contours
for Average Daily
Scenario 2 Aircraft Operations
at NAS Oceana
and NALF Fentress

Source: DoD NOISEMAP 6.5, TIGER\Line 1990



Exhibit 4