# Wyle Report

## WR 02-08

# NOISE STUDY FOR THE INTRODUCTION OF F/A-18E/F TO THE EAST COAST

## VOLUME 1

Prepared For

Department of the Navy
Engineering Field Activity Chesapeake
Naval Facilities Engineering Command
1314 Harwood Street, S.E.
Washington Navy Yard

Contract No. N62477-00-D-0056

Prepared By

Micah Downing
Martin Schmidt-Bremer Jr.
Julie Kanzler
Koffi Amefia

*Wyle Acoustics Group*
WYLE LABORATORIES
2001 Jefferson Davis Highway
Suite 701
Arlington, Virginia 22202

(J/N 46714)

April 2003

wyle laboratories

REPORT

Exhibit 5

REPORT

# Wyle Report
## WR 02-08

# NOISE STUDY FOR THE INTRODUCTION OF F/A-18E/F TO THE EAST COAST

## VOLUME 1

Prepared For

Department of the Navy
Engineering Field Activity Chesapeake
Naval Facilities Engineering Command
1314 Harwood Street, S.E.
Washington Navy Yard

Contract No. N62477-00-D-0056

Prepared By

Micah Downing
Martin Schmidt-Bremer Jr.
Julie Kanzler
Koffi Amefia

*Wyle Acoustics Group*
WYLE LABORATORIES
2001 Jefferson Davis Highway
Suite 701
Arlington, Virginia 22202

(J/N 46714)

wyle laboratories

April 2003

# Table of Contents

1.0 Introduction ........ 1-1

1.1 Noise Metrics ........ 1-2
1.2 Computerized Noise Exposure Models ........ 1-3
1.2.1 NoiseMap ........ 1-4
1.2.2 MR_NMAP ........ 1-4
1.2.2.1 Military Training Route ........ 1-5
1.2.2.2 Restricted Area ........ 1-5
1.2.2.3 Range ........ 1-6
1.2.2.4 Military Operations Area ........ 1-6
1.3 Accident Potential Zones ........ 1-6
1.3.1 Clear Zones ........ 1-6
1.3.2 APZ I ........ 1-6
1.3.3 APZ II ........ 1-6

2.0 Description of Airfields and Airspaces of Interest ........ 2-1

2.1 Description of Proposed Scenarios ........ 2-1
2.2 NAS Oceana and NALF Fentress ........ 2-1
2.3 MCAS Beaufort ........ 2-5
2.4 MCAS Cherry Point ........ 2-8
2.5 Proposed OLFs ........ 2-10
2.5.1 OLF Site A ........ 2-10
2.5.2 OLF Site B ........ 2-13
2.5.3 OLF Site C ........ 2-15
2.5.4 OLF Site D ........ 2-17
2.5.5 OLF Site E ........ 2-19
2.5.6 OLF Site F ........ 2-21
2.6 Related Airspace ........ 2-23
2.6.1 Military Training Routes ........ 2-25
2.6.2 Restricted Areas/Ranges and MOAs ........ 2-26

3.0 Baseline Aircraft Operations and Noise Exposure ........ 3-1

3.1 NAS Oceana and NALF Fentress ........ 3-1
3.1.1 Flight Operations ........ 3-1
3.1.1.1 NAS Oceana Flight Operations ........ 3-4
3.1.1.2 NALF Fentress Flight Operations ........ 3-4
3.1.2 Flight Tracks ........ 3-4
3.1.3 Runway and Flight Track Utilization ........ 3-4
3.1.4 Flight Profiles, Noise and Climatological Data ........ 3-8
3.1.5 Pre-Flight and Maintenance Run-Up Operations ........ 3-8
3.1.6 Noise Exposure ........ 3-12
3.1.7 Noise at Specific Locations ........ 3-14

## Table of Contents - *continued*

3.2 MCAS Beaufort ........ 3-21
3.2.1 Flight Operations ........ 3-21
3.2.2 Runway and Flight Track Utilization ........ 3-23
3.2.3 Flight Profiles, Noise, and Climatological Data ........ 3-26
3.2.4 Pre-Flight and Maintenance Run-Up Operations ........ 3-26
3.2.5 Noise Exposure ........ 3-29
3.2.6 Noise Levels at Specific Locations ........ 3-31

