


Figure 3.1.6-1
NAS Oceana and NALF Fentress
Average Day-Night DNL Noise
Contours for 2000 Baseline Conditions

Source: NOISEMAP 7.1, NMPLOT 4.82, TIGER/Line 2000



Exhibit 6

wyle laboratories