# In the United States Court of Federal Claims

No. 01-201L
(Filed March 23, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REVISED SCHEDULING ORDER**

The defendant's motion to revise the scheduling order is hereby **GRANTED**, and the following changes to the schedule are adopted:

1. Depositions. The parties shall conclude depositions of all witnesses on or by March 31, 2006.

2. Witness Lists. The parties shall add any additional witnesses to the previously submitted witness lists by April 7, 2006.

3. Dispositive Motions. The parties shall file dispositive motions, if any, on or by April 28, 2006. Responses shall be due on or by May 26, 2006. Replies shall be due on or by June 9, 2006.

4. Oral Argument. Oral argument on dispositive motions will be held on **Tuesday, June 20, 2006, at 10:00 a.m.** at the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, D.C.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge