**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Honorable Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFFS' WITNESS LIST**

Plaintiffs, in accordance with the Scheduling Order entered by the Court as modified by agreement of the parties, submit the following list of potential witnesses in the trial of this matter. This list may be modified as additional information is learned. The fact that a person is identified on this list does not indicate that the person will be called as a witness at trial. Further, the fact that a person is identified on this list does not mean that Plaintiffs concede that the person is qualified as an expert in any given field of expertise, or qualified to testify at trial. Plaintiffs retain the right to challenge the qualifications of any witness to testify at trial on any given topic or in total. Plaintiffs may also call witnesses, including expert witnesses, to rebut testimony tendered or placed in evidence by Defendant. Plaintiffs reserve the right to amend this list in connection with the Post-Discovery Conference called for by COFC Rules, Appendix A, Rules 11, 12 and 13(b).

**A. Potential Supporting Witnesses**

See Addendum A

**B. Potential Adverse Witnesses**

See Addendum B

Respectfully submitted,

Dated: April 7, 2006

/s/ Jack E. Ferrebee
Jack E. Ferrebee
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-1539
jferrebee@hoflaw.com

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com
mwolf@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
lwoodward@srgslaw.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiffs' Witness List was sent electronically this 7th day of April 2006 to counsel of record, as follows:

STEVEN D. BRYANT
Environment & Natural Resources Division
Department of Justice
601 D Street, N.W., Rm. 3205
Washington, D.C. 20004

/s/ Jack E. Ferrebee
Jack E. Ferrebee

**Plaintiffs' Witness List - Addendum A - Supporting Witnesses** **4/7/2006**

| | Fname | Lname | Add | Comment |
|---|---|---|---|---|
| 1 | Tom | Askins | 879 Winwood Drive<br>Virginia Beach, VA 23451<br>757-425-5242 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. |
| 2 | Betty | Capps | 4025 Cory Lane<br>Chesapeake, VA 23321<br>757-486-9575 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her former home. |
| 3 | Barbara | Clark | 411 16th Street<br>Virginia Beach, VA 23451<br>757-425-2139 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Witness provided comments during the BRAC 2005 process. Comments can be found at http://brac.gov/LibraryComm.aspx |
| 4 | | Custodian of Records for the City of Virginia Beach | Custodian of Records<br>Municipal Center<br>Virginia Beach, VA 23456<br>757-427-8204 | Expected to authenticate all records regarding AICUZ program, land use decisions within noise contours and records regarding impact of jet noise on homes, structures and public buildings. |
| 5 | Nancy | Darling | 909 Goldsboro Avenue, Virginia Beach, VA 23451<br>757-425-5757 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her home. |
| 6 | James M. "Mike" | Davis | Office of Economic Adjustment<br>400 Army Navy Drive Suite 200<br>Arlington, VA 22202-4704<br>703-604-6020 | Project Manager for Joint Land Use Study (JLUS). Witness is expected to authenticate documents coming from the Joint Land Use Study. |
| 7 | Marguerite | Dickerson | 317 Apasus Trail<br>Virginia Beach, VA 23452<br>757-463-4119 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around her home. |
| 8 | Susan | Dingle | 1701 April Court<br>Chesapeake, VA 23323<br>757-549-2107 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around her former home. |
| 9 | Theodore | Dingle | 912 Carolina Avenue<br>Virginia Beach, VA 23451<br>757-428-2708 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |

Plaintiffs' Witness List - Addendum A - Supporting Witnesses 4/7/2006

| | Fname | Lname | Add | Comment |
|---|---|---|---|---|
| 10 | David | Dubbink | David Dubbink Associates<br>864 Osos Street<br>Suite D<br>San Luis Obispo, CA 93401<br>805-541-5325 | As developer of the Interactive Sound Information System (ISIS), he will authenticate that the ISIS software system replicates noise from jet aircraft operating at NAS Oceana. |
| 11 | Louis | Figari | 624 Secotan Road<br>Virginia Beach, VA 23451<br>757-425-8217 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 12 | William | Gilbert | 925 Earl of Chatham Lane<br>Virginia Beach, VA 23454<br>757-496-5545 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around his home. |
| 13 | Robert | Goodwin | 909 Pillow Drive<br>Virginia Beach, VA 23454<br>757-481-3524 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around his home. |
| 14 | Ronald | Green | 114 London Ridge Road<br>Virginia Beach, VA 23454<br>757-486-0230 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation before and after the arrival of F/A-18 aircraft and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 15 | Karen | Green | 114 London Ridge Road<br>Virginia Beach, VA 23454<br>757-486-0230 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her home. |
| 16 | James K. | Gregory | 700 Oriole Drive 424B<br>Virginia Beach, VA 23451<br>757-428-0775 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Witness provided comments during the BRAC 2005 process. Comments can be found at http://brac.gov/LibraryComm.aspx |
| 17 | Dennis | Gruelle | Appraisal Consultation Group<br>5511 Princess Anne Road<br>Suite 202<br>Virginia Beach, VA 23462<br>757-497-1229 | Expert Appraiser |

