# In the United States Court of Federal Claims

No. 01-201L
(Filed April 20, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has received and reviewed plaintiff's first Motion to Compel Production of Discovery ("Motion to Compel"), defendant's Response and Motion for Protective Order, and defendant's Motion for Protective Order Regarding Wyle Laboratories Subpoena. To facilitate the Court's resolution of these motions, defendant is hereby **ORDERED** to submit the following:

1. Requested Documents. Defendant shall provide the Court with unredacted versions of the documents requested by plaintiff's Motion to Compel for *in camera* review, on or by April 28, 2006. Defendant's counsel should contact Eric McDaniel in chambers, at 202-357-6671, to arrange receipt of these documents.

2. Supplemental Privilege Log. On or by April 28, 2006, defendant shall also file with the Court a supplemental privilege log. This log shall identify each person to whom each document was disclosed, and, with respect to these persons, identify their official positions, whether any of them were attorneys, and the purpose for which the documents were disclosed.

**IT IS SO ORDERED**.

/s Victor J. Wolski

**VICTOR J. WOLSKI**
Judge