# In the United States Court of Federal Claims

No. 01-201L
(Filed April 26, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court held a status conference by telephone on April 25, 2006. During the conference, defendant requested an extension until May 2, 2006 to file its supplemental privilege log. Plaintiffs having no objection, defendant shall file its supplemental privilege log on or by May 2, 2006.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge