# EXHIBIT A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROLE AND ROBERT TESTWUIDE, et. al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 01-201 L** |
| | ) | **Honorable Victor J. Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF CAPTAIN THOMAS F. KEELEY, UNITED STATES NAVY**

I, Captain Thomas F. Keeley, United States Navy, state as follows:

**INTRODUCTION AND QUALIFICATIONS**

1. My name is Thomas F. Keeley. I am a Captain in the U.S. Navy and currently assigned as Special Assistant to Commander, Naval Air Force Atlantic, Norfolk, Virginia. Prior to this present assignment, I was Commanding Officer of Naval Air Station (NAS) Oceana, Virginia Beach, Virginia, from 29 April 2003 until 07 October 2005.

2. I graduated from the United States Naval Academy in 1977 with a Bachelor of Science Degree in Engineering Management. I graduated from Old Dominion University in 1993 with a Master of Science in Education. I graduated with distinction from the Naval War College in 2001 with a Master of Arts degree in National Security and Strategic Studies.

3. I am designated a Naval Flight Officer with more than 3,000 hours of flight time in the A-6E Intruder aircraft. I have served five squadron tours (4 active, 1 reserve) of duty along with two shipboard tours of duty, which afforded me the opportunity to fly

out of NAS Oceana regularly at various periods from 1979 through 1997. I also had occasions to fly out of NAS Oceana while assigned as the Commanding Officer during the period noted above.

4. As NAS Oceana's Commanding Officer, I had overall responsibility for all daily operations on and around NAS Oceana, NAS Oceana's Dam Neck Annex, and Naval Auxiliary Landing Field (NALF) Fentress. I was also designated as Air Operations Program Director for the Navy's Mid Atlantic Region, responsible for air operations and related matters for all installations in the Mid Atlantic Region capable of conducting aviation operations and the Navy Dare County target range in North Carolina.

5. As Commanding Officer at NAS Oceana, I was also responsible for implementation and direction of the Air Installations Compatible Use Zones (AICUZ) Program for NAS Oceana and the other Navy airfields in the Mid Atlantic Region.

**History of Naval Air Station Oceana**

6. Naval Air Station ("NAS") Oceana is located in Virginia's southeastern coastal region within the City of Virginia Beach, Virginia. Virginia Beach is part of a larger community known as the Hampton Roads region, which includes six counties and seven cities in addition to the cities of Virginia Beach, Chesapeake, and Norfolk. Located south of the Chesapeake Bay and west of the Atlantic Ocean, NAS Oceana is approximately 100 miles southeast of Richmond, Virginia, and 200 miles northeast of Raleigh, North Carolina. For over sixty-five years, NAS Oceana has been vital to naval aviation and of strategic importance to national defense.

7. NAS Oceana was commissioned on August 17, 1943, and designated a Master Jet Base in 1957. A Master Jet Base is a location which provides permanent home

porting of carrier air wings, and is capable of providing necessary support requirements such as aircraft maintenance and field carrier landing practice facilities for the carrier air wings' squadrons to use when stationed ashore. The Navy's finest tactical jet aircraft have been flown by squadrons assigned to NAS Oceana, including the A-4 Skyhawk (from 1957 until 1994), the F-4 Phantom (from the early 1960s until 1983), the A-6 Intruder (from 1963 until 1997), the F-14 Tomcat (from 1974 until 2006), and the F/A-18 Hornet (from 1994 when one squadron of the F/A-18 A[1] aircraft went into service as the adversary squadron [an adversary squadron engages in mock air-to-air combat with the Navy's other squadrons, using aircraft painted to resemble those of potentially hostile forces] followed by the F/A-18 C/D aircraft, the first squadrons of which arrived at NAS Oceana in December 1998).

8. NAS Oceana is currently home base for 5 carrier air wings, one F-14 squadron and sixteen F/A-18 fighter/attack squadrons assigned to Commander, Fleet Forces Command. These include nine carrier-based F/A-18 C/D squadrons plus one land-based F/A-18 C/D fleet replacement squadron. The F/A-18 C/D squadrons were relocated to NAS Oceana as a result of the 1995 Base Realignment and Closure process. The primary mission of all NAS Oceana carrier based squadrons is to be prepared to conduct timely, sustained combat operations from the sea, in support of our Nation's interests, whenever called upon to do so.

