# EXHIBIT B

I, Commander Stephen G. Riley III, United States Navy, pursuant to 28 U.S.C. 1746, Declare as follows:

INTRODUCTION AND QUALIFICATIONS

1. My name is Stephen G. Riley III. I am a Commander in the U.S. Navy and have been selected for promotion to Captain. I have been on continuous active duty in the Navy for 35 years as an Air Traffic Controller. I started off my military career in 1971 as an enlisted man and was commissioned an Ensign via the Limited Duty Officer Program (LDO) in 1984. I am the senior Air Traffic Controller in the Navy and am assigned as Head, Airspace and Air Traffic Control Programs, in the office of the Chief of Naval Operations, Pentagon, Washington D.C.

2. As the Head, Airspace and Air Traffic Control Programs, I am responsible for the standardization of Air Traffic Control ("ATC") services being provided to Military and Civil aircraft within airspace delegated to the Navy and Marine Corps by the Federal Aviation Administration (FAA), and for validating the need for and obtaining sufficient funding for all Navy and Marine Corps shore and sea-based air traffic control equipment, including radars, radios, and training simulators. My responsibilities also include developing and implementing air traffic control policy for the Navy.

3. I graduated from Embry-Riddle Aeronautical University, Magna Cum Laude, in 1996 with a B.S. in Professional Aeronautics. In 1998 I received a double Masters degree in Aeronautical Science and Aerospace Operations and Aerospace Management from Embry-Riddle with Highest Honors and was also the class Valedictorian. I have completed most of my class work for a Ph.D. in Professional Aeronautics from Embry-Riddle.

4. My assignments while on active duty as an enlisted controller were at Naval Air Station (NAS) Glynco, Georgia; NAS Patuxent River, Maryland; Tactical Air Control Squadron 22, Naval Amphibious Base Little Creek,Virginia and NAS Oceana, Va. While at NAS Oceana from 1979 to 1984 I served as a controller and progressed to management positions. I was selected to be the Tower Chief (the Tower Chief assists the ATC Facility Officer in managing the control tower, including qualifying and recommending certification of new personnel) in 1979, Radar Chief (the Radar Chief assists the ATC Facility Officer in managing radar operations, including qualifying and recommending certification of new personnel) in 1982 and Training Chief (the Training Chief assists the ATC Facility Officer in training matters, including establishing and maintaining an on the job training program for air traffic controllers) in 1983. There were times that I held any two or all three positions simultaneously.

5. As an Officer my previous assignments included Assistant ATC Facility Officer, NAS Lemoore, Ca; Carrier Air Traffic Control Officer, USS Coral Sea (CV-43), Norfolk, Va; Operations Officer and ATC Facility Officer, Fleet Area Control and Surveillance Facility (FACSFAC), VACAPES, Virginia Beach, Virginia; ATC Facility Officer, NAS Chase Field, Tx; ATC Procedures Specialist, FAA Headquarters, Special MilitaryOPS/Airspace Procedures ATM-420, Washington D.C.; Staff ATC Officer, Commander Naval Air Forces Atlantic, Va; and Navy Liaison Officer, FAA Headquarters Washington, D.C.

AIRCRAFT OPERATIONS COUNTS

6. All Navy/Marine Corps Air Traffic Control Facilities are required to maintain and report the number of aircraft operations conducted at their respective facilities.

Aircraft operations numbers are required to be reported on an annual basis. The requirements for the reporting of aircraft operations, including the appropriate method for counting aircraft operations, were originally contained in Operational Navy Instruction 3721.1 (series). This instruction eventually evolved into the current NATOPS Air Traffic Control Facilities manual, also known as NAVAIR 00-80T-114. The method for counting aircraft operations has not changed in the last 35 years, although as I will explain, the format in which the operations were reported changed beginning with 1996.

7. The form for reporting these aircraft operations numbers is the Air Traffic Activity Report ("ATAR"). The annual ATARs for each Navy and Marine Corps air installation are provided to my office as well as to others, including the FAA. As I will explain below, these reports reflect the number of aircraft *operations* conducted at the airfield in question, not a count of the number of aircraft operating that year at the airfield.

ENTITIES RESPONSIBLE FOR COUNTING AIRCRAFT OPERATIONS

8. Navy and Marine Corps airfields normally have two separate entities that are responsible for air traffic control, although the personnel who work for these two entities are often co-located. These two entities are the control tower and Radar Operations. The control tower and Radar Operations (radar room) each count aircraft operations in a different manner, due to their differing responsibilities.

