# EXHIBIT C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., Plaintiffs, | |
| v. | No.: 01-201L<br>Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | |

**PLAINTIFFS' ANSWERS TO INTERROGATORIES**

COMES NOW the Plaintiff, Carroll Lindsay, and in response to Defendant's First Set of Interrogatories, states as follows:

**INTRODUCTORY STATEMENT AND GENERAL OBJECTIONS**

These answers represent the efforts of Plaintiffs in the presently pending test case to respond to Defendant's written discovery based on the investigation which Plaintiffs' counsel have thus far been able to carry out in connection with the facts relative to this litigation. Unless otherwise stated or suggested "Plaintiffs" refers to those twelve identified properties.

There may exist further information responsive to discovery that is not within Plaintiffs' present knowledge or reasonably available to Plaintiffs. There exist documents relating to the subject matter of Defendants' discovery which Plaintiffs have not yet been given access to, identified, or reviewed, despite their best efforts to do so. There are certainly persons with knowledge relating to the subject matter of Defendant's discovery of whom Plaintiffs are not presently aware. Accordingly, these responses are based upon those facts and information now known to Plaintiffs as well as Plaintiffs' counsels'

**INTERROGATORY NO. 2 -**

For each of the residential properties that are the subject of the test case, please provide a precise description of the interest in that property which you contend was taken by defendant, including in the description:

a. the type of property interest allegedly taken (e.g., fee simple, avigation easement, clearance or clear-zone easement);

b. the month, day, and year you contend that interest was taken by defendant;

c. the factual basis for determining the date you contend the property interest was taken; and

d. the factual basis for your contention that the property interest has been taken by defendant;

**RESPONSE –**

a. Avigation easement.

b. July 1999 and thereafter.

c. The F/A-18 aircraft that were transferred to Oceana produced noise and vibration such that the use and enjoyment of our property was severely impacted. When the last of the F/A-18s arrived in July 1999, the noise level (which had become increasingly disruptive over time from approximately the middle of to late 1998) from these aircraft has made it difficult, if not impossible, to carry on a conversation outside or inside the home of the plaintiff or to talk on the telephone, or to hear the television or radio during flight operations. When these aircraft are operating in a pattern with several aircraft circling every few minutes directly over and around the plaintiff's home, plaintiff find it extremely uncomfortable to be outside. Plaintiff also suffers from these operations when he is inside his home. Before the F/A-18s arrived, the sound of aircraft did not disrupt the use and enjoyment of the plaintiff's home, whether outside or inside.

d. The F/A-18 aircraft responsible for the loss of use and enjoyment of the plaintiff's home are owned and operated by the United States.