# EXHIBIT D

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROLE AND ROBERT TESTWUIDE, et. al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 01-201 L** |
| | ) | **Honorable Victor J. Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF COMMANDER RICHARD S. ERIE**

PROFESSIONAL BACKGROUND

1. My name is Richard S. Erie. I am a Commander in the United States Navy and I am currently assigned as Air Operations Officer, Naval Air Station Oceana in Virginia Beach, VA.

2. As the Air Operations Officer, I am responsible for airfield and operations management of both Naval Air Station (NAS) Oceana and Naval Auxiliary Landing Field (NALF) Fentress. My responsibilities include policy and procedures oversight for both airfields; operations scheduling; air traffic control supervision; arresting gear and visual landing aids maintenance and operations; fire protection and aircraft crash and salvage services; radar/electronics/communications systems maintenance and operations; and the direct supervision of approximately 300 personnel in the safe and orderly operation of air traffic control and training within the NAS Oceana and NALF Fentress areas of responsibility.

3. I graduated from San Diego State University in 1988 with a BA in Geography and received my commission through the NROTC program.

4. My assignments while on active duty have included Student Naval Aviator in training squadrons VT-2, VT-23 and VT-21; F-14 Tomcat flight training in VF-124; a fleet tour [which means my squadron was deployed on an aircraft carrier, in this case the USS NIMITZ (CVN-65)] with Fighter Squadron VF-24, where my duties included being the Maintenance Division Officer and Pilot Training Officer; Instructor Pilot in fighter squadron VF-101 (the F-14 Fleet Replacement Squadron) at NAS Oceana where I was an instructor pilot in the F-14 Tomcat, as well as Maintenance Division Officer and Quality Assurance Officer; another fleet tour in Fighter Squadron VF-154 based in Atsugi, Japan, during which I deployed on the USS KITTY HAWK (CV-63); on the staff of Commander, Fighter Wing Atlantic staff, where I was the Assistant Readiness Officer; and NAS Oceana Assistant Air Operations Officer and Air Show Director. I held that position from August, 2003 to January 2006. I have been serving as the Air Operations Officer since January 2006. My cumulative assignments at NAS Oceana have totaled approximately seven years, during much of which I have dealt with flight operations on a daily basis. I am now medically disqualified from flying.

5. I have flown a total of 2,200 hours in different aircraft, including 1,850 hours in the F-14 A and F-14 B Tomcat, and have approximately 500 carrier landings in the F-14 A. I flew

extensively from and around NAS Oceana from 1996 to 1998 during my tour as an instructor pilot in VF-101.

NAS OCEANA OPERATIONS

6. I have reviewed the declaration of my predecessor as the NAS Oceana Operations Officer, CDR Dirk Hebert, which was dated March 6, 2002, and which I understand was submitted to the court shortly afterward. I agree with CDR Hebert's description of the runway layout and usage of runways at NAS Oceana, which is in paragraph 3 of his declaration, but will provide more detail in order to assist the court in understanding the remainder of my declaration.

7. As CDR Hebert stated, NAS Oceana has two sets of parallel runways that intersect each other at a right angle. The nomenclature used to describe each runway is derived from its relationship to a compass. A heading of due north is termed "360 degrees" or "THREE SIX ZERO" when spoken; a heading of due east is "090 degrees" or "ZERO NINE ZERO" when spoken. When describing a runway, its name is taken from its heading on the compass and shortened for brevity by removing the "zero" on either end. Because every runway operates in both directions, every runway will have two names with each name being 180 degrees opposite on the compass. For example:

A runway heading 030 degrees and 210 degrees (030 deg + 180 deg = 210 deg)

*Written name – Runway 3/21*

*Spoken name – "RUNWAY THREE" or "RUNWAY TWO ONE"*

8. Further, many large airfields will have two runways constructed side by side that run in the same direction and are parallel to each other. This necessitates specificity with respect to which runway one is talking about and the convention is to use the term "left" or "right" when referring to each runway. This adds an extra layer of complexity to runway nomenclature but is clear with careful consideration. In the above example, if this notional runway had a parallel runway with it, the example would become:

Two parallel runways heading 030 degrees and 210 degrees

*Written name – Runway 3R/21L and Runway 3L/21R*

*Spoken name – "RUNWAY THREE RIGHT/TWO ONE LEFT"*

*or*

*"RUNWAY THREE LEFT /TWO ONE RIGHT"*

Based on the above discussion, the dual intersecting runways at NAS Oceana are Runways 5/23 Left and Right (oriented northeast/southwest) and Runways 14/32 Left and Right (oriented northwest/southeast).




