# EXHIBIT E

# REVISED REPORT OF SANFORD FIDELL

**IN TESTWUIDE *et al.* *v.* THE UNITED STATES OF AMERICA**
**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

29 March 2006

Prepared for:

**U.S. DEPARTMENT OF JUSTICE**
Environment and Natural Resources Division
601 D Street, NW
Washington, D.C. 20004

Prepared by:

Sanford Fidell
**FIDELL ASSOCIATES, INC.**
23139 Erwin Street
Woodland Hills, California 91367

# Table of Contents

1 **INTRODUCTION AND SUMMARY** . . . . . 1
1.1 PURPOSE OF REVISED REPORT . . . . . 1
1.2 SUMMARY OF OPINIONS . . . . . 1
1.3 PERSONAL BACKGROUND . . . . . 2

2 **RECONSTRUCTION OF AIRCRAFT NOISE EXPOSURE AT TEST PLAINTIFFS' HOMES** . . . . . 3
2.1 USE OF NOISEMAP SOFTWARE TO CALCULATE AIRCRAFT NOISE EXPOSURE LEVELS . . . . . 3
2.2 INFORMATION AVAILABLE FOR RECONSTRUCTION OF AIRCRAFT NOISE EXPOSURE AT TEST PLAINTIFFS' HOMES . . . . . 4
2.2.1 1972, 1975 and 1978 Noise Exposure Contours . . . . . 4
2.2.2 1982 "OC600" Retrospective Analysis . . . . . 5
2.2.3 1988 "OC1" Retrospective Analysis . . . . . 5
2.2.4 1993 "Baseline" Case . . . . . 5
2.2.5 1997 "Baseline" Case . . . . . 6
2.2.6 2000 "OCSBLRD" Retrospective Analysis . . . . . 6
2.2.7 Summary of Noise Exposure Estimates . . . . . 6
2.3 SUMMARY OF HISTORICAL NOISE EXPOSURE LEVELS AT TEST PLAINTIFFS' HOMES . . . . . 7
2.3.1 Plaintiff 1 . . . . . 7
2.3.2 Plaintiff 2 . . . . . 7
2.3.3 Plaintiff 3 . . . . . 9
2.3.4 Plaintiff 4 . . . . . 9
2.3.5 Plaintiff 5 . . . . . 9
2.3.6 Plaintiff 6 . . . . . 9
2.3.7 Plaintiff 8 . . . . . 9
2.3.8 Plaintiff 9 . . . . . 9
2.3.9 Plaintiff 10 . . . . . 9
2.3.10 Plaintiff 11 . . . . . 10
2.3.11 Plaintiff 12 . . . . . 10
2.3.12 Plaintiff 13 . . . . . 10
2.4 NOTICEABILITY OF CHANGES IN AIRCRAFT NOISE EXPOSURE . . . . . 10

3 **ADDITIONAL INFORMATION ABOUT FLUCTUATIONS IN THE AIRCRAFT NOISE ENVIRONMENT AT NAS OCEANA** . . . . . 13
3.1 Single event measures of aircraft noise . . . . . 13
3.2 Sources of variability in single event measurements of aircraft noise . . . . . 14
3.3 NOISEMAP-based comparisons of single event aircraft noise levels . . . . . 15

4 **PUBLIC RECORD OF ADVERSE COMMUNITY REACTION TO AIRCRAFT NOISE** . . . . . 17
4.1 JUNE-AUGUST, 1966 . . . . . 17

4.2 JANUARY - MARCH, 1975 . . . . . 17
4.3 AUGUST, 1977 . . . . . 18
4.4 JANUARY, 1978 . . . . . 18
4.5 MAY, 1987 . . . . . 18

**5 REFERENCES** . . . . . 19

**APPENDIX A BACKGROUND INFORMATION ABOUT AIRCRAFT NOISE MEASUREMENT AND EFFECTS OF AIRCRAFT NOISE ON PEOPLE** . . . . . 21
A.1 LOGARITHMIC NATURE OF ENVIRONMENTAL NOISE MEASUREMENT . . . . . 21
A.1.1 decibel Notation . . . . . 21
A.1.2 Duration-Related Measurement Conventions . . . . . 23
A.2 PRIMARY EFFECTS OF ENVIRONMENTAL NOISE ON PEOPLE . . . . . 25
A.2.1 Annoyance . . . . . 25
A.2.2 Federal Land Use Compatibility Guidance . . . . . 26
A.2.3 Speech Interference . . . . . 28
A.2.4 Sleep Disturbance . . . . . 30

