


© Ecology & Environment, Inc. GIS Department Project #001517.SD09.02
\\BUFNT4\GIS\Buffalo\aicuz_hamptonroads\maps\Litigation\test_plaintiffs_zoomed.mxd 5/2004