# EXHIBIT G

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CAROLE AND ROBERT TESTWUIDE, et. al., Plaintiffs,** | |
| **v.** | **No. 01-201 L** **Honorable Victor J. Wolski** |
| **THE UNITED STATES, Defendant.** | |

## Declaration of Commander Dirk Hebert

I, Commander Dirk Hebert, United States Navy, pursuant to 28 U.S.C. 1746, Declare as follows:

1. I am a Commander in the United States Navy, currently serving as the NJROTC Area Manager for Area SEVEN in Florida. I previously served as the Air Operations Officer of Naval Air Station (NAS) Oceana from July 1999 until March 2003. I am a qualified Naval Flight Officer and have logged in excess of 3500 hours in F-14 strike-fighter aircraft. Over the course of my career, I have served six tours of duty at NAS Oceana, including five operational flying tours from 1979 through 1997 where I personally participated in flight operations at NAS Oceana on a day-to-day basis.

2. I have reviewed the declaration by my successor CDR Richard Erie and agree with what he says in that declaration, including (with one minor exception) his description of the effects of flight operations on the 12 test plaintiffs. The minor exception is that with respect to the Ryan property, I would add that during arrival on Runway 23 at NAS Oceana under Visual Flight Rules conditions, aircraft in July 1999 might have flown over the Ryan property at altitudes between 1500 -2000 feet as aircraft were approaching the field to be sequenced for landing (entering the break). Such overflights would not have been routine, however, given the variation of flight tracks at that point in the approach pattern.

3. I further specifically agree, with the one addition noted above, that CDR Erie's description of the effects of flight operations on the properties of the 12 test plaintiffs accurately describes those effects as of July 1999 and thereafter, while I was Air Operations Officer at NAS Oceana.

I hereby swear under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing information is true and accurate to the best of my knowledge and belief.

Commander Dirk Hebert, USN

4-27-2006

Date