# EXHIBIT H

HOFHEIMER/FERREBEE, P.C.
ATTORNEYS AND COUNSELORS AT LAW
1060 LASKIN ROAD, SUITE 12B
SANDPIPER KEY
VIRGINIA BEACH, VIRGINIA 23451-6365

MARY ELIZABETH DAVIS
JACK E. FERREBEE
SHEERA R. HERRELL
CHARLES R. HOFHEIMER
KRISTEN D. HOFHEIMER
JEFFREY D. TARKINGTON

TELEPHONE (757) 425-5200
FACSIMILE (757) 425-6100
*E-mail: jferrebee@hoflaw.com*
Our File No. 034233

April 27, 2006

VIA EMAIL ONLY

Steven D. Bryant, Esquire
Department of Justice, Environmental & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

RE: Testwuide v. US

Dear Steve:

I am writing in response to your letter dated March 31, 2006.

This letter serves as a supplemental response to Defendant's Interrogatories 3 and 4 concerning the remaining test case properties.

**Supplemental Response to Interrogatory No. 3:**

All test case plaintiffs are entitled to $30,000 in just compensation as a result of the taking of the avigation easement. This amount is based on the noise mitigation study prepared by Wyle Laboratories for CDR Jeffrey T. Borowy, CDR Jeffrey T. Borowy's report to the CNO, the testimony of the property owners identified by Plaintiffs and the expert report of Dr. Jon Nelson. You are in possession of all of these documents.

Additionally, all test case plaintiffs should be compensated in the amount of $50,000.00 for the loss of the use and enjoyment of their properties.

**Supplemental Response to Interrogatory No. 4:**

See the appraisals of the test case plaintiffs.

Plaintiffs object to providing additional discovery responses beyond the deadline, and your letter raises a series of new requests, which are beyond the discovery schedule cutoff.

With kind regards, I remain

Very truly yours,

Jack E. Ferrebee

cc: Counsel