# EXHIBIT I

HOFHEIMER/FERREBEE, P.C.
ATTORNEYS AND COUNSELORS AT LAW
1060 LASKIN ROAD, SUITE 12B
SANDPIPER KEY
VIRGINIA BEACH, VIRGINIA 23451-6365

MARY ELIZABETH DAVIS
JACK E. FERREBEE
SHEERA R. HERRELL
CHARLES R. HOFHEIMER
KRISTEN D. HOFHEIMER
JEFFREY D. TARKINGTON

TELEPHONE (757) 425-5200
FACSIMILE (757) 425-6100
*E-mail: jferrebee@hoflaw.com*
Our File No. 034233

March 30, 2006

VIA EMAIL ONLY

Steven D. Bryant, Esquire
Department of Justice, Environmental & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

RE: Testwuide v. US

Dear Steve:

I am writing in response to your email dated March 24, 2006.

This letter serves as a supplemental response to Defendant's Interrogatories 3 and 4 concerning the May Property.

**Supplemental Response to Interrogatory No. 3:**

Ms. May is entitled to $30,000 in just compensation as a result of the taking of the avigation easement. This amount is based on the noise mitigation studies prepared by Wyle Laboratories, CDR Jeffrey T. Borowy, the testimony of the property owners identified by Plaintiffs and the expert report of Dr. Jon Nelson.

Additionally, Ms. May should be compensated in the amount of $50,000.00 for the loss of the use and enjoyment of her property.

**Supplemental Response to Interrogatory No. 4:**

Plaintiffs have not appraised the before and after values of the May Property.

If you have any further questions or concerns regarding Ms. May's property, please do not hesitate to contact me.

With kind regards, I remain

Very truly yours,

Jack E. Ferrebee

cc: Counsel