# EXHIBIT J

# Final Environmental Impact Statement (FEIS) for the Introduction of F/A-18 E/F (Super Hornet) Aircraft to the East Coast of the United States



Cooperating Agencies:

Federal Aviation Administration

Department of the Air Force

Department of the Navy

July 2003

***Cultural Resource:*** Cultural resources are any prehistoric or historic district, site, or building, structure, or object considered important to a culture, subculture, or community for scientific, traditional, religious, or other purposes.

***Day-Night Average Sound Level (DNL):*** DNL is a noise metric combining the levels and durations of noise events and the number of events over an extended period. It is a cumulative average computed over a 24-hour period to represent total noise exposure. DNL also accounts for the more intrusive nighttime noise by adding a 10 dB penalty for noise events after 10:00 pm and before 7:00 am. DNL is used at all U.S. airports with the exception of those in California, which use a similar metric.

***Decibel (dB):*** A sound measurement.

***Endangered Species***: The Endangered Species Act (ESA) (16 U.S.C. 1531, *et seq.*) of 1973 defined the term "endangered species" to mean any species (including any subspecies of fish or wildlife or plant, and any distinct population segment of any species or vertebrate fish or wildlife which breeds when mature) that is in danger of extinction throughout all or a significant portion of its range.

***Environmental Justice:*** As defined by Presidential Executive Order 12898, *Federal actions to Address Environmental Justice in Minority and Low-Income Populations*, review must be made as to whether an action disproportionately impacts minority and/or low-income populations.

***Field Carrier Landing Practice (FCLP):*** FCLP consists of touch-and-go operations on a runway designed to simulate aircraft carrier landings. Aircraft will touch down on a simulated carrier deck and take off again into a left-hand pattern. The pilots are graded on their landings by the Landing Signals Officer (LSO).

***Indirect Economic Impacts:*** As defined in the IMPLAN model, changes in purchases made between industries as they respond to the new demands of the directly affected industry.

***Induced Economic Impacts:*** As defined in the IMPLAN model, typically reflects changes in spending from households as income increases or decreases due to the changes in the directly affected industry.

***Inert Ordnance:*** Ordnance (bombs, rockets, or artillery shells) without high explosive materials.

***Instrument Flight Rules (IFR):*** A standard set of rules that all pilots must follow when operating under conditions more stringent than visual flight rules. These conditions include operating an aircraft in clouds or above certain altitudes prescribed by FAA regulations and operating in some locations, such as major civilian airports. ATC agencies ensure separation of all aircraft operating under IFR.