# EXHIBIT K

could obtain that would you recommend conducting a hedonic study of Virginia Beach as opposed to relying on your estimated NDI for a meta analysis?

MR. QUINN: Same objection.

A. By recommendation, I'm going to assume that you mean that this is a requirement of this case and I don't think it's a requirement of this case.

MR. QUINN: Excuse me, don't interrupt him, please.

A. Because all the previous studies have obtained a negative result. My understanding is that the way this case is now going forward is that my expertise will establish a negative impact and other analyses of these properties will determine the exact damages. So at this juncture, with hindsight as perfect, at this juncture my expertise is to determine the negative effect of aircraft noise. I believe I have done that to my satisfaction. And other testimony will establish the exact magnitude of the impact.

unlikely that that would result for Virginia Beach or any other airport.

Q. Given the fact that it is possible, however unlikely, given the fact that it is possible that there could be no relationship between aircraft noise and property values, residential property values would you recommend, sitting here now, conducting a hedonic study of Virginia Beach with empirical data from Virginia Beach and Chesapeake rather than relying on your meta analysis?

MR. QUINN: Excuse me. Objection. I think counsel has ruled on and answered his own question and then based the question on his ruling, and I object for that reason.

A. I believe that's not necessary because my expertise is being used to establish that there is a negative impact of noise on property values. I believe I've done that to my satisfaction. To my professional, in terms of my professional judgment and expertise in this area. And that other

testimony will establish the magnitude of the damages for the 14 or so properties in question.

Q. Okay. Getting back to my other question I don't think you answered is there anything preventing you from obtaining the data that you would need from Virginia Beach to conduct a hedonic study?

A. I don't know the full answer to that question whether or not Virginia Beach would object to my doing so or have restrictions on the use of their data. I just have not investigated the issue at all.

Q. Have you ever encountered a community anywhere where that situation has occurred that you just suggested that you couldn't get the data that you needed to conduct your hedonic study?

A. Well, I've certainly been denied data on other issues.

Q. I'm talking about aircraft noise on residential property values.

A. Not in my experience have I been refused

calculate what would be the effect on the residential property value. So it's not being claimed that there is a noise impact at 61 dB. Rather, that's the unaffected property that's being used as the basis for measuring the impact of noise at the alternative location which is 72 dB.

Q. So for a nonscientist that South Gate properties in the South Gate neighborhood, those would be sort of the control, the unaffected properties, is that --

A. That would be one way of thinking about it, yeah.

Q. And do you agree with that?

A. I agree that there is a background noise level at which aircraft noise should have little or no impact, and what I've stated repeatedly I believe both in my reports and in prior writings is that that's about 55 to 60 dB.

Q. Okay. Is 61 dB close enough to that where you would, you're satisfied that the South Gate neighborhood was sort of the control, the

unaffected neighborhood?

A. Yes.

Q. Because of the background ambient noise?

A. Yes.

**(Whereupon, Deposition Exhibit Number DX 118, The Effect of Airport Noise on Housing Values, a Summary Report, marked.)**

Q. Now showing you another Booz Allen and Hamilton study entitled The Effect of Airport Noise on Housing Values, a Summary Report. I believe this is a summary of the four reports that Booz Allen and Hamilton engaged in their four studies of BWI, Los Angeles, JFK and LaGuardia. Do you agree with that?

MR. QUINN: My copy ends in midsentence.

MR. BRYANT: I know. I only gave you a portion. Do you have the same problem of getting a headache with the stuff? I only incorporated part of it.

MR. QUINN: So you don't mean that this is the whole thing?

Q. Okay. So the airport's there, the houses are there, and based on that noise depreciation index is determined based on which contour you're in and exposure you're experiencing.

A. But let me, if I could correct that, the noise depreciation index applies to a range of noise outcomes, roughly 65 to 79.9 dB. It doesn't depend on which noise contour you're in. It is a value expressed per decibel of noise exposure.

Q. Okay.

A. There's probably some variation that over the studies because people have tried to do things like investigating the effects of accessibility as you're closer or further away from the airport. But the values I have recorded are not tied to a particular noise contour.

Q. And when someone buys a property at whatever one dB increment is within one of those contours they, according to your theory, would be buying it at a discount depending on whether it was 65, 70, or 75 one dB per, I guess one dB increase

from -- what would be the threshold, the beginning of that, where the NDI would begin?

A. Well, I'll stick to 65 because that's the basis for the complaint and I think that the 55 to 60 is background noise levels in most areas. The upper limit that I have applied the values in these tables to, with some modification, would be 79.9 dB if I can use that fineness of measurement. For reasons I tried to indicate in my reports there's just a lack of abundant data on 80 decibels and above.

Q. So someone buys a property in this 70 contour, at 70 we'll say, so that's 5 whatever the NDI is, let's say it's one percent per dB, so they get a 5 percent discount on their house of what it would be outside of the contours or, you know, on the 55 to 60 as you said. None of these studies, is it correct to say none of these studies are measuring okay, then the airport expands over the next year, new airplanes come in and the noise exposure changes, that house that was at 70 is now