# EXHIBIT L

as the next defense exhibit.

(Notice of Appraisal for Fiscal Year 2006 marked as Defense Exhibit Number 147)

BY COMMANDER YACONO:

Q. Well, Defendant's Exhibit 147 is the Notice of the Appraisal for fiscal year 2006, effective July 1, 2005 to June 30, 2006. It lists the current total new appraisal being 198,983.

Do you think that's a fair representation of the appraisal of your home?

A. No.

Q. Is it too high or too low?

A. Way too low.

Q. Why do you say that?

A. Just because of the market and the fact that I live in a very -- people stay in my area. So when a house comes up, it's -- and I know what my neighbor's house sold for.

Q. In other words, are there houses up for resale in your area? Are they on the market for long?

A. Oh, no.

Q. Doesn't sound like it from what you're telling me.

ERSON!
.L
NG 18
56-9054
3 2006
30, 2006
OTAL
198983
176958
SED VALUE
RCH 18
ISCUSS THE
DINTMENT.
L104551

Q. Okay. You mentioned previously that you don't think -- if you had to put the house on the market, you don't think you would get as much as you would want?

A. I don't recall mentioning -- saying that.

Q. Well --

A. I think what you are referring to is the tax assessment, and I said I believe it's worth more than that; isn't that what I said?

Q. Well, I did ask you about the taxes and you said -- you said in your opinion the appraisal that was given by the City you thought was much less than the current value of the home.

A. Yes.

Q. Then I asked you more recently, if you had to -- if you had decided to put your house on the market currently, in terms of do you believe you can -- how long would it be on the market, would you have any difficulty selling your home. And I thought you said --

A. I thought I said -- maybe I didn't -- I thought I said because of the fact we're in a high demand area, I probably wouldn't have any trouble selling my house.