# EXHIBIT M

# Table 3.1.1-1. Annual Basic Operations at NAS Oceana for Baseline

| Operation Type | F-14 Fleet | | | F-14 FRS | | | F/A-18 Fleet | | | F/A-18 FRS | | | Adversary | | | Transient Jet | | | Transient Propeller[1] | | | All Aircraft | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total |
| Southeasterly Departures @ 60% | 6,588 | 308 | 6,896 | 3,239 | 51 | 3,290 | 8,487 | 1,548 | 10,035 | 5,490 | 69 | 5,559 | 478 | 1 | 479 | 51 | 1 | 52 | 226 | 2 | 228 | 22,195 | 385 | 22,580 |
| Northeasterly Departures @ 40% | 2,943 | 77 | 3,020 | 967 | 1 | 968 | 276 | 12 | 288 | 1,076 | 1 | 1,077 | 557 | 2 | 559 | 906 | 10 | 916 | 1,437 | 31 | 1,468 | 14,797 | 256 | 15,053 |
| Interfacility Departures to Fentress | 1,350 | 835 | 2,185 | 849 | 250 | 1,099 | 825 | 835 | 1,660 | 1,269 | 345 | 1,614 | | | | | | | | | | 4,293 | 2,265 | 6,558 |
| Interfacility Arrival from Fentress With an Overhead Approach | 1,069 | 864 | 1,933 | 368 | 140 | 508 | 665 | 814 | 1,479 | 751 | 193 | 944 | | | | | | | | | | 2,853 | 2,011 | 4,864 |
| Interfacility Arrival from Fentress With a Straight-In Approach | 91 | 161 | 252 | 366 | 225 | 591 | 30 | 151 | 181 | 360 | 310 | 670 | | | | | | | | | | 847 | 847 | 1,694 |
| Visual Straight-In/Full-Stop Arrival from S | 90 | 28 | 118 | 214 | 1 | 215 | 108 | 42 | 150 | 234 | 14 | 248 | 5 | | 5 | 18[3] | [3] | 18[3] | 50[3] | 1[3] | 51[3] | 718 | 86 | 804 |
| Visual Straight-In/Full-Stop Arrivals from NE | 64 | | 64 | 270 | | 270 | 48 | | 48 | 65 | | 65 | 11 | | 11 | | | | | | | 459 | | 459 |
| Instrument Arrivals | 269 | 26 | 295 | 869 | 197 | 1,066 | | | | 1,412 | 292 | 1,704 | 85 | | 85 | 280 | 2 | 282 | 652 | 10 | 662 | 3,567 | 527 | 4,094 |
| Overhead Arrivals at Oceana from S | 6,473 | 436 | 6,909 | 2,213 | 18 | 2,231 | 5,820 | 1,886 | 7,706 | 1,826 | 93 | 1,919 | 367 | | 367 | 664[4] | 4[4] | 668[4] | 973[4] | 10[4] | 983[4] | 18,336 | 2,447 | 20,783 |
| Overhead Arrivals at Oceana from NE | 2,527 | | 2,527 | 450 | | 450 | 2,354 | | 2,354 | 2,700 | | 2,700 | 570 | | 570 | | | | | | | 8,601 | | 8,601 |
| Depart and Reenter to Overhead | 50 | | 50 | 935 | 158 | 1,093 | 1 | | 1 | 930 | 224 | 1,154 | | | | | | | | | | 1,916 | 382 | 2,298 |
| Touch & Go[2] | 18,049 | 971 | 19,020 | 19,812 | 2,592 | 22,404 | 14,792 | 3,674 | 18,466 | 32,536 | 2,276 | 34,812 | 2,334 | | 2,334 | 1,110 | | 1,110 | 3,088 | 42 | 3,130 | 91,721 | 9,555 | 101,276 |
| GCA Box[2] | 280 | 52 | 332 | 2,474 | 1,170 | 3,644 | | | | 1,216 | 156 | 1,372 | | | | 714 | 4 | 718 | 2,090 | 28 | 2,118 | 6,774 | 1,410 | 8,184 |
| FCLP[2] | 4,512 | 720 | 5,232 | 1,030 | 2,570 | 3,600 | 2,016 | 184 | 2,200 | 2,064 | 176 | 2,240 | | | | | | | | | | 9,622 | 3,650 | 13,272 |
| **GRAND TOTAL** | 44,355 | 4,478 | 48,833 | 34,056 | 7,373 | 41,429 | 35,422 | 9,146 | 44,568 | 51,929 | 4,149 | 56,078 | 4,407 | 3 | 4,410 | 3,743 | 21 | 3,764 | 8,516 | 124 | 8,640 | 186,699 | 23,821 | 207,722 |

Source: ATAC, 2002
[1] Not Modeled.
[2] Counted as two operations.
[3] Includes Visual Straight-in/Full Stop (from NE) and Instrument Arrivals.
[4] Includes Overhead Arrivals at Oceana (from NE).