IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROLE AND ROBERT TESTWUIDE, et. al.,

Plaintiffs,

THE UNITED STATES,

Defendant.

No. 01-201 L
Honorable Victor J. Wolski

**DEFENDANT'S SUPPLEMENTAL PRIVILEGE LOG**

Pursuant to the Court's Orders filed April 20, 2006, and April 26, 2006, Defendant United States of America hereby files its Supplemental Privilege Log. To facilitate review of the supplemental log, Defendant also included the following: Attachment 1 to Supplemental Privilege Log, Attachment 2 to Supplemental Privilege Log, a list of attorneys and their positions, and a list of non-attorneys and their positions.

In addition, during Defendant's review of the documents that were submitted to the Court for *in camera* review, Defendant became aware that an attachment to one of the documents, OCE213638-39, had inadvertently neither been produced to the Plaintiffs or determined to be privileged and placed on a privilege log. Defendant is reviewing this attachment, and expects to be able to inform the Court and Plaintiffs by close of business Wednesday, May 3, 2006, whether it believes the attachment is privileged. If Defendant determines it is privileged, Defendant will provide a supplemental privilege log to the Court and Plaintiffs. Conversely, if Defendant determines the document is not privileged, it will produce the document to Plaintiffs.

Dated: May 2, 2006

/s/ Steven D. Bryant by s/Kelle S. Acock
Steven D. Bryant

Kelle S. Acock
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737

# SUPPLEMENTAL PRIVILEGE LOG

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2001 | Report | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As | Jude L. Klena | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire | James Houck, Michael Brady | OCE213648-9 | See Attachment 1. | RFP 29 |
| 10/5/2001 | E-mail | Attorney-Client; Attorney Work Product | Draft Contours | Alan F. Zusman | Robert J. Smith, Dan Cecchini, Ronald Borro, Bret J. Muilenburg | Alan F. Zusman, Kimberly B. DePaul, Marc G. Laverdiere, Jude Klena, Christopher D. Jung, John D. Noel, Todd M. Kraft | OCE213574-9 | See Attachment 2. | RFP 29 |
| 10/25/2001 | E-mail | Attorney-Client; Attorney Work Product | F/A 18 C/D Profiles | Alan F. Zusman | Robert J. Smith | | OCE213585 | Mr. Zusman provided this communication to Mr. Smith consistent with their responsibilities as set forth in the attorney comments block to OCE213648-49 (first item on privilege log). | RFP 29 |
| 10/31/2001 | E-mail | Attorney-Client; Attorney Work Product | Work Priority for Wyle | Robert J. Smith | Alan F. Zusman, Dan J. Cecchini, Robert J. Smith | Fred E. Pierson, Phil Logan, Ronald Borro, Christopher D. Jung (Navy Litigation Office), John D. Noel (Navy Litigation *Office), Jude Klena* (Commander in Chief, U.S. Atlantic Fleet, Fleet Judge Advocate's Office) | OCE213627-8 | In addition to the individuals identified in the attorney comments block for OCE213648-49 above, the following additional *individuals are copied here:* Fred Pierson, who was the deputy program manager for the F/A-18 E/F East Coast basing EIS (and therefore the deputy to Dan Cecchini, the project manager), who is copied because of his overall responsibility for the EIS, and Commander Phil Logan, a staff officer in the office of Commander-in-Chief, U.S. Atlantic Fleet who was assigned to the EIS team, and who also worked on issues related to this litigation | RFP 29 |
| 10/31/2001 | E-mail | Attorney-Client; Attorney Work Product | Memo Regarding C/D Profiles | Zusman, A. | Robert J. Smith | G Long, Dan J. Cecchini | OCE213629 | Geral Long is copied on this document because Wyle Laboratories prepared the attachment to the e-mail at request of counsel. Mr. Cecchini is copied on this document (and the attachment to it (OCE213630-31) because it was anticipated that the subject of the attached memo would need to also be addressed in some way in the latter EIS, *for which Mr. Cecchini had responsiblity as* program manager. | RFP 29 |
