IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROLE AND ROBERT TESTWUIDE, et. al.,

Plaintiffs,

THE UNITED STATES,

Defendant.

No. 01-201 L
Honorable Victor J. Wolski

**DEFENDANT'S AMENDED DOCUMENT ADDRESSING DEFENDANT'S SUPPLEMENTAL PRIVILEGE LOG FILED MAY 2, 2006**

On May 2, 2006, Defendant United States of America filed its Supplemental Privilege Log. In this filing, defendant indicated that during its review of the documents that were submitted to the Court for *in camera* review, defendant became aware that an attachment to one of the documents, OCE213638-39, had inadvertently neither been produced to the Plaintiffs, nor determined to be privileged and placed on a privilege log. Defendant also indicated it was reviewing this attachment, and expected to be able to inform the Court and plaintiffs by close of business Wednesday, May 3, 2006, whether it believed the attachment to be privileged.

After reviewing the attachment, defendant believes the document is privileged. The attachment was among the documents submitted to the Court on April 28, 2006, for *in camera* review and did not have a bates number. Defendant has now assigned bates number OCE239446 to the attachment. Defendant is also simultaneously filing with this amended document an amended supplemental privilege log referencing OCE239446.

In addition, defendant has identified the following four items for correction: 1) Defendant inadvertently omitted from the list of attorneys accompanying the

supplemental log, and from the Attorney Comments block of the supplemental log for document OCE213644-45 (first item on privilege log), the name of attorney Thomas Ledvina. Mr. Ledvina's official title was: Deputy Assistant General Counsel, Installations and Environment. Mr. Ledvina was the deputy to Mr. Turnquist, and was involved in the communication for the same reasons Mr. Turnquist and Mr. Borro were involved, as set forth in the Attorney Comments section of the Supplemental Privilege Log filed May 2, 2006, submitted as Attachment 1. 2) Defendant inadvertently omitted from the Attorney Comments block of the supplemental log for document OCE213659-62 and OCE213717-720 that attorney Tim Braue of the Department of Justice was previously assigned to this case. 3) Thomas Crabtree's title was listed on the non-attorney list accompanying the supplemental log as "Deputy Shore Activity Installations." His title should have been listed as "Deputy Shore Activity Readiness." 4) Finally, it appears that the formatting of the Attorney Comments block in the supplemental log for OCE213644-5 addressing Michelle Paynter's position inadvertently cut off a portion of the last line of this entry. The last line should read, "Michelle Paynter, who was Mr. Mora's secretary and scheduler, who was provided the communication for the limited purpose of scheduling a meeting." The amended log filed with the Court today corrected this formatting issue.

Dated: May 3, 2006

/s/ Steven D. Bryant by s/Kelle S. Acock
Steven D. Bryant
Kelle S. Acock
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlanic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737

