IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 01-201 L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT F IN HARD COPY**

Defendant, United States of America, hereby files Defendant's Motion for Leave to File Exhibit F, "Map of Test Plaintiffs' Properties, Virginia Beach, Virginia," in Hard Copy. Exhibit F was filed electronically on April 28, 2006, as an attachment to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment and Memorandum in Support Thereof. Defendant believes an oversized hard copy of Exhibit F would facilitate the Court's review of the map.

Dated: May 5, 2006

/s/ Steven D. Bryant by s/Kelle S. Acock
Steven D. Bryant
Kelle S. Acock
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlanic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737