IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 01-201 L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT EXHIBIT B**

Defendant, United States of America, hereby files this Motion for Leave to Supplement Exhibit B, "Declaration of Commander Stephen G. Riley, III," filed electronically on April 28, 2006, as an attachment to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment and Memorandum in Support Thereof. In his declaration, Commander Riley discusses Air Traffic Activity Reports ("ATARs") and how aircraft operations at Naval Air Station ("NAS") Oceana were reported before 1996 and beginning with 1996. See Declaration of Commander Stephen G. Riley, III, ("Riley Decl."), ¶¶ 7, 15-22. Copies of the 1981, 1992, 1999, and 2000 ATARs for NAS Oceana were inadvertently excluded from Exhibit B. Accordingly, Defendant respectfully requests the Court grant Defendant leave to file the 1981, 1992, 1999, and 2000 ATARs as a supplement to Exhibit B.

Counsel for Plaintiffs has authorized Defendant to represent that counsel for Plaintiffs has no opposition to this motion for leave to supplement Exhibit B.

Dated: May 10, 2006

/s/ Steven D. Bryant
Steven D. Bryant
Kelle S. Acock
Environmental & Natural Resources Division

United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737

**1981, 1992, 1999, and 2000 ATARs to Supplement Exhibit B, Declaration of Commander Stephen G. Riley, III**

TRAFFIC ACTIVITY REPORT
3721/12 (REV. 8-73) S/N 0107-728-2981 *(See Reverse Side For Instructions)* REPORT SYMBOL OPNAV 3721-13

| | |
|---|---|
| TO: HIEF OF NAVAL OPERATIONS (OP-513G1) NAVY DEPARTMENT WASHINGTON, D.C. 20350 | 1. REPORT PERIOD 1 JAN - 30 JUNE 1981 |
| 2. NAME OF ACTIVITY SUBMITTING REPORT Naval Air Station Oceana Virginia Beach, VA 23460 | 3. LOCATION IDENTIFIER KNTU |

4. NAME OF AIRFIELD THIS REPORT

APOLLO SOUCEK FIELD

| 5. AIRCRAFT OPERATIONS | MILITARY | | CIVIL | | TOTAL |
|---|---|---|---|---|---|
| | NAVY/ MARINE CORPS | OTHER MILITARY | AIR CARRIER | GENERAL AVIATION | |
| IFR (RADAR) | 30256 | 1842 | 8 | 2244 | 34350 |
| VFR (TOWER) | 70280 | 999 | 35 | 1064 | 72378 |
| TOTAL | 100536 | 2841 | 43 | 3308 | 106728 |
| 6. RADAR APPROACHES | 4928 | 279 | 2 | 52 | 5261 |

| 7. ACLS APPROACHES | MODE I | MODE IA | MODE II | MODE III | TOTAL |
|---|---|---|---|---|---|
| | 180/73 | 57/41 | 1122/998 | 102/349 | 1461 |

8. REMARKS

FENTRESS 49928

APPROVED BY *(Name, title and signature)*

J.W. WAGNER, CDR, USN

COPY TO:

FEDERAL AVIATION ADMINISTRATION
INFORMATION AND STATISTICS DIVISION
OFFICE OF MANAGEMENT SYSTEMS
WASHINGTON, D.C. 20591

111989
108584

SEMI-ANNUAL

AIR TRAFFIC ACTIVITY REPORT
OPNAV 3721/12 (REV. 8-73) S/N 0107-728-2981

*(See Reverse Side For Instructions)*

REPORT SYMBOL OPNAV 3721-

TO: CHIEF OF NAVAL OPERATIONS (OP-513G1)
NAVY DEPARTMENT
WASHINGTON, D.C. 20350

1. REPORT PERIOD
1 JUL 81 - 31 DEC 81

2. NAME OF ACTIVITY SUBMITTING REPORT
NAVAL AIR STATION OCEANA
VIRGINIA BEACH VA 23460

3. LOCATION IDENTIFIER
KNTU

4. NAME OF AIRFIELD THIS REPORT
APOLLO SOUCEK FIELD

| 5. AIRCRAFT OPERATIONS | MILITARY | | CIVIL | | TOTAL |
|---|---|---|---|---|---|
| | NAVY/ MARINE CORPS | OTHER MILITARY | AIR CARRIER | GENERAL AVIATION | |
| IFR | 28,110 | 1247 | 30 | 2763 | 32,150 |
| VFR | 88,073 | 1103 | 166 | 3533 | 92,875 |
| TOTAL | 116,183 | 2350 | 196 | 6296 | 125,025 |
| 6. RADAR APPROACHES | 6202 | 209 | 19 | 11 | 6441 |

124944

| 7. ACLS APPROACHES | MODE I | MODE IA | MODE II | MODE III | TOTAL |
|---|---|---|---|---|---|
| | 103/59 | 27/14 | 651/558 | 90/240 | 871 |

