# In the United States Court of Federal Claims

No. 01-201L
(Filed May 12, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received and reviewed defendant's Motion for Leave to File Exhibit F in Hard Copy. The Motion is **GRANTED**. The Clerk is **DIRECTED** to mark the Exhibit with the case name and number, and to file it as an attachment to defendant's Motion to Dismiss or, Alternatively, for Summary Judgment and Memorandum in Support Thereof.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge