**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, *et al.*,<br>*Plaintiffs,*<br>v.<br>THE UNITED STATES OF AMERICA,<br>*Defendant*. | ) | No.: 01-201L<br>(Honorable Victor J. Wolski) |

**MOTION FOR CLARIFICATION**

In the introductory sentence to the Order of April 20, 2006, requiring the Defendant to provide unredacted versions of documents related to Plaintiffs' Motion to Compel, the Court also mentioned Defendant's Motion for Protective Order regarding the subpoena Plaintiffs had issued to Wyle Laboratories.

Plaintiffs had subpoenaed internal Wyle documents and communications relating to the change in noise contours and flight patterns constructed for the second relevant Environmental Impact Statement in 2002. Defendant moved for a protective order. Plaintiffs opposed the Defendant's Motion for Protective Order regarding Wyle in part on the grounds that Plaintiffs objected to Defendant "representing" Wyle and filtering or reviewing the documents prior to Wyle's response to the subpoena.

Counsel for Plaintiffs has spoken with counsel for Defendant. Defendant has not submitted to the Court, *in camera*, any documents that are or may be covered by the Plaintiffs' subpoena to Wyle. Therefore, the issue regarding the documents covered by the Wyle subpoena is fully briefed and unresolved and is completely separate from the ongoing *in camera* review.

Dated: May 15, 2006

Respectfully submitted,

/s/ Jack E. Ferrebee

Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Counsel of Record for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kfquinn@quinnlaw.com
mwolf@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles B. Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Blvd., Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com