00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF BETTY J. CAPPS,
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

April 28, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs

U. S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
DOMINICK G. YACONO, ESQUIRE
Counsel for the Defendant

A. Dodge's Store. That's what it is.
Q. Like the car?
A. Yes.
Q. And how long have you been doing that?
A. 16 years. Just about. Almost 16 years.
Q. And how long have you lived in -- what did you do before that, I'll ask.
A. I did not work.
Q. Okay. And how long have you lived in Virginia Beach?
A. Since 1975.
Q. And why did you move here?
A. My father was in the military and we retired here. He retired here.
Q. What -- he was in the Navy I assume?
A. Yes, sir.
Q. And what rank did he retire as?
A. I'm not certain. I think it was an E-6. I don't know. I have no idea. I don't remember.
Q. All right. Was he enlisted, though?
A. Yes, sir.
Q. And he was at some point a noncommissioned officer. Is that fair?
A. That's correct.
Q. All right. And does he still live in the area?

don't remember them ever being as close as they are now back then. I just don't recall. I mean, I'm sorry. That's all I can remember.

Q. That's okay.

When you look -- let's first talk about that.

A. Okay.

Q. What percentage of, let's say present day, what percentage of the jets that fly over your house fly directly over your house?

A. 40 percent.

Q. Less than half. And the remaining 60 percent, roughly. How many blocks are we talking in a radius away from your house, and you're still hearing those impacts?

A. 10 blocks.

Q. 10 block radius.

Has that spatial relationship to your house, has that remained consistent from when you moved in in 1981 in terms of roughly 40 percent directly over, and the remaining roughly 60 percent within that 10 block radius?

A. If I can recall in the '80s, I wouldn't say 40 percent were overflights back then. I think they were more the 10 blocks away or -- you know, 10 blocks away in a circumference.

Does that make sense?

Q. I think so.

Are you saying that 40 percent would have been in the wider 10 percent -- I mean 10 block radius. What percentage would have been directly over your house in the '80s?
A. 10, 20 percent.
Q. 10, 20 percent.
Was there -- when you say the '80s, was it the same consistent throughout the entire '80s that you were there, '81 to '90? When did it change from 10 to 20 percent flying directly over your house to what you describe now as 40 percent flying directly over your house? When did that happen?
A. In the early '80s, the jets were a little bit more abundant. Then it seemed to slack off to the point that we didn't really pay any attention to them. And then they picked up after 1999. So it's varied over 24 1/2 years. It's varied over how often the jets and where they fly and where they are in relationship to our home.
Q. Okay.
A. So that's hard to answer because it's been such a long period of time. In the '80s, they were much more prevalent. In late '80s, early '90s, they were not.
Q. Okay. Well, then -- fair enough.
So in the -- you moved in about '81?
A. Right. '81. It was '81.

flights and that kind of thing before you moved in?

A. No.

Q. Why didn't you do that?

A. You mean before we rented it?

Q. Yes.

A. Oh, because we were kids, and we needed a house, and it was cheap, and we moved into it.

Q. And how old were you at that time frame?

A. I was 21.

Q. And you had just gotten married I guess?

A. We had been married, yes.

Q. And in those first, '81 through '83 when there was a high level of operation, then it went down, what impact did that have on your daily lives? If you were outside, could you talk to one another?

A. Yes.

Q. You could talk without having to talk loud or anything of that nature when the jets were going over your house?

A. Yes.

Q. Did you have to turn up the volume of your television, or anything of that nature, at that time frame?

A. I don't remember ever having to do that at that time, no.

Q. Now, I think you said '99 is when the operations

spiked again. Is that the time you said? Or when did it spike again?

A. To be honest with you, I never paid any attention until the noise level grew to an uncomfortable level. We always could operate our lives like we've always operated them until after '99.

Q. And when you say after '99, can you tell me what month when that happened?

A. I can't tell you the month. I think it was in the fall.

Q. Fall of?

A. '99.

Q. Okay. And why do you think it was the fall of '99? Why does that jump out to you?

A. The first time I was out in the yard talking to my brother, and for the first time ever we could not communicate. We could not talk. And I remember looking up, going, what is that? And it just shocked me.

Q. Does your brother live in the neighborhood also?

A. He lives in Windsor Woods. He was visiting me that day.

Q. Where is Windsor Woods?

A. Here we go again.

Q. I mean roughly?

A. Roughly it's near where I used to live on Chester

00062

demand for the houses in your neighborhood from what you described of the one-day sales and bidding above the asking price and that kind of thing. Is that a correct statement?

A. Yes. Yes.

Q. Do you -- you identified the fall '99 time frame as to when things changed in terms of you can go longer have conversations when the jets were overflying your house?

