00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF HERBERT A. STOKELY
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

July 25, 2005

Appearances:

HOFHEIMER/FERREBEE, P.C.
By: KRISTEN D. HOFHEIMER, ESQUIRE
And

a number of legal matters in which I gave depositions, but I don't remember them very well.

Q. And what Navy facility?

A. Naval Aviation Depot in Norfolk, now closed as a result of a BRAC decision.

Q. And were you stationed at Norfolk?

A. I was a civilian manager.

Q. And have you ever been in the Navy before?

A. Yes.

Q. Can you tell me about your Navy career?

A. I went through college on the Holloway plan. I went to flight training after college, became a Naval aviator, left active duty in the Navy after my obligation expired, and flew in the Navy Reserves about four years after that.

Q. Can you give me the time frames of when you first joined when you went to college?

A. Went to college in 1954, graduated in 1958, went to flight training that year.

Q. In 1958?

A. Uh huh.

00006

Q. Were you flying planes between '59 and '63?

A. Yes.

Q. What planes were you flying?

A. A large number. Do you want a list of all of them.

Q. Yes.

A. Okay. My primary aircraft was H-34. I flew the H-19, the H-25, H-13, T-1A, TC-45, as pilot in command. I flew in other aircraft as participant but not as pilot in command.

Q. What other aircraft did you participate in but not command?

A. S-2 -- I remember the old designations. I can't remember the new ones. The old designation was the AD. And what did that become? We'll have to go with the AD. They changed designations from the Navy designations to Air Force compatible division so that HSS2N became the HS -- H-34, and things like that. So I remember the old designation better. Grumman Albatross. I can't remember what the Navy called that. DC-3, C-47. That's probably about it.

Q. And you said you were active duty in Rhode Island

00007

at Rhode Island in '59.
A. I got out of the Navy in Rhode Island in 1963. I flew helicopters commercially for two years. 1965 I went to work for the Naval Aviation Depot as an aeronautical engineer.
Q. So from '63 to '65 is when you flew commercial helicopters?
A. Uh huh.
Q. Where did you fly out of?
A. In Rhode Island first and here in Norfolk second.
Q. Who was your employer?
A. Copters Unlimited in Rhode Island. And Colonial Helicopters in Norfolk.
Q. And then '65 you came to Norfolk?
A. I came here in '63. I flew commercially in Rhode Island the rest of 1963 after I got out of the Navy, and then I came here the end of the year in 1963, and went to work for Colonial Helicopters and essentially worked for them off and on until I went to work for the Navy as an engineer in 1965.
Q. How long were you an engineer for the Navy?

Q. What types of aircraft did you work on?

A. Very wide range of aircraft.

You want another list?

Q. Yes, please.

A. My primary responsibilities when I first got there were on the F-9. Later the F-8. A long period of responsibilities on the F-8. Later the A-6. And then my unit shepherded the F-14 through its entire development and acceptance and on through its service in the Navy until it was moved to another facility when ours closed. So I essentially had experience with most of the development and service life of the F-14s. Also worked on a lot of other planes off and on. When they were damaged and they were at our facility we would often be called to come up with repair procedures. S-2, P-2, C-118, C-54, C-47. Oh, lots of airplanes. I can't remember all the airplanes that were broken that we had to fix.

Q. Are you currently employed?

A. No. I'm retired.

Q. And do you live in Virginia Beach?

A. Yes.

A. 23451, same as here.
Q. How long have you lived there?
A. I moved into that house in 1967.
Q. Did you live anywhere else in Virginia Beach before this address?
A. Yes. I lived in the Witchduck Point area and I lived at the north end for short periods of time. The north end would be 88th Street, and the Witchduck Point area, Richardson Road. That's your rentals before I bought my house.
Q. Why did you move to Horseshoe Circle?
A. It was a house that I liked and that I could afford. I was determined to buy a house. Tired of renting.
Q. And by your estimation, how close is your home at Horseshoe Circle to Naval Air Station Oceana?
A. Well, if you mean to the nearest edge of the field or the center of the field.
Q. Or both.
A. The center of the field, about two miles. And to the nearest edge of the field, something less than a mile and a half.

reserve unit was stationed was the air station in Norfolk, which is not an operating base, so we were not allowed to do practice flying at that base. It's a service base, and practice operations are restricted there, so we did a lot of practice at Oceana.

