**Herbert and Betty Van Nostrand - Test Case Plaintiffs**

**Betty Van Nostrand**

Mr. and Mrs. Van Nostrand live at 305 Corvette Lane in Virginia Beach. They bought the house soon after they were married and moved in in 1967, almost forty years ago. They knew where Oceana was and knew it was a jet base.

Q. And were you aware that jets flew in and out of there on a daily basis?
A. Yes, but it wasn't bad. Now it's really bad.

****

Q. Did you – were you comfortable with the airport, or the jet noise and overflights at that time before moving in?
A. Oh, yes. Oh, yes.
Q. and why were you comfortable with it before moving in?
A. They were never that loud. And maybe not as many airplanes.

(Exhibit 3B, Betty Van Nostrand Deposition. p. 8)

The noise became a problem in 1999 when the F/A-18s arrived. (*id*. p. 13-14, 17).

Starting in the summer of 1999 the noise got "really bad". Even with all of the windows closed and the air conditioning on the planes sounded like a roar. Telephone conversations would have to stop and the television could not be heard. (*id.* 29-30).

Q. And would that be – and would it be sort of evenly spread from one side of your house to the other side of your house, you know, in terms of those flights that you would experience?
A. Well, I guess so, but they were one right after the other. You know, round and round. They would touch down at the base and come back around. Like three or four planes.

Mr. and Mrs. Van Nostrand normally go to sleep early and if the planes are flying late, sometimes after 11:00 at night, they wake them up. In fact, they sometimes wake Mr. Van Nostrand up and his hearing has deteriorated dramatically, so it takes quite a bit to wake him up. (*id.* p. 48-49)

**Herbert Van Nostrand**

After the Van Nostrands moved into their home in 1967 they noticed overflights of their property by planes from Oceana “quite often”. (Exhibit 3C, Herbert Van Nostrand Deposition. p. 12-14). The overflights occurred on a regular basis, and by that Mr. Van Nostrand means that they flew directly over his house “straight up.” (*id.* p. 14)

After the arrival of the F/A-18s the noise became “terrible” and disruptive. (*id.* p. 32-33). When the planes are flying a pattern operation there are often three or more planes in the pattern, and they fly within two blocks of the Van Nostrand home. (*id.* p. 34).

The Van Nostrand’s house on Corvette Lane is the first and only house that they have ever owned and lived in. When asked why they didn’t move because of the noise, Mr. Van Nostrand had the following to say:

> Q. Why are you not considering putting your house on the market and moving somewhere else in Virginia Beach.
>
> A. I have got my life there. You know, I have got everything I ever had in my life sitting right there on that one lot. And I just, you know, I’d fight four bulls to keep it. And it’s just something that, you know, you just don’t give up any kind of way.

(*id.* p. 88).