00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF BETTY A. VAN NOSTRAND
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
July 27, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE

Q. But you and your husband both had the sort of skills to fix the house up, that kind of thing?
A. Oh, yes.
Q. I believe your husband was a plumber at one time?
A. Yes.
Q. So he's very handy I assume?
A. Yes.
Q. And how many bedrooms and bath and that kind of thing was in the house at the time?
A. Three bedrooms and two baths.
Q. Has that expanded any since you bought the house?
A. No. As far as the bedrooms and baths, no.
Q. But you have done renovations on the bath?
A. A lot, yes.
Q. Now, when you bought the house in 1967, were you aware that Naval Air Station Oceana -- were you aware of where it is at that time?
A. Oh, yes.
Q. And were you aware that jets flew in and out of there on a daily basis?
A. Yes, but it wasn't bad. Now it's really bad.

MR. SWAIN: What do you mean by overflights?

MR. BRYANT: Well, let's just see if the witness understands the question.

A. Well, the planes started getting bad in the '90s, that I remember. And I think it was about '99 when they really started to get bad when I think it was the F-18s or something came in. Then it was almost unbearable.

Q. Now you say in the '90s, it got bad. And even you said in '99 or at some point around there it really got bad?

A. Yes.

Q. When you say it got bad in the '90s, when did that happen?

A. I don't remember the dates at all.

Q. Why do you say the '90s, then? What about the '90s?

A. Well, it just kept building up, the airplanes, until later when the big airplanes came. More airplanes came in around '98 to '99.

Q. '98 to '99?

A. And it was real bad. And it is now.

00014

or a problem?

A. Well, in '99 when they sent these F-18s in.

Q. Well, yes, and you mentioned in your testimony a minute ago that it really got bad in the time when the F-18s arrived, I believe was your description?

A. Yes.

Q. But I believe you said before that that it got bad in the '90s, it was progressively worse?

A. Yes, it did. The airplanes were different. But then as they moved more airplanes in it steadily got worse.

Q. And what I'm trying to understand is in the time preceding when you say it really got bad, was it -- you said it was bad in the '90s, also. When did that part -- when did it become a problem at all? When in the '90s?

A. Well, I don't remember it really being a problem. I just remember the airplanes getting louder.

Q. And when did that start, that they started getting louder?

A. Like I said, in '98 and '99. I think they came in around July, August, or something, of '98. But it was '99 that we really noticed it real bad.

did you keep a log of suddenly it's getting louder?
A. No.
Q. Something that sort of defines that time period.
That's what I'm getting at.
A. No.
Q. But your recollection is, it's about six years to
seven -- well, I guess five to six years before the '99 time
frame when you say it really got bad?
A. Yes.
Q. It was steadily progressing and getting worse?
A. Yes, sir. But '99 they really start -- was bad.
Q. And before '93, '94 time frame, before that, as
you said steadily progressed and got louder?
A. Yes.
Q. From 1967 until then, was it -- was the jet
noise, the overflights about the same from that period, '67
until '93?
A. Yes. They never bothered us much.
Q. And so they first started bothering you in '93,
'94, and it got worse and worse through '99?
MR. SWAIN: Objection to form.

MR. BRYANT: Your objection is noted.

BY MR. BRYANT:

Q. From '93 to '99, in that period, did you experience, if you recall, an increase in flights during that period?

A. I really don't remember. I don't remember.

Q. But you do remember that, at least your recollection is it got progressively worse from '93 to '99 when it, as you said, got really bad?

A. Yes, sir.

MR. SWAIN: Objection. Asked and answered.

BY MR. BRYANT:

Q. Now, going back to 1967, to 1993 -- I'm sorry. Strike that.

Starting in -- you said it really got bad you said in June, July of '99. Is that right?

A. Yes.

Q. And tell me how it was -- what you mean by really got bad. How was it different?

A. Airplanes were so much louder. Even with all the windows closed and the air on, I could still hear the

00030

when a jet's flying over.
A. I would have to tell the person to hold on for a few minutes, even in the house. That's not outside.
Q. In the house. And you say a few minutes?
A. A minute, you know.
Q. What about, do you watch television, you and your husband?
A. Some, yes.
Q. Would it have any impact on your watching television?
A. Well, yes, if we were watching the evening news, it does.
Q. Tell me how it does?
A. Well, you can't hear it.
Q. For how long?
A. You can't hear the television.
Q. For however long it takes for the jet to fly over?
A. Yes.
Q. And going back to '93 to '98 time frame, before '93, could you hear the television when you had jets flying

Q. Do the flights ever wake you up when you are asleep at night?
A. Yes, they do. Because we go to bed extremely early. And they are still flying sometimes after 11 o'clock.
Q. What time do you go to bed, if I may ask?
A. I think 9:30, 10 o'clock. We get up at 5:30 or 6 every morning.
Q. That would probably normally be a good time to beat the heat, but it's not right now.
A. Not right now.
Q. So you will go to bed at 9:30 or 10 and can you fall asleep and then the jets would wake you up later?
A. Yes.
Q. About how often does that happen?
A. Well, I can't say. Maybe once every two weeks. Sometimes it's real bad. Sometimes it's twice a week.
Q. And do they wake up your husband too, or just you?
A. Well, they do wake him up occasionally. He is deaf, so it does get bad.

00049

A. I don't remember.

Q. You don't remember. So they could have woken you up, but you just don't remember?

A. That's right.

Q. And what about from 1967 until 1993. Do you recall if flights woke you up then?

A. No. No.

Q. And is it that you don't remember?

A. I don't think they did.

Q. You don't think they did. But you are not certain?

A. Well, I'm sure they didn't wake us up then. They were never that loud is what I tried to say.

Q. Could they have woken you up back from 1967 to 1993 and you just don't remember it? Is that possible?

A. No. I don't remember, but I'm sure they didn't wake us up.

Q. And you are drawing that conclusion because of your perception of how loud the planes were then versus how loud they are now?

A. Well, back then the planes, like I said, were not