00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF HERBERT VAN NOSTRAND
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
April 27, 2005

Appearances:

SHUTTLEWORTH, RULOFF, GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE

00012

Q. In 1967 we're talking about, that time frame.
You were aware of jets flying near your house at that time?
A. Yes.
Q. Okay. And when you say -- could you describe
that again in terms of when you are on your front porch
where the aircraft would be flying?
A. Well, if I'm sitting on my front porch, I'm more
or less looking right towards the base just about, you know.
Q. Okay.
A. Then when the planes like circle around, it come
my way and go on over like the mall, you know, there, and
going to land.
Q. And when you say the mall, do you mean the
Lynnhaven Mall?
A. Yes, sir.
Q. Was that in existence in 1967?
A. I don't think -- I don't know. I don't exactly
remember when it was. No, I don't think it was.
Q. But you mean that general area?
A. Yes, sir.
Q. And when you say that general area, are you

Q. How far is the mall from your house
approximately?
A. About three miles, two and a half, three miles.
Q. Okay.
Did the jets -- did the jets ever at that time
frame fly directly over your house?
A. They have, yes, at one time or another.
Q. Now going back to the 1967 time frame when you
first moved into the house, were they flying over your house
then?
A. You know, I -- you know, I'd have to say yes
because there's jets flying, you know. And I would have to
say yes.
Q. All right. About how often did the jets fly
over, directly over your house in that time frame of 1967
through the '70s, that time frame?
A. Well, that's another question. You know, just --
I just hear air pattern, I guess you call it.
Q. But when you were sitting on your porch back when
you first moved in your house, back in that time frame on
occasion --

00014

often did that happen where it would be right above your house? When I say above, it could be how high?
A. Quite often. Quite often.
Q. Quite often back then?
A. Yes.
Q. When you say quite often do you mean -- how many times a month, approximately?
A. Oh, lord! 180.
Q. Oh, so very often then. Quite often?
A. Yes. Yes.
Q. So on a regular basis?
A. Yes.
Q. It was flying directly over your house?
A. At times directly over.
Q. Okay.
A. I mean when you say directly over, I'm talking right straight up.
Q. That's what I'm talking too, so we're having a mind meld here, so that's good. We're talking about the same thing.
You said about 180 in terms of flights a month.

00032

A. Yes.

Q. How do you know that, that it became disruptive at that time? How do you know that? I mean why that -- why do you say mid to late 1998?

A. That it became noisier?

Q. Yes.

A. Because you hear them up there flying.

Q. And you are certain it was in the middle to late 1998 that that happened?

A. I'd say, yes.

Q. Can you guesstimate -- well, do you recall about what month that started happening that it really started becoming disruptive?

A. I couldn't put the month to it, but it was in the summer, you know.

Q. The summer of '98?

A. Yes.

Q. And in the summer of 1998 -- and correct me if I am wrong -- it was difficult, if not impossible, to carry on a conversation outside or inside your home, or to talk on the telephone or to hear the television or radio during

00033

Q. Well, let me ask you this: What was it like before 1998?

A. It was still noisy, but not as noisy.

Q. Okay. And could you carry on conversations outside of your house before 1998?

A. Better.

Q. Better. Well, describe that to me.

A. Well, it just seemed to me like they didn't have the umph then that the planes later had, you know. Bearing down and -- I mean it would burn you down like. You know what I mean.

Q. Well, left me ask you this: The summer of 1998, at that time frame, when you had just one airplane flying over, was that one airplane enough to make it where you couldn't carry on a conversation?

A. If it came right, yes.

Q. When you say came right, what do you mean?

A. Well, the closer it came like over the house, if it come -- you know they sometimes -- they come different directions.

Q. Okay. Well, when it was directly over your house

Q. Then you could carry on a conversation?
A. That one, yes.
Q. You could carry on a conversation?
A. Yes, yes. If it's over that way, yes.
Q. Now, were there times when there were more than one plane in a pattern going over your house?
A. Oh, yes.
Q. Directly over your house?
A. Not directly all the time. Off. Just, you know, like sitting on the porch you look up, you know.
Q. And when you say -- when there's multiple planes in a pattern, how far away from directly above your house would that be? Two blocks, three blocks? Half a mile?
A. How many --
Q. If you can say?
A. Say two blocks.
Q. Oh, so pretty close then?
A. Yes.
Q. And how many planes would be in a pattern?
A. Most of the time, really, like, when they come around -- well, three or more.

Q. Why are you not considering putting your house on the market and moving somewhere else in Virginia Beach?
A. I have got my life there. You know, I have got everything I ever had in my life sitting right there on that one lot. And I just, you know, I'd fight four bulls to keep it. And it's just something that, you know, you just don't give up any kind of way.
Q. Did you ever keep any sort of log or documentation of when -- of when the jets became to this level?
A. When what came?
Q. When it became this level of impact that you are talking about, of phone conversations and that kind of thing?
A. That's for a while. But I didn't never keep nothing, you know.
Q. You never kept a log?
A. No. No.
Q. And you have never called the air station about the jet noise?
A. No.