**Sean Ryan - Test Case Plaintiff**

Mr. Ryan and his wife, Graciela, have lived at their house at 1856 Pathfinder Drive since 1996. Before they bought the home they went to the neighborhood ten to fifteen times and never noticed any objectionable noise. (Exhibit 5B, Ryan Deposition, p. 31).

Prior to their present home they lived intermittently in a rental cottage on Mr. Ryan's mother's property on 23rd Street. They experienced overflights in that home and in fact, Mr. Ryan remembered that there were F-14's and A-6's flying at that time. He specifically remembers the A-6 because two A-6 crewmen ejected and one of them landed in his mother's backyard (*id*. p. 39-40).

According to Mr. Ryan, the arrival of the F/A-18s introduced an intolerable amount of noise into their lives:

Q. Well, I think you said earlier – I think you said a couple of times that the jet aircraft overflights, and I guess attendant noise with that, has become unbearable, I think is the word you used, right?
A. It's becoming unbearable, yes.
Q. Becoming unbearable? Just now, or when did it become unbearable?
A. Well, I guess it all started around '99.
Q. When in '99?
A. I don't know. Probably the summertime.

****

Q. Okay, Well, what do you mean by the noise is unbearable then?
A. Well, when they fly over, you have got to stop talking. You can't listen to the phone. We wouldn't be able to talk. You'd have to stop what you're doing. You know, the – you have got to raise and lower the volume of the TV. You can't – you know, it wakes you up at night. It's getting to be unbearable.

(*id*. p. 62, 63, 66)

The planes fly directly over their house. (*id*. p. 78).

Q. Okay. What percentage of the flights are directly over your house? Starting in 1999 when you said it became unbearable.
A. I would say like about 46, 48 percent.

(*id*. p. 81).