00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF SEAN M. RYAN
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

April 27, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs

U. S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
DOMINICK G. YACONO, ESQUIRE
Counsel for the Defendant

there. I can't read that.
Q. That's enough.
Did you learn what aircraft noise zone 2 meant?
A. No, I did not.
Q. Did you ask?
A. No, I did not.
Q. Why didn't you ask about that?
A. Well, because the noise level at the time was bearable.
Q. How did you know it was bearable there?
A. Because we spent time around in the neighborhood looking at houses.
Q. How much time did you spend there?
A. Off and on, on different days, we would ride through the neighborhood, and -- I don't know, maybe an hour or two each time we went there. We probably went -- there were a lot of houses for sale in that area. We probably did that 10 or 15 times.
Q. You say you went to that neighborhood 10 to 15 times for an hour or so each time?
A. Right.
Q. So you spent about 10 to 15 hours there?
A. Basically, yes. Something like that, you know.
Q. And where would you spend the time when you were there?

00039

small bits of time, how much would it add up to?
A. I don't know. Maybe a year.
Q. Okay. So about a year from 1982, what was the overall time period, and then within that added up it would be a year. Trying to get that whole time frame?
A. It might have been more than a year.
Q. Fair enough. I understand. It's hard to know exactly. But from 1982 what was sort of the final time you would have lived in there?
A. Until we bought this house.
Q. Oh, in '96?
A. Right.
Q. So that 16-year period, the various times that you lived in there would have added up to about a year or maybe a little more?
A. Right.
Q. Did you experience overflights when you lived in that house?
A. Yes.
Q. And what kind of aircraft was it? Or were they?
A. Well, I guess there were Tomcats, A-6s.
Q. Were there F-4s also, or not?
A. I don't know.
Q. Not sure.
A. I know there were A-6s because two guys ejected

and one of them landed in my back yard on 23rd Street.

Q. Well, that's an interesting thing.

A. Yes, it was. Lucky he didn't die because of all the electrical wires.

Q. How often did you -- were the overflights when you lived there?

A. I don't know. Every once in a while.

Q. Every once in a while?

A. Yes. Whenever they flew. It's just hard to say, because sometimes they -- they will go three or four days without, or a week without flying over. Then all of a sudden, kaboom, kaboom. You know, it's 24 hours for two days, or whatever. You know, it's hard to say.

Q. Okay. So --

A. I don't know their flight schedules, you know.

Q. And with that, I understand. But I'm just trying to -- what your experiences were when you lived there from that '80 to '96 period, you know, the interspersed periods of time, there were times you're saying the aircraft would be operating even 24 hours a day?

A. Oh, I don't know -- I don't remember if it was 24 hours a day. It might have been. Every once in a while you get woke up in the morning one o'clock as they launch the alert, or whatever. I don't know, you know. But they fly later than they are supposed to, sure.

00062

farther in time than right now. So Mr. Wall. If you will go to again OCE223278, the very bottom, the section on comments. Just read that.
I meant the very last sentence there. I'm sorry.
I didn't mean read the whole section.
A. Okay. Yes, I have read it.
Q. Okay. And does that -- you didn't remember it. Does that refresh your recollection that you spoke with Mr. Wall?
A. Like I said, I probably did.
Q. It would have been you or your wife?
A. It would have been me.
Q. Okay. And did you talk to him about aircraft noise, the jets flying over?
A. Sir, I don't really remember what we discussed. I mean, a couple of years ago. I don't remember. It might have come up in the conversation.
Q. Okay.
A. You know. Certainly if one flew over, we probably would have said something, I'm sure. I don't remember.
Q. Well, I think you said earlier -- I think you said a couple of times that the jet aircraft overflights, and I guess attendant noise with that, has become unbearable, I think is the word you used, right?

00063

A. It's becoming unbearable, yes.
Q. Becoming unbearable? Just now, or when did it become unbearable?
A. Well, I guess it all started around '99.
Q. When in '99?
A. I don't know. Probably the summertime.
Q. Summer of '99?
A. Yes. Just around there.
Q. Are you sure about that?
A. Yes. I think so.
Q. Could it have been summer of '98?
A. Well, it was getting -- it was getting worse. I guess around '99. That's my estimate, that it was really getting worse.
Q. Well, if -- that is obviously well before Mr. Wall came out, so if it's something that is making life unbearable for you, would that be the kind of thing you would talk to him about. I mean he says there that there are no known adverse environmental conditions that would have negative impact on the value of the subject property. Would you view the aircraft noise as environmental condition?
A. Okay. Tell you the truth.
Q. Yes?
A. Maybe they weren't flying for a couple of days

That's all I can say.

Q. I thought you said it was unbearable before.

A. Not to live in. The noise. I was talking about the noise.

Q. Yes.

A. It's getting unbearable. But the house, to live in the house, no.

Q. Okay. Well, what do you mean by the noise is unbearable then?

A. Well, when they fly over, you have got to stop talking. You can't listen to the phone. We wouldn't be able to talk. You'd have to stop what you're doing. You know, the -- you have got to raise and lower the volume of the TV. You can't -- you know, it wakes you up at night. It's getting to be unbearable.

Q. Okay.

A. But then I said, it's --

Q. No. Go on?

A. No. That's okay.

MR. SWAIN: Wait for the question.

THE DEPONENT: Wait for the question.

BY MR. BRYANT:

Q. You said it's getting to be. What is it getting to be? You were starting to say it's getting to be something?

00078

signature.

A. No. I guess we forgot that one.

Q. Well, what I'm trying to get at is, I'd like you, with that said, I'd like you to review the document and see if you have ever seen it and if you agree to the answers that are in there on your behalf.

MR. SWAIN: Would, after you finish the question about the interrogatories, be a good time to take a break?

MR. BRYANT: Absolutely.

BY MR. BRYANT:

Q. Take your time reviewing that. Don't let me rush it.

A. Well, I remember talking to Jack about this. I don't know why I didn't sign it.

Q. Did you see this document?

A. I do believe so.

Q. All right. I'd like you to turn -- once you are done -- let me know when you are done reviewing it.

A. Okay. I have seen it before.

Q. And you agree with the contents?

A. Yes.

Q. Okay. On page 6, if you would go to -- it discusses in the middle of subparagraph C in the response about aircraft operating in a pattern with several aircraft circling every few minutes, do you experience that at your

00081

heights. I really don't know.
Q. Okay. What percentage of the flights are directly over your house? Starting in 1999 when you said it became unbearable.
A. I would say like about 46, 48 percent. Not all of them. And not quite half of them.
Q. So just under half -- just under 50 percent of the flights were directly over your house?
A. Right. The small half.
Q. I understand. Just under. So the remaining 60 whatever percentage?
A. They were --
Q. Or 55, whatever?
A. They were not -- they were like over a little bit.
Q. And when you say over a little bit, blocks?
A. Sir, I don't know. Maybe a block over.
Q. Within a couple of blocks?
A. Yes, sir. Street, you know.
Q. So, in other words, all the flights that you experienced are either directly over your house or within a couple of blocks of your house?
A. From my house being the center. Okay? You probably could go five blocks each way. Okay?
Q. And that includes all the flights that you are