**Eddie Waterman - Test Case Plaintiff**

Mr. and Mrs. Waterman live at 2244 Windy Pines Bend, in Virgin Beach in a home they purchased in 1993.

Mr. Waterman has lived in Virginia Beach for about 35 years and he is retired from the publishing industry (Exhibit 6B, Waterman Deposition. p. 5). Mr. and Mrs. Waterman lived in a townhouse prior to their present home, and they were aware of the presence of Oceana and were aware that the new home on Windy Pines Bend was in a noise zone because one of the closing documents for their house stated that they were in a "D2" level noise zone. Neither one of them knew what that meant. They had visited their new home about three times before they put in an offer, and no planes were flying when they were there. (*id.* p. 15, 22-26).

After they moved into their new home the aircraft operations from Oceana were louder and noisier than the location of their townhouse but it was not bad and was bearable. (*id.* p. 19). The aircraft operations in the vicinity of their house pass "laterally" close by and sometimes directly over their home. Recently, the percent of overflights has increased. (*id.* p. 36-37).

The principal difference between the period prior to the arrival of the F/A-18 and since that arrival is the loudness of the aircraft. They cannot conduct a conversation in their yard and cannot continue a conversation on the phone inside the house or hear the television or the radio. In addition, their home has been subject to vibration and they have had several pictures fall off the wall during the overflights. (*id.* p. 43-45).