00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF EDDIE WATERMAN
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
June 9, 2005

Appearances:

HOFHEIMER / FERREBEE, P.C.
By: KRISTEN HOFHEIMER, ESQUIRE
Counsel for the Plaintiffs

00005

please wait until I finish my question before responding, and if you need any break during this period, just say the word and we'll go off. Off the record.

And if you don't understand the question that I ask, please ask me to clarify it and I'll be happy to do so.

Do you understand all that?

A. I understand.

Q. All right. Great.

Please state your name and address?

A. Eddie J. Waterman, 2244 Windy Pines Bend, in Virginia Beach, Virginia.

Q. And how long have you lived there?

A. It will be 12 years in June.

Q. And did you live in Virginia Beach before there?

A. Yes.

Q. You did. How long have you lived in Virginia Beach?

A. I grew up in Norfolk and moved -- I have been in Virginia Beach about 35 years.

Q. Before we get into all that, could you please state your occupation?

A. I'm currently retired from the publishing industry.

Q. What did you do in the publishing industry?

A. I was in sales and marketing.

A. Yes.
Q. Is it still a three-bedroom two-bath house?
A. Yes.
Q. Do you have any association with the Navy in your career?
A. No.
Q. Are either of your parents, were they in the Navy, or any other military, for that matter?
A. No.
Q. What about your wife?
A. No.
Q. Her family, none of that?
A. None.
Q. What about any of your kids? How many children do you have?
A. Just one daughter.
Q. Just the daughter?
A. Yes.
Q. Was she in the military at all?
A. No.
Q. Did you -- were you aware of -- you lived here for 35 years you said. I assume you were aware of the air station when you bought the house in '93?
A. Yes.
Q. And were you aware of the jet operations out of

00019
A. Correct.
Q. So that would have been '92 to '93 or something?
A. Yes.
Q. Did you experience jet noise, or aircraft noise of any kind in the first house at Five Point Road?
A. No.
Q. You did not?
A. No.
Q. What about the -- and jet noise, could you see aircraft from your house when you lived there?
A. No.
Q. No. What about the house at Whisper Circle?
A. No.
Q. What about the townhouse off of Wolfsnare Road?
A. Yes.
Q. Yes. Okay.
And it was immediately preceding '93, so '92, '93. Did you -- how did the jet noise you experienced off of Wolfsnare Road -- how did it compare with that -- the house you live in now when you first moved in from '92 to '95, '97, whenever that was.
A. I would say it was probably about one-tenth of what it is now.
Q. Well, I'm not so much asking that. I'm asking you to compare the townhouse that you lived in, the third

00022

Q. Got it. But it was something that obviously impacted a conversation you were having?
A. Yes.
Q. Now, were you aware that the house on Windy Pines Bend, that it was in a noise zone when you bought it?
A. Yes.
Q. You were. And how did you become aware of that?
A. My wife brought it to our attention on the sales contract that was an area that we had to initial.
Q. Okay. And did you -- it sounds like there weren't very many neighborhoods -- well, tell me. I mean Pineridge was a neighborhood that met the criteria that you mentioned earlier. Were there any other neighborhoods that met the criteria that were close to your daughter?
A. I'm not sure, because we really didn't look that long when this came on the market, and we more or less proceeded with that because of the fact that it was a good deal and it did meet the criteria so we had -- if we hadn't found that, I'm sure we would have looked at a lot more homes in the neighborhoods.
Q. Now, the Southgate where you looked at about four houses, or three houses, whatever it was, is it located in a noise zone as far as you know? Or was it at the time?
A. I don't really know.
Q. What sort of research did you do into Pineridge

00023

to evaluate what kind of jet noise was happening there in 1993?

A. We didn't do any research.

Q. Did the noise at, when you were at the townhouse, if you were outside grilling, or whatever, on those occasions where it was directly over your house, it would impact the conversation or that kind of thing, did you consider that something that was bothersome?

