**James Riddick - Test Case Plaintiff**

Mr. Riddick and his wife moved into their home at 1805 Loganberry Court in 1992. They purchased the lot and had the home built.

> Q When is the first time you remember experiencing the jet noise in your home on Loganberry Court?
> A. I would probably say bout '99 – yes. '99, 2000. That's when I really, really noticed it.
> Q. Do you remember about what time in '99?
> A. No. I don't. I would say it was warm because we was outside and the planes came across and my grandson came in the house running because the planes were so loud and it scared him and he didn't want to stay outside.
> Q. What did he tell you?
> A. He just, noise, noise, noise. And he pointed up into the sky.

(Exhibit 7B, Riddick Deposition. p. 13)

Sometimes the whole house shakes. Mr. Riddick can't hear his television and he has to stop talking on the telephone. (*id.* p. 15).

> Q. Going back to 1992, when you moved into the home, or late '92 in November, and you mentioned that planes would fly around your home, can you be more specific? I mean you talked about standing in your front yard and seeing them fly, but do you think they fly directly over your house or – I'm sorry. Did they fly directly over your house?
> A. At that particular time?
> Q. At that time.
> A. I think they fly over the house sometime now more so than at that particular time.
> Q. So in late 1992 they flew over your home, directly over your home?
> A. No. It was more over my home now than they did in '92.

(*id.* p. 46-47)

Since the F/A-18s arrived many more planes fly directly over this house than was true prior to that time. (*id.* p. 47-48).

Mr. Riddick also put new windows in his home, in part, to attempt to mitigate the noise. (*id.* p. 51).