00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF JAMES E. RIDDICK
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
June 10, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs

I'm very sure they might have some planes going over, but I just didn't remember too much if it was bad or what.

Q. When is the first time you remember experiencing the jet noise in your home on Loganberry Court?

A. I would probably say about '99 -- yes. '99, 2000. That's when I really, really noticed it.

Q. Do you remember about what time in '99?

A. No, I don't. I would say it was warm because we was outside and the planes came across and my grandson came in the house running because the planes were so loud and it scared him and he didn't want to stay outside.

Q. What did he tell you?

A. He just, noise, noise, noise. And he pointed up into the sky.

Q. Is that the first time you remember?

A. No. It's not the first time I have heard the planes, but that was the first time it was so loud that it really frightened him, the kids, and you know it was coming over -- the planes were going over before.

Q. What do you mean before?

A. I mean they was going before, but it didn't affect me as much as it would when it affected the grand kids.

Q. How old was your grandson?

A. He was probably about 2, 3 at the time.

00015

A. Well, sometimes even the whole house shakes. Sometimes the house shakes. Sometimes you're on the telephone, you can't talk. You have to stop talking and wait until the plane goes by, or if you are watching television, you can't hear what they are saying because the noise is so loud until the plane goes by.

Q. So even inside your home you have to stop conversations on the telephone?

A. Sometimes you do, yes.

Q. Can you have a conversation with your wife while the plane is --

A. Even sometimes talking with my wife, she can't hear because of the planes. It all depends on that particular moment.

Q. And you have to stop watching TV?

A. Well, you can watch it, but you just can't hear what they are saying, you know.

Q. And what do you mean by your house shakes? Can you describe it?

A. The house just vibrates. You know, you can feel the house vibrating sometimes when they come across there. I guess they are real low. I don't know.

Q. Does that happen often?

A. Not often, but it happens. Not every week, not every day, but occasionally it could happen like that.

MR. BRYANT: There better not be.
A. Better not be.
BY MS. ACOCK:
Q. Have you received your most recent tax assessment for your property?
A. I'm pretty sure I did. I'm pretty sure I did.
Q. Do you remember what the most recent tax assessment was?
A. You know, I couldn't tell you right now, but I'm pretty sure I received it.
Q. Do you remember -- you mentioned you can't remember what the amount was. But do you remember whether or not you agreed with the assessment?
A. I don't think I ever agree with the city assessment. I don't think I ever agreed with it, because I want my house to cost more than what they say it is. But I guess -- I guess it's pretty close.
Q. Going back to 1992, when you moved into the home, or late '92, in November, and you mentioned that planes would fly around your home, can you be more specific? I mean you talked about standing in your front yard and seeing them fly, but do you think they fly directly over your house or -- I'm sorry. Did they fly directly over your house?
A. At that particular time?
Q. At that time.

A. I think they fly over the house sometime now more so than at that particular time.

Q. So in late 1992 they flew over your home, directly over your home?

A. No. It was more over my home now than they did in '92.

Q. Okay. If they don't fly directly over your home, can you be more specific about how they fly a couple of streets over, a couple of blocks over?

A. Well, it's hard to say, you know, because they are up like. But it looks like maybe a couple of blocks over to the right or the left, whatever. But I can still see them either way.

Q. And that's how they flew in '92?

A. They flew more than that. There's more that comes -- seems there's more that comes, seems directly over the house than it was in '92. '92 they were more like to the left or to the right. But now it seems like for some reason more are coming over the top of the house also.

Q. And so when you say more, you don't mean that --

A. Say if I'm sitting in my back yard like this here, I would see them coming over like this area here, this area here, but now there's more that comes in like directly over the house then.

Q. Okay. So I'm going to just describe for

Mrs. Zahn so she can type what you just said. You're saying if you are sitting in your back yard that sometimes -- and I'm trying to remember what you said and describe that?
A. Okay.
Q. So if I summarize --
A. Okay.
Q. So sometimes you would say they flew more to the right of your home and more to the left of your home than directly over your home?
A. Right. This is in '92 when I first purchased the house in '92, '93. Right.
Q. Do you think they fly the same way now in terms of where they fly? Are you saying there are just more of them flying?
A. I'm saying there's more of them and more of them come directly over the house now than they did in '92, '93.
Q. So it seems to be they are flying in the same pattern, just basically more planes?
A. Basically it's more planes and louder planes.
Q. All right. When do you think planes started -- you mentioned more planes. When do you think more planes started flying?
A. I would say everything, the loudness and the planes and everything, is like in '99, 2000, up until the present.

00051

would mitigate noise?
A. Not that I know. I don't know.
Q. Have you done anything to your home that would mitigate noise?
A. Well, no. I had new windows put in.
Q. Why did you have new windows put in?
A. Well, you know, first of all, I did it for the comfort. And they said the windows would keep out some of the noise also. And it would keep the heat in. It would keep the heat from coming in and make your house warmer in the wintertime.
Q. So that's what you mean by comfort?
A. Right. They said it would make it a little bit more comfortable. You won't be as cold, you won't be as hot, and it eliminates a little bit of the noise.
Q. And that, the windows, that is part of the remodeling?
A. No. This was just done -- the windows were just done like a couple of months ago.
Q. Okay. This is June, so March or April?
A. April, somewhere along in there.
Q. And who installed the windows?
A. Window World? I believe it was Window World.
Q. Do you remember how much it cost?
A. About $4,000.