**Kenneth Hill - Test Case Plaintiff**

Kenneth Hill is a civilian machinist at the Norfolk Naval Shipyard. He retired from active duty in the Navy after 20 years. Mr. Hill lives at 925 Lamplight Lane in Virginia Beach in the Princess Anne subdivision. (Exhibit 8B, Hill Deposition. p. 5). The Hills have lived in their home since 1992. Since they have lived there, there have always been overflights by jets from Oceana. Overflights are now an even more regular occurrence than in the past (*id.* p. 56). The flights often pass approximately two blocks on either side of the Hill home. (*id.* p. 58, 61)

Q. And did you notice a difference when the F/A-18s started flying?
A. Absolutely.
Q. Absolutely. Why do you say absolutely?
A. Because the jet engines, they have a different sound to them. The Tomcat whistles more, and a Hornet has more of a thunder sound to it.

(*id.* p. 67)

Prior to the arrival of the F/A-18s the overflights (mostly by F-14s) were loud. If you were inside you had to turn up the television. Since the arrival of the F/A-18s no amount of volume control on the television suffices. In fact, "… now when you are out in the yard you have to put your fingers in your ears when they are flying over, I mean because it comes to the point where it is painful." (*id.* p. 69-70).

The F/A-18s also created a good deal of vibration to the point that Mr. Hill described that his house "started falling apart." (*id.* p. 69). Pieces of drywall from the ceiling fell and cracks developed in the house (*id.* p. 70-71).

Q. Now that the F-18s – when the F-18s arrived, you started experiencing that jet noise, how would you describe it? Would you describe it as intolerable?
A. At times.
Q. Okay. What do you mean by intolerable?
A. Well, at times when they are flying directly over your house, that's when it becomes intolerable. When they cease flight operations, it's livable there.

(*id.* p. 129)