00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF KENNETH A. HILL
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
June 9, 2005

Appearances:

HOFHEIMER / FERREBEE, P.C.
By: KRISTEN HOFHEIMER, ESQUIRE
Counsel for the Plaintiffs

Also, she can't type down what we are both saying at the same time so please don't talk over me and I'll try not to do that with you. So just make sure of that.

Also, if you do -- if you don't understand a question that I ask, please say so and I'll clarify it at any time.

And then, lastly, if you need a break any time during this, just say the word and we'll take a few minute break then. Just let me know. Okay?

A. Okay.

Q. Understand all that?

A. Yes.

Q. All right. What is your name and address?

A. Kenneth A. Hill, 925 Lamplight Lane, Virginia Beach, Virginia 23452.

Q. And what is your occupation?

A. I'm a machinist at Norfolk Naval Shipyard.

Q. And how long have you done that?

A. Two and a half years.

Q. And what did you do before that?

A. I was in the Navy for 20 years.

Q. So you retired?

A. That's correct.

Q. Did you go right into that position as a machinist after you retired?

00056

looking for a week or --
Q. No. Not that much. I'm trying to get an idea
how often this occurred, how often you experienced it? Just
something you never experienced, or is it --
A. Well, how many people experience jets flying over
your home. I couldn't possibly give you day or week or a
month. They fly constantly. I mean, you're asking for me
to pinpoint a time frame of when the day I moved in until my
first overhead flight was. I don't remember.
Q. What I'm trying to get -- you just said they fly
constantly?
A. Yes.
Q. So it's a regular occurrence?
A. Now more than ever, yes.
Q. Was it a regular occurrence when you moved in?
A. I considered it that they were doing work ups.
That's the only thing I could, you know, understand why
sometimes they would fly on a regular basis and then they
would have a lull in the action, and then once again fly a
bunch of times. You know what I mean? Like, to the best of
my recollection, I would take into consideration as that
they were doing work-ups to go on deployments, just like a
ship would do, do exercises.
Q. So you experienced that at some point after
moving in?

television?
A. If I turned it up.
Q. What if they were directly overhead, could you hear the television?
A. No.
Q. And so sometimes they were directly above your house, the jets?
A. Absolutely.
Q. And other times they were on one side of the house?
A. Yes.
Q. And other times they would be on the other side of the house?
A. Yes.
Q. What, if you could, in blocks for example, sort of give me an idea of what the flight path would be over your house and around your house?
A. I would say two blocks either side.
Q. And is that the same today as well?
A. Yes.
Q. Was that the same in -- was that the same throughout the period of time you lived in your house?
A. Yes.
Q. And how would you -- in rough percentages, did the distribution of directly over your house versus two

was between those particular hours you just stated, I couldn't possibly tell you. Because I didn't roll over and look at the alarm clock, I would just go back to sleep.

Q. What time did you go to bed? You got up pretty early.

A. About 9, 9:30.

Q. What about the rest of your family?

A. I would say about the same.

Q. Were you ever able to sleep through the flights? Or did it always wake you up?

A. Oh, it wakes you up.

Q. And I'm talking about the early '90 time frame?

A. Yes.

Q. Wakes you up.

Did you experience back then FCLP operations, pattern operations, touch and go over your house. Do you know if you are in that flight path?

A. I believe I'm in the flight path, yes.

Q. Why do you believe you're in that flight path?

A. Because I can see them doing circles over the neighborhood.

Q. And that was back then also?

A. Yes.

Q. Is that true today?

A. Yes.

aircrafts were you hearing above -- aircraft were you hearing above your house?
A. F-14 Tomcats.
Q. Anything else?
A. I think they call them EC-2 Hawkeyes. I'm not that familiar with all the jets' names.
Q. And did you notice a difference when the F-18s started flying?
A. Absolutely.
Q. Absolutely. Why do you say absolutely?
A. Because the jet engines, they have a different sound to them. The Tomcat whistles more, and a Hornet has more of a thunder sound to it.
Q. And when did you first notice that change?
A. I would say around '97, '98, approximately.
Q. What -- was there some sort of -- is there anything else beyond that difference in terms of the Tomcat has that whistling sound and the F-18 has the thunder type sound you mentioned, anything else about the F-18 that was different, that you experienced?
A. As in noise or size or appearance?
Q. No. I mean noise.
A. No, I would say that would be the fundamental differences, as far as I'm concerned.
Q. How does the thunder noise versus the whistling

