**Eileen May - Test Case Plaintiff**

Eileen May has lived in Virginia Beach since 1979, and has lived in her present home at 620 Little Neck Road since her husband died (in 1996). She was not bothered by the jet noise for quite a while after she moved in. (Exhibit 9B, May Deposition. p. 24).

Ms. May has a pool in her back yard (*id*. p. 35) and she likes to spend time outside. The noise of the jets makes it impossible for her to enjoy life outside her home:

> " … I would like to be able to enjoy my home, enjoy my back yard. I spend a lot of money to get it the way – the pool. I spend a lot of time out there gardening in the summertime and I would like to be able to do that in a peaceful environment."

(*id*. p. 50).

The jets fly directly over her house as well as in front of and behind the house. (*id*. p. 36). Her description of the effect of the noise is as follows:

Q. What about in the summer?
A. Last summer – on a day-to-day basis, I would say I still use my backyard, but I've had to get out of my pool. I've had to leave my deck. I've had to come inside when it got where they were flying overhead and overhead and overhead, because it just – it's ear piercing and it's just annoying.
Q. How long would that go on for, what you just described?
A. 20, 30 minutes maybe.

(*id*. p. 35).