00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
Plaintiffs, )
)
v. ) No. 01-201L
)Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION OF

EILEEN MAY

TAKEN ON BEHALF OF THE DEFENDANT

VIRGINIA BEACH, VIRGINIA

MARCH 9, 2006

Q. And this is 1993?
A. -- three. He died November 12, 1993.
Q. So in terms of your house-hunting, you pretty -- you limited yourself to this Kingston area?
A. Yes, I sure did.
Q. Before you decided to purchase the home on 620 Little Neck Road, did you notice military jets flying around that home or hear the noise at that home before you purchased the home?
A. No.
Q. Okay. When you moved into the residence at 620 Little Neck Road, how soon after you moved in did you hear military jet noise?
A. I lived there for a while before I really noticed jet noise.
Q. When was -- just estimate what year you think you first heard jet noise.
A. It was years. It was a couple years. Probably in 1997/'98.
Q. Okay. Why does '97/'98 stand out to you? Do you recall anything specific?
A. I put a pool in, inground pool in my yard. I remember for years nothing bothered me. I'm just guessing a couple years. It didn't bother me. I

00035

Q. What about in the summer?

A. Last summer -- on a day-to-day basis, I would say I still use my backyard, but I've had to get out of my pool. I've had to leave my deck. I've had to come inside when it got where they were flying overhead and overhead and overhead, because it just -- it's ear piercing and it's just annoying.

Q. How long would that go on for, what you just described?

A. 20, 30 minutes maybe.

Q. Would that happen both day and night?

A. I don't recall ever at night being outside and coming in because of jet noise.

Q. Okay. Let's say how -- how late in the evening would you basically hear the jet noise, whether inside or outside your home?

A. It was dark, summertime, eight, nine -- well, probably 9 o'clock, 9 p.m.

Q. That's the latest.

How early in a day would you hear the jet noise, whether inside or outside your home?

A. Yes; I want to say 9 a.m. maybe.

Q. From '97/'98 to the present day, you mentioned you can -- on occasions you've been able to see the jets?

A. Right.

Q. Are they directly over-flying your home or are they off to the sides, would you say?

A. Well, if I'm sitting in my backyard on my deck, they kind of -- pretty close to being over, but not like -- they kind of come -- I'm real bad at directions. They come, like slice right through on the -- like in front of me or behind me, around the house sort of.

Q. All right.

A. I don't know how to explain it.

Q. It's around?

A. Yes. And they've come over, I mean, they've come over as well. But I'm just saying the vicinity is not just -- not limited to being strictly overhead.

Q. Okay. So sometimes it's overhead, but then sometimes it's off to the sides?

A. Exactly.

Q. With regard to your children, how old are your children?

A. At this time?

Q. Yes.

A. 23 and 26.

Q. Are they still living at home with

Q. Obviously you're listed as one of the test plaintiff cases for trial for this coming fall.

A. Yes.

Q. In terms of your own personal opinion, what is -- what would you like to see as the outcome of the trial?

A. Well, to make the noise go away. I mean -- or -- I don't know what the answer is for that, to be honest with you. I don't know.

Q. You said to make the noise go away?

A. Yes.

Q. Would you like to see the jets just --

A. Disappear?

Q. Yes.

A. I guess the answer to that question would just be that I would like to be able to enjoy my home, enjoy my backyard. I spent a lot of money to get it the way -- the pool. I spend a lot of time out there gardening in the summertime and I would like to be able to do that in a peaceful environment.

Q. And so far, since '97/'98 to the present day, at least your ability to use your pool and your outdoor -- your backyard, you don't think you've been able to fully enjoy it?

A. No, I don't.