**Carroll Lindsay - Test Case Plaintiff**

Carroll Lindsay and his wife Brenda have lived at 2709 East Kings Road in Virginia Beach since 1994. (Exhibit 10B, Lindsay Deposition. p. 11, 74).

The first time Mr. Lindsay noticed that the noise from the jets at Oceana was becoming "intolerable" was after the arrival of the F/A-18s in the fall of 1998 (*id.* p. 20).

Q. When you first came to Virginia Beach in 1979, did you know the Naval Air Station Oceana was here?
A. Yes.
Q. Did you know that they flew jets in and out of the base?
A. Oh, of course.
Q. Did you ever experience jet noise at any of the other homes that you lived at in Virginia Beach?
A. I'm sure I did. But was it anything significant? No.
Q. What do you mean by significant?
A. Significant means to the point where it was bothersome.
Q. That is bothersome?
A. Bothersome in that context to me would mean something that would interrupt my daily routine, my life, or something of that nature.
Q. Okay. Can you give me an example?
A. An example of something that would interfere with my life?
Q. Yes.
A. I'm standing out in my yard talking to my wife and suddenly we can't hear each other. We just have to stop because you can't hear.
Q. Has that happened to you in your current home?
A. Most definitely.

(*id.* p. 21-22).

The jets fly low over his house, close to the top of the trees (*id.* p. 23). Sometimes they fly directly over the house and sometimes to the left or right of the house.

Q. So by directly over your house you mean like over the rooftop?
A. Yes.

(*id.* p. 23).

Prior to the arrival of the F/A-18s the noise was acceptable. The operations of the F-14's and other aircraft did not disrupt Mr. Lindsay's lifestyle or prohibit ordinary conversation, both of which he experiences with the F/A-18s (*id.* p. 71-72). He has sought, but has been unable to afford, mitigation measures for the noise. About two years ago he sought a quote for replacing the windows in his home and received a bid of approximately $10,000, a sum which he cannot afford. (*id.* p. 80-81).