**Harold Levenson - Test Case Plaintiff**

Mr. and Mrs. Levenson live at 2004 Brickell Court in Virginia Beach. Mr. Levenson is retired having worked for more than 20 years in television and after that for Harris Publishing Company (Exhibit 11B, Levenson Deposition. p. 5-6).

The Levensons bought their home in 1986. They were generally aware of the existence of Oceana Naval Air Station and knew it was somewhere in Virginia Beach when they came from the Washington, DC area in 1986.

They soon became aware of overflights from aircraft from Oceana but it was not an issue in their lives at all until the arrival of the F/A-18s in 1999. (*id.* p. 28).

Q. Before the F-18 arrived, did that impact your life-style at all?
A. Not – not in any significant way. Did they fly over my house? Sure. They have to. Because there's two runways at Oceana, and when the wind is blowing in a certain way and they are using the short runway, which is the runway that affects our neighborhood, the planes will land and the flight path is pretty directly over our house. But in case you are not aware of it – I can't imagine you are – but the Hornet is about 20 dB at worst louder than the Tomcat is.

****

Q. There were overflights over your house?
A. Of Tomcats, sure.
Q. How often did that occur?
A. I really can't tell you honestly, because it wasn't anything that was interrupting. It wasn't anything that was interfering. It wasn't anything that was really horribly meaningful in our life at the time. So we didn't pay to much attention to it. As a matter of fact, I can remember saying to the other people who formed CCAJN, I said, Are you really sure that the F/A-18s are going to be as loud as you say they are going to be when they come? Oh, yes, they are going to be very loud. Because I mean it was something that wasn't an issue for me prior to the arrival of the F/A-18s.

(*id.* p. 30-31)

Sometimes the pilots fly directly over their house, sometimes 100-400 feet on either side of it. (*id.* p. 32)

Levenson is one of the founding members CCAJN (Citizens Concerned About Jet Noise) a local community group that formed when the Navy was studying whether to move all of the F/A-18s from Cecil Field in Florida to Virginia. CCAJN was formed in the fall of 1997, and Mr. Levenson was one of the original members of the Board of Directors. (*id.* p. 41-42)

Mr. Levenson does not know the precise percentage of flights from Ocean that pass directly over his house but he can say that there is a "goodly amount" of such flights (*id.* p. 35).

Q. Did – you said it wasn't – I don't want – what was your exact words in terms of it wasn't a significant issue, it wasn't a general –
A. The noise from the Tomcats was not a significant public issue.
Q. And for you personally and your family?
A. Was not a significant personal issue either.
Q. Did you all talk about it at all?
A. About the Tomcat noise?
Q. Whatever jet noise.
A. Not that I recall.

(*id.* p. 37-38).

When the F/A-18s pass over his property it is difficult to have a conversation, to talk on the telephone, or to hear the television. In fact, when he wants to watch television he puts headsets on and does the same for an AM/FM radio. (*id.* p. 44).

Since the arrival of the F/A-18s he has called the Noise Complaint Hotline on a number of occasions, and he never called that Hotline at any time prior to the arrival of the F/A-18s (*id.* p. 49).

Mr. Levenson believes that the value of his home is suppressed by the level of noise created by the F/A-18s. "I mean, let's be reasonable about it. If somebody saw an F/A-18 fly 400 or 500 feet over my house on the day they were considering buying it, why in God's name would they buy the house?" (*id.* p. 61).