00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF HAROLD LEVENSON
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
June 8, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs

BY MR. BRYANT:

Q. And please don't nod your head or say uh huh, the like. Please respond with yes or no, or whatever answer you are going to say?

A. Fine. If I fail to do that, you'll call it to my attention, right.

Q. I'll certainly try to.

You mentioned a break if it rains. You can take a break at any time. Just let me know.

A. Okay.

Q. And if you don't understand a question I ask or something is confusing, whatever, please ask me to rephrase and I'll be happy.

A. Okay.

Q. What is your name, address, and occupation?

A. My legal name is Harold Levenson. I'm known as Hal. My address is 2004 Brickell Court, Virginia Beach, Virginia. 23454.

Q. And your occupation?

A. I work part time for Harris Publishing Company.

Q. And what do you do for Harris Publishing Company?

A. We take information and sell alumni directories for colleges and high schools.

Q. In other words, address, contact information, that kind of thing?

A. No. What happens is that we work in a call center in Chesapeake. I do this 20 hours a week. And what happens is the company has sent out notices to client schools that are doing their alumnae directories every five years or so. People call in, give us updated information, and we offer the directory for sale.
Q. I see.
Do you do anything else besides that position?
A. Not in the way of earned income, you know.
Passive income. Not earned income.
Q. And how long have you been working for Harris Publishing?
A. About 10 years.
Q. 10 years?
A. Yes.
Q. Do you --
A. I consider myself semiretired.
Q. And what did you do before you retired?
A. I was a television news professional for about 25 years.
Q. And what did you do as a TV news professional?
A. Jobs ranged from, you know, the early days, when I was a copy boy up through being a news director and the Washington Bureau Chief of the National News Service.
Q. And when did you semiretire from that?

have studied the F/A-18 situation for 7 years now. So when you do that in a serious kind of way you obtain a book of knowledge that I certainly didn't have when I first came to Virginia Beach. And that's what I mean by that.

Q. When did you first experience jet noise or overflights in this house?

A. After we bought -- first of all, we didn't experience any overflights when we -- prior to going to closing on the house. Okay? And typically what happens is that people from out of town, you know, will look at a house, look at it a second time, buy it. They normally visit the house on a day when there are no overflights. Okay? That's typically what happens.

I don't know really how my awareness of that situation evolved after 1986. And I want to tell you why. Jet noise was not an issue of any consequence in this community prior to the relocation of the F/A-18 from Cecil Field. It really wasn't. The Tomcats are no where near as noisy as the Hornets are. And I think it is fair to say -- and I have said this publicly on many occasions. I do a lot of public speaking, obviously, and I get interviewed frequently on this subject. Jet noise was not an issue, a public issue in Virginia Beach prior to the arrival of the Hornets. And the reason it wasn't is because the Tomcat noise was tolerable. It was acceptable.

Q. Before the F-18 arrived, did that impact your life-style at all?

A. Not -- not in any significant way. Did they fly over my house? Sure. They have to. Because there's two runways at Oceana, and when the wind is blowing in a certain way and they are using the short runway, which is the runway that affects our neighborhood, the planes will land and the flight path is pretty directly over our house. But in case you are not aware of it -- I can't imagine you are -- but the Hornet is about 20 dB at worst louder than the Tomcat is.

Q. Okay.

A. Are you aware of that? You're asking the questions.

Q. I'm going to ask the questions.

A. All right.

Q. Okay. So getting back to that --

A. Sure.

Q. There were overflights over your house?

A. Of Tomcats, sure.

Q. How often did that occur?

A. I really can't tell you honestly, because it wasn't anything that was interrupting. It wasn't anything that was interfering. It wasn't anything that was really horribly meaningful in our life at the time. So we didn't

00031

pay too much attention to it.
As a matter of fact, I can remember saying to the other people who formed CCAJN, I said, Are you really sure that the F/A-18s are going to be as loud as you say they are going to be when they come? Oh, yes, they are going to be very loud. Because I mean it was something that wasn't an issue for me prior to the arrival of the F/A-18s.
Q. Has -- you mentioned the two runways, and there's a shorter runway?
A. Yes.
Q. When they are using the shorter runway and the winds are changing, that is when it affects your house?
A. Right. That's when it affects our house most often. Okay? When touch-and-go's, and SCLPs are being done, that's when the traffic is the heaviest over our house. When the short runway is being used, and the wind is in whatever direction.
Q. Was it -- is it roughly used the same, that short runway --
A. No. No.
Q. -- now as it was back then?
A. No. No. Thank God. The other runway is used more often than this. This runway is used more often than our runway.
Q. Actually, what I'm asking is back before the

