00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF MICHAEL J. LEARY,
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

April 28, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs

U. S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
DOMINICK G. YACONO, ESQUIRE
Counsel for the Defendant

00005

those. Work with curriculum, training guides, that type of thing.

Q. What type of supply?

A. Naval Supply.

Q. I understand that. But I mean is it foodstuffs? Is it weaponry?

A. Parts.

Q. Parts. Okay.

And how long have you been doing that?

A. About three and a half years.

Q. Three and a half years with Serco or with Resource Consultants?

A. Most of it was with Resource Consultants. Just the past couple of months Serco was acquired.

Q. And what did you do before that -- before you were in this position?

A. I was a storekeeper in the Navy for 20 years.

Q. Storekeeper. So you retired from the Navy?

A. Yes, sir.

Q. What was your rank when you retired?

A. Senior chief.

Q. Senior chief.

Okay. If you would, go through your assignments in terms of where you were located with the Navy throughout the whole course of the 20 years?

00034

Do your children still -- is it two daughters, a son and daughter?

A. Son and daughter.

Q. Do they still live at home now?

A. Yes, sir.

Q. And how old are they now? 17 and 16?

A. Yes, sir. Golly. I know he's 17. Yes. She's 16. She'll be 17 later on. Yes.

Q. And tell me about, has the noise from when you first moved in, starting in -- was that '95 -- 1995 you moved in the house?

A. Yes, sir.

Q. Did your kids have any -- experience any problems with the jet noise?

A. No, sir.

Q. And did they have any problems in terms of being woken up or anything? Any sort of problems at all from the jet noise from then until now?

A. No. By that age they were out of the Knapp stage. You know, they didn't typically -- none that I can remember any flying late at night. So that wasn't an issue.

Q. Have they ever had any problems from the jet noise?

A. Other than periodically, you know, holding their hands over their ears when a jet flies over.

'95. I mean they have just always flown a lot. I just never really kept track.

Q. And you said that they are louder. I think you said today they are louder. When did they become louder? The jets?

A. Exactly -- '99, but exactly when I don't know.

Q. And how is it louder? How is it different?

A. It's hard to explain but the noise from the jets is significantly louder than it used to be with the F-14s that they used to fly.

Q. And was it a -- I mean was it sort of a night and day thing? Was it a dramatic difference that you noticed?

A. Yes.

Q. So when did you notice a dramatic difference? What happened? Was anything going on?

A. No.

Q. That stands out?

A. I knew that they were -- they had to bring up these planes from Cecil Field, I believe it was in Florida. You know, you hear on the news, you know, they were different type plane, louder. And they sure were.

Q. So you heard on the news that a louder aircraft was coming? Is that what you said?

A. Yes.

Q. And when did you hear that on the news?

house from the Tomcat to the Hornet? Was there any change?
A. No. They appeared to be flying similar flight paths.
Q. And can you estimate now the altitude of the jets that are flying in relation to your house?
A. No. I'd hate to -- they are low. That's all -- that's the best estimation I can give you.
Q. Let's say if you had to put it in football fields, for example. How many football fields? Stack them up.
A. I'd hate to say. I really can't judge distance that way. But they are close.
Q. Can you read the lettering on the jets?
A. At times, yes, sir.
Q. At times. Explain how at times -- how there's a difference between the certain times you can read the lettering and other times you can't?
A. Well, the closeness. If they are going over like my next door neighbor's house, sure, I can pick it out. But if they are just flying somewhere else over my subdivision, my eyesight can't.
Q. And so you just said that at times the planes are flying over your neighbor's -- your immediate neighbor's house?
A. Or my house.

Q. Or your house. And other times it's flying somewhere else in the neighborhood, above. Are they sometimes flying directly over your house?
A. Oh, absolutely, yes, sir.
Q. How would you distribute that proportion in terms of directly above and then elsewhere above the neighborhood?
A. I don't understand.
Q. Okay. Some of the times the jets -- you just said some of the times the jets are flying directly over your house?
A. Yes.
Q. And other times it's not directly over your house?
A. Right.
Q. What are the relative percentages of that? Is it 50/50? Is it 20/80?
A. The percentages that they fly over my house compared to elsewhere that I can see them flying?
Q. In and around your neighborhood? I don't mean like if it's 10 miles away you can see one in the air. I mean in the immediate vicinity of where you live?
MR. SWAIN: How immediate?
BY MR. BRYANT:
Q. Let's say -- well, we'll go through each level. Let's say start with a mile.

what effect it did have in 1999 when they started flying?

A. No effect other than that they are just significantly louder than what I remember.

Q. Has it -- did it change anything about the way you lived in your house, the increased noise, being significantly louder?

A. Other than, you know, having to raise the volume on the TV, at different times, you know. You know, you'd have to take all your phone calls inside. You know, you obviously couldn't talk outside.

