**Sara Hoag (Lynch) - Test Case Plaintiff**

Ms. Lynch resumed her maiden name in August, 2003. She moved to Virginia Beach with her husband and children in September 1968 (Exhibit 13B, Lynch Deposition p. 8). Her husband was an aviation mechanic and she was and is a Licensed Practical Nurse. She retired in 1999 because of failing vision. (*id.* p. 8,13).

Q. You moved into your current home at 1301 Brant
Road in 1990; is that right?
A. Correct.
Q. And do you remember the first time you
experienced jet noise there?
A. Well, yes. Right away. I always heard jet
noises, because they were.
Q. And how would you characterize that noise in
comparison to where you have lived before in Virginia Beach?
A. It was about the same as Ship Shoal Way.
Q. Okay. Do you think that jets fly directly over
your home on Brant Avenue?
A. Yes, they do.
Q. When do you think they fly directly over your
home?
A. Very frequently.
Q. During the day?
A. Yes.
Q. What about at night?
A. Yes.

(*id.* p. 19)

****

Q. Would you -- how would you describe your
experience with jet noise at your home in terms of its
interference with your day-to-day activities?
A. Well, on nice days, I like to open up the house,
and you can't. I open it up, windows, door, sliding door,
and if they are flying, then in a few minutes I have to
close it again.
And sometimes I do that several times during the
day because I want the fresh air in, but if they are flying
steadily-- and sometimes they might start flying at 8

> o'clock in the morning and it might be 11 o'clock at night then they stop -- you can't hear the television at all, and unless you're sitting there with the remote on the volume control in your hand, you know, and it really is loud enough that you turn up the television or the DVD music, the CDs to full volume, and you can't hear it.
> Going outside when they are flying is just useless. If you are out there with friends, family, you can't talk. There is no conversing at all.
> Sometimes, I'm embarrassed to say, that the noise, as loud noise will do sometimes to us, I get very hostile. It's very -- there are times when it is so loud that inside you vibrate. Inside your chest you can feel vibrations.

(*id.* p. 42-43).

Ms. Hoag is blind. (*id.* p.32). She also cannot listen to Cds or her books on tape when the jets are flying and she wears headphones when listening to books on tape. (*id.* p. 44-45).