00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF SARA ANNE LYNCH HOAG
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
June 10, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs

Beach?
A. September 1968.
Q. And why did you move here?
A. Navy transfer.
Q. Were you in the Navy?
A. No.
Q. Did you come with a family member?
A. Yes.
Q. Who did you come with?
A. My husband and my children.
Q. Was your husband in the Navy?
A. Yes.
Q. And what did he do in the Navy?
A. He was an aviation mechanic.
Q. I'm sorry. Did you say aviation?
A. Mechanic.
Q. Okay. And how long did he do that?
A. 30 years.
Q. Before you came to Virginia Beach where did you live?
A. Jacksonville, Florida.
Q. Is that the first place that your husband was stationed?
A. No.
Q. If you could, just summarize where you have

A. September of '52 until June of '52. '53; pardon me. I'm sorry.
Q. That's okay. And did you live on a Navy base then or a military base?
A. No.
Q. So you have never lived on a military base?
A. No. No.
Q. What is your current occupation?
A. I don't work. I'm retired. I was an LPN. I guess I still am.
Q. What is an LPN?
A. Licensed practical nurse.
Q. And what do you do?
A. Right now?
Q. Or what does a licensed practical nurse do. If you could just describe your job?
A. Almost as much as an RN, working in hospitals, nursing homes, Doctor's offices.
Q. Visiting with patients and --
A. Hands-on care. Yes.
Q. And when did you retire?
A. I stopped working in 1999.
Q. And why did you stop working?
A. My vision.
Q. Did you have problems with your vision before

00019

you think that the noise was louder, or a combination of both?

A. At that period of time I don't -- I don't know, but I don't think more jets were flying. It was that it was the flight path.

Q. You moved into your current home at 1301 Brant Road in 1990; is that right?

A. Correct.

Q. And do you remember the first time you experienced jet noise there?

A. Well, yes. Right away. I always heard jet noises, because they were.

Q. And how would you characterize that noise in comparison to where you have lived before in Virginia Beach?

A. It was about the same as Ship Shoal Way.

Q. Okay. Do you think that jets fly directly over your home on Brant Avenue?

A. Yes, they do.

Q. When do you think they fly directly over your home?

A. Very frequently.

Q. During the day?

A. Yes.

Q. What about at night?

A. Yes.

Q. Who lived --
A. My oldest son was in and out, in and out, intermittently.
Q. Do you have any intentions to sell your home?
A. No.
Q. Do you talk to any of your neighbors about jet noise?
A. No.
Q. Do you talk to anyone about jet noise?
A. Not in depth.
Q. When you do talk about it, what do you talk about?
A. I don't really talk. It would be if a jet was going over and then we just kind of look and, or just don't talk, you know. I don't elaborate on it with anyone, no.
Q. You mentioned that you stopped working in 1999 because of your vision?
A. Yes.
Q. And are you legally blind?
A. Yes.
Q. And is -- what was the medical diagnosis?
A. Glaucoma.
Q. And when did you get that diagnosis?
A. 1974 or '75.
Q. So is that something that your vision has gotten

00042

Heat for purchase and installation of a new heat pump
system. And it's a receipt for -- well, the total cost was
$1,540?
A. Yes.
Q. And the balance was $1,040. It's dated June 17,
I believe, 2005. But I'm not sure. Does that sound right?
A. No. No.
Q. When was that work done?
A. I don't know exactly. But the original is
around.
Q. Oh, that's okay.
A. It was -- I'm really sorry. I don't remember,
but it was 2000 or 2001. It was --
Q. 2000 or 2001?
A. Close.
Q. Okay. Was it about the same time you had some
other work done?
A. I really have had trouble remembering exactly
when I had the things done.
Q. Would you -- how would you describe your
experience with jet noise at your home in terms of its
interference with your day-to-day activities?
A. Well, on nice days, I like to open up the house,
and you can't. I open it up, windows, door, sliding door,
and if they are flying, then in a few minutes I have to

close it again.

And sometimes I do that several times during the day because I want the fresh air in, but if they are flying steadily -- and sometimes they might start flying at 8 o'clock in the morning and it might be 11 o'clock at night when they stop -- you can't hear the television at all, and unless you're sitting there with the remote on the volume control in your hand, you know, and it really is loud enough that you turn up the television or the DVD music, the CDs to full volume, and you can't hear it.

Going outside when they are flying is just useless. If you are out there with friends, family, you can't talk. There is no conversing at all.

Sometimes, I'm embarrassed to say, that the noise, as loud noise will do sometimes to us, I get very hostile. It's very -- there are times when it is so loud that inside you vibrate. Inside your chest you can feel vibrations.

Q. Would you say then that the jet noise is intolerable?

A. When they are doing their stuff, yes. You can't hear the phone ring. The doorbell ring. You can't talk on the phone. And, as I said before, it takes a long time for them -- for the noise to subside. And I know a minute doesn't sound like a long time, but it can be. And then

sometimes they just, the next one comes and then the next one comes.

Q. Can you listen to the radio when the jets fly over or around you?

A. No. No. And I listen to audio books, CDs or books on tape. And, no. No. It -- if they were going to -- if you knew that it wasn't just a couple of them were going to fly over and that was it, but if they -- if it was going to be a day of flying, there would be no sense in getting into a book.

One of the ways I have a little problem, we have cluster mailboxes in the neighborhood, and my mailbox is across the street and down the block. So for me to cross the street, it has to be dead silent so that I can tell if a car is coming. And sometimes I can walk out there and a plane will be coming over. It could be quiet and I think, okay, I can go to the mailbox now. And then here they come. And I -- I have to stand on the street corner going to and coming back until there is absolute silence. And it -- it's just -- it just lasts so long.

Q. When you --

A. And they are so low.

Q. When you are listening to the books on tape, are you wearing head phones?

A. Yes. Yes and no. Sometimes I do, sometimes I

don't. And I do prefer head phones when I listen.

Q. And does the noise interfere with your ability to hear the books on tape when you're wearing head phones?

A. I hear all noises with the head phones, yes. Any noise.

Q. Do you listen to the radio with head phones?

A. No. No.

Q. Would you say that the jet noise makes it impossible for you to listen to the books on tape or listen to the radio?

A. Yes. If I was going to listen to a book.

Q. What kind of head phones do you use when you use them to listen to the books on tape?

A. Just -- they are Sony.

Q. Do they cover your ears entirely?

A. Yes. Yes.

Q. And between 1990 and 2000 when you were living in your home, did you experience the same type of interruptions when you were listening to books on tape or the radio or trying to cross the street?

A. No. I didn't.

Throughout the early '90s, I didn't listen to books on tape or have problems crossing the street. I could do that by myself with no problem.

Could you ask me that question again, please?