**John Shick**

John Shick is a retired Captain in the United States Navy who lives at 912 Duke of Suffolk Drive in Virginia Beach not far from Plaintiffs Mr. and Mrs. Levenson (Exhibit 14B, Shick Deposition. p. 5-7). Captain Shick spent his Navy career in explosive ordinance disposal. (*id.* p. 5).

His home is approximately one and one-half to two miles from Oceana, and he has lived there since the mid-1980s. (*id.* p. 9). In the mid-1980s his home experienced overflights by A-6s and some F-14s. Some flights were directly over his house and some on either side. (*id.* p. 10-11). In the time he has lived in his house he made only one complaint about noise at Oceana and that was a time in approximately the year 2000 when the overflights were very low (*id.* p. 11-12).

Captain Shick was one of the organizing leaders of Citizens Concerned About Jet Noise (CCAJN), which formed in 1997 as the Navy began publicly to prepare the Environmental Impact Statement for the closure of Cecil Field. Prior to the arrival of the F/A-18s and about the time that CCAJN was formed:

> My experience with the overflights were that they were annoying at times, not distressful. I recognized the Navy had a mission, and that the communities that had military in their vicinity had to accommodate some of these annoyances or inconvenience at that time, of the existing – which existed.
>
> The plan to bring an additional 156 planes I thought merited additional consideration and additional study. And that's what my neighbors were echoing, or I was echoing their concerns.

(*id.* p. 21).

He purchased a noise meter and has taken measurements since the arrival of the F/A-18s. Several members of CCAJN bought meters so that they could talk to the Navy and attend public meetings with some reliable information. (*id.* p. 28-29).

The readings that Captain Shick made for the Hornet (the F/A-18 C/D) while they were flying patterns over his house were between 108 and 110 dB. The readings that he made for the Super Hornets (F/A-18 E/F) were in the 120 dBs causing him to conclude that the Super Hornets were either lower or louder. (*id.* p. 30).

Q. Well, let's turn now to after the F-18s arrived and began flying. What was your experience in your home at that point?
A. When they began flying, we did – we recognized a significant difference in the impact, particularly in the evenings when they were doing FCLPs, that it was louder. It was noticeably louder. And the disturbances, particularly at meal time, on the telephone, the TV, it was more disruptive than we had noticed before.
Q. And how is it more disruptive in terms of watching television, for example?
A. Well, you couldn't hear it for longer periods of time and you had to turn the TV up louder if there was something that you wanted to catch. I don't know if the frequency of overflights increased or not from the additional aircraft. It became noticeably more annoying.
Q. And when you say – I think you said it was longer. The overflights, the noise was longer than you had experienced?
A. Right.
Q. What – how is it different?
A. I think because it's louder, the noise starts to bother you further in advance of the plane arriving and longer in advance of the – after it departs an overhead flight, let's say, or one that is next to your property.

(*id.* p. 36-37).

In addition, the F/A-18s caused greater vibrations in his house. (*id.* p. 38).

A. Well, as more and more aircraft, they were located here from Cecil Field, the issue of noise became an increasing problem, both for the community and noticeably in my home and in my neighborhood.
Q. And that began when?
A. Well, the planes didn't all come at once. They didn't pick up 160 planes and move them here. I think the first squadron came I December of '98. I'm not sure. But I know it took 8 to 10 months or maybe longer for all squadrons to relocate to Virginia Beach.
Q. And for you the experience with the aircraft or the annoyance that you dealt with, was it progressively increasing over those months of change?
A. Yes. As more and more planes were sited here, you could – the distinction, the noise level distinction was a distinct increase in noise and annoyance.

(*id.* p. 44-45).

Captain Shick is not a plaintiff in the present litigation. His rationale is that he is drawing his retirement from the government, has a strong loyalty to the Navy and does not want to put himself in a position of having his motives questioned when he spoke for CCAJN (*id.* p. 52).