00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION OF JOHN C. SHICK
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

July 25, 2005

Appearances:

HOFHEIMER/FERREBEE, P.C.
By: KRISTEN D. HOFHEIMER, ESQUIRE
And
QUINN, GORDON & WOLF
By: KIERON QUINN, ESQUIRE
Counsel for the Plaintiffs

00005

for water, a bathroom break, whatever it is, just let me know and we'll be happy to take a break. And if you don't understand any of my questions, please ask me to rephrase the question and I will be happy to do so. Hopefully to a point where you can understand it.

A. Very well.

Q. Okay. If you could please state your name, address, and occupation?

A. My name is John Charles Schick. I live at 912 Duke of Suffolk Drive, Virginia Beach, Virginia, 23454. I am a retired Naval officer.

Q. Are you currently employed or no?

A. No.

Q. Okay. And can you please go through your Navy career, where you were assigned and the positions you held and that kind of thing. From the beginning?

A. From the beginning. Okay. I went through OCS at Newport, Rhode Island. 1967 I believe was probably the date. My dates may get a little mixed up here. But from OCS I went to diver training school in Key West, Florida, and EOD school in Indian Head, Maryland. Served a tour at Fort Story, Virginia at the EOD GRPLANT at the time.

Q. What does EOD stand for?

A. Explosive ordnance disposal.

Did a ship board tour on the USS TIDEWATER, a destroyer tender. From there I went to Naval Air Station Moffett Field, California as officer in charge of an explosive ordnance disposal attachment. From there I went to postgraduate school at Ohio State.

Q. And what years were you in postgraduate school?

A. 1972 to '74.

From postgraduate school I went back to Fort Story, Virginia for a follow on explosive ordnance disposal tour. Did a period of time in Egypt participating in the Suez Canal clearance. Came back to Fort Story. Completed that tour. From there I went to the Pentagon and served a tour in op 411, which is the ordnance management side of the Chief Naval Operations.

Also served at that same time about an 18-month period of time at the Naval lab at White Oak, Maryland, which is just outside the beltway. From there I went to Seal Beach, California as the ordnance officer, and subsequently as executive officer. Returned as chief staff officer for explosive ordnance disposal group II at Fort Story. Went from that billet to explosive ordnance disposal group I as the commodore, and finished my career as the commanding officer of Naval Weapons Station Earle at Colts Neck, New Jersey.

Q. Naval Weapons Station?

A. Earle, E-a-r-l-e.
Q. And I think I gathered from -- before I go there.
What did you retire as? What rank?
A. An O-6, Navy captain.
Q. I think I gathered from your assignments that you
were at Fort Story three times, three different tours?
A. Yes.
Q. And I think you also said Moffett Field,
California?
A. That's correct.
Q. Is that an air station?
A. Naval Air Station Moffett Field, the home of the
P-3 aircraft. It was the home.
Q. At that time. I understand. When you were there
did any other aircraft besides the P-3 operate out of
Moffett Field?
A. Other aircraft came in, but P-3s were the
predominant aircraft, yes.
Q. And what years were you at Moffett Field?
Approximately, I understand.
A. 1972 to '74, I believe. 1970 to '72, I think.
Q. That's fine.
A. I should have brought my bio.
Q. And then returning to Fort Story, the three
separate times you were stationed, or assigned to Fort

A. It would be northwest.
Q. About roughly how many miles?
A. Four miles. Three to four miles.
Q. And then what other places did you live?
A. Where I live now is 912 Duke of Suffolk Drive.
Q. Yes. And about how far is that from the air station? The way a crow flies?
A. A mile and a half, two -- yes.
Q. In what direction from the air station?
A. North.
Q. Okay. So 504 Kingston Drive, and then -- was that the first time you were stationed at Fort Story you lived there?
A. Yes.
Q. What about the second time?
A. The second time I was stationed I would have been at 912 Duke of Suffolk Drive.
Q. Okay. So you bought the house?
A. Yes.
Q. What year did you buy the 912 Duke of Suffolk home? Approximately?
A. Mid '80s.
Q. Mid '80s?
A. Yes. I will get you some dates if you want.
Q. That's fine.

