00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF CHARLES K. NASH
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
January 13, 2006

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: CHARLES LUSTIG, ESQUIRE
Counsel for the Plaintiffs

U. S. DEPARTMENT OF JUSTICE
By: KELLE S. ACOCK, ESQUIRE
And
DEPARTMENT OF THE NAVY
COMMANDER NAVY REGION ATLANTIC
By: DOMINICK G. YACONO, ESQUIRE
Counsel for the Defendant

00004

If you need a break at any time please feel free
to let me know and we'll take a break.
Can you state your name and address for the
record?
A. Charles K. Nash, 2617 Boush Quarter, B-o-u-s-h,
in Virginia Beach, Virginia 23452.
Q. And have you ever been involved in a lawsuit or
litigation before?
A. No.
Q. Have you ever testified under oath before?
A. Yes.
Q. And when was that?
A. Oh, goodness. Early 1988.
Q. And what was that in relation to?
A. At a service station robbery. I was a witness.
Q. Was that here in Virginia Beach?
A. Yes.
Q. And were you a witness for the prosecution or the
defense?
A. The prosecution
Q. Do you remember the outcome of that?
A. The party was guilty.
Q. And did you bring anything with you today?
A. Like?
Q. Documents.

00005

A. Oh, no.

Q. How long have you lived in Virginia Beach?

A. Since 1976.

Q. And since 1976, have you lived at 2617 Boush?

A. No.

Q. Where did you live -- if you could just walk through all your addresses here in Virginia Beach?

A. Okay. Some of them I may not be too accurate on. When I first came down in '76 I was stationed out at Dam Neck and lived in the barracks out there and aboard ship. It was the USS AMERICA then. Then we moved to Beach Walk Drive. I'm trying to think. That was probably about '81. And then in '85, went to Drew Drive. And then I guess in '93 moved into this house in Boush Quarter.

Q. I'm going to show you what we've previously marked as Defendant's Exhibit exhibit 122. And if you could walk through -- you can use my pen -- and locate those four addresses on the map. And we have just been placing a letter there and circling. So our next letter would be L.

A. Okay. Well, when I lived in the barracks, I was out about here.

Q. Okay.

A. Just put an L there?

Q. Yes. If you could just place an L with a circle around it.

00009

A. From what I understand it had been on the market for over a year.
Q. Okay. Was that typical in '93 that houses would stay on the market for about a year?
A. I don't have any idea.
Q. Since you and your wife own the home, have there been any legal actions associated with the property?
A. Not against us.
Q. And has the home been appraised since you purchased it?
A. Yes.
Q. If you could, just tell me the years that it's been appraised and the value?
A. I wish I had my wife here for that one. She keeps track of those sort of things. The latest one was during the last refinance. I believe that was -- I believe appraised it at 480. And that was about two years ago.
Q. In '03 or '04?
A. Yes. About that.
Q. Any other appraisals?
A. I think we did it once before and I can't remember when. It was in between.
Q. In between the purchase and the --
A. Right. Whenever the interest rate was favorable.
Q. Was there an appraisal associated with your

00010

purchase of the property?
A. Yes. I believe there was.
Q. Do you remember the appraised value?
A. I think it appraised at the 260.
Q. 260. Have you made any improvements to the home or the property?
A. Yes.
Q. Could you walk me through those, please?
A. I don't know whether -- well, we've added a bathroom upstairs, remodeled all the bathrooms downstairs, carpet and tile. I guess the major one was ripping all the windows out and putting new ones in back in '99.
Q. What prompted you to put new windows in?
A. The arrival of the F-18s.
Q. What about the arrival of the F/A-18s made you want to put new windows in your home?
A. Well, we had the old single pane windows with storms over the top of them and in reading I found out that you could cut the noise down by putting in these double pane gas filled windows, and so forth, and so that's what we did.
Q. When you refer to your by reading, what did you read that suggested that?
A. Anything I could find on the internet and so forth about noise reduction.
Q. And did the windows in your opinion help to

decrease the noise?

A. Dramatically. Plus we added insulation in the attic wherever we could.

Q. Can you describe what you would perceive the noise to be like before the new windows and the insulation and what you experienced after? You mentioned it dramatically changed.

A. Well, before you couldn't talk on the telephone if they were flying overhead, and now you can still carry on a conversation there. That's the biggest thing.

Q. Are you able to watch television and hear the television?

A. For the most part, yes. Every now and then somebody takes the roof off.

Q. Not literally?

A. No. Well, every now and then we get an overflight that is more than normal. If you look at the pattern and where we're located, we don't normally, because they use this runway most of the time.

Q. And which, just for the record and Mrs. Zahn, you are pointing at Defendant's Exhibit 122?

A. Yes. I'm trying to think what runway that is. They are normally using 5 right or left. And it's not, you know, until they start using 14 left and right. When they use 14 left and right, that's when it gets really obnoxious.

00012

Q. And how do you know which runway the jets are
using?

A. Well, when they come in to go to runway 5, they
will be cycling around over towards Lynnhaven Mall off to
the east of us and when they come in to use runway 14 they
come directly overhead.

Q. Directly over your home?

A. At very low altitude.

Q. How often would you say -- you could use
percentages of 100 percent -- would you say that the flights
are directly over your home as compared to when they were
using runway 5?

A. I couldn't tell you, but I'm sure that Oceana
could. I mean they can tell you how many times a year they
use that runway. I think we are probably in the 10 -- about
10 percent. Maybe less.

