00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
Plaintiffs, )
)
v. ) No. 01-201L
)Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION OF

JEFFREY McCREARY

TAKEN ON BEHALF OF THE DEFENDANT

VIRGINIA BEACH, VIRGINIA

JANUARY 13, 2006

Appearances:

HOFHEIMER/FERREBEE, PC
By: JACK E. FERREBEE, ESQUIRE
Counsel for Plaintiffs

U.S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
Counsel for Defendant

00004

you're done responding before I ask another question.

Please also articulate your answers because nods of the head are not going to be reflected when she's typing.

Also, if you need a break at any time, please let me know. And if you don't understand a question that I ask, please ask me to rephrase it and I'll be happy to do so. Okay?

A. Okay.

Q. All right. Please first state your name, address, and occupation.

A. My name is Jeffrey Earl McCreary. I reside at 804 Lord Leighton Court in Virginia Beach, and I'm an information specialist of the public library system at the oceanfront branch.

Q. Okay. And how long have you lived at Lord Leighton Court?

A. Since November of '96.

Q. And where did you live before that?

A. In Cardinal Estates, 2901 Finch Avenue. I moved there in August of 1976.

Q. Okay. How long have you lived in Virginia Beach, since '76?

A. October/November '76.

Q. What is the address that you lived in in

Q. The Learys?
A. I know Mr. Leary, who is a library patron and picks up his books; that's about it.
Q. Michael Leary, or you're just not sure?
A. I think it's Michael. I'm not certain.
Q. We'll go back to that.
And the Ryans?
A. No.
Q. For Michael Leary, have you had any conversations with him other than --
A. No.
Q. -- checking out a book?
A. No. Just exchanging books through the drive-up window.
Q. And it's, again, just a reminder, it's important -- I tend to do this, too, to anticipate what the person is going to ask and go ahead and answer it. Just please be sure to wait until I'm finished with the questions so she can take them down.
A. Okay.
Q. I'd first like to talk about the Lord Leighton Court residence. When you moved in in November of '96, were you aware that Naval Air Station Oceana was in existence?

00011

Q. Okay. And when you said -- I believe you said a few months it started getting closer and closer?

A. Um-hum.

Q. So would that have been sometime in early 1997?

A. Well, we moved in in November of '96. I couldn't pinpoint the exact time, sometime, I would imagine, mid 1997.

Q. Okay.

A. Towards the end of summer.

Q. Sometime in early to mid 1997?

A. Yes.

Q. And how close did they -- did the flights start approaching your house?

A. I didn't keep a record, where whereas they used to be farther away to be able to be within sight, they are now flying closer to where they are flying overhead now.

Q. Directly over your property?

A. Sometimes they fly directly overhead.

Q. And these direct flights over the property, did that start whenever it happened in '97, whether it was the beginning of '97 or the mid part of '97?

00012

A. It was incremental. It was farther away in '97; I would think probably in '98 they were closer; '99 a little closer; and today they are directly over our house.

Q. When did they start flying directly over your house, approximately?

A. I couldn't say the exact time frame. Somewhere in the range of 1999, summer of '99, I would think. I'm trying to think of outdoor activities.

Q. And that's what I was going to ask you is why do you say summer of 1999? Did something happen?

A. We do a lot of gardening. We have boy scout troops. We have outdoor cookouts. We have gatherings, and I remember the summer of '99 is when, now, we would have to go inside because it got too loud, too bothersome.

Q. So did you have some particular boy scout event or barbecue or something that you recall from that summer, that year, that sparks your mind?

A. I think it was an end of school party and my children had some friends over, and they came inside because it was too loud.

Q. And at that time they were flying directly over your house?

00013

A. Overhead, yes.
Q. And the flights had not, as far as you know, had not done that before?
A. Farther away. The same apparent pattern, but never overhead. But just kept getting closer. And I remember summer of '99, now they are flying overhead.
Q. Summer of '99 they started flying overhead on a regular basis?
A. Yes.
Q. Okay. So just to clarify, when you first moved in in '96, a few to several months thereafter, they started -- you saw jets flying farther away, a mile or two, and then they started coming closer in perhaps mid '97?
A. Yes.
Q. And then '98 closer -- was it sort of closer each year?
A. Each year. We tend to not notice because they are there, but we tend to notice when you can't be outside any longer --
Q. Okay.
A. -- when things start to bother you.
Q. Do the flights -- well, the flights back in '97, if you could, on the map here, there's F1 just

00018

A. At the time, yes.

Q. And talk on the phone?

A. If we were not anywhere under the flight pattern. If the other person was under the flight pattern, they would have to stop talking.

