**Robert Goodwin**

Robert Goodwin has lived for 29 years at 909 Pillow Drive in Virginia Beach in the Southern Points neighborhood. He spent 20 years on active duty in the Navy, retiring in 1973. He then worked as a civilian with the Navy, retiring again in 1995. (Exhibit 17B, Goodwin Deposition. p. 4-5).

When he purchased his home in 1976 it was quiet and peaceful, and was about three to four miles from Naval Air Station Oceana, which at the time consisted mostly of A-6s and A-4s. (*id.* p. 6-7). In 1976 he had occasional disruptions due to aircraft operations. Those disruptions increased somewhat when the F-14 aircraft was delivered and then more when the F/A-18s came to Oceana. (*id.* p. 9). The noise became “louder and louder” over the period of 1998-1999 as the F/A-18 squadrons moved to Oceana. (*id.* p. 13). He experiences some direct overflights over his home. (*id.* p. 15).

Toward the end of the period of the arrival of the F/A-18s in 1998-1999 he began the process of replacing all of the windows in his home, a project that was finished in 2002. (*id.* p. 25).

In his knowledge of the various Naval aircraft he would rate the A-6 as the least noisy followed by the F-14, then the F-4 with the noisiest being the F/A-18. (*id.* p. 29).