00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF ROBERT GOODWIN
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

January 31, 2006

Appearances:

HOFHEIMER/FERREBEE, P.C.
By: JACK E. FERREBEE, ESQUIRE
Counsel for the Plaintiffs

U. S. DEPARTMENT OF JUSTICE
By: KELLE S. ACOCK, ESQUIRE
And
DEPARTMENT OF THE NAVY
COMMANDER NAVY REGION ATLANTIC
By: DOMINICK G. YACONO, ESQUIRE
Counsel for the Defendant

question and I'll be glad to rephrase it.
As we go along in terms of the questions and answers, if at any point before you respond Mr. Ferrebee will interject, say something for the record, please stop, allow Mr. Ferrebee to go forward, state what he needs to state for the record, and then normally he will just say proceed with the answer. Unless he instructs you otherwise.
If at any point in time today you need to stop to use the restroom, get a glass of water, whatever, just let me know and we'll be glad to stop.
Mr. Goodwin, could you please state your full name and your current home address for the record?
A. Robert Goodwin, 909 Pillow Drive, P-i-l-l-o-w, Virginia Beach, Virginia. 23454-2624.
Q. And how long have you been at that home address?
A. Approximately 29 years.
Q. And what residential neighborhood or subdivision is that home located in?
A. Southern Points.
Q. And prior to the home -- prior to your residence at the 909 Pillow Drive did you live elsewhere in Virginia Beach?
A. No.
Q. Where was your address prior to that?
A. Bells Farm in Norfolk.

00005

Q. Do you have any prior military experience?
A. Yes.
Q. Can you please state that from the beginning when you signed up?
A. Military and civilian, 40 years with the U. S. Navy. 20 years enlisted beginning in 1955, ending in 1973.
Q. Okay.
A. And then civil service beginning in '73, '74 through 1995. About half of it with Naval aviation, and the other half with surface warfare and science and technology.
Q. Was your active duty military service -- was that in surface, aviation, sub service?
A. Half and half.
Q. Half and half?
A. Half and half.
Q. Explain -- okay. Explain a little bit -- explain your entire military career record?
A. Initial duty stations included maintenance operation and instructor duties for tactical aircraft and then for administrative aircraft. And then duties on a type commander staff. And surface warfare experience was at the Navy's then two antisubmarine warfare training centers.
Q. So that would include both Norfolk and San Diego?
A. That's correct.
Q. In terms of your military -- experience with

military aviation, can you explain what platforms you are familiar -- that you were working at that time?
A. Very early on, it would have been the AD5N, which was later designated the A1G I believe it was. And the administrative aircraft were T-28s and the SMB, twin engine Beechcraft.
Q. Were you ever stationed at the Naval Air Station here at Oceana or down at Chambers Field in Norfolk?
A. Neither one as a duty station.
Q. In what capacity, though?
A. A lieutenant command aboard NAS Norfolk.
Q. In terms of the military, the Naval Air Station or air fields, which ones were you stationed at?
A. Norfolk and North island.
Q. And the training aircraft was at which place? Norfolk and North Island or just one place?
A. A1G at North Island. The others were at -- I'm sorry. It was another air station. NAS Anacostia in Washington, D. C. That's where the administrative aircraft were and also Naval Air Facilities Andrews. Same aircraft.
Q. When you moved into your current home -- would you say you have been there 30 years approximately? 1975, '76?
A. September '76.
Q. Tell me about, in terms of why did you -- why did

00007

you pick your current home right now? What were --
basically what were the factors that attracted you in
purchasing that home?
A. Number one, it's on a fresh water lake.
Another one I had three kids in private school in
Norfolk and using that tuition money for a house payment
turned out to be a smarter and better idea. Commuting
expenses and all, it was an additional $50 a month expense
to me.
Q. Anything else attracted you to that area?
A. It was quiet, peaceful, located on a two-lane pig
track called Great Neck Road, which has changed quite a bit
since then.
Q. At the time were you married when you purchased
the home?
A. Yes.
Q. Was it a joint decision to purchase that home
between you and your wife?
A. Yes, it was.
Q. Did your wife have -- according to the best of
your knowledge, did your wife have any other factors that
attracted her to the home, or pretty much the same you did?
A. Pretty much the same.
Good schools -- better schools was another.
Q. You mentioned private schools. So in terms of

00009

A. Say that again.

Q. Going back to the '75, '76 time frame, can you recall whether or not you experienced or heard military aviation jets?

A. Yes.

Q. Noise?

A. Yes.

Q. When -- prior to purchasing the home, did you hear the noise from military aviation jets, or was it after you had moved in? Can you recall, was it --

A. It would have been before. We were a frequent visitor to Oceana.

Q. Now, in terms of your personal daily living experience at that home and with relationship to the noise generated by military aircraft, going back to the '76 time frame -- and I'll leave it up to you to determine when it, in your mind, it changed. Describe in terms of what you experience, in terms of your daily life experiences in terms of the impact of military jet noise back then starting in the '76 time frame whenever you believe it changed?

