**Louis Figari**

Mr. and Mrs. Figari live at 624 Secotan Road in Virginia Beach where they have lived since December 1991. (Exhibit 18B, Figari Deposition. p. 5).

Mr. Figari is a commercial airline pilot with Continental Airlines, and when he was in the Navy he flew the F-4 Phantom. (*id.* p. 7). After he left active duty in the Navy he stayed in the Naval Reserves for 20 years. (*id.* p. 12).

He built his present home, and before he purchased the lot he observed flight activity nearby. Very seldom did the flights overfly his home site. (*id.* p. 22-23). From the time he moved into the home until the F/A-18s arrived, noise was not a problem. The planes flying out of Oceana prior to that time were the A-6 and F-14. (*id.* p. 24-25).

Mr. Figari's home in the Croatan neighborhood is not supposed to be in a flight pattern, but very occasionally prior to the F/A-18, when there were numerous airplanes in the pattern, a plane would fly over or near his house. (*id.* p. 27-28).

After the arrival of the F/A-18s, the noise has affected his ability to listen to the radio and television and conduct phone conversations. When the F/A-18s fly over and around his house they are flying at between 800 and 1,000 feet. (*id.* p. 29-30).

He describes the current living conditions in his home as tolerable until an F/A-18 flies over. (*id*. p. 37).