00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
Plaintiffs, )
)
v. ) No. 01-201L
)Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION OF

LOUIS G. FIGARI

TAKEN ON BEHALF OF THE DEFENDANT

VIRGINIA BEACH, VIRGINIA

MARCH 9, 2006

00005

If at any point in time during this morning you need to take a break, use the restroom, water break, or anything else like that, please let me know and we'll stop.

During the questions and answers this morning, there may come a point in time where Mr. Ferrebee may interject before you respond. If so, please don't say anything; let Mr. Ferrebee go forward. He'll make a comment for the record, then he will either instruct you to go forward and answer the question or not.

For the record, Mr. Figari, can you please state your name and address?

A. Louis G. Figari. I live at 624 Secotan Road, Virginia Beach.

Q. And, Mr. Figari, how long have you lived at that residence?

A. We moved there December '91, I believe it was.

Q. And prior to that address where did you live?

A. Blue Pete Road. I'm not sure of the number.

Q. How long were you at the --

A. Salt Marsh Point.

00007

temporary.

A. Oh, gosh. I want to say less than a year. I can't give you an exact.

Q. So it seems that the Carolina Avenue address was in between the Blue Pete Road and the Secotan from what you're describing?

A. Yes, while the house was being built in Croatan.

Q. Okay. Prior to the Blue Pete Road address, where did you live?

A. Spent some time at -- I want to say at my in-laws when we first moved back down here. 936 Bingham Street. Again, that was approximately a year.

Q. So you're talking about 198 --

A. '84.

Q. And where did you move from when you came down here in 1984?

A. Prior to that I was living on Long Island.

Q. Okay. It's my understanding that you're a commercial airline pilot; correct?

A. Yes.

Q. What airline do you fly?

A. Continental Airlines.

flight tracks, the approaches and departure at Oceana when you were flying back here in the late '70s out of Oceana, can you describe briefly what you recall about what the arrival and the departure flight paths were at that time?

A. Recall in what way?

Q. In terms of -- okay. Let's talk about flying from -- let's say from Fentress, in terms of doing -- completing FCLC practices at Fentress and coming back to Oceana. Can you recall, what were the rules of the road in terms of arrivals and departures from -- let's say Oceana to Fentress?

A. The rules of the road? Basically, it was just a VFR flight.

Q. Do you remember let's say the altitudes in terms of departure from Oceana in terms of what the climb rate was and how far you had to be --

A. I can't recall the exact altitudes. The climb rate was very rapid because the airplane was so light. It was a right turn out, normally, if you were taking off on Runway 5 and head directly to Fentress field.

Q. And on arrivals back to Oceana from Fentress?

A. Again, from what I remember, we'd just

the time.

Q. Okay.

A. They were just putting in the
improvements, which was a dirt road.

Q. Okay.

A. And it was all vacant land. And I saw
the sign up for the individual who was, I guess,
selling the lots, and I just called up, went down,
started talking to him and tried to work out a deal.

Q. Okay. Do you recall what you paid for
the lot back at that time?

A. No. I would be pulling it out just to
give you a number. I can't give it to you now, no.

Q. In terms of the -- you had a home
constructed on that -- pretty much did you have -- was
it a custom built home to the point where you had
enough say as to what you wanted in that home?

A. Yes.

Q. Okay. With regard to the Secotan home,
before it was built, at that address, what was -- what
was the experience that you at least observed of the
tactical jets that were flying in and out of Oceana in
terms of the noise impacts, let's say, with regard to
Secotan?

A. What home are you talking about?

00023

Q. Secotan.

Before you purchased the lot in terms of what did you observe at that address, at that lot, basically, at that point?

A. Well, you could observe over-flights. Not direct over-flights.

Q. Okay.

A. Seldom over -- directly over-flighting.

Q. Did you talk to any other -- did you talk to any other residents in the Croatan area before you purchased that lot in terms of jet noise or noise impacts?

A. No.

Q. You said while the house was being built you had to live at a temporary address on Carolina Avenue?

A. Carolina Avenue.

Q. How long did the house take to be built, do you recall?

A. Approximately six months.

Q. Was the address at Carolina Avenue an apartment or was that a home?

A. That was a home.

Q. In terms of when you were looking for this temporary residence, were you anywhere particular

in terms of finding something close to where you were building your home or did it really even matter to you? Why did you settle on the Carolina home?

A. Most rentals wanted a full year; I was able to get this for a six-month time frame.

Q. Okay. Let's go -- the six -- the time period that you were living at the Carolina Avenue address, in terms of your noise experience that you felt there, in terms of -- again, let's start with the interior environment; radio and televisions.

A. I don't recall.

Q. Were you raising --

A. I don't recall any noise problems. I don't recall any.

Q. How about telephones where you had to pause your conversations?

A. I don't remember any.

Q. Okay. When you moved into the Secotan Road, I think we said it was approximately -- well, by the time the house was constructed and you got to closing and you moved in, what year was it?

A. December; I've always gotten it confused which year. I believe it was December of '91.

Q. When you were living now at the Secotan address, again, now let's go toward -- again, your

00025

noise experience at that home now.

