**Nancy Darling**

Nancy Darling has lived at 909 Goldsboro Avenue in Virginia Beach since 1993. When she purchased the house she believes that the closing documents indicated that she was in the second “noise zone” under AICUZ. (Exhibit 19B, Darling Deposition. p. 4, 10).

Until the F/A-18s arrived in 1998-1999, Ms. Darling had little difficulty with aircraft noise. She had no problem with phone conversations or being able to watch television, or keep her windows open during the day or at night. Her experience changed “significantly and intolerably” in 1998 and 1999 when the eight squadrons of F/A-18s were moved from Cecil Field. (*id.* p. 13-15). After they arrived she could not keep her windows open, have a telephone conversation or conduct business outside of her home. It is virtually impossible to be outside gardening, reading or entertaining people on the patio when the jets are flying. (*id.* p. 15-16).

She believes that the homes in her neighborhood have not appreciated nearly as much as other homes in Virginia Beach outside of the noise zones and does not believe that she could get a comparable house in a quiet area of Virginia Beach for the same price that she could sell hers for. (*id.* p. 22, 26-27).

Sometimes the planes fly directly over her home and sometimes to either the left or the right. (*id.* p. 25).

She has purchased a decibel meter and has recorded 123 dB recently near her home. (*id.* p. 28-29). She also believes that the hearing loss she has suffered is a result of the jet noise. (*id.* p. 31). She is considering selling her house and moving and the only reason she would do so is the jet noise. (*id.* p. 33). Her address puts her close to the property of the test case Plaintiff, Theodore Dingle on Carolina Avenue (*id.* p. 36). Ms. Darling is a Plaintiff in this case.