**Carl Helvie**

Carl Helvie is a retired Professor Emeritus at Old Dominion University. For 28 years, until 2000, he lived at 421 Lake Drive in Virginia Beach, (Exhibit 20B, Helvie Deposition. p.3, 5-6). He has a Bachelors Degree in Nursing and a Doctorate in Public Health from the Johns Hopkins School of Public Health.

In December 2000 he moved from his home to Hampton, Virginia solely to get away from the jet noise. (*id.* p. 5, 36). Except for the last two years, his Lake Drive home was quiet and only occasionally did he hear any jets at all. (*id*. p. 13, 17).

During the last two years at Lake Drive, from December 1998 through December 2000, there was a dramatic change. The first time he noticed it was when one of the jets flew directly over his house so low that he thought it was going to hit a tree in his yard. (*id*. p. 21-23). During that two-year period, overflights became common and very intrusive. Inside his house he could not carry on a conversation, talk on the phone or watch television. Similarly he could not concentrate on developing his classes or research papers. (*id*. p. 25-26). Mr. Helvie is a plaintiff in this case.