**Bonnie M. Youngberg**

Bonnie Youngberg is a psychotherapist in Virginia Beach. From 1997 through 2002 she lived at 1038 Colonial Meadows Way in Southall Quarter subdivision of Virginia Beach. Ms. Youngberg is a Plaintiff in this case. (Exhibit 21B, Youngberg Deposition. p. 4, 11-12)

After the arrival of the F/A-18s the noise became so upsetting and intrusive that she sold her house. (*id*. p. 18) In fact, the planes were flying so low over her house in Southall Quarter that you could look directly up and see the belly of the plane. (*id*. p. 26).

The planes often flew directly overhead and she could not hear the television or talk on the phone. They often flew at night, later than her bedtime and she would not be able to sleep until they stopped. (*id.* p. 27-28).

She has also seen the planes fly directly overhead when she has been at Lynnhaven Mall. (*id*. p. 47).

One of the things that she remembers specifically about the noise after the F/A-18s arrived was that she and her grandson were at a neighborhood park and when the planes started to go over they had to go back to her home. It was far too loud to be outdoors. Her grandson was about two years old at the time. (*id.* p. 78-79).