00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
Plaintiffs, )
)
v. ) No. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION OF

BONNIE YOUNGBERG

TAKEN ON BEHALF OF THE DEFENDANT

VIRGINIA BEACH, VIRGINIA

JANUARY 11, 2006

Appearances:

HOFHEIMER/FERREBEE, PC
By: JACK E. FERREBEE, ESQUIRE
Counsel for Plaintiffs

U.S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
Counsel for Defendant

00004

talk over each other. I have a tendency to do that myself, but we'll try to keep a check on that because it's important. If we're both talking at the same time, she can't take down what we're both saying.

The other thing is I'll obviously be asking you questions today. If you don't understand a question I ask or if you need clarification, please let me know.

If you need a break at any time, just let me know. We can take a break, just say the word; I may not think of it, so I'll rely on you to let me know.

Any other questions preliminarily at this point?

A. No.

Q. Okay. If you could just state your name, address, and occupation, please.

A. Bonnie M. Youngberg, 2801 Shearwater Cove, Virginia Beach 23454, and I am a licensed professional counselor.

Q. And what kind of counselor are you?

A. Psychotherapy.

Q. Okay.

A. Mental health.

Q. Any particular specialty for that?

00011

Q. Approximately.

A. -- several years until I bought at South -- Southall Quarter.

Q. Is River Cove still in the Hilltop area?

A. It's all in the same zip code.

Q. All in the same zip code.

A. That's not in Hilltop. River Cove is out by Heron's Cove.

Q. Okay. Laurel Cove and Southall Quarter are both in the Hilltop area?

No?

A. No. I don't think Laurel Cove would be in the Hilltop area; it's on Great Neck Road.

Q. So all of these places are in the same zip code?

A. Yes.

Q. Which ones are in Hilltop?

A. Just Southall Quarter.

Q. Just the current one?

A. That's not my current one.

Q. That's not the current one.

So you were in River Cove, the condo, from '91 to we'll say about '97, roughly?

A. Yes.

Q. And then the Southall Quarter from '97 to --

A. To the early 2000s. I think I moved to my current residence in 2002, but I would have to look up the records to be sure.

Q. That's fair enough.

So your current house, you said that was -- I forgot the -- Sea something? What was name of the road again? The current house.

A. Oh. It's Heron's Cove. I have circled back to Heron's Cove where I rented; now I own.

Q. Now you own there?

A. Um-hum.

Q. Okay. And the Southall Quarter location, what is -- do you remember the name of the street you lived on? Or the address would be even better.

A. Wow. I really don't.

Q. That's fine.

A. I'm sorry.

Q. Now, the condo at River Cove, do you recall the street that it's located on or the address?

A. That's where I live now, at 2801 Shearwater.

Q. 2801 Shearwater. I thought it was

00018

And you moved there, again, that was in 2002, roughly?

A. It might be 2003. This is 2006. I've been there two-and-a-half years.

Q. Okay. Is there a reason why you bought the house -- well, why did you sell the house at Southall Quarter? Why did you move out of that house?

A. It was too noisy.

Q. Because of the jet noise?

A. Yes.

Q. Was that the only reason or were there any other reasons?

A. Well, no. It was a nice place.

Q. How many bedrooms and bathrooms was that, was that property?

A. That was two master bedrooms.

Q. Okay. And bathrooms?

A. Oh. Bathrooms, two-and-a-half.

Q. Okay. And what other amenities about that property led you to buy it initially?

A. It was all brick.

Q. Okay.

A. The neighborhood was a very nice neighborhood of -- shall we say mature adults. Very

louder. They are much louder. So I cannot be outside when those jets are flying.

Q. And when you say they are much louder, are they much louder than when you were in Southall Quarter or about the same in terms of the loudness?

A. I think they are louder. I think they are louder.

Q. Louder now than they were then?

A. Yes. But they would fly very low over Hilltop, over the Southall Quarter. You could look directly up and see the belly of the plane.

Q. And speaking of that, did you -- can you estimate the altitude of the flights over the Southall Quarter?

A. I would have no way to do that.

Q. Fair enough.

A. Yes.

Q. With that said, if you can answer, are the flights over the -- your current location, do they appear to be the same altitude, you know, irrespective of whether you can judge what the altitude is?

