**Theodore Dingle - Test Case Plaintiff**

Mr. Dingle and his wife Susan purchased their home on 912 Carolina Avenue in the Shadowlawn subdivision of Virginia Beach in 1983. (Exhibit 22B, Dingle Deposition. p. 26-27). Mr. Dingle began a career in the Navy in 1974. (*id.* p. 20). He worked as an active duty bomb disposal specialist. (*id.* p. 5). From 1993 to 2003, Mr. and Mrs. Dingle rented out their home while Mr. Dingle was working for the Navy. (*id.* p. 66-67).

Mr. Dingle lived on the property in the mid-1980s during which time he found the operations from Naval Air Station Oceana to be less frequent than they were following the arrival of the F-18s. (*id.* p. 97). In the early 1990s, Mr. Dingle returned to the home and remembers "intense" operations in the run up to the first Gulf War (*id.* p 97-98). In 1995-1996, Mr. Dingle was enrolled in the Navy's hearing conservation program following work on the flight deck of the USS AMERICA, a period of time Mr. Dingle believes damaged his hearing. (*id.* p. 100). In 2004, Mr. Dingle returned to live on his property (*id.* p. 98). When asked whether he was able to distinguish between the noise during the 1990s and the noise he experiences now, he had the following to say:

> "… a comparison of the intensity from what I remember back in the '90s, when I had good hearing to the absolute perceived increase of intensity that I have now with worse hearing is extremely noticeable. I think that was the track I was getting onto when I mentioned that I have had a decrease in my hearing capabilities. But the intensity is just so much more noticeable now. The intensity, the level of sound."

(*id.* p. 101-102).

****

> "…The intensity of the noise level that I currently experience at my property since moving back -- associated with my property in 2003, having moved back in and stayed in the property in 2004, the intensity -- my perception of the intensity of the noise level has vastly increased from the time that I remember in the early '90s, when I last lived there."

(*id.* p. 137).