**Kimberly Johnson**

Kimberly Johnson lived at 3220 Sugar Creek Drive from 1991 until 2000. (Exhibit 23B, Johnson Deposition. p. 5, 7).

She first became involved with Citizens Concerned About Jet Noise (CCAJN) in 1999 when the newly arrived F/A-18s were so loud at her home that she could not hear on the telephone. Ms. Johnson is a real estate investor and broker and her office was in her home. She was sitting trying to talk to a client and was embarrassed when she had to terminate the call because she could not hear. (*id*. p. 9-10).

She said the noise after the arrival of the F/A-18s in 1998 and 1999 occasioned a "tremendous difference." (*id.* p. 12-13). Prior to that time the jet noise did not bother her. (*id.* p. 13-14). After the F/A-18s arrived there was difficulty performing almost any kind of task outdoors without discomfort. There was difficulty hearing on the telephone, carrying on a conversation, listening to television and trying to get to sleep at night. (*id.* p. 19-20).

As a real estate broker Ms. Johnson is also convinced that the noise has suppressed the sales price of property in noisy areas. (*id.* p. 25-26, 47).

After the arrival of the F/A-18s many more planes flew directly over and close to her house. (*id.* p. 36-37).

Ms. Johnson became Chair of CCAJN in 2003. The CCAJN Board has met on a number of occasions at the Levenson home and she knows from personal experience that the Levenson home suffers loud and frequent noisy overflights. (*id.* p. 59-60). She is convinced that the impact of the F/A-18s effected a taking of her property and that the government has to be held accountable for it. (*id.* p. 126).