00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, (
)
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF KIMBERLY JOHNSON
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

November 30, 2005

Appearances:

HOFHEIMER/FERREBEE, P.C.
By: JACK E. FERREBEE, ESQUIRE
Counsel for the Plaintiffs

00005

understand, even if it is only a part of my question that you don't understand, please say so and I will rephrase it until you do understand it. If you do answer my question, I will assume that you've understood it. Is that fair?

A. Sure.

Q. What did you do to prepare for your deposition today?

A. I looked up the date at which I purchased my home in the noise areas. And that was it.

Q. All right. Where do you live right now?

A. I live at 4412 Reynolds Drive. Virginia Beach, Virginia. 23455.

Q. How long have you lived in that home?

A. Since 2000.

Q. Do you remember the month in 2000?

A. I believe it was in the fall, but I don't remember the exact month.

Q. Let me back up just a little bit. Could you tell me about your education after high school?

A. I attended Allegheny College, A-l-l-e-g-h-e-n-y, in Meadville, Pennsylvania. Meadville is all one word. I began that directly after high school in 1975. I completed my degree early in 1978.
Then I also attended Loyola College in Baltimore, Maryland for my Master's degree in counseling psychology.

00006

And the dates were, I believe, 1981 through '83.
Q. When did you -- go ahead. I am sorry.
A. And then just workshops and various continuing education credits.
I also have a degree, or a license in Virginia to practice real estate, which I obtained in 1999.
Q. When did you first move to the Hampton Roads area?
A. 1986.
Q. And where did you live at that time?
A. Portsmouth, Virginia.
Q. How long did you live in Portsmouth, please?
A. Until 1990.
Q. Where did you go at that point?
A. North end of Virginia Beach. Well, actually no. Before that Hilltop. In 1990 I moved to an apartment, Chase Pointe apartments. Chase with an e on the end and Pointe with a e, in the Hilltop area.
Q. Is that in Virginia Beach?
A. Correct. I believe the name has changed since then.
Q. The name of the apartment complex has changed?
A. Right. I think they switched over to condos right now.
Q. Do you know the name now?

A. No.
Q. What time did you live in those apartments?
A. Until mid 1991.
Q. Then where did you move?
A. 203 85th Street in Virginia Beach at the north end.
Q. How long were you at that location?
A. Until I moved to 3220 Sugar Creek Drive ten years ago today, which is the date that I looked up.
Q. Sugar Creek Drive?
A. Sugar Creek, all one word, Drive.
Q. So from 1991 until 2000?
A. Correct.
Q. All right.
A. Well, let's see. Yes. Well, I sold the property -- I moved out in 2000. That is correct. Yes.
Q. Did you move out of the Sugar Creek Drive residence before you sold it?
A. Yes.
Q. When did you actually sell the Sugar Creek Drive residence?
A. In 2000. Let me see. I sold Sugar Creek, I believe it was 2001, but I don't remember the month.
Q. I have -- I've brought with me here a map. This is one of the recently published joint land use study maps.

00009

know if you did that, but if you could put a number 2 by that?

A. 2?

Q. Yes, ma'am.

Now, you have marked with respect to the Reynolds Drive an area in Thoroughgood -- is that how it is pronounced -- neighborhood.

A. Yes.

Q. And that's the neighborhood that you live in at the moment?

A. Currently, yes.

Q. In 1999 you lived at the Sugar Creek Drive residence?

A. Yes.

Q. When did you first become involved with Citizens Concerned About Jet Noise?

A. Early in 1999.

Q. Do you recall what the motivating event was, if there was one?

A. Yes.

Q. Can you tell me what that was, please?

A. I was sitting at my desk trying to talk to a client. I could not hear on the telephone. It was embarrassing to me. I had to hang up and tell them that I would call them back later. And I decided in that moment

00010

that if I was not part of the solution I was part of the problem.

