# Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft

February 18, 1998

Submitted under contract
N68925-93-D-A093

Naval Facilities Engineering Command
Department of the Navy
Alexandria, Virginia

ATAC Corporation
Sunnyvale, California

# PREFACE

The Airfield and Airspace Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft was conducted by ATAC Corporation under Work Order Number 13 of Contract Number N68925–93–D–A093. The Naval Aviation Simulation Model, NASMOD, the primary tool used to produce this study, was developed by ATAC for the Naval Facilities Engineering Command (NAVFAC).

The ATAC analysts for this study, and the authors of this report, are Derek Huber, Eric Boyajian, and Joe Martin. Michael Abkin is overall project manager. The authors acknowledge the indispensable contributions throughout this study of other members of ATAC's NASMOD team and of our Navy, Marine Corps, and Air Force points of contact.

**Update Note:**

This final report is an update to the final report originally issued August 22, 1997. Several tables and figures have been modified, including Tables 2-4, 2-5, and 2-7 and Figure 4-4, to reflect current information and to correct reported data. Also, descriptions of the Manteo/Dare County Regional Airport runways have been updated (see Section 4).

Subsequent to publication of the August 1997 Final Report, the Navy reduced the number of F-14 aircraft in fleet squadrons and in the F-14 fleet replacement squadron (FRS). The reduction was a function of the age of some F-14 aircraft. As a result, the eleven F-14 fleet squadrons at NAS Oceana will be reduced from 150 to 114 F-14 aircraft, and the FRS will be reduced from 48 to 33 aircraft. The total F-14 aircraft at NAS Oceana is now 147. The maximum number of pilots per squadron will also be reduced from 18 to 15. There will be no reduction in the number of pilots in the FRS.

As a result of these reductions in aircraft and pilots, the number of sorties projected by F-14 fleet squadrons is estimated to decrease by 17 percent from those identified in the August report. In calculating this percent reduction, the reduction in pilots per squadron was assumed to affect the frequency of all flight types equally. Although the number of FRS aircraft is reduced from 48 to 33, the number of pilots in the FRS and the FRS pilot training requirements will remain unchanged. The projected sorties for the FRS will be identical to those identified in the August report.

## EXECUTIVE SUMMARY

This study examines the capability of NAS Oceana and MCAS Cherry Point, including NALF Fentress, MCALF Bogue, and the local airspace and ranges, to accommodate the prospective levels of operations resulting from the implementation of BRAC 95-related decisions. This analysis is accomplished through the use of a fast-time computer simulation model, NASMOD.

Five alternative relocation scenarios (ARS) were identified by the Navy for analysis. Each scenario represents an alternative base-loading squadron mix in a future year (i.e., FY99) following the relocation and realignment of the modeled squadrons. A baseline scenario was analyzed with which to compare the alternatives.

The tenant mix for the Baseline Scenario is as follows:

| NAS Oceana | MCAS Cherry Point |
|---|---|
| 7 F-14 Atlantic fleet squadrons | 3 AV-8 fleet squadrons |
| 4 F-14 Pacific fleet squadrons | 1 AV-8 FRS |
| 1 F-14 FRS | 4 EA-6B squadrons |
| 1 F/A-18 adversary squadron | 1 KC-130 fleet squadron |
| | 1 KC-130 FRS |

The alternative scenarios specify the location of the Atlantic F/A-18 squadrons as follows:

| | ARS-1 | ARS-2 | ARS-3 | ARS-4 | ARS-5 |
|---|---|---|---|---|---|
| NAS Oceana | 11 + FRS | 9 + FRS | 8 + FRS | 6 + FRS | 6 + FRS |
| MCAS Cherry Point | | | 3 | | 5 |
| MCAS Beaufort | | 2 | | 5 | |

The impacts of Navy squadron realignment alternatives on MCAS Beaufort and that air station's surrounding training areas is not examined in the study.

On an annual basis, the increase in flight operations from the realignment of the Navy F/A-18 squadrons does not affect the ability of the squadrons to complete their overall flight requirements. Although increases for most aircraft groups in adjusted and postponed flights do occur in the alternative scenarios, no significant postponements in flight scheduling are experienced. Some adjustments are made to alternative or less-preferred training areas for most squadrons. Also, shifting of flight launch times due to adjusted training area selections affect squadron aircraft allocation and overall scheduling efficiency.

The impacts to airfield operations at NAS Oceana by a comparison between the Baseline Scenario and ARS-1 are as follows:

- Operations increase by about 120 percent.
- NALF Fentress experiences an increase of 51 percent in operations.
- Taxi delay rises from an average of 1.0 minute to 1.9 minutes per sortie.

# 1 INTRODUCTION

This study examines the capability of Naval Air Station (NAS) Oceana and Marine Corps Air Station (MCAS) Cherry Point, including Naval Auxiliary Landing Field (NALF) Fentress and Marine Corps Auxiliary Landing Field (MCALF) Bogue Field, and the related ranges, military operations areas (MOAs), warning areas, and restricted areas, to accommodate prospective levels of operations resulting from 1995 Base Realignment and Closure (BRAC 95)-related decisions. Figure 1-1 depicts the general study region. This section describes the issues and objectives of the study, the methodology followed, data sources, and the contents of this report.

## 1.1 Issues and Study Objectives

The Navy has identified several issues associated with the BRAC 95-related decisions to single site the F-14 squadrons at NAS Oceana and to relocate NAS Cecil Field-based F/A-18 squadrons. These issues include:

- The sufficiency of airfield, airspace, and range capacity to accommodate the projected activity in the NAS Oceana and MCAS Cherry Point region;
- The ability of squadrons to meet their training requirements; and
- The environmental impacts on the military facilities, training areas, routes, and ranges, as well as the communities surrounding them.

Fiscal Year 1999 (FY99) is the simulation period; the proposed relocations of the F-14 fleet squadrons from NAS Miramar and the F/A-18 fleet squadrons and F/A-18 fleet replacement squadron (FRS) from NAS Cecil Field are assumed to be completed by this year.

The principal study objective is to provide the Navy with an analysis of operations within the study region under alternative base loading conditions that address these issues. The results presented are inputs to noise and environmental impact studies.

## 1.2 Study Methodology

The study methodology employs a general simulation model for naval aviation operations, the Naval Aviation Simulation Model (NASMOD). Using data and information supplied by the Navy, Marine Corps, and Air Force, ATAC configured NASMOD to represent the aviation activities at NAS Oceana and MCAS Cherry Point with the existing and proposed tenants. These simulation inputs reflect the anticipated operations at the modeled airfields and airspace including several associated bombing ranges, MOAs, and warning and restricted areas.




