wyle laboratories

REPORT

**WYLE RESEARCH REPORT**

**WR 97-10**

# AIRCRAFT NOISE STUDY FOR THE 1995 BRAC REALIGNMENT OF NAVY F/A-18 AIRCRAFT

Prepared For:

Commander
NAVAL FACILITIES ENGINEERING COMMAND
200 Stovall Street
Alexandria, Virginia 22332

Contract No. N68925-96-D-A538

Prepared By:

Joseph J. Czech
Gary M. Sypek
Christine C. France
WYLE RESEARCH
Wyle Laboratories
2001 Jefferson Davis Highway
Arlington, Virginia 22202

(J/N 59050-01 & 59119-01)

February 1998

**EXECUTIVE SUMMARY**

Pursuant to the ongoing Naval Facilities Engineering Command (NAVFAC-ENGCOM) support and development of environmental documentation for Naval and Marine Corps Air Stations and associated facilities throughout the United States and overseas, this report presents the results of the noise analyses for:

- Naval Air Station (NAS) Oceana, Virginia;
- Naval Auxiliary Landing Field (NALF) Fentress, Virginia;
- Marine Corps Air Station (MCAS) Beaufort, South Carolina;
- MCAS Cherry Point, North Carolina;
- Marine Corps Auxiliary Landing Field (MCALF) Bogue, North Carolina; and
- Related airspace including 12 Military Training Routes and 3 Restricted Areas/Ranges in the Mid-Atlantic States region.

The above-mentioned facilities are the subject of a Draft Environmental Impact Statement (DEIS) involving the 1995 Base Realignment and Closure Commission's recommendation for the closure of NAS Cecil Field, Florida, and the realignment of 180 Navy F/A-18 Hornet aircraft. In addition to the existing (Baseline) environment whose timeframe is calendar year 1997 (CY97), the DEIS and this report examine the aircraft noise and safety impacts of five Alternative Realignment Scenarios (ARS). Any ARS is proposed to be fully implemented prior to CY99.

Table E-1 summarizes the results for the airfield noise analyses. For these analyses, Baseline and proposed annual flight operations were either directly or indirectly provided by the Naval Aviation Simulation Model (NASMOD). From Table E-1, the total airfield operations can be derived by adding the Proposed Navy F/A-18 Annual Flight Operations to the Annual Flight Operations by Other Aircraft. Aircraft noise exposure of flight and run-up operations, in terms of contours of Day-Night Average Sound Level (DNL), was computed with the NOISEMAP computer program. Aircraft noise impacts, in terms of acreage and population within bands of DNL contours, were estimated with a Geographic Information System and the US Census 1990 database.

The DNL values for selected school locations in the vicinity of NAS Oceana and MCAS Cherry Point were also computed. The Equivalent Sound Level for a 9-hour period corresponding to the typical school hours of 7 a.m. to 4 p.m. was also

