DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON, DC 20350-2000

And
**HEADQUARTERS**
**UNITED STATES MARINE CORPS**
**WASHINGTON, D.C. 20830-1776**

IN REPLY REFER TO:
OPNAVINST 11010.36B
N46
CMC (LFL)
19 DEC 2002

OPNAV INSTRUCTION 11010.36B

From: Chief of Naval Operations
Commandant of the Marine Corps

Subj: AIR INSTALLATIONS COMPATIBLE USE ZONES (AICUZ) PROGRAM

Ref: (a) DODINST 4165.57 of 8 Nov 77, Air Installations Compatible Use Zones
(b) SECNAVINST 11010.11 of 22 May 78, Air Installations Compatible Use Zones
(c) Noise Control Act of 1972, 42 U.S.C. 4901 {et Seq.}

Encl: (1) AICUZ Program Procedures and Guidelines

1. Purpose. To revise Department of the Navy policy, procedures and guidelines for implementation of references (a) and (b), and to establish centers of excellence on the east and west coasts of the United States. This instruction provides guidance from the Chief of Naval Operations, Commandant of the Marine Corps, and Naval Facilities Engineering Command (NAVFACENGCOM), responsible for management of the AICUZ Program.

2. Cancellation. OPNAVINST 11010.36A.

3. Background. Reference (c) requires Federal agencies and State and local governments to develop measures to control the harmful effects of noise on people. The Department of Defense initiated the Air Installations Compatible Use Zones (AICUZ) program to protect the public's health, safety, and welfare and to prevent encroachment from degrading the operational capability of military air installations in meeting national security. The AICUZ program recommends land uses that will be compatible with noise levels, accident potential and obstruction clearance criteria associated with military airfield operations. Program implementation procedures for the Navy and Marine Corps are contained in enclosure (1).

4. Discussion. The foundation of the AICUZ program is an active local command effort to work with local, State, regional, other Federal agencies, and community leaders to encourage compatible development of land adjacent to military airfields. The Department of the Navy is particularly susceptible to such encroachment with many of its installations located in high growth urban areas. The AICUZ process

**TABLE 2 - AIR INSTALLATIONS COMPATIBLE USE ZONES**
**SUGGESTED LAND USE COMPATIBILITY IN NOISE ZONES**

| Land Use | | Suggested Land Use Compatibility | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Noise Zone 1 (*DNL or CNEL*) | | Noise Zone 2 (*DNL or CNEL*) | | Noise Zone 3 (*DNL or CNEL*) | | |
| **SLUCM NO** | **LAND USE NAME** | < 55 | 55- 64 | 65 - 69 | 70 -74 | 75- 79 | 80 -84 | 85+ |
| | ***Residential*** | | | | | | | |
| 11 | Household Units | Y | Y [1] | N [1] | N [1] | N | N | N |
| 11.11 | Single units: detached | Y | Y [1] | N [1] | N [1] | N | N | N |
| 11.12 | Single units: semidetached | Y | Y [1] | N [1] | N [1] | N | N | N |
| 11.13 | Single units: attached row | Y | Y [1] | N [1] | N [1] | N | N | N |
| 11.21 | Two units: side-by-side | Y | Y [1] | N [1] | N [1] | N | N | N |
| 11.22 | Two units: one above the other | Y | Y [1] | N [1] | N [1] | N | N | N |
| 11.31 | Apartments: walk-up | Y | Y [1] | N [1] | N [1] | N | N | N |
| 11.32 | Apartment: elevator | Y | Y [1] | N [1] | N [1] | N | N | N |
| 12 | Group quarters | Y | Y [1] | N [1] | N [1] | N | N | N |
| 13 | Residential Hotels | Y | Y [1] | N [1] | N [1] | N | N | N |
| 14 | Mobile home parks or courts | Y | Y [1] | N | N | N | N | N |
| 15 | Transient lodgings | Y | Y [1] | N [1] | N [1] | N [1] | N | N |
| 16 | Other residential | Y | Y [1] | N [1] | N [1] | N | N | N |
| | | | | | | | | |
| ***20*** | ***Manufacturing*** | | | | | | | |
| 21 | Food & kindred products; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 22 | Textile mill products; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 23 | Apparel and other finished products; products made from fabrics, leather and similar materials; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 24 | Lumber and wood products (except furniture); manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 25 | Furniture and fixtures; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 26 | Paper and allied products; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 27 | Printing, publishing, and allied industries | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 28 | Chemicals and allied products; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 29 | Petroleum refining and related industries | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |

