ADA-154319

**NTIS**
Information is our business.

# AVIATION NOISE EFFECTS

FEDERAL AVIATION ADMINISTRATION
WASHINGTON, DC

MAR 85

U.S. DEPARTMENT OF COMMERCE
National Technical Information Service

1

---

## TABLE OF CONTENTS

| | | | PAGE |
|---|---|---|---|
| Table of Contents | | | i |
| List of Figures | | | vi |
| List of Tables | | | viii |
| List of Terms | | | ix |
| **Section** | 1.0 | General Introduction | 1 |
| **Section** | 2.0 | Noise Metrics | 7 |
| | 2.1 | Introduction | 9 |
| | 2.2 | Single Event Maximum Sound Level Metrics | 9 |
| | 2.2.1 | A-Weighted Sound Level | 9 |
| | 2.2.2 | D-Weighted Sound Level | 11 |
| | 2.2.3 | Perceived Noise level (PNL) | 11 |
| | 2.2.4 | Tone Corrected Perceived Noise Level (PNLT) | 12 |
| | 2.3 | Single Event Energy Dose Metrics | 12 |
| | 2.3.1 | Effective Perceived Noise Level (EPNL) | 12 |
| | 2.3.2 | Sound Exposure Level (SEL) | 12 |
| | 2.4 | Cumulative Energy Average Metrics | 12 |
| | 2.4.1 | Equivalent Sound Level (Leq) | 13 |
| | 2.4.2 | Yearly Average Day-Night Sound Level (DNL | 13 |
| | 2.4.3 | Community Noise Equivalent level (CNEL) | 13 |
| | 2.4.4 | Noise Exposure Forecast (NEF) | 13 |

3. Federal interagency Committee on Urban Noise. *Guidelines for Considering Noise in Land Use Planning and Control*. June 1980.

4. U.S. Air Force. Manual 19-10. *Planning in the Noise Environment*. Chapter 4.

Page 98

Top
Return to NPC Library
Return to NPC Home Page

---

Section 15.0 **EFFECT OF AIRCRAFT NOISE ON REAL ESTATE VALUES**

SUMMARY

**INTRODUCTION**

This section reviews research conducted to assess the effect of aircraft noise on real estate values. While an effect is observed it is considered an influence which is often offset by the advantages associated with ready access to the airport and employment opportunities.

**AVIATION APPLICATION/ISSUES**

The effect of aircraft noise on real estate values is a topic often associated with environmental assessments.

**GUIDIANCE/POLICY/EXPERIENCE**

Studies indicate that a one decibel change in cumulative airport noise exposure (in DNL) usually results in a 0.5 to 2% decrease in real estate values.

Page 99

Top
Return to NPC Library
Return to NPC Home Page

---

## 15.1 INTRODUCTION

Studies have shown that aircraft noise does decrease the value of residential property located around airports. Although there are many socio-economical factors which must be considered because they may negatively affect property values themselves, all research conducted in this area found negative effects from aviation noise, with effects ranging from a 0.6 to 2.3 percent decrease in property value per decibel increase of cumulative noise exposure. This section reports on those studies.

## 15.2 RESEARCH CONSIDERATIONS

A number of socio-economic factors besides aircraft noise can negatively affect real estate values. Such factors include:

--the size of the houses
--number of rooms per house
--the repair of the houses
--number of homes that are air-conditioned
--distance from business district
--percent of the housing that is minority
--number of lakes, parks or other amenities in the surrounding area

The absence of aircraft noise, then, is just one of many considerations the consumer must evaluate in buying or selling a residence. Researchers have been careful to consider these other effects and to normalize their influences in research studies. Yet even with other factors considered, increased aircraft noise does appear to lower property values.

## 15.3 REVIEW OF RESEARCH

To date, studies have been conducted analyzing nine airports in the U.S. and Canada comparing property values and noise exposure levels. These studies, which assess data gathered between 1960 and 1970, all employed the NEF, a noise measurement that has been superseded by the DNL as the FAA's accepted unit of cumulative noise measurement (see glossary and Section 2 for description of NEF and DNL). These studies are summarized by Jon Nelson in **Economic Analysis of Transportation Noise Abatement**; his summary is reproduced, with conversions to DNL, in Table 15.1 and discussed below (Ref. 1).

Page 100

Top
Return to NPC Library
Return to NPC Home Page

---

TABLE 15.1

Summary of Empirical Damage Estimate for Aircraft Noise and Property Values in Nine Urban Areas

| Study Area (Year, mean property value) | Range of Noise Levels (DNL) | Best NDI-NEF Estimate* (Percent) |
|---|---|---|
| New York (1960, $16,656) | 55 - 75 | 1.9% |
| Los Angeles (1960, $19,772) | 55 - 75 | 1.8 |
| Dallas (1960, $18,011) | 55 - 75 | 2.3 |
| All Areas (1960, $18,074) | 55 - 75 | 2.0 |
| Minneapolis (1967, $19,683) | 55 - 85 | 0.6 |
| San Francisco (1970, $27,600) | 60 - 80 | 1.5 |
| San Jose (1970, $21,000) | 60 - 80 | 0.7 |
| Boston (1970, $13,000) | 60 - 80 | 0.6 |
| Toronto (1969-1973, $30,000-35,000) | 55 - 70 | 0.9 |
| Dallas (1970, $22,000) | 55 - 90 | 0.6 |
| Washington, D.C. (1970, $32,724) | 55 - 70 | 1.0 |

*The NDI-NEF is the percentage decrease in a given property value per unit increase in the DNL

Nelson found that the studies can be divided into two groups and some conclusions drawn. The first group of estimates in the table was based on 1960 data (and included New York, Los Angeles and Dallas) and suggests a range of 1.8 to 2.3 percent decrease in value per decibel (DNL). The second group of estimates, covering the period from1967 to 1970, suggests a mean of 0.8 percent devaluation per decibel change in DNL. Nelson then excludes the San Francisco data (which was influenced by unique climatic and political differences) and finds a mean of 0.7 percent devaluation per decibel change in DNL.

Nelson also notes that there seems to be a decline in the noise depreciation index over time, from 1960-1970. This could be due either to noise sensitive people being replaced by those less bothered by noise, or to the enhanced commercial value of land near airports. Evidence exists to support either of these hypotheses (Ref. 2).

## 15.4 CONCLUSION

The bottom line is that noise has been shown to decrease the value of property by only a small amount -- approximately 1% decrease per decibel (DNL). At a minimum, the depreciation of a home due to aircraft noise is equal to the cost of moving to a new residence. Because there are many other factors that affect the price and desirability of a residence, the annoyance of aircraft noise remains just one of the considerations that affect the market value of a home.