**From:** "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
**To:** "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com> (Receipt Notification Requested) (IPM Return Requested)
**Cc:** "Kelle.Acock@usdoj.gov" <Kelle.Acock@usdoj.gov> (Receipt Notification Requested) (IPM Return Requested), "mwolf@quinnlaw.com" <mwolf@quinnlaw.com> (Receipt Notification Requested) (IPM Return Requested), "mquinn@quinnlaw.com" <mquinn@quinnlaw.com> (Receipt Notification Requested) (IPM Return Requested), "tferrebee@hoflaw.com" <tferrebee@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested), "jferrebee@hoflaw.com" <jferrebee@hoflaw.com> (Receipt Notification Requested) (IPM Return Requested), "clustig@srgslaw.com" <clustig@srgslaw.com> (Receipt Notification Requested) (IPM Return Requested), "mary.raivel@navy.mil" <mary.raivel@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "dominick.yacono@navy.mil" <dominick.yacono@navy.mil> (Receipt Notification Requested) (IPM Return Requested), "robert.j.smith2@navy.mil" <robert.j.smith2@navy.mil> (Receipt Notification Requested) (IPM Return Requested)
**Sent:** 5/22/2006 7:59PM
**Subject:** RE: Oceana Operations in 1999 (FOLLOW UP)

Kieron,

We have not identified any documents that reflect the actual number of FCLPs or T&Gs at NASO for 1999.

Regards,

Steve

-----Original Message-----
From: kfquinn@quinnlaw.com [mailto:kfquinn@quinnlaw.com]
Sent: Monday, May 22, 2006 9:54 AM
To: Bryant, Steven (ENRD)
Cc: Acock, Kelle (ENRD); jferrebee@hoflaw.com; tferrebee@hoflaw.com; clustig@srgslaw.com; mquinn@quinnlaw.com; mwolf@quinnlaw.com
Subject: Fwd: Oceana Operations in 1999 (FOLLOW UP)
Importance: High

STEVE

I HAVE HAD NO RESPONSE TO THIS EMAIL. PLEASE TODAY GIVE ME THIS INFORMATION OR TELL ME THAT THE NAVY WILL NOT PROVIDE THIS INFORMATION.

KIERON

==============================================================
>Date: Wed, 17 May 2006 16:29:44 -0400
>To: SteveBryant
>From: Kieron Quinn <kfquinn@quinnlaw.com>
>Subject: Oceana Operations in 1999
>Cc: KelleAcock, JackFerrebee, TomFerrebee, CharlesLustig, Oceana
>NAS::MargaretQuinn, Oceana NAS::MartyWolf
>Bcc: kfquinn@quinnlaw.com
>

>Steve
>
>Please tell me the number of (1) FCLP and (2) Touch & Go operations
>at Oceana in 1999.
>
>Thanks
>
>Kieron
>
>Kieron
>Quinn Tel. 410 825
2300
>Quinn, Gordon & Wolf Chtd. Fax. 410 825
0066
>102 West Pennsylvania
>Ave. Em kfquinn@quinnlaw.com
>Suite 402 www.quinnlaw.com
>Baltimore, MD 21204