**Watson, Sue R. (EFDLANT)**

3671

**From:** Eric Boyajian [EricBoyajian@atac.com]
**Sent:** Thursday, December 07, 2000 12 23 PM
**To:** 'Firenze, Ray'
**Cc:** Jason Kim (E-mail); Phil Welliver (E-mail); Cecchini, J. Dan (EFDLANT)
**Subject:** RE: OP COUNT AT NTU/NFE

Ray,

Table 5.2.1 presents the model results for the "ARS-2" scenario of the F/A-18 C/D EIS. The inputs for this scenario where prepared in 1995 based on what the squadrons thought they were going to be doing in 1999.

When we visited Oceana in June 2000, we revisited the different communities (F-14, F/A-18, E-2/C-2) to find out what they are doing now. Based on what they told us, we implemented new inputs to create the "Baseline" scenario for the F/A-18 E/F EIS. The "Baseline" does not reflect introduction of the F/A-18 E/F aircraft, which will be the subject of one of our future scenarios.

The problem with respect to FCLPs seems to be this:

F/A-18 C/D EIS ARS-2: 152,980 (98.1% at NFE)

F/A-18 E/F EIS Baseline: ~170,000

Reported NFE operations
for 2000: ~100,000

Is there a way to know how many FCLPs were conducted at NTU in 2000? Our simulation sends the FCLPs to NFE unless there is a severe scheduling crunch, in which case NTU is used as an "overflow" FCLP site.

Eric

-----Original Message-----
From: Firenze, Ray [mailto:FirenzeR@nasoceana.navy.mil]
Sent: Thursday, December 07, 2000 7:18 AM
To: 'Eric Boyajian'
Subject: RE: OP COUNT AT NTU/NFE

Eric, The numbers that I use to compare real from estimates come from the Final EIS for the Realignmentt of the F/A-18 C/D, Table 5.2.1. They obviously differ form the spread sheet. Does the spread sheet reflect estimates for the F/A-18 E/F? Ray

-----Original Message-----
From: Eric Boyajian [mailto:EricBoyajian@atac.com]
Sent: Tuesday, December 05, 2000 2:55 PM
To: 'Firenze, Ray'; Dan Cecchini (E-mail); Fred Pierson (E-mail)
Cc: Jason Kim (E-mail); Phil Welliver (E-mail)
Subject: RE: OP COUNT AT NTU/NFE

Ray,

Attached is a spreadsheet that indicates the number of FCLP passes performed by each of the squadrons in our simulation. This spreadsheet shows the hypothetical timeline of deployments and at-sea exercises so illustrate why specific squadrons perform FCLPs during specific months. The FRS squadrons

tend to spread their FCLP training throughout the year. Please, review the spreadsheet to see if something does not look right based on your experiences.

The various communities were fairly specific about how many passes they need to complete, and so forth. It's quite possible (probable?) that our squadron contacts estimated high.

Eric Boyajian
ATAC Corporation

-----Original Message-----
From: Firenze, Ray [mailto:FirenzeR@nasoceana.navy.mil]
Sent: Tuesday, December 05, 2000 7:28 AM
To: 'CecchiniJD@efdlant.navfac.navy.mil'; 'EricBoyajian@atac.com'
Subject: OP COUNT AT NTU/NFE

Fred asked that I try to help sort the traffic count matter out. As of Dec.1, the number of FCLP's are as follows: Fentress - 95,974, Oceana - 20,940 for a total of 116,914 with the month of December left. Historically, December flight ops are generally light so it's safe to say that we'll be under the projected total FCLP of 140,000. I think that the E-2/C-2 input of 34,000 passes is a bit high and needs to be addressed. Total flight operations at NAS Oceana as of Dec 1 are 222,990. This number includes the 20,940 FCLP count above so again it's safe to say that the projections for Oceana were accurate. For my own education, can you please tell me who provides the input for the yearly projected numbers? If I can be of any further assistance please call me.
Respectfully,

Ray Firenze
Assistant Community Planning Liaison Officer
Naval Air Station Oceana
(757) 433-3158 FAX (757) 433-2380
firenzer@nasoceana.navy.mil