t D
ntal
tion

DEPARTMENT OF THE NAVY
NAVAL AIR STATION OCEANA
1750 TOMCAT BOULEVARD
VIRGINIA BEACH VIRGINIA 23460-2168

IN REPLY REFER TO
5726
Ser 32/0396
October 7, 2003

Ms. Barbara Duke
Planning Department
City of Virginia Beach
Building 2, Room 100
2405 Courthouse Drive
Virginia Beach, VA 23456

Dear Ms. Duke:

Item 5 on the Planning Commission Agenda for October 8, 2003, is a rezoning request and proposed residential development by VA-CAR Development, L.L.C. The site is located approximately five miles southwest of Naval Air Station (NAS) Oceana and three miles north of Naval Auxiliary Landing Field (NALF) Fentress in the 70-75 decibel (dB) day-night average (Ldn) noise zone. The Navy's Air Installations Compatible Use Zones Program states that residential land use is not compatible in this zone. I urge you to deny their request.

This site is directly aligned to NAS Oceana's runway 5, one of our busiest runways. There are several key flight tracks to and from NAS Oceana and NALF Fentress that concern us. In 2002 runway 5 accounted for 44 percent of 218,000 annual flight operations. Aircraft on approach to NAS Oceana conducting straight-in instrument procedures will fly directly over this property, as will overhead arrivals to NAS Oceana and inter-facility arrivals and departures between NAS Oceana NALF Fentress. NAS Oceana and NALF Fentress operate 24 hours a day, 7 days a week.

Quality of life in the VA-CAR Development subdivision will be impacted by flight operations while being subject to high single event noise levels. An F/A-18 Hornet in landing configuration at 1000 feet produces sound exposure level of 109 decibels and an F/A-18 Super Hornet is expected to produce 114 decibels. These are the levels that will be typical for aircraft on late night straight in arrivals from NALF Fentress. At an altitude of 1500 feet on an instrument approach the Hornet has a sound exposure level of 106 decibels and the Super Hornet is 110 decibels. The sound exposure level represents both the intensity of sound and its duration. So, for an aircraft flyover it includes both the maximum and lower decibel levels and is representative of the entire event. In comparison, the noise environment of a rock music concert is approximately 110 decibels.

**Exhibit D**
**Supplemental Information**

5726
Ser 32/0396
October 7, 2003

The Navy acknowledges the landowners' desire to develop their property, but as already stated, I urge you to deny their request. We would view residential development at this site as encroachment upon operations at NAS Oceana. If you have any questions, please contact my Community Planning Liaison Officer, Mr. Ray Firenze at (757) 433-3158.

Sincerely and very respectfully,

T. Keeley

T. KEELEY
Captain, U.S. Navy
Commanding Officer

Copy to:
COMNAVREG MIDLANT (00/N02)
LANTDIV
Regional Engineer
Mayor Meyera Oberndorf
Virginia Beach City Council
Virginia Beach Planning Commission