HOFHEIMER/FERREBEE, P.C.
ATTORNEYS AND COUNSELORS AT LAW
1060 LASKIN ROAD, SUITE 12B
SANDPIPER KEY
VIRGINIA BEACH, VIRGINIA 23451-6365

MARY ELIZABETH DAVIS
JACK E. FERREBEE
SHEERA R. HERRELL
CHARLES R. HOFHEIMER
KRISTEN D. HOFHEIMER
JEFFREY D. TARKINGTON

TELEPHONE (757) 425-5200
FACSIMILE (757) 425-6100
*E-mail: jferrebee@hoflaw.com*
Our File No. 034233

May 12, 2006

VIA EMAIL ONLY

Steven D. Bryant, Esquire
Department of Justice
Environmental & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

RE: Testwuide v. US

Dear Steve:

I am writing to follow up with you on Plaintiffs' Request for Production Number 32, propounded during the Class Certification phase of the pending litigation.

Plaintiffs requested "all documents that identify number and type of aircraft stationed at Oceana since 1975."

The only response to this request was provided on November 11, 2001 in which the Navy responded with the following:

> Defendant objects on the grounds that this Request is overly broad, unduly burdensome and not reasonably related to the issue of class certification. Without waiving this objection, the following responsive documents are attached: 228, 229, 235, 419, 420, 422, 424, 425, 1516, 1518, 1520, 1530, 1542, 1544, 1546, 1547, 1549, 1627, 1636, 1642, 1644, 1645, 1648, 1649, 1661, 1662, 1663, 1664, 1669, 1671, 1673, 1675, 1676, 1677, 1679. Discovery is ongoing, defendant will supplement this response as necessary.

In reviewing the documents identified in this response, I have not found any of the base loading statistics for Oceana during the 1970s and 1980s, with the exception of 1989. Will you kindly produce the base loading statistics for Oceana for the periods 1978 – 1988. If you are unable to produce these documents by Tuesday, May 16th, I may ask

you to agree to an enlargement of time to file our response to your motion for summary judgment, while our motion to compel is pending. As you know, we had no idea which year you were going to select for your statute of limitations argument until you filed your motion.

It was not until May 5, 2006 that you responded to our multiple discovery requests regarding the statute of limitations. Even now, your response appears somewhat vague. It is improbable that the government knew anything about the date of the statute of limitations date in May 2006 that it did not know in 2001 or at least upon the naming of the test case plaintiffs.

Given what has every appearance of a deliberate withholding of a required discovery response for over five years, I also would like to have the documents showing the counts for each type of operation at Oceana in 1981.

Thank you in advance for your cooperation.

Sincerely yours,

Jack E. Ferrebee

cc: Counsel