of those of the Association as they go a long ways if you fit it into the plan.

Stephen White: Absolutely.

Ronald Ripley: If you all would do that we would appreciate it.

Stephen White: We'll be glad to.

Mike Nuckols: The biggest problem with the Laskin Road project is waiting on it, because there is no real time frame as I understand it. That's where the Association is coming from. They really do like the project, but this intersection is trouble now, and it is only going to get worse.

Ronald Ripley: Your comments will bring focus to it I'm sure.

Mike Nuckols: Thank you.

Ronald Ripley: Thank you very much. We have Ray Firenze from Oceana.

Ray Firenze: Good afternoon. My name is Ray Firenze. I'm representing the Navy at Oceana, and I'm here today in opposition to the proposed. Before I start I'd like to tell you, Mr. Nutter, I've met with him and his staff, his architect and all the concerns that I'm going to lay out for you here I shared with him a week ago. This project is two and half miles northeast of Oceana in a 70-75 decibel day/night average noise zone. It's in accident potential zone number two It's directly aligned to our runway two three, which accounted for 47 percent of 218,000 annual flight operations in 2002. That is about 102,000 operations. What you see there is one straight line coming off the ocean, but that actually represents five different flight tracks. For example, there are two flight tracks that I analyze, two radar type approaches between September 2002 and August 2003. We over flew that area 4,891 times, and that's just two of the tracks. So what does that mean? It's two and half miles, at about five miles at 1500 feet the airplane starts final descent into the runway At 300 feet a mile the rate of descent we're going to be over the top of that complex at 800 feet. So what does mean? It means that were going to over fly that place quite frankly and at night, no doubt. Using metric caught sound exposure level and what the sound exposure level does is it measures the impact of the noise duration, the maximum and minimal db levels, so what they can expect is an F-18 right now, Hornet, at a 1,000 feet is 109 decibels and a Super Hornet, which we are getting. Now the last time I was up here that decision hadn't been made. It's going to be 114 decibels, but if you want to compare some decibel levels, normal conversation is 60 db and a rock concert is a 110 db. So you will have 100,000 rock concerts flying over year. It's not only about jet noise. It's also a safety issue about putting this complex in an accident potential zone. Oceana and Fentress are 24-hour facilities. We ask that you consider our concerns on your way to a final decision and like our letter stated from Capt. Keeley, that we view further development in this area as incompatible and an encroachment upon operations at Oceana. That's it. Thank you

Ronald Ripley: Are there questions of Ray?

Ray Firenze: Thank you.

Ronald Ripley: Yes, Mr. Nutter, please.

R.J. Nutter: Thank you. I want to thank Ray and the gentleman that he brought with him and I keep forgetting his name. Forgive me.

Ray Firenze: Bobby Roundtree.

R.J. Nutter: Bobby Roundtree. Thank you very much. We appreciate the opportunity to meet with them We shared with them quite a bit of information about this project and now just what we showed you but a lot of the construction details. I shared a little bit of that with you. This is not a normal stick and brick construction. When you go to six stories in height and five stories in height these buildings are all constructed out of concrete and steel. They have the heaviest of installation and windows So from the sound effect, they are built to standards that, quite frankly that most residential buildings in this area don't meet at all, well in excessive. Secondly, we've tried to point out and I think and they don't deny. This is a little different then other applications that have taken a more public stand on where the zoning is not in place and where you have a situation where the existing zoning allows a degree of intense development far and excess of what's being proposed. In fact, this is definitely a reduction in the number of people living, working, and being in and around that same exact area with this application. That's the one point that I think I can almost leave with you, because there is no other way to reduce the potential impact on what can be built on that property other than a rezoning application and otherwise you can go 267 units plus B-1 and B-2 properties in additional to that, unconditional. As you may know H-1 district does not have height limit. We have a height here in this case of 85 feet at the highest point. If there were no zoning there, I would have a difficult time making this presentation But the fact is that we're reducing what's there and that's an improvement in terms of what the potential problems are here. Secondly, we're building this to standards that far exceed residential normal standard. Third, let me tell you that the normal buyer and what we're finding is that the buyers for these properties are interested in the properties as staying there for only months a year. Most of these are second homes for them. This is what we shared with the other condominium owners at Cove Point as well. The other is, quite frankly is that many of them live right in and around this area today and at Cove Point, we've talked with them and we've talked with and we've met in their room, which is just right across the street. They know it very well and several of them expressed some interest in it. I just want to tell you that people, who live, work and play in this area no this issue. They like the Navy they think they are an asset. They use the ability to live on that property as an asset. This is the only thing that I can tell you that we'll actually reduce the concerns that the Navy might have by reducing the densities or by right can be built on the property. That is how we tried to address their concerns. That is why we think this distinguishes us from other cases that they have taken a public position on. Mr. Ripley,