Publication: The Virginian-Pilot;Date: Nov 26, 2003;Section: Hampton Roads;Page: 19

ActivePaper™

# Beach council approves condominium project

BY JON W. GLASS
THE VIRGINIAN-PILOT

VIRGINIA BEACH — A majority of the City Council signaled its willingness Tuesday to override the Navy's tough new stance against housing developments around Oceana Naval Air Station.

In the city's first major test of the Navy policy, the council voted 7-2 to approve a 90-unit luxury condominium project off Laskin Road that the Navy opposed because residents would be exposed to loud jet noise and the potential for jet crashes.

Council members who supported the project called it a quality redevelopment of a blighted property, including the old Seashire Inn hotel, which they said generated about 100 police complaints during the past year.

Council opponents, including Mayor Meyera E. Oberndorf, worried about interfering with the Navy's mission at Oceana and feared that approving such development could put the base at risk of future closure.

Tuesday's vote laid bare a dilemma that city leaders will continue to confront as the Beach pushes to redevelop

*Please see* **Vote,** *Page* **B3**




**WHAT'S AHEAD**

Many potenti development such as the L Road propos high-noise or potential zon Oceana Nava Station. Next the Virginia B Council is sch vote on at lea other housing the Navy opp lie in areas w roar of Navy j expose reside average day- noise levels o decibels and

Publication: The Virginian-Pilot; Date: Nov 26, 2003; Section: Hampton Roads; Page: 21
ActivePaper™

# Vote: Some did not want to interfere with Navy

*Continued from Page B1*

older sections of the city and the availability of developable land grows more scarce.

Many other potential development sites lie in high-noise or accident-potential zones around Oceana. Next month, the council is scheduled to vote on at least three housing projects the Navy opposes.

"I think we're starting to walk down a very, very precarious path," Oberndorf said.

Other council members, however, said the city's relationship with the Navy should not be based on one project.

"Tonight's vote is not a referendum on the Navy; it's a vote on a single planning item," said Councilman Richard Maddox, who voted for the condo project.

The Navy used to view housing developments in noise zones with day-night noise averages of 65 to 75 decibels as "conditionally compatible" – if equipped with noise-muffling features.

But since May, acting under a Department of Defense directive that affects military air bases worldwide, the Navy has begun opposing them. Pentagon officials say urban growth is encroaching on the military's ability to train.

After Tuesday's vote, both city and Navy officials said they plan to move ahead with a regional land-use study to identify development that would fit in with Oceana, the Navy's largest master jet base.

"It establishes what is compatible and what is not in a group forum," Rear Adm. Stephen A. Turcotte, the commanding officer of the Navy's Mid-Atlantic Command, said Tuesday. "That's the beauty of it."

R.J. Nutter II, a Beach lawyer representing the condo project, said the developer, after discussions with Navy officials, has agreed to go beyond the city's current real-estate disclosure requirements and alert buyers that the condos would be subject to low-flying Navy jets.

The property is being developed by Near Post LLC, whose managing member is John C. White, a developer and owner of a Beach travel agency.

The site is located next to the Cavalier Golf Course at Laskin and Oriole Drive and would be developed with 10 condo buildings, with units priced at $400,000 to $800,000, Nutter said. Buyers already have reserved 23 units, he said.

Council proponents lauded the redevelopment, saying it meshes with the city's plans to enhance an Oceanfront gateway to 31st Street. They also noted that under the site's existing zoning, the owner could build a 256-room hotel or a mix of hotel and residential units without the council's approval.

"This is an attractive plan," said Councilman James Wood. "It ties into the Laskin gateway, and it reduces density."

But Navy Capt. Tom Keeley, Oceana's commanding officer, said the site lies under the flight path of one of the base's busiest runways. Last year, jets flew over the site 102,000 times, roaring at up to 114 decibels – roughly equivalent to a rock concert.

"Essentially, that's 100,000 rock concerts approaching over this property a year," Keeley said. The Navy would consider development of the site with office or retail as compatible, but not houses or hotels, he said.

Hal Levenson, spokesman for Citizens Concerned About Jet Noise, said the council was "stiffing the Navy" and was "about to become the real threat" to Oceana's future.

■ *Reach Jon W. Glass at 222-5119 or* **jon.glass@pilotonline.com**