# NAS Oceana

Chambers Field Willow Grove
Fentress – Dam Neck Annex

## CAPT Tom Keeley, USN

### Commanding Officer

## Virginia Beach AICUZ Task Force

### March 16, 2004

PL-INV000067

Chambers Field Willow Grove
Fentress – Dam Neck Annex

# Single Event Noise

| NOISE SOURCE (at a given distance) | A-WEIGHTED SOUND LEVEL SCALE (dBA) | NOISE ENVIRONMENT |
|---|---|---|
| Civil Defense Siren (100 ft) | 130 | Carrier Flight Deck |
| | 120 | |
| Pile Driver (50 ft) | 110 | Rock Music Concert |
| F-18 Departure (1,000 ft) | 108 | |
| F-18 Arrival (1,000 ft) | 104 | |
| Ambulance Siren (100 ft) | 100 | |
| F-14 Departure (1,000 ft) | 97 | Printing Press Plant |
| Newspaper Press (5 ft) | | |
| Power Lawn Mower (3 ft) | 96 | |
| Motorcycle (25 ft) | 90 | Boiler Room |
| Prop. Plane Flyover (1,000 ft) | 88 | |
| Diesel Truck, 40 mph (50 ft) | 84 | |
| F-14 Arrival (1,000 ft) | 83 | |
| Garbage Disposal (3 ft) | 80 | High Urban Ambient Sound |
| Passenger Car, 65 mph (25 ft) | 77 | |
| Living Room Stereo (15 ft) | 76 | |
| Vacuum Cleaner (3 ft) | 70 | |
| Electronic Typewriter (10 ft) | | |
| Normal Conversation (5 ft) | 60 | Data Processing Center |
| Air Conditioning Unit (100 ft) | | |
| | | Department Store |
| Light Traffic (100 ft) | 50 | Private Business Office |
| Bird Calls (Distant) | 44 | |
| | 40 | Lower Limit of Urban Ambient Sound |
| Soft Whisper (5 ft) | 30 | Quiet Bedroom Recording Studio |
| | 20 | |

## SEL dB Levels

| Alt 1000’ | App | Dep |
|---|---|---|
| F-14A | 93 | 110 |
| F-14B/D | 87 | 108 |
| F/A-18C/D | 109 | 117 |
| F/A-18E/F | 114 | 117 |

| FCLP | NTU@1000’ | NFE @800’ |
|---|---|---|
| F-14A | 93 | 96 |
| F-14B/D | 95 | 97 |
| F/A-18C/D | 108 | 109 |
| F/A-18E/F | 113 | 115 |