## Test Plaintiffs - Coordinates

Data Source: Virginia Beach Tax Parcels
Created by: *Lisa Matthies, Ecology and Environment, Inc*
March 31, 2005

DNL Source: Wyle Laboratories, Inc.
Created by: Micah Downing
September 22, 2005

| Name | Parcel Street Number | Parcel Street Name | Parcel Street Type | Zip Code | Latitude | Longitude | Wyle ID | Specific Point DNL Values: Base 1997 | Original ARS2 | Base 2000 |
|---|---|---|---|---|---|---|---|---|---|---|
| Carroll Lindsay | 2709 | EAST KINGS | RD | 23452 | 36.84507 | -76.06555 | AAAA | 58.5 | 75.3 | 68.5 |
| Eddie and Elizabeth Waterman | 2244 | WINDY PINES | BND | 23456 | 36.77202 | -76.02892 | AAAB | 59.6 | 72.8 | 66.3 |
| Hal and Elaine Levenson | 2004 | BRICKELL | CT | 23454 | 36.85768 | -76.04147 | AAAC | 62.3 | 76.4 | 70.3 |
| Herbert and Betty Van Nostrand | 305 | CORVETTE | LN | 23452 | 36.82957 | -76.08200 | AAAD | 56.1 | 71.3 | 67.1 |
| James and Virginia Riddick | 1805 | LOGANBERRY | CT | 23453 | 36.77408 | -76.07253 | AAAE | 58.1 | 71 | 67.3 |
| Kenneth and Tammy Hill | 925 | LAMPLIGHT | LN | 23452 | 36.80739 | -76.08023 | AAAF | 68.3 | 78.1 | 76.3 |
| Michael and Diane Leary | 3209 | CHICORY | CT | 23453 | 36.77180 | -76.07962 | AAAG | 59.4 | 73.3 | 70.6 |
| Sara Hoag | 1301 | BRANT | RD | 23451 | 36.83420 | -75.99225 | AAAH | 66.6 | 79.2 | 78.5 |
| Sean and Graciela Ryan | 1856 | PATHFINDER | DR | 23454 | 36.77680 | -75.99621 | AAAI | 56.2 | 72.1 | 63.9 |
| Theodore Dingle | 912 | CAROLINA | AVE | 23451 | 36.83279 | -75.98458 | AAAJ | 61.6 | 75.2 | 72.1 |
| William and Betty Capps | 409 | PALLETS | RD | 23454 | 36.84608 | -76.04327 | AAAK | 71.3 | 89.7 | 78.3 |

**AdditionalTest Plaintiff - Coordinates**

Data Source: email from J. Guerin 12/20/05
Created by:

DNL Source: Wyle Laboratories, Inc.
Created by: Micah Downing
January 30, 2006

| | | | | | | | | Specific Point DNL Values | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Parcel Street Number | Parcel Street Name | Parcel Street Type | Zip Code | Latitude | Longitude | Wyle ID | Base 1997 | Original ARS2 | Base 2000 |
| Eileen May | 620 | Little Neck | Road | | 36.85368 | -76.09098 | AAAA | 45.7 | 60.43 | 56.8 |