00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL and ROBERT TESTWUIDE, *
et al., *
Plaintiffs, *
*
vs. * NO.: 01-201 L
*
THE UNITED STATES OF AMERICA, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

The deposition of SANFORD FIDELL was taken on Friday, December 16, 2005, commencing at 9:40 a.m., at the offices of UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENT & NATURAL RESOURCES DIVISION, 601 D Street, N.W., Washington, D.C., 20004, before Cheryl A. Lord, Notary Public.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Reported by:
Cheryl A. Lord, RPR, CRR

00010

different acousticians at different levels of
expertise?
In other words, can you be a board-certified acoustician under the Acoustical Society of America?
A. Not to my knowledge.
There are different grades of membership from student and associate through full member through a fellow of the society.
Q. Okay. And is there a parallel between your Ph.D. in experimental psychology and your field as an acoustician?
A. The intersection of acoustics and experimental psychology is often referred to as psychoacoustics. I suppose you could consider me a psychoacoustician.
Q. A psychoacoustician, is that exactly what you've described to me that you do in performing control studies and the like?
Is that what we're talking about?
A. Yeah.

00011

A psychoacoustician is someone who is involved with the effects of sound on individuals or communities, groups of people.

Q. Do you have any specialized training beyond your Ph.D.?

A. Well, of an academic nature or of any nature?

Q. Of an academic nature.

A. No, not of an academic nature.

Q. And in the area of acoustics or noise-related subjects, do you have any specialized training beyond your Ph.D.?

A. Well, many years' worth of experience with the tools of the trade.

Q. Now, after your -- let me start with your undergraduate work.

While you were doing your college studies, did you work in the field of acoustics at all?

A. No.

Q. When did you first begin your field of

00031

conversation with Wyle Labs?

A. I think it was to verify my understanding
of the noise modeling that Wyle had conducted.

Q. Do you remember for what period of time?

A. No, I don't.

Q. It could have been specifically noise
modeling with respect to Vivian's Island?

A. Yes.

Q. And not noise modeling generally?

A. No, with respect to assumptions about
numbers of aircraft, types of operations, and so
forth.

Q. Did you receive anything from Wyle Labs
at that time by way of email or in writing with
respect to noise modeling at Vivian's Island?

A. I don't think so.

Q. Now, in preparation for your 2002 report,
the one we're talking about in the class
certification phase, did you make any visits to
Oceana Naval Air Station?

A. No, I did not.

values in the peninsula area.
Q. You've done one for Langley Air Force Base, Hampton, Virginia, related to property valuation, am I correct?
A. That's correct.
Q. Is that the one you were talking about, the time when you might have been in Virginia Beach at the time you were doing that study?
A. Yes.
Q. So other than the time -- well, the time you went to Virginia Beach and you saw some houses there, you didn't do any site noise studies or field studies of noise in the area of Oceana, did you?
A. No.
Q. Have you ever personally undertaken to do any field studies of noise in the area around Oceana?
A. No.
Q. When was it you were contacted and by whom to be an expert in this case, in the Testwuide

00035

correct?

A. Not a specific economic analysis in this matter.

Q. If it's not specific, are you generally contracted with the government in this case to provide economic testimony of any kind?

A. Only tangentially with respect to the primary work that I've done on noise modeling.

Q. And what tangential economic commentary would you provide in this case, tangential to your field as a psychoacoustician?

A. Well, I don't know that it would actually be in the form of testimony, but I have had conversations about the general effects of aircraft noise on property values.

Q. And you've done at least one study in that area that involved Langley Air Force Base in Tucson.

Am I correct?

A. That's correct, Davis Monthan Air Force Base.

00049

compatibility in terms of decibel values.

Q. Okay. Well, since in your opinion noise exposure as expressed in DNL is not a unique predictor of the impact on lands, would you disagree with the Navy's approach to its AICUZ program?

MR. BRYANT: Objection.

BY MR. JACK FERREBEE:

Q. You're okay to answer the question. He just interposed an objection.

Go ahead.

A. There is no perfect predictor of -- no perfect acoustic predictor of the effects of noise on people, because the effects of noise on people are not uniquely determined by any acoustic measure, and DNL is among those that have been studied more carefully than other measures and is highly correlated with other reasonable metrics.

However, it is not a perfect predictor of noise impacts. If there were a clearly superior metric, then I suppose I would prefer that be used

00050

rather than DNL, but since there isn't a clearly superior metric to DNL, I don't know that I formally disagree with its use as a less than perfect measure of noise impact.

Q. So to summarize, for the present time as we sit here today, this is as good as the government can do -- or as well as the government can do.

I'm sorry.

MR. BRYANT: Objection.

This is a 1979 document, number 1, and objection to the characterization, for this witness to opine.

A. Would you restate the question, please?

BY MR. JACK FERREBEE:

Q. If there were something else the government could do in the development of its AICUZ program as we sit here, other than convert DNL into noise impacts, what would that be?

MR. BRYANT: Objection, personal knowledge of everything the government has done in

novelty of exposure and came up with letter ratings, A, B, C, D, so forth, that sought to characterize the overt behavioral consequences such as complaints and litigation arising from noise exposure at military installations.

It was better than the prior state of the art, which was effectively nonexistent, but rapidly -- "rapidly" is a relatively term -- within 10 or 15 years was supplanted by the noise exposure forecast predictor.

Noise exposure forecast was very similar to DNL, except that the frequency weighting scheme was based on perceived noise level rather than on the A weighting, and the arithmetic with which it was calculated led to numerically smaller values than DNL values for the same exposure conditions.

The day-night average sound level did not gain currency as a universal summary of noise exposure due to aircraft and other sources until its adoption by the Environmental Protection Agency in 1974, and it shortly thereafter swept the field

00148

A. I think they were referred to -- they were long ago, not current.

Q. Okay. Have you seen any documents that graph out for you the number of noise complaints at NAS Oceana from 1972 through the year 2000?

A. No, I haven't.

Q. Did you ask to see documents like that?

A. No, I didn't.

Q. Would those documents be in any way helpful to you in doing the kind of analysis you did here?

A. Well, for purposes of reconstructing noise exposure, they would be of very little use. The point of this work was simply to document that the issues at -- of the current litigation are not novel and they've been around for decades. That's the only statement, the import of this.

Q. Do you understand from the way noise modeling works with NOISEMAP and the flight tracks as they are laid out over land in the AICUZ noise contour, that those flight tracks that you see on