3668

**Watson, Sue R. (EFDLANT)**

**From:** Cecchini, J. Dan (EFDLANT)
**Sent:** Monday, November 27, 2000 1:24 PM
**To:** 'Smith, Shawn M CAPT (CNAL N80E-F)'; 'Logan, Phillip CDR (CLF N4683)'
**Cc:** Cecchini, J. Dan (EFDLANT); Seyler, Jim A. (EFDLANT)
**Subject:** RE: Op count at NTU

The C/D EIS, with Oceana CO approval, stated that most FCLPs would be conducted at Fentress. We did not say that we would never do them at Oceana. In fact, we only suggest that most FCLPs would be conducted at Fentress. The NASMOD reflected this in the C/D EIS. However, we also state that approx 120,000 Touch and Go ops would be conducted at Oceana between the F-14 and F/A-18 community (along with approx 3,000 FCLP ops). The public has no idea what the difference is between the two. Therefore, according to the C/D EIS, they should expect to see aircraft in the pattern at 1,000 ft. AGL at Oceana on a frequent basis (avg. of 300-400/day). I think we are OK here. The issue was CAPT Zobel stating that we were going to move 1/3 of FCLPs to Oceana - this appears to be OBE now. The CO does have flexibility to run his airfield as he sees fit. Lets not put too much on "breaking the old EIS" We heard the same thing in Dallas about Lemoore and it is a misue of terms.

Dan

-----Original Message-----
**From:** Smith, Shawn M CAPT (CNAL N80E-F) [mailto:smithsm@cnal.navy.mil]
**Sent:** Monday, November 27, 2000 11:13 AM
**To:** Logan, Phillip CDR (CLF N4683)
**Cc:** 'cecchinijd@efdlant navfac.navy.mil'
**Subject:** RE. Op count at NTU

Phil ----
Watch your step here - Oceana is not restricted from FCLPs at Oceana - there is a percentage - but the CO needs to have the operational flex to do what needs to be done to meet operational requirements - deployments.

I do not think Capt Zobel can be "locked" from any aspect of doing his job at Oceana
Let's not lose sight of the requiremetns to meet deployments The EIS taking is not to "restrict" the base CO
The other issue is the "baseline" we need is what they are doing NOW - and maybe that is what ou mean by "lock in" - there can not be any significant changes to procedures - they have bounced at Oceana - and have since stopped - but the procedure to use Oceana for this task is established - we need the flight paths and procedures for the operations - no changes can be made there - but this base line is not to restrict the CO from running his base.

Maybe I am not on target here - but do not want the Adm to get the wrong idea of what the base line is - and the issue with Fred and Zussman on operations at Oceana with regard to base line

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683)
Sent: Monday, November 27, 2000 10:10 AM
To: Nowakowski, Michael RDML (CLF N46); Crabtree, Thomas SES (CLF N46A); Ungvarsky, William CAPT (CLF N468)
Cc. Lang, James CDR (CLF N02LE), Klena, Jude LCDR (CLF N33B4); Maguire, Chuck GM-13 (CLF N4654); Zusman, Alan F (NAVFACWNY); Dan Cecchini (E-mail); Smith, Shawn M CAPT (CNAL N80E-F)
Subject. RE: Op count at NTU

Yes Sir, if we believe the numbers they are now telling us are the "correct"

numbers - that's why I asked Fred Pierson to get base ops to re-calculate their numbers - they smelled fishy If we can get CAPT Zobel locked into not bouncing at Oceana then I think we've got smooth sailing. V/R Phil

CDR P. E. Logan, CLF N4683
(757) 836-3674, DSN 836-3674
loganpe@clf.navy.mil

-----Original Message-----
From: Nowakowski, Michael RDML (CLF N46)
Sent: Monday, November 27, 2000 9:21 AM
To: Logan, Phillip CDR (CLF N4683); Crabtree, Thomas SES (CLF N46A); Ungvarsky, William CAPT (CLF N468)
Cc: Lang, James CDR (CLF N02LE), Klena, Jude LCDR (CLF N02LE3)
Subject RE: Op count at NTU

Phil,

So you're telling me that we went a whole year worrying that we grossly surpassed the C/D ops estimates at Fentress and Oceana. With this glitch in the way we were counting the traffic count fixed is the C/D baseline still good to use for the EIS?
R, N

-----Original Message-----
From: Logan, Phillip CDR (CLF N4683)
Sent: Monday, November 27, 2000 8:07 AM
To: Nowakowski, Michael RDML (CLF N46); Crabtree, Thomas SES (CLF N46A); Ungvarsky, William CAPT (CLF N468)
Cc: Lang, James CDR (CLF N02LE); Klena, Jude LCDR (CLF N02LE3)
Subject. FW: Op count at NTU

Sirs, the most technologically advanced nation in the world and still we have difficulty counting. We all seem to have southern Florida disease. The EIS totals were 220,000 for Oceana and 140,000 for Fentress - appears they may squeak under at Oceana. V/R Phil

CDR P. E. Logan, CLF N4683
(757) 836-3674, DSN 836-3674
loganpe@clf.navy.mil

-----Original Message-----
From: Pierson, Fred [mailto:Mraicuz@nasoceana.navy.mil]
Sent. Saturday, November 25, 2000 12 53 PM
To: Dan Cecchini (E-mail); Alan Zusman (E-mail), Chuck Maguire (E-mail); CDR Phil Logan (E-mail)
Subject. FW: Op count at NTU

Looks like we will be below totals projected in the F/A-18 C/D EIS

R/Fred

> -----Original Message-----
> From: Hebert, CDR Dirk
> Sent: Tuesday, November 14, 2000 2:26 PM
> To. Zobel, CAPT William
> Cc: Pierson, Fred; Firenze, Ray
> Subject Op count at NTU
>
> Skipper,
>
> Based on your query, Ray and Chief Banks just recalculated our traffic
> count for the year and our reported-to-date count has been off. The
> computer algorithm (formula) was double counting touch and gos (including
> FCLPs) based on each touch and go equaling both a takeoff and a landing.
> Unfortunately our crews were already counting each touch and go twice,
> hence a double count. Chief Banks fortunately keeps all the paper logs
> and was able to correct the count within the computer tabulation The new
> totals are promising because they are right on track (or even below) the
> EIS projections and no longer point an accusing finger at FCLPs at Oceana
> as the obvious culprit for the increase. Here are the corrected numbers.
>
> as of Nov 1 NTU: 199,764 NFE 83,734
>
> If the above sounds like Air Ops double speak, I ask only that you follow
> the recounting of ballots in Florida for the appropriate precedence :-)
> v/r gumbo