**Zobel, William C CAPT (NAS Oceana)**

| | |
|---|---|
| **From:** | Hebert, CDR D. |
| **Sent:** | Monday, March 13, 2000 2:36 PM |
| **To:** | Zusmanaf@navfac.navy.mil |
| **Cc:** | Zobel, CAPT William; Pierson, Fred |
| **Subject:** | Noise Mitigation/Abatement procedures at NAS Oceana |

364

Alan, here's a narrative cut on what we discussed on Saturday. We have been doing these things to some degree since late last summer. As our operators have gotten more comfortable with the nuances of the new procedures we have increased their activity. The percentages listed with each new procedure represents the current average (and the one we expect to reflect the future norm), but they are approximations.

- GCA box pattern raised from 1500 feet MSL to 2500 feet MSL. After completing a touch and go landing, aircraft are now instructed to climb to 2500 feet to prepare for their next pass. For Runway 5 operations this means aircraft will turn right into an oval pattern with 10-12 mile legs. Instead of aircraft holding at 1500 feet until intercepting the normal glide slope at 6 miles on runway course, pilots fly the pattern at 2500 feet until making a crosswind turn to final at approx 10-12 miles before descending to 1500 feet; i.e. the entire downind portion is flown at a higher altitude. This is now occurring approx 90% of the time for Rwy 5 operations. Elevating the box for Rwy 23 ops has had minimal impact since aircraft are still in the climb crossing the beach.

- Holding VFR traffic inbound for the break at 2500 until reaching 5 miles approaching the airport. Prior to this being implemented, aircraft were cleared to 1500 feet MSL once handed off to Tower with the field in sight. This usually occurred at around 10 miles. Now aircraft are not descended to 1500 feet until the have reached 5 miles. We are doing this on all runways about 75% of the time.

- Southbound departures held down at 4000 feet MSL and 250 Knots until reaching 7 miles outbound. The majority of the aircraft launching from Oceana (80-90%) are heading to one of the operating areas to the east and south. The 175 degree radial is the departure corridor designed to accomodate this flow of traffic into the various areas. Instead of allowing aircraft departing the airfield to climb immediately on course to their final assigned altitude, ATC is now issuing instructions to fly the published route but to delay climbing out of 4000 feet until reaching 7 miles. This is now occurring approx 90% of the time for Rwy 14 and 23 departures, but only 45-50% of the time for Rwy 32 and 5 departures. The remainder of the departures (approx 45-50%) on Rwy 32 and 5 are now being vectored over the water directly then allowed to climb on course. At least 10% of traffic on all runways is still allowed to climbout normally as before; this is due to weather, traffic deconfliction and transients. Power settings while flying level at 4000 feet until 7 miles are as follows: F-14 - 87%, F/A-18 - 83% (This can vary with different aircraft loading).

- Helo departures moved south to fly over Camp Pendleton (military) vice Rudee Inlet. All local flights and most transient operations now use this departure, accounting for approx 80% of all helo ops. During severe IFR weather conditions and pop-up transient operations Rudee Inlet remains the reporting point because of its qualities as a natural geographic reference.

- Move some FCLP periods to Oceana. Whenever operational surge periods dictate Fentress use past 1:00 AM (7-10 days / month) FCLP periods are available at Oceana, but not after 11:00 PM. This allows operations to shut down at both airfields prior to midnight on most nights. During peak periods (again 7-10 days / month), 1/3 of all FCLP's are done at Oceana.

Let me know if there's anthing else you need. Fred, Ray and I are looking at the EIS graphic depictions to try and quantify this in art form - a picture's worth a 1000 words! very respectfully, gumbo



OCE064294