IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, v. THE UNITED STATES OF AMERICA, Defendant. | No.: 01-201L<br><br>DECLARATION OF DIRK P. HEBERT Commander, U.S. Navy |

STATE OF VIRGINIA )

CITY OF VIRGINIA BEACH )

I, Dirk P. Hebert, state that:

*INTRODUCTION AND BACKGROUND*

1. I am a Commander in the United States Navy, presently serving as the Air Operations Officer of Naval Air Station (NAS) Oceana and have served in that capacity since July 1999. I am a qualified Naval Flight Officer and have logged in excess of 3500 hours in F-14 strike fighter aircraft. Over the course of my career, I have served six tours of duty at NAS Oceana, beginning in 1979, including five operational flying tours from 1979 through 1997 where I personally participated in flight operations at NAS Oceana on a day-to-day basis.

2. As the Air Operations Officer at NAS Oceana, I am responsible for daily airspace management and air traffic control within the airport traffic area of NAS Oceana, which encompasses airspace within five miles of the airport, and all air traffic transiting to and from the air station to the various training areas throughout the region.

3. NAS Oceana has four intersecting runways, arrayed as two sets of parallels. The primary runways are 5/23, intersected at a 90 degree angle by runways 32/14. Runways are chosen for daily use based on the relative winds. Wind direction is the <u>only</u> factor in determining which runway will be used for normal operations. Because of prevailing wind patterns in the Tidewater area, historically Runway 5 has been the most used runway.

DEFENDANT'S EXHIBIT J

EXHIBIT H-2 7-18-02 cc



EXHIBIT PX015

*OPERATIONS IN GENERAL*

4. Attached is a breakdown of the number of total operations flown at both NAS Oceana and Naval Auxiliary Landing Field (NALF) Fentress since 1979. These numbers are maintained by the Air Installations Compatibility Use Zones office at NAS Oceana. For this discussion the term "operation" generally refers to anytime an aircraft crosses the runway threshold, whether to touchdown or takeoff. For example, a single touch and go or Field Carrier Landing Practice (FCLP) evolution would count as two operations; one for the approach and touch down, another for taking off again. Since 1979 the number of operations at NALF Fentress has ranged from about 80,000 to 120,000, with a low of 65,000 in 1998 to a high of 150,000 in 1990. These fluctuations are primarily the result of the number of aircraft assigned to NAS Oceana, although events such as the Gulf War in 1990 create surge requirements that can increase the number of operations.

5. As both an aviator whose land-based flying has been predominately from NAS Oceana, and the Air Operations Officer in charge of safely conducting flight operations from this airport, I have observed that course rules, flight tracks and flight patterns have remained essentially the same at NAS Oceana and NALF Fentress since at least 1979. Although there have been many changes to Air Traffic Control procedures in those 23 years, and in the type of aircraft that have been stationed onboard, very little has affected how aircraft operate within the NAS Oceana airport traffic area.

6. During landing operations at NAS Oceana and NALF Fentress, only those areas within the Accident Potential Zones (APZs) are typically subjected to overflights by aircraft. This is true for both touch and go and FCLP landings. Areas outside of the APZs, including most of those inside the 75dB line are not subjected to normal and repeated overflights during FCLP and touch and go landings.

7. Basic landing patterns, including FCLPs and touch and go's, and instrument approaches to the airport have remained constant in their flight path geometry. Put another way, the ground track of an aircraft flying out of or returning to NAS Oceana has not changed over time. As much as possible, Navy pilots practice the same procedures and flight paths they will fly when operating on an aircraft carrier. Furthermore, carrier procedures have not changed in my 25 years of experience.

*FIELD CARRIER LANDING PRACTICE AND TOUCH AND GO'S*

8. For Navy pilots, the flight characteristics (power settings, aircraft configuration) and geometric parameters

(flight track over the ground) of touch and go landings and FCLP landings are identical. In both types of landings, the aircraft is configured the same, flies the same profile over the ground, flies the same glide slope to touch down, and uses the same power settings. The only difference between the two is that during FCLP landings an observer is present near the touch down point in order to "grade" the landing.

9. Procedures describing the proper geometry for safe execution of a normal landing as it applies to carrier operations can be found in NAVAIR Instruction 00-80T-105 CV NATOPS generally, and specifically in the NATOPS manual defining operations for each aircraft type.

10. While land-based, Navy pilots conduct touch and go landings on a routine basis following most missions they fly. Touch and go landings are not normally scheduled events, but are commonly conducted when sufficient fuel is available after a tactical mission is completed. FCLP landings are touch and go landings under the supervision of a qualified pilot known as a Landing Signals Officer (LSO), who as noted earlier "grades" the performance of the pilot. When compared to touch and go's, FCLPs are specifically scheduled, dedicated mission events. Both touch and go's and FCLPs, however, are designed to prepare Navy pilots for future shipboard operations and allow for aircrews to increase proficiency prior to at-sea periods.

