00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al., :
Plaintiffs, :
vs. : NO.: 01 201L
THE UNITED STATES OF AMERICA, :
Defendant. :

DEPOSITION UPON ORAL EXAMINATION OF
DIRK P. HEBERT
July 18, 2002 - 9 a.m.
Virginia Beach, Virginia

APPEARANCES: QUINN, GORDON & WOLF
By: MARTIN E. WOLF, Esquire
KIERON F. QUINN, Esquire
Counsel for the Plaintiffs
JACK E. FERREBEE, Esquire
Counsel for the Plaintiffs

SENIOR COUNSEL, U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL & NATURAL RESOURCE DIVISION
By: DAVID SHUEY, Esquire
Counsel for the USA
NAVY LITIGATION OFFICE
By: ROBERT J. SMITH, Esquire
ROBERT C. MANLEY, Esquire
Counsel for the USA

JUDE KLENA, CDR, JAGC, USNR
Assistant Fleet Environmental Counsel
REBEKAH TURNER
Acting Command Judge Advocate, NAS Oceana

REPORTED BY: Cathy D. Aiello, RPR

A. Not the logs. I've reviewed some of the complaints.
Q. Okay. Do you know if complaints are made by properties that are not under the blue areas on Exhibit 22 that aircraft are flying over?
A. You know, I rarely, when I review complaints, look at the actual location.
Q. Okay. Paragraph 8, For Navy pilots, the flight characteristics (power settings, aircraft configuration) and geometric parameters of touch and go landings and FCLP landings are identical.
A. Right.
Q. For the same type of aircraft, right?
A. Right, yes.
Q. Okay.
A. Yes.
Q. Now, you say in paragraph 8 that the only difference between a touch and go and a FCLP is that an FCLP is graded?
A. That's right.
Q. That's by the line signal officer?
A. Landing signal officer, LSO.
Q. Now, we talked a few minutes ago about more than one aircraft in the pattern. Are there multiple aircraft in the pattern on a touch and go as

00075

well as the FCLP?
A. There can be. FCLPs are scheduled events. Normally a squadron likes to get its full complement of airplanes into a pattern. Touch and go's are not -- often, single airplanes return to Oceana for touch and go's. It can join another airplane that's already there for touch and go's. I couldn't tell you how often that occurs, but it's not uncommon to have more than one airplane and it's also not uncommon to have a single airplane in a pattern.
Q. Would you say it's more common than not that FCLPs will be multiple aircraft?
A. I can't state that with any certainty. I have witnessed personally a number of FCLP operations with a single aircraft, so. I couldn't give you the distinction whether it's more common or less common. It's one or two or three. That's what I mean by that. You're asking is there a majority of the time, right, when there's more than one airplane. I can't -- since I don't record that data, I couldn't tell you.
Q. Right. Well, FCLPs are scheduled?
A. Right.
Q. Would you expect that it's more than one plane most of the time?
A. I would expect that a squadron will

00076

schedule more than one airplane at a time, but I'll
leave it at that.
Q. In this section, which you have a subtitle
called Field Carrier Landing Practice and Touch and
Go's, it's paragraphs 8 through 12.
A. Okay.
Q. You talk -- in general, in each of the
paragraphs, you talk about the consistency of the FCLP
and touch and go geometry over a long period of time --
A. Right.
Q. -- being the same, hasn't changed. I just
want to make sure that I'm clear.
A. Okay.
Q. That's specifically referring to flight
tracks, not to things like power settings and
configuration of the aircraft?
A. As my -- well, let me read this real
quick. Is there one paragraph you're in particular
looking at?
Q. I thought there was, but looking through
the paragraphs, in a number of places, it seems to be --
like in paragraph 9, for instance, it says proper
geometry.
A. Yes, that is referring specifically to
those because power settings -- that's a hard target

00077

there. Yes, that was referring to the actual tracks across the ground.

Q. Okay. And, you know, like in 12 you say the flight patterns. Again, I'm assuming you're talking again about the tracks, what you called the geometry?

A. Right.

Q. Okay. Paragraph 13, you talk about the Testwuide's property in relation to the runways at Oceana.

A. Right.

Q. And you say, "Because of its location, this property is not subjected to overflights during FCLP and touch and go landings."

How did you determine that?

A. I tracked -- I took a copy of their address, applied it to this chart - and I have actually brought a copy of that with me - and looked as it applies to our standard flight tracks and its location.

Q. So if I understand you, you put the address on this map, and if it wasn't in blue, they weren't subject to overflights?

A. That's essentially true. I actually measured the distances for our corridors as well again to make sure that -- because, again, this is just a reference, and the blues to me tell me that that's where