**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROL AND ROBERT TESTWUIDE, et al.,** | ) | **No. 01-201L** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Honorable Victor J. Wolski** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT UNITED STATES' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORIES TO DEFENDANT, INTERROGATORY NO. 3**

Defendant, the United States of America, by and through its undersigned counsel, hereby supplements its response to Plaintiffs' Interrogatory No. 3. Defendant incorporates by reference its preliminary statement and objections to instructions, as well as the objections to each Interrogatory, as set forth in its previous responses.

**Supplemental Response to Interrogatory Number 3**

**Interrogatory Number 3** State the date on which you allege that a six year statute of limitations began to run as asserted in Paragraph 2 of your Affirmative Defenses.

**Supplemental Response to Interrogatory Number 3**

For the reasons described in detail in Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment and Memorandum in Support Thereof and supporting materials filed on April 28, 2006, the United States asserts that, if any taking occurred with respect to the test

plaintiffs' properties, it occurred at least as early as 1981, which is when the Statute of Limitations began to run.

Respectfully submitted,

CDR Dominick Yacono, JAGC, USN

STEVEN D. BRYANT
KELLE S. ACOCK
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424

Of Counsel:

Robert J. Smith
Mary S. Raivel
Navy Litigation Office
720 Kennon Street SE, Bldg. 36
Washington, D.C. 20374

CDR Dominick Yacono, JAGC, USN
Commander Navy region, Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737

CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of May 2006 a true and correct copy of the foregoing **DEFENDANT UNITED STATES' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORIES TO DEFENDANT, INTERROGATORY NO. 3** was served electronically and via Federal Express to the following counsel of record:

Jack Ferrebee
1060 Laskin Road
Sandpiper Key
Suite 12-B
Virginia Beach, VA 23451

Felicia Lesesne
Felicia Lesesne
Legal Support Assistant