00001

IN THE:

UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, *
et al., *
Plaintiffs, *
*
vs. * No. 01-201L
*
THE UNITED STATES OF AMERICA, *
Defendant. *
* * * * * * * * * * * * * * * * *

The deposition of STEPHEN RILEY was taken on Tuesday, February 14, 2006, commencing at 1:15 p.m., at U. S. Department of Justice, Environment & Natural Resources Division, 601 D Street, N.W., PO Box 663, Washington, D.C. 20044, before Alfred A. Betz, Court Reporter and Notary Public.

* * * * * * * * * * * * * * * * *

Reported by:
Alfred A. Betz, Certified LiveNote Reporter

00010

facilities. So I was one of the guys that stayed back so all their jobs came down to me.

Q. I do remember that. I'm old enough to remember the air traffic controller crisis. Now, during that time at Oceana can you give me in a general description of how the number of aircraft operations were counted at Oceana?

A. There are various ways to count operations. Do you want the specific method we used or -- not we at Oceana. The specific Navy method. There is a standard method for counting air traffic operations.

Q. Let's start there.

A. Okay. In the control tower the control tower counts everything that occurs, every airplane, they count it all. Operations are broken down into various phases. A takeoff is one operation, takeoff of flight a 2, it gets a 2 count. Although it is only one operation, the count of the airplanes is what's critical for the control tower. They count everything that occurs.

If an airplane comes in and does a touch and go, you get a 2 count. Although it is one airplane, it is a 2 count because the airplane comes in, he crosses the threshold and then he takes off again. So he's actually doing two evolutions or operations, if that's what you will. An airplane passing through the control tower's area of responsibility is counted as a one count. He just passes through. He doesn't make an approach to the airport. He doesn't do anything like that. A landing is counted as one. A landing, a flight of two airplanes would come in and land separately is a two count. Two distinct evolutions.

Q. And who makes the count, physically makes the count?

A. The person that actually makes the count is the local controller in the tower. The local controller has, during the initial period of time has what we call blood cell counters or -- it's a clicker, a little hand-held clicker and they would click the evolutions.

That's all.

A. I'm trying to be as truthful as I can but it's going back. From Chase Field, Texas I was stationed at FAA headquarters for three years. I was in a reimbursable slot at FAA headquarters here in D.C. From FAA headquarters I went down to Pax River, Maryland, another major approach control. Pax River back up to FAA headquarters as the Navy liaison officer. From there down to AIRLANT Force Air Traffic Control at AIRLANT. From AIRLANT up here to N785 up at the Pentagon.

Q. And how long have you been up here?

A. Three years. It will be three years the 8th of June.

Q. Okay. When were you notified that you would, that you would potentially be a witness in this case? Roughly.

A. A couple of inquiries were made to my office about, you know, gathering the data and so forth. And in the course of those telephone conversations individuals making the call -- I

00036

don't remember names.

MR. BRYANT: Be careful about saying the contents of the communications. You can talk to about who you talked to if you need to but be careful -- if you talked to a lawyer in any of those conversations please don't disclose the content of those conversations.

A. I did but I didn't, at the time I didn't consider it anything out of the ordinary because I was constantly being asked for information. Okay. I value what you just said. Actually told that I may be a witness in this? I, Steve Riley?

Q. Yes.

A. Thursday.

Q. Are you familiar with this particular case and the allegations of the Complaint? When I say "this particular case" the case we're here for this deposition on.

A. I don't know how to answer that question.

Q. Okay. Let me ask it this way. What do you know about the case you've been asked to