
Complaints by Calendar Year
1800
1600
1400
1200
1000
800
600
400
200
0
85 86 87 88 89 90 91 92 93 94 95 96 97 98 99
Year

| Year | Complaints | Operations Oceana | Operations Fentress | Operations Total |
|---|---|---|---|---|
| 1973 | 218 | | | |
| 1974 | 364 | | | |
| 1975 | 258 | 124,303 | 50,264 | 174,567 |
| 1976 | 140 | 131,616 | 46,109 | 177,725 |
| 1977 | 194 | 168,296 | 70,748 | 239,044 |
| 1978 | 263 | 187,491 | 82,109 | 269,600 |
| 1979 | | 198,255 | 90,819 | 289,074 |
| 1980 | | 160,800 | 103,711 | 264,511 |
| 1981 | 303 | 204,404 | 96,486 | 300,890 |
| 1982 | 415 | 198,824 | 83,828 | 282,652 |
| 1983 | 327 | 204,492 | 90,206 | 294,698 |
| 1984 | 460 | 220,574 | 106,802 | 327,376 |
| 1985 | 538 | 160,169 | 96,520 | 256,689 |
| 1986 | 424 | 132,401 | 100,499 | 232,900 |
| 1987 | 730 | 149,140 | 77,209 | 226,349 |
| 1988 | 440 | 165,064 | 129,764 | 294,828 |
| 1989 | 664 | 185,014 | 117,958 | 302,972 |
| 1990 | 421 | 200,677 | 152,497 | 353,174 |
| 1991 | 434 | 203,044 | 115,258 | 318,302 |
| 1992 | 485 | 240,039 | 84,656 | 324,695 |
| 1993 | 418 | 206,608 | 93,546 | 300,154 |
| 1994 | 403 | 181,742 | 76,252 | 257,994 |
| 1995 | 236 | 174,997 | 85,914 | 260,911 |
| 1996 | 316 | 154,532 | 86,692 | 241,224 |
| 1997 | 621 | 114,100 | 84,115 | 198,215 |
| 1998 | 572 | 124,461 | 65,159 | 190,620 |
| 1999 | 1789 | 186,423 | 79,642 | 266,065 |
| 2000 | 2326 | 237,263 | 99,152 | 336,415 |

AICUZ SHARED OPS. DOC