**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0267*

May 16, 2006

**Via E-mail and Federal Express**

Jack E. Ferrebee, Esquire
Hofheimer/Ferrebee, P.C.
1060 Laskin Road
Suite 12B
Sandpiper Key
Virginia Beach, Virginia 23451-6365

Re: **Testwuide v. United States, 01-201**

Dear Jack:

This responds to your May 12, 2006 letter regarding plaintiffs' Request for Production ("RFP") No. 32 from the class certification phase of the litigation and requesting additional information regarding 1981 operations.

First, contrary to the assertion in your letter, defendant has not intentionally withheld its response to Interrogatory No. 2 from the class certification stage. Second, I am perplexed at the implication in your letter that we had an obligation to provide you a supplemental response to RFP 32. In neither Kieron Quinn's June 7, 2004 letter nor Marty Wolf's June 21, 2004 e-mail, discussing renewal of discovery from the class certification phase of the litigation, did plaintiffs renew RFP 32. Nor have you mentioned RFP 32 at all in the more than two years since then. We therefore view your request to resurrect RFP 32 as untimely. Nevertheless, as a courtesy to you, we are providing responsive documents.

The enclosed CD contains responsive documents from the period you requested, 1978 to 1988 (OCE239467-616). Additionally, the 1978 AESO noise study (OCE 039712, Doc. ID No. 2227) provides base loading information, albeit for 1977.

Concerning your request for "the counts for each type of operation at [NAS] Oceana in 1981", we have not been able to identify any responsive documents.

The enclosed CD also contains supplemental responsive documents to RFP 29 (OCE239617-655) and RFP 33 (OCE239656-694).

Sincerely,

s// Steven D. Bryant
Steven D. Bryant