# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VIVIAN'S ISLAND *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 02-756L |
| | ) | |
| v. | ) | |
| | ) | DECLARATION OF |
| THE UNITED STATES OF AMERICA, | ) | SANFORD FIDELL |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

I, Sanford Fidell, state:

1. I have been engaged by the U.S. Department of Justice to provide consultation and, if required, expert witness testimony in the above captioned case, Vivian's Island et al. v. United States. I have prepared an Expert Report based upon my review and analysis of various documents related to this litigation. This Declaration summarizes several issues related to the history and nature of military aircraft noise exposure on Vivian's Island, including

- the stability of flight patterns in the vicinity of Vivian's Island;
- annual numbers of aircraft operations on these patterns; and
- the relative noisiness of F-4 and F/A-18 aircraft that have operated at MCAS Beaufort at various times during the last three decades.

Additional detail concerning these and related matters may be found in my Expert Report prepared for the present litigation.

2. I have conducted research on the effects of environmental noise on individuals and communities since the 1960s. This research has included both laboratory and field studies of the effects of noise on people, such as speech interference, sleep disturbance, annoyance, complaints, hearing damage, and extra-auditory physiological *sequelae*, as well as effects of aircraft noise exposure on property values. I have also consulted on matters of environmental noise measurement and noise impact prediction for local and federal government agencies, airport proprietors, trade associations, citizens' groups, environmental protection organizations, and other parties concerned with evaluating community noise impacts. I have provided expert witness testimony in a number of federal proceedings, including Branning v. United States, 654 F.2d 88 (Ct. Cl. 1981). My professional experience is summarized in my résumé, contained in Exhibit A.

PENGAD-Bayonne, N.J. DEFENDANT'S EXHIBIT 3

## 3. VARIATION IN ANNUAL AIRCRAFT OPERATIONS AT MCAS BEAUFORT

Table 1 shows gross numbers of aircraft operations at MCAS Beaufort by year between 1985 and 2002. Total operations at the airfield have varied by a factor of about 2:1 during this time period, waxing and waning from more than 100,000 per year in the 1980s, to as few as 44,528 in 1999. This pattern of variability in annual operational levels is commonplace at military airfields; has been characteristic of MCAS Beaufort since its initial establishment in 1943; and is unlikely to change in years to come.

**Table 1** Annual gross numbers of aircraft operations at MCAS Beaufort.

| YEAR | TOTAL OPERATIONS AT MCAS BEAUFORT |
|---|---|
| 1985 | 98,315 |
| 1986 | 104,404* |
| 1987 | 47,301 |
| 1988 | 79,535 |
| 1989 | 69,029 |
| 1990 | (no information) |
| 1991 | 47,405 |
| 1992 | 51,004 |
| 1993 | 53,504 |
| 1994 | 72,128 |
| 1995 | 62,971 |
| 1996 | 69,775 |
| 1997 | 61,278 |
| 1998 | 53,778 |
| 1999 | 44,528 |
| 2000 | 51,492 |
| 2001 | 45,237 |
| 2002 | 48,654 |

* Estimated by doubling six-month count

## 4. STABILITY OF FLIGHT PATTERNS WHICH DOMINATE THE NOISE EXPOSURE OF VIVIAN'S ISLAND

Aircraft noise exposure on Vivian's Island is controlled by actual numbers and times of day of a small subset of all flight operations at MCAS Beaufort: specifically, those occurring on FCLP[1] flight tracks from Runway 23. The island's noise exposure is not closely related to gross annual numbers of operations at the airfield, nor to numbers of fighter squadrons, nor to total numbers of aircraft assigned to MCAS Beaufort. Operations on other flight tracks, and by aircraft types other than those that fly on tracks that do not pass near Vivian's Island, contribute little additional noise to the island's exposure.

Aircraft on FCLP, touch and go, and overhead break flight tracks overfly Vivian's Island at altitudes as low as 600 to 1,000 feet above ground level. These pattern altitudes have remained constant since at least 1976.[2] Touch and go and overhead break operations are conducted on a daily basis. FCLP operations, the primary determinant of aircraft noise exposure on Vivian's Island, occur only episodically, and are concentrated over the course of the year into a few periods of two to three weeks.

