# REPORT OF SANFORD FIDELL

## IN VIVIAN'S ISLAND *et al.* v. THE UNITED STATES OF AMERICA IN THE UNITED STATES COURT OF FEDERAL CLAIMS CIVIL COMPLAINT 02-756L

25 November 2003

Prepared for:

**U.S. DEPARTMENT OF JUSTICE**
Environment and Natural Resources Division
601 D Street, NW
Washington, D.C. 20004

Prepared by:

Sanford Fidell
**FIDELL ASSOCIATES, INC.**
23139 Erwin Street
Woodland Hills, California 91367

# 1 INTRODUCTION AND SUMMARY

## 1.1 PURPOSE OF THIS REPORT

This report presents technical opinions developed following review of materials pertinent to Civil Complaint 02-756L in the United States Court of Federal Claims (Vivian's Island, Inc. *et al.* *v.* the United States of America, filed July 1, 2002), and from reconstruction of historical aircraft noise exposure levels on Vivian's Island. To clarify the bases for these technical opinion, the report also includes an Appendix that discusses the measurement of aircraft noise, the effects of environmental noise exposure on people, and the general effects of aircraft noise on property values.

## 1.2 SUMMARY OF OPINIONS

In my opinion, the purpose for which Plaintiffs acquired property on Vivian's Island, South Carolina — "developing lots for single family residences"[1] — has long been incompatible with military aircraft noise exposure produced by flight operations at the Marine Corps Air Station (MCAS) Beaufort. More specifically,

- Even though the number of squadrons of fighter aircraft stationed at MCAS Beaufort, the number of annual operations conducted by these aircraft, and the resulting levels of military aircraft noise exposure have fluctuated over the years, Vivian's Island has been consistently exposed to Day-Night Average Sound Levels (DNL) in excess of 65 dB for decades. Touch and go, overhead break, and Field Carrier Landing Practice (FCLP) operations at MCAS Beaufort have been conducted on the same flight tracks and at the same altitudes in airspace overlying Vivian's Island since at least 1980.

- Federal policy has considered DNL values of noise exposure in excess of 65 dB to be incompatible with single family residential land uses for more than twenty years. At no time in the last quarter century has annual military aircraft noise exposure on Vivian's Island been compatible with low density residential land uses.

- Both the total numbers of aircraft operations at MCAS Beaufort and the actual military aircraft noise exposure on Vivian's Island have declined from the time that Plaintiffs acquired property on Vivian's Island to recent years: from 72,128 total operations and a DNL of 78.4 dB in 1994 (the first full year following the initial purchase of Vivian's Island property by one Plaintiff), to 51,492 total operations and a DNL of 77.9 dB in 2000 (the year of the alleged taking).

[1] See paragraph 8 of Plaintiff's Complaint