
Test Plaintiffs and Non-Plaintiff Witnesses
Virginia Beach, Virginia
Goodwin
Shick
Levenson
McCreary
Youngberg
Stokely
Askins
May
Lindsay
Nash
Capps
Helvie
Lynch (Hoag)
Dingle
Darling
Van Nostrand
Figari
Hill
Johnson (Blasdell)
Ryan
Riddick
Leary
Waterman
Legend
Plaintiffs
Witnesses
Oceana NAS
Roads
0
0.5
1
1.5
2
Miles