00001

OCEANA - CITY COUNCIL

TAPE 1

(Pages: 1-67)

Transcribed by:

Alfred A. Betz, Notary Public, RPR

CAPTAIN THOMAS KEELEY: Good evening, Madam Mayor, City Council members. My name is Tom Keeley and on behalf of Rear Admiral Turcotte, Commander Navy region Mid-Atlantic, I'm here to present you a brief on some issues that the Mayor invited us here to talk about concerning naval aviation and urban growth here throughout the region, not only here in Virginia Beach.

Can I ask that you please hold your questions until the end of the brief. I'll pass out a flier and booklet to go over some more information. I'll gladly go back to any slide and discuss it if you wish but I'd just like to begin.

The issue at hand here is the urbanization and the strategic viability of Naval Air Station Oceana to carry out its assigned mission, whatever that mission may be. We also have to consider if we curtail essential training, we're not able to meet our mission requirements and if we have future mission changes.

I think you're all aware what the Navy is

Last year we had over 200,000 operations at Oceana.
Over 100,000 operations came down this track to
land at runway 23. Aircraft on an instrument
approach will come overhead this development. If
it's a Hornet the db level will be 108 db. Now,
remember that's 60 is normal speech, 110 is a
concert. Day and night that could occur.
So we recommend that this type of
development not be built there due to the density
and due to the health, safety and welfare issue of
anybody that would be there.
Right now because of the ordinances that
the city has adopted the developer could put a
hotel there. They could build a hotel. Looking at
AICUZ again we go back to the density issue.
Hotels do not have permanent residents. Since they
would be transient that would keep down the number
of people. And that's how we apply that criteria
when we look to the program. So that's the issue
on a redevelopment aspect.
On a development aspect from the city's