9 February 1995

To "Anderson,Pamela P","Reuther,John M","Stephenson,Kent D"
Cc "Shepherd,David S","Walker,Charles W"
From Cecchini, J Daniel
Subject. EIS Issues
Date 1/9/96 Time 10 36AM

In addition to discussing the alternatives write-up for the EIS this morning at 1030 in Dave's office, other issues need to be discussed/resolved (based on a conference call with E&E yesterday)

1 One of the bigger themes brought up in the scoping meetings in NC was the impact the jets would have on water quality/fisheries/wildlife within the bombing ranges Tom Tosta (Local fisherman) indicated that (1) small plastic parachutes used by the military get caught in his nets and that turtles and other marine life ingest the parachutes and die, (2) water quality around the ranges is poor due to bombing and resultant burning, (3) waterfowl are adversely affected by bombing operations, (4) destruction of wetlands as a result of bombing

NO State

only gen validity in L

I will get a copy of water quality report from Dave Cotnoir and will ensure that we do not have to do any additional testing Also, Bill Rogers at Cherry Point has assured my that waterfowl study starts four years ago will be finished by 31 January 96 As for other issues associated with the ranges, my feeling is that if we can get numbers to show that the projected use of BT-9/11, Dare for 1998 is similar to use in 1990, and that we are introducing no new types of aircraft, etc , then there is no "change" in use of the ranges per say The reality of the situation is that most issues associated with the ranges are on-going issues that have been and will continue to be issues with the locals in eastern NC.

2 Consultant needs background information on Dare County (terrestrial descriptions, etc ) . Geomarine

I will obtain this information from ~~Brian Hossester~~ and give to E&E.

3 Consultant is worried about wetland impacts to ditches behind simulator building and over by the proposed hush house (even though hush house is currently not included in the EIS as a project)

John Evans from the COE came out to look at ditches last week and said they do not qualify as "Waters of the US" and that filling/moving would not require a permit.

4 Are noise contours going to be received by ~~12 Janauary~~ 16 Jan at best? Even if received by 12 January, consultant will need an additional week to get draft DEIS out to us (this will push devivery date back to 2 February which in turn gives the Navy only two weeks to get comments back to E&E). If noise contours are delayed (which may happen because of snow storm), draft DEIS will probably be delayed as well. Also, Wyle conducted noise monitoring for F-14s and F/A-18s for their studyn (I believe to calibrate their model). If so, E&E needs to include a discussion of this in the EIS Bottom line. E&E would like to have a little more than contours on 12 January.

Sell Steve Check

What is absolute minimum time needed to incorp. data

I don't think anyone is in D C to check on status of noise contours. I have no problem giving E&E another week We will just have to make sure we contact all DEIS reviewers and let them know that they will have one week to read/comment on DEIS and the following week we will need to have a tiger team meeting at Oceana to go over all comments When we actually talk to someone in DC (Jim Nordberg/Alan/Wyle), we can check to see if they can provide ~~us some~~ lingo on their assumptions, background, and the testing that they did this time.

5. According to analysis by E&E, without BEQ, NAS Oceana will have a 650 bed shortfall. Where is Oceana planning to put these people? → Potentially get BEQ in FY99 milcon, AIT billeting Shore Board. Move from Norfolk to Oceana.
* Short term - on the house E1-E4s
Need to get with Ed Miller to find out.

6 Air Quality It appears that we should be under the de minimus threshold for VOCs, however, we may ~~have a~~ problem with NOx. We will be receiving draft conformity review on 19 January

Dist. when received

I will get copy of review to Steve Martin and Igrid Ward (Oceana) for them to review and scrub We may have to play with some of our assumptions to make things come under the de minimus threshold (and I don't know if it is possible) Bottom line, this is something we have to watch

7 E&E would like an update on any corrective measures that were taken at Oceana to handle flying on incorrect flight tracks, receiving complaints, etc. They would like to include this in DEIS. Also, as a side note, the guy out by Fentress called me and left a message on my voice mail only you could barely hear him for the aircraft buzzing his house (according to him at Chimney top level) Obviously, corrective measures (if even implemented) may not be working As of 16 Jan - have a portable TACAN installed at Fentress - testing

We need to get in tough with Ed Miller to discuss #7

over

8 E&E is concerned about issue raised about conflicts with Dare County Airport How do they handle

My feeling is that Larry Pickett is the person they need to be talking to According to him, there are no conflicts at Dare Airport and that air travel is safe in the area Any ideas??

9 E&E needs any updated site plans for projects at Oceana Do we have any 35% designs?? They are going to have to go with original "site plans" is they do not receive anything else They need these soon

Larry Pickett /VACAPES

1990 #'s

Check with 201 on this.

10. Scoping raised the issue of the Upper Wolfsnare house adjacent to Oceana  Is this on the National Register? If so, we may need to initiate consultation with SHPO.

I will check with Bruce on this issue

Summary. I have to get some answers to E&E ASAP  I have a follow-up call with them tommorrow at 1300
Dan