01 Oct 2004

United States Naval Air Station Oceana
Virginia Beach, Virginia
Air Traffic Control Facility

Subj: AIR TRAFFIC CONTROL FACILITY MANUAL

Ref: (a) NAVAIR 00-80T-114

1. Purpose. To promulgate subject manual as set forth under the provisions of reference (a).

2. Cancellation. NAS Oceana Facility Manual dated 10 April 2003.

3. Scope. This manual addresses Air Traffic Control matters at Naval Air Station Oceana, Virginia. It is applicable to all personnel assigned to the Air Traffic Control Facility. No attempt has been made to consolidate all required information into this text; therefore, controllers shall be tested on and make maximum use of all other source material referenced in this manual.

B. A. POLK

DISTRIBUTION:

CNO (N785F)
COMNAVAIRLANT (2)(N37)
CO NAS OCEANA
NASO AIR OPERATIONS (2)
NAVREP EAST
NAVREP SOUTH
NATTC PENSACOLA
SPAWARSYSCEN CHARLESTON (31M)

# TABLE OF CONTENTS

**CHAPTER NUMBER** **PAGE #**


**Chapter 1** General. . . . . . . . . . . . . . . . . . . . . 1-1

Section 1. General Information . . . . . . . . . . . . 1-1
Section 2. General Safety . . . . . . . . . . . . . . . 1-3

**Chapter 2** Facility Administration. . . . . . . . . . . . . 2-1

**Chapter 3** Training . . . . . . . . . . . . . . . . . . . 3-1

**Chapter 4** Air Traffic Control Facility Equipment. . . . 4-1

**Chapter 5** Control Tower. . . . . . . . . . . . . . . . . 5-1

Section 1. General Information . . . . . . . . . . . . 5-1
Section 2. Flight Data . . . . . . . . . . . . . . . . 5-10
Section 3. Ground Control . . . . . . . . . . . . . . . 5-13
Section 4. Local Control . . . . . . . . . . . . . . . 5-17
Section 5. Tower Supervisor . . . . . . . . . . . . . 5-26

**Chapter 6** Radar . . . . . . . . . . . . . . . . . . . . 6-1

Section 1. General Information . . . . . . . . . . . . 6-1
Section 2. Radar Final Control . . . . . . . . . . . . 6-10
Section 3. Approach/Arrival Control . . . . . . . . . . 6-20
Section 4. Radar Supervisor . . . . . . . . . . . . . . 6-24

**Chapter 7** Flight Planning . . . . . . . . . . . . . . . . 7-1

**Chapter 8** Facility Watch Supervisor . . . . . . . . . . . 8-1

Appendix A1, A2 . . . . . . . . . . . . . . . . . . Airfield diagram
Appendix B1- B7 . . . . . . . . . . . . . . . . . . Strip marking
Appendix C . . . . . . . . . . . . . . . . . . . . Location ID's
Appendix D . . . . . . . . . . . . . . . . . . . . 60NM Map
Appendix E1-E2. . . . . . . . . . . . . . . . . . . MVA Map
Appendix F1-F2. . . . . . . . . . . . . . . . . . . Approach Airspace
Appendix G . . . . . . . . . . . . . . . . . . . . Arrival Airspace
Appendix H . . . . . . . . FDIO Abbreviated and Tactical Callsigns
Appendix I . . . . . . . . . .(Initial) Mentor Counseling Record
Appendix J . . . . . . . . . .(Quarterly) Mentor Counseling Record
Appendix K . . . . . . . . . . . . . . . Local Frequency Button Plan

of the runway.

| | |
|---|---|
| F14/FA18/EA6 | 3000 |
| Any type following AV8 | 6000 |
| S3/E2/C2/T34/C12 following USN/USMC tactical jet | 3000 |

All others according to FAAH 7110.65 Same Runway Separation.

NOTE: Reduced runway separation may be applied to a touch-and-go following a full-stop using the criteria above.

2. IMC (less than 1000/3) The following criteria may be applied during IFR conditions greater than the highest published circling minimums for the aircraft involved provided the runway is dry and the local controller can maintain visual reference to the entire runway.

| | |
|---|---|
| F14/FA18/EA6 | 6000 |
| S3/E2/C2/C12/T34 following USN/USMC tactical jet | 6000 |
| Any type following AV8 | 6000 |

All others according to FAAH 7110.65 Same Runway Separation.

**5406. MAXIMUM CROSSWIND COMPONENT.**

A. F-14 20 knots at 90 degrees

B. F/A-18 20 knots at 90 degrees

C. C-2 21 knots at 90 degrees (waiverable by the pilot)

D. E-2 22 knots at 90 degrees

**5407. FIELD CARRIER LANDING PRACTICE.**

A. FCLP conducted at NTU shall be in compliance with NASOCEANAINST 3710.1.

B. Squadron LSO shall be briefed by the Tower Supervisor or FWS.

C. Once airborne and sequenced, aircraft shall contact "Paddles" on 363.1 or other frequency as assigned.

**Note:** During FCLP'S on runway 5 aircraft should avoid extending the pattern upwind beyond Oceana Blvd. Occasional extensions to facilitate separation or sequencing will be at the discretion of the local controller or LSO. If traffic saturation requires aircraft to extend excessively beyond Oceana Blvd, it is the prerogative of the Tower Supervisor to limit the number of aircraft in the pattern accordingly. If FCLP aircraft extend beyond Oceana Blvd with 3 or less in the pattern, the LSO shall instruct FCLP aircraft to "tighten the pattern". When 4 or more aircraft are in the pattern and extensions are unavoidable, The Tower Supervisor may make a courtesy advisory to the LSO "If able, make downwind turns prior to Oceana Blvd for noise abatement considerations".

**5407.1. NFE FCLP.**