DEPARTMENT OF THE NAVY
NAVAL AIR STATION OCEANA (23460-5120)
FIGHTER WING, U.S. ATLANTIC FLEET (23460-5200)
VIRGINIA BEACH, VIRGINIA

NAS Oceana
3124
Ser 00/2281
5 Dec 97

From: Commanding Officer, Naval Air Station Oceana
Commander, Fighter Wing, U.S. Atlantic Fleet
To: Office of the Assistant Secretary (Installation and Environment)

Draft was never sent

Subj: ENVIRONMENTAL IMPACT STATEMENT

1. The Field Carrier Landing Practice (FCLP) flight tracks presented in the Draft Environmental Impact Statement (DEIS) for the relocation of F/A-18 aircraft from Cecil Field, Florida to other East Coast installations are representative of the actual patterns flown at Naval Air Station (NAS) Oceana and other Naval air installations. The NAS Oceana patterns are virtually unchanged in over 20 years and have adequately accommodated less agile aircraft such as the A-6 Intruder and F-4 Phantom II.

2. Aircraft do not fly a fine line in the sky but fly within a corridor. Flight tracks define an average path of aircraft operations and are used in the formation of Accident Potential Zones (APZs). All flight tracks within 15,000 feet of the end of the runway (or flight tracks representing FCLP operations) and with over 5,000 annual operations rate an APZ. The proposed APZs in the DEIS accurately project the flight corridors at NAS Oceana and Naval Auxiliary Landing Field (NALF) Fentress.

3. The DEIS reflects the fact that we train the way we fly at sea. FCLP is flown 1.2 to 1.5 miles abeam of the runway - the same as actual patterns flown for carrier landings. As such, F-14 and F/A-18 pilots are trained to fly these patterns and their performance is no different than that of the fleet squadron pilots. All runways at NAS Oceana and runway 05 at NALF Fentress utilize the same pattern geometry. Only runway 23 at NALF Fentress is flown with a wider pattern which was established to accommodate residential development near the airfield. Because of the negative impact this pattern has on training, FCLP is performed on runway 05 whenever possible.

4. We are confident that the flight tracks shown in the DEIS accurately represent actual flying conditions at NAS Oceana and NALF Fentress.

T. F. ENRIGHT

S. E. BENSON

OPTIONAL FORM 99 (7-90)

| FAX TRANSMITTAL | # of pages ▸ 1 |
|---|---|
| To CAPT HOPPOCK | From FRED PIERSON |
| Dept./Agency | Phone # 433-3158 |
| Fax # 445-9514 | Fax # 433-2007 |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

OCE063233