AirOps

121

**DEPARTMENT OF THE NAVY**
NAVAL AIR STATION OCEANA
VIRGINIA BEACH, VIRGINIA 23460-5120

IN REPLY REFER TO
5726
Ser 00G/0765
April 30, 1998

The Honorable John Warner
United States Senate
4900 World Trade Center
Norfolk, VA 23510-1624

Dear Senator Warner,

This is in response to your recent letter on behalf of your constituent, Mr. Harold Lehman, regarding aircraft operations at Naval Auxiliary Landing Field (NALF) Fentress in Chesapeake, Virginia and at Naval Air Station (NAS) Oceana in Virginia Beach, Virginia. Mr. Lehman expressed concern over aircraft not adhering to the flight patterns, the Navy failing to respond to a letter and giving out misinformation, and aircraft failing to adhere to FAA altitude minimums. I recently called Mr. Lehman to discuss his concerns and we had a very cordial conversation.

Mr. Lehman lives less than 1,500 feet from the runway at NALF Fentress and adjacent to the approach corridor into NAS Oceana, in Noise Zone 3. Noise Zone 3 is the most intensive noise zone with a day-night average noise level (DNL) of 75 decibels or greater.

The operations impacting Mr. Lehman stem from normal airfield operations to the Ground Controlled Approach (GCA) pattern used to practice radar controlled approaches to NAS Oceana. Because of his homes close proximity to NALF Fentress, Mr. Lehman's house is frequently overflown. As you are aware, patterns are not fine lines in the sky and may vary due to aircraft type, configuration, pilot technique, controller workload and wind speed as well as the need to separate aircraft for flight safety. Obviously, Mr. Lehman will be impacted by any operation at Fentress and often from Oceana.

Mr. Lehman mentioned that his pastor (Mr. Harold Bergey) had sent a letter to the Commanding Officer at NAS Oceana two and one-half years ago. While we were unable to find the letter in our records, Mr. Bergey is in frequent contact with Chief Warrant Officer Doug Cheney, the Officer in Charge at NALF Fentress, and we are aware of his concerns, many we have addressed to his satisfaction. Mr. Lehman also felt the Navy may have mistakenly given the pastor an incorrect telephone number at the Chesapeake public hearing for the Final Environmental Impact Statement (FEIS) for the Relocation of F/A-18 Aircraft from NAS Cecil Field to other East Coast bases. The meeting transcript and the Navy's response to the pastor's comments in the FEIS show that Mr. Bergey was provided with the number for my Community Planning Liaison Officer, Mr. Fred Pierson, who serves as a liaison on noise and land use issues between the community and NAS Oceana.

In response to another concern voiced by Mr. Lehman, the following is provided. Federal Aviation Regulations require aircraft to maintain at least 1,000 feet altitude in congested areas and 500 feet altitude in rural areas (such as near NALF Fentress) except on takeoff and landing. The Navy, at a minimum, adheres to these altitudes and aircrews are acutely aware of the impact of noise on residents in the areas around Fentress. Additionally, the Navy has raised the minimum pattern altitude at NALF Fentress to 800 feet above mean sea level (MSL), but it is an active and extensively utilized facility and will continue as such.

NAS Oceana has an ongoing program to brief aircrews on noise abatement, ensuring that they are sensitive to our neighbors' concerns. The Navy strives to be a good neighbor and continues to work closely with the City of Virginia Beach and Chesapeake, as well as surrounding communities. While flight operations are essential to our mission, we will do all we can to mitigate impact of our operations on the community. Recently, we installed a TACAN - a navigation aid - at NALF Fentress to assist aircraft in maintaining a proper pattern during Field Carrier Landing Practice (FCLP). This new TACAN has resulted in a decrease in noise complaints from Chesapeake.

My Community Planning Liaison Officer, Mr. Fred Pierson, is available if you or Mr. Lehman have any further questions. He may be reached at 433-3158.

Thank you sir for your interest in this and all matters at Oceana. Yours is a widespread and most respected reputation at our nations largest air station.

Sincerely,

S. E. BENSON
Captain, U.S. Navy
Commanding Officer