SENT BY:Xerox Telecopier 7020 ;12- 5-97 ; 13:20 ; 8044455959→ 757 322 6161;# 2
→ DEC-04-97 THU 01:34 PM CINCLANT N48 FAX NO. 7573226622 P. 01
DEC-04-97 08:38 FROM:ASN(I&E) (IF/SR) ID:7036962574 PAGE 1/1

DEPARTMENT OF THE NAVY
OFFICE OF THE ASSISTANT SECRETARY
(INSTALLATIONS AND ENVIRONMENT)
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

12/4/97
Copy to: 44
44A
462
461

3 DEC 1997

MEMORANDUM FOR DEPUTY CHIEF OF NAVAL OPERATIONS (LOGISTICS)

SUBJECT: Cecil Field Environmental Impact Statement

Recently, the CINCLANTFLT Deputy Director, Shore Resources, raised a serious issue regarding the flight paths used in the Cecil Field Draft Environmental Impact Statement. In brief, the concern (as I understand it) is that the flight paths reflect flight patterns with turns significantly tighter than are actually being flown today and that are well beyond the capabilities of the students in the F-14 and F-18 Fleet Replacement Squadrons.

These flight paths form the basis for the DEIS noise and safety analyses; noise levels are the most significant environmental impact associated with the proposed action (especially at NAS Oceana, but also at MCAS Cherry Point and MCAS Beaufort). Expanded flight paths would probably expose more people to high noise levels and might also expand the accident potential zones.

This issue must be resolved before we can release the Final Environmental Impact Statement and it is in all of our interests to resolve it quickly. I would appreciate receiving a briefing covering your analysis of the issue, and your plan for resolving it, as soon as possible.

Duncan Holaday
Deputy Assistant Secretary
(Installations and Facilities)

Copy to:
AGC (I&E)
DASN(E&S)
N88
DCS/AVN
CNAL
CINCLANTFLT(N46)

Post-it™ brand fax transmittal memo 7671 | # of pages ▸ 1
To CDR Laughlin | From Capt Rivera
Co. | Co. N462
Dept. | Phone #
Fax # 322-5957 | Fax #

FAX TRANSMITTAL | # of pages 1
To RADM Johnson | From Duncan Holaday
Dept./Agency | Phone #
Fax # 757-322-6897 | Fax #

AR-041458