12-12-97 ; 13:21 ;

223

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL**

| | |
|---|---|
| To CAPT RICCIO | From A. ZUSMAN |
| Dept./Agency NAVFAC | Phone # |
| Fax # 757-322-5522 | Fax # |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

Post-it® brand fax transmittal memo 7671 # of pages ▸

| | |
|---|---|
| To CAPT HOPPICK | From CAPT RICCIO |
| Co. AIRLANT | Co. CLF |
| Dept. | Phone # 322-7751 |
| Fax # 445-9514 | Fax # |

57200

Joe —

1. Here is our response to NAS Oceana ltr of 10 Dec 97 concerning changes to flight tracks. Bottom line — small changes and not significant

2. Note, NAS Oceana/Fleet/Wing previously signed off on modeled tracks as late as July 96.

3. Question RADM Smith wants answered is where are the planes flying. E.g. Figure 3-10 of Wyle Noise Report identifies T&Gs. We know that when the pattern is saturated, ATC usually extends downwind leg of the pattern. Need to have ATC look at track SLT1, for example, and say that when the pattern is saturated the downwind leg is extended X ft from that shown. Same kind of question applies to all tracks. In other words, what variability is there in the tracks?

Alan

OCE063214