00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - -

CAROLE and ROBERT TESTWUIDE, et )
al., )
Plaintiffs, )
) Case No. 01-201-l
vs. ) JUDGE WOLSKI
)
THE UNITED STATES OF AMERICA, )
Defendant. )

- - - - - - - - - - - - - - - - -

Thursday, April 7, 2005
9:00 a.m.

Videotaped deposition of JOSEPH J. CZECH, held at the law offices of Wyle Laboratories, Crystal Plaza I, 2001 Jefferson Davis Highway, Suite 701, Arlington, Virginia 22202, before Jonathan Wonnell, a Registered Professional Court Reporter and Notary Public of the Commonwealth of Virginia.

00058

Q. Okay. And the handwritten note, again -- I'll come back to Exhibit 5 separately. The handwritten note says note, "NAS Oceana, fleet" -- does that say "fleet," the next one?

A. "Fleet/wing."

Q. "Previously signed off on modeled tracks as late as July '96."

A. Yes.

Q. Do you know what that's referring to?

A. That was probably referring to the 96-3 report or the data package related thereto.

Q. Right. And they were the tracks you used as the baseline for 97-10?

A. (Nods head).

Q. Okay. And then the third one --

A. That's what we initially started with, yes.

Q. Right. And I understood there were some modifications that were sent over time?

A. Right. Correct.

Q. And then the third paragraph in the handwritten note, it talks about a question that an

admiral, a Rear Admiral Smith, has. Have you read that?

A. I'm reading it now. (Reading) Okay.

Q. Do you recall any questions about the accuracy of the flight tracks as to the actual flights that were being conducted at Oceana during this time period?

A. Was I aware of the accuracy?

Q. Or a question about the accuracy of the flight tracks.

A. Other than what -- these memos, no.

Q. In that paragraph 3, there's this -- Mr. Zusman I assume is writing that air traffic control extends downwind leg and that they would have to look, for example, at this flight track and tell you when it's extended and by how many feet and so forth. Do you recall that ever being done?

A. No. I don't believe it was.

Q. Do you recall any changes to the flight tracks to extend them for any reason because of saturation in the pattern?

A. May I look at this?

00060

Q. Oh, sure. You can look at anything you'd like.

A. (Reading) Okay. I'm sorry. What was the question again?

Q. The question is do you recall whether there was any investigation into the accuracy of the flight tracks for, you know, variances, for instance, when the pattern is saturated?

A. I don't think there were.

Q. Okay. The last sentence Mr. Zusman writes "In other words, what variability is there in the tracks?" Do you recall making any investigation with air traffic control, for instance, whether the tracks were different than what was shown in the report?

A. Well, nothing more than them saying they represent nominal or average flight tracks. There is going to be some variability and they don't fly as lines in the sky but that basically the tracks shown are mean, you know, means of where they fly.

Q. After around this time in December 1997 do you recall making any further inquiries of air