# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 01-201L
(Honorable Victor J. Wolski)

## UNOPPOSED MOTION FOR LEAVE TO CORRECT EXHIBITS

Plaintiffs hereby move for Leave to Correct the following exhibits filed electronically on May 26, 2006 as attachments to Plaintiffs' Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment and Memorandum in Support Thereof: Exhibit 2B ("Excerpts from the Deposition Transcript of Herbert Stokely"); Exhibit 3B ("Excerpts from the Deposition Transcript of Betty Van Nostrand"); Exhibit 3C ("Excerpts from the Deposition Transcript of Herbert Van Nostrand"); and Exhibit 54 ("Glossary of Terminology Excerpted from the Final Environmental Impact Statement (FEIS) for the Introduction of the F/A-18 E/F to the East Coast of the United States").

Plaintiffs' counsel inadvertently printed Exhibits 2B, 3B and 3C incorrectly, cutting off portions of text from each page, and Exhibit 54 does not contain the two page glossary of terms described on Plaintiffs' exhibit list.

Dated: May 30, 2006

/s/ Jack E. Ferrebee
Jack E. Ferrebee
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-1539
jferrebee@hoflaw.com

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com
mwolf@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Charles B. Lustig
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
clustig@srgslaw.com
lwoodward@srgslaw.com