**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>*Defendant*. | ) | No.: 01-201L<br>(Honorable Victor J. Wolski) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT 52 IN HARD COPY**

Plaintiffs' request leave to File Exhibit 52, "Map of Test Plaintiffs' and Non-Plaintiffs' Properties, Virginia Beach, Virginia," in Hard Copy. Exhibit 52 was filed electronically on May 26, 2006, as an attachment to Plaintiffs' Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment. Plaintiffs believe an oversized hard copy of Exhibit 52 would facilitate the Court's review of the map. Counsel for the Defendant has no objection to this motion.

Dated: June 6, 2006

_____________/s/_______________

Jack E. Ferrebee
Hofheimer/Ferrebee, P.C
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Counsel of Record for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles B. Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Blvd., Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200