# In the United States Court of Federal Claims

No. 01-201L
(Filed June 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received and reviewed plaintiffs' Motion for Leave to Correct Exhibits. The Motion is **GRANTED**.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge