**UNITED STATES COURT OF FEDERAL CLAIMS**

**CAROL AND ROBERT TESTWUIDE, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**No. 01-201L**

**Honorable Victor J. Wolski**

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Pursuant to RCFC 5.2(b)(2), defendant United States hereby seeks leave of the court to exceed the page limit for its Reply memorandum in support of Defendant's Motion To Dismiss Or, Alternatively, For Summary Judgment. In support of this motion, defendant states as follows:

(1) In order to adequately address the legal issues raised in Plaintiffs' Opposition To Defendant's Motion To Dismiss Or, Alternatively, For Summary Judgment, Defendant respectfully requests leave to exceed the page limit by 20 pages, for a total memorandum length not to exceed 26 pages.

(2) Plaintiffs do not oppose this motion.[1/]

[1/]It is noted that Plaintiffs' Opposition To Defendant's Motion To Dismiss Or, Alternatively, For Summary Judgment And Memorandum in Support Thereof exceeded 30 pages, for a total of 38.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow it leave to file a memorandum in support of its motion for summary judgment that exceeds the page limit set by RCFC 5.2(b)(2), with a total length not to exceed 26 pages.

Dated: June 9, 2006

Respectfully submitted,

s//Steven D. Bryant
STEVEN D. BRYANT
KELLE S. ACOCK
United States Department of Justice
Environment and Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424

Of Counsel:

Robert J. Smith
Mary S. Raivel
Navy Litigation Office
720 Kennon Street SE, Bldg. 36
Washington, D.C. 20374

CDR Dominick Yacono, JAGC, USN
Commander Navy region, Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737