# In the United States Court of Federal Claims

No. 01-201L
(Filed June 13, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received and reviewed defendant's Unopposed Motion for Leave to Exceed the Page Limit for its Reply Memorandum in Support of its Motion to Dismiss, or, Alternatively, for Summary Judgment. There being no objection from plaintiffs, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge