PLAINTIFF'S EXHIBIT 2

November 10, 2005 Privilege Log

| Date | Doc Type | Basis | Author | Recipient | Attorney Comments |
|---|---|---|---|---|---|
| 6/14/1999 | Technical Analysis* | Attorney-Client; Attorney Work Product | Wyle Laboratories (Joseph Czech) | Alan Zusman | See November 10, 2005 declaration of Ron Borro (paras 4-6). |
| 8/13/1999 | Technical Analysis* | Attorney-Client; Attorney Work Product | Wyle Laboratories (Joseph Czech) | Alan Zusman | See November 10, 2005 declaration of Ron Borro (paras 4-6). |
| 8/17/1999 | Technical Analysis* | Attorney-Client; Attorney Work Product | Wyle Laboratories (Joseph Czech) | Alan Zusman | See November 10, 2005 declaration of Ron Borro (paras 4-6). |

***Providing additional information concerning the content of this analysis would reveal privileged information**