Email Fwd Privilege Log - Wyle (Joe Czech) 19991.txt

Envelope-to: kfquinn@quinnlaw.com
X-Spam-Checker-Version: SpamAssassin 3.1.0 (2005-09-13) on
grafias.lunarpages.com
X-Spam-Level: *
X-Spam-Status: No, score=1.5 required=5.0 tests=AWL,INVALID_MSGID
autolearn=no version=3.1.0
Alternate-recipient: Allowed
Disclose-recipients: Prohibited
Date: Thu, 10 Nov 2005 17:32:36 -0500 (EST)
From: "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
Subject: Privilege Log - Wyle (Joe Czech) 1999
To: "jferrebee@hoflaw.com" <jferrebee@hoflaw.com>
(Receipt Notification Requested) (IPM Return Requested),
"tferrebee@hoflaw.com" <tferrebee@hoflaw.com> (Receipt Notification Requested)
(IPM Return Requested)
Cc: "tshuttleworth@srgslaw.com" <tshuttleworth@srgslaw.com>
(Receipt Notification Requested) (IPM Return Requested),
"scswain@srgslaw.com" <scswain@srgslaw.com> (Receipt Notification Requested)
(IPM Return Requested), "khofheimer@hoflaw.com" <khofheimer@hoflaw.com>
(Receipt Notification Requested) (IPM Return Requested),
"chofheimer@hoflaw.com" <chofheimer@hoflaw.com>
(Receipt Notification Requested) (IPM Return Requested),
"Kelle.Acock@usdoj.gov" <Kelle.Acock@usdoj.gov>
(Receipt Notification Requested) (IPM Return Requested),
"Lynn.Miller@usdoj.gov" <Lynn.Miller@usdoj.gov>
(Receipt Notification Requested) (IPM Return Requested),
"dominick.yacono@navy.mil" <dominick.yacono@navy.mil>
(Receipt Notification Requested) (IPM Return Requested),
"robert.j.smith2@navy.mil" <robert.j.smith2@navy.mil>
(Receipt Notification Requested) (IPM Return Requested),
"Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
(Receipt Notification Requested) (IPM Return Requested),
"mwolf@quinnlaw.com" <mwolf@quinnlaw.com> (Receipt Notification Requested)
(IPM Return Requested), "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com>
(Receipt Notification Requested) (IPM Return Requested),
"mary.raivel@navy.mil" <mary.raivel@navy.mil> (Receipt Notification Requested)
(IPM Return Requested)
Autoforwarded: FALSE
X-Mailer: NetJunction (NetJunction 6.0.2-p2)/MIME
Priority: Normal
X-NJ-P1MID: [/P=USDOJ/A=_/C=US/;ENRD-MSGE-2-051110223109Z-147352]
X-NJ-Delivery-Notification-To: Steven.Bryant@usdoj.gov
X-NJ-Disposition-Notification-To: Steven.Bryant@usdoj.gov
X-NJ-IPM-Content-Return-To: Steven.Bryant@usdoj.gov



PLAINTIFF'S EXHIBIT 3
tabbies

X-Implicit-Conv-Prohibited: FALSE
X-Proofpoint-Spam-Details: rule=notspam policy= score=0 mlx=0 adultscore=0
adjust=0 engine=2.5.0-05110701 definitions=3.0.0-05111003

Jack,

Attached is a privilege log covering consulting work that Joe Czech performed at Wyle in 1999 that is responsive to certain of your discovery requests.

Regards,

Steve

Steve Bryant
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington D.C. 20044-0663
(v) 202-305-0424
(f) 202-305-0506

This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify us immediately by replying to this message, and please destroy all copies of this e-mail.