Envelope-to: mquinn@quinnlaw.com
X-Spam-Checker-Version: SpamAssassin 3.1.0 (2005-09-13) on
grafias.lunarpages.com
X-Spam-Level:
X-Spam-Status: No, score=-0.2 required=5.0
tests=ALL_TRUSTED,AWL,HTML_MESSAGE
autolearn=unavailable version=3.1.0
From: "Martin Wolf" <mwolf@quinnlaw.com>
To: <Steven.Bryant@usdoj.gov>
Cc: "Kieron F. Quinn" <kfquinn@quinnlaw.com>,
"Jack Ferrebee" <jferrebee@hoflaw.com>,
"'Margaret Quinn'" <mquinn@quinnlaw.com>,
"'Tom Ferrebee'" <tferrebee@hoflaw.com>
Subject: Privilege Log
Date: Mon, 21 Nov 2005 15:57:47 -0500
X-Mailer: Microsoft Office Outlook, Build 11.0.6353
Thread-Index: AcXu3jm38RMUY7HETFK4Xd4dUuDq1A==

Dear Steve,

We have received numerous emails and privilege logs from you over the last two weeks, and there are still questions we need addressed and information we would appreciate your clarifying:

1. Regarding the Privilege Log captioned "Supplemental Oceana Privilege Log RFP29 08/31/2005 REVISED 10/28/2005", which was forwarded with your November 10 email stating that we should "disregard the privilege log I just e-mailed you a few minutes ago" – Is this the Defendant's final privilege log?
2. Please confirm that you never provided a Privilege Log to us dated 08/31/2005, even though this new Log is captioned with that date. Why is this date on the caption?
3. The Privilege Log marked as Exhibit D on your Response to the Motion to Compel, while it appears to be the same as No.1 above, is not identical. While the differences seem to be mostly in formatting, such as column width and page

PLAINTIFF'S EXHIBIT 4

breaks, I don't understand why Exhibit D is not identical. Please confirm that the two logs are the same.

4. You state in your October 28 letter that you are "releasing some documents in their entirety, and in other cases are releasing certain material previously redacted, while still withholding other material." You then produced the Supplemental Log, with no indication as to which documents fall into which of the categories cited in your letter. It would be helpful if you could indicate this on your Logs and, in the meantime, confirm our understanding of the documents as outlined on the attached table.

5. In your November 10 email attaching the privilege log covering consulting work that Joe Czech performed at Wyle in 1999, you state that it is "responsive to certain of your discovery requests". Please indicate to which discovery requests you are responding. Also, are you going to provide bates nos. for these documents?

Thanks,

Marty

Plaintiff 11 21 05 Table re Requested Clarification from Defendant as to Defendant Privilege Log RFP29 8 31 05 Revised 10 28 05.doc

Plaintiff 11/21/05 Table re: Requested Clarification from Defendant as to Defendant Privilege Log RFP29 8/31/05 Revised 10/28/05

| NOT ON PRIVILEGE LOG; PRODUCED IN ENTIRETY | ORIGINAL DOCUMENT – DOJ SAYS ATTACHMENTS ARE ON LOG OR PRODUCED | BATES NOS FOR ATTACHMENTS TO ORIGINAL DOCUMENTS – PLEASE PROVIDE | PLEASE INDICATE WHETHER THESE ATTACHMENTS ARE ON LOG OR PRODUCED | ON PRIVILEGE LOG; PRODUCED WITH RELEASE OF PREVIOUSLY REDACTED MATERIAL | ON WOLF LTR OF 7/28/05 AND ON PRIVILEGE LOG; NOT RELEASED | NEWLY LISTED ON PRIVILEGE LOG AND NOT PRODUCED |
|---|---|---|---|---|---|---|
| OCE213540 | OCE213540 | | PRODUCED? | OCE213627-8 | OCE213648-9 | 3 DOCUMENTS WITH NO BATES NO – ARE YOU GOING TO PROVIDE NOS? |
| OCE213635 | OCE213632 | | ON LOG? | OCE213636-7 | OCE213574-9 | |
| OCE213646 | OCE213635 | | ON LOG? | OCE213741 | OCE213585 | |
| OCE213664 | | | | OCE213659-62 | OCE213629 | |
| OCE213665 | | | | OCE213716 | OCE213630-1 | |
| OCE213683 | | | | OCE213717-20 | OCE213632 | |
| OCE213721 | | | | OCE213722-7 | OCE213633-4 | |
| | | | | OCE213731 | OCE213637 | |
| | | | | | OCE213638-9 | |
| | | | | | OCE213642-3 | |
| | | | | | OCE213644-5 | |
| | | | | | OCE213647 | |
| | | | | | OCE213650-1 | |
| | | | | | OCE213652-4 | |
| | | | | | OCE213663 | |
| | | | | | OCE213655-6 | |
| | | | | | OCE213730 | |