-----Original Message-----
From: Steven.Bryant@usdoj.gov [mailto:Steven.Bryant@usdoj.gov]
Sent: Wednesday, November 23, 2005 2:40 PM
To: mwolf@quinnlaw.com (Receipt Notification Requested) (IPM Return Requested)
Cc: Kelle.Acock@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); dominick.yacono@navy.mil (Receipt Notification Requested) (IPM Return Requested); mary.raivel@navy.mil (Receipt Notification Requested) (IPM Return Requested); Steven.Bryant@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); jferrebee@hoflaw.com (Receipt Notification Requested) (IPM Return Requested); kfquinn@quinnlaw.com (Receipt Notification Requested) (IPM Return Requested); Lynn.Miller@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); tferrebee@hoflaw.com (Receipt Notification Requested) (IPM Return Requested); robert.j.smith2@navy.mil (Receipt Notification Requested) (IPM Return Requested)
Subject: October 28 Revised Privilege Log

Marty,

Your comment that we have sent you "numerous emails and privilege logs" over the last two weeks is confusing. To clarify, on October 28th I sent you, as an attachment to a letter responding to your July 28th letter, a revised privilege log for the documents that are the subject of the motion to compel. This log and the later revisions are erroneously dated August 31, 2005. On November 10, 2005 I e-mailed you a revised version of this privilege log. In that revision I corrected the formatting of the revised log because some of the entries were not in "wrap around text" which cut off portions of some of the entries when it was printed as a pdf file. In that log I also identified Joseph Gradisher, whose name appears on the log. Approximately thirty minutes later I sent you a further revision that identified some additional Navy employees whose names appeared on the log. I have not sent any further revisions to this log since November 10th, and indeed heard nothing from the plaintiffs with regard to the log until I received your e-mail. On November 10th at 5:31PM I also sent you a privilege log regarding work Joe Czech performed in 1999. I have not sent any revisions to that log since November 10th, nor did I hear anything from the plaintiffs about that log until your e-mail.

1-2. As discussed above, the date on the log related to your motion to compel is an error. Regarding whether this is the final privilege log, it is the most current with respect to the documents cited in your July 28, 2005 letter and motion to compel, subject to revision or supplementation as appropriate.



PLAINTIFF'S EXHIBIT 5

3. As mentioned above, the substance of Exhibit D is identical to the log produced with the November 10, 2005 e-mail sent at 3:49PM. There are a few formatting differences that you pointed out, but the entries are the same.

4. I did a quick review of the table and believe it to be correct with a couple of changes or additions. OCE213540 and OCE213635 were produced on March 28, 2005, and OCE213646 was produced in unredacted form on October 28, 2005. Also, the document beginning at OCE213574 ends at OCE213578, not OCE213579.

5. Identifying the discovery requests the material at issue may be responsive to may reveal privileged information. Neither that information nor bates numbers for the material are necessary in order for you to evaluate whether the attorney client privilege or the attorney work product protections have been appropriately asserted. Nevertheless, when the documents are bates-stamped I will provide the numbers to you.

Please let me know if you need additional clarification.

Thank you,

Steve

-----Original Message-----
From: mwolf@quinnlaw.com [mailto:mwolf@quinnlaw.com]
Sent: Monday, November 21, 2005 3:58 PM
To: Bryant, Steven (ENRD)
Cc: kfquinn@quinnlaw.com; jferrebee@hoflaw.com; mquinn@quinnlaw.com; tferrebee@hoflaw.com
Subject: Privilege Log

Dear Steve,

We have received numerous emails and privilege logs from you over the last two weeks, and there are still questions we need addressed and information we would appreciate your clarifying:

1. Regarding the Privilege Log captioned "Supplemental Oceana Privilege Log RFP29 08/31/2005 REVISED 10/28/2005", which was forwarded with your November 10 email stating that we should "disregard the privilege log I just e-mailed you a few minutes ago" - Is this the Defendant's final privilege log?
2. Please confirm that you never provided a Privilege Log to us dated 08/31/2005, even though this new Log is captioned with that date. Why is this date on the caption?

3. The Privilege Log marked as Exhibit D on your Response to the Motion to Compel, while it appears to be the same as No.1 above, is not identical. While the differences seem to be mostly in formatting, such as column width and page breaks, I don't understand why Exhibit D is not identical. Please confirm that the two logs are the same.

4. You state in your October 28 letter that you are "releasing some documents in their entirety, and in other cases are releasing certain material previously redacted, while still withholding other material." You then produced the Supplemental Log, with no indication as to which documents fall into which of the categories cited in your letter. It would be helpful if you could indicate this on your Logs and, in the meantime, confirm our understanding of the documents as outlined on the attached table.

5. In your November 10 email attaching the privilege log covering consulting work that Joe Czech performed at Wyle in 1999, you state that it is "responsive to certain of your discovery requests". Please indicate to which discovery requests you are responding. Also, are you going to provide bates nos. for these documents?

Thanks,

Marty