To: "Ferrebee, Jack" <jferrebee@hoflaw.com>,
"Ferrebee, Tom" <tferrebee@hoflaw.com>,
"Lustig, Charles" <clustig@srgslaw.com>,
"Quinn, Margaret" <mquinn@quinnlaw.com>,
Subject: Fwd: Privilege Log Confusion

FYI

> Date: Tue, 09 May 2006 11:58:04 -0400
> To: SteveBryant
> From: Kieron Quinn <kfquinn@quinnlaw.com>
> Subject: Privilege Log Confusion
> Cc: KelleAcock
>
> Steve,
>
> DOJ's recent filings of the Supplemental and then Amended Supplemental Privilege Logs regarding the'Mystery Project/in camera review of documents" is not completely clear.
>
> Could you please clarify that, since DOJ changed the document formatting from the Supplemental Log (5/2/06) to the Amended Supplemental Log (5/3/06) (so that we cannot just do a record by record comparison to track changes or additions), the only differences between the Supplemental and Amended Logs are those mentioned in the 'Amended Document Addressing Defendant's Supplemental Privilege Log filed May 2, 2006' -- and that we do not have to do a word by word / record by record comparison looking for other changes.
>
> Kieron

PLAINTIFF'S EXHIBIT
tabbies
6