5.10.06 email Bryant to KFQ RE Privilege Log Confusion

Date: Wed, 10 May 2006 10:45:16 -0400 (EDT)
From: "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
Subject: RE: Privilege Log Confusion
To: "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com>

Hi Kieron,

The only differences between the May 2nd supplemental privilege log and the May 3rd amended supplemental log were the line formatting change (referenced in the amended filing) and the additional entry for the attachment (also referenced in the filing). Neither the May 2nd supplemental log nor the May 3rd amended supplemental log address the technical analyses performed by Joe Czech, which were not the subject of your motion to compel.

Regards,

Steve

-----Original Message-----
From: kfquinn@quinnlaw.com [mailto:kfquinn@quinnlaw.com]
Sent: Tuesday, May 09, 2006 11:58 AM
To: Bryant, Steven (ENRD)
Cc: Acock, Kelle (ENRD)
Subject: Privilege Log Confusion

Steve,

DOJ's recent filings of the Supplemental and then Amended Supplemental Privilege Logs regarding the'Mystery Project/in camera
review of documents" is not completely clear.



PLAINTIFF'S EXHIBIT 7

5.10.06 email Bryant to KFQ RE Privilege Log Confusion
Could you please clarify that, since DOJ changed the document
formatting from the Supplemental Log (5/2/06) to the Amended
Supplemental Log (5/3/06) (so that we cannot just do a record by
record comparison to track changes or additions), the only differences between the Supplemental and Amended Logs are those
mentioned in the 'Amended Document Addressing Defendant's Supplemental Privilege Log filed May 2, 2006' -- and that we do not
have to do a word by word / record by record comparison looking for
other changes.

Kieron