05.15.06 Bryant Response to Quinn re Czech log docs

>Date: Mon, 15 May 2006 18:15:43 -0400 (EDT)
>From: "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
>Subject: RE: Privilege Log Confusion
>To: "jferrebee@hoflaw.com" <jferrebee@hoflaw.com>
> (Receipt Notification Requested) (IPM Return Requested),
> "tferrebee@hoflaw.com" <tferrebee@hoflaw.com> (Receipt
> Notification Requested)
> (IPM Return Requested), "scswain@srgslaw.com" <scswain@srgslaw.com>
> (Receipt Notification Requested) (IPM Return Requested),
> "tshuttleworth@srgslaw.com" <tshuttleworth@srgslaw.com>
> (Receipt Notification Requested) (IPM Return Requested),
> "chofheimer@hoflaw.com" <chofheimer@hoflaw.com>
> (Receipt Notification Requested) (IPM Return Requested),
> "khofheimer@hoflaw.com" <khofheimer@hoflaw.com>
> (Receipt Notification Requested) (IPM Return Requested),
> "mwolf@quinnlaw.com" <mwolf@quinnlaw.com> (Receipt Notification Requested)
> (IPM Return Requested), "kfquinn@quinnlaw.com" <kfquinn@quinnlaw.com>
> (Receipt Notification Requested) (IPM Return Requested)
>Cc: "robert.j.smith2@navy.mil" <robert.j.smith2@navy.mil>
> (Receipt Notification Requested) (IPM Return Requested),
> "dominick.yacono@navy.mil" <dominick.yacono@navy.mil>
> (Receipt Notification Requested) (IPM Return Requested),
> "mary.raivel@navy.mil" <mary.raivel@navy.mil> (Receipt
> Notification Requested)
> (IPM Return Requested), "Kelle.Acock@usdoj.gov" <Kelle.Acock@usdoj.gov>
> (Receipt Notification Requested) (IPM Return Requested),
> "Steven.Bryant@usdoj.gov" <Steven.Bryant@usdoj.gov>
> (Receipt Notification Requested) (IPM Return Requested),
> "Lynn.Miller@usdoj.gov" <Lynn.Miller@usdoj.gov>
> (Receipt Notification Requested) (IPM Return Requested)
>
>
>Kieron,
>
> This responds to your May 12, 2006 letter regarding the
> documents we provided to the Court for in camera review. The Court
> ordered us to provide unredacted copies of the privileged documents
> that were the subject of your motion to compel for in camera
> review, as well as to provide a supplemental privilege log related
> to those documents. We provided the unredacted documents on April
> 28th, and provided a supplemental privilege log for those documents
> on May 2nd, and a further amended supplemental privilege log for
> those documents on May 3rd. Given that the documents relating to
> Joe Czech's analyses were not the subject of your motion to compel,
> nor the Court's order, we did not provide them to the Court.
>
> With respect to Joe Czech's technical analyses, we have
> already informed you that these analyses were done as part of an
> overall litigative risk analysis. If there is additional
> information that you feel you must have in order to assess whether
> these efforts are privileged, please let me know what information you require.
>
>Regards,
>
>Steve
>



PLAINTIFF'S EXHIBIT 9
tabbies