# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 01-201L
Honorable Lynn J. Bush

## PLAINTIFFS INTERROGATORIES TO DEFENDANT

TO: DEFENDANT, UNITED STATES

FROM: PLAINTIFF

Plaintiffs, pursuant to Rules 26 and 33 of the Rules of this Court request that Defendant answer the following interrogatories under oath. These Interrogatories are to be read and interpreted in accordance with the Definitions and Instructions set forth below.

## Definitions and Instructions

A. "Document" is used herein in the broadest sense and includes any written, recorded, electronic or graphic matter, however produced or reproduced, and including data maintained electronically, such as in a computer, which is capable of being translated or compiled and recorded in hard copy. It includes but is not limited to all original writings and tangible things of any nature whatsoever and nonidentical copies and drafts thereof known to you, whether or not in your possession, custody or control, regardless of where located, and also includes but is not limited to records, video or audio tape recordings, photographs, negatives and moving pictures.

particularity to meet the requirements of its inclusion in a request for production pursuant to Rule 34. If any such document, was, but is no longer in the defendant's control, state what disposition was made of it and the reason for such disposition. Where used in reference to any partnership, corporation or business, state the name, business address and the name of the chief executive officer of the entity.

F. "You" means the defendant and its agencies and departments, and includes documents in the possession of their agents, employees, representatives, contractors and attorneys..

G. "The Class" means the individuals described in the definition of the class in the Complaint and includes the named Plaintiffs.

H. "Computer Data" includes computer data bases (whether on hard drives, tapes, or disks), and/or any other electronically stored data together with programs necessary to retrieve such data.

## Questions

1. **NAS Oceana and NALF Fentress annual operations.** For each year since and including 1975, state the number and type of operations at NAS Oceana and NALF Fentress for each aircraft category operating at those airfields during that year in the format set out in Exhibit A hereto [from Table A-3 Airfield and Airspace Analysis, dated February 18, 1998 by ATAC Corporation].

2. Identify each form, record or document which, in the ordinary course, would report

all or some of the operations set out in Exhibit A hereto:

a) monthly

b) quarterly

c) annually

3. State the date on which you allege that a six year statute of limitations began to run as asserted in Paragraph 2 of your Affirmative Defenses.

21. Identify each study or report which contemplates or evaluates the purchase or condemnation, or the contemplation thereof, of land adjacent to NAS Oceana and/or NALF Fentress which document is dated since January 1, 1975 and state the location of each.

22. Identify each file which deals with the existence, location and/or modification of Accident Potential Zones in the vicinity of NAS Oceana and NALF Fentress which file contains one or more documents dated after January 1, 1975 and state the location of each such file.

Kieron F. Quinn /MEW
Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com

Attorney for Plaintiffs

Of Counsel:

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiffs Interrogatories to Defendant were served the 14 day of June, 2001, by first class mail, postage prepaid on:

James Brookshire
Department of Justice
Environment of Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D. C. 20044-0663
(202) 305-0490

Martin E. Wolf

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CAROLE and ROBERT TESTWUIDE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 01-201-L<br><br>Honorable Lynn J. Bush |

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

TO: DEFENDANT, UNITED STATES

FROM: PLAINTIFFS

Plaintiffs, pursuant to Rules 26 and 34 of the Rules of the United States Court of Federal Claims, requests that the Defendant serve a written response and produce the following documents for inspection and copying within 30 days at the offices of Quinn, Gordon & Wolf, Chtd., 40 West Chesapeake Avenue, Suite 408, Baltimore, Maryland 21204, or at such other time and place as may be agreed to by the parties.

**Definitions and Instructions**

A. "Document" is used herein in the broadest sense and includes any written, recorded or graphic matter, however produced or reproduced, and including data maintained electronically, such as in a computer, which is capable of being translated or compiled and recorded in hard copy. It includes but is not limited to all original writings and tangible things of any nature whatsoever and non-identical copies and drafts thereof known to you, whether or not in your possession, custody or control, regardless of where located, and also includes but is not limited to records, video or audio tape recordings, photographs, negatives and moving pictures.

