**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0267*

May 16, 2006

**Via E-mail and Federal Express**

Jack E. Ferrebee, Esquire
Hofheimer/Ferrebee, P.C.
1060 Laskin Road
Suite 12B
Sandpiper Key
Virginia Beach, Virginia 23451-6365

Re: **Testwuide v. United States, 01-201**

Dear Jack:

This responds to your May 12, 2006 letter regarding plaintiffs' Request for Production ("RFP") No. 32 from the class certification phase of the litigation and requesting additional information regarding 1981 operations.

First, contrary to the assertion in your letter, defendant has not intentionally withheld its response to Interrogatory No. 2 from the class certification stage. Second, I am perplexed at the implication in your letter that we had an obligation to provide you a supplemental response to RFP 32. In neither Kieron Quinn's June 7, 2004 letter nor Marty Wolf's June 21, 2004 e-mail, discussing renewal of discovery from the class certification phase of the litigation, did plaintiffs renew RFP 32. Nor have you mentioned RFP 32 at all in the more than two years since then. We therefore view your request to resurrect RFP 32 as untimely. Nevertheless, as a courtesy to you, we are providing responsive documents.

The enclosed CD contains responsive documents from the period you requested, 1978 to 1988 (OCE239467-616). Additionally, the 1978 AESO noise study (OCE 039712, Doc. ID No. 2227) provides base loading information, albeit for 1977.

Concerning your request for "the counts for each type of operation at [NAS] Oceana in 1981", we have not been able to identify any responsive documents.

DECLASSIFIED

~~CONFIDENTIAL~~

# ALLOWANCES AND LOCATION OF NAVAL AIRCRAFT (U)

## OPNAV NOTICE C3110

31 MARCH 1981

TABLE


TOTAL A/C INVENTORY BY MAJOR STATUS CATEGORIES .................... 1
PROGRAM & NON-PROGRAM A/C STATUS DISTRIBUTION .................. 2
PROGRAM OPERATING ALLOWANCES:
ALL COMMANDS .................................................... 3
ATLANTIC FLEET .................................................. 3A
PACIFIC FLEET ................................................... 3B
PROGRAM & NON-PROGRAM A/C BY COMMAND, CLASS & MODEL ... 4
DISTRIBUTION OF NON-PROGRAM A/C BY MODEL ........................ 5
INVENTORY & OPERATING ALLOWANCES:
PROGRAM & NON-PROGRAM A/C - ATLANTIC FLEET ..................... 6
PROGRAM & NON-PROGRAM A/C - PACIFIC FLEET ...................... 7
PROGRAM & NON-PROGRAM A/C - CNAVRES, NATRA, NASC AIRCRAFT CUSTODIAN, NASC STF, NASC FS ................ 8
DRONE A/C BY STATUS & COMMAND ..................................... 9
A/C ON LOAN TO NAVY ................................................. 10
LOCATION OF A/C INVENTORY BY ORGANIZATIONAL UNIT ............... 11


THIS ISSUE CONTAINS ALLOWANCE INFORMATION PROJECTED FOR END FY 1981

DEPARTMENT OF THE NAVY

OFFICE OF THE CHIEF OF NAVAL OPERATIONS

CLASSIFIED BY OPNAVINST C5513.2A-36
DECLASSIFY ON 31 MARCH 1984

~~CONFIDENTIAL~~

DECLASSIFIED

DECLASSIFIED

[redacted]

