HOFHEIMER/FERREBEE, P.C.
ATTORNEYS AND COUNSELORS AT LAW
1060 LASKIN ROAD, SUITE 12B
SANDPIPER KEY
VIRGINIA BEACH, VIRGINIA 23451-6365

MARY ELIZABETH DAVIS
JACK E. FERREBEE
SHEERA R. HERRELL
CHARLES R. HOFHEIMER
KRISTEN D. HOFHEIMER
JEFFREY D. TARKINGTON

TELEPHONE (757) 425-5200
FACSIMILE (757) 425-6100
*E-mail: jferrebee@hoflaw.com*
Our File No. 034233

May 19, 2006

VIA EMAIL ONLY

Steven D. Bryant, Esquire
Department of Justice
Environmental & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

RE: Testwuide v. US

Dear Steve:

I am in receipt of your letter and CD dated May 16, 2006, containing, among other documents, the base loading projections at Oceana for the fiscal years 1978 through 1988.

What I am looking for are the "base loading" reports for aircraft actually onboard at Oceana. You previously provided in discovery base loading reports for Oceana for the periods several periods during the 1990s. They were marked variously as OCE022164, OCE000882, OCE022238, OCE022446, and the like. You did not provide the base loading reports at Oceana for any other period. Please forward me the base loading reports for Oceana for the years not previously provided, which appear to include various years from 1975 through the present, including 1981.

Additionally, you produced yet another redacted document (OCE239617) in response to RFP No.29 for which there is no privilege log or an assertion of a privilege. Given that this document is an email between Geral Long and Alan Zusman void of attorney involvement, I fail to see how a valid privilege assertion can be raised. Please provide a privilege log for this document at your earliest convenience.

I look forward to hearing from you.

Very truly yours,

Jack E. Ferrebee

**DEPARTMENT OF THE NAVY**
COMMANDER FIGHTER WING
U S ATLANTIC FLEET
NAVAL AIR STATION OCEANA
VIRGINIA BEACH, VIRGINIA 23460-5200

5400
Ser N00/602
19 Aug 96

1520

From: Commander, Fighter Wing, U.S. Atlantic Fleet
To: Commanding Officer, Naval Air Station Oceana

Subj: BASE LOADING AS OF 1 OCTOBER 1996

1. Fighter Wing has the following officer and enlisted personnel onboard:

| Officer On Board Aviation/Other | Enlisted On Board | TAD Officer On Board | TAD Enlisted On Board |
|---|---|---|---|
| 14 | 28 | 6 | 40 |

Deployable units

| Squadron | Aircraft on Board | Officer on Board Aviation/Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|
| VF-14 | 13 F14A | 34 | 240 | CVW-8 |
| VF-41 | 15 F14A | 38 | 257 | CVW-8 |
| VF-32 | 15 F14A | 33 | 271 | CVW-3 |
| VF-102 | 12 F14B | 38 | 268 | CVW-1 |
| VF-103 | 15 F14B | 39 | 260 | CVW-17 |
| VF-143 | 14 F14B | 36 | 262 | CVW-7 |
| VF-2 | 14 F14D | 30 | 236 | CVW-2 |
| VF-211 | 14 F14A | 34 | 289 | CVW-9 |

Shore units

| Squadron | Aircraft on Board | Officer on Board Aviation/Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|
| VF-101 — 5734 | 30 F14A<br>12 F14B<br>? ~~41~~ 9 F14D | 60/60 | 834 | CFWL |
| SWATSLANT | | 21<br>3 (Non-Aviation) | 25 | CFWL |

Civilians On Board

CFWL 6

SWATSLANT 7

Reserve Forces/Training Units

| Squadron | Aircraft on Board | Officer on Board | Enlisted On Board |
|---|---|---|---|
| VFC-12 | 7 F18A<br>7 F18B | 13 | 128 |

admin officer 4002

LT. C E Brown
C. E. BROWN
By direction

Updated worksheet

OCE022164

DEPARTMENT OF THE NAVY
COMMANDER FIGHTER WING
U S ATLANTIC FLEET
NAVAL AIR STATION OCEANA
VIRGINIA BEACH, VIRGINIA 23460-5200

