**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0267*

May 23, 2006

**Via E-mail and Federal Express**

Jack E. Ferrebee, Esquire
Hofheimer/Ferrebee, P.C.
1060 Laskin Road
Suite 12B
Sandpiper Key
Virginia Beach, Virginia 23451-6365

Re: **Testwuide v. United States, 01-201**

Dear Jack:

This responds to your May 19, 2006 letter regarding plaintiffs' Request for Production ("RFP") No. 32 from the class certification phase of the litigation.

For clarification, the documents I provided you last week are not simply base loading "projections." Rather, the excerpted documents bates-stamped OCE239467-616 also reflect the number and types of aircraft located and operating as part of NAS Oceana-based squadrons from 1978 to 1988, the specific years you requested in your May 12, 2006 letter. Under the "Inventory" section of the "Inventory and Operating Allowances" tables, please see the "Operating Status" column for the number and type of each type of aircraft in each of the relevant squadrons at NAS Oceana at the time of the report. This table includes the physical location of the aircraft if it was part of an Oceana-based squadron but was, at the time of the report, deployed elsewhere.

In your letter, you have now expanded the request for base loading documents from 1975 to the present. While we object to your request for discovery beyond the deadline, we are as a courtesy enclosing a series of CDs that contain the complete "Allowances and Locations" reports for the period beginning in 1969 and continuing through 1988 (this report ceased publication in 1988) and another series of CDs that contain the Naval Aeronautical Organization reports for the period beginning in Fiscal year 1969 and continuing through Fiscal Year 1998. I am also sending you separately by e-mail these reports for Fiscal years 1998-2001.

With regard to the redacted privileged communications from OCE239617, we will provide you with a privilege log shortly.

Sincerely,

s// Steven D. Bryant
Steven D. Bryant