DECLASSIFIED

[redacted]

DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, DC 20350

Canc frp: Apr 82
OPNAVNOTE C5400
Ser 511/C407935
13 July 1981

[redacted] Unclassified upon removal of enclosure (2)

OPNAV NOTICE C5400

Subj: Naval Aeronautical Organization for April 1981; promulgation of (U)

Ref: (a) OPNAVINST C5513.2A of 19 March 1979

Encl: (1) Station listing format requirements
(2) Naval Aeronautical Organization

1. Purpose. The purpose of this publication is to provide statistical information concerning the Naval Aeronautical Organization (NAO). It contains primarily the current base loading of the aeronautical shore activities of the naval establishment. The NAO is published semi-annually and contains information corrected to 1 April and 1 October of each year.

2. Cancellation. OPNAVNOTICE C5400 Ser 511/C748295 of 19 November 1980 is cancelled by this notice and will be destroyed by burning. No report of destruction is necessary.

3. Corrections. Addressees responsible for the information in various sections of this publication are requested to notify the Chief of Naval Operations (Op-511) of any errors or omissions. In particular, commanding officers of each station are requested to review the command and support relationships and base loading figures pertaining to the station. A revised edition of that portion, reflecting the 1 October 1981 situation, should be forwarded to the Chief of Naval Operations by 1 September 1981, in the format of enclosure (1).

4. Classification. Users of this publication should refer to reference (a), to ascertain the proper classification of extracted information.

5. Report. Report Symbol OPNAV 5400-3 is assigned to this report.

6. Cancellation Contingency. This notice will be cancelled upon receipt of the next edition of the Naval Aeronautical Organization.

R. C. Baughman
R. C. BAUGHMAN
By direction

DECLASSIFIED

[redacted]

[redacted]

OPNAVNOTE C5400
13 July 1981

DECLASSIFIED

Distribution:

