DECLASSIFIED

[redacted]

DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, DC 20350

Canc frp: Apr 83
OPNAVNOTE C5400
Ser 511/C405282
8 June 1982

[redacted] - Unclassified upon removal of enclosure (2)

OPNAV NOTICE C5400

Subj: Naval Aeronautical Organization for April 1982; promulgation of

Ref: (a) OPNAVINST C5513.2A (NOTAL)

Encl: (1) Station listing format requirements
(2) Naval Aeronautical Organization

1. Purpose. To provide statistical information concerning the Naval Aeronautical Organization (NAO). It contains primarily the current base loading of the aeronautical shore activities of the naval establishment. The NAO is published semi-annually and contains information corrected to 1 April and 1 October of each year.

2. Cancellation. OPNAV NOTICE C5400 Ser 511/C411170 of 16 December 1981 is cancelled by this notice and will be destroyed by burning. No report of destruction is necessary.

3. Corrections. Addressees responsible for the information in various sections of this publication are requested to notify the Chief of Naval Operations (Op-511) of any errors or omissions. In particular, commanding officers of each station are requested to review the command and support relationships and base loading figures pertaining to the station. A revised edition of that portion, reflecting the 1 October 1982 situation, should be forwarded to the Chief of Naval Operations by 1 September 1982, in the format of enclosure (1). When changes are minor in nature, it is requested that the updated report be carefully and legibly updated by pen and ink changes.

4. Classification. Reference (a) delineates classification guidance but does not attempt to spell out classification in all instances. Generally, the topics of reference (a) calling for a CONFIDENTIAL classification require protection inasmuch as release would provide a foreign nation with an insight into the war potential of the Department of the Navy.

5. Report. Report Symbol OPNAV 5400-3 is assigned to this report.

6. Cancellation Contingency. This notice will be cancelled upon receipt of the next edition of the Naval Aeronautical Organization.

A W Stoeckel

A. W. STOECKEL
By direction

[redacted]

DECLASSIFIED

[redacted]

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

Furnishing Limited Support To: (Continued)

Fleet Logistics Support Squadron 58, Jacksonville, FL
Fleet Composite Squadron 6 (VC-6) Det Dam Neck, Virginia Beach, VA
Carrier Airborne Early Warning Squadron 120 (VAW-120), Norfolk, VA
Carrier Airborne Early Warning Squadron 121 (VAW-121), Norfolk, VA
Carrier Airborne Early Warning Squadron 122 (VAW-122), Norfolk, VA
Carrier Airborne Early Warning Squadron 123 (VAW-123), Norfolk, VA
Carrier Airborne Early Warning Squadron 124 (VAW-124), Norfolk, VA
Carrier Airborne Early Warning Squadron 125 (VAW-125), Norfolk, VA
Carrier Airborne Early Warning Squadron 126 (VAW-126), Norfolk, VA
Atlantic Division, Naval Facilities Engineering Command, Norfolk, Virginia
U. S. Army, Fort Story, Virginia Beach, VA
20th NORAD/CONAD Region, Fort Lee AFS, Petersburg, Virginia
Langley Air Force Base, Virginia
District of Columbia, ANG, Andrews AFB, Washington, DC
Armed Forces Staff College, VA
Virginia National Guard, Richmond, VA
Kentucky Air National Guard
West Virginia Air National Guard
Seymour Johnson Air Force Base, North Carolina
U. S. Coast Guard Air Station, Elizabeth City, North Carolina
Aviation Supply Office, Philadelphia, PA
Naval Air Logistics Control Office, Alameda, CA
Naval Aviation Logistics Center, Patuxent River, MD
Naval Air Test Center, Patuxent River, MD
Naval Weapons Support Center, Crane, IN
Naval Public Works Center, Norfolk, VA
Naval Air Reserve Unit, Norfolk, VA
Pacific Missile Test Center, Point Mugu, CA
Marine Corps Air Station, Cherry Point, North Carolina
Marine Corps Air Station (Helicopter), New River, Jacksonville, North Carolina
Marine Wing Headquarters Squadron 2, MCAS, Cherry Point, North Carolina
Marine Corps Air Base East, Cherry Point, NC