3.3 MCAS Cherry Point ........ 3-35
3.3.1 Flight Operations ........ 3-35
3.3.2 Runway/Pad and Flight Track Utilization ........ 3-37
3.3.3 Flight Profiles, Noise, and Climatological Data ........ 3-38
3.3.4 Pre-Flight and Maintenance Run-Up and Press-Up Operations ........ 3-40
3.3.5 Noise Exposure ........ 3-44
3.3.6 Noise Levels at Specific Locations ........ 3-46

3.4 Proposed Outlying Landing Field ........ 3-52

3.5 Related Airspace ........ 3-52
3.5.1 Military Training Routes ........ 3-52
3.5.2 Restricted Areas/Ranges and MOAs ........ 3-54
3.5.2.1 Restricted Areas R-5306A and BT-9/BT-11 ........ 3-55
3.5.2.2 Restricted Area R-5314 – The Northern Portion of Dare County Range (Navy Dare Range) ........ 3-58
3.5.2.3 Phelps MOA ........ 3-60
3.5.2.4 Townsend Bombing Range ........ 3-60

4.0 Proposed Aircraft Operations and Noise Exposure ........ 4-1

4.1 Description of Alternatives ........ 4-1
4.1.1 NAS Oceana/NALF Fentress ........ 4-1
4.1.1.1 Alternative 1 ........ 4-1
4.1.1.2 Alternative 2 ........ 4-2
4.1.1.3 Alternative 3 ........ 4-2
4.1.1.4 Alternative 4A ........ 4-2
4.1.1.5 Alternative 4B ........ 4-3
4.1.1.6 Alternative 5A ........ 4-4
4.1.1.7 Alternative 5B ........ 4-4
4.1.1.8 Alternative 6 ........ 4-4
4.1.1.9 Summary of Alternatives for NAS Oceana/NALF Fentress ........ 4-5
4.1.2 MCAS Beaufort ........ 4-6
4.1.2.1 Alternative 1 ........ 4-6
4.1.2.2 Alternative 2 ........ 4-6
4.1.2.3 Alternative 3 ........ 4-6
4.1.2.4 Alternative 4A ........ 4-7
4.1.2.5 Alternative 4B ........ 4-7
4.1.2.6 Alternative 5A ........ 4-7
4.1.2.7 Alternative 5B ........ 4-7
4.1.2.8 Alternative 6 ........ 4-7
4.1.2.9 Summary of Alternatives for MCAS Beaufort ........ 4-7

## Table of Contents - *continued*

4.1.3 MCAS Cherry Point ........ 4-8
4.1.3.1 Alternative 1 ........ 4-8
4.1.3.2 Alternative 2 ........ 4-8
4.1.3.3 Alternative 3 ........ 4-9
4.1.3.4 Alternative 4A ........ 4-9
4.1.3.5 Alternative 4B ........ 4-9
4.1.3.6 Alternative 5A ........ 4-9
4.1.3.7 Alternative 5B ........ 4-10
4.1.3.8 Alternative 6 ........ 4-10
4.1.3.9 Summary of Alternatives for MCAS Cherry Point ........ 4-11
4.1.4 New Outlying Landing Field ........ 4-11
4.1.5 Training Areas ........ 4-12
4.1.6 F/A-18E/F Modeling Parameter Assumptions ........ 4-12