**Plaintiffs' Witness List - Addendum A - Supporting Witnesses** **4/7/2006**

| | Fname | Lname | Add | Comment |
|---|---|---|---|---|
| 18 | Carl O. | Helvie | 421 Lake Drive<br>Virginia Beach, VA 23451<br>757-848-9193 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Witness is a current plaintiff who provided comments during the F/A-18 E/F Environmental Impact Statement scoping process.<br><br>Mr. Helvie currently lives at 9 Rileys Way in Hampton, Virginia. |
| 19 | Kenneth | Hill | 925 Lamplight Lane<br>Virginia Beach, VA 23452<br>757-468-5577 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 20 | Janet | Holloway | 404 E. Farmington Road<br>Virginia Beach, VA 23454<br>757-340-8073 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Witness provided comments during the BRAC 2005 process. Comments can be found at http://brac.gov/LibraryComm.aspx |
| 21 | Wayne L. | Hunsperger | Hunsperger & Weston Ltd<br>5889 S. Greenwood Plaza Boulevard<br>Suite 404<br>Greenwood Village, CO 80111<br>303-741-5918 | Expert Appraiser (Potential Rebuttal) |
| 22 | Kimberly | Johnson | 4412 Reynolds Drive<br>Virginia Beach, VA 23455<br>757-363-3660 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around her home. As a real estate agent, she also has knowledge of the impact of jet noise and the noise contours on marketing and selling real estate in Virginia Beach. |
| 23 | Randy | Keel | 2424 Sedgewick Drive<br>Virginia Beach, VA 23454<br>757-431-1837 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around his home. |
| 24 | Marie | Larson | 859 Riverbend Road, Virginia Beach, VA 23452<br>757-368-0228 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her home. |

**Plaintiffs' Witness List - Addendum A - Supporting Witnesses** **4/7/2006**

| | Fname | Lname | Add | Comment |
|---|---|---|---|---|
| 25 | Michael | Leary | 3209 Chicory Court<br>Virginia Beach, VA 23456<br>757-468-9114 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 26 | Harold | Levenson | 2004 Brickell Court<br>Virginia Beach, VA 23454<br>757-496-0745 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 27 | Carroll | Lindsay | 2709 East Kings Road<br>Virginia Beach, VA 23452<br>757-486-0689 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 28 | James | Lyles | 950 Maryland Avenue<br>Virginia Beach, VA 23451<br>757-422-3875 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 29 | Sara | Lynch | 1301 Brant Road<br>Virginia Beach, VA 23451<br>757-428-3157 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her home. |
| 30 | Eileen | May | 620 Little Neck Road<br>Virginia Beach, VA 23452<br>757-431-3622 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her home. |
| 31 | Jeffery | McCreary | 804 Lord Leighton Court<br>Virginia Beach, VA 23454<br>757-496-8019 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around his home. |
| 32 | John M. | Morgan | Towson University<br>8000 York Road<br>Baltimore, MD 21252<br>410-704-2964 | Expert - GIS Maps |