---

[1] The designation of an aircraft, for example, F/A-18 C/D, is known as its "type/model/series." The "type" specifies the aircraft's mission; "F/A" means the aircraft fulfills both a fighter and attack (bombing) mission. The "model" simply refers to when an aircraft went into service; the A-6 went into service before the F/A-18, for example. The "series" simply refers to the version of the aircraft in question; the F/A-18 A version preceded the F/A-18 C/D version, for example. The F/A-18 C is a single seat version of the F/A-18. The F/A-18 D is a two-seat version of the aircraft.

9. As a critical part of the training for this carrier based mission, squadrons stationed at NAS Oceana typically use nearby Naval Auxiliary Landing Field ("NALF") Fentress for Field Carrier Landing Practice ("FCLP") operations (FCLP operations are conducted at NAS Oceana, particularly when multiple air wings are preparing to deploy or based on weather constraints, but NAS Oceana is not a dedicated "bounce field" where FCLP operations are routinely conducted). FCLPs are touch-and-go operations performed on a runway designed to simulate landing on an aircraft carrier. FCLPs are graded by a landing signals officer (LSO). NALF Fentress was established in 1940 and is located approximately 7 miles southwest of NAS Oceana in Chesapeake, Virginia. NALF Fentress is under the command of NAS Oceana.

10. NAS Oceana is located on nearly 5,400 acres and employs over 12,000 Department of the Navy employees. The base spends approximately $400 to $500 million per year in goods and services and has a gross annual payroll of over $773 million, with a total economic impact on the Hampton Roads region exceeding $1.0 billion annually. NAS Oceana is the largest employer in Virginia Beach.

**NAS OCEANA OPERATIONS**

11. I have read the declaration of CDR Richard Erie, the current Air Operations Officer at NAS Oceana, and I agree with his general description of operations at NAS Oceana, including the relative frequency with which the various runways are used. I can say also, based on my long-time personal experience flying in and out of NAS Oceana between 1979 and 1997, that during that entire time the relative frequency of runway use, whatever the precise percentages for any given period, remained generally the same, that

is, Runway 5 was used with the greatest frequency, Runway 23 was the next most frequently used, followed by Runway 32, with Runway 14 being the least used.

12. I can also say, based on my long-time experience flying in and out of NAS Oceana from 1979 to 1997, that landing pattern procedures have remained generally the same. Some changes were made during that time to the altitudes and direction at which the arrival and departure patterns were flown, for example, elevating the altitude of patterns to reduce noise impact, but these changes did not affect the nominal track the aircraft flew over the ground when in the landing patterns. The 1,000 feet altitude for the landing pattern at NAS Oceana has been in effect since at least 1979.

13. I also agree with CDR Erie's description of flight operations as they would have affected the 12 test plaintiffs' properties in July 1999. None of the changes that were made between the times I began flying in and out of NAS Oceana in 1979 and July 1999 would have affected any of the flight operations CDR Erie describes with respect to the 12 test plaintiffs' properties.

**TOUCH AND GO LANDINGS AND FIELD CARRIER LANDING PRACTICE**

14. AS CDR Erie notes in his declaration, NAS Oceana's primary mission is to support naval aviation carrier-based operations and training requirements. I agree with him that landing an aircraft on a moving aircraft carrier at sea is extremely challenging, that this skill is perishable, and that it requires continuous practice.

15. Arrivals and departures are obviously a normal part of the operation of any air station. Because of the requirement for continuous training in carrier landing, touch and go operations – basically practice takeoffs and landings - also are a normal part of the operation of any Navy or Marine Corps air station at which carrier-based aircraft operate

from, because they offer the opportunity for critically-needed practice of the perishable skills of landing at sea. The importance of touch-and-go operations as a normal routine has always been ingrained in the training of naval aviators learning to fly carrier-based aircraft. For this reason, touch-and-go operations have always constituted a substantial portion of the operations at NAS Oceana during the time I am familiar with, going back to 1979.