9. The control tower is responsible for all arrivals and departures at the principal airfield (not any outlying field, such as Naval Auxiliary Landing Field [NALF] Fentress in the case of NAS Oceana) and for other aircraft that pass through the airspace for which the control tower is responsible. Generally speaking, the airspace for which the control

tower is responsible is a circular area extending outward for 5 nautical miles (nm) from the airfield and up to an altitude of 2,500 feet. In the case of NAS Oceana, the airspace for which the Control Tower is responsible generally extends out 5 nm, except that it extends only 4.3 nm in that portion of the NAS Oceana airspace that abuts the airspace for which Norfolk International Airport is responsible (generally north and northwest of NAS Oceana). The control tower personnel only count and report operations flying on Visual Flight Rules ("VFR") that occur in the airspace for which the control tower is responsible. As I will explain below, there are other operations, in addition to VFR operations, that occur in the airspace for which the control tower is responsible, specifically Instrument Flight Rules ("IFR") operations, but these operations are counted by radar room personnel, not control tower personnel.

10. The radar room counts and is responsible for all air traffic control services that the radar room provides to aircraft in the airspace for which the radar room is responsible. The radar room airspace surrounds the airspace for which the control tower is responsible and does not include the airspace for which the control tower is responsible. In other words, the airspace for which the radar room is responsible and the airspace for which the control tower is responsible do not overlap. The exact dimensions of the airspace for which the radar room is responsible for each airfield are spelled out in Letters of Agreement with the FAA. In the case of NAS Oceana, this area varies depending upon a number of factors, including which runway is in use, but it extends well beyond the airspace for which the control tower is responsible, in some cases many miles out, and up to 23,000 feet. Radar room personnel provide separation service (that

is, they ensure adequate separation) for en route aircraft as well as arriving and departing aircraft that pass through the airspace for which the radar room is responsible.

11. Radar room personnel count and are also responsible for providing certain services to aircraft operating in the control tower's airspace. Specifically, the radar room is responsible for providing services to all aircraft that are operating on Instrument Flight Rules ("IFR") in the control tower's airspace, including aircraft arriving on IFR Rules, departing on IFR Rules, and simply passing through the control tower's airspace on IFR Rules. In addition, the radar room provides services to aircraft flying on VFR rules in airspace for which the radar room is responsible, although the number of such VFR operations is relatively small when compared with the VFR operations occurring in the control tower's airspace.

HOW THE CONTROL TOWER COUNTS AIRCRAFT OPERATIONS

12. The control tower counts aircraft operations as follows:

Single aircraft

An arrival (a landing) by a single aircraft is counted as one operation;

A departure (a takeoff) by a single aircraft is counted as one operation;

A single aircraft passing through the airspace for which the control tower is responsible, but with no intentions of making an approach or landing, is counted as one operation;

A single aircraft performing a touch-and-go, low approach or field carrier landing practice is counted as two operations, even though the aircraft never stops moving, because the aircraft is in essence doing both an arrival (in the case of a touch-and-go and FCLP) or near arrival (in the case of a low approach) and a departure.

Multiple Aircraft

A group of two aircraft departing is counted as two operations (three aircraft departing is three operations and so on);

A group of two aircraft arriving is counted as two operations;

A group of two aircraft passing through the airspace for which the tower is responsible, but with no intentions of making an approach or an arrival, is counted as one operation.

HOW THE RADAR ROOM COUNTS AIRCRAFT OPERATIONS

13. The radar room counts aircraft operations differently. Each time the radar room provides assistance to aircraft in its airspace it is counted as one operation. No distinction is made between single and multiple aircraft. In other words, individual aircraft in a group of aircraft being provided service by the radar room are not counted separately. For example, a flight of two aircraft flying together that pass through the airspace for which the radar room is responsible would be counted as only one operation.

AN AIRCRAFT MAY BE COUNTED BY BOTH THE CONTROL TOWER AND THE RADAR ROOM

14. Because the airspace for which the radar room is responsible surrounds the airspace for which the control tower is responsible, an aircraft that enters the airspace of both the control tower and the radar room will be counted by both. For example, an aircraft that is approaching NAS Oceana to land will be counted first by the radar room as one operation when it enters the radar room's airspace and is provided service by radar room personnel, then will be counted again as at least one additional operation (and, in the case of an aircraft entering the control tower's airspace to conduct a touch-and-go, for

example, counted as two additional operations) by the control tower room after completion of the touch-and-go's.

AIRCRAFT OPERATIONS REPORTING BEFORE AND AFTER 1995

15. Prior to 1996 the ATAR was comprised of only one form per airfield, which identified the total number of "aircraft operations," both those conducted on VFR Rules and IFR Rules. The "VFR" number included all VFR operations that occurred in the control tower's airspace as well as a relatively small percentage of VFR operations that occurred in the airspace for which the radar room is responsible. The "IFR" number were all operations counted by the radar room, but, as I said earlier, many IFR operations, while counted by the radar room, in fact occur in the control tower's airspace.