9. The runway in use at NAS Oceana at any given time, including at any given time during July 1999, would have been a function of the winds at the time. The Air Operations Manual in effect in July 1999, NAS Oceana Instruction (NASOCEANAINST) 3710.1Q, which is dated 5 June 1998, stated that when the wind velocity was 10 knots or less, the active runway would be either 5L/R or 23L/R, "as determined by wind direction and forecast wind direction/velocity." When the winds were more than 10 knots, the instruction stated that the active runway would be the runway "most nearly aligned with the wind."

10. In addition to understanding the layout and nomenclature of an airfield's runways, it is equally important to understand the basic departure, arrival and landing procedures used by aircraft operating out of an airfield. While the specific departure and arrival procedures will vary from airfield to airfield based on numerous factors (airspace constraints, proximity of other airfields & flight routes, geography, terrain, cultural features, etc), they all share the common purpose of providing for the safe sequencing (that is, providing sufficient separation) of aircraft out of and back into an airfield. Commonly called "course rules," these procedures are locally generated based on the factors listed above in addition to many others.

11. Departure course rules typically incorporate directions to be followed immediately after takeoff such as heading/turn information and altitude guidance (level off or climb). For example, when departing from Runways 5L/R or 14L/R at NAS Oceana, aircraft headed for southerly destinations or training ranges are directed after takeoff that "upon commencing right turn out, climb to 4000 and turn to a heading of 210 degrees."

12. Arrival course rules are intended to deconflict departing and arriving traffic (laterally and in altitude) and to allow for the safe sequencing of the aircraft arriving for landing at the airfield. They normally incorporate guidance to fly to specific navigation fixes (or positions) at specific altitudes and to fly specific headings to arrive at a position to enter the "overhead pattern" or VFR (Visual Flight Rules) landing pattern.

13. I am familiar with the VFR landing patterns and Instrument Flight Rules (IFR) radar approach patterns at NAS Oceana based on my extensive personal experience flying those

patterns and based on my responsibilities first as Assistant Air Operations Officer and now Air Operations Officer. As is the case with any Navy or Marine Corps air station at which carrier-based aircraft are stationed, the shore-based VFR landing procedures and pattern at NAS Oceana are designed to mirror the procedures and pattern used when landing on an aircraft carrier at sea.

14. Landing a tactical aircraft on a moving (sometimes pitching and rolling) ship in daylight hours is an extremely difficult endeavor; at night it becomes arguably the most challenging maneuver in aviation. The patterns flown day and night around the aircraft carrier are designed to maneuver each aircraft into a position behind the ship where the pilot can visually acquire the "ball" or FLOLS (Fresnel Lens Optical Landing System). The FLOLS is a series of lights that allow the pilot to determine visually with great accuracy his position relative to the 3.5-degree glide slope. It is this system that allows him to make the appropriate power setting and control surface inputs to maneuver to a safe landing. While the basic "stick and rudder" skills required to perform this feat are learned early in a flying career, the fine motor skills to do it safely and successfully every time are perishable, necessitating continuous refresher training. As a result, it has become an institution in Naval Aviation that one practices for shipboard landing on every shore-based landing, hence the fact that every runway in use at a Navy field has a FLOLS at the approach end so that pilots may always practice "flying the ball". A major component of these practices for shipboard landing is performing touch-and-go operations, since they provide further, critically-needed, practice of these skills. Touch-and-go operations are a normal part of the operation of NAS Oceana.

15. The VFR landing pattern can be best characterized as a left-hand turning racetrack or oval pattern oriented along a runway heading with one end of that oval being a descent to landing. When landing at sea, the altitude of the landing pattern is 600 feet. The landing pattern altitude at NAS Oceana is 1,000 feet and has been that altitude for many years. The dimensions of portions of this oval pattern may vary to a minor degree, but in general, all carrier aviators strive to recreate the "approach turn" or turn to landing in the exact dimensions every time, endeavoring to consistently arrive at a position 1.1 to 1.5 nautical miles abeam (directly to the side) of the intended point of landing, at 1,000 feet above ground (1.25 to 1.70 statute miles).

16. Specific positions along the pattern have specific names and are important to understand because each position has its own aircraft parameters that the pilot is looking to maintain. The diagram below is illustrative of a notional landing pattern.