**APPENDIX B HISTORICAL NEWSPAPER AND OTHER ACCOUNTS OF ADVERSE COMMUNITY REACTION TO AIRCRAFT NOISE AT NAS OCEANA** . . . . . 33

**APPENDIX C PROFESSIONAL RÉSUMÉ OF SANFORD FIDELL** . . . . . 45

# List of Figures

**Figure 1** Location of test plaintiffs' homes with respect to NAS Oceana. . . . . . . . . . . . . . . . . . . . . 8
**Figure 2** Illustration of basic difference between linear and decibel-like measurement scales.. . . 22
**Figure 3** Relationship of sound exposure level (SEL) to time history of an aircraft overflight. . . 24
**Figure 4** Day-Night Average Sound Level (DNL) defines one nighttime aircraft noise event as contributing as much to 24 hour noise exposure levels as ten daytime aircraft. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
**Figure 5** Dosage-response relationship adopted by the Federal Interagency Committee on Noise (FICON, 1992). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
**Figure 6** Summary of standardized guidance on compatibility of land uses with noise exposure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
**Figure 7** Relationship between the A-weighted level of continuous background noise and sentence intelligibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
**Figure 8** Relationship between articulation index and speech intelligibility. . . . . . . . . . . . . . . . . . 29
**Figure 9** Summary of data from field studies of noise-induced sleep disturbances. . . . . . . . . . . . 32

# List of Tables

**Table 1** Summary of estimated aircraft noise exposure (DNL, in dB) at test plaintiffs' homes. . . 7
**Table 2** Identification and geographic coordinates of Plaintiffs' homes. . . . . . . . . . . . . . . . . . . . . 8
**Table 3** Comparison of maximum tone corrected perceived noise levels of five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003. . . . . . . . . . . . . . . . . . 15
**Table 4** Comparison of tone-corrected, A-weighted sound exposure levels for five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003. . . . . . . . . . . . . . . . 16
**Table 5** Relationship of arithmetic, logarithmic, and decibel notation. . . . . . . . . . . . . . . . . . . . . 23

# 2 RECONSTRUCTION OF AIRCRAFT NOISE EXPOSURE AT TEST PLAINTIFFS' HOMES

## 2.1 USE OF NOISEMAP SOFTWARE TO CALCULATE AIRCRAFT NOISE EXPOSURE LEVELS

New aircraft noise contours are typically prepared for DoD air installations once or twice per decade, or when operational changes are likely to substantially modify prior noise exposure estimates. NOISEMAP is the computer program on which the Department of Defense relies to estimate the geographic distribution of aircraft noise exposure in the vicinity of military airfields. The program operates on input files that specify numbers, types, and times of day of aircraft operations, flight paths, runway use, and other factors that affect cumulative noise exposure levels. Originally developed in the early 1970s for the U.S. Air Force, this software may be used not only to produce noise exposure contours, but also to estimate noise levels at particular locations.

Since the measure of greatest concern for evaluating aircraft noise impacts ("Day-Night Average Sound Level", discussed in Section A.1.2.2) is by definition a 24-hour measure, noise is modeled for a representative 24 hour period. Noise modeling for military airfields in the past has customarily been undertaken on an "annual average busy day" (five day work week) basis, since the operational pace at most locations slows considerably on weekends. NOISEMAP is also capable of calculating noise exposure on an "annual average day" basis, however.

The U.S. Air Force has developed several versions of NOISEMAP and the databases on which it operates for various computing platforms and operating systems over the last three decades. Four generations of NOISEMAP software have been developed and applied at NAS Oceana since the 1970s. These include 1970s-era noise modeling exercises conducted first manually and then on a CDC 7600 mainframe computer; 1980s-era cases produced under NOISEMAP Versions 4.0 and 5.2; and later noise modeling exercises conducted in NOISEMAP Versions 6 and 7.

NOISEMAP algorithms, computing platforms, input formats and specifications have varied considerably over this time. The Air Force's software development strategy has not maintained backward compatibility across major releases of NOISEMAP, so not all of these noise modeling exercises can run under recent versions of NOISEMAP. When the original input files were available from older versions of NOISEMAP to identify runway usage, numbers, and types and times of day of aircraft operations on specific flight tracks, these input files were converted into NOISEMAP 6.5 file formats to yield as consistent a set of noise exposure calculations as possible. Version 7.0 of NOISEMAP was used to estimate noise exposure for the most recent (2000 baseline) case.

The magnitude of military aircraft noise exposure in the vicinity of NAS Oceana has varied with the operational pace and types of aircraft and training missions at least since the 1970s. Although little detailed information exists for reconstruction of aircraft noise exposure prior to the late 1970s, variability in operations at NAS Oceana since the 1940s must also have produced changes in the aircraft noise exposure in surrounding areas.