| 10/31/2001 | *Report* | Attorney-Client; Attorney *Work Product* | FA-18CD Profile Change Memo *Final* | Zusman, A.; Long, G. | Robert J. Smith | Dan J. Cecchini | OCE213630-1 | The supplemental information for this document is contained in the attorney comments block directly above. | RFP 29 |
| 11/5/2001 | E-mail | Attorney-Client; Attorney Work Product | AESO Information on F/A-18 Power Settings | Alison D. Ling | *Robert J. Smith* | | OCE213632 | Alison Ling, who was an attorney in the counsel's office for the Assistant Secretary of the Navy, Installations & Environment with special expertise in the Clean Air Act, is included in this communication along with Everett Douglas and Lyn Coffer from the Navy's Aircraft Enviornmental Support Office (AESO). AESO provides support within the Navy in a number of ways, including support for analyses under the Clean Air Act that are included in NEPA documents such as EISs. This communication, including the attachments (which appear as the last three items on this privilege log) was prepared by AESO in conjunction with attempting to understand the data AESO had obtained about power settings, which was relevant to the efforts Wyle Laboratories *was engaged in looking at the same general kind of data.* | RFP 29 |
| 11/5/2001 | E-mail | Attorney-Client; Attorney Work Product | AESO Information on F/A-18 Power Settings | Alison D. Ling | Lyn P. Coffer, Everette Douglas | Christopher D. Jung, John D. Noel, Ronald Borro, Robert J. Smith | OCE213633-4 | Same individuals involved in the communication as OCE213632 immediately above, along with other attorneys whose responsibilities have been previously identified. | RFP 29 |
| 11/20/2001 | E-mail | Attorney-Client; *Attorney* Work Product | *E/F P/B to Mr.* Holaday | Ronald Borro | Kathy Reed, Ronald E. Tickle, Alison D. Ling, Alan Zusman, Robert J. Smith | Ruby L. Killebrew | OCE213636-7 | In addition to Alison Ling (*whose responsibilities are identified in the attorney comments block for OCE213632 above*) and Ron Borro, whose responsibilities are described in the attorney comments block for OCE21348-49, this communication also includes Lieutenant Commander Kathy Reed, who was the Director, Installation Management, in the office of the Assistant Secretary of the Navy (Installations & Environment), who acted as Mr. Holaday's military assistant, Ron Tickle, who is the principal advisor for all matters relating to enviornmental planning and compliance for N45, the uniformed official who has been delegated authority by the Chief of Naval Operations for policy, oversight and compliance for Navy enviornmental protection, including environmental compliance with statutes such as NEPA, and Ruby Killebrew, who was Mr. Holaday's secretary and scheduler, who was provided this communicatiuon for the limited purpose of schedulign a meeting. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/2001 | E-mail | Attorney-Client; Attorney Work Product | C/D Flight Profile Memo to File | Jude L. Klena | Robert J. Smith, Alan F. Zusman | Jude L. Klena, Phillip Logan | OCE213638-9 | In addition to Alan Zusman and Robert Smith, whose responsibilities are identified in the attorney comments block for OCE213648-49 above, the other individuals included in this communication are Lieutenant Commander Jude Klena, an attorney in the counsel's office for Commander-in-Chief, U.S. Atlantic Fleet who was heavily involved in all matters related to NAS Oceana, including both this litigation and the F/A-18 E/F East Coast basing EIS, and Commander Phil Logan, a staff officer in the office of Commander-in-Chief, U.S. Atlantic Fleet who was assigned to the EIS team, who also worked on matters related to this litigation. | RFP 29 |