# AMENDED SUPPLEMENTAL PRIVILEGE LOG

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2001 | Report | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As | Jude L. Klena | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire | James Houck, Michael Brady | OCE213648-9 | See Attachment 1. | RFP 29 |
| 10/5/2001 | E-mail | Attorney-Client; Attorney Work Product | Draft Contours | Alan F. Zusman | Robert J. Smith, Dan Cecchini, Ronald Borro, Bret J. Muilenburg | Alan F. Zusman, Kimberly B. DePaul, Marc G. Laverdiere, Jude Klena, Christopher D. Jung, John D. Noel, Todd M. Kraft | OCE213574-9 | See Attachment 2. | RFP 29 |
| 10/25/2001 | E-mail | Attorney-Client; Attorney Work Product | F/A 18 C/D Profiles | Alan F. Zusman | Robert J. Smith | | OCE213585 | Mr. Zusman provided this communication to Mr. Smith consistent with their responsibilities as set forth in the attorney comments block to OCE213648-49 (first item on privilege log). | RFP 29 |
| 10/31/2001 | E-mail | Attorney-Client; Attorney Work Product | Work Priority for Wyle | Robert J. Smith | Alan F. Zusman, Dan J. Cecchini, Robert J. Smith | Fred E. Pierson, Phil Logan, Ronald Borro, Christopher D. Jung (Navy Litigation Office), John D. Noel (Navy Litigation Office), Jude Klena (Commander in Chief, U.S. Atlantic Fleet, Fleet Judge Advocate's Office) | OCE213627-8 | In addition to the individuals identified in the attorney comments block for OCE213648-49 above, the following additional individuals are copied here: Fred Pierson, who was the deputy program manager for the F/A-18 E/F East Coast basing EIS (and therefore the deputy to Dan Cecchini, the project manager), who is copied because of his overall responsibility for the EIS, and Commander Phil Logan, a staff officer in the office of Commander-in-Chief, U.S. Atlantic Fleet who was assigned to the EIS team, and who also worked on issues related to this litigation | RFP 29 |
| 10/31/2001 | E-mail | Attorney-Client; Attorney Work Product | Memo Regarding C/D Profiles | Zusman, A. | Robert J. Smith | G Long, Dan J. Cecchini | OCE213629 | Geral Long is copied on this document because Wyle Laboratories prepared the attachment to the e-mail at request of counsel. Mr. Cecchini is copied on this document (and the attachment to it (OCE213630-31) because it was anticipated that the subject of the attached memo would need to also be addressed in some way in the latter EIS, for which Mr. Cecchini had responsiblity as program manager. | RFP 29 |
| 10/31/2001 | Report | Attorney-Client; Attorney Work Product | FA-18CD Profile Change Memo Final | Zusman, A.; Long, G. | Robert J. Smith | Dan J. Cecchini | OCE213630-1 | The supplemental information for this document is contained in the attorney comments block directly above. | RFP 29 |
| 11/5/2001 | E-mail | Attorney-Client; Attorney Work Product | AESO Information on F/A-18 Power Settings | Alison D. Ling | Robert J. Smith | | OCE213632 | Alison Ling, who was an attorney in the counsel's office for the Assistant Secretary of the Navy, Installations & Environment with special expertise in the Clean Air Act, is included in this communication along with Everett Douglas and Lyn Coffer from the Navy's Aircraft Enviornmental Support Office (AESO). AESO provides support within the Navy in a number of ways, including support for analyses under the Clean Air Act that are included in NEPA documents such as EISs. This communication, including the attachments (which appear as the last three items on this privilege log) was prepared by AESO in conjunction with attempting to understand the data AESO had obtained about power settings, which was relevant to the efforts Wyle Laboratories was engaged in looking at the same general kind of data. | RFP 29 |
| 11/5/2001 | E-mail | Attorney-Client; Attorney Work Product | AESO Information on F/A-18 Power Settings | Alison D. Ling | Lyn P. Coffer, Everette Douglas | Christopher D. Jung, John D. Noel, Ronald Borro, Robert J. Smith | OCE213633-4 | Same individuals involved in the communication as OCE213632 immediately above, along with other attorneys whose responsibilities have been previously identified. | RFP 29 |
| 11/20/2001 | E-mail | Attorney-Client; Attorney Work Product | E/F P/B to Mr. Holaday | Ronald Borro | Kathy Reed, Ronald E. Tickle, Alison D. Ling, Alan Zusman, Robert J. Smith | Ruby L. Killebrew | OCE213636-7 | In addition to Alison Ling (whose responsibilities are identified in the attorney comments block for OCE213632 above) and Ron Borro, whose responsibilities are described in the attorney comments block for OCE21348-49, this communication also includes Lieutenant Commander Kathy Reed, who was the Director, Installation Management, in the office of the Assistant Secretary of the Navy (Installations & Environment), who acted as Mr. Holaday's military assistant, Ron Tickle, who is the principal advisor for all matters relating to enviornmental planning and compliance for N45, the uniformed official who has been delegated authority by the Chief of Naval Operations for policy, oversight and compliance for Navy enviornmental protection, including environmental compliance with statutes such as NEPA, and Ruby Killebrew, who was Mr. Holaday's secretary and scheduler, who was provided this communicatiuon for the limited purpose of scheduling a meeting. | RFP 29 |