8. REMARKS

FENTRESS 41,000

APPROVED BY *(Name, title and signature)*
AC2 SALLY C. DOYLE Sally C. Doyle

COPY TO:
FEDERAL AVIATION ADMINISTRATION
INFORMATION AND STATISTICS DIVISION
OFFICE OF MANAGEMENT SYSTEMS
WASHINGTON, D.C. 20591

# Air Traffic Activity Report

**AIR TRAFFIC ACTIVITY REPORT**

TO CHIEF OF NAVAL OPERATIONS ~~OP-554~~ N885F
NAVY DEPARTMENT
WASHINGTON, D.C. 20350-2000

1. REPORT PERIOD
1 January – 31 December 19 92

2. NAME OF ACTIVITY SUBMITTING REPORT
NAS OCEANA VIRGINIA BEACH,VA. 23462

3. LOCATION IDENTIFIER
NTU

4. NAME OF AIRFIELD THIS REPORT
APOLLO SOUCEK

| 5. AIRCRAFT OPERATIONS | MILITARY | | CIVIL | | TOTAL |
|---|---|---|---|---|---|
| | NAVY/ MARINE CORPS | OTHER MILITARY | AIR CARRIER | GENERAL AVIATOR | |
| IFR | 107,360 | 5,956 | 0 | 7,810 | 121,126 |
| VFR | 99,991 | 3,016 | 0 | 5,251 | 108,258 * |
| TOTAL | 207,351 | 8,972 | 0 | 13,061 | 229,384 |
| 6. RADAR APPROACHES | 8,708 | 356 | 0 | 118 | 9,182 |
| | MODE I | MODE 1A | MODE II | MODE III | TOTAL |
| 7. ACLS APPROACHES | 245 | 4 | 5,387 | 1,513 | 7,149 |

8. Training Device Use – Type Device 15G20

(1) Number of hours used 147.2

(2) Number of radar approaches accomplished 1,002

(3) Number of hours of pattern control, vector to outlying fields, etc. 36.0

(4) Number of hours not used because of maintenance outage N/A

9. Remarks (use additional pages if desired)

*INCLUDES 49,264 VISUAL APPROACHES
NFE-93,030

15G20 OTS- 9-27 JAN, 8-27 FEB, 1-31 MAR, 1-7 APR, 20-31 AUG, 1-4 SEP, 2-7 AND 11-14 DEC.

M. A. Wulf

APPROVED
WULF M.A.,LCDR,AIR TRAFFIC CONTROL FACILTY OFFICER.

COPY TO: Type Commander (COMNAVAIRLANT)
ATC Representative
NAVREP
CMC (Aviation) (for USMC only)

N4/86

ORIGINAL

# AIR TRAFFIC ACTIVITY REPORT

TO. CHIEF OF NAVAL OPERATION (N885F)
NAVY DEPARTMENT
WASHINGTON, D.C. 20350-2000

1. REPORT PERIOD
1 January 1999 - 31 December 1999

2 NAME OF ACTIVITY SUBMITTING REPORT
NAS OCEANA, VIRGININA BEACH, VA 23460

3 LOCATION IDENTIFIER
NTU

4 NAME OF AIRFIELD THIS REPORT
APOLLO SOUCEK

| 5 CONTROL TOWER OPERATIONS | MILITARY | | CIVIL | | |
|---|---|---|---|---|---|
| | NAVY/ MARINE CORPS | OTHER MILITARY | AIR CARRIER | GENERAL AVIATION | TOTAL |
| AIRPORT | 126164 | 3860 | 0 | 94 | 130118 |
| TRANSIT | 320 | 163 | 0 | 2291 | 2274 |
| TOTAL | 126484 | 4023 | 0 | 2385 | 132892 |
| 6. RADAR APPROACHES | | | | | |
| | MODE I | MODE IA | MODE II | MODE III | TOTAL |
| 7. PALS APPROACHES | | | | | |

8. Training Device Used – Type Device ______________
(1) Number of hours used ______________
(2) Number of radar approaches accomplished ______________
(3) Number of hours of pattern control, vector to outlying fields, etc. ______________
(4) Number of hours not used because of maintenance outage ______________

9 Remarks (use additional pages if desired)

APPROVED [signature]
D. P. HEBERT, CDR, USN
OIC, AIR OPS DET, NAS OCEANA

COPY TO. COMNAVAIRLANT (N37)
NAVREP
FAA ATREP
SPAWARSYSCEN (313)