A. Exactly.

Q. And did you ever experience that before when you lived in the house, whether you owned it or rented it?

A. I don't remember it not being able to have a conversation.

Q. Okay. And could you have phone conversations outside of your house before 1999?

A. Yes.

Q. You could?

A. Yes.

Q. And could you do it after '99?

A. When the jets are flying, no.

Q. That's what I mean. The jets are flying?

A. No.

Q. And my question is before '99 when the jets are flying, could you have a phone conversation outside?

A. Yes.

Q. You could.

Do you have any experience with vibrations from the jets flying over the house?
A. You mean like my house vibrating?
Q. Or things within the house?
A. Yes.
Q. Has anything ever broken?
A. No. No.
Q. Has anything ever fallen off, a picture?
A. We've had pictures fall. Not off the wall, but like a table that is near a window, it will vibrate. If you don't watch them they will work their way to the edge and fall off.
Q. But nothing has ever broken because of that?
A. No.
Q. Did you have vibrations before '99?
A. Occasionally, like the huge jet would come over. That C -- whatever that thing -- that would vibrate the house. The helicopters would vibrate the house.
Q. And did you have any break at those times?
A. No.
Q. What about when the F-14 flew over your house?
A. I don't remember their vibrating the home.
Q. And the A-6?
A. That was in the '80s. I don't remember -- we never broke anything. I don't remember any vibrations

per se back then.
Q. Do you view your house as unsuitable for residential living based on the noise you are experiencing from the F-18s?
A. Yes.
Q. You view it as unsuitable for living?
A. Yes.
Q. And you viewed it to be unsuitable for residential living since 1999?
A. Off and on since 1999. We go through spells, yes.
Q. And what do you mean by off and on?
A. Sometimes the jet activity is so bad it goes on for weeks that you go, this is it, we've got to move, and then it gets better and you think oh, thank God, and you make peace with it again, and it starts up again and you think, well, it's bad again.
Q. Well, in light of the fact that you have these sort of surges and down times, and that kind of thing, considering that, is it unsuitable for residential living, based on it goes up sometimes and then it goes down?
A. It's hard to say. Because when it's bad it's so bad that you lose perspective. So I guess it's not unsuitable for residential living. It's uncomfortable for residential living.

00071

A. If I recall, yes, it had to be.

Q. Do you believe your property value has diminished because of the jet noise?

A. Yes.

Q. Why do you believe that?

A. Because it's -- when you discuss with people about the noise, they go, How do you stand to live in that neighborhood? And I think people think the same thing when they are thinking about purchasing a home out there.

Q. How do you reconcile that with what you said earlier in terms of it's a relatively small neighborhood and there's a high demand for homes in that neighborhood?

A. Because the homes in that neighborhood are very close to Oceana, and I think a lot of military move out there, but I don't think that we would receive as much money for our home if it was in an area without jet noise. I don't think people with children want to live someplace where their kids are playing having their ear drums blasted out of their head.

Are you talking like the house selling in a day across the street.

Q. Sure.

A. I also know there are not a lot of homes available in that price income right now. But I think if it had been someplace else they probably would have gotten more

00073

Q. Have you ever gone to the doctor and inquired about this pain in your ears, this discomfort as you describe it?

A. What, from the noise?

Q. Yes.

A. No. I did go to the doctor one time when I had the earplugs in my ears that I was wearing because it started to make my ear bleed, but besides that, that's the only time I have been to the doctor for my ears.

Q. Why were you using earplugs?

A. They were flying constantly, sometimes all day long and into the evening, and I have to get up to go to work at 4:30. They were flying after 10. I was trying to get to sleep. And I was wearing earplugs every night.

Q. And the earplug itself was causing your ear to bleed?

A. It caused it to break the little membranes inside of my ears, and I had to take the earplugs out, yes.

Q. And when did that happen?

A. 2005. It was probably 2002, 2003.

Q. Can you see the pilots when they are flying over your house?

A. I can see the head of the pilot, yes.

Q. And is that all the time or every time it flies over?

MR. BRYANT: Off the record.

(Mr. Ferrebee left the deposition room.)

(Recess)

BY MR. BRYANT:

Q. I think you said earlier that your husband sleeps during the day and works at night?

A. Yes, he does.

Q. What does he do?

A. He works at Nova Chemicals. He works shift work. So sometimes he sleeps during the day and sometimes he's working during the day.

Q. Is he able to sleep?

A. No.

Q. With the jet noise?

A. When the jets are flying, no.

Q. Okay. So how often goes that happen?

A. If the jets are flying, he works -- 30 percent of what he works is nighttime work. So I would say a good 20 percent, if they are flying low. It depends how they are flying. If they are flying a little bit away, then he can sleep. If they are right over the top of us, it's impossible to sleep.

Q. And has that caused any problems for him at work and that kind of thing?

A. No.