Q. You mentioned a short period of time at Oceana. Do you remember when those time periods were?

A. Well, the last one was two weeks. You know the reserves normally have once a year a two-week training period. The last one of those was 1967. Did I mention I was flying A-4s at the time? I think I listed the planes that I flew when I was at Quonset Point for you, but I don't think I mentioned the plane I flew in the reserves, which was the A-4 and the T-1 and the T-33. But during those four years or so I was in the reserves operating out of Norfolk, the A-4 was my primary aircraft.

Q. So when you were in the reserves for four years, you were stationed at Norfolk, but you would spend your two weeks at Oceana; is that right?

A. We did two of those at Oceana. We did one at

00015

Q. So you are familiar with flight paths and operational requirements?

A. Generally.

Q. How are you familiar with flight paths and operational requirements?

A. Well, they changed very little since I flew there.

Q. Are you referring to Oceana specifically?

A. Oceana specifically, yes. Not exclusively, but specifically.

Q. And when you say they have changed very little since you have been there, are you referring to the time you started flying there in the reserves in 1967?

A. Yes.

Q. You mentioned you were treasurer of CCAJN, how long have you been a member of CCAJN?

A. Since it formed.

Q. And when did it form?

A. I think it was 1996, but I'm not positive I remember that clearly.

Q. Were you a founding member?

noise?

A. Yes. After the politicians were done, those who weren't exhausted generally went up and spoke. So -- but I was not one of them.

Q. Who spoke?

A. I don't remember.

Q. You don't remember?

A. I'm sure Hal Levinson did.

Q. Do you remember what they said?

A. No. Just the same sort of things that have been written I guess, although I don't remember specifically.

Q. We talked about flight paths earlier. Are you familiar with the flight paths at Oceana?

A. Generally.

Q. How are you familiar with the flight paths?

A. Well, I have flown them all. And the Navy has made changes. Those changes were published in the EIS, plus the Navy gave us their copies of their operational instructions to the pilots at Oceana. They generally define their procedures that are published procedures that the pilots are supposed to follow. So I had an opportunity at

00024

impact because of noise due to speed, power settings, and altitudes. There are a lot of those tracks. They are somewhat detailed. I believe the Navy refined a lot of them, but I can't give you the specifics.

Q. What makes you believe the Navy has refined flight paths?

A. Because their EIS said they have.

Q. Do you remember jet noise at your home?

A. Yes.

Q. Would you say that planes fly directly over your house?

A. At times they do.

Q. Can you describe when a plane is flying around your home what that's like?

A. Well, when they fly over my house, most frequently when they are doing FCLP practice, and if I happen to be working in my yard or garden at the time, I wear hearing protection. You know the Mickey Mouse things that people -- interesting thing to be out in your garden pulling out weeds with a Mickey Mouse on, but I do that because the noise is very intense.

00025

hearing, and I'm trying to preserve what I have left.
Q. Did you say you were using a sound meter?
A. Uh huh.
Q. What type of sound meter do you measure the noise with?
A. Well, I don't remember the make and model of it, but it's a digital sound meter that seems to be quite capable and consistent. A little handheld battery powered unit.
Q. And it's something that you purchased?
A. Yes. I bought it.
Q. Have you taken pictures of planes flying in or around your house?
A. Videos.
Q. Videos. What time of day do you think the planes fly over your house?
A. They normally start up about 7 in morning. You can hear their engines starting. Somewhere between 7 and 8 they begin their routine operations, and generally continue operating until about 11 at night. After that the routine operations seem to settle down.

11 at night, depending on the weather and the wind direction so on and so forth, the planes will often be over my house, or nearby. On the other hand, if the wind is from another direction, they are over other people's houses.

Q. Have you ever been woken up at night by the jets?

A. I'm a very good sleeper. I do often defer my bedtime until they quiet down because it is disturbing to try to go to sleep when they are flying, so I would normally try to go to sleep after 11. If I did need to go to sleep earlier, the answer to your question is yes, it has disturbed me. If not impossible.