A. No, because of the elevation of the aircraft in that particular part of the city. It was up pretty high, so it really didn't -- we didn't consider that a factor and -- but it may be because we knew that we weren't going to be there very long.

Q. In the townhouse?

A. That's correct. We purchased the townhouse from my daughter to help them to buy a larger house in the area that they moved to. So rather than renting it out right away, we moved in there for convenience.

Q. But your experience with the jet noise when you lived there, was it something you -- that you didn't like, or how did you feel about it? You said the altitude was pretty high, the elevation of the jets were pretty high, I think you described it?

A. Yes.

Q. So did that -- how did that affect you? Was it a

00024

problem? Did you -- what did you think of it?

A. It wasn't a problem for us at the time, because the jets very seldom flew directly over. And that was the only time when it was rather bothersome.

Q. So when they flew directly over, it was problematic, and presumably if it -- the lower the altitude, it would have been a problem?

A. I would say yes.

Q. You would anticipate it. So in light of that knowledge, why didn't you investigate what the jet noise exposure was and overflight exposure was with the house at Windy Pines Bend to see if -- see if it's a lower altitude than what you experienced before, to see if there were a greater number of direct overflights, that kind of a thing?

A. It was something that we didn't actually think about. We were out there on several occasions, so obviously there weren't any planes flying because we didn't hear anything.

Q. You say you were out there on several occasions. Can you define that for me, about how many times that would have been?

And if I can interrupt, when you say several occasions you mean before you put in the offer, before you closed on the house?

A. Several occasions before we actually put in the

00025
offer.
Q. Okay. About how many times is several occasions?
A. I would say approximately three.
Q. And I know we're going back 13 years, but were those three times, approximately three times, were they on the weekend, during the week? Do you remember?
A. I don't remember.
Q. Okay. But you didn't experience any overflights on any of those approximately three times that you went out there?
A. No.
Q. And when you went out those three times, about how long did you spend out there approximately?
A. Approximately an hour.
Q. An hour each time or so?
A. Yes.
Q. And on those three times, did you go into the house each time, or were you driving through the neighborhood? Did you have a picnic? What were you doing?
A. I remember distinctly on one occasion we went into the back yard because it backs up to some woods and a horse farm adjacent, and we wanted to check out the fencing situation and what it might cost us to put in a privacy fence.
On another occasion, we did look at the inside of

the house again. And I do recall riding around the neighborhood one time.

Q. Now, the -- just for clarification, when you were thinking about the privacy fence, was that a concern of the horses coming on the property or something, or what was -- are you just -- what was your intent there?

A. Actually, there is a chain link fence there, but it was -- it was open. And we were looking into putting a privacy fence where no one could see through it, the chain link.

Q. So for aesthetic purposes and privacy purposes?

A. Yes.

Q. What -- you said your wife was a real estate agent part-time. What was the time -- what years, period of years was she doing that?

A. Off and on for approximately five years prior to us purchasing that house, purchasing the house on Windy Pines.

Q. Did you ever have any discussions about not wanting to live too close to the base because of jet noise?

A. No. Because we actually never -- we were never exposed to aircraft noise to any point where it really affected us adversely. I know that we, on the contract we initialed something that said I think it was D2, but we had no idea what that meant in terms of the noise level.

00036

Q. Did you talk to the appraiser when he or she came to your house and inspected it?
A. Yes.
Q. You did. Was it a he or a she?
A. It was a he.
Q. Do you recall his name?
A. (Deponent shook head.)
Q. Do you have any -- in the records that you looked at, is there any reference or documentation of who the appraiser might have been or the company that he was associated with?
A. No.
Q. Now, when you moved into the house in 1993, when did you start experiencing jet overflights?
A. I would say probably within -- within several months. Within two to three months.
Q. Okay. And tell me about that experience with the overflights?
A. Initially, we didn't feel that it was a burden unless we were outside, either working in the yard or cooking out. We could hear the aircraft inside. But it wasn't to the point where we had to talk louder on the phone, or we had to cut the TV up.
Q. Where were the overflights in relation to your house? And when I ask that, I mean were they directly