F-18?
A. No. You can't hear the TV.
Q. Is there a difference between the -- in terms of noise, the F-18CD versus the F-18EF, that you know?
A. Well, just recently it seems like it's been getting louder, so I don't know when the CD and the EF are flying, but now when you are out in the yard you have to put your fingers in your ears when they are flying over, I mean because it comes to the point where it's painful.
Now, whether or not the planes are flying lower or the CD as you say -- I take that that's a class of the F-18 I guess.
Q. Hornet?
A. Okay. And EF.
Q. Super Hornet?
A. Okay. Now, when they are flying and the difference between them, it's hard to tell. I mean, I know now, though, when the planes -- when the Hornets are flying over my house, I have to stop what I'm doing and put my fingers in my ear.
Q. What about when the F-18s first started flying -- let's first start with this. You said you were -- you estimated '97 to '98 when you first started hearing the F-18s. Why do you pick that particular time? Did something happen? Did you have a party outside?

A. Well, my house started falling apart.

Q. And when did it start falling apart?

A. Approximately '97, '98 time frame.

Q. How is the house -- do you attribute the F-18s to causing your house to fall apart?

A. I would say yes.

Q. And in what way was it falling apart?

A. Ceilings were dropping in my home.

Q. Are they ceiling tiles or is it drywall ceilings? What is it?

A. Drywall.

Q. And when you say dropping, do you mean patches of the -- or pieces of the drywall are actually falling?

A. Well, I would catch it, you know. They wouldn't actually fall completely to the floor. Like, for instance, my kitchen dropped about a foot, and I had to prop it up with 2-by-4s, because I couldn't push the wood all the way up to screw it in. My bathroom is dropping currently. My den, I caught it dropping, propped it up, screwed it back up, repaired it, it dropped again.

Let's see. Cracks developing all through my house. I'd fix them, they would develop again.

Q. When did the cracks start happening?

A. '97, '98.

Q. Is there something about -- you said '97, '98.

00071

Is there something about that time frame? Did you go out and hire a contractor, or do something that makes you remember that time frame specifically?
A. I --
Q. I mean the short question is, why do you say '97, '98?
A. I guess that's when the jets were getting louder. And, for instance, I would walk through my den when the jets were flying and the plaster would fall, literally fall on your head, so -- that's why I attribute it to that.
Q. Pieces like?
A. Like where seams had been patched or where the house was originally built, where they taped the seams. That would start to fall apart.
Q. Start to split?
A. Start to split.
Q. And joint compound or plaster would fall out on your head or something?
A. Fall on your head, on your furniture and carpet.
Q. Would these be big pieces or little granules or --
A. That's safe to say, granular.
Q. -- is there something -- so what did you do about this when it started happening? Like, to correct the problem with ceilings stuff, what did you do?

00129

A. You have the BP is a gas card. Texaco is a gas card.

Q. One of the cars in the auto loan, obviously?

A. Possibly.

Q. Okay. And then there is a real estate loan, Washington Mutual, outstanding of '76,100?

A. Yes.

Q. And then a CFCU?

A. I think that was -- I think that was the second mortgage there.

Q. For 23,894. And then it says a proposed, which the cash out is 35,650.

So were these debts or similar debts in existence back in '97? Or do you know?

A. I couldn't speculate.

Q. Now that the F-18s -- when the F-18s arrived, you started experiencing that jet noise, how would you describe it? Would you describe it as intolerable?

A. At times.

Q. Okay. What do you mean by intolerable?

A. Well, at times when they are flying directly over your house, that's when it becomes intolerable. When they cease flight operations, it's livable there.

Q. Well, in light of the fact that you have operations at times and not at other times, is the overall