F-18s got there --

A. Right.

Q. -- when it was the Tomcat and --

A. Whatever aircraft.

Q. -- whatever other aircraft may have been flying --

A. I'm sorry.

Q. -- your experience has been in terms of flying over when the winds were changed, was it roughly the same, you know, amount of time, experience of overflights, as you do --

A. I don't remember.

Q. You don't remember?

A. No.

Q. Okay.

A. And I don't remember because, as I mentioned to you, it was not something that I took any notice of. Okay? The Tomcat overflights, no.

Q. Do you recall in terms of flight patterns, you said sometimes it goes directly over your house?

A. Sometimes.

Q. And --

A. Sometimes 50 feet to one side or the other side of the house. Sometimes 100 feet, or 100 feet on either side. 200 feet, 300 feet, 400 feet. The pilots are not as

feet, or 150 feet. Is that what you want to know?
Q. Yes.
A. To be honest with you I really wouldn't want to guess. I mean have I kept statistics? No. Do I have a clear recollection? You know, have I modeled in my head, you know, what the percentages are of that? No. All I can tell you is a certain amount of time, a goodly amount of the time they fly directly over my house.
And that shouldn't be a surprise to anybody, because, as I am sure you know by now, the purpose of the training at Oceana is to get the pilots to make a perfect landing on a carrier. If they make a perfect landing they would -- it doesn't happen this way, but they would fly in a certain trajectory, and that trajectory, as I have experienced it myself, and as the gist of the discussion was that day with Rountree and Ray -- Ray was just listening; Rountree was doing most of the talking -- comes over my house, yes.
Q. Now going back to before you bought the house?
A. Yes.
Q. You mentioned that you were aware of NAS Oceana?
A. I was aware only in my capacity as the news director of WAVY that periodically in our newscast there were stories about NAS Oceana. That's all I knew.
Q. And did you know where the location of Naval Air

00037

operations?
A. Absolutely not.
MR. SWAIN: He didn't finish his question. I know you know what he's going to say but let him finish the question.
THE DEPONENT: I'm sorry.
MR. SWAIN: Don't be sorry. Just listen.
Q. Did you do anything to find out about jet operations before buying the house?
A. No. I wasn't aware of jet operations in the vicinity of the house when we bought it.
Q. Why didn't you inquire about that to find out if it was?
A. It didn't occur to me.
Q. Going back to before the F-18s arrived?
A. Yes.
Q. And you have lived in the home consecutively since that period of time?
A. Absolutely.
Q. Did -- you said it wasn't -- I don't want -- what was your exact words in terms of it wasn't a significant issue, it wasn't a general --
A. The noise from the Tomcats was not a significant public issue.
Q. And for you personally and your family?

A. Was not a significant personal issue either.

Q. Did you all talk about it at all?

A. About the Tomcat noise?

Q. Whatever jet noise.

A. Not that I recall.

Q. Did you ever have barbecues or outdoor parties or anything of that?

A. Infrequently. We don't do that. Very infrequently.

Q. And in doing so, before the F-18s arrived, were there ever occasions where there were overflights?

A. I'm sure there were, but I don't have any particular recollection of it, no. And the reason I don't have any recollection of it is, as I mentioned to you, is that it just wasn't -- it wasn't that bothersome. Okay? It wasn't that intrusive.

Q. Okay.

Well, you did recognize it occurred obviously back then?

A. I'm sure I did. But, you know, I guess I'm a kind of a one dimensional individual. I tend to pay attention to things I really care about. And I tend not to pay attention to things that I consider immaterial or inconsequential.

Q. And so if -- you mentioned the altitude of I

00041

noise, any more than the guy mowing his lawn next door, you know. Sure, you hear the guy mowing his lawn next door.

Q. You can still have a conversation outside if somebody is mowing their lawn I guess?

A. Yes, you can. Although sometimes I guess if the mowing is going on on this side of the house and you are over on that side of the house, it might be a little difficult. But, yes, as I said to you, jet noise was not an issue in Virginia Beach prior to the arrival of the Hornets.

Q. So if it's equivalent, something akin to mowing your -- a neighbor mowing his lawn, that wouldn't require you to turn up the TV or any of those kinds of things either, I guess, if you are in your house?