Q. Can you have conversations -- well, I guess you're indicating that you could have a phone call inside the house when the planes are going over and hear the other person?

A. Yes, sir.

Q. So you can obviously have this type of conversation with somebody in your house when the planes are going over and hear each other?

A. You might have to take a brief pause, especially if it's going fairly close to your house.

Q. What about when you're outside in the 1999 time frame and -- well, we're talking about the 1999 time frame. What about outside? How would it affect you when you're outside?

A. If you saw it coming, you would, you know, brace

00051

for it. You would put your fingers in your ears, that type of thing.

Q. Okay. So a conversation you were having would cease until it passed over?

A. Oh, absolutely.

Q. Anything else besides raising the volume on the TV, phone calls inside the house, any other -- and then, as you said, putting your fingers in your ears while you are outside. Any other sort of effects that the noise would have?

A. Not that I can think of.

Q. Would you describe that sort of an impact as making your house unsuitable for living, residential living?

A. Let's just say it's less enjoyable.

Q. So if it's less enjoyable, then you still enjoy your house but just not to the same level you would enjoy it without the noise?

A. Well, it's, you know, it may be unsuitable. I mean, it's just, you know, unfortunately something that I have had to live with.

Q. Well, you said it may be unsuitable. I'm going to explore this in terms of --

A. That's just a broad definition.

Q. I mean is your house with the noise with the F-18s flying over it, which is, it's in the flight path, or

00052

below the flight path, so that is something you are going to experience. Recognizing that, is your house unsuitable for residential living?

A. I believe where someone could get that interpretation.

Q. Well, I'm asking you. What's your view of it? Not someone else.

A. If I had to go one way or the other, I would say unsuitable.

Q. Why do you say it's unsuitable for residential living?

A. Well, it's -- you can't enjoy your yard. Invariably -- and I guess it's probably because of safety reasons, they fly on nice days when, you know, you want to be outside in your yard; and it makes it rather unpleasant to deal with the constant bombardment of the jet noise.

Q. Now, when you say constant, you mean when they are flying? There's times when they are flying a couple of weeks, and they won't fly for a couple of weeks. That still holds true, right?

A. Pretty much, yes.

Q. And that was also true in 1999?

A. Right.

Q. Let's go back to when you moved in in '95 and up until '99. And there was obviously jet noise as you

00058

we're putting them on a continuum. You're saying unbearable is the worst?

A. Unbearable would be if I was like being tortured.

Q. Okay. So at what level -- strike that.

Explain why it's -- why it's approaching this -- or it's unsuitable for residential living, intolerable when you are doing essentially the same things to deal with the aircraft noise. Plugging your ears, going inside for phone calls as we discussed, those things. Those are essentially the same sorts of inconveniences as before the Tomcat. Why is it shifting over to being intolerable and unsuitable for residential living?

A. Because in the past, you would only have to do those things if the aircraft was directly or -- directly above your house or one of your neighbor's houses, but now you have to do that if they are anywhere in the neighborhood.

Q. Okay. Okay. Do you sort of have an idea -- like when houses in the neighborhood are going up for sale, when there's a sign out front of their homes, do you keep an eye on that?

A. Do I see for sale signs in my --

Q. Yes.

A. Absolutely.

Q. How many are there now approximately that you are

they have got some kind of head gear on. I don't know what all they wear, but --

Q. Is that every time the jets are flying over your house, your immediate neighbor's house, or is that only certain times?

A. Only certain times. They would have to be fairly low. Sometimes they fly much higher. So, you know, I can't --

Q. What percentage of the time are they flying so low that you can see what you describe as a silhouette or this helmet gear kind of thing?

A. A percentage? Maybe a quarter of the time.

Q. About 25 percent of the time. And would that have been true, or was that true also for the Tomcats back in '95, '96, '97, '98?

A. I would say that's fair.

Q. What about vibrations? Do you experience vibrations in your house when the jets are flying over your house?

A. Occasionally.

Q. Do you experience them when they are directly above the house?

Let me strike that. Go back.

Do you experience the vibrations if they are a few blocks over and in the sky, obviously?

A. In relation to the proximity, yes. That would increase the vibrations.

And also it has to deal with, I guess, the speed and, you know -- I don't know aviation. But sometimes they get like afterburners or, you know -- and maybe even the wind has something to do with it. But, yes, occasionally there are vibrations.

Q. Has anything in your house broken or anything because of the vibrations?

A. No, sir.

Q. Has anything fallen off a shelf or anything of that nature?

A. No.

Q. And did you experience those vibrations with the Tomcats?

A. Not that I recall, no, sir.

Q. Have you ever called into the air station to complain about noise or vibrations or any sort of impacts from the jets?

A. Never.

Q. Why have you not done that?

A. Because it's pointless.

Q. Why do you view it as pointless?

A. Because they are not going to stop flying because I ask them to.