And you haven't lived anywhere else in the Oceana area other than Duke of Suffolk since then?
A. Yes. Off and on between the other duty stations, right, came back to it.
Q. So you bought the house in the mid '80s at some time. About how long would you have been stationed and lived in the house that first period of time?
A. Probably about five or six years.
Q. And then you went to another assignment?
A. Right. And then I was gone for the period of 10 years and then came back on my retirement.
Q. So it was five to six year stretch where you lived there consecutively?
A. Yes.
Q. And then you went to other assignments and came back to retire?
A. That's right.
Q. And what year did you retire?
A. 19 -- official retirement was October of '97.
Q. And when you lived there in the mid '80s, did you experience aircraft overflights at that time of your house?
A. Certainly, there were overflights at that time.
Q. And what type of aircraft were those, if you recall?
A. Probably A-6s, maybe some F-14s. And, of course,

00011

the cats and dogs that people fly.

Q. I understand. Mix and match here and there kind of thing.

And were those flights back in that time frame, the mid '80s time frame, would they have been directly over your house, or a certain distance away from your house?

A. I'm sure that at that time they occurred pretty much as they occur now. Some are directly over the house and some are on either side of the house.

Q. Okay. So it's your recollection that at least the location of the aircraft in terms of flight paths in relation to your house hasn't changed since that time until now?

A. My house hasn't moved, so --

Q. In the flight path?

A. I mean whether the flight paths have changed anywhere else with respect to my house, I don't know. But the ones that are coming over my house come over my house. Those that come near it come near it.

Q. In roughly the same way they did back in the mid '80s?

A. As far as I can recollect.

Q. Did you ever file any noise complaints or anything of that nature?

A. No.

00012

Q. Associated with -- or at all?
A. Sorry. I didn't mean to interrupt you. No, I did not.
Q. And you haven't in recent years either at any time?
A. Since I've been at -- since I have returned after my retirement, I think I have called one time when I thought the overflights were low, I think.
Q. And do you remember when that was?
A. No, I don't.
Q. And just to try to delve into this a little further, was it within the last year?
A. No.
Q. Last two years?
A. No.
Q. Three years?
A. No. I think it was further back. I think it was maybe -- let's see. CCAJN has been in existence for about seven years, seven and a half years. Probably around the two-year point. I personally felt it wasn't necessary for me to call, that calls were being made by other people and my voice was being heard at a different level so I didn't need to call.
Q. I see. So the complaint would have been roughly five to six years ago?

Leading up to before the F-18s arrived, what was
your experience with overflights where you lived, Duke of
Suffolk Drive?
A. My experience with the overflights were that they
were annoying at times, not distressful. I recognized the
Navy had a mission, and that the communities that had
military in their vicinity had to accommodate some of those
annoyances or inconvenience at that time, of the existing --
which existed.
The plan to bring an additional 156 planes I
thought merited additional consideration and additional
study. And that's what my neighbors were echoing, or I was
echoing their concerns.
Q. How did you hear from your neighbors? How did
you have occasion to talk to them about this? Just on the
street?
A. Yes. They are neighbors. We get together. We
used to get together, have a cul-de-sac party every Labor
Day, Memorial Day and 4th of July; and there would be 20, 30
families there.
Q. And what about neighbors, or community people,
residents within the community outside of Wellington Woods.
How did you have occasion to talk to those folks?
A. As we -- as CCAJN grew, we did a certain amount
of outreach to see who else was out there in the community

when I was home and paying attention. Whether it was going all day, I don't know.

Q. I see. And did you ever take any sound readings or anything like that at your house?

A. Have I taken sound readings?

Q. Yes.

A. I have but not of the engine run-ups. Not of the maintenance activity but only the overflights.

Q. And when did you take those sound readings?

A. I took them within the last six years or so.

Q. So since '99 at some time?

A. Yes.

Q. Do you know about what time of the year in '99?

A. No. I couldn't tell you what time of the year.

Q. Try to explore that a little further. What about, winter, summer, spring? Does that narrow it down at all?

A. Well, I took them on several occasions. So it could have been -- and I took them more when I first got the sound meter than I have recently. I have only done it once in, say, the last two or three years.