Q. 10 percent of?

A. Of their landings when they use that runway.
They don't use that very often.

Q. I'm sorry. Which runway are you talking about?

A. The 14. That's very fortunate for us.

Q. What is your current occupation?

A. I'm a combat systems engineer.

Q. I'm sorry. I didn't quite hear you. Combat?

A. No. Combat systems engineer.

00013

Q. Can you explain that?
A. Well, we design combat systems for the Navy, concentrating right now on aircraft carriers.
Q. Who is your employer?
A. Technology Management Group.
Q. And how long have you been with them?
A. Been with them for six years.
Q. Since 2000 or '99?
A. About 2000, yes.
Q. And what did you do before that?
A. The same thing. Just a different company.
Q. And what company was that?
A. That would have been C-Cubed.
Q. Could you spell that?
A. C-Cubed.
Q. How long were you with --
A. C-Cubed. I think five years.
Q. Have you ever been in the military?
A. Yes.
Q. Can you give me the dates that you were in the military and what branch of service?
A. I was in the Navy from 1963 to 1985.
Q. And where were you stationed?
A. All over the place. From '76 until I retired here in the local area on ships and shore stations. You

want the specific ones?
Q. Yes, please.
A. I was on -- let me see. To work backwards from '85, I was at the Navy Manpower Engineering Center from '83 to '85.
Q. Where was that located?
A. That was located in the College Park section of Virginia Beach.
And I was on the USS KING prior to that from '81 on. And from '78 to '81 I was at Dam Neck as an instructor.
Q. What did you teach?
A. I taught the Naval tactical data system. NTDS.
Q. And before that?
A. USS AMERICA from '77 to -- I'd say '78, '79, somewhere in there. And then in '76, I was a student.
Q. And from '63 to '76?
A. In, let's see, from '70 to '76 I was stationed in Brunswick, Maine, VP-10. And in '69 and '70 I was in Patuxent River, Maryland in VP-30. From, I guess '67 through '69, into '69 I was in VP-50. Most of that Vietnam.
And part of that in school in Memphis.
Q. I think you mentioned VP 10, 30, and 50. What does that stand for?
A. Patrol squadrons. Fixed wing patrol aircraft.
Q. So were you a pilot of the aircraft?

00018

Q. Did they tell you anything about Oceana before you purchased the property?

A. They showed me a map very similar to this one, and we looked at it and noticed that, if I'm not mistaken, this map is more recent than the one that used to be out there.

Q. This is an AICUZ map, Defendant's exhibit 122 is an AICUZ map, and I believe it's dated 2005.

A. Right. And if I'm not mistaken, the one that used to be out there did not have these outer bands, these last two. The only thing it showed was that we were on the fringe of the only -- you know, there was like a pink area that showed some jet noise and so forth. And we were on the outer side of the thing. There was nothing indicating any of these bands out here as far as I knew.

Q. When you are referring to these bands, the one that is labeled 65 and 70 on Defendant's Exhibit 122?

A. I do not believe those were shown on the map that they showed us. Because they did point out, because you know we were concerned about the noise and the impacts and so forth. But we were outside of it. And --

Q. What were your concerns about the noise when you purchased the property?

A. Well, we had only looked at it a couple of times and if you visit a thing on Sunday, when the Navy is not

the carrier?

A. Every chance you get.

Q. You mentioned earlier that when you installed the windows and the insulation, that after the -- after the new windows and insulation, that you were able to have the conversation for the most part inside your home. Before that time, can you tell me what -- between '93 and I believe you said in '99 when the windows were installed, what noise did you experience at your home? In terms of being able to have a conversation. Could you watch the television?

A. Between '93 and I guess the fall of '98, it wasn't too bad. You'd get an occasional loud A-6 coming over that would interrupt a phone call or television or something, but between '93 and the fall of '98 it wasn't too bad. It was when the F-18s came that the noise level got to the point where you would have to say, wait a minute, there's an airplane going over. That's when we decided to put the windows in. It was -- I guess it really was the spring of '99 that we first decided we had to do something about it, because that's at the end of winter. We open the windows to get some fresh air in at night or something like that. And if they are flying, we close the windows up again, turn the air conditioning back on because we couldn't stand the noise.

Q. How long would you say it was when you noticed

to the same kind of patterns most of the time. Except that you can't really count on them staying in the pattern. I mean, it's just -- if there are six flights come around then there will be the seventh one that comes out of no where. He's obviously way out of where he's supposed to be. I don't know what they are doing.
Q. And in terms of the F-14s that were flying before the F-18s came, when those jets were flying that pattern, would you experience the same thing about not being able to have a conversation, or having to pause during the conversation, or not being able to hear the television?
A. Every now and then. But it's a different -- it's a different noise from the F-14s.
Q. How is it different?
A. The F-18 is not just louder. It's -- I don't know, piercing. I can't quite describe it. It's -- you can have a very loud noise and then you can have one that really hurts. And the F-18s hurt.
Q. Did you remember when the change in the noise occurred?
A. When the airplanes arrived. '99, I guess.
Q. How did you locate Tignor Construction for the windows?
A. They are a friend of ours.
Q. Are you aware of other homes that they have

installed new windows and insulation?

A. They are primarily a new construction business rather than that. I have known Steve's wife for years, so --

Q. We talked earlier about your time on some of the air stations, and I think you may have even mentioned that in '93 when you first moved into the home. Were there any other aircraft, aircraft noise that you were exposed to besides the F-14?

A. When I first moved in?

Q. Yes.

A. Yes. A-6s.

Q. How could you compare the noise from the A-6 to the F-14?

A. A-6s are louder.

Q. Louder than the F-14?

A. Yes. I think. And again it's a different -- it's a different noise.

Q. A different noise?

A. Yes.

Q. How would you compare the A-6 to the F-18?

A. Again, it's a different kind of noise that -- an A-6 is a pretty loud airplane, but these F-18s are not just loud, but they are painful.

Q. What do you mean by painful?