Q. I'm sort of --

A. Yes, but on our end of the line we would be fine.

Q. Okay. Tell me now, if you would -- first, in the summer of '99, and you recall an after-school type party, does something stand out in your mind about one of your children's ages at that point or a grade that they were graduating from or something that sort of pinpoints that year?

A. It's just we were active with the scouts. They were in school. They had an after school party. I couldn't remember any particular instance, it's just that they seemed to be outside, which we were glad for.

Q. I guess what I'm trying to do with -- not very articulately, but the focus of the question is how you know it was the summer of '99 versus the summer of 2000 or something of that nature. Was there something about the age of your children or some event that stands out for that summer?

00019

A. Well, our children are two years apart in each age, so most of my -- at the time, I think he was 14; my oldest son did not want his younger brother's friends associating with him, at the time. So they wanted to be outside having their party because they were older.
Q. Okay.
A. And it was middle school/high school situation.
Q. Okay. And that's why --
A. I remember that.
Q. That's one of the reasons you can identify that as '99 versus another year?
A. Yes.
Q. All right. Now, tell me about when those flights started happening at that point, what impact that had on -- let's start with outside.
A. We used to be able to stay outside and garden quite a bit. And as the flights became noisier, it was less of an enjoyable hobby and more of a -- something to be tolerated.
Q. And this is when the flights were directly over the house at that point?
A. Starting to fly, yes.
Q. Okay. And it's the sort of thing that

00027

home all day?

A. She's at work but she gets home about 20 after noon.

Q. What does she do for a living?

A. She's a research biologist for the City.

Q. In turning now to your home in -- Finch Avenue, Cardinal Estates, where it's marked G1, did you experience flight operations when you lived there?

A. Constantly, yes.

Q. Constantly.

A. (Nodding)

Q. And that was -- you lived there from 1976 through when you moved to this house, about 20 years?

A. That's correct.

Q. When you say "constantly," was that everyday all day long?

A. Not all day, on a daily occurrence there was some noise. Whether from flight operations or testings of engines.

Q. And how did that affect your lives in terms of gardening and the other things that you did?

A. We didn't garden. We spent a lot of

time, if it was loud, you left. You went to the movies, you went somewhere else, another part of the city.

Q. So the noise was bothersome, I gather?

A. Bothersome, yes.

Q. Was this a house or an apartment?

A. It was a mobile home place.

Q. Okay.

A. We knew when we moved in where it was, but we were willing to put up with it because of the location and the price.

Q. What was good about the location?

A. Price and location, because I worked at Naval Station Oceana.

Q. Do you still work there?

A. No.

Q. How long did you work at Naval Station Oceana?

A. Two years. Until 1978.

Q. What did you do at the air station?

A. I was an Aviation Administration Maintenance Man, Second Class.

Q. So you were in the Navy?

A. I was stationed in the Navy, yes.

Q. So are you retired?

00031

background --

A. I was a Yeoman for the airplanes.

Q. Yeoman. That's E something?

A. E5.

Q. So like a sergeant. I don't know any of these Navy designations, unfortunately.

Can you tell me why you got out after eight years?

A. I wanted to remain if I could go somewhere else in the world, and they insisted on me staying stateside. I don't care for stateside service. Not enough to do.

Q. And your wife was in Spain?

A. My wife was in Spain.

Q. For those eight years, where were you stationed?

A. In Quonset Point, Rhode Island, about a year, six years in Spain, then a year at Oceana.

Q. What type of aircraft did you work on, I guess?

A. Our squadron had EP-3s and EC-121Ms and A-3s in Spain.

Q. Okay.

A. Then in Oceana the squadron had left for a Med deployment but they were flying F-4s.

Q. F-4 is a pretty loud aircraft; is that right?

A. Yes, they were.

Q. How would you compare the F-4 to, say, the F-14 for loudness?

A. F-4 is -- generally were a lot quicker in flying around, I didn't notice them because of where I worked. I didn't notice them circling or anything. They could be loud, but airplanes today seem to be much louder.