A. Back in the '76 time frame, occasional disruptions, if you will, caused predominantly, during carrier qualifications, CYCLOP operations, telephone conversations difficult to hear. Television difficult to watch. Not only because of the sound but also we didn't

00013

Q. I mean, in other words, let's say, let's take, you know, I can go back to the early '80s, when -- early '80s with conflicts, potential conflicts with Libya, and go, you know, to early 1991 with the first Gulf war, and then with the second Gulf war, would you say that the intensity of what you experienced in terms of the noise at your home -- would you say that it increased during those geopolitical events or pretty much always been the same no matter what?

A. I would have to kind of guess at that. But I would say it's been fairly constant throughout the years.

Q. Okay.

A. Or if not constant at least averaged out. I don't know if I'm saying two different things there or not.

Q. Okay. You mentioned earlier that back in the '76 time frame, your experience in terms of your daily life experience at home in terms of phone conversations, watching television -- in terms of sleeping, were you ever disturbed from sleep, routed out of your sleep?

A. In the early years I would say occasionally. Nice cool night, windows open, hard to sleep.

Q. With the introduction of the F-14s in the '70s, did that change pretty much or was it pretty much the same?

A. I closed the windows and turned on the air conditioning.

Mr. Goodwin is marking -- has marked an X at the approximate location of his home and has placed the letter A right next to it.

BY COMMANDER YACONO:

Q. So in terms of -- now, in terms of what I asked you earlier in terms of other flights directly overhead, or in relation to Oceana or to the sides, how would you describe what you experienced at that home in terms of --

A. Where the flights are?

Q. Yes. From your home?

A. They are coming here, here, and here.

Q. Are you experiencing some direct overflights over your home?

A. Yes, occasionally.

Q. And has that changed over the 30 years at all?

A. No. I don't think so. Not the best of my recollection.

Q. Have you ever seen an Air Installation Compatible Use Zone Map before?

A. Yes.

Q. Specifically -- well, can you tell me when was the first time you ever looked at it?

A. I spent 13 1/2 years on the COMNAVAIRLANT staff. I saw the first one when we made it.

Q. Okay. That would be when? Do you recall

Q. Do you -- it's your personal opinion that the jet noise from the operations of the F-18 Hornets Cs and Ds, has had an impact on the value of your current home?

A. I believe so.

Q. Can you explain why?

A. Sure.

Toward the end of the C and D deliveries and probably the beginning of the E/F deliveries, I found the noise objectionable enough to replace all the windows in my house. I feel that had I not done so I would not have been able to continue to enjoy my house as much, and I'm not sure that I would be able to receive the same price for it in a sale.

Q. You replaced the windows of your home -- do you recall what year did you do that?

A. Yes. Exactly what year. 2002 is when I finished the project. I started in 2000, 2001, and finished in 2002.

Q. Do you believe then the replacement of the windows has helped, somehow dampened the impact of the noise?

A. Oh, yes.

Q. You do believe that?

A. Yes.

Q. Can you describe what kind of windows you had installed?

recorded any -- have you taken or recorded any pictures or images of Naval aircraft flying in or around your home?

A. No.

Q. Have you kept a logbook or anything else, a logbook or some type of personal log or diary in terms of recording times of maybe flight operations, anything else like that?

A. The answer is no.

Q. I notice that with the -- that you have listed down a Goodwin Associates LLC with the State Corporation Commission. Can you tell me what type of business that is?

A. It is no longer in existence.

Q. What type of business was it?

A. Consulting. Marketing military systems in Latin America.

Q. Now, again, this is again to the best of your knowledge. In terms of the noise impacts generated from the engines let's say on the A-6, the F-4, the F-14 and the F-18 Cs and Ds, and then the F-18 Es and Fs, can you rank them in order in terms of noise impacts generated, or how loud they are?

A. The best of my recollection is probably the A-6 the least, F-4 being greater, and afterburner much greater. And then the F/A-18 C/D, and then the E/F.

Q. Where does the F-14 fall in there?