A. Um-hum.

Q. When you initially moved in, and, basically, from the time you moved in until the present day, describe -- let's go through time periods when you may have observed some noticeable change.

A. Initially, it was not a problem.

Q. Okay.

A. Noise was not a problem there.

Q. Okay. When do you think it changed?

A. I know when it changed; the F-18s started flying.

Q. Okay. So can you estimate what year we're talking about?

A. Oh, gosh. Approximately '88/'89 time frame.

Q. Okay.

A. I'm sorry, '98/'99.

Q. So prior to '98/'99, can you recall what kind of -- what types of jets were pretty much flying in and out of Oceana?

A. A-6 and the F-14.

Q. Okay. Prior to 1998 and 1999 when the F-18s arrived at Oceana -- I'm going to show you something we'll mark as the next exhibit, which is

A. No, I did not.

Q. Okay. There's a couple things in the letter I'd like to ask you about.

From the period that you moved into the home in Secotan, from '91 until about 1998/1999 when you noticed a noticeable difference in the noise impacts, at that point in time, during that period '91 to about '98/'99, did you ever file a noise complaint with Oceana?

A. I can't recall if I did or not.

Q. You mentioned in the letter, However -- and this as of October 31, 1997 -- however, we often have jets stray over when the pattern gets a little busy. What was going on or how often was that -- when you say "often," is this a daily? Was it daily or every other week or --

A. That's kind of hard to say. During busy operations at Oceana Air Station, whenever they were doing that, when planes were flying on a regular basis, it would often happen. If they weren't having any operations, obviously it wasn't happening. I can't tell you if it was every day or every other day.

Q. Well, between '91 and '98, were the jets from in and out of Oceana, were they directly over-flying your home back then during that period of

time? You said occasionally.

A. Again, Oceana -- I mean Croatan is not in the pattern, supposedly not in the pattern. Occasionally, when numerous airplane would show up in the pattern, they would fly over the house.

Q. Okay. When you say -- okay. On those occasions when it was over-flying the house, what were you estimating the altitude to be?

A. Approximately 800 feet.

Q. Okay. The last sentence in that second paragraph, Additionally, the F-18 is by far the noisiest aircraft to ever fly around here.

As of October 31, 1997, you made that statement in the letter. What were you basing that statement on?

A. Articles I had been reading about the airplane.

Q. Articles you were reading from --

A. Well, just in the newspaper.

Q. Were you familiar enough with what type of engines were in the F-18 and thrust ratios?

A. No.

Q. Okay. When you said you noticed it, the noise change in and around your home in Secotan, it was around '98/'99. Can you recall what the occasion

00029

was? Were you indoors? Were you outdoors? Or what time of day was this?

A. No; whenever over-flights would occur, whether I was indoor or outdoor.

Q. Let's go back and try to describe; with the arrival of the F-18 in the '98/'99 time frame, what was -- say the impacts on your indoor, let's say with the radio and television. Can you describe, were there times when you had to raise up the volume --

A. Yes.

Q. -- on the radio and television?

What about with telephone conversations --

A. Yes.

Q. -- you had to stop and pause to let the jets pass by?

A. Yes.

Q. When you were outdoors in '98/'99, can you -- when you were outside, could you tell a noticeable -- could you determine what jets were flying in and around your home, what type of jets were flying?

A. Yes.

Q. With the F-18, what altitude would you say that they were flying in and around your home,

00030

could you recall?

A. About 800. 800 to 1000 feet.

Q. Were they directly over-flying your home at least with the F-18s or were they off to the sides in the distance?

A. It would vary. Sometimes they would be well inside, flying over my previous house probably in Salt Marsh. And other times they would be on the outside of Croatan, over on the east side, sometimes over top.

Q. Obviously -- I should have asked you this question, too: In terms of when you started flying for People Express and then you obviously worked for Continental, when you moved to Virginia Beach in '85 -- say the '91 time frame, your first residence, how often were you at home in Virginia Beach? What was your work schedule back in that time period?

A. Probably, on average, three-and-a-half to four days a week I might be out of town.

Q. In terms of the three to four times a week you were out of town, was there a specific type of schedule -- you were always out of town on weekdays but home on weekends -- or did it vary?

A. It was random. It varied.

A. Not the commissary. I do use the exchange.

Q. How would you describe your current living conditions right now in terms of your home on Secotan Road in terms of noise impacts? Is it tolerable? Intolerable?

A. It's tolerable until an F-18, in particular, flies over.

Q. And this is what I'm trying to figure out; when you say when they fly over, has that become a regular, frequent practice on a daily practice or is it basically the stray jet that you were saying?

A. Again, we are not in the pattern, so, what happens is when one stray jet normally flies over, there's several stray jets that fly over.

Q. Okay.

A. It's not usually just one.

Q. Has that -- does that happen on a daily basis, to the best of your knowledge? When you're home. When you're home.

A. When I'm home, I wouldn't say a daily basis, no.

Q. How often would you say that happens in a week then?

A. Several times.