A. No. They are not quite as low to the ground. Okay? So they seem to fly a little bit higher than what I experienced at Southall Quarter. But they are loud and they will drive me in the house,

00027

and I can't hear the TV, and talking on the phone is difficult.

Q. And is that true, the talking on the phone, if the windows are closed --

A. Um-hum.

Q. -- and the doors are closed and everything else?

A. Um-hum.

Q. Do the flights, are they directly over your condo?

A. Sometimes they are, but most of the time they are not directly overhead. They are close enough, I mean, they are just slightly south.

Q. Okay. And when you were in the Southall Quarter location, were those directly over your townhouse?

A. They were often directly overhead.

Q. And when they were directly overhead at that location and you were inside, what was -- what sort of impacts in terms of use of your house --

A. Well, again, you couldn't hear the TV, you couldn't talk on the phone -- you couldn't talk on the phone; you would just have to stop and wait until the plane went over and then you could resume your conversation.

People on the other end of the phone could hear the plane over my townhouse. So it interrupted that.

Sometimes they flew at night, and that was horrible. They would fly way past my bedtime. I would go to bed at 10 or 10:30 and they'd still be flying, and there was no way to get any sleep until they stopped.

Q. And what time would they stop?

A. Well, it would vary a lot. I mean, sometimes they stopped by midnight, sometimes they flew past midnight. It just varied. There was never a consistent pattern that you could predict.

Q. And how often would they fly at night past your bedtime?

A. All I can say is too often. I don't know.

Q. Do you know if it would -- if it were once a month or once every couple months?

A. You know, I tried to keep records for a while, and I think I did keep records for a while, and it was just so unpredictable.

Like one month they flew a lot and I was writing something down frequently, and then another month, you know, just a few times. And, so, the

A. It varies. Here's what I think -- where were we? Okay. I'm over here.

Q. T.

A. Yes.

I think they come out and curve over here. See, this is Chesopian Colony, so they curve over here.

Q. And when you're saying "curve over here," you are sort of doing it --

A. And they go pretty close to N. They go pretty close to N.

Q. And what I'm sort of getting at, though, is have you ever sort of been in that location right around N in your car or wherever where you're seeing them fly directly over you, or are you estimating that that's where they turn based on sitting on your deck?

A. Sitting on my deck, yes.

Q. Okay.

A. Now, they have been directly overhead when I have gone to the Lynnhaven Mall.

Q. And the Lynnhaven Mall is -- I used to know where the Lynnhaven Mall was. Can you identify it?

A. Well, let's see if I can find it.

did it increase and then go back down or did it just steadily increase from when you moved in there?

A. It's never seemed to have gone down. It's so hard to tell you these things because it's episodic, and, so, there are times when it's peaceful and then there are times when it's just very problematic. But, overall, it has increased in both the number of times when I'm disturbed by the jets and the loudness of the jets has certainly increased.

Q. And has it -- has it plateaued now, is it at its highest point, roughly speaking, now or -- or when did it get to the point where it was sort of --

A. I don't know. I'd love to know if it has plateaued.

Q. So I'm gathering from that comment that it's still increasing in your mind?

A. It seems that way, but I don't know if I'm just more sensitized to it and I've had enough, you know, you sort of hit the threshold where you just don't want to do this anymore.

Q. Did anything in particular happen when you moved into the Southall Quarter location where you sort of looked up and said, Wow, this is -- this is different? Did something --

A. Yes. The jets were flying pretty directly overhead, and I remember one time when my grandson was visiting, and I took him to the little neighborhood park. We couldn't be in the park. We had to go back home; it was just -- it was way too loud to be outdoors.

Q. Do you recall how old your grandson was at that time?

A. Well, he was playground-age. He probably would have been maybe two; he's seven now.

Q. Was he your son's son?

A. Yes.

Q. Okay. Congratulations.

So he was -- he was a toddler? He was two years old?

A. Yes. I'm -- you know, we went to the park many times, whenever he would come visit. But there were a couple of times when we had to go back.

Q. Okay. So that would be five years ago, so roughly 2001.

But you moved in there -- hang on.

A. In '97.

Q. -- in '97.

A. That's the one date I'm sure of.

Q. Yes; Thanksgiving.