Q. Do you work out of your home?

A. Yes.

Q. Did you at that time?

A. Yes.

Q. So the incident that you were describing occurred at your house on Sugar Creek Drive?

A. Correct.

Q. Have you continued to work out of your home since then?

A. Yes.

Q. Which ever home it was at the time, Sugar Creek Drive, Reynolds?

A. Predominantly, yes.

Q. Has CCAJN, as citizens concerned about jet noise is generally called, has CCAJN provided as a group any assistance to this lawsuit?

A. Not to the best of my knowledge.

Q. Do you know a gentleman named Noral, N-o-r-a-l, Stewart. S-t-e-w-a-r-t?

A. No.

Q. Mr. Stewart, as I understand it, is an acoustical consultant.

A. He may be, but I don't know him.

that was in 1999. Do you recall when in 1999?
A. Spring.
Q. Did you know what kind of aircraft it was?
A. I was really ignorant about the aircraft at that time.
Q. Do you have a better understanding of what the different aircraft types are now?
A. Somewhat.
Q. If you saw the various kinds of aircraft that you see flying nearby or overhead would you know the difference?
A. Depending upon the altitude and the situation, you know, with the weather conditions, probably.
Q. Did there come a time after the realignment of the F/A-18 C/D aircraft that you noticed a greater impact from aircraft operations?
A. See, I was hazy as to what jets were flying overhead at the time. All I knew was that new jets were coming to the area and that the quality of the noise had changed.
Q. What do you mean by the quality of the noise?
A. Louder.
Q. So you are referring strictly to the level, I suppose, to some other components of sound?
A. I know that I was hearing a different sound. And the event that occurred was so loud and so frequent that

that was like when I decided that I was going to take a stand.

Q. Did you notice a change from the time that you moved into the Sugar Creek Drive residence, and if so when did you notice that change?

A. The biggest change for me started in the spring of 1999. So whatever those planes were, that's when I noticed there was a tremendous difference.

Q. And that change again was specifically what?

A. Frequency, duration, the decibels themselves, and then the quality of the sounds. There were overflights. Nearby flights. As well as a low intensity sound, a rumbling sound which I've since learned are jet engine work-ups on the ground.

Q. Not from overflights?

A. Correct.

Q. Before you noticed this change in 1999, I think you said the spring of 1999, was your house on Sugar Creek Drive overflown directly by aircraft from the air station?

A. Yes.

Q. How frequently?

A. Daily.

Q. Do you have a sense of how many times a day?

A. I was home primarily early evenings, late afternoons, when I would notice the frequency being the

00014

greatest. But I really didn't pay much attention because the sound didn't bother me, so I didn't look up in the sky and count or care.

Q. I think you indicated they were overflying your house directly. Do you mean straight overhead or --

A. Sometimes, yes.

MR. FERREBEE: Make sure you let him finish the question before you answer.

A. I am sorry.

MR. FERREBEE: It makes it hard for the court reporter. Okay. I am sorry. Go ahead.

BY MR. SMITH:

Q. Are you able to characterize what percentage of the time the planes were flying directly overhead?

A. Not at that time because they really weren't bothering me. So I didn't count or make a log or anything like that.

Q. Do you have any idea what altitude the planes were flying?

A. I could only guess.

Q. What is your guess?

A. It was in the landing pattern. And they would turn to go in on runway, I believe it is 4 or 5 I've since learned, and they would be descending, and so the altitude really varied a great deal.

the obligation on the part of the people described there, including real estate agents for disclosure of what is described there?

A. That's what I have been told.

Q. Is that your understanding as an agent?

A. Yes.

Q. Was that, to your knowledge, the requirement in 1995 when you bought the Sugar Creek Drive residence?

A. Yes.

Q. Does that accurately describe what Ms. Hurst provided by way of disclosure to you and to your husband?

A. I was not married at the time. Yes.

Q. Okay.

What other impacts, if any, did the changes that you have described in 1999 and the impact of operations have on your use of the property at Sugar Creek Drive.