*Figure 1-1: Airspace Study Region*

## 1.3 NASMOD Background

The development of NASMOD was motivated by a need within the Navy for a technically credible tool to objectively and efficiently analyze options in a number of critical naval aviation decision areas. For example:

- Base closings and realignments. Is there sufficient airfield and airspace capacity at selected sites to accommodate the training requirements of both existing and realigned military users? What operational alternatives are there that could potentially mitigate capacity constraints? What are the potential impacts on civilian traffic in the area?
- Changes in special use airspace. What operational efficiencies are attainable from proposed modifications to MOAs, warning areas, and other military special use airspace areas (SUAs); or from proposed changes in operating schedules and configurations of such areas? What would be the training and cost impacts to the military of restrictions on the availability or use of such areas? What impacts might there be on civilian traffic?
- Interactions between civilian and military air traffic. What are the cost and operational impacts on military and civilian users of shared airspace due to: projected growth in levels of activity, changes in instrument flight rule (IFR) routes and/or air traffic control (ATC) procedures, or changes in the operational requirements of the users?
- New aircraft types. What are the airfield and airspace impacts associated with the introduction of a new aircraft type and its affiliated training requirements? What procedural or operational changes in airfield and airspace management, schedules, and configurations are feasible to mitigate identified constraints?
- Changes in training and resource requirements. What airfield and airspace modifications may be required due to changes in mission (e.g., the addition of night bombing to the F-14 mission), pilot training requirements (e.g., increased flight hours in the Training and Readiness Matrix for certain training events), or training resource requirements (e.g., instructors, adversary aircraft, target facilities)? What operational changes in airfield and airspace management, schedules, and configurations are feasible?
- Environmental assessments and environmental impact statements. What are the potential impacts on airfield operations and utilization of ranges and SUAs, which in turn have noise and other environmental impacts, due to changes in operations?

NASMOD is derived directly from two other general simulation models: the Navy Air Training System Model (NATS) and the Airfield and Airspace Capacity Model (SIMMOD). NATS was developed in the mid-1980s for analysis of special use airspace and other resource impacts on basic flight training at NAS Whiting Field, Florida. The design of the model was specialized for that particular application. SIMMOD, conversely, is the official simulation model of the Federal Aviation

Administration (FAA) and is used in terminal and en route airspace environments for analysis of airfield and airspace capacity issues. It has been validated and used in numerous studies for the analysis of airport layouts, runway and taxiway procedures, sectorization plans, air traffic control procedures, traffic management strategies, and traffic routing. NASMOD incorporates the functionality of NATS, the simulation and analytical capabilities of SIMMOD, and also includes advanced database and analytical capabilities necessary to model complex tactical military training operations.

NASMOD is a fast-time computer simulation model composed of:

- A graphical user interface (GUI) for data entry, including database table editing and graphical tools for building airfields, routes, and mission profiles; simulation control; and results analysis, including a database querying tool;
- A traffic animator, which replays a simulated day of air traffic and training operations as an animated, graphical approximation of the events simulated by the NASMOD mathematical model;
- Relational databases of input and output data, wherein the input data control the model assumptions and parameters, and the output data contain the results for the simulation period;
- Simulation modules that model squadron mission scheduling, central scheduling of airspace areas, and the evolution of military missions and their interactions with other modeled traffic; and
- A performance calculator that computes selected measures of performance for squadrons and their training activities, airfield operations, and airspace and range area scheduling and utilization.

Appendix D provides an overview of the NASMOD simulation model components.

## 1.4 Study Process

A NASMOD study consists of four basic phases: study design, data collection, model development, and scenario simulation and analysis. Each study is a highly iterative and interactive process requiring extensive coordination between the analysts and the data sources during all phases. Often, information learned and insights gained during a later phase of the study necessitate revisiting earlier phases before proceeding. Occasionally, assumptions are adjusted, data collection is revised, or the scenario design is modified.

### 1.4.1 Study Design

During the design phase of a study, analysts and military personnel meet and determine the baseline and operating alternatives, including the assumptions

governing each. Occasionally, modifications or updates are required to reflect results of the analysis in progress, particularly when the need for a more detailed analysis is recognized or an area of interest changes due to a dynamic decision.

### 1.4.2 Data Collection Requirements and Sources

During the data collection phase of the study, analysts collect the large volume of data required for model construction and analysis. These data describe current and proposed operations. For this study, there are three general categories of data sources: publications; personal interviews and observations of operations; and records of actual airfield and airspace operations. The References section lists all of the documents, publications, and other direct and indirect sources used. Examples of the published information include: letters of agreement, maps and charts of airspace structures and airfield facilities, approach plates, computer-aided design (CAD) and other engineering drawings, the air operations manual, and range regulations. Examples of information gathered through interviews and direct observations include: ATC procedures, flight profiles, flight scheduling requirements, and squadron deployment specifications. Actual operations records include: ATC facility logs, traffic analyzer data, and squadron flight schedules.

### 1.4.3 Model Development

Preparation of the NASMOD input database involves analyzing the collected data and extracting and assembling the essential information. Analysts convert this information into the format required by the model, enter the data, and then test various parameters for accuracy.

### 1.4.4 Simulation and Analysis of Alternative Scenarios

Each alternative scenario requires a separate database with parameters set to reflect the appropriate assumptions. The model simulates the air traffic and training operations associated with those assumptions. For this study, ATAC uses a one-year simulation period. Results from the one-year period account for the seasonal variation in operations and the impact of unit deployment schedules. Simulation results are used in the analysis to identify, quantify, and compare the differences between the baseline and operating alternatives.

## 1.5 Report Contents

This report documents the process, assumptions, results and analyses of the Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft (hereinafter refered to as the Navy F/A-18 Realignment Study). The report contains four additional sections. These sections describe the model building process with a description of the alternative scenarios and their associated

assumptions, the comparative analysis among the alternatives based on simulation results, and the summary and conclusions. The appendices contain a description of the model and selected detailed results. A glossary of terms and lists of references and acronyms are also provided.

# 2 SCENARIO SPECIFICATION AND MODEL DEVELOPMENT

This section describes the model development process and provides detailed information about the baseline and five alternative base-loading scenarios studied. It provides an overview of the key logical and data assumptions that comprise the Navy F/A-18 Realignment Study, including airfield and airspace data, training area descriptions, and user operations characteristics.

## 2.1 Scenario Specifications

The five alternative scenarios for this study are unique base-loading possibilities involving Navy F/A-18 squadrons from NAS Cecil Field. All assumptions governing the baseline scenario also apply to each alternative scenario unless specifically stated otherwise in the following discussions. Table 2-1 summarizes the Navy F/A-18 squadron base loading for each alternative scenario. Note that, although two scenarios assume F/A-18 assets are relocated to MCAS Beaufort, analysis of the impacts on the MCAS Beaufort area of this relocation is outside the scope of this study.