Table E-1

Summary of Noise Exposure From Airfield Operations

| Airfield | Data Item | | Baseline | Alternative Realignment Scenario (ARS) 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|
| NAS Oceana | Proposed Navy F/A-18 | Base Loading[1] | n/a | 11+ FRS | 9 + FRS | 8 + FRS | 6 + FRS | 6 + FRS |
| | | Annual Flight Operations[2] | --- | 123,238 | 113,177 | 105,052 | 97,290 | 96,556 |
| | Annual Flight Operations[2] by Other Aircraft | | 108,897 | 105,779 | 105,454 | 105,070 | 104,191 | 105,215 |
| | Estimated Population[3] Within 65 dB DNL[4] | | 28,030 | 125,563 | 120,668 | 118,146 | 113,135 | 114,063 |
| | Number of Selected Schools | Between 65 dB and 75 dB $L_{eq9}$ (inclusive) | 7 | 16 | 16 | 16 | 16 | 16 |
| | | Greater than 75 dB $L_{eq9}$ | 0 | 6 | 6 | 6 | 6 | 6 |
| NALF Fentress | Proposed Navy F/A-18 | Base Loading | see NAS Oceana | | | | | |
| | | Annual Flight Operations[2] | --- | 53,826 | 46,412 | 43,528 | 41,552 | 41,752 |
| | Annual Flight Operations[2] by Other Aircraft | | 104,668 | 97,881 | 97,235 | 98,685 | 97,635 | 97,930 |
| | Estimated Population[3] Within 65 dB DNL | | see NAS Oceana | | | | | |
| MCAS Beaufort | Proposed Navy F/A-18 | Base Loading[1] | n/a | | 2 | | 5 | |
| | | Annual Flight Operations[2] | --- | | 15,198 | | 32,812 | |
| | Annual Flight Operations[2] by Other Aircraft | | 37,987 | | 37,987 | | 37,987 | |
| | Estimated Population[3] Within 65 dB DNL | | 3,802 | | 4,675 | | 5,237 | |
| MCAS Cherry Point | Proposed Navy F/A-18 | Base Loading[1] | n/a | | | 3 | | 5 |
| | | Annual Flight Operations[2] | --- | | | 23,064 | | 32,688 |
| | Annual Flight Operations[2] by Other Aircraft | | 116,254 | | | 114,175 | | 114,256 |
| | Estimated Population[3] Within 65 dB DNL | | 2,119 | | | 3,281 | | 4,425 |
| | Number of Selected Schools | Between 65 dB and 75 dB $L_{eq9}$ (inclusive) | 1 | | | 1 | | 1 |
| | | Greater than 75 dB $L_{eq9}$ | 3 | | | 3 | | 3 |
| MCALF Bogue[5] | Proposed Navy F/A-18 | Base Loading[1] | see MCAS Cherry Point | | | | | |
| | | Annual Flight Operations[2] | --- | | | 0 | | 0 |
| | Annual Flight Operations[2] by Other Aircraft | | 17,337 | | | 17,719 | | 17,503 |
| | Estimated Population[3,5] Within 65 dB DNL | | 1,447 | | | 1,447 | | 1,447 |

[1] Expressed as number of Fleet squadrons plus ('+') the FRS, if applicable.

[2] Pattern work counted as two operations each.

[3] Excludes on-Station population; Computed using 1990 Census population densities within block-groups.

[4] Includes exposure in the vicinity of NALF Fentress.

[5] ARS-3 and ARS-5 not modeled; Noise exposure estimated to be the same as Baseline since changes in operations are insignificant.





wyle laboratories

0537

estimated for each of the schools. As indicated by the shaded areas of Table E-1, MCASs Beaufort and Cherry Point and MCALF Bogue were analyzed (in terms of overall noise exposure) for only their applicable scenarios. The analyses of locations in the vicinity of MCAS Beaufort and MCALF Bogue were not within the scope of this effort.

Table E-1 reveals that implementation of either ARS-1 or 2 (9 to 11 Fleet squadrons plus the FRS) would more than double the total Baseline annual flight operations at NAS Oceana. ARS-3, 4, and 5 would nearly double total Baseline annual flight operations at NAS Oceana. Annual flight operations at NALF Fentress would increase by 45 to 33 percent for ARSs 1 through 5, respectively, with operations by aircraft other than the proposed F/A-18 remaining in a narrow range of 97,000 to 98,000. ARS-1 for NAS Oceana/NALF Fentress would have the highest number of people within the 65 dB DNL contour (about 126,000); ARS-4 would have the least number of people within the 65 dB DNL contour (about 113,000). Although not shown in Table E-1, the number of people within the 75 dB DNL contour would increase from about 370 for Baseline to 43,000 to 50,000, depending on the ARS.

The number of school locations within the 65–75 dB $L_{eq9}$ noise contour (inclusive) would increase from 7 for Baseline to 16 for any ARS; the number of school locations exposed to $L_{eq9}$ greater than 75 dB would increase from 0 for Baseline to 6 for any ARS.