**TABLE 2 - AIR INSTALLATIONS COMPATIBLE USE ZONES
SUGGESTED LAND USE COMPATIBILITY IN NOISE ZONES (Continued)**

| Land Use | | Suggested Land Use Compatibility | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Noise Zone 1 ( DNL or CNEL) | | Noise Zone 2 ( DNL or CNEL) | | Noise Zone 3 ( DNL or CNEL) | | |
| SLUCM NO. | LAND USE NAME | < 55 | 55- 64 | 65 - 69 | 70 -74 | 75- 79 | 80 -84 | 85+ |
| *30* | *Manufacturing (continued)* | | | | | | | |
| 31 | Rubber and misc. plastic products; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 32 | Stone, clay and glass products; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 33 | Primary metal products; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 34 | Fabricated metal products; manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 35 | Professional scientific, and controlling instruments; photographic and optical goods; watches and clocks | Y | Y | Y | 25 | 30 | N | N |
| 39 | Miscellaneous manufacturing | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| | | | | | | | | |
| *40* | *Transportation, communication and utilities.* | | | | | | | |
| 41 | Railroad, rapid rail transit, and street railway transportation | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 42 | Motor vehicle transportation | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 43 | Aircraft transportation | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 44 | Marine craft transportation | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 45 | Highway and street right-of-way | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 46 | Automobile parking | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 47 | Communication | Y | Y | Y | 25 [5] | 30 [5] | N | N |
| 48 | Utilities | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 49 | Other transportation, communication and utilities | Y | Y | Y | 25 [5] | 30 [5] | N | N |
| | | | | | | | | |
| *50* | *Trade* | | | | | | | |
| 51 | Wholesale trade | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 52 | Retail trade - building materials, hardware and farm equipment | Y | Y | Y | Y [2] | Y [3] | Y [4] | N |
| 53 | Retail trade - shopping centers | Y | Y | Y | 25 | 30 | N | N |
| 54 | Retail trade - food | Y | Y | Y | 25 | 30 | N | N |

**TABLE 2 - AIR INSTALLATIONS COMPATIBLE USE ZONES
SUGGESTED LAND USE COMPATIBILITY IN NOISE ZONES (Continued)**

| Land Use | | Suggested Land Use Compatibility | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Noise Zone 1 ( *DNL or CNEL*) | | Noise Zone 2 ( *DNL or CNEL*) | | Noise Zone 3 ( *DNL or CNEL*) | | |
| **SLUCM NO** | **LAND USE NAME** | < 55 | 55- 64 | 65 -69 | 70 -74 | 75-79 | 80 -84 | 85+ |
| ***50*** | ***Trade (Continued)*** | | | | | | | |
| 55 | Retail trade - automotive, marine craft, aircraft and accessories | Y | Y | Y | 25 | 30 | N | N |
| 56 | Retail trade - apparel and accessories | Y | Y | Y | 25 | 30 | N | N |
| 57 | Retail trade - furniture, home, furnishings and equipment | Y | Y | Y | 25 | 30 | N | N |
| 58 | Retail trade - eating and drinking establishments | Y | Y | Y | 25 | 30 | N | N |
| 59 | Other retail trade | Y | Y | Y | 25 | 30 | N | N |
| ***60*** | ***Services*** | | | | | | | |
| 61 | Finance, insurance and real estate services | Y | Y | Y | 25 | 30 | N | N |
| 62 | Personal services | Y | Y | Y | 25 | 30 | N | N |
| 62.4 | Cemeteries | Y | Y | Y | Y[2] | Y[3] | Y[4,11] | Y[6,11] |
| 63 | Business services | Y | Y | Y | 25 | 30 | N | N |
| 63.7 | Warehousing and storage | Y | Y | Y | Y[2] | Y[3] | Y[4] | N |
| 64 | Repair Services | Y | Y | Y | Y[2] | Y[3] | Y[4] | N |
| 65 | Professional services | Y | Y | Y | 25 | 30 | N | N |
| 65.1 | Hospitals, other medical fac. | Y | Y[1] | 25 | 30 | N | N | N |
| 65.16 | Nursing Homes | Y | Y | N[1] | N[1] | N | N | N |
| 66 | Contract construction services | Y | Y | Y | 25 | 30 | N | N |
| 67 | Government Services | Y | Y[1] | Y[1] | 25 | 30 | N | N |
| 68 | Educational services | Y | Y[1] | 25 | 30 | N | N | N |
| 69 | Miscellaneous | Y | Y | Y | 25 | 30 | N | N |
| ***70*** | ***Cultural, entertainment and recreational*** | | | | | | | |
| 71 | Cultural activities (& churches) | Y | Y[1] | 25 | 30 | N | N | N |
| 71.2 | Nature exhibits | Y | Y[1] | Y[1] | N | N | N | N |
| 72 | Public assembly | Y | Y[1] | Y | N | N | N | N |
| 72.1 | Auditoriums, concert halls | Y | Y | 25 | 30 | N | N | N |
| 72.11 | Outdoor music shells, amphitheaters | Y | Y[1] | N | N | N | N | N |
| 72.2 | Outdoor sports arenas, spectator sports | Y | Y | Y[7] | Y[7] | N | N | N |
| 73 | Amusements | Y | Y | Y | Y | N | N | N |
| 74 | Recreational activities (include golf courses, riding stables, water rec.) | Y | Y[1] | Y[1] | 25 | 30 | N | N |
| 75 | Resorts and group camps | Y | Y[1] | Y[1] | Y[1] | N | N | N |
| 76 | Parks | Y | Y[1] | Y[1] | Y[1] | N | N | N |
| 79 | Other cultural, entertainment and recreation | Y | Y[1] | Y[1] | Y[1] | N | N | N |