11. FCLP landings are normally conducted at NALF Fentress, which is available for scheduling 24 hours a day, 7 days a week. NALF Fentress is a landing strip located 12 miles southwest of NAS Oceana in Chesapeake, Virginia. It has an 8000 foot runway that is 150 feet wide with lighting details and markings depicting an aircraft carrier's landing area at both ends of the runway. NALF Fentress' dedicated mission is supporting FCLP requirements for fleet aviators from NAS Oceana and Chambers Field (NAS Norfolk). However, weather conditions and saturation of operations during certain peak periods of the year require that some FCLP operations be shifted to NAS Oceana. While this is done on a case-by-case basis, FCLP operations are not normally scheduled at NAS Oceana. Most touch and go's, by contrast, are conducted at NAS Oceana, because they are performed at the end of a mission, and NAS Oceana is the typical terminus for missions flown by aircraft based there. Touch and go landings are not permitted at NAS Oceana between the hours of 11:00 PM and 7:00 AM.

12. As previously stated, the flight patterns aircraft fly during FCLP and touch and go landings have not changed in any significant way or in location since at least 1979. At NAS Oceana, aircraft are directed to climb to a pattern altitude of 1000 feet, and fly an elliptical pattern around the field to

achieve the proper geometry for safe execution of a normal landing. Again, a normal landing is usually one that most closely resembles carrier-landing procedures. At NALF Fentress airfield, aircraft are authorized to climb to a pattern altitude of 800 feet and fly a similar elliptical pattern around the field to achieve the proper geometry for safe execution of a normal landing. The altitudes assigned for these patterns have not changed since at least 1979. As a point of reference, pattern altitude for carrier operations at sea is 600 feet. Once pattern altitude is achieved in any of the above situations, an aircraft will remain at that altitude until "abeam" the touchdown point, when the aircraft will begin descending and turn until properly aligned to runway heading and the touchdown point. The "abeam" position is located 1.5 miles from the touchdown point with aircraft heading in the exact opposite direction from runway heading. This is also commonly called the "180" position because an aircraft is flying a heading 180 degrees different than runway aligned heading.

*THE EFFECT OF FLIGHT OPERATIONS ON PLAINTIFF'S PROPERTY*

13. The Testwuide property is located 2.5 miles from the approach end of NAS Oceana's Runway 23 and ½ mile north of the extended centerline (approach corridor) of Runway 23R. Because of its location, this property is not subjected to overflights during FCLP and touch and go landings. Furthermore it is not normally overflown by other air traffic arriving to land from the north east. Because of its location ½ mile north of Runway 23 extended centerline, this property is outside of the standard approach corridor.

14. Both the Bunn and Green properties are located within 1.0 mile of either the departure end or approach end of a runway at NAS Oceana (Runway 23 approach-Bunn; Runway 32 departure-Green), and are subjected to different departure and approach patterns, timing and frequency from the two runways. Both properties experience FCLPs and "touch and go" operations that are flown at 1000 feet, but are located at different points along the elliptical pattern. The Lyles property is located 1.5 miles from the approach end of Runway 23 and lies outside of the normal FCLP and touch and go landing patterns at Oceana.

15. The Locasto property is located 1.75 miles from the approach end of the runway at NALF Fentress. FCLP operations at NALF Fentress are flown at a pattern altitude of 800 feet.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2002 at NAS Oceana, Virginia Beach, Virginia.

DIRK P. HEBERT

SUMMARY OF FLIGHT OPERATIONS 1979-2001

| | | | | |
|---|---|---|---|---|
| 1979 | Oceana: | 198,255 | Fentress: | 90,819 |
| 1980 | Oceana: | 160,800 | Fentress: | 103,711 |
| 1981 | Oceana: | 204,404 | Fentress: | 96,486 |
| 1982 | Oceana: | 198,824 | Fentress: | 83,828 |
| 1983 | Oceana: | 204,492 | Fentress: | 90,206 |
| 1984 | Oceana: | 220,574 | Fentress: | 106,802 |
| 1985 | Oceana: | 160,169 | Fentress: | 96,520 |
| 1986 | Oceana: | 132,401 | Fentress: | 100,499 |
| 1987 | Oceana: | 149,140 | Fentress: | 77,209 |
| 1988 | Oceana: | 165,064 | Fentress: | 129,764 |
| 1989 | Oceana: | 185,014 | Fentress: | 117,958 |
| 1990 | Oceana: | 200,677 | Fentress: | 152,497 |
| 1991 | Oceana: | 203,044 | Fentress: | 115,258 |
| 1992 | Oceana: | 240,039 | Fentress: | 84,656 |
| 1993 | Oceana: | 206,608 | Fentress: | 93,546 |
| 1994 | Oceana: | 181,742 | Fentress: | 76,252 |
| 1995 | Oceana: | 174,997 | Fentress: | 85,914 |
| 1996 | Oceana: | 154,532 | Fentress: | 86,692 |
| 1997 | Oceana: | 114,100 | Fentress: | 84,115 |
| 1998 | Oceana: | 124,461 | Fentress: | 65,159 |
| 1999 | Oceana: | 186,423 | Fentress: | 81,320 |
| 2000 | Oceana: | 237,263 | Fentress: | 99,152 |
| 2001 | Oceana: | 219,535 | Fentress: | 96,096 |



EXHIBIT PX015