## 5. FIGHTER AIRCRAFT ACTIVITY AT MCAS BEAUFORT, 1993-2003

The 115th, 122nd, 224th, 251st, 312th, 332nd, and 533rd Marine Corps F/A-18 squadrons have been continuously assigned to MCAS Beaufort during the period from 1993 to the present. Another squadron (the 451st,first assigned to MCAS Beaufort in 1963), was deactivated in 1997. Yet another squadron, the 333rd, first assigned to MCAS Beaufort in 1958, was deactivated in 1992, prior to the initial purchase of Vivian's Island by one of the Plaintiffs. The Navy's 82nd and 86th squadrons have been assigned to MCAS Beaufort from April of 2000 to the present.

The nominal "assignment" of a squadron to MCAS Beaufort in a given year does not imply that all twelve of its aircraft regularly fly from the airfield. Not all aircraft of each squadron fly during each month of the year, and one or more squadrons are typically deployed elsewhere for periods of months at a time. Furthermore, the number of squadrons and types of fighter aircraft flown from MCAS Beaufort vary over time.

On or about the time of one Plaintiff's 1993 purchase of land on Vivian's Island, eight squadrons of F/A-18 fighters (a total of 96 aircraft in the Marine Corps 115th, 122nd, 224th, 251st, 312th, 332nd, 451st, and 533rd squadrons) were assigned to MCAS Beaufort. These squadron assignments continued for six more years (with the exception of the 451st, which was deactivated in 1997), until two more squadrons of F/A-18s (the Navy's 82nd and 86th squadrons), for a total of 108 fighter aircraft, were assigned to MCAS Beaufort in 2000, following the closure of Cecil Field.

Table 2 summarizes quarterly numbers of F/A-18 aircraft: those that actually fly the touch-and-go, overhead break, and FCLP flight tracks from Runway 23 that dominate the noise exposure of Vivian's Island. Column 3 of Table 2 shows the number of such aircraft actually operating at MCAS Beaufort during each

[1] FCLP is an abbreviation for Field Carrier Landing Practice (formerly known as Field Mirror Landing Practice), a form of precision touch-and-go exercise in which pilots practice the procedures necessary to land on an aircraft carrier at sea.

[2] *cf.* page C-22 of the AICUZ Study prepared by Burns & McDonnell for the Southern Division of the Naval Facilities Engineering Command in 1976.

**Table 2** Quarterly numbers of F/A-18 aircraft-months per quarter and FCLP operations on Runway 23 at MCAS Beaufort

| YEAR | QUARTER | F/A-18 AIRCRAFT-MONTHS PER QUARTER | NUMBER OF FCLP OPERATIONS PER QUARTER |
|---|---|---|---|
| 1996 | 1 | 168 | 1593 |
| | 2 | 234 | 958 |
| | 3 | 201 | 1454 |
| | 4 | 200 | 1440 |
| 1997 | 1 | 152 | 586 |
| | 2 | 134 | 424 |
| | 3 | 224 | 622 |
| | 4 | 202 | 0 |
| 1998 | 1 | 167 | 1000 |
| | 2 | 203 | 1340 |
| | 3 | 158 | 96 |
| | 4 | 124 | 982 |
| 1999 | 1 | 105 | 728 |
| | 2 | 165 | 1428 |
| | 3 | 194 | 348 |
| | 4 | 172 | 12 |
| 2000 | 1 | 133 | 744 |
| | 2 | 275 | 664 |
| | 3 | 248 | 1318 |
| | 4 | 228 | 1268 |
| 2001 | 1 | 154 | 1837 |
| | 2 | 191 | 2370 |
| | 3 | 216 | 802 |
| | 4 | 180 | 50 |
| 2002 | 1 | 143 | 615 |
| | 2 | 252 | 397 |
| | 3 | 212 | 558 |
| | 4 | 267 | 1117 |

calendar quarter, in units of aircraft-months per quarter.[3] Column 4 of Table 2 shows the number of FCLPs flown during each quarter by all of the F/A-18 aircraft operating from the air station.