23. Monthly operations count for NAS Oceana and NALF Fentress for FY 93-95.

24. All notes, memoranda or other documents that refer, relate or record conversations or interviews as part of the process of gathering data for the ATAC Report, including interviews with: LT R. Bates, ACC R. Bernier, LT C. Bolt, LCDR Bowman, LCDR M. Cartier, D. Cecchini, CDR R. D'Adiomoff, CDR D. Dervay, LT B. Dickerson, D. Donata, CAPT R. Eason, LCDR D. Hafer, CDR D. Handforth, LTCOL A. Johnson, LCDR K. Johnson, CAPT D. Law, LCDR G. Luttrell, LCDR G. Magill, CDR G. Mayer, LCDR J. Mazanowski, ACC M. McCarthy, CDDR E. Miller, ACC M. Moon, LCDR J. Moynihan, LCDR P. Norris, J. Reuther, CDR B. Schnabel, LCDR M. Seelenbinder, LCDR L. Spradlin, AC1 Stahl, LCDR K. Thompson, LCDR J. Tibbels.

25. All drafts or preliminary versions, in whole or in part, of the Wyle Report.

26. All drafts or preliminary versions, in whole or in part, of the ATAC Report.

27. All drafts or preliminary versions, in whole or in part, of the EIS.

28. All documents that refer or relate to the noise contours for Oceana for the year in which you allege that the taking of the avigation easement occurred.

29. All documents that set forth the procedures for performing a "touch and go" flight operations at Oceana since 1975.

30. All documents that set forth the procedures for performing a "field carrier landing practice" flight operations at Oceana since 1975.

31. All documents that set forth the procedures for performing a "GCA box" flight pattern at Oceana since 1975.

32. All documents that identify the number and type of aircraft stationed at Oceana since 1975.

33. All documents that identify the number of annual aircraft operations at Oceana since 1975.

34. All documents that identify the estimated costs to mitigate the noise impacts on private property from noise generated at Oceana since 1975.

35. All documents that identify any avigation easements acquired in the vicinity of Oceana, including documents that state the amount paid for such easements.

36. All correspondence that refers or relates to the APZs at Oceana since 1975.

37. All documents used to identify the APZs as reported in the EIS.

38. All documents that refer or relate to the APZs as reported in the EIS.

39. All documents that refer or relate to noise contours and/or APZs for all Naval Air Stations and Marine Corps Air Stations at which F/A-18s perform at least 100 operations per year.

40. All documents that refer or relate to the use of A-weighted scale in measuring aircraft noise from 1975 to the present.

41. All documents that identify all measures made available to receive citizen complaints regarding jet noise from 1975 to the present.

Kieron F. Quinn /MEW

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue, Suite 408
Towson, Maryland 21204
(410) 825-2300
(410) 825-0066 (fax)

Attorney of Record for
Plaintiffs under Rule 81(d)

Of Counsel:

Martin E. Wolf
Richard S. Gordon
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue, Suite 408
Towson, Maryland 21204
(410) 825-2300
(410) 825-0066 (fax)

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain, P.C.
Southport Centre, Suite 300
4525 South Boulevard
Virginia Beach, Virginia 23452-1137
(757) 671-6000
(757) 671-6004 (fax)

Jack E. Ferrebee
Jack E. Ferrebee, P.C.
Sandpiper Key, Suite 12B
1060 Laskin Road
Virginia Beach, Virginia 23451
(757) 425-2234
(757) 425-2217 (fax)

Charles R. Hofheimer
Kristen Hofheimer
Charles R. Hofheimer, P.C.
303 34th Street, Suite 8
Virginia Beach, Virginia 23451
(757) 425-5200
(757) 425-6100 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' First Request for Production of Documents was served this 14 day of June , 2001, by first class mail, postage prepaid to:

James Brookshire, Esquire
U.S. Department of Justice
501 Pennsylvania Avenue, Room 835
Washington, D. C. 20004-0663

Martin E. Wolf