# INVENTORY AND OPERATING ALLOWANCES

## PROGRAM AND NON - PROGRAM AIRCRAFT

TABLE 6

31 MARCH 1981

| LANT | ALLOWANCES | | | INVENTORY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PROJECTED FOR END FY 1981 | | | | | | NUMBER OF A/C IN UNIT CUSTODY BY STATUS | | | |
| UNIT NAME | SUBCLASS ALLOWED | PRIMARY USE | NUMBER ALLOWED | MODEL ASSIGNED | STATUS CODE | AIRCRAFT LOCATION | OPERATING STATUS | AWAITING OPERATING | PIPELINE | OTHER |
| ATTACK CARRIER AIR SQUADRONS | | | | | | | | | | |
| VF 11 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-14A | A10 | OCEANA | 10 | | | |
| | | | | F-14A | 630 | OCEANA | | | 1 | |
| TOTAL | | | 12 | | | | 10 | | 1 | |
| VF 14 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-14A | A10 | OCEANA | 12 | | | |
| | | | | F-14A | D10 | OCEANA | | | 2 | |
| | | | | F-14A | K1F | OCEANA | | | | 1 |
| | | | | F-14A | K6J | OCEANA | | | | 1 |
| TOTAL VF 14 | | | 12 | | | | 12 | | 2 | 2 |
| VF 31 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-14A | A10 | OCEANA | 5 | | | |
| | | | | F-14A | G40 | OCEANA | | | 1 | |
| TOTAL VF 31 | | | 12 | | | | 5 | | 1 | |
| VF 32 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-14A | A10 | OCEANA | 12 | | | |
| | | | | F-14A | D10 | OCEANA | | | 1 | |
| | | | | F-14A | K1F | OCEANA | | | | 3 |
| TOTAL VF 32 | | | 12 | | | | 12 | | 1 | 3 |
| VF 33 | | | | | | ABD INDEPEN | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-4J | A10 | ABD INDEPEN | 7 | | | |
| | | | | F-4J | G30 | ABD INDEPEN | | | 1 | |
| | | | | F-4J | HCA | ABD INDEPEN | | | 1 | |
| TOTAL VF 33 | | | 12 | | | | 7 | | 2 | |
| VF 41 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-14A | D10 | NORFOLK | | | 1 | |
| | | | | F-14A | G30 | NORFOLK | | | 1 | |
| | | | | F-14A | A10 | OCEANA | 10 | | | |
| | | | | F-14A | D10 | OCEANA | | | 1 | |
| | | | | F-14A | G40 | OCEANA | | | 1 | |
| | | | | F-14A | HCA | OCEANA | | | 1 | |
| | | | | F-14A | K1F | OCEANA | | | | 1 |
| TOTAL VF 41 | | | 12 | | | | 10 | | 5 | 1 |
| VF 74 | | | | | | ABD FORRESTA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-4J | A10 | ABD FORRESTA | 11 | | | |
| | | | | F-4J | K6J | ABD FORRESTA | | | | 1 |
| TOTAL VF 74 | | | 12 | | | | 11 | | | 1 |
| VF 84 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-14A | K1F | NORFOLK | | | | 2 |
| | | | | F-14A | A10 | OCEANA | 12 | | | |
| | | | | F-14A | D10 | OCEANA | | | 1 | |
| | | | | F-14A | F10 | OCEANA | | | 1 | |
| | | | | F-14A | G60 | OCEANA | | | 1 | |
| TOTAL VF 84 | | | 12 | | | | 12 | | 3 | 2 |
| VF 102 | | | | | | ABD INDEPEN | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-4J | A10 | ABD INDEPEN | 6 | | | |
| | | | | F-4J | BY1 | ABD INDEPEN | | | 1 | |
| | | | | F-4J | HCA | ABD INDEPEN | | | 2 | |
| TOTAL VF 102 | | | 12 | | | | 6 | | 3 | |
| VF 103 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-4J | D20 | CHERRY POINT | | | 1 | |
| | | | | F-4J | A10 | OCEANA | 6 | | | |
| | | | | F-4J | E2A | OCEANA | | | 1 | |
| | | | | F-4J | G30 | OCEANA | | | 1 | |
| TOTAL VF 103 | | | 12 | | | | 6 | | 3 | |
| VF 142 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-14A | K1F | NORFOLK | | | | 3 |
| | | | | F-14A | A10 | OCEANA | 4 | | | |
| | | | | F-14A | D10 | OCEANA | | | 1 | |
| | | | | F-14A | G30 | OCEANA | | | 1 | |
| | | | | F-14A | G40 | OCEANA | | | 1 | |
| | | | | F-14A | I40 | OCEANA | | | 1 | |
| | | | | F-14A | KEF | OCEANA | | | | 1 |
| | | | | F-14A | K1F | OCEANA | | | | 1 |
| | | | | F-14A | K6J | OCEANA | | | | 2 |
| TOTAL VF 142 | | | 12 | | | | 4 | | 4 | 7 |
| VF 143 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 12 | | | | | | | |
| | | | | F-14A | A10 | OCEANA | 13 | | | |
| | | | | F-14A | G40 | OCEANA | | | 1 | |
| | | | | F-14A | K1F | OCEANA | | | | 3 |
| TOTAL VF 143 | | | 12 | | | | 13 | | 1 | 3 |

DECLASSIFIED



[redacted]

DECLASSIFIED

[redacted]