5400
Ser N00/602
19 Aug 96

422

From: Commander, Fighter Wing, U.S. Atlantic Fleet
To: Commanding Officer, Naval Air Station Oceana

Subj: BASE LOADING AS OF 1 OCTOBER 1996

1. Fighter Wing has the following officer and enlisted personnel onboard:

| Officer On Board Aviation/Other | Enlisted On Board | TAD Officer On Board | TAD Enlisted On Board |
|---|---|---|---|
| 14 | 28 | 6 | 40 |

Deployable units

| Squadron | Aircraft on Board | Officer on Board Aviation/Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|
| VF-14 | 13 F14A | 34 | 240 | CVW-8 |
| VF-41 | 15 F14A | 38 | 257 | CVW-8 |
| VF-32 | 15 F14A | 33 | 271 | CVW-3 |
| VF-102 | 12 F14B | 38 | 268 | CVW-1 |
| VF-103 | 15 F14B | 39 | 260 | CVW-17 |
| VF-143 | 14 F14B | 36 | 262 | CVW-7 |
| VF-2 | 14 F14D | 30 | 236 | CVW-2 |
| VF-211 | 14 F14A | 34 | 289 | CVW-9 |

Shore units

| | | | | |
|---|---|---|---|---|
| VF-101 - 5734 | 30 F14A<br>12 F14B<br>? ~~41~~ 9 F14D | 60/60 | 834 | CFWL |
| SWATSLANT | | 21<br>3(Non-Aviation) | 25 | CFWL |

Civilians On Board

| | |
|---|---|
| CFWL | 6 |
| SWATSLANT | 7 |

Reserve Forces/Training Units

| | | | |
|---|---|---|---|
| VFC-12 | 7 F18A<br>7 F18B | 13 | 128 |

admin officer 4002

LT. C. E. Brown
C. E. BROWN
By direction

OCE000882

08-19-96 08:46 AM FROM FIGHTERWINGLANT P001

**DEPARTMENT OF THE NAVY**
COMMANDER FIGHTER WING
U.S ATLANTIC FLEET
NAVAL AIR STATION OCEANA
VIRGINIA BEACH, VIRGINIA 23460-5200

5400
Ser N00/602
19 Aug 96

From: Commander, Fighter Wing, U.S. Atlantic Fleet
To: Commanding Officer, Naval Air Station Oceana

Subj: BASE LOADING AS OF 1 OCTOBER 1996

1. Fighter Wing has the following officer and enlisted personnel onboard:

| Officer On Board Aviation/Other | Enlisted On Board | TAD Officer On Board | TAD Enlisted On Board |
|---|---|---|---|
| 14 | 28 | 6 | 40 |

Deployable units

| Squadron | Aircraft on Board | Officer on Board Aviation/Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|
| VF-14 | 13 F14A | 34 | 240 | CVW-8 |
| VF-41 | 15 F14A | 38 | 257 | CVW-8 |
| VF-32 | 15 F14A | 33 | 271 | CVW-3 |
| VF-102 | 12 F14B | 38 | 268 | CVW-1 |
| VF-103 | 15 F14B | 39 | 260 | CVW-17 |
| VF-143 | 14 F14B | 36 | 262 | CVW-7 |
| VF-2 | 14 F14D | 30 | 236 | CVW-2 |
| VF-211 | 14 F14A | 34 | 289 | CVW-9 |

Shore units

| Squadron | Aircraft on Board | Officer on Board Aviation/Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|
| VF-101 | 30 F14A<br>12 F14B<br>41 F14D | 60/60 | 834 | CFWL |
| SWATSLANT | | 21<br>3(Non-Aviation) | 25 | CFWL |