| | | |
|---|---|---|
| SNDL | A1 | (Immediate Office of the Secretary) (ASSTSECNAV (MRAL), only) (1) |
| | A2A | (Department of the Navy Staff Offices) (CHINFO (Code OI-31), only)(1) |
| | A4A | (Chief of Naval Material) (Code 04F1) (1) |
| | A6 | (Headquarters U. S. Marine Corps) (CMC (1), Codes APP-1 (2), LFF-1 (1), ASL-42 (1), and POC (1)) |
| | B2A | (Special Agencies, Staffs, Boards and Committees) (Director, National Security Agency (Code S14), only) (1) |
| | B3 | (College and University) (Armed Forces Staff College (Library), only) (1) |
| | 21A1 | (Fleet Commander in Chief LANT (CINCLANTFLT, Code N9) (1) |
| | 21A2 | (Fleet Commander in Chief PAC) (CINCPACFLT (7)) |
| | 22A1 | (Fleet Commander LANT) (COMSECONDLFLT) (1) |
| | 24A | (Naval Air Force Commanders) (COMNAVAIRPAC (10), Code 7225 (4), and COMNAVAIRLANT (12)) |
| | 26JJ2 | (Fleet Area Control and Surveillance Facility PAC) (1) |
| | 26ZZ | (Naval Intelligence Processing System Training Facility) (1) |
| | 42A | (Fleet Air Commands) (COMFAIRWESTPAC (1) & COMFAIRMED (1), only) |
| | 42B | (Functional Wing Commanders) (COMPATWINGSLANT (1), COMTACWINGSLANT (1), and COMASWWINGPAC (3), only) |
| | 42N2 | (Air Anti-Submarine Squadron PAC (VS)) (VS-38 (1), only) |
| | 42P1 | (Patrol Wing and Squadron LANT (VP)) (VP-16 (1), only) |
| | 42Q1 | (Fleet Tactical Support Wing, Fleet Logistics Support Squadron (VR) (VRC), Aircraft Ferry Squadron (VRF) LANT) (COMTACSUPWING ONE (1), only) |
| | 42R | (Fleet Composite Squadron (VC)) (VC-1 (1), VC-5 (1) and VC-8 (1), only) |
| | 42T1 | (Tactical Air Control Group and Squadron LANT (VTC)) (COMTACGRU-2 (1), only) |
| | 42BB1 | (Helicopter Anti-Submarine Wing and Squadron LANT (HS)) (COMHSWING ONE (1), only) |
| | C3 | (Naval Personnel at DOD or other Government Agencies) (Navy Deputy Director, Electromagnetic Compatibility Analysis Center, Annapolis, only)(1) |
| | FA5 | (Naval Air Facility LANT) (1) |
| | FA6 | (Naval Air Station LANT) (Bermuda (1), Brunswick (1), Cecil Field (1), Guantanamo Bay (1), Jacksonville (1), Key West (2), Norfolk (1), and Oceana (1), only) |
| | FA7 | (Naval Station LANT) (Keflavik (1), Mayport (1) and Roosevelt Roads (2), only) |
| | FA24 | (Base LANT) (Norfolk (1), only) |
| | FB6 | (Naval Air Facility PAC) (1) |
| | FB7 | (Naval Air Station PAC) (Alameda (1), Barbers Point (1), Fallon (1), Agana (1), Lemoore (1), Moffett Field (2), Whidbey Island (3), Miramar (1), North Island (1), and Cubi Point (1)) |
| | FB10 | (Naval Station PAC) (Adak (1), only) |
| | FB34 | (Fleet Activities) (Kadena (1), only) |
| | FC4 | (Naval Air Facility NAVEUR) (Mildenhall (1), and Sigonella (1), only) |
| | FC5 | (Naval Support Activity NAVEUR) (Naples (1), only) |
| | FC7 | (Naval Station NAVEUR) (1) |
| | FD1 | (Naval Oceanography Command) (1) |
| | FD4 | (Oceanography Center) (Pearl Harbor (1), only) |
| | FF5 | (Naval Safety Center) (1) |
| | FF44 | (Naval War College) (1) |
| | FF54 | (Naval Audiovisual Center) (Security Manager) (4) |
| | FJ84 | (Naval Reserve Personnel Center) (Code 11) (1) |
| | FJ89 | (Navy Manpower and Material Analysis Center) (1) |
| | FKA1A | (Naval Air Systems Command Headquarters) (30) |
| | FKA1C | (Naval Facilities Engineering Command Headquarters) (JADREP Office (1), Code 212 (1) and Code 2012 (1)) |

(CONTENTS OF THIS PAGE UNCLASSIFIED)

[redacted]



DECLASSIFIED

Distribution: (Continued)

SNDL FKA1G (Naval Sea Systems Command Headquarters) (SEA-9911B (1) and CENO-05 (1))
FKA6A1 (Naval Air Development Center) (1)
FKA6A2 (Naval Weapons Center) (1)
FKA6A16 (Navy Personnel Research and Development Center) (Code 303) (1)
FKM15 (Navy Aviation Supply Office) (ASO (WSP2-2) (1), only)
FKN1 (Naval Facilities Engineering Command Division) (SOUTHNAVFACENGCOM, only) (1)
FKP1J (Ordnance Station) (Indian Head (Code 6162), only) (1)
FKP1M (Naval Weapons Support Center) (NAVWPNSUPPCEN (1), and Code 5045 (1))
FKR1A (Naval Air Station NAVAIRSYSCOM) (2)
FKR2B (Naval Weapons Engineering Support Activity) (Code ESA-31) (1)
FKR3A (Naval Air Engineering Center) (1)
FKR3C (Naval Air Test Center) (1)
FKR4A (Missile Test Center) (2)
FR1 (Chief of Naval Reserve) (2)
FR3 (Naval Air Station CNAVRES) (1)
FR4 (Naval Air Facility CNAVRES) (Detroit (1) and Washington (1))
FT1 (Chief of Naval Education and Training) (1)
FT2 (Chief of Naval Air Training) (1)
FT5 (Chief of Naval Technical Training) (1)
FT6 (Naval Air Station CNET) (1)
FT13 (Air Technical Training Center) (Lakehurst (1), only)
FT55 (Scol Supply Corps) (1)
FT78 (Naval Education and Training Program Development Center) (1)
FT91 (Naval Training Squadron) (TRARON-2 (1), and TRARON-10 (1), only)
V4 (Marine Corps Air Facility) (1)
V5 (Marine Corps Air Station) (1)
V12 (Marine Corps Development and Education Command) (1)
FKR7E (Aviation Logistics Center) (Code 111A) (1)