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation | Officer On Board Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| Permanent Naval Units (Non-Reserve) | | | | | |
| NAS | 3 SH3G | 10 | 28 | 248 | COMTACWINGSLANT |
| A/C OP DET | -- | -- | -- | 211 | CO NAS OCEANA |
| Base Consolidated Telecommunications | | -- | -- | 19 | CO NAS OCEANA |
| ALF Fentress | -- | -- | 1 | 35 | CO NAS OCEANA |
| Dare County/Palmetto Point Target Complex | -- | -- | -- | -- | CO NAS OCEANA |
| AIMD | -- | -- | 14 | 312 | CO NAS OCEANA |
| COMTACWINGSLANT | -- | 5 | 2 | 9 | COMNAVAIRLANT |
| COMFITWING ONE | -- | 10 | 5 | 18 | COMTACWINGSLANT |
| VF-43 | 4 F5E, 4 A4E, 3 TA4J, 2 A4F, 3 T2C | 20 | 6 | 135 | COMFITWING ONE |
| VF-101 | 31 F14 | 39 | 15 | 454 | COMFITWING ONE |
| Students | -- | 113 | -- | 205 | -- |
| VF-171 | 15 F4J, 3 F4S | 64 | 6 | 232 | COMFITWING ONE |
| Students | -- | 40 | -- | 188 | -- |
| COMMATWING ONE | -- | 12 | 4 | 19 | COMTACWINGSLANT |
| VA-42 | 3 TC4C 14 A6E | 46 | 13 | 295 | COMMATWING ONE |
| Students | -- | 41 | -- | 209 | -- |

[redacted]



DECLASSIFIED

DECLASSIFIED

[redacted]

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation | Officer On Board Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Deployable Units (Non-Reserve)** | | | | | |
| CVW-6 | -- | 6 | 2 | 8 | USS INDEPENDENCE |
| VF-14 | 12 F14 | 32 | 6 | 231 | CVW-6 |
| VF-32 | 12 F14 | 27 | 7 | 248 | CVW-6 |
| VA-176 | 10 A6E, 5 KA6D | 34 | 4 | 265 | CVW-6 |
| CVW-17 | -- | 4 | 6 | 9 | CO USS FORRESTAL |
| VF-103 | 10 F4S, 1 F4J | 18 | 11 | 239 | CVW-17 |
| VF-74 | 4 F4J, 7 F4S | 26 | 4 | 240 | CVW-17 |
| VA-85 | 10 A6E, 5 KA6D | 30 | 5 | 270 | CVW-17 |
| CVW-7 | -- | 4 | 5 | 9 | USS EISENHOWER |
| VF-142 | 12 F14 | 28 | 6 | 243 | CVW-7 |
| VF-143 | 12 F14 | 27 | 9 | 270 | CVW-7 |
| VA-65 | 10 A6E, 4 KA6D | 30 | 5 | 280 | CVW-7 |
| CVW-8 | -- | 4 | 5 | 9 | CO USS NIMITZ |
| VF-41 | 12 F14 | 27 | 8 | 239 | CVW-8 |
| VF-84 | 12 F14 | 31 | 8 | 260 | CVW-8 |
| VA-35 | 6 A6E, 3 KA6D | 33 | 6 | 274 | CVW-8 |
| CVW-3 | -- | 4 | 5 | 9 | USS J. F. KENNEDY |
| VF-11 | 10 F14 | 28 | 6 | 259 | CVW-3 |
| VF-31 | 10 F14 | 30 | 7 | 274 | CVW-3 |
| VA-75 | 9 A6E, 5 KA6D | 32 | 5 | 287 | CVW-3 |
| CVW-1 | -- | 6 | 2 | 8 | COMFITWING ONE |
| VF-33 | 4 F14A | 20 | 5 | 232 | CVW-1 |
| VA-34 | 9 A6E, 4 KA6D | 31 | 6 | 261 | CVW-1 |
| VF-102 | 6 F14A | 13 | 2 | 247 | CVW-1 |
| **Deployable Unit Totals:** | 204 | 525 | 135 | 4,671 | |

Deployed Units Supported (Non-Reserve)

Commercial Air Carriers: DC-8, B707, B727, B747, CONVAIR 990, DC-9, DC-10 L-1011, A-300, LR-25

Reserve Forces/Training Units

| Units Supported | On Board Aircraft | On Board Officer Aviation AcDu | On Board Officer Aviation SelRes | On Board Officer Other AcDu | On Board Officer Other SelRes | On Board Enlisted AcDu | On Board Enlisted SelRes |
|---|---|---|---|---|---|---|---|
| VC-12 | 14 TA4J | 6 | 15 | -- | 11 | 77 | 93 |
| **Air Reserve Totals:** | 14 | 6 | 15 | -- | 11 | 77 | 93 |

| | Aircraft | Personnel Officer | Personnel Enlisted | Personnel (RON) Officer | Personnel (RON) Enlisted |
|---|---|---|---|---|---|
| Average Daily Transients: | 11 | 30 | 12 | 10 | 5 |

REMARKS: (1) Data Services support provided to all tenant activities.

[redacted]



DECLASSIFIED