4.2 NAS Oceana and NALF Fentress Projected Environment ........ 4-13
4.2.1 Alternative 1A ........ 4-13
4.2.1.1 Modification to Operational Numbers ........ 4-13
4.2.1.2 Day-Night Average Sound Level Contours ........ 4-18
4.2.1.3 Specific Point Analysis: DNL ........ 4-20
4.2.1.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-20
4.2.2 Alternative 1B ........ 4-24
4.2.2.1 Modification to Operational Numbers ........ 4-24
4.2.2.2 Day-Night Average Sound Level Contours ........ 4-24
4.2.2.3 Specific Point Analysis: DNL ........ 4-29
4.2.2.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-29
4.2.3 Alternative 2 ........ 4-33
4.2.3.1 Modifications to Operational Numbers ........ 4-33
4.2.3.2 Day-Night Average Sound Level Contours ........ 4-33
4.2.3.3 Specific Point Analysis: DNL ........ 4-38
4.2.3.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-38
4.2.4 Alternative 3 ........ 4-42
4.2.4.1 Modifications to Operational Descriptions ........ 4-42
4.2.4.2 Day-Night Average Sound Level Contours ........ 4-42
4.2.4.3 Specific Point Analysis: DNL ........ 4-46
4.2.4.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-46
4.2.5 Alternative 4Ai ........ 4-50
4.2.5.1 Modification to Operational Numbers ........ 4-50
4.2.5.2 Day-Night Average Sound Level Contours ........ 4-50
4.2.5.3 Specific Point Analysis: DNL ........ 4-55
4.2.5.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-55
4.2.6 Alternative 4Aii ........ 4-60
4.2.6.1 Modification to Operational Numbers ........ 4-60
4.2.6.2 Day-Night Average Sound Level Contours ........ 4-60
4.2.6.3 Specific Point Analysis: DNL ........ 4-64
4.2.6.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-64
4.2.7 Alternative 4Bi ........ 4-68
4.2.7.1 Modification to Operational Numbers ........ 4-68
4.2.7.2 Day-Night Average Sound Level Contours ........ 4-68
4.2.7.3 Specific Point Analysis: DNL ........ 4-72
4.2.7.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-72

## Table of Contents - *continued*


4.2.8 Alternative 4Bii .......... 4-76
4.2.8.1 Modification to Operational Numbers .......... 4-76
4.2.8.2 Day-Night Average Sound Level Contours .......... 4-76
4.2.8.3 Specific Point Analysis: DNL .......... 4-80
4.2.8.4 Specific Point Analysis: School Day $L_{eq}$ .......... 4-80
4.2.9 Alternative 5A .......... 4-84
4.2.9.1 Modification to Operational Numbers .......... 4-84
4.2.9.2 Day-Night Average Sound Level Contours .......... 4-84
4.2.9.3 Specific Point Analysis: DNL .......... 4-89
4.2.9.4 Specific Point Analysis: School Day $L_{eq}$ .......... 4-89

4.2.10 Alternative 5B .......... 4-94

4.2.11 Alternative 6A .......... 4-94
4.2.11.1 Modification to Operational Numbers .......... 4-94
4.2.11.2 Day-Night Average Sound Level Contours .......... 4-94
4.2.11.3 Specific Point Analysis: DNL .......... 4-99
4.2.11.4 Specific Point Analysis: School Day $L_{eq}$ .......... 4-99

4.2.12 Alternative 6B .......... 4-103
4.2.12.1 Modification to Operational Numbers .......... 4-103
4.2.12.2 Day-Night Average Sound Level Contours .......... 4-103
4.2.12.3 Specific Point Analysis: DNL .......... 4-107
4.2.12.4 Specific Point Analysis: School Day $L_{eq}$ .......... 4-107

4.3 MCAS Beaufort Projected Environment .......... 4-111
4.3.1 Alternative 1 .......... 4-111
4.3.2 Alternative 2 .......... 4-111
4.3.3 Alternative 3 .......... 4-111
4.3.3.1 Modification to Operational Numbers .......... 4-111
4.3.3.2 Day-Night Average Sound Level Contours .......... 4-112
4.3.3.3 Specific Point Analysis: DNL .......... 4-115
4.3.3.4 Specific Point Analysis: School Day $L_{eq}$ .......... 4-116

4.3.4 Alternative 4A .......... 4-117

4.3.5 Alternative 4Bi with a Parallel Runway .......... 4-117
4.3.5.1 Modification to Operational Numbers .......... 4-117
4.3.5.2 Day-Night Average Sound Level Contours .......... 4-118
4.3.5.3 Specific Point Analysis: DNL .......... 4-122
4.3.5.4 Specific Point Analysis: School Day $L_{eq}$ .......... 4-122

4.3.6 Alternative 4Bii with an OLF .......... 4-125
4.3.6.1 Modification to Operational Numbers .......... 4-125
4.3.6.2 Day-Night Average Sound Level Contours .......... 4-125
4.3.6.3 Specific Point Analysis: DNL .......... 4-128
4.3.6.4 Specific Point Analysis: School Day $L_{eq}$ .......... 4-128