Plaintiffs' Witness List - Addendum A - Supporting Witnesses 4/7/2006

| | Fname | Lname | Add | Comment |
|---|---|---|---|---|
| 33 | Charles | Nash | 2617 Boush Quarter<br>Virginia Beach, VA 23452<br>757-463-2434 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around his home. |
| 34 | Jon P. | Nelson | 642 Glenn Road<br>State College, PA 16803<br>814-237-0157 | Expert Economist |
| 35 | Theresa | Oswald | 2249 North Wolfsnare Drive<br>Virginia Beach, VA 23454<br>757-362-0837 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around her home. |
| 36 | Raymond B. | Palmquist | Department of Economics<br>4116 Nelson Hall<br>North Carolina State University<br>Raleigh, NC 27695-8110<br>919-513-2884 | Expert Economist (Potential Rebuttal) |
| 37 | James | Riddick | 1805 Loganberry Court<br>Virginia Beach, VA 23456<br>757-427-0511 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 38 | Sean | Ryan | 1856 Pathfinder Drive<br>Virginia Beach, VA 23454<br>757-721-2226 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 39 | Graciela | Ryan | 1856 Pathfinder Drive<br>Virginia Beach, VA 23454<br>757-721-2226 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her home. |
| 40 | Al | Saferstein | 748 Virginia Dare Drive<br>Virginia Beach VA 23451<br>(757) 422-0401 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 41 | Alexander | Salzberg | Salzberg Appraisals Inc.<br>633 Independence Boulevard<br>Virginia Beach, VA 23462<br>757-499-4456 | Expert Appraiser |

**Plaintiffs' Witness List - Addendum A - Supporting Witnesses** **4/7/2006**

| | Fname | Lname | Add | Comment |
|---|---|---|---|---|
| 42 | John | Shick | 912 Duke of Suffolk Drive<br>Virginia Beach, VA 23454<br>757-496-4147 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. |
| 43 | Victor | Stauch | 321 Mace Hill Street<br>Virginia Beach, VA 23451<br>757-491-2744 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Witness is a current plaintiff who provided comments during the F/A-18 E/F Environmental Impact Statement scoping process. |
| 44 | Volker "Bill" | Steil | 913 Earl of Essex Arch<br>Virginia Beach, VA 23454<br>757-481-4274 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around his home. |
| 45 | Noral | Stewart | Stewart Acoustical Consultants<br>7406 L Chapel Hill Road<br>Raleigh, NC 27607<br>919-858-0899 | Acoustical Expert<br>(Potential Rebuttal) |
| 46 | Herk | Stokely | 1504 North Horseshoe Circle<br>Virginia Beach, VA 23451<br>757-428-8064 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. |
| 47 | Herbert | Van Nostrand | 305 Corvette Lane<br>Virginia Beach, VA 23452<br>757-486-2751 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around his home. |
| 48 | Betty | Van Nostrand | 305 Corvette Lane<br>Virginia Beach, VA 23452<br>757-486-2751 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her home. |
| 49 | Eddie | Waterman | 2244 Windy Pines Bend<br>Virginia Beach, VA 23456<br>757-430-0610 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft. Plaintiff is expected to testify regarding the operations of jet aircraft over and around her home. |
| 50 | Gregory | Whitley | 2209 Lord Seaton Circle<br>Virginia Beach, VA 23454<br>757-481-9238 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around his home. |

**Plaintiffs' Witness List - Addendum A - Supporting Witnesses** **4/7/2006**

| | Fname | Lname | Add | Comment |
|---|---|---|---|---|
| 51 | Lillian | Wilson | 241 Shipps Lane<br>Virginia Beach, VA 23454<br>757-428-3802 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around her home. |
| 52 | Bonnie Mae | Youngberg | 2801 Shearwater Cove<br>Virginia Beach, VA 23454<br>757-340-4289 | Has knowledge concerning the operations of jet aircraft at Oceana Naval Airstation and has knowledge of the noise from such aircraft over and around her current and former home. |

**Plaintiffs' Witness List - Addendum B - Potential Adverse Witnesses** **4/7/2006**

| | Fname | Lname | Add |
|---|---|---|---|
| 1 | Michael | Abkin | |
| 2 | Lt. Eric | Alderman | |
| 3 | LCDR (Ret) James | Arrighi | Former NAS Oceana Air Traffic Control Facility Officer<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 4 | Capt. (Ret) Eric | Benson | C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, Virginia 23460 |
| 5 | Capt. (Ret) Mark | Benson | C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 6 | Jeffrey | Borowy | |
| 7 | Eric | Boyajian | ATAC Corporation<br>755 N.Mathilda Ave, Ste 200<br>Sunnyvale, CA 94085 |
| 8 | Dan | Cecchini | Head, NEPA Support Section<br>Environmental Planning Branch<br>Naval Facilities Engineering Command Atlantic<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 9 | Capt Mark | Clemente | C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 10 | Cdr. Robert | Collins | |
| 11 | | Custodian of Records for REIN database | |
| 12 | Joe | Czech | Wyle Laboratories<br>2001 Jefferson Davis Hwy<br>Suite 701, Crystal Plza<br>Arlington, VA 22202 |