16. While there is no set number of touch and go landings, it has been my experience that carrier based aircraft will typically perform 1 to 3 touch and go's upon arrival back at the air station if time, fuel, and airfield operations permit.

17. The basic geometry of a carrier based landing pattern, touch and go flight pattern and FCLP patterns for individual aircraft is the same. In my years of flight experience during actual carrier based operations, the at sea parameters of those patterns (the way the patterns are flown at sea) have never changed and are clearly listed in CV NATOPS (NAVAIR 00-80T-105, page 5-19, figure 5-6).

18. A casual observer on the ground outside NAS Oceana would not be able to tell the difference between an individual aircraft flying a touch and go at the station and an individual aircraft flying an FCLP there, not even in terms of altitude, since at NAS Oceana the pattern altitude for both touch-and-gos and FCLPs is 1000 feet. There is a difference in the intensity and duration of FCLP's versus touch and go landings, however.

19. The FLCP periods are normally 45 minutes in duration, in which each aircraft will perform from 7 up to 10 touch and go's or low approaches to a wave off. Since pilots must be prepared to wave off an approach to the ship at the LSO's command,

low approaches (not actually touching down) to a wave off command are part of an FCLP practice too. An FCLP pattern can have as many as 5 aircraft in it at one time. In contrast, an individual aircraft, as I noted above, will typically perform approximately 1-3 touch-and-gos, and, while it is not uncommon to have more than one aircraft in the pattern performing touch-and-gos at the same time, it is generally more on the order of 1-3 aircraft.

**VARIATIONS IN FLIGHT OPERATIONS**

20. During my years flying in and out of NAS Oceana prior to the time of the alleged taking in July 1999, there has always been variation in the way in which aircraft fly the landing pattern. No two flights, even of the same aircraft flown by the same pilot, are identical, nor does each flight proceed at precisely the same altitude throughout the flight or cover precisely the same track over the ground. Some of the variables which can affect each flight include, but are not limited to, the direction and speed of the winds, how many aircraft are in the different patterns, aircraft weight, aircraft configuration, and pilot experience level. Because of the variations I describe above, the actual flight paths are better described as a band rather than a single line. With regard to the "abeam position," i.e., the area directly to the side of the intended point of landing, the area within that band where operations most frequently occur, both in July 1999 and historically, would have depended upon a number of factors, not just those I have already listed, but also the type of aircraft. Some aircraft, such as the F-4 and F/A-18 C/D, tended to fly towards the outer portion of the band. The A-6 and F-14 aircraft tended to fly more towards the inner portion of the band. When there were three or more aircraft in the pattern, aircraft, including the F/A-18 C/D, might fly as much as 2 nautical miles

abeam at the "abeam position" at times depending upon factors such as the ones I listed above.

**Historic Aircraft Noise at NAS Oceana**

21. In addition to having flown in and out of NAS Oceana for years, and having been the Commanding Officer, I have also lived under or near some of the flight patterns, so I understand the issues surrounding aircraft noise from many different perspectives. As a resident of the Pine Ridge neighborhood (the same neighborhood as the Waterman family) for fifteen years, I was often approached by neighbors concerned with the noise from the A-6 Intruder. The design of the A-6 Intruder caused it to fly a slower approach and departure speeds than any of the other jet aircraft I experienced during my years at NAS Oceana, which meant that the aircraft lingered over an area a little longer. Also, the engine exhaust was canted 12 degrees downward from level to help with overall aircraft performance. These two simple factors caused many people to complain about the noise from the A-6 since the loudest noise from A-6 operations lasted longer than with faster and sometimes louder aircraft like the F-4 Phantom.

I hereby swear under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing information is true and accurate to the best of my knowledge and belief.

T. Keeley CAPT, USN
Captain Thomas ~~Keeley~~ Keeley, USN

27 April 2006
Date