16. For these reasons, it is not possible to determine with precision from the single-form ATARs the total number of aircraft operations that occurred in the airspace for which NAS Oceana control tower was responsible. We can only estimate that number. In order to arrive at that estimate, you would add (1) The "VFR" Total, (2) The "Radar Approaches" Total (which is included in the "IFR" total but was also separately identified on the pre-1996 ATAR), (3) The "ACLS approaches" Total (also included in the "IFR" total; "ACLS" stands for Automatic Carrier Landing System, which is a computer-controlled approach that was reported separately from other "Radar Approaches"), and (4) a large but unspecified portion of the remaining "IFR" Total (by "remaining" I mean the "IFR" total minus the "Radar Approaches" and "ACLS approaches" total).

17. That unspecified portion of the IFR total would include the portion of the IFR operations that are IFR departures (not specified on the ATAR), plus the portion of the

IFR operations that are IFR overflights that enter the Control Tower's airspace (also not specified on the ATAR). A large majority of IFR operations are IFR departures.

18. Because the vast majority of VFR operations on the pre-1996 ATARs occurred in airspace for which the control tower was responsible, and because a large portion of the "IFR" operations total in fact occurred in the airspace for which the control tower is responsible, simply adding the VFR and IFR operations should give you a reasonably close approximation of the total number of reported operations that occurred in the Control Tower airspace. Therefore, when evaluating historical numbers of operations, the "Total" column in block 5 in the pre-1996 ATAR (which combines the VFR and IFR operations) provides a reasonably close approximation of the number of reported aircraft operations that occurred in the Control Tower airspace for a particular year.

19. To take a concrete example, the last line of block 5 on the 1992 ATAR for Oceana has the number 229,384 in the Total column.[1] That number should be reasonably close to the total number of reported operations that occurred in the NAS Oceana Control Tower's airspace that year.[2]

20. Beginning in 1996, however, the ATAR for each airfield has been comprised of two forms. One of these forms explicitly identifies the total number of air operations that occurred within the Control Tower's airspace ("Control Tower Operations"). That number is located in the "Control Tower Operations" ATAR. The total number of

[1] This line totals the two previous lines (IFR and VFR).

[2] When dealing with earlier ATARs (such as those from 1981) that cover periods of less than one year, one must add the data from the two or more ATARS that, together, cover that year. For example, the Total column of the last line of block 5 on the 1 Jan - 30 June 1981 ATAR for Oceana has the number 106,728. The Total column in the last line of block 5 on the 1 Jul 81 - 31 Dec 81 ATAR for Oceana has the number 125,025. Together, those total 231,753 operations reported for 1981 at the NAS Oceana airfield.

aircraft operations in the airspace for which the control tower was responsible would be in the "Total" column of last line of Block 5 of the "Control Tower Operations" ATAR. So, for example, the Total column of the last line of block 5 on the year 2000 "Control Tower Operations" ATAR for NAS Oceana identifies 159, 647 as the number of operations reported that year that occurred in the airspace for which the NAS Oceana Control Tower was responsible.

21. The second form identifies the total number of air operations counted by the radar room ("Approach Control Operations"), whether they occurred in the control tower's airspace or in the radar room's airspace.

22. I have attached a table to my declaration that includes the number of aircraft operations at NAS Oceana as reported on ATARs for all of the years 1980 through 2000 for which the numbers are available. For the years 1981, 1982, 1987 and 1989-1995, the number shown in the table is the number shown in the Total column of Block 5 of the available single-form ATARs for NAS Oceana. For the years 1996-2000, the number shown is the number of aircraft operations in the Total column from Block 5 on the "Control Tower" ATARs for NAS Oceana. For 1980, the number shown on the table is the combined number of aircraft operations in the Total Column from Block 5 from the monthly ATARs for January through November 1980 (NAS Oceana also maintained monthly ATARs). The monthly report for December 1980 is not available.

I hereby swear under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing information is true and correct to the best of my Knowledge.

Stephen G. Riley III

Commander Stephen G. Riley III

21 April 2006

Date

Declaration of CDR Stephen G. Riley III

Table 1

| | |
|---|---|
| 1980: | 131,284 |
| 1981: | 231,753 |
| 1982: | 177,508 |
| 1987: | 142,053 |
| 1989: | 190,555 |
| 1990: | 194,655 |
| 1991: | 219,610 |
| 1992: | 229,384 |
| 1993: | 202,812 |
| 1994: | 166,055 |
| 1995: | 198,953 |
| 1996: | 45,990 |
| 1997: | 53,121 |
| 1998: | 76,559 |
| 1999: | 132,892 |
| 2000: | 159,647 |