17. Aircraft enter the pattern by performing "the break," which means they fly upwind in the direction of the runway heading and then execute a level turn (the "crosswind turn") to head downwind. At NAS Oceana, "the break" is performed at an altitude of 1,500 feet. Once on the downwind heading, aircraft descend to pattern altitude and decelerate to landing configuration as they move towards "the 180" (the point at which the aircraft begins its turn to land). "The 90" is the point halfway through the approach turn.

18. The location where the "crosswind turn" takes place will vary depending upon a number of factors, including the number of aircraft in the pattern. In general, the more aircraft in

the pattern, the more the oval will extend. In my notional pattern diagram, this means that the crosswind turn would move up toward the top of the page. When this occurs, the length of the downwind leg lengthens as well.

19. At the other end of the pattern, the location where the "approach turn" takes place will also vary, but to a much lesser degree than with the "crosswind turn." Once at the "abeam position" (directly to the side of the intended point of landing), the pilot will need to extend for a period of seconds based on wind speed in the upwind direction. When winds in the upwind direction are light, the aircraft will have to fly a longer *downwind* leg before it begins its approach turn, to allow enough room for the aircraft to still have the required 15-18 seconds for the final approach heading. When this occurs the "approach turn" end of the oval will lengthen. Conversely, with higher winds in the upwind direction, the "approach turn" turn will occur closer to the ideal abeam position, because the winds will help create the desired 15-18 seconds on final approach heading.

20. In addition, the lateral distance of "the 180" from the intended touchdown point will also vary within a targeted range of 1.1 to 1.5 nautical miles depending upon factors such as winds, the type of aircraft being flown and how experienced the pilot is.

21. Aircraft at NAS Oceana (and all other air stations I'm familiar with where Navy carrier-based aircraft are stationed) fly primarily left hand patterns, since the landing pattern at the aircraft carrier during the day is a left hand pattern. It is possible to conduct a right hand landing pattern but since this is not the pattern flown at sea, any training that results is of little to no benefit and as a result right hand patterns are rarely used.

22. The following diagram depicts the notional landing patterns for each of the runways at NAS Oceana. This diagram is not drawn to scale, it is simply offered to help explain in general terms the visual landing patterns for the runways at NAS Oceana.




23. The landing patterns depicted above are flown routinely around NAS Oceana and are used exclusively when weather conditions permit flying by VFR or "Visual Flight Rules." When

weather conditions require the field to be under IFR (Instrument Flight Rules) all approaches to landing are conducted by a "straight-in" pattern.

24. For these straight in approaches, each aircraft is radar vectored to arrive on a final approach heading to the active runway at approximately 7-10 miles from the touchdown point and at an altitude of 2,000 feet. At 6-7 miles from the touchdown point, the aircraft intercepts a 3.5-degree glide slope and descends at a nearly constant rate until touchdown. Aircraft will receive azimuth (heading) guidance and glide slope information ("high" or "low") until they have the field in sight at which time they'll proceed visually to land utilizing the FLOLS. This straight-in pattern is required during actual IFR conditions but is routinely practiced in day or night VFR conditions to maintain proficiency in performing landings in IFR conditions at sea.

25. The degree to which each runway is used at NAS Oceana has remained generally consistent for the entire period I'm familiar with, with Runway 5L/R being the most used, followed by Runway 23L/R, then to a significantly lesser extent by Runway 32L/R and finally, least of all (approximately 2% of the time), Runway 14L/R. This runway usage is consistent with published documents related to NAS Oceana I am aware of. For example, the Airfield and Airspace Operational Studies published by ATAC Corporation in 1998 as part of the Environmental Impact Statement process leading up to the relocation of the F/A-18 C/D aircraft, and in 2002 as part of the F/A-18 E/F East Coast basing process, both state that runway usage for runways 5L/R, 23L/R, 32L/R and 14L/R was 50%, 34%, 14% and 2% respectively.

26. The runway in use on any given day can change a number of times during that day depending on wind conditions. As a result, it is not possible to determine the precise number of operations on a specific runway by simply using the runway utilization percentages above with the total number of daily/monthly/annual operations for the airfield. In general, though, the percentages should hold true for any period of time and can provide a rough indicator of how many operations were conducted on a given runway.