Another common metric of a single noise event is its sound exposure level: that is, a measure of the total energy in the noise event, normalized to a hypothetical one-second duration. All other things being equal, the sound exposure level of a noise event lasting 2 seconds is 3 dB greater than the sound exposure level of a noise event lasting 1 second.

Whether comparing momentary (*e.g.*, maximum) or integrated (duration-adjusted) measures, it is also important for present purposes to account for the annoyance rather than the A-weighted magnitude of overflight noise. The most widely accepted frequency-weighting procedure for annoyance comparisons is the Perceived Noise Level (PNL). (The PNL frequency weighting accords more weight to several of the more annoying, high frequency bands than does the A-weighting network.) To further account for the contribution of prominent tones to the annoyance of aircraft noise, a "tone adjustment" is added when one-third octave bands which contain 5 dB more acoustic energy than adjacent bands are detected. Thus, when attempting to account more fully for the annoyance of noise exposure created by individual overflights of different aircraft types, it is useful to compare tone-corrected PNL values of single events.

Tables 3 and 4 in Section 3.3 contain tone-corrected maximum and integrated PNL values of single event level data, respectively.

## 3.2 Sources of variability in single event measurements of aircraft noise

Several factors related to the geometry of an aircraft's flight path with respect to the measurement point affect measured single event levels. These include the elevation angle between the aircraft and the microphone; the direction of travel and orientation of the aircraft with respect to the microphone; and the slant range of the aircraft from the microphone at the point of closest approach. Single event levels also vary with the manner of operation of the aircraft (trim configuration, power settings, and airspeed), and with the vagaries of atmospheric propagation (*e.g.*, wind speed and direction, temperature gradients, temperature and humidity, *etc.*) and terrain conditions (*e.g.*, ground cover, nearby reflecting surfaces, *etc.*).

Field measurements of aircraft noise levels can be made under more or less rigorously controlled conditions. For aircraft noise certification purposes (as under Part 36 of the Federal Aviation Regulations), and for compiling entries for aircraft noise modeling databases, close coordination is maintained between aircraft and field measurement crews so that measurements can be made for well-defined conditions and precise flight paths. When aircraft noise measurements are made under less rigorously controlled conditions, it is common to have little knowledge and no control over aircraft flight paths and operating conditions, only meager knowledge of atmospheric and terrain conditions, and no fixed geometry of flight paths with respect to the microphone.

Single event noise levels made under different field conditions can vary considerably for all of the reasons noted above. Even under highly controlled conditions, it can be difficult to repeat single event levels to the nearest decibel from day to day. Thus, it is hardly surprising for field measurements made under loosely controlled conditions to differ from those made under more tightly constrained conditions. When comparing single event levels created by individual aircraft types, it is therefore important to base the comparisons on a consistent source of noise measurements.

## 3.3 NOISEMAP-based comparisons of single event aircraft noise levels

The most consistent and comprehensive collection of measurements of military aircraft noise is that contained in the database portion of the NOISEMAP software suite.[8] This database summarizes field measurements of aircraft noise emissions in a variety of operating modes, including departure, approach, and "pattern work" (that is, low altitude flight in the vicinity of airfields after takeoff, but before landing). The NOISEMAP database does not, however, contain exhaustive sets of measurements for all distinct and variant aircraft under all operating conditions. Substitutions of one aircraft's noise emissions for that of another are routinely made for predictive purposes in NOISEMAP, particularly when the aircraft share engines and are of similar gross weight.[9] Thus, for example, it is common practice in aircraft noise modeling to represent the noise emissions of one aircraft model (such as the F-4J) by those of another very similar model (such as the F-4C).

Table 3 compares maximum tone-corrected perceived noise levels for several of the aircraft that have operated at Oceana since the 1960s. On departure, the maximum PNLT values for A-6 and F-4 aircraft are not substantially different from those of the F/A-18 C/D models. Likewise, the maximum PNLT values for the A6-A and F-14B are not meaningfully different from one another. Similarly small differences in maximum PNLT values are apparent among the A-6 and F/A-18 C/D model aircraft on approach. In pattern flying, the maximum PNLT value produced by an F-4 was far greater than that produced by F-14 and F-18 aircraft.