| 11/29/2001 | E-mail | Attorney-Client; Attorney Work Product | C/D Flight Profile Memo to File | Alan F. Zusman | Jude L. Klena, Robert J. Smith, Alan F. Zussman | Phillip Logan | OCE213642-3 | The individuals involved in this communication are the same as with OCE213638-39 above, who are involved in the communication for the same reason as set forth there. | RFP 29 |
| 11/29/2001 | E-mail | Attorney-Client; Attorney Work Product | Oceana Noise Contours | Charlotte Wise | Robert J. Smith | Michelle K. Paynter | OCE213644-5 | The attorneys involved in this communication include the same ones, with the same responsibilities as those identified in the attorney comments block of OCE213648-49 (first item on privilege log) (i.e., Messrs. Mora, Turnquist, Houck, Ledvina, Borro, Laverdiere, Kraft, Jung, Foster, Brookshire, Shuey, and Smith), and OCE213574-79 (second item on privilege log) (i.e., Mr. Noel), with the addition of the following attorneys: Thomas Kranz, who was the Principal Deputy General Counsel of the Navy, the number two position in the Navy General Counsel's organization; William Molzahn, who was the Deputy General Counsel of the Navy, the number three position in the Navy Office of General Counsel and the senior career civil servant in the organization; Captain Charlotte Wise, who was the Executive Assistant and Special Counsel in Mr. Mora's office, and the following non-attorneys: Duncan Holaday, who was the Deputy Assistant Secretary of the Navy (Installations & Facilities) and Michelle Paynter, who was Mr. Mora's secretary and scheduler, who was provided the communication for the limited purpose of | RFP 29 |
| 12/4/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Jude L. Klena | Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Robert J. Smith, Christopher D. Jung, Jude L. Klena, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey | James W. Houck, Michael Brady, Jacqueline Yost | OCE213647 | All of the information related to this document, including the individuals involved in the communication and the reason they were involved, is found in the attorney comments block for OCE213648-49, the first item on this privilege log. | RFP 29 |
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | James Brookshire | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Jude L. Klena, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman | James Houck, Michael Brady | OCE213650-51 | All of the information related to this document, including the individuals included in the communication and the reason they were included, is found in the attorney comments block for OCE213648-49, the first item on this privilege log. | RFP 29 |
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Jude L. Klena | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire | James Houck, Michael Brady | OCE213652-4 | All of the information related to this document, including the individuals included in the communication and the reason they were included, is found in the attorney comments block for OCE213648-49, the first item on this privilege log. The last (i.e., the most recent) e-mail also reflects communication with attorney LT Florencio (Flo) Yuzon, the Station Judge Advocate (the attorney for the Commanding Officer), NAS Oceana. | RFP 29 |
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Alan F. Zusman | Jude L. Klena, Duncan Holaday, Kirk A. Foster, Turnquist, Ronald Borro, Robert J. Smith, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey | James W. Houck, Michael Brady, Jacqueline Yost | OCE213663 | All of the information related to this document, including the individuals included in the communication and the reason they were included, is found in the attorney comments block for OCE213648-49, the first item on this privilege log. | RFP 29 |