| 11/28/2001 | E-mail | Attorney-Client; Attorney Work Product | C/D Flight Profile Memo to File | Jude L. Klena | Robert J. Smith, Alan F. Zusman | Jude L. Klena, Phillip Logan | OCE213638-9 | In addition to Alan Zusman and Robert Smith, whose responsibilities are identified in the attorney comments block for OCE213648-49 above, the other individuals included in this communication are Lieutenant Commander Jude Klena, an attorney in the counsel's office for Commander-in-Chief, U.S. Atlantic Fleet who was heavily involved in all matters related to NAS Oceana, including both this litigation and the F/A-18 E/F East Coast basing EIS, and Commander Phil Logan, a staff officer in the office of Commander-in-Chief, U.S. Atlantic Fleet who was assigned to the EIS team, who also worked on matters related to this litigation. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 11/29/2001 | E-mail | Attorney-Client; Attorney Work Product | C/D Flight Profile Memo to File | Alan F. Zusman | Jude L. Klena, Robert J. Smith, Alan F. Zussman | Phillip Logan | OCE213642-3 | The individuals involved in this communication are the same as with OCE213638-39 above, who are involved in the communication for the same reason as set forth there. | RFP 29 |
| 11/29/2001 | E-mail | Attorney-Client; Attorney Work Product | Oceana Noise Contours | Charlotte Wise | Robert J. Smith | Michelle K. Paynter | OCE213644-5 | The attorneys involved in this communication include the same ones, with the same responsibilities as those identified in the attorney comments block of OCE213648-49 (first item on privilege log) (i.e., Messrs. Mora, Turnquist, Houck, Ledvina, Borro, Laverdiere, Kraft, Jung, Foster, Brookshire, Shuey, and Smith), and OCE213574-79 (second item on privilege log) (i.e., Mr. Noel), with the addition of the following attorneys: Thomas Kranz, who was the Principal Deputy General Counsel of the Navy, the number two position in the Navy General Counsel's organization; William Molzahn, who was the Deputy General Counsel of the Navy, the number three position in the Navy Office of General Counsel and the senior career civil servant in the organization; Captain Charlotte Wise, who was the Executive Assistant and Special Counsel in Mr. Mora's office, and the following non-attorneys: Duncan Holaday, who was the Deputy Assistant Secretary of the Navy (Installations & Facilities) and Michelle Paynter, who was Mr. Mora's secretary and scheduler, who was provided the communication for the limited purpose of scheduling a meeting. | RFP 29 |
| 12/4/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Jude L. Klena | Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Robert J. Smith, Christopher D. Jung, Jude L. Klena, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey | James W. Houck, Michael Brady, Jacqueline Yost | OCE213647 | All of the information related to this document, including the individuals involved in the communication and the reason they were involved, is found in the attorney comments block for OCE213648-49, the first item on this privilege log. | RFP 29 |
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | James Brookshire | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Jude L. Klena, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman | James Houck, Michael Brady | OCE213650-51 | All of the information related to this document, including the individuals included in the communication and the reason they were included, is found in the attorney comments block for OCE213648-49, the first item on this privilege log. | RFP 29 |
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Jude L. Klena | Julia Evans, David Shuey, Jacqueline Yost, Robert J. Smith, Alberto J. Mora, Duncan Holaday, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire | James Houck, Michael Brady | OCE213652-4 | All of the information related to this document, including the individuals included in the communication and the reason they were included, is found in the attorney comments block for OCE213648-49, the first item on this privilege log. The last (i.e., the most recent) e-mail also reflects communication with attorney LT Florencio (Flo) Yuzon, the Station Judge Advocate (the attorney for the Commanding Officer), NAS Oceana. | RFP 29 |
| 12/5/2001 | E-mail | Attorney-Client; Attorney Work Product | NAS Oceana and NALF Fentress Noise Contours - Proposed PAO Q&As and Letter to Local Officials | Alan F. Zusman | Jude L. Klena, Duncan Holaday, Kirk A. Foster, Turnquist, Ronald Borro, Robert J. Smith, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey | James W. Houck, Michael Brady, Jacqueline Yost | OCE213663 | All of the information related to this document, including the individuals included in the communication and the reason they were included, is found in the attorney comments block for OCE213648-49, the first item on this privilege log. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| 12/6/2001 | E-mail | Attorney-Client; Attorney Work Product | Media Release ICW Noise Contours at NAS Oceana and NAF Fentress | Duncan Holaday | Robert J. Smith, Jude L. Klena, Alberto J. Mora, Kirk A. Foster, Carl J. Turnquist, Ronald Borro, Christopher D. Jung, Marc G. Laverdiere, Alan F. Zusman, James Brookshire, Julia Evans, David Shuey, Todd M. Kraft | James W. Houck, Michael Brady, Jacqueline Yost, Thomas Crabtree | OCE213655-6 | All of the information related to this document, including the individuals included in the communication and the reason they were included, is found in the attorney comments block for OCE213648-49, the first item on this privilege log, with the addition of the following non-attorney on the last two (i.e., the two most recent) e-mails: Thomas Crabtree, who was the Deputy for Shore Installations, Commander-in-Chief, U.S. Atlantic Fleet, who had broad responsibilities including for all shore installations within the area of responsibility of the fleet commander, including NAS Oceana. | RFP 29 |