AIR TRAFFIC ACTIVITY REPORT

TO. CHIEF OF NAVAL OPERATION (N885F)
NAVY DEPARTMENT
WASHINGTON, D.C 20350-2000

1. REPORT PERIOD
1 January 1999 – 31December 1999

2 NAME OF ACTIVITY SUBMITTING REPORT
NAS OCEANA, VIRGININA BEACH, VA 23460

3. LOCATION IDENTIFIER
NTU

4. NAME OF AIRFIELD THIS REPORT
APOLLO SOUCEK

| 5. APPROACH CONTROL OPERATIONS | MILITARY | | CIVIL | | |
|---|---|---|---|---|---|
| | NAVY/ MARINE CORPS | OTHER MILITARY | AIR CARRIER | GENERAL AVIATION | TOTAL |
| IFR | 41262 | 868 | 0 | 205 | 42153 |
| VFR | 2421 | 1522 | 0 | 7435 | 11378 |
| TOTAL | 43683 | 2390 | 0 | 7640 | 53531 |
| 6. RADAR APPROACHES | 2035 | 102 | 0 | 42 | 2179 |

| | MODE I | MODE IA | MODE II | MODE III | TOTAL |
|---|---|---|---|---|---|
| 7. PALS APPROACHES | 39 | 10 | 2489 | 709 | 3247 |

8 Training Device Used – Type Device 15G33
(1) Number of hours used 0
(2) Number of radar approaches accomplished 0
(3) Number of hours of pattern control, vector to outlying fields, etc 0
(4) Number of hours not used because of maintenance outage 8442

9. Remarks (use additional pages if desired)
15G33 CASREP 23 NOV 98

APPROVED
D. P. HEBERT, CDR, USN
OIC, AIR OPS DET, NAS OCEANA

COPY TO. COMNAVAIRLANT (N37)
NAVREP
FAA ATREP
SPAWARSYSCEN (313)

AIR TRAFFIC ACTIVITY REPORT

TO CHIEF OF NAVAL OPERATION (N885F)
NAVY DEPARTMENT
WASHINGTON, D C 20350-2000

1. REPORT PERIOD
1 January – 31December 2000

2. NAME OF ACTIVITY SUBMITTING REPORT
NAS OCEANA, VIRGININA BEACH, VA 23460

3. LOCATION IDENTIFIER
NTU

4. NAME OF AIRFIELD THIS REPORT
APOLLO SOUCEK

| 5. CONTROL TOWER OPERATIONS | MILITARY | | CIVIL | | |
|---|---|---|---|---|---|
| | NAVY/ MARINE CORPS | OTHER MILITARY | AIR CARRIER | GENERAL AVIATION | TOTAL |
| AIRPORT | 154623 | 2486 | 0 | 330 | 157439 |
| TRANSIT | 361 | 245 | 0 | 1602 | 2208 |
| TOTAL | 154984 | 2731 | 0 | 1932 | 159647 |
| 6. RADAR APPROACHES | | | | | |
| | MODE I | MODE IA | MODE II | MODE III | TOTAL |
| 7. PALS APPROACHES | | | | | |

8 Training Device Used – Type Device ____________
(1) Number of hours used ____________
(2) Number of radar approaches accomplished ____________
(3) Number of hours of pattern control, vector to outlying fields, etc ____________
(4) Number of hours not used because of maintenance outage ____________

9. Remarks (use additional pages if desired)

APPROVED [signature]
D. P. HEBERT, CDR, USN
AIR OPERATIONS OFFICER, NAS OCEANA

COPY TO: COMNAVAIRLANT (N37)
NAVREP
FAA ATREP
SPAWARSYSCEN (313)

ENCL (1)

AIR TRAFFIC ACTIVITY REPORT

| | |
|---|---|
| TO: CHIEF OF NAVAL OPERATION (N885F)<br>NAVY DEPARTMENT<br>WASHINGTON, D.C. 20350-2000 | 1. REPORT PERIOD<br>1 January – 31 December 2000 |
| 2. NAME OF ACTIVITY SUBMITTING REPORT<br>NAS OCEANA, VIRGININA BEACH, VA 23460 | 3. LOCATION IDENTIFIER<br>NTU |
| 4. NAME OF AIRFIELD THIS REPORT<br>APOLLO SOUCEK | |

| 5 APPROACH CONTROL OPERATIONS | MILITARY | | CIVIL | | |
|---|---|---|---|---|---|
| | NAVY/ MARINE CORPS | OTHER MILITARY | AIR CARRIER | GENERAL AVIATION | TOTAL |
| IFR | 65318 | 1339 | 0 | 336 | 66993 |
| VFR | 2882 | 1909 | 0 | 5832 | 10623 |
| TOTAL | 68200 | 3248 | 0 | 6168 | 77616 |
| 6. RADAR APPROACHES | 6448 | 291 | 0 | 69 | 6808 |

| | MODE I | MODE IA | MODE II | MODE III | TOTAL |
|---|---|---|---|---|---|
| 7. PALS APPROACHES | 11 | 2 | 3043 | 593 | 3649 |

8. Training Device Used – Type Device 15G33

(1) Number of hours used 0

(2) Number of radar approaches accomplished ______ 0

(3) Number of hours of pattern control, vector to outlying fields, etc. 0

(4) Number of hours not used because of maintenance outage ______ moving to new location

9. Remarks (use additional pages if desired)

APPROVED

D. P. HEBERT, CDR, USN
AIR OPERATIONS OFFICER, NAS OCEANA

COPY TO: COMNAVAIRLANT (N37)
NAVREP
FAA ATREP
SPAWARSYSCEN (313)