Q. To fall asleep?

A. When the planes are directly overhead during FCLP.

Q. Do you know the plaintiffs in this case?

A. Hal Levinson told me that he was a plaintiff. Other than that, no, I don't. Or I don't know who they are. So I may know them, but I don't know who they are.

Q. Do you know where Mr. Levinson lives?

A. Yes.

Q. Would you say you are familiar with his property?

environmental impact statement. Those were our big agenda issues as CCAJN.

Q. What do you mean by lobby?

A. Primarily communicating with the Navy to ask them to -- and the politicians actually -- to ask them to see that an outlying field was included in the EIS.

Q. When you say EIS, which EIS are you referring to?

A. The more recent one.

Q. And when CCAJN was first formed, the agenda?

A. It was the former EIS.

Q. And that was before the F/A-18s came to Oceana?

A. Yes.

Q. So would you say that -- how would you describe the noise environment at that time?

MR. QUINN: At what time? I'm sorry. I don't understand the question.

BY MS. ACOCK:

Q. Well, do you understand the question?

A. Would you repeat it?

Q. Sure. We have talked about CCAJN's agenda before the F/A-18s came. That was dealing with the previous EIS,

00031

up to the first Gulf war. And it was like being in a war zone day and night. After that, not long after that, the Navy began talking about bringing the F-18s to Oceana. And with that experience under our belt a lot of us felt that it would go back to being extremely unpleasant.

Q. The work up to the first Gulf war, when was that?

A. 1991. As I remember.

Q. Do you remember what planes were flying?

A. A-6s, F-14s primarily. Although during a work up they often bring in entire flight groups so there would be other aircraft involved.

Q. How would you describe the noise? You mentioned it was like being in a war zone. What do you mean?

A. It was continuous and very, very loud. Very intrusive. It essentially dominated everything for those who were near it.

Q. When you say those who were near it, you mean near the base?

A. Or near the flight path, yes.

Q. What was the experience like at your home?

A. Well, you couldn't talk to people. You couldn't

in and day out. It was just for a few months.

Q. A few months in 1991?

A. I believe it was 1991.

Q. Would you say that your experience with the jet noise now is similar to 1991?

A. At times, yes.

Q. What do you mean at times?

A. Primarily when they are conducting FCLP operations, and when the wind is tending towards the east, which is the pattern that brings the planes over and around and near my home.

Q. When the planes are coming over or near your home, do you know which runway they are using at Oceana?

A. Yes. That would be runway 5. Although other runways, particularly 32, brings them over my home on take off. But the FCLP pattern over my home is when they are using runway 5.

Q. Did you fly FCLPs when you were a pilot?

A. Oh, yes.

Q. Did you ever fly FCLPs out of Fentress?

A. That's the only place I have ever flown them.

A. That the Navy has actually -- changes that the Navy has actually attempted to implement?

Q. Yes.

A. Well, I talked about the departure. I didn't mention the hush house, did I?

Q. No.

A. Before the hush house was built, the Navy at Oceana did all of the high powered engine testing outside on the field. Sometimes those high powered engine tests would go for long periods of time and, depending on the atmospheric conditions, the noise from those was very intrusive and very prolonged.

The Navy eventually did build the hush house at Oceana, and now they test the engines in an environment in a very big building with a big muffler that the airplane discharges its engines into, and that has made a big difference.

Q. How do you know that's what they do at the hush house at Oceana?

A. I'm familiar with hush houses.

I'm not sure I understand your question.

00042

would be quieter. If they stopped using the overhead break and just came in straight instead of circling over the community.

Q. Is that a regulation that they have or a regulation you would like to see? You would propose?

A. If they did FCLPs at more remote locations instead of at Oceana that would be a good regulation.

Q. That would be one that you propose?

A. Yes.

Q. Are you aware of any of the other Oceana's regulations that you would like to see followed?

A. None that come to mind right now.

Q. You mentioned earlier that you had performed sound readings at your home?

A. (Deponent nodded head.)

Q. When did you start doing that?

A. When we were in the work up to the first EIS, the F-18 C and D EIS.

Q. What year was that?

A. I think it was '96. I don't remember clearly, but I think it was '96. It was in that time frame. Not

Q. Can you describe how they have changed over time?
A. There are more single noise events that are louder.
Q. What do you mean by single noise event?
A. That one airplane going overhead making its own noise.
Q. And can you give me a comparison of sound readings of a single noise event in '96 and a single noise event now?
A. Before the F-18s came, it was very unusual to see a sound reading much over 100 decibels. After the F-18s came, it was quite common to experience sound readings at my house well above 100 decibels.
Q. How much above 100 decibels?
A. The highest one I have read was 117. So they would fall in the range between 100 and 117.
Q. Have you conducted sound readings anywhere else besides your home?
A. Yes.
Q. Where else?
A. Lynnhaven Mall.