00037

flying over your house, or a certain distance away?
A. They were flying on a lateral basis, and only on occasion did they fly directly over.
Q. When you say a lateral basis, it was to the side of the house, about how many blocks, if you can -- away from your house, if you can describe that?
A. I don't know how I could describe that in terms of blocks, with the aircraft being up in the air. It's kind of hard to judge.
Q. Well, was it a mile away and up, or closer than that?
A. I don't know how to judge that.
Q. Is it -- today are the flights in the same sort of rough location laterally to your house?
A. Today, it's more over my house.
Q. Okay.
A. I made a note as of the 1st of April, the aircraft are flying probably 75 percent more over my house than they were since we've been there the whole time.
Q. So when did that start, this 75 percent, you know, rough -- obviously, it's a rough number, directly over your house, when did that begin?
A. The 75 percent I would say the 1st of April.
Q. Oh, so -- and that's why you documented it?
A. Correct.

Q. -- outside.
Now, what about when the December of '98 to April Fools Day 2005, when the flights were directly over your house, how would that impact conversations outside?
A. We had to stop talking until they flew away.
Q. Let's go inside the house now. When you had the lateral flights starting December of '98, could you still listen to the television, talk on the phone, that kind of thing.
A. Yes. But we had to speak louder that I recall, then we had to either cut the TV up louder or -- you're talking about lateral flights, right?
Q. Yes, I am.
A. It was certainly bearable, but it was uncomfortable unless we talked -- spoke louder, or cut the TV up louder.
Q. What about, when you had direct overflights at that time, December '98 to April 1st of this year, directly over your house? How would that impact the TV, phone conversations?
A. We just -- we stopped talking on the phone until they passed over and in terms of the TV, listened to the radio, we just didn't hear it.
Q. No matter how high you turned it up?
A. Well, we didn't turn it all the way up as far as

00044

it could go.

Q. How would you -- I think you said bearable is the word you used. How would you describe the jet noise when you first moved into the house?

A. It was definitely bearable. It was uncomfortable at times outside. It really didn't affect us inside the house. It didn't adversely. Just strictly outside.

Q. And how would you describe it since, from the 1st of December of '98 through April 1, 2005? If -- you know, I should have clarified that too.

Has it been, the noise impacts, consistent from April 1st -- sorry, December 1, 1998 to April 1, 2005?

A. Has the noise been consistent?

Q. Consistent from that time period?

A. Yes.

Q. It has. So with that said, how would you describe the noise impacts and living there in that house in that time period?

A. I would say it was at times extremely uncomfortable. Particularly when the aircraft flew right directly over the house.

More so outside than inside.

Q. And how would you describe it from April 1st, 2005, until today?

A. I don't get to sleep late any more, and as a

00045

result of the aircraft flying directly over the house.

Q. I gather you would prefer to sleep late if you could?

A. At times.

Q. How do you define sleeping late?

A. I would say probably up to 9 o'clock. 9 a.m.

Q. That can be a very nebulous term. When I was in college sleeping late could mean 2 in the afternoon. So with that said, what time do you wake up now when the flights happen? What time does it wake you up?

A. Anywhere between 8 a.m. and 9 a.m.

Q. Okay. Now, preApril 1st, 2005, could you sleep late, to 9 a.m.?

A. Yes.

Q. Other than the sleeping late, sleeping until 9 a.m., TV, phone, any other impacts when you are indoors?

A. We've had several pictures to fall off the wall from vibration.

Q. Has anything broken?

A. Nothing has broken. The glass, actually. The position that it fell on the carpet, it didn't break.

Q. That's good. When did -- when did that start happening?

A. That -- that's been happening on and off for four to five years I know.