A. I don't have any recollection of jet noise being such, prior to the arrival of the F/A-18s, that we couldn't have telephone conversations easily, that we couldn't listen to the TV easily, that people were in the great room and couldn't hear what they were saying in the great room. Okay? I don't recall that kind of problem during the Tomcat period, prior to the arrival of the Hornets.

Q. Let's talk about the Hornet period now.

A. Right.

Q. When -- when did you notice that there was a change? When did it become --

A. Well, CCAJN was formed late in 1997 out of

concern for what was going to happen. And the Hornets arrived sometime during 1999. And I don't remember when. And once we had a chance to experience the noise levels from the Hornets, it became very clear that the concern that some people in the original CCAJN group had about the situation had come to pass with the noise level substantially -- substantially louder than the Hornet level -- than the Tomcat noise level, and it was going to be very different for us.
Q. You lost me there.
A. It was going to be very different. The experience of having overflights over the house. The experience of having Tomcat overflights over the house is what I already told you it was. Once the Hornets were flying, sometime in '99, whenever it was, it became clear that that aircraft was much, much louder than the F-14.
Q. When did that happen?
A. Sometime in '99. I don't recall.
Q. Was there some sort of defining moment? You were outside, or inside?
A. Not that I recall, no.
I was hoping the concern of some other people on the original CCAJN board was wrong. I was hoping -- I was hoping that their concerns were misplaced about the noise level of the Hornets. I really was. I remember asking, you

00044

Q. What changed?

A. The level of noise that occurred over our house. In fact, the level of noise that occurred all over the high noise zone in the city of Virginia Beach.

Q. Let's discuss your property specifically?

A. Yes.

Q. Conversations, how did that affect those?

A. When an F/A-18 flies four to five feet over our house --

Q. Four to five?

A. 400 to 500 feet over our house. Sorry. It is very difficult to have a conversation and be heard. It is very difficult to talk on the telephone. It is very difficult to hear the TV. In fact, if there is a sustained operational activity that day, in which, you know, sometimes the overflights would occur every 30 to 40 seconds, okay? When I want to watch TV, I have to put head sets on. I have both the TV head set and I have an AM-FM radio head set. So if I want to attempt to escape from the noise, that's what I will do. At its worse. It's not that way all the time. At its worse.

Q. And you said it's difficult to watch TV aside from having head sets on?

A. Yes.

Q. Or difficult to have a telephone conversation?

00049

All our Navy friends get the e-mail service too. So if you want to know what CCAJN has said for the past seven years, I am sure there's a very good file.

Q. What have you done to document the jet noise over your house?

A. Nothing. Well, except for this. I call the hotline when I feel sufficiently annoyed, and when I feel sufficiently -- I haven't called them recently. When I'm not involved in having to get something else done I will call the hotline. Of course, you get tired of calling the Hotline because you call the hotline and there is no indication that anything happens after that, none whatsoever.

Q. How many times have you called the Hotline?

A. Over a period of seven years? Well, since -- well, not seven years. Since 1999, many times. Many.

Q. And I think you said that you didn't call before.

A. Oh, no. I never called the Hotline prior to the F/A-18s. I have no recollection of ever having called. I don't think I even knew the hotline number before the F/A-18s arrived.

Q. Did you ever speak with anybody at -- you said you had a conversation with.

A. Oh, I used to talk to Ray Furenzi frequently. I have talked to Bobby Rountree a little bit. You know, we

real estate gets transacted in Virginia Beach, people who are buying a house in a high noise zone customarily visit the house on days when there are no overflights. There are exceptions. There are exceptions. When a local person buys a house in a high noise zone, the local person knows the situation, so there are exceptions. But out-of-towners? Out-of-towners will customarily buy a house when there are no overflights on the days that you are looking at the house.

I mean, let's be reasonable about it. If somebody saw an F/A-18 fly 400 or 500 feet over my house on the day they were considering buying it, why in God's name would they buy the house?

Q. And going back to your -- you used the word if the F-18S went away permanently?

A. If the government -- if the Navy --

MR. SWAIN: Wait a minute. Let him finish.

MR. BRYANT: Thank you.

A. I'm sorry.

BY MR. BRYANT:

Q. If the F-18s went away permanently, the word you used, you believe your house value would increase significantly?

A. Yes.

Q. What do you mean by significantly?