Q. Do you recall when you got the sound meter?

A. Yes. Probably in '98, '99 time frame.

Q. Okay. And why did you buy the sound meter?

A. We wanted to -- this was part of CCAJN. We

00029

wanted to be able to identify to a reasonable degree of accuracy the sounds that we were hearing in a number of places in the community. Several individuals bought sound meters about the same time. The gentleman who I couldn't remember his name, John Mapp, was the one who donated the money for us to buy the sound meters.

Q. I see. And did you take all of your sound readings at your home or did your take them in other locations?

A. I took them all inside my home or just outside my home.

Q. And about how many times have you done that, sound reading measurements?

A. Oh, maybe over the course of owning the meter, maybe two dozen times.

Q. And have you kept any sort of record of those readings?

A. No.

Q. Is there a reason why you didn't keep sort of a log of that?

A. No. It probably would have been a good idea. I was just trying to get an idea of whether the numbers in the Navy's documents and what we were seeing on the ground were reasonably close.

Q. And what was your conclusion about that?

00030

A. My conclusion was that the Hornet aircraft noise levels were about what I would expect from what the Navy documents, between 107 and 110 decibels. I was surprised -- this is not this case -- but I was surprised that the Super Hornets were louder by more than I expected.

Q. And what was the reading you would get from the Super Hornet?

A. I got readings in the 120s for the Super Hornets. So either they were lower than they should have been and I was closer than their 1,000 feet, or they were louder. You know, that is hard to call.

Q. And what about any other aircraft. Would you take sound readings of any other aircraft besides the Hornet and Super Hornet?

A. F-14s.

Q. And what readings did you get for that?

A. They would probably be in the '90s, someplace in the '90s, mid to high '90s.

Q. Mid to high '90s.
And you mentioned altitude. Are you able to estimate what the altitude the aircraft fly over your house, say now for example?

A. As I said, I believe that the -- the Navy's documents that document the Super Hornet noise are probably accurate. I have no reason to believe that the numbers they

Q. I think you said you may have done some voluntary work. Is that what you said, or not?

A. No. I have done CCAJN work which took a lot of time for the first -- particularly, the first six years when I was chairman. No. I have retired. I retired.

Q. Do you play golf?

A. Badly. You could add a very in front of that.

Q. I can relate to that.

A. It's because I didn't try to learn it until after I retired.

Q. Well, let's turn now to after the F-18s arrived and began flying. What was your experience in your home at that point?

A. When they began flying, we did -- we recognized a significant difference in the impact, particularly in the evenings when they were doing FCLPs, that it was louder. It was noticeably louder. And the disturbances, particularly at meal time, on the telephone, the TV, it was more disruptive than we had noticed before.

Q. And how is it more disruptive in terms of watching television, for example?

A. Well, you couldn't hear it for longer periods of time and you had to turn the TV up louder if there was something that you wanted to catch. I don't know if the frequency of overflights increased or not from the

additional aircraft. It became noticeably more annoying.
Q. And when you say -- I think you said it was longer. The overflights, the noise was longer than you had experienced?
A. Right.
Q. What -- how is it different?
A. I think because it's louder, the noise starts to bother you further in advance of the plane arriving and longer in advance of the -- after it departs an overhead flight, let's say, or one that is next to your property.
Q. And I think you described sort of the time interval like for a flight being about 10 to 15 seconds?
A. Yes. Normally. I have never --
Q. Timed it. I understand.
A. Never clocked it.
Q. But just sort of a rough -- to get a comparison, where would you place an F-14, for example, in terms of that, it's annoying, you have to turn up the TV, how long that lasts? And I realize you didn't time it.
A. Yes.
Q. But let's say 10, 15 seconds, how would you compare the F-14 to that?
A. Probably 80 percent as long. I mean duration.
Q. Okay. So if it were 10 seconds, 8 seconds, if it were 15 seconds, 11 or 12?