Q. But in terms of the F-4 versus the F-14, do you have a view as to which is louder out of those two aircraft?

A. I think the F-14 is much louder today.

Q. The F-14?

A. Or whatever. Any other aircraft that flies over our house. I don't know the designation of the aircraft that fly over our house anymore, but the aircraft today flying over our house seem to be louder than what I remember the F-4 as being.

Q. And do you remember A-6s at all, did you have any exposure to them?

A. I remember them flying over the house in Cardinal Estates.

Q. And the F-14 is the Tom Cat; right?

A. Not usually.

Q. And why the difference?

A. Because we don't expect them to be flying overhead the way they do and it's more of an intrusion now. At the old location on Finch Avenue, it was an accepted norm of the location and where we chose to live because of the proximity to the base. And where we live now, it's not part of the flight pattern. So when the flights do fly overhead, it's more bothersome.

Q. So I guess what I'm trying to figure out then is, are the flights over your house not very regular right now or is it a regular occurrence?

A. As I said before, I'm not always home at the same time so I can only respond to the fact that when they do fly overhead, they are more of a bother because we don't expect them to be flying over our house.

Q. But I thought you said earlier that it's sort of been roughly consistent, the flight activity in the vicinity of your home, since the summer of '99.

A. Consistent for the time that I'm home; yes.

Q. Okay. So in light of that, have you not gotten used to it being that this is what it is?

location than you used to be?

A. Yes.

Q. Okay. And what about your wife; you said she was able to, I think, to also block it out, zone it out in the Cardinal Estates location. And she doesn't have the same ability to do that in the current house?

A. Because of where we lived, we accepted the fact that there was going to be noise. And where we live now, we purposely moved there to get out of the range -- not all noise, but the range.

So now that we're farther out and the jets are flying farther and farther away from the field, closer overhead, I don't think she's willing to try to block anything out because we've moved and the noise has followed us.

Q. So you -- did you target this particular move or house to get away from the jet noise?

A. To get farther away, yes.

Q. Okay. Did you, in doing that, did you look at noise contours on -- what did you do to sort of target that neighborhood to get away from the jet noise?

A. Looking at the local library, the maps and the real estate agents and by knowing where the

noisiest neighborhoods seem to be, we settled in on that part of the area.

Q. You looked at -- what maps did you look at at the library?

A. Just the local area maps. And knowing where the landing patterns and landing fields were at.

Q. So you looked at -- did you look at local area maps that had noise contours on them like this one does?

A. I can't say they had maps of noise contours on them. But looking at the maps, we would know that we would not want to be where we had been. We would not want to be near Fentress Airfield. We wouldn't want to be at the other end of Oceana, in the Oceana Gardens area, because you knew where the noise patterns where, so we tried to avoid those.

Q. And Oceana Gardens is off the end of the runway that runs from 5 to 23, towards the ocean?

A. Yes.

Q. So where the planes would take off?

A. We wanted to avoid buying in those areas.

Q. And Oceana Gardens is sort of right on the cusp of the air station's property; is that right?

A. Yes.
Q. Which is very similar to where you were at Cardinal Estates?
A. We didn't want to trade one bad site for another bad site.
Q. What sort of investigation did you do other than looking at maps to identify the noise environment?
A. Talked to neighbors, talked to real estate agents, our own experience of riding bicycles in the area, knowing what the flight patterns seemed to have been.
Q. Did you talk to neighbors -- what is your neighborhood that you're in now have?
A. Wellington Woods.
Q. Did you go and talk to neighbors in Wellington Woods?
A. Talked to the neighbors in Wellington Woods and they said they don't even notice the airplanes, at the time.
Q. And what neighbors were those that you talked to?
A. Most of the folks on Lord Leighton Court.
Q. So you found a house, it had a "for

sent to Oceana. There was nothing to do there. The squadron was on a Med cruise so they left me there and, as a second class AZ with nothing to do but watch an empty barracks, so I decided to get out. There was nothing to do.

Q. In other words, when you say nothing to do, was it not sort of the social life outside the military?

A. There was no squadron there except a few people to maintain the hangar. I was used to port and starboard duty; I was used to doing things.

Q. Okay.

A. I wanted something to do.

Q. You were bored?

A. No. I just -- there was nothing to do. There was no work. There was no maintenance. There was no paperwork. There was nothing to do, and that's not why I joined the Navy.

Q. I understand.

And, so, when you returned from Spain to Oceana, how long were you assigned at Oceana before you got out?

A. Two years.

Q. Two years.

I'd like to go back to the discussion