A. There was difficulty performing almost any type of task outdoors without discomfort when they were flying overhead or nearby. Difficulty hearing on the phone. Carrying on a conversation. Listening to the television. And most definitely difficulty trying to get to sleep at night. And waking up in the middle of the night due to aircraft operations.

Q. The difficulty that you had talking on the phone that you just described, for example, now was that true with

the windows of the house open, shut, or did it matter?
A. If they were shut it was still very bad. Open, worse.
Q. Did it have any impact on your ability to conduct activities outside?
A. Yes.
Q. What was the nature of that impact?
A. I used to garden outdoors and could spend the whole day gardening, for example, on a weekend, or a weekday, for that matter, and not have any discomfort whatsoever. But after the influx from Cecil, I really couldn't spend much time in my yard at all.
Q. When you say the influx from Cecil, what are you describing?
A. Jets that they brought up from Cecil.
Q. So if I say the realignment of the F/A-18 C/D aircraft, and you say the influx from Cecil, we are talking about the same thing?
A. I believe so.
Q. What motivated you to move out of that property on Sugar Creek Drive?
A. Sleep deprivation predominantly. And overall general physical difficulties with the jet noise that we were experiencing.
Q. Was the sleep deprivation true both for you and

A. I'm not sure from that property. We have overflights where we live and I have retained those, yes.
Q. Do you know if your husband has any of whatever kind of records he may have kept for the Sugar Creek Drive property?
A. No.
Q. No, you don't know?
A. Correct.
Q. I believe you said that you sold that property in 2001?
A. Yes.
Q. Do you recall how much you paid for the property in the first place?
A. Eighty nine nine.
Q. Okay. And how much did you sell it for?
A. $95,000.
Q. Do you believe that the operations of the F/A-18 C/D aircraft at Oceana had an impact on the sales price of the property?
A. Yes.
Q. What do you think the impact was?
A. I think that a property of equal square footage, composition, year built, et cetera, would have yielded more money in a different part of the city further away from Oceana in a different noise zone.

Q. Do you think though that the arrival of the aircraft F/A-18 C/D aircraft, that event, caused an impact to the sales price?
A. Yes.
Q. Why do you believe that?
A. Because the noise became much more intolerable. And as with anything, when you are given two choices, noise or no noise, all of the other things being equal, you are going to get a better price for your home.
Q. Did you sell the property yourself, or did you have an agent do it?
A. I had it listed in the Multiple Listing Service and I was the listing agent.
Q. So you sold the property yourself?
A. Correct.
Q. What did you ask as a price for it?
A. The $95,000.
Q. So you didn't attempt to market it for higher than that?
A. Actually I may have put $98,000. I don't recall. I would have to look at my records.
Q. How long was the property on the market?
A. I don't remember. I would say less than a month.
Q. From your experience as an agent in the area, is that typical?

who specialize in that area?
A. I do not specialize in an area.
Q. Do other agents specialize in that geographic area?
A. I don't know.
Q. Getting back to the Torres to whom you sold the Sugar Creek Drive property, you said earlier that they were not -- my word not yours -- deterred by your description of the impact of operations. My question is whether that reaction, in your experience as an agent in this area, whether it is personally or not, is typical? That is people knew about the potential impact and bought the property anyway?
A. I have heard of instances where this has occurred.
Q. Does that occur frequently?
A. I don't know.
Q. After the realignment of the F/A-18 C/D aircraft did you notice any other changes from what had occurred prior to that in terms of aircraft operations other than what you have already described?
A. Yes.
Q. Tell me about that, please?
A. Greater variation in the pattern. More to the left. More to the right. More over the house. Lower.

That sort of thing.

Q. You mean the F/A-18 C/D aircraft were more varied in the way they flew than the aircraft that preceded them?

A. I believe the pilots that were flying them created situations for greater variance, whatever it was.

Q. But was that true with respect to the F/A-18 C/D aircraft, or do you know?

A. I don't know.

Q. At the time that you were living in Sugar Creek Drive, did you, if an F-14 had flown nearby, would you have known the difference between that or an F/A-18 C/D aircraft?