The alternative realignment scenario (ARS) designation reflects the numbering of the scenarios in the environmental impact statement (EIS) for which this study is a data source.

***Table 2-1: Alternative Relocation Scenarios of the Navy F/A-18 Squadrons***

| | ARS-1 | ARS-2 | ARS-3 | ARS-4 | ARS-5 |
|---|---|---|---|---|---|
| **NAS Oceana** | 11 + FRS | 9 + FRS | 8 + FRS | 6 + FRS | 6 + FRS |
| **MCAS Cherry Point** | | | 3 | | 5 |
| **MCAS Beaufort** | | 2 | | 5 | |

The Baseline Scenario against which the above alternatives are compared assumes that four Pacific Fleet F-14 squadrons are based at NAS Oceana along with seven Atlantic Fleet F-14 squadrons, one F-14 fleet replacement squadron (FRS), and one Navy F/A-18 adversary squadron. Based at MCAS Cherry Point are three AV-8 fleet squadrons, one AV-8 FRS, four EA-6B squadrons, one KC-130 fleet squadron, and one KC-130 FRS. In the Baseline Scenario, all Navy A-6 squadrons at NAS Oceana are decommissioned, and the base loading at MCAS Cherry Point reflects current conditions.

The EIS specification of ARS-5 includes the addition of a new runway parallel to Runway 23R at MCAS Cherry Point. This study does not address the quantitative impacts of the parallel runway. However, descriptions of the location and specifications of the parallel runway (that are currently known) and changes that will be made to the air station's patterns and operations are provided in Section 2.3.4.1. A qualitative assessment of the impacts of the parallel runway is presented in Section 3.

## 2.2 Airfield Operations

NAS Oceana and MCAS Cherry Point are master Navy and Marine Corps air stations in Virginia and North Carolina, respectively. Other Navy/Marine Corps airfields in the region include NAS Patuxent River, NAS Norfolk, and MCAS New River; these three air stations are not under consideration as sites for basing Navy F/A-18 squadrons.

### 2.2.1 NAS Oceana Operations

The NAS Oceana airfield is located approximately 3½ miles west of the Atlantic coast in Virginia Beach, Virginia, as shown in Figure 2-1. NALF Fentress, an outlying airfield used primarily for field carrier landing practice (FCLP) operations, is located about 8½ miles southwest of NAS Oceana. This region has experienced substantial commercial and residential growth in recent years with significant development occurring just outside the confines of the air station.




*Figure 2-1: Vicinity of NAS Oceana*

NAS Oceana has two sets of dual runways for arrival and departure traffic. Runways 5L/R (left/right) and 23L/R are the "calm wind" runways. These runways are preferred at times when wind is not a constraining factor (typically less than 3 knots) due to their length, orientation with respect to arrival and

departure routings, and proximity to desired ground features such as high speed exits and fuel pits. Figure 2-2 depicts the proposed NAS Oceana airfield layout after the proposed realignment of the F-14 and F/A-18 squadrons.




***Figure 2-2: NAS Oceana Airfield Layout***

In general, airfield operations for all scenarios modeled in NASMOD are in accordance with published ATC procedures and consistent with the current NAS Oceana Air Operations Manual. However, to facilitate timely development of the NAS Oceana airfield model, all the airfield operations are "mapped" to one duty runway plan (Runways 5R and 5L). This greatly reduces the modeling effort while

achieving the desired results with no significant loss of accuracy. NAVFAC and NAS Oceana base operations representatives concurred with this approach. Therefore, results related to specific runways are not addressed in this study; however, such statistics can be derived by distributing the total operations among the runways based on their historical proportion of total usage.

This approach is supported by several NAS Oceana airfield characteristics, including:

1. The airfield consists of two pairs of dual runways (5/23 and 14/32) aligned about 90 degrees from each other. Historically, total airfield operations have been distributed by runway pair as follows:

| Runway Pair | Operations Distribution |
|---|---|
| 5 | 50% |
| 14 | 2% |
| 23 | 34% |
| 32 | 14% |

2. There is no significant difference between the duty runways in the total time required by aircraft to taxi for takeoff and return to the ramp after landing. There is somewhat less room for aircraft holding for departures on Runway 32.

3. Overhead break approaches and precision approach landing system (PALS) approaches are available to all four runway pairs. Standard departures can be made from all the runways. Instrument carrier landing system (ICLS) services are available on Runway 5R.

4 Each of the runway pairs has a visual pattern and a GCA box pattern. The capacities of the patterns are the same for each runway pair.

5. Field carrier landing practice (FCLP) can be performed on each of the four runway pairs.

The airfield facilities and ground activities (i.e., aircraft parking areas, refueling pits, and taxiways) are modeled according to the current airfield layout and operating procedures. A node/link network in NASMOD represents the runway/taxiway/parking area. Airfield nodes are placed at physical positions where aircraft interact or where significant events (in terms of aircraft movements) occur, including the ends of runways, runway exits, runway/taxiway crossing points, taxiway/taxiway crossing points, refueling pits, and parking areas. A link is the travel path between two nodes. Figure 2-3 depicts the node/link network constructed for NAS Oceana.

The direction in which links can be traversed and the type of operation that can use a link (that is, arrivals only, departures only, or both arrivals and departures) are inputs to the model. In traveling between two ground nodes (e.g., fuel pit and hangar), the taxipath to be used by an individual aircraft can be either pre-specified in the NASMOD input or determined by the model logic to achieve the minimum-time routing. The minimum-time routing logic is implemented as much as possible

except in cases where specific directionality is required, such as when aircraft pass through the fuel pits.




***Figure 2-3: NAS Oceana NASMOD Airfield Network for the Runway 5 Plan***

Operations at the aircraft parking areas are not modeled in detail. Squadron parking areas, in which a specific squadron or squadrons park, are defined instead of parking spaces for individual aircraft. The capacity of a squadron parking area is defined as the total number of individual aircraft capable of being parked there. The squadron parking area allocation is based primarily on the actual squadron

The frequently used, published routes are:

APOLLO Departure: This standard departure follows the 175° NTU (NAS Oceana) Tactical Air Navigation (TACAN) radial. Aircraft departing the field climb to 1000 feet (altitudes in MSL) and maintain until clear of the VFR pattern. Aircraft then execute a right turn from Runways 5 and 14 and a left turn from Runways 23 and 32 to intercept the radial within four nautical miles (NM) of the TACAN. The left turn from Runway 32 should be made within two NM. Aircraft should climb above 11,000 feet within 38 miles along the radial. There are a number of transitions along this route for entry into W-72, the W-72 Tactical Aircrew Combat Training System (TACTS) range, R-5314 and the Navy Dare County Bombing Range, R-5313, Stumpy Point MOA, Pamlico MOA, and W-122.