As shown in Table E-1, total flight operations at MCAS Beaufort would increase by about 50 percent due to the basing of two F/A-18 fleet squadrons (ARS-2) and would increase by about 86 percent if five F/A-18 fleet squadrons are realigned to the MCAS (ARS-5), relative to Baseline conditions. ARS-4, with a noise exposure of about 5,200 people within the 65 dB DNL, would be the highest of exposures for ARS-2 or ARS-4 and would constitute an increase of 38 percent relative to Baseline exposure.

The introduction of three or five fleet squadrons at MCAS Cherry Point (ARS-3 or 5) would increase total flight operations by about 18 or 26 percent relative to Baseline conditions and would cause about a 55 or 109 percent increase in population within the 65 dB DNL contour, respectively. The Baseline, ARS-3, and ARS-5 noise exposure at MCALF Bogue is estimated to be about 1,447 people within the

65 dB DNL contour as total flight operations are projected to remain nearly the same as Baseline. The number of school locations within bands of 65–75 dB $L_{eq9}$ and greater than 75 dB $L_{eq9}$ is 1 and 3, respectively, for Baseline and would remain the same for any ARS.

Table E-2 summarizes the results of the airspace noise analyses. For the five Restricted Area/Range airspaces, Baseline and proposed annual sorties were derived from the NASMOD, along with input from various Department of Defense user organizations. Baseline sortie levels for the 12 modeled Military Training Routes (MTRs) were based on annual sortie levels as presented in previous noise studies. The predicted sortie levels for all MTRs included in the five scenarios were adjusted based on levels obtained from NASMOD. Aircraft noise exposure in terms of the Onset-Rate Adjusted Day-Night Average Sound Level ($L_{dnmr}$) were predicted using the MR_NMAP computer program.

Table E-2 reveals that proposed Navy F/A-18 aircraft would contribute 58 to 110 annual sorties for ARS-1 through 5 on Military Training Routes (MTRs) VR-85, VR-1040, VR-1752, VR-1754, VR-1758, and VR-1759. These additional sorties would represent an average proportion of 17 percent of the Baseline sorties on the above-mentioned MTRs. Navy F/A-18 aircraft would contribute 114 to 700 annual sorties for ARS-1 through 5 on MTRs VR-1046, VR-1753, and IR-714. These additional annual sorties would represent 42 percent to 67 percent of the Baseline sorties on each of these three routes. Navy F/A-18 aircraft are not proposed to use VR-73, VR-1043, and VR-1074 in any ARS. Cumulatively, the average percentage difference in total annual sorties (for each MTR) among all MTRs for ARS-1 through 5 are +13 percent, +12 percent, +7 percent, +11 percent, and +14 percent, respectively, relative to Baseline.

All MTR maximum $L_{dnmr}$, for existing or proposed operations, are below a level of 58 dB. Of those MTRs whose maximum $L_{dnmr}$ is above 50 for Baseline and ARS-1 through 5, the minimum and maximum changes in $L_{dnmr}$ among all MTRs for ARS-1 through 5 are -8 and +1 dB, respectively. The introduction or addition of Navy F/A-18 sorties do not significantly contribute to the noise environment primarily because the F/A-18 typically flies the MTRs at higher altitudes than other aircraft. The complete retirement of A-6 Intruder aircraft proposed for all ARS is the