**TABLE 2 - AIR INSTALLATIONS COMPATIBLE USE ZONES**
**SUGGESTED LAND USE COMPATIBILITY IN NOISE ZONES (Continued)**

| Land Use | | Suggested Land Use Compatibility | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Noise Zone 1 ( DNL or CNEL) | | Noise Zone 2 ( DNL or CNEL) | | Noise Zone 3 ( DNL or CNEL) | | |
| SLUCM NO. | LAND USE NAME | < 55 | 55- 64 | 65 -69 | 70 -74 | 75-79 | 80 -84 | 85+ |
| ***80*** | ***Resource Production and Extraction*** | | | | | | | |
| 81 | Agriculture (except live stock) | Y | Y | Y [8] | Y [9] | Y [10] | Y [10,11] | Y [10,11] |
| 81.5, | Livestock farming | Y | Y | Y [8] | Y [9] | N | N | N |
| 81.7 | Animal breeding | Y | Y | Y [8] | Y [9] | N | N | N |
| 82 | Agriculture related activities | Y | Y | Y [8] | Y [9] | Y [10] | Y [10,11] | Y [10,11] |
| 83 | Forestry Activities | Y | Y | Y [8] | Y [9] | Y [10] | Y [10,11] | Y [10,11] |
| 84 | Fishing Activities | Y | Y | Y | Y | Y | Y | Y |
| 85 | Mining Activities | Y | Y | Y | Y | Y | Y | Y |
| 89 | Other resource production or extraction | Y | Y | Y | Y | Y | Y | Y |

**KEY TO TABLE 2 - SUGGESTED LAND USE COMPATIBILITY IN NOISE ZONES**

| | |
|---|---|
| SLUCM | Standard Land Use Coding Manual, U.S. Department of Transportation |
| Y (Yes) | Land Use and related structures compatible without restrictions. |
| N (No) | Land Use and related structures are not compatible and should be prohibited. |
| $Y^x$ (Yes with Restrictions) | The land use and related structures are generally compatible. However, see note(s) indicated by the superscript. |
| $N^x$ (No with exceptions) | The land use and related structures are generally incompatible. However, see notes indicated by the superscript. |

| | |
|---|---|
| NLR (Noise Level Reduction) | Noise Level Reduction (outdoor to indoor) to be achieved through incorporation of noise attenuation into the design and construction of the structure. |
| 25, 30, or 35 | The numbers refer to Noise Level Reduction levels. Land Use and related structures generally compatible however, measures to achieve NLR of 25, 30 or 35 must be incorporated into design and construction of structures. However, measures to achieve an overall noise reduction do not necessarily solve noise difficulties outside the structure and additional evaluation is warranted. Also, see notes indicated by superscripts where they appear with one of these numbers. |

| | |
|---|---|
| DNL | Day-Night Average Sound Level. |
| CNEL | Community Noise Equivalent Level (Normally within a very small decibel difference of DNL) |
| Ldn | Mathematical symbol for DNL. |

**NOTES FOR TABLE 2 - SUGGESTED LAND USE COMPATIBILITY IN NOISE ZONES**

1.

a) Although local conditions regarding the need for housing may require residential use in these Zones, residential use is discouraged in DNL 65-69 and strongly discouraged in DNL 70-74. The absence of viable alternative development options should be determined and an evaluation should be conducted locally prior to local approvals indicating that a demonstrated community need for the residential use would not be met if development were prohibited in these Zones.

b) Where the community determines that these uses must be allowed, measures to achieve and outdoor to indoor Noise Level Reduction (NLR) of at least 25 dB in DNL 65-69 and NLR of 30 dB in DNL 70-74 should be incorporated into building codes and be in individual approvals; for transient housing a NLR of at least 35 dB should be incorporated in DNL 75-79.

c) Normal permanent construction can be expected to provide a NLR of 20 dB, thus the reduction requirements are often stated as 5, 10 or 15 dB over standard construction and normally assume mechanical ventilation, upgraded Sound Transmission Class (STC) ratings in windows and doors and closed windows year round. Additional