Note that both the the numbers of F/A-18 operating at MCAS Beaufort per quarter and the numbers of FCLP operations flown per quarter fluctuate widely from one calendar quarter to the next: from as few as 105 F/A-18 months per quarter in the first quarter of 1999, to as many as 275 F/A-18 months per quarter in the second quarter of 2000; and from no FCLPs whatsoever in the fourth quarter of 1997, to 2370 in the second quarter of the 2001. The peaks in numbers of F/A-18 aircraft months per quarter and in numbers of FCLPs do not line up with one another, however. For example, there were fewer F/A-18 aircraft-months at MCAS Beaufort in the quarter with the greatest number of FCLPs than in the quarter with no FCLPs at all.

In fact, the statistical correlation between numbers of aircraft months per quarter and numbers of FCLPs conducted within calendar quarters is very nearly zero ($r = 0.07$). This means that the number of F/A-18s operating at MCA Beaufort in any given calendar quarter has no statistically significant association with numbers of FCLP operations. In other words, no historically meaningful relationship exists between numbers of F/A-18 aircraft that have been assigned to MCAS Beaufort and numbers of FCLP operations flown in airspace near Vivian's Island. Since FCLP operations are the primary determinant of aircraft noise exposure on Vivian's Island, the record simply does not support allegations of sustained, substantial increases in noise levels of flights directly over the property of the Plaintiff following the nominal assignment of the Navy's 82nd and 86th F/A-18 squadrons to MCAS Beaufort.

## 6. NOISEMAP-BASED ESTIMATES OF MILITARY AIRCRAFT NOISE ON VIVIAN'S ISLAND

### a. ESTIMATION OF PAST AIRCRAFT NOISE EXPOSURE LEVELS

NOISEMAP is the computer program on which the Department of Defense relies to estimate the geographic distribution of aircraft noise exposure levels in the vicinity of military airfields. The program operates on input files that specify numbers, types of aircraft; types of operations, times of day of operation, flight paths, and other factors that affect cumulative noise exposure levels under annual average busy day conditions[4]. Originally developed in the early 1970s, this software may be used not only to produce noise exposure contours, but also to estimate noise levels at particular locations.

Several sets of environmental disclosure documents created since the mid-1970s contain maps and drawings that superimpose aircraft noise exposure contours produced by NOISEMAP in 5 dB intervals over base maps of areas near MCAS Beaufort. Although approximate noise exposure levels on Vivian's Island may be inferred from these maps, independent estimates were made to develop more precise point estimates of DNL values at the centroid of Vivian's Island during specific years on the basis of information contained in the public record. These are shown in Table 3.

---

[3] Each F/A-18 actually flying at MCAS Beaufort generates three aircraft-months per quarter.

[4] AICUZ studies calculate noise exposure for "average busy day" conditions, which omit consideration of weekend and holiday periods, when military flight operations rarely occur. This is done to avoid misinforming the public about characteristic noise levels during operational periods.

**Table 3** Estimates of DNL values at centroid of Vivian's Island due to operations of dominant aircraft operating on flight tracks overlying the island.

| YEAR | FIGHTER AIRCRAFT ASSIGNED TO MCAS BEAUFORT | TOTAL ANNUAL OPERATIONS (ALL AIRCRAFT) AT MCAS BEAUFORT | BASIS OF ESTIMATE | ESTIMATED DNL AT CENTROID OF VIVIAN'S ISLAND (dB) |
|---|---|---|---|---|
| 1976 | 60 (5 F-4 squadrons) | 138,420 | Inference from CNR value | 80 |
| 1986 | 72 (6 F-18 squadrons) | 52,202 | NOISEMAP 6.5 calculation | 69.4 |
| 1989 | 72 (6 F-18 squadrons) | 69,029 | NOISEMAP 6.5 calculation | 66.8 |
| 1994 | 96 (8 F-18 squadrons) | 72,128 | NOISEMAP 6.5 calculation | 78.4 |
| 2000 | 108 (9 F-18 squadrons) | 51,492 | NOISEMAP 7.0 calculation | 77.9 |

Input files used by the Marine Corps in preparing environmental disclosure documentation using earlier versions of NOISEMAP were located and edited to run in the current release of NOISEMAP (Version 6.5). The software was used to estimate DNL values at the centroid of Vivian's Island for several of the cases noted in Table 3. Version 7.0 of NOISEMAP was used to estimate a DNL value on Vivian's Island for the most recent (calendar year 2000) case. It is noteworthy that the military aircraft noise exposure of Vivian's Island in calendar year 2000, during which nine squadrons of F/A-18 aircraft were assigned to MCAS Beaufort, remained somewhat lower than it had been in 1976, when only five squadrons of F-4s were assigned to the facility.