# INVENTORY AND OPERATING ALLOWANCES

## PROGRAM AND NON - PROGRAM AIRCRAFT

TABLE 6

31 MARCH 1981

| LANT | ALLOWANCES PROJECTED FOR END FY 1981 | | | INVENTORY | | | NUMBER OF A/C IN UNIT CUSTODY BY STATUS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT NAME | SUBCLASS ALLOWED | PRIMARY USE | NUMBER ALLOWED | MODEL ASSIGNED | STATUS CODE | AIRCRAFT LOCATION | OPERATING STATUS | AWAITING OPERATING | PIPELINE | OTHER |
| VA 12 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | ABD EISENHOW | 1 | | | |
| | | | | A-7E | A10 | CECIL FIELD | 9 | | | |
| | | | | A-7E | G30 | CECIL FIELD | | | 1 | |
| | | | | A-7E | BY1 | JACKSONVILLE | | | 1 | |
| | | | | A-7E | G30 | JACKSONVILLE | | | 1 | |
| TOTAL | VA 12 | | 12 | | | | 10 | | 3 | |
| VA 15 | | | | | | ABD INDEPEN | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | ABD INDEPEN | 7 | | | |
| TOTAL | VA 15 | | 12 | | | | 7 | | | |
| VA 34 | | | | | | OCEANA | | | | |
| | VAM | A1 | 14 | | | | | | | |
| | | | | A-6E | K6J | ABD KENNEDY | | | | 1 |
| | | | | A-6E | A10 | OCEANA | 7 | | | |
| | | | | A-6E | F10 | OCEANA | | | 2 | |
| | | | | KA-6D | A10 | ABD KENNEDY | 2 | | | |
| | | | | KA-6D | A10 | OCEANA | 2 | | | |
| TOTAL | VA 34 | | 14 | | | | 11 | | 2 | 1 |
| VA 35 | | | | | | OCEANA | | | | |
| | VAM | A1 | 14 | | | | | | | |
| | | | | A-6E | A10 | OCEANA | 6 | | | |
| | | | | A-6E | G30 | OCEANA | | | 4 | |
| | | | | KA-6D | A10 | FALLON | 1 | | | |
| | | | | KA-6D | A10 | OCEANA | 1 | | | |
| | | | | KA-6D | D10 | OCEANA | | | 1 | |
| | | | | KA-6D | F10 | OCEANA | | | 1 | |
| | | | | KA-6D | G30 | OCEANA | | | 2 | |
| TOTAL | VA 35 | | 14 | | | | P | | 8 | |
| VA 37 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | CECIL FIELD | 12 | | | |
| | | | | A-7E | G40 | DALLAS | | | 1 | |
| | | | | A-7E | D10 | JACKSONVILLE | | | 2 | |
| TOTAL | VA 37 | | 12 | | | | 12 | | 3 | |
| VA 46 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | ABD KENNEDY | 2 | | | |
| | | | | A-7E | A10 | CECIL FIELD | 10 | | | |
| TOTAL | VA 46 | | 12 | | | | 12 | | | |
| VA 65 | | | | | | OCEANA | | | | |
| | VAM | A1 | 14 | | | | | | | |
| | | | | A-6E | A10 | OCEANA | 10 | | | |
| | | | | KA-6D | D10 | OCEANA | | | 1 | |
| | | | | KA-6D | G30 | OCEANA | | | 2 | |
| TOTAL | VA 65 | | 14 | | | | 10 | | 3 | |
| VA 66 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | ABD EISENHOW | 1 | | | |
| | | | | A-7E | A10 | CECIL FIELD | 9 | | | |
| | | | | A-7E | FC0 | CECIL FIELD | | | 1 | |
| | | | | A-7E | BY1 | JACKSONVILLE | | | 1 | |
| | | | | A-7E | G30 | JACKSONVILLE | | | 1 | |
| | | | | A-7E | H31 | JACKSONVILLE | | | 1 | |
| TOTAL | VA 66 | | 12 | | | | 10 | | 4 | |
| VA 72 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | CECIL FIELD | 12 | | | |
| TOTAL | VA 72 | | 12 | | | | 12 | | | |
| VA 75 | | | | | | OCEANA | | | | |
| | VAM | A1 | 14 | | | | | | | |
| | | | | A-6E | A10 | OCEANA | 8 | | | |
| | | | | A-6E | G30 | OCEANA | | | 1 | |
| | | | | KA-6D | D10 | ALAMEDA | | | 1 | |
| | | | | KA-6D | A10 | OCEANA | 2 | | | |
| | | | | KA-6D | G40 | OCEANA | | | 1 | |
| TOTAL | VA 75 | | 14 | | | | 10 | | 3 | |
| VA 81 | | | | | | ABD FORRESTA | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | ABD FORRESTA | 10 | | | |
| | | | | A-7E | A10 | CECIL FIELD | 1 | | | |
| TOTAL | VA 81 | | 12 | | | | 11 | | | |
| VA 82 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | CECIL FIELD | 11 | | | |
| | | | | A-7E | G30 | CECIL FIELD | | | 1 | |
| | | | | A-7E | G40 | DALLAS | | | 2 | |
| | | | | A-7E | D10 | JACKSONVILLE | | | 1 | |
| TOTAL | VA 82 | | 12 | | | | 11 | | 4 | |
| VA 83 | | | | | | ABD FORRESTA | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | ABD FORRESTA | 11 | | | |
| | | | | A-7E | A10 | CECIL FIELD | 1 | | | |
| TOTAL | VA 83 | | 12 | | | | 12 | | | |

[redacted]



DECLASSIFIED

DECLASSIFIED

[redacted]