Civilians On Board

| | |
|---|---|
| CFWL | 6 |
| SWATSLANT | 7 |

Reserve Forces/Training Units

| Squadron | Aircraft on Board | Officer on Board | Enlisted On Board |
|---|---|---|---|
| VFC-12 | 7 F18A<br>7 F18B | 13 | 128 |

C. E. Brown
C. E. BROWN
By direction

NAL FORM 99 (7-90)
FAX TRANSMITTAL # of pages ▸
To AS OCEANA From CFWL
Phone # 433-4008
Fax # 433-2629 Fax # 433-4009
NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

03-14-95 06:49 AM P001

1544

**DEPARTMENT OF THE NAVY**
COMMANDER ATTACK WING ATLANTIC
NAVAL AIR STATION OCEANA
VIRGINIA BEACH VIRGINIA 23460-5202

5400
Ser N111/229
12 Sep 95

From: Commanding Officer, Attack Wing, U.S. Atlantic Fleet
To: Commanding Officer, Naval Air Station Oceana

Subj: BASE LOADING AS OF 1 OCTOBER 1995

Ref: (a) NAS Oceana ltr 5400 Ser 104/1473 of 31 Aug 95

Encl: (1) Copy of extract from OPNAVNOTE 1995

1. Per reference (a), enclosure (1) has been reviewed and pen-and-ink changes have been made.

2. The Attack Wing, U.S. Atlantic Fleet point of contact is Ms. Sharon Stailey, commercial (804) 433-9101 or DSN 433-9101.

T. A. VISLAY
By direction

OPTIONAL FORM 99 (7-90)
**FAX TRANSMITTAL** # of pages ▸ 4

| | |
|---|---|
| To Jim Gore | From YNC CORSAIRS |
| Dept./Agency | Phone # 433-9108 |
| Fax # 3-2629 | Fax # 433-9170 |
| NSN 7540-01-317-7368 5099-101 | GENERAL SERVICES ADMINISTRATION |