Office of Management and Budget, National Security Program Division (TACAIRUNIT) Washington, DC 20503 (1)
Director, Air University Library, ATTN: AUL/LSE 75-29, Maxwell AFB, AL 36112 (1)
Officer in Charge, Defense Mapping Agency, Norfolk Office, Naval Air Station, Norfolk, Virginia 23511 (1)
Auditor in Charge, San Diego Aeronautical Audit Complex c/o IRD Bldg. 252, NAS North Island, San Diego, CA 92135 (1)

Ops - 09B15C(6), 09R, 965, 941J, 008, 009L, 111E, 03EG, 372F, 405, 05D2, 05F, 05R, 50W (2), 508 (4), 508F (3), 51, 511 (40), 513 (2), 514, 551, 59, 597, 605, 622, 643C1 and 643E.

UNCLASSIFIED

STATION LISTING FORMAT

The below example covers the majority of units/activities which may be aboard a base or station of the naval aeronautical shore establishment. Not all categories are applicable and station commanders need only list those categories which pertain. Use on board counts. Unique situations affecting base support requirements may be listed at the station commander's discretion. For the purposes of these reports, "naval activities" denote both Navy and USMC units. SUBMISSION OF THE 1 OCTOBER 1981 UPDATES TO THIS DOCUMENT WILL CONFORM TO THE FORMAT OF THE EXAMPLE STATION LISTING SET FORTH BELOW.

NOTE 1/ Where a subordinate unit and its parent unit are listed aboard the same station, each unit (subordinate or parent) will report only personnel assigned to its respective unit.

NOTE 2/ In any category, if an activity conducts student training, under that category state the average number of students by type (officer/enlisted) and service (USN/R or USMC/R).

EXAMPLE
(See Tab A to this enclosure)

---

TITLE

---

NAME, LOCATION

(NAS or MCAS, etc.) Command & Support -

Furnishing Limited Support To:

(List other bases, stations, OLF's, etc. for which limited support is provided.)

| Activities and Units Supported | Aircraft On Board (Number & Type) | Officer On Board Aviation/Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|

Permanent Naval Units (Non-Reserve)

(Include naval units/activities of the regular forces permanently attached to (non-deployable) and supported by the base facilities. List activities in the following order within this category:)

NAS (base) or MCAS (Headquarters squadrons)

(See NOTE 1/ above.)

Air Staffs (e.g. Naval Air Forces, COMFAIRS, COMFAIRWINGS, etc.)

Naval Air Units (e.g. Transport squadrons, ferry squadrons, readiness training squadrons, permanent Dets, etc. See NOTE 2/ above.)

Aviation Ships (Non-Deployable) (e.g. CVT, etc.)

Other Ships (Non-Deployable)

Other Permanent Naval Tenant Activities (e.g. Naval Air Rework Facility, Finance Offices, Naval District Activities, Training Units, USMC Barracks, Exchange, etc. See NOTE 1/ above.)

Permanent Non-Naval Units (Non-Reserve)

(Include non-naval units/activities permanently attached to or supported by base facilities, e.g. USAF Squadrons/Dets, Army units, USCG activities, Red Cross, etc.)

Enclosure (1)

UNCLASSIFIED

UNCLASSIFIED

EXAMPLE (Continued)

Permanent Unit Totals:

| | Aircraft On Board (Number) | Officer On Board Aviation/Other | Enlisted On Board |
|---|---|---|---|
| Total Military: | | | |

Total Civilian: USDH NFUSC CONTR FND NFFNC FNI

(NOTE: The total number of civilians working aboard the station/base is required to supplement base loading projections. The intention is to include all civilian workers of all activities on the base to obtain the total permanent civilian worker population. These categories are defined as:)

USDH: U. S. Civilians Direct Hire

NFUSC: U. S. Civilians supported by non-appropriated funds.