4.3.7 Alternative 5A .......... 4-130

## Table of Contents - *continued*

4.3.8 Alternative 5Bi with an OLF ........ 4-130

4.3.9 Alternative 5Bii with a Parallel Runway ........ 4-130
4.3.10 Alternative 6 ........ 4-131

4.4 MCAS Cherry Point Projected Environment ........ 4-131
4.4.1 Alternative 1 ........ 4-131

4.4.2 Alternative 2 ........ 4-133
4.4.2.1 Modification to Operational Numbers ........ 4-133
4.4.2.2 Day-Night Average Sound Level Contours ........ 4-133
4.4.2.3 Specific Point Analysis: DNL ........ 4-137
4.4.2.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-137

4.4.3 Alternative 3 ........ 4-141
4.4.3.1 Modification to Operational Numbers ........ 4-141
4.4.3.2 Day-Night Average Sound Level Contours ........ 4-141
4.4.3.3 Specific Point Analysis: DNL ........ 4-145
4.4.3.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-145

4.4.4 Alternative 4A ........ 4-149
4.4.4.1 Modification to Operational Numbers ........ 4-149
4.4.4.2 Day-Night Average Sound Level Contours ........ 4-149
4.4.4.3 Specific Point Analysis: DNL ........ 4-153
4.4.4.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-153

4.4.5 Alternative 4B ........ 4-157

4.4.6 Alternative 5 ........ 4-157
4.4.6.1 Modification to Operational Numbers ........ 4-157
4.4.6.2 Day-Night Average Sound Level Contours ........ 4-157
4.4.6.3 Specific Point Analysis: DNL ........ 4-161
4.4.6.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-161

4.4.7 Alternative 6A ........ 4-165
4.4.7.1 Modification to Operational Numbers ........ 4-165
4.4.7.2 Day-Night Average Sound Level Contours ........ 4-165
4.4.7.3 Specific Point Analysis: DNL ........ 4-169
4.4.7.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-169

4.4.8 Alternative 6B ........ 4-173
4.4.8.1 Modification to Operational Numbers ........ 4-173
4.4.8.2 Day-Night Average Sound Level Contours ........ 4-173
4.4.8.3 Specific Point Analysis: DNL ........ 4-176
4.4.8.4 Specific Point Analysis: School Day $L_{eq}$ ........ 4-176

4.5 New OLF Projected Environment ........ 4-180
4.5.1 Operational Scenario ........ 4-180
4.5.1.1 OLF Site A, B, C, D and E Alternative 1B ........ 4-180
4.5.1.2 OLF Site F Alternative 3 ........ 4-181

## Table of Contents - *continued*

4.5.2 Day-Night Sound Level Contours ........ 4-181
4.5.2.1 Day-Night Average Sound Level Contours for OLF Site A, Alternative 1B ........ 4-181
4.5.2.2 Day-Night Average Sound Level Contours for OLF Site B, Alternative 1B ........ 4-184
4.5.2.3 Day-Night Average Sound Level Contours for OLF Site C, Alternative 1B ........ 4-186
4.5.2.4 Day-Night Average Sound Level Contours for OLF Site D, Alternative 1B ........ 4-188
4.5.2.5 Day-Night Average Sound Level Contours for OLF Site E, Alternative 1B ........ 4-190
4.5.2.6 Day-Night Average Sound Level Contours for OLF Site F, Alternative 3 ........ 4-192

4.6 Projected Environment for Airspace ........ 4-194
4.6.1 Alternative 1 ........ 4-194
4.6.1.1 Military Training Routes ........ 4-194
4.6.1.2 Restricted Areas/Ranges ........ 4-194
4.6.1.3 R-5306A/BT-9/BT-11 ........ 4-194
4.6.1.4 Navy Dare County Range ........ 4-198
4.6.1.5 Phelps MOA ........ 4-199
4.6.2. Alternative 2: NKT Scenario ........ 4-200
4.6.2.1 Military Training Routes ........ 4-200
4.6.2.2 Restricted Areas/Ranges ........ 4-201
4.6.2.3 R-5306A/BT-9/BT-11 ........ 4-201
4.6.2.4 Navy Dare County Range ........ 4-205
4.6.2.5 Phelps MOA ........ 4-206
4.6.3. Alternative 3: NBC Scenario ........ 4-207
4.6.3.1 Military Training Routes ........ 4-207
4.6.3.2 Restricted Areas/Ranges ........ 4-209
4.6.3.3 Townsend Bombing Range Complex R-3007A/B/C/D/E ........ 4-209