Plaintiffs' Witness List - Addendum B - Potential Adverse Witnesses 4/7/2006

| | Fname | Lname | Add |
|---|---|---|---|
| 13 | Dr. David | Dale-Johnson | Chief Investment Officer<br>Fog Cutter Capital Group Inc.<br>P.O. Box 2665<br>Portland, OR 97208-2665 |
| 14 | CDR David | Desimone, USN | NAS Oceana Operations Officer<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 15 | Micah | Downing | Wyle Laboratories<br>2001 Jefferson Davis Hwy<br>Suite 701, Crystal Plza<br>Arlington, VA 22202 |
| 16 | Cdr Richard | Erie | |
| 17 | Sanford | Fidell | Fidell Associates, Inc.<br>23139 Erwin Street<br>Woodland Hills, CA 91367 |
| 18 | Raymond | Firenze | |
| 19 | Ruth | Frier | Former NAS Oceana Operations Department<br>Administrative Officer<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 20 | Michael | Germano | 400 North Center Drive<br>Suite 215<br>Norfolk, VA 23502 |
| 21 | David | Gillen | |
| 22 | CDR Dirk | Hebert, USN | Former NAS Oceana Operations Officer<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 23 | Derek | Huber | c/o ATAC Corporation<br>755 N.Mathilda Ave, Ste 200<br>Sunnyvale, CA 94085 |
| 24 | Cdr. Lawrence | Hurley | |

| | Fname | Lname | Add |
|---|---|---|---|
| 25 | CWO (Ret) Danny | Jenkins | Former NAS Oceana Assistant Air Traffic Control Facility Officer<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 26 | Captain Thomas | Keeley | Former Commanding Officer, NAS Oceana<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, Virginia 2346 |
| 27 | Cdr. Frank | Kraemer | |
| 28 | Philip | Logan | |
| 29 | Geral | Long | Wyle Laboratories<br>2001 Jefferson Davis Hwy<br>Suite 701, Crystal Plza<br>Arlington, VA 22202 |
| 30 | Lisa | Mattheis | GIS Department<br>Ecology and Environment, Inc.<br>368 Pleasant View Dr.,<br>Lancaster, NY 14086<br>716-684-8060 x 2254 |
| 31 | James T. | McClave | |
| 32 | Nicholas | Miller | Senior Vice President<br>Harris Miller Miller & Hanson, Inc.<br>15 New England Executive Park<br>Burlington, MA 01803 |
| 33 | Lcdr. (First name unknown)<br>(Former) LT Kyle | Mitsumori | C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, Virginia 234 |
| 34 | Fred | Pierson | Former Community Planning and Liaison Officer, NAS Oceana<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, Virginia 23460 |
| 35 | Lt. Barry | Polk | NAS Oceana Air Traffic Control Facility Officer<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |

**Plaintiffs' Witness List - Addendum B - Potential Adverse Witnesses** **4/7/2006**

| | Fname | Lname | Add |
|---|---|---|---|
| 36 | Commander Todd | Pollard | C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, Virginia 23460 |
| 37 | Lieutenant (First Name Unknown) | Powell | |
| 38 | Robert | Rountree | |
| 39 | Rich (Captain) | Tenga | |
| 40 | Rear Admiral Stephen | Turcotte | |
| 41 | Thomas | Tye | |
| 42 | Commander James | Webb | C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 43 | Lloyd | Wilkinson | |
| 44 | Henry J. | Wise | Pritchett, Ball & Wise, Inc.<br>1389 Peachtree St, NW<br>Atlanta, GA 30309 |
| 45 | LCDR (Ret) Michael | Wulf | Former NAS Oceana Air Traffic Control Facility Officer<br>C/O Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |
| 46 | William C. "Skip" | Zobel | 1336 Penguin Circle<br>Virginia Beach, VA<br>1750 Tomcat Boulevard<br>Virginia Beach, VA |
| 47 | Alan | Zusman | C/o Commanding Officer<br>Naval Air Station Oceana<br>1750 Tomcat Boulevard<br>Virginia Beach, VA 23460 |