EFFECT OF FLIGHT OPERATIONS ON THE TEST PLAINTIFFS' PROPERTIES

27. I will address the relationship of flight operations to each of the 12 test plaintiffs' properties at the time of the alleged taking in July 1999 below. Unlike the above discussion of the dimensions and specifics of the VFR landing pattern, all distances below are in statute rather than nautical miles.

CAPPS PROPERTY

28. This property is located approximately 0.75 miles from the approach end of runway 14R, approximately 0.3 miles from the extended centerline of that runway, and approximately 1.5 miles abeam (to the side of) runway 5L and 23R (the term "extended centerline" refers to an imaginary line extending from the approach end of a runway a nominal distance. This term is generally used to assist in describing whether an aircraft coming in for a landing is lined up with the centerline of the runway itself). This property is roughly under the "downwind" for Runway 5L/R and "the 90" for Runway 14L/R.

RUNWAY 5L/R

29. When Runway 5L/R was in use, aircraft entering the landing pattern for this runway via "the break" would regularly have flown directly over or within approximately ½ mile laterally of the Capps property at an altitude of approximately 1,500 feet. These aircraft would have had less of a noise impact on the ground since they would have been at very low or idle power settings during this maneuver. Once on the downwind leg, aircraft in the VFR landing pattern for Runway 5L/R would have regularly flown over or within approximately ½ mile laterally of the Capps property at an altitude of approximately 1,000 feet.

RUNWAY 32L/R

30. Aircraft departing on Runway 32L/R and headed north or east would have turned right and flown over or within approximately one mile laterally of the Capps property at an altitude of approximately 1,500 feet or higher as they climbed out. Aircraft departing on Runway 32L/R and headed towards the south would have turned left on takeoff and would have been flying at an altitude of approximately 1,500 feet or higher. Aircraft in these operations would not have overflown this property, although the property would have experienced noise from these operations from the aircraft pointing their exhaust nozzles towards the property during the departure turn.

RUNWAY 14L/R

31. This property is also underneath the VFR landing pattern for Runway 14L/R. It is near "the 90" (again, the point halfway through the "approach turn") for those runways, so during the roughly 2% of the time when Runway 14L/R was in use aircraft would have flown over or within approximately ½ mile laterally of the Capps property at an altitude of approximately 450-500 feet.

32. When weather conditions do not allow for safe operations under VFR conditions and it is necessary to go to IFR ("Instrument Flight Rules"), aircraft typically fly a straight-in radar-controlled approach, as opposed to flying the oval pattern I've described above. During those very infrequent occasions when Runway 14L/R was being used AND NAS Oceana was in IFR conditions, aircraft using the straight-in IFR radar approach to Runway 14L/R would not have directly overflown this property, but would have flown within approximately 0.3 miles laterally of it, at an altitude of approximately 800 feet, as they were on glide slope for final approach.

HOAG PROPERTY

33. The Hoag property is approximately 1.4 miles northeast and approximately 1.0 mile east of the extended centerline of Runway 23L. It is very near the "approach turn" for Runway 23.

RUNWAY 23L/R

34. When Runway 23L/R was in use, and because this property is near the "approach turn" for Runway 23L/R, aircraft would have routinely flown over or nearly over this property within ½ mile at an altitude of 500-800 feet during approach to landing.

RUNWAY 5L/R

35. Aircraft departing NAS Oceana on Runway 5L/R generally proceed straight ahead towards the ocean or turn right towards the south. The track for these departures would not typically be closer than 1 - 2 miles to the Hoag property and at their nearest approach to this property, the aircraft would be at an altitude of approximately 1,500 to 2000 feet as they climbed out to 4,000 feet.

RUNWAY 14L/R

36. During the roughly 2% of the time that Runway 14 L/R was in use, aircraft in the break at 1,500 feet and aircraft on the downwind leg at 1,000 feet may have flown within approximately ½ mile laterally of the Hoag property.

DINGLE PROPERTY

37. The Dingle property is approximately 1.6 miles northeast and approximately 1.4 mile east of the extended centerline of Runway 23L/R. Like the Hoag property, it is very near the "approach turn" for Runway 23L/R, although it is slightly further away from Runway 23L/R than is the Hoag property.