**Table 3** Comparison of maximum tone corrected perceived noise levels of five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003.

| AIRCRAFT | DEPARTURE | APPROACH | PATTERN |
|---|---|---|---|
| A6-A | 120.7 | 116.1 | No data |
| F-4C | 123.2 | 112.6 | 114.5* |
| F-14A | 118.2 | 102.4 | 103.2 |
| F-14B | 120.9 | 99.2 | 101.9 |
| F/A-18 C/D | 121.9 | 116.5 | 102.2 |

* Value from NM64FLY1, dated 24 July 1997, from noise measurements made 30 March 1988, not contained in later NOISEFILE entries.

Table 4 compares tone-corrected sound exposure levels created by the same aircraft types seen in Table 3. Note that on departure, the sound exposure levels produced by the F-4 are less than 2 dB different from those produced by F/A-18 C/D, and the A-6A and F-14B also produce very similar tone corrected sound exposure levels. Likewise, tone-corrected sound exposure levels produced by the F/A-18 C/D models

[8] The NOISEFILE database in NOISEMAP is periodically updated by adding new aircraft models and eliminating aircraft that are no longer in common service. Recent updates of the database occurred in 1997 and 2003.

[9] For example, the F-4C and F-4J share the same basic turbojet engine (GE's J79), but the J model's engine (the J79-GE-10) produced 820 pounds more thrust than the 17,000 pounds of the C model's J79-GE-15 engine. Likewise A-6A and A-6E both flew with the same basic Pratt and Whitney J52 engine.

on approach differ very little from those of the A-6. As flown in pattern work, tone-corrected sound exposure levels produced by the F-4 were much greater than those of F-14 and F-18 aircraft.

**Table 4** Comparison of tone-corrected, A-weighted sound exposure levels for five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003.

| AIRCRAFT | DEPARTURE | APPROACH | PATTERN |
|---|---|---|---|
| A-6A | 113.7 | 110.7 | No data |
| F-4C | 116.7 | 106.8 | 108.5* |
| F-14A | 107.9 | 96.2 | 90.6 |
| F-14B | 109.8 | 94.5 | 89.7 |
| F/A-18 C/D | 118.2 | 110.9 | 94.5 |

* Value from NM64FLY1, dated 24 July 1997, from noise measurements made 30 March 1988, not contained in later NOISEFILE entries.

**Table 5** Relationship of arithmetic, logarithmic, and decibel notation.

| [redacted] | | | |
|---|---|---|---|
| One hundred times smaller | 1:100 | -2 | -20 dB |
| Ten times smaller | 1:10 | -1 | -10 dB |
| Same | 1:1 | 0 | 0 dB |
| Ten times greater | 10:1 | 1 | 10 dB |
| One hundred times greater | 100:1 | 2 | 20 dB |
| One thousand times greater | 1,000:1 | 3 | 30 dB |

#### *A.1.1.2 decibel arithmetic*

One of the consequences of the logarithmic basis for decibel notation is that the addition of quantities expressed in decibels does not follow familiar arithmetic conventions. For example, if one aircraft overflight produces a peak level of 60 dB at a point on the ground, then two simultaneous overflights by identical aircraft produce a peak level of 63 dB, not 120 dB.[11/] This is because a factor of two is represented in decibel notation as 3 dB ($10 \log_{10} 2 = 3$).

Likewise, 60 dB + 60 dB + 60 dB — a factor of three — is only 65 dB, and 60 dB + 60 dB + 60 dB + 60 dB — a factor of four (or equivalently, two factors of two, or 63 dB + 63 dB) — is only 66 dB. It also follows that 40 dB + 60 dB is only 60 dB, because a quantity two orders of magnitude (powers of ten) smaller than another adds very little to the value of the quantity that is already two orders of magnitude greater.

### A.1.2 Duration-Related Measurement Conventions

#### *A.1.2.1 Family of "Equivalent Level" Noise Metrics*

The noise produced by aircraft overflights at a given point on the ground can vary considerably in level and duration, depending on the altitude and speed of the aircraft. Figure 3 shows the characteristic form of a time history of sound levels produced during an aircraft overflight of a fixed point on the ground. The sound pressure level at the measurement point initially rises to a maximum as an aircraft approaches, then declines as the airplane flies away. Since the sound pressure levels vary throughout the overflight, and since the durations of different overflights also vary, no single number can usefully characterize the moment-to-moment changes in sound levels. The usual method for representing the sound energy produced during the entire overflight is therefore to "normalize" the measurement to a standard time period (one second). This measure, "sound exposure level" (abbreviated SEL), simplifies the comparison of noise events of

[11/] Recall that 60 dB is another way of representing a ratio of $10^6$, or one million (1,000,000) to one. One million plus one million is two million (2,000,000, or 2 X $10^6$), not one trillion (1,000,000,000,000, or $10^{12}$).