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 12/6/2001 | E-mail | Attorney-Client; Attorney Work Product | Media Release ICW Noise Contours at NAS Oceana and NAF Fentress | Duncan Holaday | Robert J. Smith, Jude L. Klena, Alberto J. Mora, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey, Todd M. Kraft | James W. Houck, Michael Brady, Jacqueline Yost, Thomas Crabtree | OCE213655-6 | All of the information related to this document, including the individuals included in the communication and the reason they were included, is found in the attorney comments block for OCE213648-49, the first item on this privilege log, with the addition of the following non-attorney on the last two (i.e., the two most recent) e-mails: Thomas Crabtree, who was the Deputy for Shore Installations, Commander-in-Chief, U.S. Atlantic Fleet, who had broad responsibilities including for all shore installations within the area of responsibility of the fleet commander, including NAS Oceana. | RFP 29 |
| 12/10/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 A vs. B | Robert J. Smith | Micah Downing, Alan F. Zusman, Robert J. Smith, Fred E. Pierson, Dan J. Cecchini | Geral Long, Christopher D. Jung, John D. Noel | OCE213741 | In addition to individuals previously identified and whose responsibilities are described above, i.e., Messrs. Zusman, Smith, Pierson, Cecchini, Jung, and Noel, this communication also includes Geral Long and Micah Downing from Wyle Laboratories. Mr. Long and Mr. Downing are included in this communication because they had managerial and engineering responsibility for the noise analyses being performed by Wyle as part of the F/A-18 E/F East Coast basing EIS. The effort that Wyle is engaged in here, which related to determining how to examine the flight operations of the F-14 aircraft, was relevant to both the F/A-18 E/F East Coast basing EIS, but also to potential use of any revised data arising out of this examination in conjunction with this litigation. Messrs. Long and Downing are the technical experts on this matter, and were an integral part of the Navy F/A-18 E/F East Coast basing team. Wyle also provided litigation support to the Navy in conjunction with this litigation. | RFP 29 |
| 12/11/2001 | E-mail | Attorney-Client; Attorney Work Product | F/A 18 E/F EIS Noise Contours; Litigation Support | Jude L. Klena | Phillip Logan, Robert J. Smith, Micah Downing, Alan F. Zusman | Geral Long, Christopher D. Jung, John D. Noel, Julia Evans, David Shuey, Tim Braue | OCE213659-62 | The individuals involved in this communication have been identified in the attorneys comments block for OCE213741 (immediately above), OCE213838-69, and OCE213648-49 (first item on privilege log). Messr. Long and Downing from Wyle Laboratories were involved in general for the reasons set forth in the attorney comments block for OCE213741, and also specifically because the intended end result of this communication was to have a memorandum for the record that accurately described and verified the work Wyle and others have done in developing information related to how the F/A-18 C/D was flown at NAS Oceana. | RFP 29 |
| 12/12/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 A vs. B | Alan F. Zusman | Micah Downing, Alan F. Zusman, Bob Smith, Fred E. Pierson, Dan J. Cecchini | Geral Long | OCE213716 | The individuals involved in this communication have been previously identified in the attorney comments block for OCE213648-49 (first item on privilege log) and 213741. Messr. Long and Downing from Wyle Laboratories were involved in this communication for the reasons set forth in the attonrey comments block for OCE213741. | RFP 29 |
| 12/12/2001 | E-mail | Attorney-Client; Attorney Work Product | F 18 E/F EIS Noise Contours; Litigation Support | Alan F. Zusman | Phillip Logan, Robert J. Smith, Micah Downing | Geral Long, Jude Klena, Christopher D. Jung, David Shuey, Julia Evans | OCE213717-20 | The individuals involved in this communication have been previously identified in the attorney comments block for OCE213648-49 (first item on privilege log) and 213741. Messr. Long and Downing from Wyle Laboratories were involved for the reasons set forth in the attorney comments block for OCE213741. | RFP 29 |
| 12/20/2001 | E-mail | Attorney-Client; Attorney Work Product | MCAS Beaufort Data Validation | Alan F. Zusman | Robert J. Smith | | OCE213722-7 | The individuals involved in this communication have been previously identified in the attorney comments block for OCE213648-49 (first item on privilege log) and 213741. Messr. Long and Downing from Wyle Laboratories were involved for the reasons set forth in the attonrey comments block for OCE213741. | RFP 29 |
| 12/21/2001 | E-mail | Attorney-Client; Attorney Work Product | Oceana Noise Contours | Alan F. Zusman | Kathy Reed, Kimberly B. Depaul, Robert J. Smith, Joseph F. Gradisher, Alan F. Zusman, Phillip Logan, Dan J. Cecchini, James Lang, Jude Klena, Bret J. Mullenburg, Kirk A. Foster, Michael E. McGregor, Ginger B. Rice | | OCE213730 | The individuals involved in this communication included attorneys Smith (whose responsibilities are previously identified), Borro previously identified), and Klena (previously identified), Foster (previously identified), and James Lang (environmental counsel, Coomander-in_chief, U.S. Atlantic Fleet), and non-attorneys Kathy Reed (previously identified), Kim DePaul (previously identified), Dan Cecchini, Phil Logan, and Alan Zusman (all previously identified). This communication also involves attorney Mike McGregor from the Navy's Office of Legislative Affairs, and Ginger Rice from the Office of Legislative Affairs, Assistant Secretary of the Navy (Installations & Enviornment), both of whom are included because the underlying subject matter of the communication relates to notification of federal and local elected officials, and Joseph Gradisher, who worked in the Navy's Chief of Information office (CHNIFO), who is included because of the posssible media interest in the underlying subject matter of the communication. | RFP 29 |
| 12/21/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 Endorsement | Robert J. Smith | Phillip Logan, Dan J. Cecchini, James Lang, Jude Klena, Fred E. Pierson, Ronald Borro, Robert J. Smith, Alan F. Zusman | | OCE213731 | The individuals involved in this communication and their relevant responsibilities have been previously identified above. | RFP 29 |
| 11/5/2001 | Memorandum | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | Attachments to OCE213648-49 (first document on privilege log). See attorney coments block for that document on this log. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| Undated | Chart | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | Attachments to OCE213648-49 (first document on privilege log). See attorney coments block for that document on this log. | RFP 29 |
| Undated | | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | Attachments to OCE213648-49 (first document on privilege log). See attorney coments block for that document on this log. | RFP 29 |