| 12/10/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 A vs. B | Robert J. Smith | Micah Downing, Alan F. Zusman, Robert J. Smith, Fred E. Pierson, Dan J. Cecchini | Geral Long, Christopher D. Jung, John D. Noel | OCE213741 | In addition to individuals previously identified and whose responsibilities are described above, i.e., Messrs. Zusman, Smith, Pierson, Cecchini, Jung, and Noel, this communication also includes Geral Long and Micah Downing from Wyle Laboratories. Mr. Long and Mr. Downing are included in this communication because they had managerial and engineering responsibility for the noise analyses being performed by Wyle as part of the F/A-18 E/F East Coast basing EIS. The effort that Wyle is engaged in here, which related to determining how to examine the flight operations of the F-14 aircraft, was relevant to both the F/A-18 E/F East Coast basing EIS, but also to potential use of any revised data arising out of this examination in conjunction with this litigation. Messrs. Long and Downing are the technical experts on this matter, and were an integral part of the Navy F/A-18 E/F East Coast basing team. Wyle also provided litigation support to the Navy in conjunction with this litigation. | RFP 29 |
| 12/11/2001 | E-mail | Attorney-Client; Attorney Work Product | F/A 18 E/F EIS Noise Contours; Litigation Support | Jude L. Klena | Phillip Logan, Robert J. Smith, Micah Downing, Alan F. Zusman | Geral Long, Christopher D. Jung, John D. Noel, Julia Evans, David Shuey, Tim Braue | OCE213659-62 | The individuals involved in this communication have been identified in the attorneys comments block for OCE213741 (immediately above), OCE213838-69, and OCE213648-49 (first item on privilege log). Messr. Long and Downing from Wyle Laboratories were involved in general for the reasons set forth in the attorney comments block for OCE213741, and also specifically because the intended end result of this communication was to have a memorandum for the record that accurately described and verified the work Wyle and others have done in developing information related to how the F/A-18 C/D was flown at NAS Oceana. | RFP 29 |
| 12/12/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 A vs. B | Alan F. Zusman | Micah Downing, Alan F. Zusman, Bob Smith, Fred E. Pierson, Dan J. Cecchini | Geral Long | OCE213716 | The individuals involved in this communication have been previously identified in the attorney comments block for OCE213648-49 (first item on privilege log) and 213741. Messr. Long and Downing from Wyle Laboratories were involved in this communication for the reasons set forth in the attonrey comments block for OCE213741. | RFP 29 |
| 12/12/2001 | E-mail | Attorney-Client; Attorney Work Product | F 18 E/F EIS Noise Contours; Litigation Support | Alan F. Zusman | Phillip Logan, Robert J. Smith, Micah Downing | Geral Long, Jude Klena, Christopher D. Jung, David Shuey, Julia Evans | OCE213717-20 | The individuals involved in this communication have been previously identified in the attorney comments block for OCE213648-49 (first item on privilege log) and 213741. Messr. Long and Downing from Wyle Laboratories were involved for the reasons set forth in the attonrey comments block for OCE213741. | RFP 29 |
| 12/20/2001 | E-mail | Attorney-Client; Attorney Work Product | MCAS Beaufort Data Validation | Alan F. Zusman | Robert J. Smith | | OCE213722-7 | The individuals involved in this communication have been previously identified in the attorney comments block for OCE213648-49 (first item on privilege log) and 213741. Messr. Long and Downing from Wyle Laboratories were involved for the reasons set forth in the attonrey comments block for OCE213741. | RFP 29 |
| 12/21/2001 | E-mail | Attorney-Client; Attorney Work Product | Oceana Noise Contours | Alan F. Zusman | Kathy Reed, Kimberly B. Depaul, Robert J. Smith, Joseph F. Gradisher, Alan F. Zusman, Phillip Logan, Dan J. Cecchini, James Lang, Jude Klena, Bret J. Muilenburg, Kirk A. Foster, Michael E. McGregor, Ginger B. Rice | | OCE213730 | The individuals involved in this communication included attorneys Smith (whose responsibilities are previously identified), Borro previously identified), and Klena (previously identified), Foster (previously identified), and James Lang (environmental counsel, Coomander-in_chief, U.S. Atlantic Fleet), and non-attorneys Kathy Reed (previously identified), Kim DePaul (previously identified), Dan Cecchini, Phil Logan, and Alan Zusman (all previously identified). This communication also involves attorney Mike McGregor from the Navy's Office of Legislative Affairs, and Ginger Rice from the Office of Legislative Affairs, Assistent Secretary of the Navy (Installations & Enviornment), both of whom are included because the underlying subject matter of the communication relates to notification of federal and local elected officials, and Joseph Gradisher, who worked in the Navy's Chief of Information office (CHNIFO), who is included because of the posssible media interest in the underlying subject matter of the communication. | RFP 29 |
| 12/21/2001 | E-mail | Attorney-Client; Attorney Work Product | F-14 Endorsement | Robert J. Smith | Phillip Logan, Dan J. Cecchini, James Lang, Jude Klena, Fred E. Pierson, Ronald Borro, Robert J. Smith, Alan F. Zusman | | OCE213731 | The individuals involved in this communication and their relevant responsibilties have been previously identified above. | RFP 29 |
| 11/5/2001 | Memorandum | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | Attachments to OCE213648-49 (first document on privilege log). See attorney coments block for that document on this log. | RFP 29 |