anywhere else?
A. I don't believe so. I don't remember if I did. I could have. No.
Q. Why are you not a plaintiff in this lawsuit?
A. I'm a Navy annuitant. I have had a career with the Navy. I'm a member of the Navy community. And I have no desire to receive any money from the Navy other than my annuity.
Q. Do you believe that your house has gone down in value because of jet noise?
A. I have no idea. I bought any house in 1967. I have no idea what impact this change would have made on the value of my house.
Q. When did you -- from your home, when did you first notice that FCLPs were being flown at Oceana?
A. The Navy flew FCLPs at Oceana on occasion the entire time that I have lived at my house.
Q. Why did you ask Captain Zobol, I believe, if they were moving FCLPs from Fentress to Oceana?
A. I asked him that question because FCLPs at Oceana had been an exceptional event in the past. And at -- and in

A. There is no muffler except for the hush house. The hush house is the muffler.

Q. You had mentioned earlier that you had gone to school on the Holloway plan?

A. Yes.

Q. What is the Holloway plan?

A. The Navy paid my way through college. They paid all of my tuitions, and I spent every summer in training, and at the end of my college career when I graduated I was commissioned an ensign.

Q. Where did you go to college?

A. Rensselaer Polytechnic Institute, Troy, New York.

Q. What did you study?

A. Aeronautical engineering.

Q. Did you always know you wanted to be a pilot?

A. Yes.

Q. When the planes are flying in or around your home, you mentioned at the school that they flew lower. Can you describe the altitude they fly in or around your home?

A. When they are doing FCLP, the part of the flight path that is over my home is supposed to be at 1,000 feet.

00050

believe.

Q. You say they are supposed to be at 1,000 feet. Do you not think they fly at 1,000 feet?

A. Many of the planes come below 1,000 feet. Their best training altitude, the altitude they use for a ship would be 600 feet. It would be unusual for them to come that low but they do slip down. Quite often I see them at what I would estimate to be about 800.

Q. Somewhere between 600 and 1,000?

A. Yes. There are just enough of them that fly at 1,000 you can really tell.

Q. How can you tell the difference between 600, 800, or 1,000?

A. Well, there are two ways. One is to use my experience as an observer. The other way is to, since you know how long the plane is, it's fairly easy to construct a small device which allows you to essentially measure the length of the aircraft, the apparent length of the aircraft when it's overhead to get a distance. Something about this big, at about 30 inches.

Q. Okay. We're going to have to describe what you

00051

Q. How do you know that?

A. It's geometry. If the airplane is 60 feet long, for small angles it's just proportionate. So 3 feet or 1,000 feet it's just a simple proportion.

Q. So you would have to know how long an F/A-14 was or F/A-18 was to get that calculation?

A. Yes.

Q. You mentioned from your observation you can also tell?

A. As an experienced observer of aircraft, yes.

Q. Do you use a landmarks around your home to do that?

A. No. It's the apparent size of the aircraft.

Q. Okay.

Do you -- would you ever say that planes flew at tree top level at your home?

A. Yes. When -- this is something that is a new subject I haven't mentioned, but when they do air show practice at Oceana, there is -- particularly during the summer air show season, there are designated pilots who take aircraft to air shows and put on demonstrations. Those

Q. If they are not flying FCLPs in or around your home, how are they flying around your home?

A. Well, they still do landing practice. They do -- pilots returning from their training missions, if they have time in their schedule and sufficient fuel remaining, will often do a few touch and goes at the end of their flight. And Navy pilots, in essence, every landing is FCLP, but they only have a limited time and a limited amount of fuel, so they will make two or three or four and land. And it's not like grinding around the pattern for hours as it is when there's FCLP practice. I'm dropping my voice. Can you hear me okay?