A. Yes. Something.

Q. Let me ask you this: How do you know -- if you're 8 o'clock at night watching a program or something with your family and a flight goes over, how do you know if it's an F-14 or F-18? If you are in your house, you don't actually look outside and see which plane it is, do you know the difference?

A. It depends on where the plane is. If I knew that both planes were coming right over the house, I probably could make the distinction. If the F-14 came right over the house and the F-18 was 100 yards to my left, I might not notice the difference. Okay?

Q. Okay. Was there anything different about being 20 percent longer in terms of the noise being annoying to you with the F-18 in your house watching the TV, or whatever you are doing with your family, is there anything else about it that's different, that overflight experience, if it is directly over your house, for example, an F-18, as compared to an F-14?

A. You experience greater vibrations in your house. The windows, the -- if you have any -- particularly, if in you have a plate hung on the wall or something. The vibrations on the wall would be more noticeable.

Q. So if the F-18, for example, were -- what did you say, half a mile away or something?

thing. But that is not exactly what you were looking for I don't think. You were looking for more about when the aircraft were coming and that type of thing?
Q. Yes.
A. Those were probably the --
Q. Did you, aside from reading the newspaper, EIS, and those kind of things, and going to community meetings, did your experience with the aircraft themselves, did that change at some point in a fundamental way that was different than what you were experiencing before?
A. Well, as more and more aircraft, they were located here from Cecil Field, the issue of noise became an increasing problem, both for the community and noticeably in my home and in my neighborhood.
Q. And that began when?
A. Well, the planes didn't all come at once. They didn't pick up 160 planes and move them here. I think the first squadron came in December of '98. I'm not sure. But I know it took 8 to 10 months or maybe longer for all the squadrons to relocate to Virginia Beach.
Q. And for you the experience with the aircraft or the annoyance that you dealt with, was it progressively increasing over those months of change?
A. Yes. As more and more planes were sited here, you could -- the distinction, the noise level distinction

was a distinct increase in noise and annoyance.

Q. What about the sort of number of operations that you experienced at your house. You obviously had some overflights directly over your house, you said, and then some, a couple hundred yards on each side. Is that a fair description?

A. Yes. I mean it could go miles. It could go a long way either side.

Q. Has that been roughly the same since you have been there, since '97? I mean, irrespective of the type of aircraft, has the level of operations been the same roughly?

A. I can only speculate. I don't know.

Q. But there at no point did you sit down and say, oh, my gosh, the operations over my house have doubled or tripled, or whatever, have increased significantly? You have never sort of had that kind of thought?

A. I have never made that particular analysis. What analysis I do is I go back to the Navy's information. We stuck very closely to Navy information in anything we did. If the Navy says they were doing 320,000 overflights in this community, I believe that Navy figure. If that was bigger than -- if that figure was bigger than it was prior, then I would have to say there were more overflights.

Q. And why would you believe what the Navy would put out in terms of the numbers and say, 300,000, whatever the

00052

it's maintenance or doing an evolution or something like that. They are in training.

Q. Okay. And would you get home in the evenings at 6, 7 in the evening?

A. Yes.

Q. Something like that?

A. 6 o'clock.

Q. 6 o'clock. Okay.
Are you a plaintiff in this litigation?

A. No.

Q. And why not?

A. When I took up the gauntlet, so to speak, I made a determination that I was not going to put myself in a position of having my motives questioned by asking for -- putting claims on the government for monies when I was drawing my retired salary from the government. So I just kept with that. It's a --
I also felt that I had a loyalty to the Navy. My participation in CCAJN wasn't to hurt the Navy in any way. I had a great career. I loved every minute. Would have stayed longer. But hopefully to make them -- to encourage them to look at the problems of jet noise, accident risk, health and education, and say, yes, we have some serious issues here that have to be addressed. And that's what I took on to do.