A. When I first lived there it was only F-14s. And then when the other jets started flying I could hear a noticeable difference.

Q. I am talking about the pattern variation that you described?

A. It appeared to me that the F-14s would fly a tighter pattern than the other aircraft.

Q. Is this an observation that you made while you were living at that property, Sugar Creek Road?

A. Yes.

Q. Did you, therefore, recognize the difference looking at the airplane between an F-14 and some other sort of airplane?

A. Yes.

yourself?

A. I have done a rudimentary analysis of some of the neighborhoods that I know to have similar types of construction and were built about the same time. Similar to the home that I lived in.

Q. On Sugar Creek Drive?

A. Sugar Creek Drive versus another part of the city further away in the 65 and under DB, and I was able to quantify to my own satisfaction there was a pretty good price variation.

Q. Price variation in what?

A. In that the homes closer to Oceana of similar size, age and construction, were selling for less than their counterparts outside of the 65 DB noise zone.

Q. Do you know if those properties sold for less before the C/D aircraft arrived, all things being equal?

A. I wasn't able to log into the computer far back enough in order to obtain that information.

Q. The rudimentary analysis --

A. Yes.

Q. -- that you described, do you still have that?

A. I didn't write that down anywhere. I went into the computer, pulled the information, looked at it and satisfied my curiosity. It is not like I had a lot of time to be doing that sort of thing.

Q. Did you know the Levinsons before then at all?

A. No.

Q. Are you the chair of CCAJN right now?

A. Yes.

Q. How long have you been the chair of CCAJN?

A. Since John Shick stepped down. I would have to go back to my records. It was in the fall. It seems like it has been a very long time.

Q. Fall of which year?

A. I want to say '03, but I am not sure. It has been awhile.

Q. Is Mr. Levinson an officer in CCAJN?

A. No.

Q. Was he?

A. I don't think so.

Q. He has never been, to your knowledge?

A. He is a board member and a spokesperson.

Q. Why were the CCAJN meetings in the Levinson home as opposed to some other location?

A. Convenience.

Q. In terms of what?

A. Location.

Q. You mean it was convenient for the members?

A. Yes.

Q. A central location?

00060

A. Correct.

Q. Could you please just indicate for me on the map where the Levinson home is?

A. They live in Great Neck Meadows, which is east of Great Neck Road, west of First Colonial Road, and very close to Old Donation Road.

Q. So in the, at least generally in the neighborhood on this map that's called Great Neck Meadows?

A. Yes.

Q. North of the air station?

A. Yes.

Q. What, if anything, do you remember about F/A-18 C/D aircraft operations with respect to that property?

A. Low, loud and frequent.

Q. Are they underneath the touch and go pattern?

A. I believe they are in the flight pattern.

Q. Are they underneath the touch and go pattern in particular, if you know?

A. I believe so.

Q. Is that -- was your experience of F/A-18 C/D aircraft operations at that house different in any way from your experience at the Sugar Creek Drive residence that you lived in?

A. Yes.

Q. How so?

when you first became involved in this lawsuit, and as I recall you didn't remember.

Different question now. Why did you get involved in the lawsuit? And again I am not asking about any communications you had with your lawyer. I am asking about your particular motivation.

A. I became involved in this lawsuit because I believe a taking has occurred. I believe that the level of, the capacity to be able to sleep and enjoy the quiet of your home, let alone be able to go outside, is something that should remain close to constant. Within a range, let's say. But that when it becomes so detrimental to -- when it became so detrimental to my health and my life-style that these jets were flying over my home and around my home with the frequency and intensity and the noise levels that were being created, that it was incompatible with human life, that it is so bad and so detrimental that somebody needs to be held accountable for it, and that if this is what it takes, then so be it.

Q. Have you had any health problems related to operations of the F/A-18 C/D aircraft at Oceana?

A. I was having trouble sleeping at night and I was very agitated. I went outside my home one day when I couldn't hear in my home to conduct business, and when I walked outside a jet flew over so low and so loud that I