SOUCEK Departure: Aircraft on this standard departure climb straight from Runway 5 or execute left turns above 3500 feet from Runways 14, 23, and 32 to intercept the 95° radial of the Norfolk International Airport Very High Frequency Omnidirectional Range Tactical Air Navigation (VORTAC) transmitter. Transitions take aircraft into W-386 and W-72.

NORFOLK Departure: Aircraft on this standard departure climb to 1500 feet while maintaining their runway heading. They are then given radar vectors to their appropriate transition or fix. A flight track to the SCHOL fix has been modeled for missions using the military training routes (MTRs) to the west.

SANDERS Approach: Aircraft on this standard approach intercept the 193° NTU TACAN radial within 29 NM at altitudes between 4500 feet and 6500 feet. When three NM from the airfield, they turn to fly the three-NM arc until they intercept the duty runway extended center-line, at which point they turn to enter the break or land.

LIGHTSHIP Approach: This standard approach is available only to runways 23 and 32. Aircraft on this approach intercept the 83° NTU TACAN radial within 16 NM at altitudes between 4500 feet and 6500 feet. When three NM from the airfield, they turn to fly the three-NM-radius arc until they intercept the duty runway extended center-line, at which point they turn to enter the break or land.

Two patterns are used at the NAS Oceana airfield for visual and instrument approach training. The visual pattern, also called the tower pattern, is a left-hand pattern in which aircraft conduct touch-and-go operations to Runway 5L. FCLP operations also use this pattern. Aircraft operate at 1000 feet AGL (above ground level) on the downwind leg of this pattern. ATC limits five aircraft to the tower pattern. Aircraft enter the visual pattern from the overhead break approach (most common), a straight-in visual approach, a transition from an instrument approach to Runway 5R, or directly after take-off. The instrument pattern, or GCA box pattern, is a right-hand pattern to Runway 5R. Instrument approaches involve shallower approach angles, hence a larger distance from an initial point to the

runway, than visual approaches. For modeling purposes, ATC personnel stated that a reasonable maximum number of aircraft in the GCA pattern at one time is eight aircraft.

The NALF Fentress pattern is designated as the airspace below 1000 feet and within 1¾ nautical miles from the center of the airfield. This auxiliary field is used only under VFR or Special VFR (SVFR) conditions. Interfacility departures from NAS Oceana to NALF Fentress use the following procedures:

NALF Fentress duty runway is 5: NAS Oceana Runway 5 and 14 departures execute right turns within 3 nautical miles to intercept the 201° (VFR) or 213° (SVFR) NTU TACAN radial. They follow the radial at or below 1500 feet (VFR) or as assigned (SVFR) to 11 nautical miles from the TACAN at which they execute a right hand turn and enter NALF Fentress pattern via the break at 1000 feet. NAS Oceana Runway 32 departures execute left turns within 3 nautical miles to intercept the 233° (VFR) or 213° (SVFR) NTU TACAN radial. They follow the radial at or below 1500 feet (VFR) or as assigned (SVFR) to 11 nautical miles from the TACAN at which they execute a left (VFR) or right (SVFR) hand turn and enter NALF Fentress pattern via the break at 1000 feet.

NALF Fentress duty runway is 23: All NAS Oceana departures execute turns within 3 nautical miles to intercept the 223° NTU TACAN radial. They follow the radial at or below 1500 feet (VFR) or as assigned (SVFR) and directly enter NALF Fentress pattern via the break at 1000 feet.

Interfacility departures from NALF Fentress to NAS Oceana use the following procedures:

NAS Oceana duty runway is 5: NALF Fentress departures proceed directly to NAS Oceana for a straight-in approach.

NAS Oceana duty runway is 14: NALF Fentress Runway 5 departures proceed directly to NAS Oceana and enter the downwind leg of the tower pattern. NALF Fentress Runway 23 departures turn left and proceed to NAS Oceana via the STUMPY LAKE fix and enter the base leg of the tower pattern.

NAS Oceana duty runway is 23: NALF Fentress departures turn right and proceed to NAS Oceana via the PUNGO fix and enter the downwind leg of the tower pattern.

NAS Oceana duty runway is 32: NALF Fentress Runway 5 departures turn right and proceed to NAS Oceana via the PUNGO fix and enter the base leg of the tower pattern. NALF Fentress Runway 23 departures turn left and proceed to NAS Oceana via the PUNGO fix and enter the downwind leg of the tower pattern.

The upwind leg of NALF Fentress visual or FCLP pattern is a maximum of 1.5 miles for Runway 5 and a minimum of 1.7 miles for Runway 23. The pattern

altitude is 800 feet. Coordination by a landing signal officer (LSO) is required when more than one aircraft is in the pattern.

### 2.3.3 MCAS Cherry Point Airspace Description

The MCAS Cherry Point RATCF provides radar air traffic control services for airports and air traffic operations within Alert Area 530 (A-530), the Restricted Area 5306 complex (R-5306A, C, D, and E), and portions of Warning Area 122 (W-122) at-or-below 17,000 feet, and in other areas where altitudes and airspace structures are specified by letters of agreement. Figure 2-9 depicts the modeled approach control airspace boundaries and stratification. Air traffic control responsibilities for R-5313 and R-5314 are delegated by Washington ARTCC to FACSFAC VACAPES when these areas are in use by military units.




*Figure 2-9: MCAS Cherry Point Approach Control Airspace*

Since the commissioning of this study, a proposal has been made to modify the boundaries of the MCAS Cherry Point Approach Control Airspace by increasing the volume of airspace under the MCAS Cherry Point RATCF's control by approximately 300 percent, with lateral boundaries stretching to R-5314. Personnel at MCAS Cherry Point RATCF stated that the change will increase the quality of services (e.g., improved radar and radio coverage for several airports, improved traffic flow efficiency due to new airspace sectorization) provided to aircraft operating in the new airspace but will not have significant impacts on military and civilian traffic routings.

#### 2.5.1.4 F-14 Fleet Squadrons

There are eleven F-14 fleet squadrons based at NAS Oceana in the baseline scenario. These are composed of seven Atlantic fleet and four Pacific fleet squadrons. Squadron compositions are shown in Table 2-6. Many squadrons begin their workup with fewer than their full complement of aircrews and aircraft; however, as their deployment date gets closer, the squadrons are usually brought up to full strength. Typically, only ten aircraft per squadron are mission capable on a given day.