Table E-2

Summary of Noise Exposure From Airspace Operations

| Airspace | | Baseline | | | ARS-1 | | | ARS-2 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Annual Sorties | | | Annual Sorties | | | Annual Sorties | | |
| Type | Name | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] |
| Military Training Route | VR-73 | --- | 987 | 54 | --- | 1,248 | 54 | --- | 1,250 | 54 |
| | VR-85 | --- | 544 | <50 | 58 | 735 | <50 | 58 | 740 | <50 |
| | VR-1040 | --- | 754 | 53 | 58 | 781 | 53 | 58 | 786 | 53 |
| | VR-1043 | --- | 755 | 57 | --- | 321 | <50 | --- | 310 | <50 |
| | VR-1046 | --- | 642 | 58 | 366 | 390 | 51 | 328 | 353 | 51 |
| | VR-1074 | --- | 686 | 53 | --- | 782 | 53 | --- | 805 | 53 |
| | VR-1752 | --- | 612 | 52 | 58 | 460 | <50 | 58 | 465 | <50 |
| | VR-1753 | --- | 1,094 | 52 | 700 | 1,107 | 53 | 643 | 1,091 | 52 |
| | VR-1754 | --- | 450 | 50 | 58 | 343 | <50 | 58 | 348 | <50 |
| | VR-1758 | --- | 962 | 58 | 58 | 466 | 54 | 58 | 471 | 54 |
| | VR-1759 | --- | 181 | <50 | 58 | 261 | <50 | 58 | 266 | <50 |
| | IR-714 | --- | 173 | <50 | 115 | 99 | <50 | 120 | 99 | <50 |
| Range | R-5306A[2] | --- | 9,925 | <50 | 1,806 | 10,432 | <50 | 1,490 | 10,400 | <50 |
| | R-5306A / BT-9 | --- | 1,741 | 60 | 340 | 2,062 | 62 | 228 | 1,986 | 61 |
| | R-5306A / BT-11 | --- | 4,646 | 68 | 1,466 | 4,628 | 68 | 1,262 | 4,680 | 68 |
| | R-5306D | --- | 6,124 | 55 | --- | 6,145 | 55 | --- | 6,134 | 55 |
| | R-5314 / Air Force | --- | 2,009 | 60/74* | --- | 2,002 | 60/74* | --- | 2,002 | 60/74* |
| | R-5314 / Navy | --- | 5,288 | 52/64* | 2,316 | 4,440 | 53/62 | 2,169 | 4,388 | 53/64* |

| Airspace | | ARS-3 | | | ARS-4 | | | ARS-5 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Annual Sorties | | | Annual Sorties | | | Annual Sorties | | |
| Type | Name | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] | Proposed Navy F/A-18 | Other Aircraft | $L_{dnmr}$ (dB)[1] |
| Military Training Route | VR-73 | --- | 1,263 | 54 | --- | 1,275 | 54 | --- | 1,227 | 54 |
| | VR-85 | 81 | 732 | <50 | 58 | 735 | <50 | 110 | 734 | <50 |
| | VR-1040 | 81 | 778 | 53 | 58 | 781 | 53 | 110 | 780 | 53 |
| | VR-1043 | --- | 309 | <50 | --- | 307 | <50 | --- | 309 | <50 |
| | VR-1046 | 280 | 380 | 50 | 186 | 380 | <50 | 192 | 356 | <50 |
| | VR-1074 | --- | 790 | 53 | --- | 790 | 53 | --- | 848 | 53 |
| | VR-1752 | 81 | 457 | <50 | 58 | 460 | 50 | 110 | 459 | 50 |
| | VR-1753 | 557 | 1,105 | 52 | 484 | 1,400 | 51 | 475 | 1,107 | 52 |
| | VR-1754 | 81 | 340 | <50 | 58 | 343 | <50 | 110 | 342 | <50 |
| | VR-1758 | 81 | 463 | 54 | 58 | 466 | 54 | 110 | 465 | 54 |
| | VR-1759 | 81 | 258 | <50 | 58 | 261 | <50 | 110 | 260 | <50 |
| | IR-714 | 114 | 99 | <50 | 119 | 99 | <50 | 114 | 99 | <50 |
| Range | R-5306A | 1,710 | 10,313 | <50 | 952 | 10,176 | <50 | 1,855 | 10,256 | <50 |
| | R-5306A / BT-9 | 286 | 1,994 | 63 | 142 | 1,846 | 63 | 276 | 2,076 | 62 |
| | R-5306A / BT-11 | 1,424 | 4,567 | 68 | 810 | 4,591 | 68 | 1,579 | 4,443 | 68 |
| | R-5306D | --- | 6,143 | 55 | --- | 6,139 | 55 | --- | 6,151 | 56 |
| | R-5314 / Air Force | --- | 2,002 | 60/74* | --- | 2,002 | 60/74* | --- | 2,002 | 60/74* |
| | R-5314 / Navy | 2,053 | 4,511 | 53/63* | 1,616 | 4,524 | 53/64* | 1,944 | 4,585 | 53/64* |