## b. COMPARISON OF F-4 AND F/A-18 AIRCRAFT SIZE AND NOISE EMISSIONS

### i. COMPARISON OF AIRCRAFT SIZE SPECIFICATIONS

According to Jane's "All the World's Aircraft", the F-4 Phantom aircraft was designed as a large, multi-role, two-seat fighter aircraft, powered by two General Electric J-79 jet engines that were developed in the mid-1950s. The F-4 was first flown in May of 1958. By the time that production ended in 1981, more than 5,000 F-4s had been delivered to U.S. and other armed forces. F-4 squadrons operated at MCAS Beaufort as late as the early 1980s.

The F/A-18 aircraft, first flown in November of 1978 (two decades after the development of the F-4), was designed as a low cost, lightweight replacement for the F-4. The aircraft is powered by more modern GE-404 turbofan engines. The F/A-18 went into service with the U.S. armed forces in 1982, replacing all of the F-4 aircraft in squadrons assigned to MCAS Beaufort by 1986.

Table 4, comparing general dimensions and weights of the two aircraft, indicates that the F-4, an aircraft 20 years older than the F/A-18, is a considerably larger and heavier aircraft. Since engine power in fighter aircraft scales directly with size and weight, and engine noise scales directly with power, it is hardly surprising that the larger and heavier fighter aircraft produced more noise than the smaller and lighter one.

### ii. COMPARISON OF AIRCRAFT NOISE EMISSIONS

The Omega 6 database of aircraft noise measurements referenced in Version 6.5 of the Department of Defense's NOISEMAP software contains empirical measurements of F-4 and F/A-18 aircraft noise emissions. Noise emissions of all aircraft depend on flight regime, aircraft configuration, weight, and power setting. For example, all aircraft produce more noise on takeoff than on landing. Meaningful comparisons of the noise emissions of different aircraft can therefore be made only under comparable flight conditions. Table 5 summarizes the noise levels on Vivian's Island that the NOISEMAP software predicts for F-4 and F/A-18 aircraft under flight conditions characteristic of operations in the FCLP pattern from Runway 23.

**Table 4 Comparison of F-4 and F/A-18 aircraft size specifications**

| SPECIFICATION | F-4 | F/A-18 |
|---|---|---|
| Empty weight | 29,500 lbs | 23,782 |
| Maximum takeoff weight | 58,000 lbs | 36,632 lbs (fighter mission); 51,790 lbs (attack mission) |
| Overall length | 63 ft | 56 ft |
| Height | 16 ft | 15.3 ft |
| Wing Area | 530 $ft^2$ | 400 $ft^2$ (F/A-18 C/D) |

Table 5 shows that flight operations by the older, noisier and heavier F-4 aircraft formerly assigned to MCAS Beaufort produced levels on Vivian's Island that exceeded those currently produced by F/A-18 aircraft by more than an order of magnitude.

**Table 5 Comparison of F-4 and F/A-18 nose emissions**

| NOISE METRIC | F-4 | F/A-18 | DIFFERENCE (F-4 - F/A-18) |
|---|---|---|---|
| Perceived Noise Level | 112.2 dB | 101.2 dB | 11 dB |
| Maximum A-Level | 101.3 dB | 89.6 dB | 11.7 dB |
| Sound Exposure Level | 106.7 dB | 93.3 dB | 13.4 dB |
| Tone Correction | 2.3 dB | 1.0 dB | 1.3 dB |

To a first approximation, the loudness of a sound doubles when its level increases by 10 dB. Since a factor of ten (10 dB) difference in sound level is equivalent to a factor of two in loudness, the noise produced on Vivian's Island by a single F/A-18 in the FCLP pattern above Vivian's Island today would be perceived as less than **half** as loud as that formerly produced by a single F-4 aircraft in the same flight pattern. A difference of a factor of two in the loudness of two successive aircraft overflights would be readily noticeable to even a casual observer on Vivian's Island.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2004 in Los Angeles, California

Sanford Fidell