# INVENTORY AND OPERATING ALLOWANCES

## PROGRAM AND NON - PROGRAM AIRCRAFT

TABLE 6

31 MARCH 1981

| LANT | ALLOWANCES PROJECTED FOR END FY 1981 | | | INVENTORY | | | NUMBER OF A/C IN UNIT CUSTODY BY STATUS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT NAME | SUBCLASS ALLOWED | PRIMARY USE | NUMBER ALLOWED | MODEL ASSIGNED | STATUS CODE | AIRCRAFT LOCATION | OPERATING STATUS | AWAITING OPERATING | PIPELINE | OTHER |
| VA 85 | | | | | | ABD FORRESTA | | | | |
| | VAM | A1 | 14 | | | | | | | |
| | | | | A-6E | A10 | ABD FORRESTA | 9 | | | |
| | | | | A-6E | G30 | ABD FORRESTA | | | 1 | |
| | | | | A-6E | A10 | OCEANA | 1 | | | |
| | | | | KA-6D | A10 | ABD FORRESTA | 5 | | | |
| | | | | KA-6D | D10 | ABD FORRESTA | | | 1 | |
| TOTAL VA 85 | | | 14 | | | | 15 | | 2 | |
| VA 86 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | ABD NIMITZ | 2 | | | |
| | | | | A-7E | A10 | CECIL FIELD | 9 | | | |
| | | | | A-7E | G40 | DALLAS | | | 1 | |
| | | | | A-7E | G30 | JACKSONVILLE | | | 3 | |
| | | | | A-7E | H31 | JACKSONVILLE | | | 1 | |
| TOTAL VA 86 | | | 12 | | | | 11 | | 5 | |
| VA 87 | | | | | | ABD INDEPEN | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | ABD INDEPEN | 9 | | | |
| | | | | A-7E | I30 | ABD INDEPEN | | | 1 | |
| TOTAL VA 87 | | | 12 | | | | 9 | | 1 | |
| VA 105 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 12 | | | | | | | |
| | | | | A-7E | A10 | CECIL FIELD | 10 | | | |
| | | | | A-7E | D10 | CECIL FIELD | | | 1 | |
| | | | | A-7E | KCA | CECIL FIELD | | | | 1 |
| | | | | A-7E | BY1 | DALLAS | | | 1 | |
| | | | | A-7E | G40 | DALLAS | | | 2 | |
| | | | | A-7E | D10 | JACKSONVILLE | | | 2 | |
| TOTAL VA 105 | | | 12 | | | | 10 | | 6 | 1 |
| VA 176 | | | | | | ABD INDEPEN | | | | |
| | VAM | A1 | 14 | | | | | | | |
| | | | | A-6E | A10 | ABD INDEPEN | 7 | | | |
| | | | | A-6E | G30 | ABD INDEPEN | | | 1 | |
| | | | | A-6E | KEA | ABD INDEPEN | | | | 1 |
| | | | | KA-6D | A10 | ABD INDEPEN | 5 | | | |
| TOTAL VA 176 | | | 14 | | | | 12 | | 1 | 1 |
| READINESS ATTACK CARRIER AIR SQUADRONS | | | | | | | | | | |
| VF 101 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 24 | | | | | | | |
| | | | | F-14A | D10 | NORFOLK | | | 3 | |
| | | | | F-14A | K1F | NORFOLK | | | | 2 |
| | | | | F-14A | A10 | OCEANA | 21 | | | |
| | | | | F-14A | G30 | OCEANA | | | 2 | |
| | | | | F-14A | G40 | OCEANA | | | 2 | |
| | | | | F-14A | KEF | OCEANA | | | | 1 |
| | | | | F-14A | K1F | OCEANA | | | | 2 |
| | | | | F-14A | K6G | OCEANA | | | | 1 |
| TOTAL VF 101 | | | 24 | | | | 21 | | 7 | 6 |
| VF 171 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 15 | | | | | | | |
| | | | | F-4J | A10 | OCEANA | 8 | | | |
| | | | | F-4J | G30 | OCEANA | | | 1 | |
| | | | | F-4J | K6G | OCEANA | | | | 1 |
| TOTAL VF 171 | | | 15 | | | | 8 | | 1 | 1 |
| VF 171 DET KEY W | | | | | | KEY WEST | | | | |
| | VFFB | A1 | 10 | | | | | | | |
| | | | | F-4N | D10 | BIRMINGHAM | | | 2 | |
| | | | | F-4N | A10 | KEY WEST | 7 | | | |
| | | | | F-4N | G30 | KEY WEST | | | 1 | |
| | VAL | A1 | 3 | | | | | | | |
| | | | | A-4E | A10 | KEY WEST | 1 | | | |
| | | | | A-4E | D10 | PENSACOLA | | | 2 | |
| | | | | TA-4J | A40 | KEY WEST | 1 | | | |
| | | | | TA-4J | D10 | PENSACOLA | | | 1 | |
| TOTAL VF 171 DET KEY W | | | 13 | | | | 9 | | 6 | |
| VA 42 | | | | | | OCEANA | | | | |
| | VAM | A1 | 17 | | | | | | | |
| | | | | A-6E | A10 | OCEANA | 10 | | | |
| | | | | A-6E | G40 | OCEANA | | | 2 | |
| | | | | A-6E | HCA | OCEANA | | | 2 | |
| | | | | A-6E | I40 | OCEANA | | | 1 | |
| | | | | A-6E | K6G | OCEANA | | | | 2 |
| | | | | KA-6D | D10 | OCEANA | | | 1 | |
| | | | | KA-6D | G40 | OCEANA | | | 1 | |
| | VTSP | A4 | 3 | | | | | | | |
| | | | | TC-4C | A40 | OCEANA | 3 | | | |
| TOTAL VA 42 | | | 20 | | | | 13 | | 7 | 2 |



DECLASSIFIED

[redacted]

DECLASSIFIED

[redacted]