3 DH
for MATWING

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation | Officer On Board Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Permanent Naval Units (Non-Reserve)** | | | | | |
| NAS | 2 SH3H, 1 C12 | 16 | 19 | 393 | CNAL |
| A/C OPR DET | -- | -- | -- | 221 | CO NAS OCEANA |
| ALF Fentress | -- | -- | 1 | 45 | CO NAS OCEANA |
| SEA OPDET | -- | -- | -- | 447 | CO NAS OCEANA |
| SEC DET | -- | -- | 1 | 96 | CO NAS OCEANA |
| Dare County/Palmetto Point Target Complex | -- | -- | -- | -- | CO NAS OCEANA |
| AIMD | -- | -- | 12 | 650 | CO NAS OCEANA |
| COMFITWINGLANT OCEANA | -- | 9 | 3 | 23 | CNAL |
| VF-101 (Hardcore & Neutral Duty) | 35 F14A, 10 F14B | 66 | 15 | 844 | COMFITWINGLANT |
| Students | -- | 98 | -- | -- | -- |
| COMATKWINGLANT OCEANA | -- | ~~8~~ 1 | 5 4 | ~~37~~ 30 | CNAL |
| SWATSLANT Oceana | -- | 16 | -- | 31 | COMFITWINGLANT |
| FASOTRAGRULANT DET | -- | -- | 1 | 6 | FASOTRAGRULANT |
| LSO SCHOOL | -- | 4 | -- | 3 | COMNAVAIRLANT |
| NAVLESSVCOFFDET | -- | -- | 6 | 6 | CO NAVLESSVCOFF, Norfolk, VA |
| NAVLANTMETOCDET Oceana | -- | -- | 1 | 17 | NNAVLANTMETOCFAC JAX, Fl |
| NAESU DET | -- | 1 | -- | 2 | NAESU Phila., PA |
| NAMTRADET | -- | 2 | 1 | 191 | CO NAMTRAGRU MFS |
| ROICC | -- | -- | 3 | -- | LANTDIVNAVFACENGCOM |
| NCIS | -- | -- | -- | -- | NCISRO, VA Beech, VA |
| DECA NAS Oceana | -- | -- | -- | 3 | DECA/CE, Little Creek, VA |
| BRMEDCL | -- | -- | 20 | 73 | NAVHOSP Portsmouth, VA |
| BRDENCL | -- | -- | 8 | 16 | NDC Norfolk, VA |
| FACSFAC VACAPES | -- | 3 | 5 | 124 | CNAL |
| CBU 415 | -- | -- | 1 | 43 | CO NAS OCEANA |
| OCEANA TACTS | -- | -- | -- | -- | NWAD, Corona, CA |
| FLTIMAGCENLANT Oceana | -- | 1 | -- | 17 | FLTIMAGCOMLANT NORVA |
| PERSUPPACT Det Oceana | -- | -- | 1 | 39 | PERSUPPACT NORVA |
| NETSCLANT | -- | -- | -- | -- | NETSCLANT NORVA |
| NTCC Oceana | -- | -- | 1 | 17 | NCTAMSLANT NORVA |
| NEX Oceana VA | -- | -- | 1 | 8 | CO NEXCEN NORVA |
| PWC VA BEACH SITE OCEANA | -- | -- | 2 | -- | PWC NORVA |
| COMNAVRESCRUNIT COM DET 5 | -- | -- | -- | 3 | COMNAVRESCRUITCOM New Orleans |
| MARINE CORPS CADRE | -- | -- | -- | 2 | CO NAS OCEANA |
| NAWC TSD (ISEO) | -- | -- | -- | -- | NAWC, Orlando, FL. |
| NAWC (Weapons Div) | -- | -- | -- | -- | NAWC, Point Mugu, CA |
| NWAD (Telemetry) | -- | -- | -- | -- | NWAD, Corona, CA |
| NCCOSC NR&D | -- | -- | -- | -- | NCCOSC San Diego |
| HRO DET OCEANA | -- | -- | -- | -- | HRO, Norfolk, VA |
| **Permanent Non-Naval Units (Non-Reserve)** | | | | | |
| McDonnell Douglas | -- | -- | -- | -- | -- |
| Beech Aero Space, Inc. | -- | -- | -- | -- | -- |



OCE022239

## ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

**OCEANA, VIRGINIA BEACH, VIRGINIA** (Continued)

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation/Other | | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Permanent Non-Naval Units (Non-Reserve)** (Continued) | | | | | |
| Hughes Aircraft Company | -- | -- | -- | -- | -- |
| Grumman Aerospace Corp | -- | -- | -- | -- | -- |
| FAA Rep | -- | -- | -- | -- | -- |
| FAA Field Office (AFSO 842.3) | -- | -- | -- | -- | -- |
| American Red Cross | -- | -- | -- | -- | -- |
| Nations Bank | -- | -- | -- | -- | -- |
| Federal Credit Union | -- | -- | -- | -- | -- |
| Navy Relief Auxiliary | -- | -- | -- | -- | -- |
| Western Union | -- | -- | -- | -- | -- |
| U. S. Post Office | -- | -- | -- | -- | -- |
| Navy Wives Club of America #143 | | -- | -- | -- | -- |
| Officer and Enlisted Wives Club | | -- | -- | -- | -- |
| Boy Scouts of America (Troop 414) | | -- | -- | -- | -- |
| Princess Anne Bowmen's Club | -- | -- | -- | -- | -- |
| Thrift Shop | -- | -- | -- | -- | -- |
| Virginia Beach Little League | -- | -- | -- | -- | -- |
| Naval Sea Cadet Corps, Oceana Div. | | -- | -- | -- | -- |
| Embry-Riddle Aero Univ Res Office | | -- | -- | -- | -- |
| Tidewater Community College | -- | -- | -- | -- | -- |
| Old Dominion University | -- | -- | -- | -- | -- |
| Golden Gate University | -- | -- | -- | -- | -- |
| Saint Leo College | -- | -- | -- | -- | -- |
| McDonald's Restaurant | -- | -- | -- | -- | -- |
| Pratt & Whitney Aircraft | -- | -- | -- | -- | -- |
| General Electric | -- | -- | -- | -- | -- |
| **Permanent Unit Totals:** | -- | --- | --- | ----- | |
| Total Military: | 48 | 221 | 105 | 3,358 | |