CONTR: U. S. Manufacturers Reps. or other contract civilian personnel.

FND: Foreign National Civilian Direct Hire

NFFNC: Foreign National Civilians supported by non-appropriated funds.

FNI: Foreign National Civilians indirect hire (e.g. contract personnel, etc.)

Deployable Units (Non-Reserve)

(Include those naval units assigned a PDS or homeport at this station which may be expected to deploy. List in the following order:)

Air Staffs

(e.g. CARGRUS, CVW Staffs, etc.)

Air Units

(Squadrons, etc.)

Aviation Ships

(e.g. CV, CVN, etc.)

Other Ships/Units

| Deployable Unit Totals: | Aircraft On Board (Number) | Officer On Board Aviation/Other | Enlisted On Board |
|---|---|---|---|

Deployed Units Supported (Non-Reserve)

(Estimate the percent of those units, of any service, assigned a PDS, homeport or permanent location other than at this station for which annual base support may be expected. List air units first then other naval units then other non-naval units. E.g. .5 VP, 4 P3C, 8/5, 50.)

Reserve Forces/Training Units

(Include those units aboard this station of the Naval Air Reserve Force, Naval Air Reserve Training or Naval Reserve Training Command. List in the following order:)

UNCLASSIFIED

UNCLASSIFIED

EXAMPLE (Continued)

| Units Supported | On Board Aircraft (Number & Type) | On Board Officer Aviation AcDu/SelRes | On Board Officer Other AcDu/SelRes | On Board Enlisted AcDu/SelRes |
|---|---|---|---|---|
| | | / | / | / |

Naval Air Reserve Forces

(e.g. Wings, Staffs, Squadrons, etc.)

Naval Air Reserve Training Units

(e.g. Replacement Training Units, Intelligence Units, Maintenance Units, NAR Divs, etc.)

| Air Reserve Total: | On Board Aircraft | On Board Officer Aviation | On Board Officer Other | On Board Enlisted |
|---|---|---|---|---|
| | | / | / | / |

Non-Naval Reserve Training Units

(e.g. Air National Guard, AF Reserve, USCG Reserve, etc.)

| Unit | On Board Aircraft (Number & Type) | On Board Officer AcDu/SelRes | On Board Enlisted AcDu/SelRes |
|---|---|---|---|

| | Aircraft (Number) | Personnel Officer/Enlisted | Personnel (RON) Officer/Enlisted |
|---|---|---|---|
| Average Daily Transients: | | | |

REMARKS: (Add explanatory information pertinent to any of the above categories.)

UNCLASSIFIED

**UNCLASSIFIED**



DEFINITION OF TERMS AND AIDS TO UNDERSTANDING THIS BOOK

The planned Naval Aviation Shore Establishment, including Marine activities, for 1 April 1981 is reflected in the assigned missions of individual activities. These missions are promulgated and revised by the OPNAV Notice 5450 series. As directed by OPNAV Instruction 5450.171, it is the responsibility of Echelon 2 Commanders to promulgate functions and tasks for each activity under their command in support of the assigned mission. NAVAIR Instruction series 5451 contains a list of approved tasks for each activity under Naval Air Systems Command. Permanent duty stations of Naval units are contained in the effective edition of OPNAV Instruction 3111.14.

AIRCRAFT ON BOARD STATIONS

Operating allowances, and inventory by unit and model are published semi-annually in OPNAV NOTICE C3110 (Blue Book). Base aircraft data contained in this Notice reflect an on board (including home base deployed) count as of the date of the covering letter (1 April or 1 October). On board estimates are submitted by air stations and facilities a month or two in advance. Detailed accounting of aircraft in storage or undergoing rework at Naval Air Rework Facilities can be obtained from the Blue Book.