5.0 Accident Potential Zones ........ 5-1

5.1 Criteria for Accident Potential Zones ........ 5-1
5.2 NAS Oceana and NALF Fentress ........ 5-3
5.2.1 Baseline ........ 5-3
5.2.2 Alternative 1 (Alternatives 1A and 1B) ........ 5-8
5.2.3 Alternative 2 ........ 5-13
5.2.4 Alternative 3 ........ 5-17
5.2.5 Alternative 4A (Alternatives 4Ai and 4Aii) ........ 5-21
5.2.6 Alternative 4B (Alternatives 4Bi and 4Bii) ........ 5-26
5.2.7 Alternative 5 (Alternatives 5A and 5B) ........ 5-29
5.2.8 Alternative 6 (Alternatives 6A and 6B) ........ 5-31
5.3 MCAS Beaufort ........ 5-34
5.3.1 Baseline ........ 5-34
5.3.2 Alternative 1 ........ 5-37
5.3.3 Alternative 2 ........ 5-37
5.3.4 Alternative 3 ........ 5-37
5.3.5 Alternative 4 (Alternatives 4A and 4B) ........ 5-40
5.3.6 Alternative 5 (Alternatives 5A and 5B) ........ 5-46

## Table of Contents - *continued*


5.4 MCAS Cherry Point ..... 5-46
5.4.1 Baseline ..... 5-46
5.4.2 Alternative 1 ..... 5-50
5.4.3 Alternative 2 ..... 5-54
5.4.4 Alternative 3 ..... 5-58
5.4.5 Alternative 4 (Alternatives 4A and 4B) ..... 5-62
5.4.6 Alternative 5 ..... 5-64
5.4.7 Alternative 6 (Alternatives 6A and 6B) ..... 5-68
5.5 OLFs ..... 5-71
5.5.1 Site A Alternative 1B ..... 5-72
5.5.2 Site B Alternative 1B ..... 5-74
5.5.3 Site C Alternative 1B ..... 5-76
5.5.4 Site D Alternative 1B ..... 5-78
5.5.5 Site E Alternative 1B ..... 5-80
5.5.6 Site F ..... 5-82

References ..... R-1

Appendices

Appendix A ..... A-1
Appendix B ..... B-1
Appendix C ..... C-1
Appendix D ..... D-1
Appendix E ..... E-1
Appendix F ..... F-1


## List of Figures


Figure No.

2.2-1 NAS Oceana Vicinity Map ..... 2-4
2.3-1 MCAS Beaufort Vicinity Map ..... 2-6
2.4-1 MCAS Cherry Point Vicinity Map ..... 2-9
2.5.1-1 OLF Site A Vicinity Map ..... 2-12
2.5.2-1 OLF Site B Vicinity Map ..... 2-14
2.5.3-1 OLF Site C Vicinity Map ..... 2-16
2.5.4-1 OLF Site D Vicinity Map ..... 2-18
2.5.5-1 OLF Site E Vicinity Map ..... 2-20
2.5.6-1 OLF Site F Vicinity Map ..... 2-22
2.6-1 Regional Map of Airspace ..... 2-24
3.1.5-1 NAS Oceana Maintenance Run-Up Locations ..... 3-11
3.1.6-1 NAS Oceana and NALF Fentress Average Day Night Noise Contour for 2000 Baseline Conditions ..... 3-13
3.2.4-1 MCAS Beaufort Maintenance Run-Up Locations ..... 3-28
3.2.5-1 MCAS Beaufort Average Day Night Noise Contour for 2000 Baseline Conditions and Alternatives 1, 2, 4A, and 5A ..... 3-30
3.3.4-1 MCAS Cherry Point Maintenance Run-Up Locations ..... 3-42
3.3.5-1 MCAS Cherry Point Average Day Night Noise Contour for 2000 Baseline Conditions ..... 3-45