RUNWAY 23 L/R

38. When Runway 23 L/R was in use, it would not have been unusual for aircraft wider than normal on the downwind leg and just beyond a nominal "180 position" to have flown over or within approximately ½ mile laterally of the Dingle property, at an altitude of approximately 500-800 feet

RUNWAY 5L/R

39. Aircraft departing NAS Oceana on Runway 5L/R generally proceed straight ahead towards the ocean or turn right towards the south. The track for these departures would not typically be closer than 1 - 2 miles to the Dingle property and at their nearest approach to this property, the aircraft would be at an altitude of approximately 1,500 to 2000 feet as they climbed out to 4,000 feet.

RUNWAY 14L/R

40. During the roughly 2% of the time that Runway 14L/R was in use, aircraft in the break at 1,500 feet and aircraft on the downwind leg at 1,000 feet may have flown within approximately ½ mile laterally of the Dingle property.

LEVENSON PROPERTY

41. The Levenson property is approximately 2.25 miles abeam Runway 5L/23R. This places the property outside the visual landing pattern for Runway 5L/R. It is also at just past the "180" position for the visual landing pattern for Runway 14L/R.

RUNWAY 5L/R

42. When Runway 5L/R was being used, aircraft in the downwind leg would routinely have flown within approximately ½ to 1 miles of the Levenson property at an altitude of approximately 1,000 feet. Only if aircraft were extremely wide abeam, however, would they have directly overflown the Levenson property, and it would have been unusual for an aircraft to be that wide abeam. The Levenson property would also have experienced noise from aircraft in "the break" for Runway 5L/R at an altitude of approximately 1,500 feet, but again the property would have been directly overflown only if the aircraft was extremely wide abeam, which would have been unusual, and any noise impact on the ground would have been less than from an aircraft flying the downwind leg for 5L/R since the aircraft would have been higher and typically would have been flown at a very low or idle power setting.

RUNWAY 14L/R

43. Since the Levenson property is located near the nominal "90 position" for Runway 14L/R, then during the roughly 2% of the time when that Runway was being used, aircraft flying the VFR landing pattern for this runway would fly over or within ½ mile of it during the approach turn. The aircraft in both situations would be at an altitude of approximately 450 to 550 feet. In light of the infrequent usage of Runway 14L/R, and the variations I have described, any direct overflight of the Levenson property would have been very infrequent.

RUNWAY 32L/R

44. This property would also will have experienced noise from aircraft departing on Runway 32L/R and turning left or right on departure course rules. These aircraft would be climbing through 1,000 feet to 4,000 feet and their ground track would vary greatly, so it is certainly possible the Levenson property would have been overflown during these operations (by aircraft turning right after departure), but it would not have been a regular event.

LINDSAY PROPERTY

45. The Lindsay property is approximately 2.5 miles abeam Runway 5L/23R. This places the property well outside the visual landing pattern for Runway 5L/R.

RUNWAY 5L/R

46. When Runway 5L/R was being used, aircraft in the downwind leg would routinely have flown within approximately ¾ mile to 1 mile of the Lindsay property at an altitude of approximately 1,000 feet. Only if aircraft were extremely wide abeam (even wider abeam than in the case of the Levenson property, which is slightly closer to NAS Oceana) would they have directly overflown the Lindsay property, however, and it would have been even more unusual for an aircraft to be wider abeam than it would have been in the case of the Levenson property. Additionally, aircraft entering the pattern via the break maneuver would fly a similar ground track as above, but at 1,500 feet and at a significantly lower power setting.

RUNWAY 32L/R

47. This property would also have experienced noise from aircraft departing from Runway 32L/R and turning left or right. These aircraft would have been climbing through 1,000 feet to 4,000 feet and their ground track would have varied, so it is certainly possible, as it was with the Levenson property, that the Lindsay property would have been overflown during these operations (in the case of the Lindsay property by aircraft turning left after departure), but based on the location of the Lindsay property with respect to Runway 32L/R any direct overflights would have been rare.

RUNWAY 14L/R

48. This property would have experienced noise from aircraft entering the visual landing pattern for Runway 14L/R via "the break" on an infrequent basis. Aircraft entering the break for Runway 14 would fly to the west of the airfield (remaining within 4.3 nautical miles, the westernmost extent of NAS Oceana air space) and then execute a turn to line up with the runway. This maneuver requires a fairly tight turn because of the airspace constraints unique to Runway 14 and the ground track of aircraft executing this maneuver would vary greatly depending on angle of arrival, number of aircraft in the flight (larger formations requiring a wider turn to line up) and pilot technique. The Lindsay property's position relative to the arrival end of Runway 14, however, would indicate that aircraft conducting this maneuver would fly over or nearly over (within ½ to 1 mile) at an altitude of 1,500 feet. During those very infrequent occasions when Runway 14L/R was in use AND the airfield was also in IFR conditions, the Lindsay property would have experienced noise from aircraft on straight-in IFR radar-controlled approaches to Runway 14L/R as they passed by at an altitude of approximately 1,000 feet. The property would not typically have been overflown during those operations, however.