# ATTACHMENT 1 TO SUPPLEMENTAL PRIVILEGE LOG

ATTACHMENT 1 TO SUPPLEMENTAL PRIVILEGE LOG

Attachment to OCE213647. This attachment and the cover e-mail to which this document is an attachment (OCE213647, which is separately listed later in this supplemental privilege log), was provided to Mr. Mora, the General Counsel of the Navy, because his responsiblities as the senior attorney in the Navy included responsibility for significant litigation involving the Department of the Navy. This document was provided to Messrs. Turnquist and Borro because their primary client, the Assistant Secretary of the Navy (Installations & Environment), is the senior official in the Department of the Navy with responsiblity for environmental matters, including responsibility for NEPA documents such as the F/A-18 E/F East Coast basing EIS. This document was provided to Commander Foster because of his responsibilities for dealing with elected officials related to matters involving the Department of the Navy, and in light of the likely interest in the issues addressed in this communication on the part of both local and federal elected officials representing the area where NAS Oceana and Naval Auxiliary Landing Field Fentress are located. This document was provided to Captain Houck because his client, Commander-in-Chief, U.S. Atlantic Fleet, has responsibility for the aircraft and installations, including NAS Oceana and NALF Fentress, that are involved in both this litigation and in the F/A-18 E/F East Coast basing EIS. This document was provided to Mr. Zusman because of his ongoing role as the Navy's principal expert on aircraft noise and land use planning, including working with Navy and Department of Justice counsel in connection with this litigation, and in working on aircraft noise and related issues in connection with the F/A-18 E/F East Coast basing NEPA EIS. Messrs. Brookshire, Smith, Jung, Shuey and Ms. Evans are copied because they were trial attorneys working on this litigation. Mr. Holaday was copied because as Deputy Secretary of the Navy (Installations & Facilities), he signed the Record of Decision that relocated F/A-18 C/D squadrons to NAS Oceana from NAS Cecil Field pursuant to BRAC 1995, and therefore had a continuing responsibility for matters related to any litigation related to that decision, including this litigation, and because he was anticipated to be the likely decision-maker for the F/A-18 E/F East Coast basing EIS. Captain Brady and Commander Yost were copied because of their expertise in and knowledge of dealing with the media, critically important given the subject matter of the communication. This document was provided to Commander Laverdiere and Lieutenant Commander Kraft because their client (OPNAV N45) has been delegated the authority by the Chief of Naval Operations for policy, oversight, and compliance for Navy environmental protection, including environmental compliance with statutes such as NEPA.

# ATTACHMENT 2 TO SUPPLEMENTAL PRIVILEGE LOG

ATTACHMENT 2 TO SUPPLEMENTAL PRIVILEGE LOG

In addition to a number of the individuals identified in the attorney comments block for OCE213648-49 (directly above), to whom this communication was provided in light of their responsibilities as outlined in the attorney comments block for that document, this communication was also provided to attorney John Noel, a senior trial attorney in the Navy Litigation Office, and the following other non-lawyer individuals: Kim DePaul, who was at the time the head of environmental planning in the OPNAV45 office (OPNAV N45 is the uniformed official who has been delegated authority by the Chief of Naval Operations for policy, oversight and compliance for Navy enviornmental protection, including environmental compliance with statutes such as NEPA), and thus had responsibility in that office for NEPA planning and compliance; Commander Bret Muilenburg, who worked in the office within the Chief of Naval Operations organization that was responsible for military construction and planning, including land use planning, and was heavily involved in working on the F/A-18 E/F East Coast basing EIS, and Dan Cecchini, who was the project manager for the F/A-18 E/F East Coast basing EIS, who is copied on this communication because of his overall responsibility for that document and matters related to it, including the support by Wyle Laboratories for the EIS.