**Supplemental Oceana Privilege Log RFP 29**
**08/31/2005**
**REVISED 10/28/2005**

| Date | Doc Type | Basis | Subject | Author | Recipient | CC | Bates Range | Attorney Comments | Responsive |
|---|---|---|---|---|---|---|---|---|---|
| Undated | Chart | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | Attachments to OCE213648-49 (first document on privilege log). See attorney coments block for that document on this log. | RFP 29 |
| Undated | | Attorney-Client; Attorney Work Product | F/A-18 Power Settings | AESO-Lynn P. Coffer | Alison Ling | | No Bates Stamp | Attachments to OCE213648-49 (first document on privilege log). See attorney coments block for that document on this log. | RFP 29 |
| Undated | Memorandum | Attorney-Client; Attorney Work Product | C/D Flight Profile Memo to File | | | | assigned OCE239446 | Attachment to OCE213638-39. The basis for asserting attorney-client and attorney work product for this attachment are as set forth in the privilege log for OCE213638-39 in the privilege log submitted to the court in November 2005, i.e. "Redacted communication between attorneys Jude Klena and Robert Smith [Mr. Zusman is also an addressee] reflecting communication with counsel and seeking and providing advice regarding C/D Flight Profile Memo to File. Document prepared in conjunction with pending inverse condemnation litigation and in anticipation of potential litigation arising out of F/A-18 E/F East Coast basing NEPA process." The individuals involved in this communication were identified in detail in the supplemental privilege log submitted to the Court on May 2, 2006. | |