Q. When they are doing this landing practice, the planes are still flying in and around your home?

A. Oh, yes. If they are using runway 5.

Q. If they are using a different runway would they still be in or around your home?

A. No. Unless they are using runway 32 and taking off, the planes leaving the base often are over my house.

Q. On take off?

A. On take off. But not in a touch and go pattern.

00057

enough to make it clear how dramatic the difference is.

Q. Would you prefer that they -- you already answered that.

A. Do you mind if I go and get a break?

MS. ACOCK: Oh, no. That's fine. We can take a break.

(Recess)

BY MS. ACOCK:

Q. We were talking about the FCLPs and the landing practice in and around your home. Do you believe that an FCLP and a touch and go are essentially the same thing?

A. Well, I think I made the statement that for a Navy pilot every landing is FCLP. Landing on a carrier in a high performance airplane is so demanding that nobody passes up an opportunity to practice a carrier landing. And the runway has the carrier landing device set up on it all the time. And if it's not operating, the pilots would consider it unusual and not a desirable situation. So the short answer to your question is, yes, they are essentially the same except for the duration and the intensity of the operation.

00058

time, and since the planes have to take their spacing off one another, they would tend to be further from my house because the pattern would not have expanded so dramatically beyond the one that's specified in the EIS.

See, patterns in the EIS are no where near my home. But once you get more than a few planes in the pattern, and they have to take their interval off one another, the pattern expands and the next thing you know it's over my house. I have even seen them substantially beyond my house, especially at night. I have seen them flying directly over the Virginia Beach General Hospital.

Q. So do you believe the patterns in the EIS are not accurate?

A. The pattern in the EIS is highly idealized, the pattern that would be flown by a single plane flown by an expert pilot who observed all the approach speeds and that sort of thing. The way they are idealized makes it very unrealistic for real operations. However, it does make the noise zones much smaller on the map.

Q. Why do you say that?

A. What?

fact that the noise zones are based on the pattern in the EIS, the patterns being smaller, thus the noise zones are smaller.

Q. How would you describe or compare how you think the Navy actually flies to the flight patterns in the EIS?

A. It would be unusual, actually, for a plane to actually observe the flight patterns that are in the EIS, if we are talking about touch and go landing practice. Keep in mind that the EIS has many flight patterns in it for approaching the field, for leaving the field, the box patterns for GCA training, those kind of things. But if we are talking about touch and go landings, the planes seldom are following the track that is established in the EIS. And it's interesting too because that track is what establishes both the noise zones and the crash zones.

Q. How do you know that what the Navy actually flies is different than what is in the EIS?

A. Well, because they are coming directly over my house and beyond my house, and yet my house is something in the range of a mile from the nearest flight pattern. If

A. It was CCAJN meeting with Captain Zobol and his staff.

Q. Does CCAJN keep records of their meetings with the Navy?

A. Well, I don't. Someone else may have, but I didn't keep records of them.

Q. Do you know if it's the group's practice to keep records of meetings?

A. I don't know.

Q. You mentioned earlier that you wear hearing protection now when you are outside gardening. Have you always done that?

A. If they are conducting FCLP.

Q. Other times you don't wear protection?

A. No.

Q. And that is something that you have done the entire time you lived at your home?

A. No.

Q. When did you start wearing hearing protection?

A. When they started doing extended FCLP on a routine basis at Oceana.

The first EIS, the one for the F-18 C and D coming from Cecil Field, the basis of that EIS was that only occasionally FCLP would be done at Oceana. And only when it was necessary for one of those exceptional reasons that I mentioned.

There was actually a statement in the EIS that said that. And the number of FCLP operations that were estimated in that first EIS was something between 4 and 5,000 per year. 4,400, 4,500, something like that.

At the time that I asked Captain Zobol that question, the intensity of FCLP at Oceana had increased dramatically. It prompted my question. The answer Captain Zobol gave us at that time was that in that particular year, over 20,000 had been conducted at Oceana.

Q. Do you remember what year that was?

A. I keep telling you I don't. I'm trying to place it as close as I can.

Q. I'm sorry?

A. But it was after the first EIS. It was before the second. And it was not all that long after. But I do remember thinking to myself when he answered the question