***Table 2-6: F-14 Fleet Squadron Compositions***

| Squadron Type | Number of Squadrons | Aircraft per Squadron | Aircrew per Squadron |
|---|---|---|---|
| F-14 Fleet (Atlantic) | 3 | 14 | 18 |
| F-14 Fleet (Atlantic) | 4 | 13 | 17 |
| F-14 Fleet (Pacific) | 4 | 14 | 18 |

The squadrons typically work Monday through Friday; however, weekends are utilized to catch up on incomplete training due to unforeseen events, such as bad weather and equipment failures. Cross-country flights and detachment transits are often (or primarily) flown during the weekend. The F-14 fleet squadrons occupy Hangars 500, 404, and 200 in the western-facing ramp area at NAS Oceana.

#### 2.5.1.5 F/A-18 Fleet

All F/A-18 squadrons are assumed to be similar in composition and workup schedule. Each squadron is assumed to have 17 aircrews and 12 aircraft; however, on average only nine aircraft are mission capable on a given day.

Like the F-14 squadrons, the F/A-18 squadrons typically work Monday through Friday with "catch-up" training, cross-country flights, and detachment transits flown primarily on weekends. The F/A-18 fleet squadrons occupy Hangars 111 and 122 in the eastern-facing ramp area at NAS Oceana. At MCAS Cherry Point, they occupy Hangars 1665W, 131S, and 1700E as well as additional ramp space adjacent to Hangar 130 for ARS-5.

#### 2.5.1.6 Navy Squadron Airwing Assignments

An important component of a squadron's impact over the course of a year on its home air station and the local training areas is its airwing assignment. After proposed carrier deployment cycles were determined by AIRLANT personnel and ATAC analysts, the composition of each airwing for each scenario was carefully selected in order to have an *average* impact over the year on NAS Oceana, MCAS Cherry Point, and the local training areas. Table 2-7 presents the Atlantic Fleet airwings' composition of Navy F-14 and F/A-18 squadrons for the alternative

### 3.2.1 NAS Oceana Operations

All of the alternative scenarios involve the relocation of F/A-18 squadrons to NAS Oceana, resulting in a significantly greater number of annual operations than are observed for the Baseline Scenario. Figure 3-2 illustrates the proportion of day (defined as 0700–2200) versus night (2200–0700) operations. The percentage of




***Figure 3-2: NAS Oceana Annual Airfield Operations***

night operations for the alternative scenarios ranges from 8.1 percent (ARS-3 ) to 8.5 percent (ARS-1) of total operations while it is 6.5 percent for the Baseline Scenario. This reflects the heavier emphasis on nighttime operations by the F/A-18 squadrons.

With the greatest number of squadrons based at NAS Oceana (25 squadrons) of the analyzed scenarios, ARS-1 generates the greatest increase in annual operations over the Baseline Scenario, as shown in Table 3-3. The F/A-18 FRS generates 47 percent (over 60,000) of the additional operations in ARS-1; if only the FRS

***Table 3-3: Percentage Increase in Annual NAS Oceana Operations over the Baseline***

| | |
|---|---|
| ARS-1 | 118.1% |
| ARS-2 | 108.6% |
| ARS-3 | 100.6% |
| ARS-4 | 92.6% |
| ARS-5 | 92.9% |

is realigned to NAS Oceana, airfield operations would increase by 56 percent over the Baseline Scenario. The increase over the baseline is significantly less for ARS-4 and ARS-5 which have six (vice 11) F/A-18 Fleet squadrons based at NAS Oceana.

Pattern operations at NAS Oceana significantly increase with the realignment of the F/A-18 squadrons in each of the alternative scenarios. Table 3-4 shows the number of annual operations conducted in the VFR pattern, the FCLP pattern, and the instrument pattern for each scenario. Table 3-5 presents the percentage increase over the Baseline Scenario in each pattern type at NAS Oceana for the alternative realignment scenarios. The VFR touch-and-go operations are more than doubled in all scenarios, with the F/A-18 FRS alone contributing over 38,000 operations. NAS Oceana-based squadrons prefer to conduct FCLP operations at NALF Fentress and utilize NAS Oceana only when NALF Fentress is unavailable. In the Baseline Scenario, squadrons are able to complete their FCLP training without utilizing NAS Oceana; however, in each of the alternative scenarios, NAS Oceana is utilized for FCLP training. This "off-load" of operations represents about three percent of the total FCLP operations conducted by NAS Oceana-based squadrons in ARS-1. Note that the amount of exclusive-use pattern time utilized at NAS Oceana (on Runway 5L) in ARS-1 is approximately 25 hours for the year.

***Table 3-4: Annual Pattern Operations at NAS Oceana***

| | Baseline | ARS-1 | ARS-2 | ARS-3 | ARS-4 | ARS-5 |
|---|---|---|---|---|---|---|
| **VFR Touch-and-Go Operations** | 52,300 | 117,800 | 114,200 | 110,800 | 106,700 | 106,500 |
| **NAS Oceana FCLP Operations** | 0 | 3,500 | 2,900 | 1,400 | 2,300 | 1,800 |
| **Instrument Touch-and-Go Operations** | 9,400 | 17,300 | 17,000 | 16,600 | 16,100 | 16,200 |

Note: Operations rounded to the nearest 100.

***Table 3-5: Percentage Increase in Annual Pattern Operations at NAS Oceana over the Baseline***

| | ARS-1 | ARS-2 | ARS-3 | ARS-4 | ARS-5 |
|---|---|---|---|---|---|
| **VFR Touch-and-Go Operations** | 125% | 119% | 112% | 104% | 104% |
| **Instrument Touch-and-Go Operations** | 84% | 80% | 77% | 71% | 72% |

One measure of potential airfield congestion is the average amount of taxi time required per sortie. For this calculation, taxi time is considered to be the time an aircraft spends moving from one point to another on the airfield before and after a flight. Time spent arming, de-arming, pit refueling, or waiting for an available fuel pit, while modeled, is not included in the taxi time delay analysis since not all sorties perform these activities. Consequently, the only taxi times considered are the time spent in motion and the delays imposed by pilot and controller action,

such as holding short for takeoff and waiting to cross active runways or busy taxiways. All sorties are subject to these types of delays, regardless of their mission. As can be seen from Table 3-6, the average taxi delay for ARS-1 is almost double that for the Baseline Scenario, generating about a 15 percent increase in the total average sortie taxi time.

***Table 3-6: Average "Per Sortie" Taxi Times (in minutes) for NAS Oceana***

| Per Sortie (sum of pre-takeoff and post-landing) | | |
|---|---|---|
| | **Taxi Duration** | **Taxi Delay** |
| Baseline | 15.1 | 1.0 |
| ARS-1 | 17.3 | 1.9 |
| ARS-2 | 17.1 | 1.8 |
| ARS-3 | 17.0 | 1.7 |
| ARS-4 | 16.8 | 1.6 |
| ARS-5 | 16.8 | 1.6 |

The amount of delay a sortie experiences while refueling in the pits is another indicator of airfield congestion. Section 2.2.1 notes that the fuel pits are modeled to accommodate the simultaneous refueling of up to four aircraft on the western-facing ramp and four aircraft on the eastern-facing ramp, with queues of up to six aircraft allowed for each ramp area. The six-aircraft-per-queue limit is the threshold used by the model to determine the point at which additional aircraft taxi directly to their line without waiting to refuel at the pits.