[1] Maximum for MTRs; Average for Ranges.
[2] Includes BT-9 and BT-11 transit sorties.
* Values for run-in/target areas.



wyle laboratories

0540

cause of the *decrease* in $L_{dnmr}$ for many of the MTRs relative to Baseline conditions. The A-6's altitude distribution and the relative noisiness of these aircraft serve to make the A-6 the dominant aircraft on some routes for Baseline.

Table E-2 also presents annual sorties for proposed Navy F/A-18 aircraft and other aircraft and average $L_{dnmr}$ for each modeled Range. For ARS-1 through 5, proposed Navy F/A-18 aircraft would contribute about 140 to 340 additional annual sorties in BT-9, approximately 800 to 1,600 additional annual sorties in BT-11, about 1,600 to 2,300 additional annual sorties in R-5314 Navy Dare, and approximately 1,500 to 1,850 additional annual sorties in R-5306A. These additional sorties would represent an average proportion of 24 percent of the Baseline sorties in the above-mentioned Ranges. Navy F/A-18 Range sorties vary for each ARS as the number of aircraft based at NAS Oceana, MCAS Beaufort, and MCAS Cherry Point vary with ARS. Navy F/A-18 aircraft are not proposed to use R-5306D for any ARS and very small changes in (cumulative) operations are proposed for these two airspaces. Cumulatively, the average percentage difference in total annual sorties, relative to Baseline, are +13 percent, +12 percent, +7 percent, +11 percent, and +14 percent, for ARS-1 through 5, respectively.

The average $L_{dnmr}$ for existing operations on R-5306A (exclusive of BT-9 and BT-11) is less than 50 dB. It remains less than 50 dB for any of the ARSs. The average $L_{dnmr}$ for existing operations on BT-9 is 60 dB and increases up to 63 dB for the ARSs. The average $L_{dnmr}$ for existing operations on BT-11 is 68 dB and remains at that level for any of the ARSs. The average $L_{dnmr}$ for existing operations on R-5306D is 55 dB and remains as such for ARS-1 through 4. For ARS-5, the average $L_{dnmr}$ would be 56 dB due to two factors: (1) slightly higher sorties than any other ARS, and (2) rounding of estimated levels up to the nearest dB. Note that no Navy F/A-18 sorties are proposed for R-5306D for any ARS. The average $L_{dnmr}$ for existing operations on R-5314/Air Force Dare is 60 dB and 74 dB for run-in and target areas, respectively. Similar to R-5306D, no Navy F/A-18 sorties are proposed for Air Force Dare, and its proposed utilization by other aircraft would affect no change to the levels (to the nearest dB) of any ARS. The average $L_{dnmr}$ for existing operations on R-5314/Navy Dare is 52 dB and 64 dB for run-in and target areas, respectively. The $L_{dnmr}$ in the Navy Dare run-in area would increase to 53 dB for any ARS, while they would <u>decrease</u> by 1 to 2 dB or remain constant in the target area for the ARSs. These atypical trends are explained in Section 4.

The introduction or addition of Navy F/A-18 sorties do not significantly contribute to the Restricted Area noise environments primarily because the F/A-18 typically flies the Ranges (including BT-9 and BT-11) at higher altitudes than other aircraft. Changes in $L_{dnmr}$, unlike those reported for the MTRs, would not occur for the Ranges because the A-6 does not typically utilize the Ranges, thus none were modeled. EA-6B aircraft, whose noise output is similar to the A-6, were modeled on the Ranges, but they usually utilize the Ranges at higher altitudes than other aircraft.

The noise exposure for individual portions of some of the airspaces sum to form the overall noise exposure underneath the point of intersection or area of overlap. Total $L_{dnmr}$ values were computed for 42 of these intersections/overlaps for Baeline and all ARSs, and the details of the results are contained in Section 4.0.