# INVENTORY AND OPERATING ALLOWANCES

## PROGRAM AND NON - PROGRAM AIRCRAFT

TABLE 6

31 MARCH 1981

| LANT | ALLOWANCES | | | INVENTORY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PROJECTED FOR END FY 1981 | | | | | | NUMBER OF A/C IN UNIT CUSTODY BY STATUS | | | |
| UNIT NAME | SUBCLASS ALLOWED | PRIMARY USE | NUMBER ALLOWED | MODEL ASSIGNED | STATUS CODE | AIRCRAFT LOCATION | OPERATING STATUS | AWAITING OPERATING | PIPELINE | OTHER |
| VF 43 | | | | | | OCEANA | | | | |
| | VFFB | A1 | 3 | | | | | | | |
| | | | | F-5E | A40 | OCEANA | 4 | | | |
| | VAL | A1 | 4 | | | | | | | |
| | | | | A-4F | A40 | OCEANA | 1 | | | |
| | | | | A-4F | D10 | PENSACOLA | | | 1 | |
| | | | | A-4E | A40 | OCEANA | 2 | | | |
| | | | | A-4E | HCA | OCEANA | | | 1 | |
| | | | | A-4E | D10 | PENSACOLA | | | 1 | |
| | VTAJ | A4 | 5 | | | | | | | |
| | | | | T-38A | A40 | OCEANA | 3 | | | |
| | | | | TA-4J | A40 | OCEANA | 3 | | | |
| | VTBJ | A4 | 3 | | | | | | | |
| | | | | T-2C | A40 | OCEANA | 3 | | | |
| TOTAL | VF 43 | | 15 | | | | 16 | | 3 | |
| VA 45 | | | | | | KEY WEST | | | | |
| | VTAJ | A4 | 14 | | | | | | | |
| | | | | TA-4J | A40 | CECIL FIELD | 1 | | | |
| | | | | TA-4J | A40 | KEY WEST | 9 | | | |
| | | | | TA-4J | BNC | PENSACOLA | | | 1 | |
| | | | | TA-4J | D10 | PENSACOLA | | | 3 | |
| | VTSJ | A4 | 1 | | | | | | | |
| | | | | T-39D | F10 | KEY WEST | | | 1 | |
| | | | | T-39D | G30 | KEY WEST | | | 1 | |
| | | | | T-39D | E11 | PENSACOLA | | | 1 | |
| TOTAL | VA 45 | | 15 | | | | 10 | | 7 | |
| VA 174 | | | | | | CECIL FIELD | | | | |
| | VAL | A1 | 10 | | | | | | | |
| | | | | A-7E | A10 | CECIL FIELD | 10 | | | |
| | | | | A-7E | D10 | CECIL FIELD | | | 1 | |
| | | | | A-7E | KDF | CECIL FIELD | | | | 3 |
| | | | | A-7F | BY1 | DALLAS | | | 1 | |
| | | | | A-7E | G4C | DALLAS | | | 1 | |
| | | | | A-7E | C10 | JACKSONVILLE | | | 1 | |
| | | | | A-7E | D10 | JACKSONVILLE | | | 1 | |
| | | | | A-7E | G30 | JACKSONVILLE | | | 1 | |
| | VTAJ | A4 | 20 | | | | | | | |
| | | | | TA-7C | A30 | CECIL FIELD | 15 | | | |
| | | | | TA-7C | G30 | CECIL FIELD | | | 2 | |
| | | | | TA-7C | KDF | CECIL FIELD | | | | 1 |
| | | | | TA-7C | BSO | JACKSONVILLE | | | 2 | |
| | | | | TA-7C | G30 | JACKSONVILLE | | | 2 | |
| TOTAL | VA 174 | | 30 | | | | 34 | | 12 | 4 |
| CARRIER ANTISUBMARINE SQUADRONS | | | | | | | | | | |
| HS1 DET | | | | | | JACKSONVILLE | | | | |
| | H S | A4 | 4 | | | | | | | |
| TOTAL | HS1 DET | | 4 | | | | | | | |
| HS 1 SEA COMP | | | | | | JACKSONVILLE | | | | |
| | | | | SH-3G | A20 | JACKSONVILLE | 1 | | | |
| | | | | SH-3G | D20 | PENSACOLA | | | 1 | |
| | | | | SH-3G | H31 | PENSACOLA | | | 1 | |
| TOTAL | HS 1 SEA COMP | | | | | | 1 | | 2 | |
| HS 1 SEA DET 1 | | | | | | ABD HORNE | | | | |
| | | | | SH-3G | A20 | ABD HORNE | 1 | | | |
| TOTAL | HS 1 SEA DET 1 | | | | | | 1 | | | |
| HS 1 SEA DET 3 | | | | | | ABD PUGET SO | | | | |
| | | | | SH-3G | A20 | ABD PUGET SO | 1 | | | |
| TOTAL | HS 1 SEA DET 3 | | | | | | 1 | | | |
| HS 3 | | | | | | ABD FORRESTA | | | | |
| | H S | A1 | 6 | | | | | | | |
| | | | | SH-3H | A10 | ABD FORRESTA | 5 | | | |
| TOTAL | HS 3 | | 6 | | | | 5 | | | |
| HS 5 | | | | | | JACKSONVILLE | | | | |
| | H S | A1 | 6 | | | | | | | |
| | | | | SH-3H | A10 | ABD EISENHOW | 1 | | | |
| | | | | SH-3H | A10 | JACKSONVILLE | 5 | | | |
| TOTAL | HS 5 | | 6 | | | | 6 | | | |
| HS 7 | | | | | | JACKSONVILLE | | | | |
| | H S | A1 | 6 | | | | | | | |
| | | | | SH-3H | A10 | JACKSONVILLE | 6 | | | |
| TOTAL | HS 7 | | 6 | | | | 6 | | | |
| HS 9 | | | | | | JACKSONVILLE | | | | |
| | H S | A1 | 6 | | | | | | | |
| | | | | SH-3H | A10 | JACKSONVILLE | 7 | | | |
| | | | | SH-3H | D10 | PENSACOLA | | | 1 | |
| TOTAL | HS 9 | | 6 | | | | 7 | | 1 | |
| HS 11 | | | | | | JACKSONVILLE | | | | |
| | H S | A1 | 6 | | | | | | | |
| | | | | SH-3H | A10 | JACKSONVILLE | 4 | | | |
| | | | | SH-3H | HC1 | NORFOLK | | | 2 | |
| TOTAL | HS 11 | | 6 | | | | 4 | | 3 | |
| HS 15 | | | | | | ABD INDEPEN | | | | |
| | H S | A1 | 6 | | | | | | | |
| | | | | SH-3H | A10 | ABD INDEPEN | 5 | | | |
| | | | | SH-3H | G30 | ABD INDEPEN | | | 1 | |
| TOTAL | HS 15 | | 6 | | | | 5 | | 1 | |
| VS 22 | | | | | | CECIL FIELD | | | | |
| | VS | A1 | 10 | | | | | | | |
| | | | | S-3A | A10 | CECIL FIELD | 10 | | | |
| | | | | S-3A | G40 | CECIL FIELD | | | 2 | |
| TOTAL | VS 22 | | 10 | | | | 10 | | 2 | |