| | USDH | NFUSC | CONTR | END | NFFNC | FNI |
|---|---|---|---|---|---|---|
| **Total Civilian:** | 845 | 581 | 331 | -- | -- | -- |

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation/Other | | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Deployable Units (Non-Reserve)** | | | | | |
| CVW-1 | -- | 9 | 2 | 17 | USS AMERICA |
| VF-102 | 14 F14A | 48 | 2 | 245 | CVW-1 |
| VF-103 | 14 F14B | 45 | 2 | 221 | CVW-17 |
| CVW-7 | -- | 9 | 2 | 15 | USS WASHINGTON |
| VF-143 | 10 F14B | 33 | 2 | 233 | CVW-7 |
| VF-142 | 10 F14B | 35 | 1 | 215 | CVW-7 |
| VA-34 | 14 ~~15~~ A6E | 38 | ~~6~~ 7 | ~~241~~ 265 | CVW-7 |
| CVW-3 | -- | 7 | 1 | 15 | USS J F KENNEDY |
| VF-14 | 11 F14A | 35 | 1 | 217 | COMFITWINGLANT |
| VF-32 | 14 F14A | 45 | 2 | 245 | CVW-3 |
| VA-75 | 15 ~~14~~ A6E | ~~38~~ 33 | ~~6~~ 5 | ~~241~~ 271 | CVW-~~3~~ 17 |

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation/Other | | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| Deployable Units (Non-Reserve) (Continued) | | | | | |
| CVW-8 | -- | 9 | 2 | 16 | USS T. ROOSEVELT |
| VF-41 | 14 F14A | 45 | 1 | 245 | CVW-8 |
| VF-84 | 10 F14A | 35 | 2 | 225 | COMFITWINGLANT |
| ~~VA-36~~ | ~~3 A6E~~ | ~~20~~ | ~~4~~ | ~~200~~ | ~~CVW-17~~ Decommissioned |
| Deployable Unit Totals: | 131 | 460 | 36 | 2,591 | |

Deployable Units Support (Non-Reserve)

Commercial Air Carriers: DC-8, B707, B727, B747, AC21, DC-9, DC-10, L-1011, A-300, LR-25, LR-35, MU2.

Reserve Forces/Training Units:

| Units Supported | On Board Aircraft | On Board Officer Aviation AcDu/SelRes | | On Board Officer Other AcDu/SelRes | | On Board Enlisted AcDu/SelRes | |
|---|---|---|---|---|---|---|---|
| VFC-12 | 10 FA18A, 2 FA18B | 17 | 20 | 1 | 1 | 125 | 86 |
| NR 181 | -- | -- | -- | -- | 3 | -- | 92 |
| NR 186 | -- | -- | -- | -- | -- | -- | 45 |
| NR 273 | == | == | == | == | == | == | 25 |
| Air Reserve Totals: | 12 | 19 | 20 | 1 | 4 | 125 | 248 |

| | Aircraft | Personnel Officer/Enlisted | | Personnel (RON) Officer/Enlisted | |
|---|---|---|---|---|---|
| Average Daily Transients: | 15 | 30 | 12 | 10 | 5 |

REMARKS: (1) Data Services support provided to all tenant activities.