NAVY MANPOWER ALLOCATION

Tables on pages 5-10 of this publication include a Fiscal 1981 summary of the personnel allocations for aviation activities as of 1 April 1981. Personnel figures shown for the individual stations and activities reflect an estimated on board count as of 1 April 1981. Estimates are prepared within a month or two of the 1 April date.

Personnel data for USNR/USMCR squadrons/units represent numbers allowed in drill pay status. Active duty personnel (TARS and USN) associated with Reserve activities are shown separately.

COMMAND OVER SHORE ACTIVITIES

The exercise of command over a shore (field) activity has as its primary purpose the provision of effective support to the forces of the United States Navy and of the United States Marine Corps. It encompasses over-all authority, direction, control and coordination necessary to carry out the assigned mission, and responsibility for the operating efficiency of the activity. It includes authority and responsibility for mission planning, shore activity planning and workload planning. It also includes authority and responsibility for coordination the application of the various elements of support. Mission and facilities planning for shore (field) activities shall be accomplished with the guidance and assistance of commands, bureaus and offices assigned support responsibilities, and with the technical advice of other commands, bureaus and offices. Administrative and technical guidance shall include:

a. The establishment of standards and procedures for specialized administrative or technical functions;

b. Professional and technical advice, guidance, and assistance;

c. Performance of specialized administrative or technical functions as a service.

Supervision by Staff Assistants over assigned shore (field) activities encompasses the same degree of authority and responsibility as command. (SECNAVINST 5400.14)

**UNCLASSIFIED**

DECLASSIFIED

[redacted]

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

Furnishing Limited Support To: (Continued)

Fleet Logistics Support Squadron 56, Norfolk, VA
Fleet Logistics Support Squadron 58, Jacksonville, FL
Fleet Composite Squadron 6 (VC-6) Det Dam Neck, Virginia Beach, VA
Carrier Airborne Early Warning Squadron 120 (VAW-120), Norfolk, VA
Carrier Airborne Early Warning Squadron 121 (VAW-121), Norfolk, VA
Carrier Airborne Early Warning Squadron 122 (VAW-122), Norfolk, VA
Carrier Airborne Early Warning Squadron 123 (VAW-123), Norfolk, VA
Carrier Airborne Early Warning Squadron 124 (VAW-124), Norfolk, VA
Carrier Airborne Early Warning Squadron 125 (VAW-125), Norfolk, VA
Carrier Airborne Early Warning Squadron 126 (VAW-126), Norfolk, VA
Atlantic Division, Naval Facilities Engineering Command, Norfolk, Virginia
U. S. Army, Fort Story, Virginia Beach, VA
20th NORAD/CONAD Region, Fort Lee AFS, Petersburg, Virginia
Langley Air Force Base, Virginia
District of Columbia, ANG, Andrews AFB, Washington, DC
Armed Forces Staff College, VA
Virginia National Guard, Richmond, VA
Kentucky Air National Guard
West Virginia Air National Guard
Seymour Johnson Air Force Base, North Carolina
U. S. Coast Guard Air Station, Elizabeth City, North Carolina
Aviation Supply Office, Philadelphia, PA
Naval Air Logistics Control Office, Alameda, CA
Naval Aviation Logistics Center, Patuxent River, MD
Naval Air Test Center, Patuxent River, MD
Naval Weapons Support Center, Crane, IN
Naval Public Works Center, Norfolk, VA
Naval Air Reserve Unit, Norfolk, VA
Pacific Missile Test Center, Point Mugu, CA
Marine Corps Air Station, Cherry Point, North Carolina
Marine Corps Air Station (Helicopter), New River, Jacksonville, North Carolina
Marine Wing Headquarters Squadron 2, MCAS, Cherry Point, North Carolina
Marine Corps Air Base East, Cherry Point, NC