VAN NOSTRAND PROPERTY

49. The Van Nostrand property is approximately 2.5 miles abeam Runway 5L/23R and is well outside the visual landing pattern.

RUNWAY 5L/R

50. When Runway 5 L/R was in use, aircraft in the downwind leg would routinely have flown within approximately 3/4 to 1 miles of the Van Nostrand property at an altitude of approximately 1,000 feet. For an aircraft to fly over the Van Nostrand property when landing on Runway 5L, it would have to be extremely wide abeam and well past the turn point for the approach turn. For an aircraft to fly over this property when landing on Runway 5R, it would have to be extremely wide abeam. In either case, a significant deviation from the VFR pattern would be required for direct over flight of the Van Nostrand property. This property would also have experienced noise from aircraft in "the break" for Runway 5L/R at an altitude of approximately 1,500 feet, but would have been directly overflown only if the aircraft was extremely wide abeam, which would have been unusual, and any noise experienced on the

ground would have been less than from an aircraft flying the downwind leg for 5L/R, since the aircraft would have been higher and typically would have been flown at a very low or idle power setting, since the aircraft is decelerating during this maneuver.

RUNWAY 32L/R

51. The Van Nostrand property would also have experienced noise from aircraft departing NAS Oceana on Runway 32 L/R that turned left (toward the south) and were flying at approximately 2,000 feet while climbing to assigned altitude, but this property would not have been routinely overflown during these departures.

RUNWAY 14L/R

52. Much like the Lindsay property, this property would also have experienced noise from aircraft entering the visual landing pattern for Runway 14L/R via "the break" on a very infrequent basis. Based on the position of the Van Nostrand property with respect to the approach end of Runway 14, and the fact that the arrival ground tracks would vary more with increased distance from the airfield (due to angle of arrival, number of aircraft in the flight, pilot technique, etc), any over-flight or near over-flight (at 1,500 feet) would be unpredictable and very infrequent.

MAY PROPERTY

53. The May property is nearly 4 miles abeam Runway 5L/23R and so is nearly outside NAS Oceana tower-controlled airspace.

RUNWAY 14L/R

54. The May property would have experienced some very infrequent and minimal noise from aircraft headed towards "the break" for Runway 14L/R. These aircraft would have been flying at an altitude of approximately 1,500 to 2,000 feet and would usually have passed well south of the property on the way to the airfield.

55. On the very infrequent occasions when Runway 14L/R was in use AND NAS Oceana was also in IFR conditions, aircraft on IFR/Radar approaches to NAS Oceana would have flown within ¾ to 1 mile of the May property, but not over it, at an altitude of approximately 1,500-2,000 feet. Finally, it is possible that aircraft flying between Chambers Field (Naval Air Station Norfolk) and NAS Oceana would have flown within 1 or 2 miles of the May property at an altitude of approximately 2,000 feet, but this would have happened very infrequently, maybe once per month.

HILL PROPERTY

56. The Hill property is approximately 1.7 miles West and approximately 1.2 miles North of the extended centerline of Runway 5L/R.

RUNWAY 5L/R

57. The Hill property is just past the "180 position" for Runway 5L/R and so would have been routinely overflown by aircraft in the landing pattern for Runway 5L/R. These aircraft would have passed directly over or within approximately 1/2 mile of this property at an altitude of approximately 700-800 feet as they descended in the "approach turn."

RUNWAY 32L/R

58. This property would occasionally have experienced aircraft noise from traffic departing from Runway 32L/R making left turns towards the south. These aircraft would be in a climbing turn to 4,000 feet and may have passed within ½ to 1 miles of the property at an altitude of approximately 2,000-3,000 feet, but the property would not typically have been overflown during these flights.

Runway 14L/R

59. The Hill property would very infrequently have also experienced aircraft noise from arriving traffic heading for the visual landing pattern for Runway 14L/R. These aircraft would be at approximately 1,500-2,000 feet and flying to line themselves up with Runway 14 for the overhead break maneuver. The flight track of these aircraft would have varied depending upon a number of factors, including how experienced the pilot was and how many aircraft were in the pattern, so it is certainly possible that the property would have been overflown. Given the combination of the low percentage use of Runway 14L/R and the variation in flight tracks, any such overflights would not have occurred often.