# LIST OF ATTORNEYS TO ACCOMPANY SUPPLEMENTAL PRIVILEGE LOG

| Attorneys | Position |
|---|---|
| Alberto J. Mora | General Counsel of the Navy. |
| Alison D. Ling | Assistant Secretary of the Navy, Installations & Environment Counsel's Office. Ms. Ling's specific area of expertise was the Clean Air Act. |
| Carl J. Turnquist AKA John Turnquist | Mr. Turnquist was the chief counsel in the office of the Assistant Secretary of the Navy, Installations & Environment. His title was Assistant General Counsel (Installations & Environment). |
| Charlotte Wise | Executive Assistant and Special Counsel, Navy General Counsel. Captain Wise was Mr. Mora's Executive Assistant, and often participated in meetings with the General Counsel on various topics. |
| Christopher D. Jung | Trial Attorney, Navy Litigation Office |
| David Shuey | Trial Attorney, Department of Justice |
| LT Flo Yuzon | Station Judge Advocate (Commanding Officer's attorney), NAS Oceana |
| Fred Phelps | Navy Associate General Counsel (Litigation) and Director, Navy Litigation Office. |
| James Brookshire | Assistant Section Chief, Environment & Natural Resources Division, Department of Justice |
| James Lang | Environmental Counsel, Commander-in-Chief, U.S. Atlantic Fleet |
| James W. Houck | Fleet Judge Advocate (i.e., the Fleet Commander's attorney), Commander in Chief, U.S. Atlantic Fleet |
| John D. Noel | Senior Trial Attorney, Navy Litigation Office |
| Jude L. Klena | Counsel's Office, Commander-in-Chief, U.S. Atlantic Fleet |
| Julia Evans | Trial Attorney, Department of Justice |
| Kirk A. Foster | Navy Office of Legislative Affairs |
| Marc G. Laverdiere | Chief counsel, OPNAV Code N45. N45 is the office in the Chief of Naval Operations organization responsible for coordinating environmental planning and compliance for the uniformed Navy. |
| Mark Wilkoff | Deputy Director, Navy Litigation Office |
| Michael E. McGregor | Counsel, Navy Office of Legislative Affairs |
| Robert J. Smith | Senior Trial Attorney, Navy Litigation Office |
| Ronald Borro | Assistant Secretary of the Navy, Installations & Environment counsel's office |
| Steve Banks | Environmental Team Chief, Navy Litigation Office. |
| Thomas Kranz | Navy Principal Deputy General Counsel. Mr. Kranz held the second-highest position in the Navy General Counsel's office at the time. |

| | |
|---|---|
| Tim Braue | Department of Justice |
| Todd M. Kraft | Deputy Counsel, OPNAV Code N45. N45 is the office in the Chief of Naval Operations organization responsible for coordinating environmental planning and compliance for the uniformed Navy. LCDR Kraft was CDR Laverdiere's deputy. |
| William Molzahn | Navy Deputy General Counsel. Mr. Molzahn was the senior career civil servant in the Navy Office of General Counsel and held the third highest-ranking position in the organization at the time. |