Table 3-7 lists some noteworthy fuel pit statistics for selected scenarios. The **Total Aircraft Requesting Pit Refueling** is a count of all the annual sorties that will use the fuel pits if they can. The **Aircraft that Must Wait** is the number of aircraft that want to use the fuel pits but find them all occupied upon arrival. Note that this value is 141 percent higher for ARS-1 than it is for the baseline while the number of aircraft requesting pit refueling is only 112 percent higher. This difference in the relative comparisons of the two statistics indicates that the fuel pit capacity adversely affects the level of operations for ARS-1. This condition is not the case for ARS-3. The **Aircraft that Must Wait** statistic is given as a proportion of **Total Aircraft Requesting Pit Refueling** in the row labeled **Percentage of Total Aircraft that Must Wait**. This percentage can also be interpreted as the probability that the desired fuel pit is occupied when an aircraft wishes to enter. The **Percentage of Aircraft that Cannot Enter Queue** is a subset of the **Percentage of Total Aircraft that Must Wait**. This is the proportion or probability that not only are the four fuel pit slots in a given ramp area full, but there are already six aircraft waiting when another aircraft arrives. The queues for the western-ramp and eastern-ramp fuel pits are assumed to be independent; however, these statistics aggregate the fuel pits of both ramps. The **Average Wait Prior to Refueling** is virtually the same in all scenarios. This is the amount of time that an aircraft, once it has entered the queue, will actually spend waiting for a fuel pit slot.

*Table 3-8: Annual Pattern Event Completions at NAS Oceana*

| Aircraft Group | Desired Pattern Events* not Performed | | | | | |
|---|---|---|---|---|---|---|
| | Baseline | ARS-1 | ARS-2 | ARS-3 | ARS-4 | ARS-5 |
| F/A-18 Fleet | — | 1,386 | 1,249 | 931 | 770 | 741 |
| F/A-18 FRS | — | 1,576 | 1,753 | 1,607 | 1,341 | 1,432 |
| F-14 Fleet | 308 | 1,368 | 1,269 | 1,256 | 1,226 | 1,115 |
| F-14 FRS | 269 | 937 | 857 | 767 | 805 | 846 |
| Adversary/Transient | 99 | 251 | 187 | 226 | 196 | 200 |
| ***Total Events*** | 676 | 5,518 | 5,315 | 4,787 | 4,338 | 4,334 |

| Aircraft Group | Percent of Desired Pattern Events* Performed | | | | | |
|---|---|---|---|---|---|---|
| | Baseline | ARS-1 | ARS-2 | ARS-3 | ARS-4 | ARS-5 |
| F/A-18 Fleet | — | 91.8% | 91.5% | 92.4% | 92.2% | 92.3% |
| F/A-18 FRS | — | 93.5% | 92.8% | 93.4% | 94.5% | 94.1% |
| F-14 Fleet | 97.2% | 89.3% | 89.9% | 90.0% | 89.9% | 90.8% |
| F-14 FRS | 98.4% | 94.6% | 95.0% | 95.6% | 95.3% | 95.1% |
| Adversary/Transient | 97.9% | 95.4% | 96.6% | 95.8% | 96.4% | 96.3% |
| ***Total Percentage*** | 98.0% | 92.8% | 92.9% | 93.3% | 93.7% | 93.7% |

*One Event = Two Operations; excludes FCLP operations

### 3.2.2 NALF Fentress Operations

Figure 3-3 provides the number of annual operations at NALF Fentress for each of the scenarios, and Table 3-9 presents a comparison of the percentage increase of NALF Fentress operations from the Baseline Scenario. The impacts of the F/A-18 squadrons' realignment is significant: a 51 percent increase in operations (about 53,500 operations) in ARS-1 over the baseline and a 40 percent increase in ARS-4 and -5.

*Table 3-9: Scenario Comparisons of NALF Fentress Operations*

| | Percent Greater than Baseline | Daytime Operations | Nighttime Operations |
|---|---|---|---|
| Baseline | — | 38,056 | 66,612 |
| ARS-1 | 51.1% | 59,602 | 98,592 |
| ARS-2 | 43.3% | 56,008 | 94,032 |
| ARS-3 | 42.1% | 55,164 | 93,592 |
| ARS-4 | 39.2% | 53,408 | 92,252 |
| ARS-5 | 39.6% | 54,008 | 92,132 |

FCLP training is grouped into daytime and nighttime periods, with the first nighttime period occurring no earlier than thirty minutes after sunset. Table 3-9

provides a comparison of the daytime and nighttime (based on sunrise and sunset times) operations for NALF Fentress. For all the scenarios, about 63 percent of the FCLPs are conducted under nighttime conditions. However, only about 38 percent (33 percent for Baseline) are conducted after 2200. Of course, during the summer months, a greater number of FCLPs are flown after 2200 than during the winter months, simply due to the shifts in the sunset time.




***Figure 3-3: NALF Fentress Annual Airfield Operations***

Constraints on simulated daytime and nighttime FCLP scheduling at NALF Fentress exist due to airfield closure periods, the shifting of sunrise and sunset times during the year, and rigid block scheduling of Fentress time in NASMOD. The operating hours of NALF Fentress for a normal week are illustrated in Figure 3-4. The shaded regions denote the times that NALF Fentress is closed. Notice that the number of daytime and nighttime hours is dependent on the sunrise and sunset times. As modeled, NALF Fentress is scheduled in 45-minute time blocks; however, some of the open time periods, such as 1230–1630, do not divide evenly into 45-minute blocks and, consequently, fifteen minutes will be unused. During certain periods of the year, up to thirty minutes of nighttime hours are technically "unschedulable" each night. This limitation may not be entirely realistic since squadrons can slide the times at which they arrive at NALF Fentress, can mix with sister squadrons, or can simply use a time block less than 45 minutes. While the

# 5 SUMMARY AND CONCLUSIONS

This study examines the capability of NAS Oceana and MCAS Cherry Point, including NALF Fentress, MCALF Bogue, and the local airspace and ranges, to accommodate the prospective levels of operations resulting from the implementation of BRAC 95-related decisions. This analysis is accomplished through the use of a fast-time computer simulation model, NASMOD, by modeling the proposed tenant squadrons and other airspace and range users with their training requirements over a simulated year. This study also examines the issues related to the proximity of the Manteo/Dare County Regional Airport to R-5314.