Run-Up Locations
& Navigational Aid
at NAS Oceana
14R14L
23R23L
32L32R
05L
05R
Naval
Amphibious Base
Little Creek
Norfolk
International
Airport
S1
S2
S3
S4
S5
S6
S7
S8
S9
S10
S11
S12
S13
S14
S15
S16
S17
S18
S19
S20
S21
S22
Southern Blvd
Camp
Pendleton
Atlantic Ocean
NAS Oceana
Dam Neck
Fleet Combat
Training
Virginia Beach
Hwy 165
Hwy 603
Centerville Tpke
Chesapeake
NALF
Fentress
NALF Fentress
23
05
Scale
0
7500
15000
Feet
MN
10.2°W
N
Legend
Military Property
Water
City/Town
Navigational
Aid
Runway
Run-Up
Location
Representative
Location
Figure 2-1
NAS Oceana
and NALF Fentress
Vicinity Map
Source: NAS Oceana, TIGER\Line 1990

Table 3-1

Annual Flight Operations at NAS Oceana for Baseline

| Operation Type | F-14 Fleet | | | F-14 FRS | | | Adversary | | | Transient Jet | | | Transient Propeller[1] | | | All Aircraft | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total |
| Southeasterly Departures | 5,879 | 111 | 5,990 | 1,661 | | 1,661 | 673 | 13 | 686 | 46 | 2 | 48 | 174 | 3 | 177 | 8,433 | 129 | 8,562 |
| Northeasterly Departures | 4,729 | 91 | 4,820 | 3,976 | | 3,976 | 153 | | 153 | 901 | 18 | 919 | 1,437 | 28 | 1,465 | 11,196 | 137 | 11,333 |
| Interfacility Departures to Fentress | 1,750 | 665 | 2,415 | 965 | 320 | 1,285 | | | | | | | | | | 2,715 | 985 | 3,700 |
| Interfacility Arrival from Fentress With an Overhead Approach | 1,365 | 900 | 2,265 | 520 | 160 | 680 | | | | | | | | | | 1,885 | 1,060 | 2,945 |
| Interfacility Arrival from Fentress With a Straight-In Approach | 60 | 90 | 150 | 295 | 310 | 605 | | | | | | | | | | 355 | 400 | 755 |
| Visual Straight-In/Full-Stop Arrivals (Sanders) | | | | 613 | | 613 | | | | 283 [3] | 6 [3] | 289 [3] | 665 [3] | 11 [3] | 676 [3] | 1,561 | 17 | 1,578 |
| Visual Straight-In/Full-Stop Arrivals (Lightship) | | | | 283 | | 283 | | | | | | | | | | 283 | | 283 |
| Instrument Arrivals | 450 | 25 | 475 | 793 | 86 | 879 | 89 | | 89 | | | | | | | 1,332 | 111 | 1,443 |
| Overhead Arrivals at Oceana (Sanders, non-interfacility) | 8,712 | 326 | 9,038 | 2,873 | 83 | 2,956 | 685 | 2 | 687 | 670 [4] | 8 [4] | 678 [4] | 956 [4] | 10 [4] | 966 [4] | 13,896 | 429 | 14,325 |
| Overhead Arrivals at Oceana (Lightship, non-interfacility) | 1,226 | 60 | 1,286 | 891 | 15 | 906 | 57 | | 57 | | | | | | | 2,174 | 75 | 2,249 |
| Depart and Reenter to Overhead | 111 | | 111 | 689 | | 689 | | | | | | | | | | 800 | | 800 |
| Touch & Go[2] | 19,377 | 1,130 | 20,507 | 27,390 | 1,117 | 28,507 | 604 | | 604 | 1,132 | 38 | 1,170 | 3,239 | 61 | 3,300 | 51,742 | 2,346 | 54,088 |
| GCA Box[2] | 304 | 44 | 348 | 2,216 | 1,328 | 3,544 | | | | 722 | 22 | 744 | 2,164 | 36 | 2,200 | 5,406 | 1,430 | 6,836 |
| FCLP[2] | | | | | | | | | | | | | | | | | | |
| **GRAND TOTAL** | 43,963 | 3,442 | 47,405 | 43,165 | 3,419 | 46,584 | 2,261 | 15 | 2,276 | 3,754 | 94 | 3,848 | 8,635 | 149 | 8,784 | 101,778 | 7,119 | 108,897 |

Source: ATAC, 1998.