[redacted]



DECLASSIFIED

DECLASSIFIED

[redacted]

# INVENTORY AND OPERATING ALLOWANCES

## PROGRAM AND NON - PROGRAM AIRCRAFT

TABLE 8

31 MARCH 1981

| CNAVRES | ALLOWANCES PROJECTED FOR END FY 1981 | | | INVENTORY | | | NUMBER OF A/C IN UNIT CUSTODY BY STATUS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT NAME | SUBCLASS ALLOWED | PRIMARY USE | NUMBER ALLOWED | MODEL ASSIGNED | STATUS CODE | AIRCRAFT LOCATION | OPERATING STATUS | AWAITING OPERATING | PIPELINE | OTHER |
| VAW 78 | | | | | | NORFOLK | | | | |
| | VWM | A4 | 4 | | | | | | | |
| | | | | E-2B | A40 | NORFOLK | 3 | | | |
| | | | | E-2B | D10 | NORFOLK | | | 1 | |
| | | | | E-2B | D10 | NORTH ISLAND | | | 1 | |
| TOTAL VAW 78 | | | 4 | | | | 3 | | 2 | |
| VAW 88 | | | | | | MIRAMAR | | | | |
| | VWM | A4 | 4 | | | | | | | |
| | | | | E-2B | A40 | MIRAMAR | 1 | | | |
| | | | | E-2B | D10 | MIRAMAR | | | 1 | |
| | | | | E-2B | E11 | MIRAMAR | | | 1 | |
| | | | | E-2B | D10 | NORTH ISLAND | | | 2 | |
| TOTAL VAW 88 | | | 4 | | | | 1 | | 4 | |
| HC 9 | | | | | | NORTH ISLAND | | | | |
| | H A | A4 | 8 | | | | | | | |
| | | | | HH-3A | A40 | NORTH ISLAND | 7 | | | |
| | | | | HH-3A | D10 | PENSACOLA | | | 1 | |
| TOTAL HC 9 | | | 8 | | | | 7 | | 1 | |
| VAK 208 | | | | | | ALAMEDA | | | | |
| | VAH | A4 | 4 | | | | | | | |
| | | | | KA-3B | A40 | ALAMEDA | 2 | | | |
| | | | | KA-3B | D10 | ALAMEDA | | | 2 | |
| | | | | KA-3B | IC0 | ALAMEDA | | | 1 | |
| TOTAL VAK 208 | | | 4 | | | | 2 | | 3 | |
| VAQ 209 | | | | | | NORFOLK | | | | |
| | VAQM | A4 | 4 | | | | | | | |
| | | | | EA-6A | A40 | NORFOLK | 4 | | | |
| TOTAL VAQ 209 | | | 4 | | | | 4 | | | |
| VAK 308 | | | | | | ALAMEDA | | | | |
| | VAH | A4 | 4 | | | | | | | |
| | | | | KA-3B | A40 | ALAMEDA | 2 | | | |
| | | | | KA-3B | B40 | ALAMEDA | | 1 | | |
| | | | | KA-3B | D10 | ALAMEDA | | | 1 | |
| | | | | KA-3B | G30 | ALAMEDA | | | 1 | |
| TOTAL VAK 308 | | | 4 | | | | 2 | 1 | 2 | |
| VAQ 309 | | | | | | WHIDBEY ISLA | | | | |
| | VAQM | A4 | 4 | | | | | | | |
| | | | | EA-6A | D10 | NORFOLK | | | 1 | |
| | | | | EA-6A | A40 | WHIDBEY ISLA | 4 | | | |
| TOTAL VAQ 309 | | | 4 | | | | 4 | | 1 | |
| VC 12 | | | | | | OCEANA | | | | |
| | VTAJ | A4 | 12 | | | | | | | |
| | | | | TA-4J | A40 | OCEANA | 9 | | | |
| | | | | TA-4J | D10 | OCEANA | | | 2 | |
| | | | | TA-4J | D10 | PENSACOLA | | | 3 | |
| TOTAL VC 12 | | | 12 | | | | 9 | | 5 | |
| VC 13 | | | | | | MIRAMAR | | | | |
| | VTAJ | A4 | 12 | | | | | | | |
| | | | | TA-4J | A40 | MIRAMAR | 10 | | | |
| | | | | TA-4J | B40 | MIRAMAR | | 1 | | |
| | | | | TA-4J | D10 | MIRAMAR | | | 1 | |
| | | | | TA-4J | D10 | PENSACOLA | | | 2 | |
| TOTAL VC 13 | | | 12 | | | | 10 | 1 | 3 | |
| HS 74 | | | | | | SOUTH WEYMOU | | | | |
| | H S | A4 | 8 | | | | | | | |
| | | | | SH-3D | EC1 | PENSACOLA | | | 1 | |
| | | | | SH-3D | E11 | PENSACOLA | | | 1 | |
| | | | | SH-3D | A40 | SOUTH WEYMOU | 7 | | | |
| TOTAL HS 74 | | | 8 | | | | 7 | | 2 | |
| HS 75 | | | | | | LAKEHURST | | | | |
| | H S | A4 | 8 | | | | | | | |
| | | | | SH-3D | A40 | LAKEHURST | 5 | | | |
| | | | | SH-3D | G30 | LAKEHURST | | | 1 | |
| | | | | SH-3D | D10 | PENSACOLA | | | 2 | |
| TOTAL HS 75 | | | 8 | | | | 5 | | 3 | |
| HS 84 | | | | | | NORTH ISLAND | | | | |
| | H S | A4 | 8 | | | | | | | |
| | | | | SH-3D | A40 | NORTH ISLAND | 7 | | | |
| | | | | SH-3D | BY1 | PENSACOLA | | | 1 | |
| TOTAL HS 84 | | | 8 | | | | 7 | | 1 | |
| HS 85 | | | | | | ALAMEDA | | | | |
| | H S | A4 | 8 | | | | | | | |
| | | | | SH-3D | A40 | ALAMEDA | 8 | | | |
| | | | | SH-3D | C10 | ALAMEDA | | | 1 | |
| TOTAL HS 85 | | | 8 | | | | 8 | | 1 | |
| VP 60 | | | | | | GLENVIEW | | | | |
| | VPL | A4 | 9 | | | | | | | |
| | | | | P-3B | A40 | GLENVIEW | 5 | | | |
| | | | | P-3B | D10 | GLENVIEW | | | 2 | |
| | | | | P-3A | A40 | GLENVIEW | 3 | | | |
| TOTAL VP 60 | | | 9 | | | | 8 | | 2 | |