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation | Officer On Board Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| Permanent Naval Units (Non-Reserve) | | | | | |
| NAS | 4 HH46A | 14 | 39 | 603 | COMTACWINGSLANT |
| A/C OP DET | -- | -- | -- | 293 | CO NAS OCEANA |
| Base Consolidated Telecommunications | | -- | -- | 24 | CO NAS OCEANA |
| ALF Fentress | -- | -- | (1) | 30 | CO NAS OCEANA |
| Dare County/Palmetto Point Target Complex | -- | -- | -- | -- | CO NAS OCEANA |
| COMTACWINGSLANT | -- | 9 | 1 | 12 | COMNAVAIRLANT |
| COMFITWING ONE | -- | 15 | 4 | 21 | COMTACWINGSLANT |
| VF-43 | 4 F5E, 3 T38, 3 A4E, 2 A4F, 2 TA4J | 21 | 5 | 186 | COMFITWING ONE |
| VF-101 | 28 F14, 3 T2C | 54 | 6 | 371 | COMFITWING ONE |
| Students | -- | 81 | -- | 186 | -- |
| VF-171 | 14 F4J | 24 | 12 | 270 | COMFITWING ONE |
| Students | -- | 42 | -- | 179 | -- |
| COMMATWING ONE | -- | 12 | 4 | 20 | COMTACWINGSLANT |
| VA-42 | 1 KA6D, 3 TC4C, 14 A6E | 53 | 13 | 329 | COMMATWING ONE |
| Students | -- | 37 | -- | 182 | -- |

[redacted]



DECLASSIFIED

[redacted]

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation | Officer On Board Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Deployable Units (Non-Reserve)** | | | | | |
| CVW-1 | -- | 6 | 2 | 8 | CO USS J. F. KENNEDY |
| VF-14 | 12 F14 | 29 | 4 | 225 | CVW-1 |
| VF-32 | 12 F14 | 28 | 6 | 242 | CVW-1 |
| VA-34 | 10 A6E, 4 KA6D | 33 | 4 | 278 | CVW-1 |
| CVW-17 | -- | 4 | 6 | 9 | CO USS FORRESTAL |
| VF-11 | 7 F14 | 31 | 7 | 242 | CVW-17 |
| VF-74 | 12 F4J | 27 | 4 | 234 | CVW-17 |
| VA-85 | 10 A6E, 4 KA6D | 31 | 6 | 286 | CVW-17 |
| CVW-7 | -- | 4 | 5 | 9 | USS EISENHOWER |
| VF-102 | 9 F4J | 27 | 3 | 230 | CVW-7 |
| VF-33 | 9 F4J | 25 | 3 | 243 | CVW-7 |
| VA-65 | 10 A6E, 4 KA6D | 35 | 8 | 291 | CVW-7 |
| CVW-8 | -- | 4 | 5 | 9 | CO USS NIMITZ |
| VF-41 | 14 F14 | 27 | 6 | 228 | CVW-8 |
| VF-84 | 14 F14 | 26 | 4 | 247 | CVW-8 |
| VA-35 | 10 A6E, 4 KA6D | 33 | 8 | 282 | CVW-8 |
| CVW-6 | -- | 4 | 5 | 9 | USS INDEPENDENCE |
| VF-143 | 10 F14 | 25 | 6 | 243 | CVW-6 |
| VF-142 | 9 F14 | 32 | 5 | 225 | CVW-6 |
| VA-176 | 9 A6E, 5 KA6D | 30 | 7 | 293 | CVW-6 |
| VF-31 | 1 F14 | 21 | 2 | 232 | CVW-3 |
| VA-75 | 10 A6E, 4 KA6D | 33 | 8 | 289 | CVW-3 |
| VF-103 | 9 F4J | 24 | 4 | 224 | CVW-3 |
| **Deployable Unit Totals:** | 202 | 539 | 118 | 4,578 | |