RIDDICK & LEARY PROPERTIES

60. These properties are approximately 2.5 and 2.8 miles respectively from the approach end of Runway 5R and approximately 0.5 miles laterally to the south of the extended centerline of Runway 5R.

RUNWAY 5L/R

61. These properties would regularly have experienced noise from aircraft landing on Runway 5L/R either in the visual landing pattern or on straight in approaches. It would have been unusual for these properties to be overflown when a visual landing pattern was being used as these properties are on the opposite side of the left hand racetrack pattern; however, the Riddick and Leary properties certainly would have seen and heard aircraft in their approach turn to Runway 5L/R. Aircraft in the visual landing pattern for Runway 5L/R would have been no closer than ½ mile from these properties at an altitude of 400-800 feet. Aircraft on a straight in approach would have flown within approximately ½ - 1 mile of these properties, at an altitude of approximately 500-1,000 feet, but would not normally have directly overflown the properties.

RUNWAY 23L/R

62. Both properties are near the departure route for aircraft taking off from Runway 23L/R and aircraft would routinely have flown directly over or within approximately ½ mile of this property as they climbed out at an altitude of approximately 1,500-2,000 feet. Also, when aircraft departed NAS Oceana from Runway 23L/R to make the short trip to NALF Fentress to perform Field Carrier Landing Practices (FCLPs) on Runway 23 there, these aircraft would have flown within approximately ½ mile of these properties at an altitude of approximately 1,000 feet.

WATERMAN PROPERTY

63. The Waterman property is approximately 1.1 miles West and approximately 2.4 miles South of the approach end of Runway 5R and is not directly underneath any visual landing patterns.

RUNWAYS 5L/R AND 23L/R

64. Aircraft may have flown directly over or within a mile of this property when conducting IFR/radar approaches to Runway 5L/R and Runway 23L/R. These patterns are used on a regular basis (nearly daily) for training purposes, whether or not the airfield is in IFR conditions. These IFR/radar patterns, which are East of the airfield, are racetrack-shaped, as are the visual landing patterns, but are at a higher altitude, 2,000 feet. Any overflights that would have occurred from aircraft in those patterns would therefore have occurred at approximately 2,000 feet.

65. Aircraft departing from NAS Oceana Runway 5L/R making the short trip to NALF Fentress would have flown over or within 1 to 2 miles of the Waterman property at an altitude of approximately 1,500 feet. Also, aircraft departing on Runway 23L/R for areas to the East may have overflown directly over or within 1 to 2 miles of this property at an altitude of approximately 1,500-2,000 feet as they climbed to 4,000 feet.

66. Aircraft on an extremely wide downwind leg for Runway 23L/R may have flown within 1 mile of this property, but they would not have regularly overflown it.

RYAN PROPERTY

67. The Ryan property is approximately 3.5 miles south of the approach end of Runway 32 and is not near any visual landing patterns at NAS Oceana.

RUNWAY 5L/R

68. Similar to the Waterman property, aircraft may have flown directly over or within 1 mile of this property at an altitude of 2,000 feet when conducting IFR/radar approaches to Runway 5L/R and Runway 23L/R.

69. This property would also have experienced noise from aircraft departing Runway 5L/R and turning toward the south. These aircraft would have passed within approximately 1

mile of the Ryan property at an altitude of approximately 3,000 feet as they climbed up to 4,000 feet on departure course rules, but would not have routinely overflown it. The Ryan property would also have experienced noise from aircraft departing NAS Oceana Runway 5L/R and making the short trip to NALF Fentress to conduct FCLPs on Runway 5 there. When this pattern was being flown, aircraft would have departed on Runway 5L/R at Oceana, turned right (toward the ocean), and climbed to 1,500 feet for the flight to Fentress. This property would not routinely have been overflown during these flights, however.

RUNWAY 23L/R

70. This property would have experienced noise from aircraft departing from Runway 23L/R that turned toward the ocean, flying at an altitude of approximately 3,000 to 4,000 feet, but the property would not have been routinely overflown during these flights

I hereby swear under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing information is true and accurate to the best of my knowledge and belief.

[signature]

Commander Richard Erie, USN

27 April 2006

Date