**LIST OF NON-ATTORNEYS TO ACCOMPANY SUPPLEMENTAL PRIVILEGE LOG**

| Non-Attorneys | Position |
|---|---|
| Alan F. Zusman | Deputy Director for Planning, Naval Facilities Engineering Command. Mr. Zusman was also the Air Installations Compatible Use Zone (AICUZ) Program Manager for the Chief of Naval Operations, and was intimately involved with aircraft noise analyses for both AICUZ studies and other studies related to aircraft noise, including NEPA documents. As the Navy's principal advisor on aircraft noise and land use planning, Mr. Zusman was also the primary interface between Wyle Laboratories as the Navy's consultant and the Navy officials on projects Wyle was performing. |
| Dan J. Cecchini | F/A-18 E/F East Coast basing Environmental Impact Statement (EIS) project manager. |
| Duncan Holaday | Deputy Assistant Secretary of the Navy (Installations & Facilities). Mr. Holaday's responsibilities included the F/A-18 E/F East Coast basing EIS, for which Mr. Holaday was anticipated to be the final decision-maker. |
| Everett Douglas | Navy's Aircraft Environmental Support Office (AESO). AESO provided support to, among other things, Clean Air Act analyses done in conjunction with Environmental Impact Statements and other NEPA analyses. |
| Fred E. Pierson | Deputy project manager, F/A-18 E/F East Coast basing EIS. Mr. Pierson was Mr. Cecchini's deputy for this project. |
| Geral Long | Had oversight responsibility for the noise study done by Wyle Laboratories in conjunction with the F/A-18 E/F East Coast basing EIS. Wyle Laboratories has been the Navy's principal consultant on aircraft noise issues since the early 1990s, and was working on the F/A-18 E/F East Coast basing EIS as an integral part of the team preparing the NEPA analysis. Wyle was also involved at that time in providing litigation support to the Navy in conjunction with this case in its original iteration, i.e., as part of the plaintiffs' efforts to have the case certified as a class action. |
| Ginger B. Rice | Office of Legislative Affairs office, Assistant Secretary of the Navy, Installations and Facilities. |
| Jacqueline Yost | Public Affairs Office, Commander-in-Chief, U.S. Atlantic Fleet. Commander Yost was the Deputy Public Affairs Officer for the Fleet. |
| Joseph F. Gradisher | Deputy Chief of Naval Information (CHINFO). CHINFO is the head Public Affairs Officer for the Navy. |

| | |
|---|---|
| Kathy Reed | Ms. Reed, a Navy Lieutenant Commander, was the Director, Installation Management in the office of the Assistant Secretary of the Navy (Installations & Environment) and also worked very closely with Duncan Holaday as his military assistant. |
| Kimberly B. DePaul | Chief of Environmental Planning at OPNAV N45. |
| Lyn P. Coffer | Mr. Coffer worked with Everett Douglas at AESO on providing support to the Navy's Clean Air Act analyses for NEPA documents, including the F/A-18 E/F East Coast basing EIS. |
| Micah Downing | Engineer at Wyle Laboratories who worked on the noise study done by Wyle Laboratories in conjunction with the F/A-18 E/F East Coast basing EIS. Wyle Laboratories has been the Navy's principal consultant on aircraft noise issues since the early 1990s, and was working as an integral part of the team preparing the NEPA analysis. Wyle was also involved at that time in providing litigation support to the Navy in conjunction with this case in its original iteration, i.e., as part of the plaintiffs' efforts to have the case certified as a class action. |
| Michael Brady | Captain Brady was the Public Affairs Officer, Commander-in-Chief, U.S. Atlantic Fleet. CDR Yost (see above) was Captain Brady's deputy. |
| Michelle K. Paynter | Secretary and scheduler for Alberto Mora, General Counsel of the Navy. |
| Phillip Logan | Staff Officer on staff of Commander-in-Chief, U.S. Atlantic Fleet assigned to work on F/A-18 E/F East Coast basing NEPA process. |
| Ronald E. Tickle | Branch Head for Environmental Readiness and Planning, OPNAV N45. Mr. Tickle is the principal advisor for all matters related to environmental compliance to the Director, Environmental Readiness Division, on all matters relating to environmental planning and compliance for OPNAV N45, the uniformed official who has been delegated authority by the Chief of Naval Operations for policy, oversight and compliance for Navy environment protection, including environmental compliance with statutes such as NEPA. |
| Ruby L. Killebrew | Secretary and scheduler for Duncan Holaday, Deputy Assistant Secretary of the Navy (Installations & Facilities). |
| Thomas Crabtree | Deputy for Shore Installations, Commander-in-Chief, U.S. Atlantic Fleet. |