The NASMOD model of NAS Oceana and MCAS Cherry Point was developed with extensive coordination between the analysts and military personnel and encompasses all the relevant airfield, airspace, and squadron attributes required to characterize the elements under the scope of this study.

Five alternative relocation scenarios (ARS) were identified by the Navy for analysis. Each scenario represents an alternative base-loading squadron mix in a future year (i.e., FY99) following the relocation and realignment of the modeled squadrons. A baseline scenario was analyzed with which to compare the alternatives.

The tenant mix for the Baseline Scenario is as follows:

| NAS Oceana | MCAS Cherry Point |
|---|---|
| 7 F-14 Atlantic fleet squadrons | 3 AV-8 fleet squadrons |
| 4 F-14 Pacific fleet squadrons | 1 AV-8 FRS |
| 1 F-14 FRS | 4 EA-6B squadrons |
| 1 F/A-18 adversary squadron | 1 KC-130 fleet squadron |
| | 1 KC-130 FRS |

The alternative scenarios specify the location of the Atlantic F/A-18 squadrons as follows:

| | ARS-1 | ARS-2 | ARS-3 | ARS-4 | ARS-5 |
|---|---|---|---|---|---|
| **NAS Oceana** | 11 + FRS | 9 + FRS | 8 + FRS | 6 + FRS | 6 + FRS |
| **MCAS Cherry Point** | | | 3 | | 5 |
| **MCAS Beaufort** | | 2 | | 5 | |

The impacts of Navy squadron realignment alternatives on MCAS Beaufort and that air station's surrounding training areas is not examined in the study.

In the Baseline Scenario, each modeled squadron and unit is able to complete its training with very little difficulty. Delays, scheduling adjustments and postponements, and incomplete airfield operations are minimal. The training areas, although significantly utilized, are able to accommodate users' demand adequately; however, some missions occasionally "flex" to alternate training areas due to scheduling conflicts.

With the realignment of the Navy F/A-18 squadrons from NAS Cecil Field to NAS Oceana and MCAS Cherry Point (ARS-3 and -5), operation levels at airfield and

local training areas increase significantly. With the increases in operations comes a cost to existing tenant squadrons (as well as the realigned squadrons) in terms of "lost" airfield operations (i.e., desired return-to-base pattern operations not performed due to full patterns, weather, or FCLP periods underway), more frequent usage of secondary and alternate training areas, an increase in adjusted and postponed missions, and flight launch times more frequently "pushed" later in the day or later in the evening. With more users in the region and more demand placed on limited training area resources, the scheduling of flight operations becomes more complex. These impacts of the increase in operations are costs to the users, air traffic control, and range schedulers in the area.

On an annual basis, the increase in flight operations from the realignment of the Navy F/A-18 squadrons does not affect the ability of the squadrons to complete their overall flight requirements. Although increases for most aircraft groups in adjusted and postponed flights do occur in the alternative scenarios, no significant postponements in flight scheduling are experienced. Some adjustments are made to alternative or less-preferred training areas for most squadrons. Also, shifting of flight launch times due to adjusted training area selections affect squadron aircraft allocation and overall scheduling efficiency.

Significant increases of airfield operations at NAS Oceana occur with the realignment of the F/A-18 squadrons. In ARS-1, airfield operations increase by about 120 percent (about 128,600 operations) above baseline levels. The F/A-18 FRS contributes 47 percent of the increase. NALF Fentress experiences an increase of 51 percent in airfield operations. As a result of increased operations, taxi delay, a component of the mission delay, increases by 90 percent, rising from 1.0 minute in the Baseline to 1.9 minutes per sortie on average for ARS-1. Due to increased interactions and pattern congestion, completion of desired return-to-base pattern operations drops from 98.0 percent (average over all aircraft groups) in the Baseline Scenario to 92.8 percent in ARS-1. The F-14 fleet squadrons experience the largest decrease, from 97.2 percent in the Baseline Scenario to 89.3 percent in ARS-1.

Airfield operations at MCAS Cherry Point increase moderately in ARS-3 and -5 (18 percent and 26 percent, respectively) as a result of relocation of Navy F/A-18 fleet squadrons. Night (2200 to 0700) operations increase sharply — by 85 percent in ARS-3 and 113 percent in ARS-5. The F/A-18 fleet squadrons conduct about 10,700 FCLP operations annually in ARS-3 at MCAS Cherry Point. Note that MCALF Bogue Field operations, which total about 17, 300 annually, are not affected by Navy F/A-18 squadron operations.

Interactions increase only slightly from baseline levels with the F/A-18 squadrons at MCAS Cherry Point. The average taxi delay increases from the Baseline Scenario by about six seconds per sorties in ARS-3 and eight seconds in ARS-5. Taxi delay at MCAS Cherry Point is much lower on average (0.14 minutes in the Baseline) than at NAS Oceana (60 seconds). The pattern event completion rate drops from 96.8 percent to 94.2 percent and 94.4 percent in ARS-3 and ARS-5, respectively. Compared to the number of "lost" operations at NAS Oceana, the

operations "lost" at MCAS Cherry Point are much lower (about 70 percent lower for ARS-3).

Navy F/A-18 squadrons have a significant impact on local training area operations, especially in W-72, the W-72 TACTS range, Navy Dare County Range, and BT-11. The F/A-18 squadrons utilize almost all of the local areas currently used by the aircraft communities at NAS Oceana and MCAS Cherry Point. In W-72, annual sorties double after the realignment of F/A-18s to NAS Oceana, increasing from about 11,400 in the Baseline Scenario to 22,800 in ARS-1. Even in ARS-4 (the scenario with the fewest Navy F/A-18 squadrons in the region), W-72 sorties increase by 44 percent to 20,200 for the simulated year.

The W-72 TACTS range and Navy Dare County Range approach capacity limits with the realignment of F/A-18 squadrons. The TACTS range in ARS-1 is utilized 83 percent (of its published available hours), with over 8000 sorties using the area annually. In the Baseline Scenario, the TACTS range experiences 4000 annual sorties and has a utilization rate of 78 percent. The number of sorties utilizing the TACTS range increases by 67 percent in ARS-1 (the greatest increase from the baseline of any alternative scenario) to 46 percent in ARS-4 (the smallest increase).

Note that the utilization percentages for the alternative scenarios are about the same as for the Baseline although the number of sorties is substantially higher. This implies that, as more Navy squadrons are based in the region, the average number of aircraft participating in each TACTS range event will increase. Also, scheduling inefficiencies and demand peaking from among the squadrons preclude the possibility of scheduling 100 percent of the available hours, and utilization rates of 80 percent to 85 percent may be a practical upper limit given the current scheduling procedures and requirements.