[1] Not Modeled.

[2] Counted as two operations.

[3] Includes Visual Straight-in/Full Stop (Lightship) and Instrument Arrivals.

[4] Includes Overhead Arrivals at Oceana (Lightship).

## 4.2 ARS-2

ARS-2 is defined as the realignment of nine F/A-18 Fleet squadrons and an F/A-18 FRS from NAS Cecil Field to NAS Oceana and the realignment of two F/A-18 Fleet squadrons from NAS Cecil Field to MCAS Beaufort. MCAS Cherry Point or MCALF Bogue are not involved. Calendar year 1999 is the time-frame for the ARS-2 condition. Section 4.2.1 involves NAS Oceana and NALF Fentress. Section 4.2.2 describes the results for MCAS Beaufort, and Section 4.2.3 presents the noise exposure for the affected airspace.

### 4.2.1 NAS Oceana and NALF Fentress

Section 4.2.1.1 discusses reported and modeled average busy-day flight operations by aircraft type. Section 4.2.1.2 discusses runway and flight track utilization for all operations by aircraft type. Sections 4.2.1.3 and 4.2.1.4 describe aircraft flight profile and noise data, and run-up operations, respectively. Section 4.2.1.5 discusses the resulting aircraft noise exposure.

#### 4.2.1.1 *Flight Operations*

The Naval Aviation Simulation Model (NASMOD)[9] provided a basis for the annual number of flight operations by aircraft type and operation type by temporal period for ARS-2. As mentioned in Reference 9, the only change required of the NASMOD data was that F-14 Fleet operations were reduced by 17 percent. These operations are contained in Tables 4-16 and 4-17 for NAS Oceana and NALF Fentress, respectively. The temporal periods of day(time) and night(time) are as defined in Section 2.

NAS Oceana would have about 219,000 annual flight operations and NALF Fentress would have about 144,000 annual flight operations for ARS-2. Overall, this would represent a 101 percent increase in operations at NAS Oceana and a 37 percent increase at NALF Fentress. Most of the operations at NAS Oceana (~113,000 annually) would be generated by the proposed F/A-18 Fleet and FRS aircraft. F-14 Tomcat Fleet and FRS aircraft would generate about 7 percent less operations than in the Baseline condition (~87,000 annually versus ~94,000 for Baseline). The Adversary operations in Table 4-16 are due to the one based Adversary squadron. Approximately 13,000 annual operations of transient aircraft (Transient Jet and Propeller categories) are also represented in Table 4-16. Overall nighttime utilization would be about 8 percent.