[redacted]

DECLASSIFIED

DECLASSIFIED

[redacted]

# LOCATION OF AIRCRAFT INVENTORY BY ORGANIZATIONAL UNIT

## TOTAL PROGRAM AND NON-PROGRAM AIRCRAFT

TABLE 11 — 31 MARCH 1981

| LOCATION | UNIT NAME | NO. OF A/C | COMMAND |
|---|---|---|---|
| NORTH ISLAND | RVAW 120 | 1 | LANT |
| | HC 16 | 2 | LANT |
| | VR 24 | 1 | LANT |
| | VF 2 | 1 | PAC |
| | VF 151 | 4 | PAC |
| | VF 154 | 1 | PAC |
| | VF 161 | 1 | PAC |
| | VF 121 | 1 | PAC |
| | HS 4 | 9 | PAC |
| | HS 6 | 3 | PAC |
| | HS 8 | 5 | PAC |
| | VS 21 | 9 | PAC |
| | VS 29 | 10 | PAC |
| | VS 33 | 3 | PAC |
| | VS 38 | 7 | PAC |
| | HS 10 | 10 | PAC |
| | VS 41 | 29 | PAC |
| | RVAW 110 | 1 | PAC |
| | VAW 113 | 1 | PAC |
| | VAW 116 | 1 | PAC |
| | HC 1 | 4 | PAC |
| | HC 3 | 10 | PAC |
| | HC 11 | 0 | PAC |
| | HC 11 DET 2 | 2 | PAC |
| | HSL 31 | 9 | PAC |
| | HSL 33 | 6 | PAC |
| | HSL 35 | 6 | PAC |
| | HSL 35 LMP DET 2 | 1 | PAC |
| | LHA 1 TARAWA | 1 | PAC |
| | LHA 3 PELLEAU WD | 2 | PAC |
| | LHA 5 PELELIU | 1 | PAC |
| | VRC 30 | 11 | PAC |
| | HMM 262 | 4 | PAC |
| | VMFP 3 | 3 | PAC |
| | VC 3 | 3 | PAC |
| | CV 63 KITTYHW | 1 | PAC |
| | NAS NORTH ISLAND | 3 | PAC |
| | VAW 78 | 1 | CNAVRES |
| | VAW 88 | 2 | CNAVRES |
| | HC 9 | 7 | CNAVRES |
| | HS 84 | 7 | CNAVRES |
| | VR 57 | 3 | CNAVRES |
| | NARU NORIS | 1 | CNAVRES |
| | HMS 46 DT EL TORO | 1 | CNAVRES |
| | NAS PT MUGU | 1 | NASC ACFTCUS |
| | PACMISTESTCEN(D) | 1 | NASC ACFTCUS |
| | PMRF HAW AREA | 1 | STF |
| | NAPF PENSACOLA | 1 | FS |
| | NAPF NORTH ISLAND | 53 | FS |
| | FLY CLUB NORIS | 2 | FS |
| | TOTAL | 254 | |
| NORWAY | VMAAW 224 | 1 | LANT |
| | TOTAL | 1 | |
| OCEANA | VF 11 | 11 | LANT |
| | VF 14 | 16 | LANT |
| | VF 31 | 6 | LANT |
| | VF 32 | 16 | LANT |
| | VF 41 | 14 | LANT |
| | VF 84 | 15 | LANT |
| | VF 103 | 0 | LANT |
| | VF 142 | 12 | LANT |
| | VF 143 | 17 | LANT |
| | VA 34 | 11 | LANT |
| | VA 35 | 15 | LANT |
| | VA 65 | 13 | LANT |
| | VA 75 | 12 | LANT |
| | VA 85 | 1 | LANT |
| | VF 101 | 29 | LANT |
| | VF 171 | 10 | LANT |
| | VA 42 | 22 | LANT |
| | VF 43 | 17 | LANT |
| | VMFA 451 | 11 | LANT |
| | VC 2 | 1 | LANT |
| | NAS OCEANA | 3 | LANT |
| | VC 12 | 11 | CNAVRES |
| | TOTAL | 271 | |
| OLATHE | AERO CLUB | 2 | FS |
| | TOTAL | 2 | |
| ORLANDO | FLYING CLUB | 1 | FS |
| | TOTAL | 1 | |