**Deployed Units Supported (Non-Reserve)**

Commercial Air Carriers: DC-8, B707, B727, B747, CONVAIR 990, DC-9, DC-10

**Reserve Forces/Training Units**

| Units Supported | On Board Aircraft | On Board Officer Aviation AcDu | On Board Officer Aviation SelRes | On Board Officer Other AcDu | On Board Officer Other SelRes | On Board Enlisted AcDu | On Board Enlisted SelRes |
|---|---|---|---|---|---|---|---|
| VC-12 | 14 TA4J | 8 | 13 | 1 | 11 | 69 | 71 |
| **Air Reserve Totals:** | 14 | 8 | 13 | 1 | 11 | 69 | 71 |

| | Aircraft | Personnel Officer | Personnel Enlisted | Personnel (RON) Officer | Personnel (RON) Enlisted |
|---|---|---|---|---|---|
| Average Daily Transients: | 11 | 27 | 7 | 10 | 5 |

REMARKS: (1) Data Services support provided to all tenant activities.

[redacted]

DECLASSIFIED

DECLASSIFIED

[redacted]

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation/Other | | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Deployable Units (Non-Reserve)** | | | | | |
| CVW-1 | -- | 6 | 2 | 8 | CO USS J. F. KENNEDY |
| VF-14 | 12 F14 | 29 | 4 | 225 | CVW-1 |
| VF-32 | 12 F14 | 28 | 6 | 242 | CVW-1 |
| VA-34 | 10 A6E, 4 KA6D | 33 | 4 | 278 | CVW-1 |
| CVW-17 | -- | 4 | 6 | 9 | CO USS FORRESTAL |
| VF-11 | 7 F14 | 31 | 7 | 242 | CVW-17 |
| VF-74 | 12 F4J | 27 | 4 | 234 | CVW-17 |
| VA-85 | 10 A6E, 4 KA6D | 31 | 6 | 286 | CVW-17 |
| CVW-7 | -- | 4 | 5 | 9 | USS EISENHOWER |
| VF-102 | 9 F4J | 27 | 3 | 230 | CVW-7 |
| VF-33 | 9 F4J | 25 | 3 | 243 | CVW-7 |
| VA-65 | 10 A6E, 4 KA6D | 35 | 8 | 291 | CVW-7 |
| CVW-8 | -- | 4 | 5 | 9 | CO USS NIMITZ |
| VF-41 | 14 F14 | 27 | 6 | 228 | CVW-8 |
| VF-84 | 14 F14 | 26 | 4 | 247 | CVW-8 |
| VA-35 | 10 A6E, 4 KA6D | 33 | 8 | 282 | CVW-8 |
| CVW-6 | -- | 4 | 5 | 9 | USS INDEPENDENCE |
| VF-143 | 10 F14 | 25 | 6 | 243 | CVW-6 |
| VF-142 | 9 F14 | 32 | 5 | 225 | CVW-6 |
| VA-176 | 9 A6E, 5 KA6D | 30 | 7 | 293 | CVW-6 |
| VF-31 | 1 F14 | 21 | 2 | 232 | CVW-3 |
| VA-75 | 10 A6E, 4 KA6D | 33 | 8 | 289 | CVW-3 |
| VF-103 | 9 F4J | 24 | 4 | 224 | CVW-3 |
| **Deployable Unit Totals:** | 202 | 539 | 118 | 4,578 | |

Deployed Units Supported (Non-Reserve)

Commercial Air Carriers: DC-8, B707, B727, B747, CONVAIR 990, DC-9, DC-10

Reserve Forces/Training Units

| Units Supported | On Board Aircraft | On Board Officer Aviation AcDu/SelRes | | On Board Officer Other AcDu/SelRes | | On Board Enlisted AcDu/SelRes | |
|---|---|---|---|---|---|---|---|
| VC-12 | 14 TA4J | 8 | 13 | 1 | 11 | 69 | 71 |
| **Air Reserve Totals:** | 14 | 8 | 13 | 1 | 11 | 69 | 71 |

| | Aircraft | Personnel Officer/Enlisted | | Personnel (RON) Officer/Enlisted | |
|---|---|---|---|---|---|
| Average Daily Transients: | 11 | 27 | 7 | 10 | 5 |

REMARKS: (1) Data Services support provided to all tenant activities.

[redacted]



DECLASSIFIED