Navy Dare County Range also experiences high levels of utilization after the realignment. The annual sorties at Navy Dare increase by 37 percent in ARS-1, 33 percent in ARS-2, -3, and -5, and 25 percent in ARS-4. The variation of Navy Dare's utilization rate in the alternative scenarios is very small: 67 percent in ARS-1 and 64 percent in ARS-4. As demand for the area is reduced (e.g., ARS-1 to ARS-4 or ARS-5), the utilization rate does not decrease by a proportional amount. This observation, coupled with the fact that the training area selection "flexing" from Navy Dare increases in the alternative scenarios, suggests that as Navy Dare's utilization rate approaches 70 percent, the range approaches "capacity," or saturation.

The increases in annual sortie rates at BT-9 and BT-11 are on the same order in all scenarios as those experienced at Navy Dare range. BT-11 sorties increase by 34 percent in ARS-1 and only 19 percent in ARS-4 from baseline levels. Similarly, BT-9 annual sorties increase by 41 percent in ARS-1 and 16 percent in ARS-4 from the Baseline Scenario. From a schedule capacity point-of-view, BT-11 has the ability to accommodate increased operations after the realignment of the Navy F/A-18 squadrons (in any scenario). BT-11's utilization rate is approximately 50

percent for all scenarios (42 percent in the Baseline Scenario). On average, BT-9 is only utilized about 20 percent of its available hours.

W-122 is significantly affected only in ARS-3 and -5, in which F/A-18 fleet squadrons are based at MCAS Cherry Point. Annual sorties increase by 13 percent and 21 percent in ARS-3 and ARS-5, respectively. Air Force jets (primarily F-15E aircraft from Seymour Johnson AFB) and Marine Corps squadrons from MCAS Cherry Point dominate the usage of W-122, annually generating about 5430 sorties and 5800 sorties, respectively. These two user groups represent about 79 percent of the annual sorties in the Baseline Scenario and 65 percent in ARS-5.

The local MTRs are modeled with MCAS Cherry Point and NAS Oceana squadrons' demand only. These routes are scheduled only to avoid multiple flights from beginning a route at the same time. Capacity of the local route system is not a constraint on squadron operations. The local MTRs experience about 3530 sorties annual in the Baseline Scenario. In ARS-1, about 5060 aircraft — an increase of 43 percent — perform operations on the MTRs, and in ARS-4, about 4680 sorties conduct flights on MTRs, representing a 32 percent increase in operations. The most utilized MTR in the area in ARS-1 experiences 5 to 6 sorties per day on average.

Monthly and hourly operation flows are examined at MCAS Cherry Point (ARS-5), NAS Oceana (ARS-1), and at five training areas (ARS-1 and ARS-5). The busiest month at NAS Oceana is April with about 22,200 operations. At NALF Fentress, the peak month is June with about 20,000 operations performed; during the least busy month at Fentress, about 6000 operations are conducted. The variation in monthly operations is extreme compared to the monthly operations at NAS Oceana, which reflects the FCLP schedule.

At MCAS Cherry Point, airfield operations in ARS-5 vary from a low of 9800 in January to a peak of over 17,100 operations June. With the realignment of F/A-18 fleet squadrons, the month-to-month variations in ARS-5 are much greater than in the Baseline Scenario.

Annual hourly airfield operations between 0800 to 1900, representing the average day's "surge" period, average 33 operations per hour at NAS Oceana in the Baseline Scenario and 68 operations per hour in ARS-1. Similarly, operations during this same period at MCAS Cherry Point average 34 operations per hour in the Baseline Scenario and 41 operations per hour in ARS-5.

An analysis of military and civilian traffic in the Dare County region of the potential impacts due to the increase in operations from the realignment of the Navy F/A-18 squadrons on the civilian traffic in the area was performed. Although the number of sorties to and from R-5314 increases by 37 percent in ARS-1 and 25 percent in ARS-4 over the baseline levels, the amount of hours that the range is utilized increases by at most 10 percent in any of the alternative scenarios. In ARS-1, the introduction of 11 F/A-18 fleet squadrons and one F/A-18 FRS to NAS Oceana results in a seven-sortie-per-day *net* increase (37 percent) to an

average rate of 26 sorties per day at the Navy Dare County Range. Furthermore, the amount of time that the range is "open" per day will only slightly increase in order to accommodate special operations. No significant impact on civilian traffic is caused by the additional R-5314 operations resulting from the realignment of Navy F/A-18 squadrons to the region.

The Navy is in the process of determining a site for an air surveillance radar system in northeastern North Carolina. Radar coverage in this area will offer significant benefits to all civilian and military users. The implementation of a new radar site will provide all airspace users with better service and a safer flying environment while enhancing military training. The primary benefits to the flying community will include: increased flight safety, enhanced services to civil airfields, and improved traffic flow and services to Dare County/Manteo Airport.

## A.2 Flight Track Airfield Operations

Flight track airfield operations are those commonly used to assess the frequency by which specific flight tracks are used and are provided to support noise assessment efforts. For NAS Oceana and NALF Fentress, they are defined as follows:

**NAS Oceana**

| | |
|---|---|
| Southeasterly Departure | One aircraft leaving the airfield traffic pattern to the southeast (e.g., APOLLO Departure). *One operation.* |
| Northeasterly Departure | One aircraft leaving the airfield traffic pattern to the northeast (e.g., SOUCEK/NORFOLK Departure). *One operation.* |
| Interfacility Departure to Fentress | One aircraft leaving the NAS Oceana airfield and arriving at NALF Fentress. *One operation.* |
| Straight-In/Full Stop Arrival | One aircraft approaching the NAS Oceana directly to a runway (including instrument and visual straight-in approaches) to either a full-stop landing, touch-and-go, or low approach (excluding arrivals from NALF Fentress). *One operation.* |
| Overhead Arrival at Oceana | One aircraft arriving at the airfield through the overhead approach (excluding arrivals from NALF Fentress). *One operation.* |
| Visual Touch-and-Go | One full circuit of the visual (tower) pattern. *Two operations.* |
| GCA Pattern | One full circuit of the GCA box pattern. *Two operations.* |
| Depart and Reenter to Overhead | One aircraft conducting an overhead approach immediately after leaving the airfield traffic pattern. *One operation.* |
| FCLP Pattern | One full circuit of the FCLP pattern at NAS Oceana. *Two operations.* |
| Interfacility Arrival from Fentress (w/ overhead approach) | One aircraft leaving NALF Fentress and arriving at NAS Oceana via the overhead approach. *One operation.* |
| Interfacility Arrival from Fentress (w/ straight-in approach) | One aircraft leaving NALF Fentress and conducting a straight-in approach at NAS Oceana. *One operation.* |