Table 4-16

Annual Flight Operations at NAS Oceana for Scenario 2

| Operation Type | F-14 Fleet | | | F-14 FRS | | | F/A-18 Fleet | | | F/A-18 FRS | | | Adversary | | | Transient Jet | | | Transient Propeller [1] | | | All Aircraft | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total | Day | Night | Total |
| Southeasterly Departures | 4,077 | 56 | 4,133 | 1,623 | | 1,623 | 5,427 | 212 | 5,639 | 406 | | 406 | 1,433 | 55 | 1,488 | 46 | 2 | 48 | 174 | 3 | 177 | 13,186 | 328 | 13,514 |
| Northeasterly Departures | 4,763 | 85 | 4,848 | 4,012 | | 4,012 | 5,616 | 80 | 5,696 | 6,522 | 101 | 6,623 | 529 | | 529 | 900 | 19 | 919 | 1,464 | 28 | 1,492 | 23,806 | 313 | 24,119 |
| Interfacility Departures to Fentress | 1,141 | 809 | 1,950 | 830 | 455 | 1,285 | 995 | 655 | 1,650 | 1,189 | 310 | 1,499 | | | | | | | | | | 4,155 | 2,229 | 6,384 |
| Interfacility Arrival from Fentress With an Overhead Approach | 946 | 851 | 1,797 | 450 | 220 | 670 | 830 | 641 | 1,471 | 664 | 190 | 854 | | | | | | | | | | 2,890 | 1,902 | 4,792 |
| Interfacility Arrival from Fentress With a Straight-In Approach | 37 | 116 | 153 | 280 | 335 | 615 | 55 | 124 | 179 | 365 | 280 | 645 | | | | | | | | | | 737 | 855 | 1,592 |
| Visual Straight-In/Full-Stop Arrivals (Sanders) | 37 | 9 | 46 | 619 | | 619 | 34 | 15 | 49 | 122 | 36 | 158 | | | | 285 [3] | 8 [3] | 293 [3] | 669 [3] | 12 [3] | 681 [3] | 1,766 | 80 | 1,846 |
| Visual Straight-In/Full-Stop Arrivals (Lightship) | 8 | 2 | 10 | 296 | | 296 | 10 | 3 | 13 | 4 | | 4 | | | | | | | | | | 318 | 5 | 323 |
| Instrument Arrivals | 346 | 31 | 377 | 787 | 93 | 880 | 1,409 | 507 | 1,916 | 1,801 | 233 | 2,034 | 94 | 1 | 95 | | | | | | | 4,437 | 865 | 5,302 |
| Overhead Arrivals at Oceana (Sanders, non-interfacility) | 6,877 | 241 | 7,118 | 2,859 | 72 | 2,931 | 7,466 | 303 | 7,769 | 3,211 | 175 | 3,386 | 1,693 | | 1,693 | 668 [4] | 6 [4] | 674 [4] | 979 [4] | 9 [4] | 988 [4] | 23,753 | 806 | 24,559 |
| Overhead Arrivals at Oceana (Lightship, non-interfacility) | 1,375 | 45 | 1,420 | 893 | 16 | 909 | 1,524 | 77 | 1,601 | 1,444 | 3 | 1,447 | 229 | | 229 | | | | | | | 5,465 | 141 | 5,606 |
| Depart and Reenter to Overhead | 87 | | 87 | 690 | | 690 | 275 | | 275 | 1,179 | 165 | 1,344 | | | | | | | | | | 2,231 | 165 | 2,396 |
| Touch & Go [2] | 17,221 | 852 | 18,073 | 26,363 | 1,063 | 27,426 | 22,223 | 2,592 | 24,815 | 37,685 | 2,483 | 40,168 | 1,698 | | 1,698 | 1,102 | 32 | 1,134 | 3,281 | 61 | 3,342 | 109,573 | 7,083 | 116,656 |
| GCA Box [2] | 219 | 53 | 272 | 2,122 | 1,412 | 3,534 | 326 | 26 | 352 | 1,560 | 160 | 1,720 | | | | 720 | 22 | 742 | 2,166 | 36 | 2,202 | 7,113 | 1,709 | 8,822 |
| FCLP [2] | 810 | 266 | 1,076 | 50 | 130 | 180 | 140 | 924 | 1,064 | 320 | 80 | 400 | | | | | | | | | | 1,320 | 1,400 | 2,720 |
| **GRAND TOTAL** | 37,944 | 3,416 | 41,360 | 41,874 | 3,796 | 45,670 | 46,330 | 6,159 | 52,489 | 56,472 | 4,216 | 60,688 | 5,676 | 56 | 5,732 | 3,721 | 89 | 3,810 | 8,733 | 149 | 8,882 | 200,750 | 17,881 | 218,631 |

Source: ATAC, 1998

[1] Not Modeled.

[2] Counted as two operations.

[3] Includes Visual Straight-In/Full Stop (Lightship) and Instrument Arrivals.

[4] Includes Overhead Arrivals at Oceana (Lightship).