| OWEGO | DCASPRO OWEGO | 1 | NASC ACFTCUS |
| | TOTAL | 1 | |
| PANAMA CITY | NAVCOSYSLAB | 2 | NASC ACFTCUS |
| | TOTAL | 2 | |
| PENSACOLA | VF 171 DET KEY W | 3 | LANT |
| | VF 43 | 2 | LANT |
| | VA 45 | 5 | LANT |
| | HS 1 SEA COMP | 2 | LANT |
| | HS 9 | 1 | LANT |
| | HC 6 | 2 | LANT |
| | HC 16 | 15 | LANT |
| | HM 12 | 1 | LANT |
| | HM 14 | 1 | LANT |
| | VMA 223 | 2 | LANT |
| | HMH 362 | 3 | LANT |
| | HMH 461 | 1 | LANT |
| | HMT 204 | 2 | LANT |
| | VC 2 | 2 | LANT |
| | VC 8 | 3 | LANT |
| | HMX 1 | 1 | LANT |
| | VF 126 | 2 | PAC |
| | VA 127 | 1 | PAC |
| | HS 6 | 3 | PAC |
| | HS 8 | 2 | PAC |
| | HS 12 | 1 | PAC |
| | HS 10 | 2 | PAC |
| | HC 1 | 2 | PAC |
| | VMA 211 | 1 | PAC |
| | HMH 363 | 4 | PAC |
| | HMH 463 | 2 | PAC |
| | HMT 301 | 2 | PAC |
| | VMAT 102 | 4 | PAC |
| | VX 5 | 1 | PAC |
| | VC 1 | 1 | PAC |
| | HC 9 | 1 | CNAVRES |
| | VC 12 | 3 | CNAVRES |
| | VC 13 | 2 | CNAVRES |
| | HS 74 | 2 | CNAVRES |
| | HS 75 | 2 | CNAVRES |
| | HS 84 | 1 | CNAVRES |
| | HMS 42 DT ALAMEDA | 6 | CNAVRES |
| | HMS 41 DT DALLAS | 4 | CNAVRES |
| | HMS 42 DT CECIL F | 9 | CNAVRES |
| | HMS 42 DT MEMPHIS | 5 | CNAVRES |
| | HMS 49 DT S WEYTH | 4 | CNAVRES |
| | HMS 49 DT WILL GR | 5 | CNAVRES |
| | HMS 46 DT EL TORO | 4 | CNAVRES |
| | TRARON 4 | 30 | NATRA |
| | TRARON 6 | 5 | NATRA |
| | TRARON 7 | 3 | NATRA |
| | TRARON 10 | 27 | NATRA |
| | TRARON 22 | 3 | NATRA |
| | TRARON 23 | 1 | NATRA |
| | TRARON 24 | 2 | NATRA |
| | TRARON 25 | 4 | NATRA |
| | TRARON 27 | 7 | NATRA |
| | TRARON 86 | 27 | NATRA |
| | CVT 16 LEXINGTON | 2 | NATRA |
| | NAS PENSACOLA | 7 | NATRA |
| | FLIGHT DEMO TEAM | 10 | NATRA |
| | COMTRAWING 5 | 164 | NATRA |
| | NATC RDT+E | 2 | NASC ACFTCUS |
| | PMRF HAW AREA | 1 | STF |
| | NAPF PENSACOLA | 24 | FS |
| | TOTAL | 441 | |
| POINT MUGU | VX 4 | 15 | PAC |
| | VXE 6 | 13 | PAC |
| | VA 305 | 11 | CNAVRES |
| | VP 65 | 10 | CNAVRES |
| | HA(L) 5 | 7 | CNAVRES |
| | NAS PT MUGU | 7 | NASC ACFTCUS |
| | PACMISTESTCEN(P) | 10 | NASC ACFTCUS |
| | NAS PT MUGU(PMTC) | 37 | NASC ACFTCUS |
| | FLYING CLUB | 1 | FS |
| | TOTAL | 111 | |

DECLASSIFIED



[redacted]

The enclosed CD also contains supplemental responsive documents to RFP 29 (OCE239617-655) and RFP 33 (OCE239656-694).

Sincerely,

s// Steven D. Bryant
Steven D. Bryant