DECLASSIFIED

[redacted]

DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, DC 20350

Canc frp: Oct 83
OPNAVNOTE C5400
Ser 515/C405459
24 November 1982

[redacted]- Unclassified upon removal of enclosure (2)

OPNAV NOTICE C5400

Subj: Naval Aeronautical Organization for October 1982; promulgation of

Ref: (a) OPNAVINST C5513.2A (NOTAL)

Encl: (1) Station listing format requirements
(2) Naval Aeronautical Organization

1. Purpose. To provide statistical information concerning the Naval Aeronautical Organization (NAO). It contains primarily the current base loading of the aeronautical shore activities of the naval establishment. The NAO is published semi-annually and contains information corrected to 1 April and 1 October of each year.

2. Cancellation. OPNAV NOTICE C5400 Ser 511/C405282 of 8 June 1982 cancelled by this notice and will be destroyed by burning. No report of destruction is necessary.

3. Corrections. Addressees responsible for the information in various sections of this publication are requested to notify the Chief of Naval Operations (Op-511) of any errors or omissions. In particular, commanding officers of each station are requested to review the command and support relationships and base loading figures pertaining to the station. A revised edition of that portion, reflecting the 1 April 1983 situation, should be forwarded to the Chief of Naval Operations by 1 March 1983, in the format of enclosure (1). When changes are minor in nature, it is requested that the updated report be carefully and legibly updated by pen and ink changes.

4. Classification. Users of this publication may refer to reference (a) if necessary to ascertain the proper classification of extracted information.

5. Report. Report Symbol OPNAV 5400-3 is assigned to this report.

6. Action. Each addressee is requested to review his/her need for this notice and to reply by letter to CNO (OP-515) if continued distribution is required. Activities not responding will automatically be dropped from distribution effective with the 1 April 1983 edition.

7. Cancellation Contingency. This notice will be cancelled upon receipt of the next edition of the Naval Aeronautical Organization.

R. H. COOKE
By direction

[redacted]

[redacted]

DECLASSIFIED

DECLASSIFIED

[redacted]

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

Furnishing Limited Support To: (Continued)

Fleet Logistics Support Squadron 58, Jacksonville, FL
Fleet Composite Squadron 6 (VC-6) Det Dam Neck, Virginia Beach, VA
Carrier Airborne Early Warning Squadron 120 (VAW-120), Norfolk, VA
Carrier Airborne Early Warning Squadron 121 (VAW-121), Norfolk, VA
Carrier Airborne Early Warning Squadron 122 (VAW-122), Norfolk, VA
Carrier Airborne Early Warning Squadron 123 (VAW-123), Norfolk, VA
Carrier Airborne Early Warning Squadron 124 (VAW-124), Norfolk, VA
Carrier Airborne Early Warning Squadron 125 (VAW-125), Norfolk, VA
Carrier Airborne Early Warning Squadron 126 (VAW-126), Norfolk, VA
Atlantic Division, Naval Facilities Engineering Command, Norfolk, Virginia
U. S. Army, Fort Story, Virginia Beach, VA
20th NORAD/CONAD Region, Fort Lee AFS, Petersburg, Virginia
Langley Air Force Base, Virginia
District of Columbia, ANG, Andrews AFB, Washington, DC
Armed Forces Staff College, VA
Virginia National Guard, Richmond, VA
Kentucky Air National Guard
West Virginia Air National Guard
Seymour Johnson Air Force Base, North Carolina
U. S. Coast Guard Air Station, Elizabeth City, North Carolina
Aviation Supply Office, Philadelphia, PA
Naval Air Logistics Control Office, Alameda, CA
Naval Aviation Logistics Center, Patuxent River, MD
Naval Air Test Center, Patuxent River, MD
Naval Weapons Support Center, Crane, IN
Naval Public Works Center, Norfolk, VA
Naval Air Reserve Unit, Norfolk, VA
Pacific Missile Test Center, Point Mugu, CA
Marine Corps Air Station, Cherry Point, North Carolina
Marine Corps Air Station (Helicopter), New River, Jacksonville, North Carolina
Marine Wing Headquarters Squadron 2, MCAS, Cherry Point, North Carolina
Marine Corps Air Base East, Cherry Point, NC

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation/Other | | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| Permanent Naval Units (Non-Reserve) | | | | | |
| NAS | 3 SH3G | 12 | 22 | 345 | COMTACWINGSLANT |
| A/C OP DET | -- | -- | -- | 114 | CO NAS OCEANA |
| Base Consolidated Telecommunications | | -- | -- | 20 | CO NAS OCEANA |
| ALF Fentress | -- | -- | 1 | 40 | CO NAS OCEANA |
| Dare County/Palmetto Point Target Complex | -- | -- | -- | -- | CO NAS OCEANA |
| AIMD | -- | -- | 13 | 426 | CO NAS OCEANA |
| COMTACWINGSLANT | -- | 7 | 5 | 8 | COMNAVAIRLANT |
| COMFITWING ONE | -- | 15 | 7 | 20 | COMTACWINGSLANT |
| VF-43 | 4 F5E, 4 A4E, 3 TA4J, 1 A4F, 3 T2C, 1 T38 | 21 | 4 | 123 | COMFITWING ONE |
| VF-101 | 31 F14 | 45 | 16 | 451 | COMFITWING ONE |
| Students | -- | 82 | -- | 192 | -- |
| VF-171 | 9 F4J, 7 F4S | 19 | 11 | 205 | COMFITWING ONE |
| Students | -- | 20 | -- | 140 | -- |
| COMMATWING ONE | -- | 12 | 4 | 19 | COMTACWINGSLANT |
| VA-42 | 3 TC4C, 12 A6E | 40 | 16 | 297 | COMMATWING ONE |
| Students | -- | 58 | -- | 230 | -- |
| FASOTRAGRULANT DET | -- | 3 | 3 | 179 | FASOTRAGRULANT |

[redacted]

DECLASSIFIED

DECLASSIFIED

[redacted]

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation | Officer On Board Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Permanent Naval Units (Non-Reserve) (Continued)** | | | | | |
| Branch Legal Services Office, Oceana | -- | -- | 5 | 4 | OIC NAVLEGSVCOFF, Norfolk, VA |
| NAVOCEANCOMDET OCEANA | -- | -- | 1 | 18 | NAVOCEANCOMFAC JAX |
| NAESU REP | -- | 1 | -- | 2 | NAESU Phila., PA |
| NAMTRADET | -- | 1 | 1 | 238 | CO NAMTRAGRU MFS |
| ROICC | -- | -- | 3 | -- | LANTDIVNAVFACENGCOM |
| Naval Investigative Resident Agent | -- | -- | -- | -- | NISRA Little Creek |
| Branch Commissary Store | -- | -- | 1 | 19 | OIC COMSYSTOREG, Norfolk |
| Navy Exchange NAS Oceana | -- | -- | 1 | -- | CO NAS Oceana |
| NAVREGMEDCEN Branch Disp. | -- | 1 | 13 | 75 | NRMC Portsmouth VA |
| NAVREGDENCEN Oceana Branch | -- | -- | 10 | 18 | NRDC Norfolk, VA |
| FACSFAC VACAPES | -- | -- | 9 | 101 | COMTACWINGSLANT |
| CB Unit 415 | -- | -- | 1 | 31 | CO NAS Oceana |
| East Coast Tactical Aircrew Training System | -- | -- | -- | -- | FMSAEG, Corona, CA |
| FLTAVCOMLANT Det Oceana | -- | -- | 1 | 55 | FLTAVCOMLANT NORVA |
| PERSUPPACT Det Oceana | -- | -- | 2 | 84 | PERSUPPACT NORVA |
| **Permanent Non-Naval Units (Non-Reserve)** | | | | | |
| 20th Air Defense Squadron USAF Det Alpha | -- | -- | 1 | 37 | 20th NORAD Region Fort Lee, VA |
| FAA Rep | -- | -- | -- | -- | -- |
| American Red Cross | -- | -- | -- | -- | -- |
| First and Merchants Bank | -- | -- | -- | -- | -- |
| Federal Credit Union | -- | -- | -- | -- | -- |
| Navy Relief Society | -- | -- | -- | -- | -- |
| Western Union | -- | -- | -- | -- | -- |
| U. S. Post Office | -- | -- | -- | -- | -- |
| NAS Nursery | -- | -- | -- | -- | -- |
| Navy Wives Club of America #143 | | -- | -- | -- | -- |
| Officer and Enlisted Wives Club | | -- | -- | -- | -- |
| Boy Scouts of America (Troop 414) | | -- | -- | -- | -- |
| Princess Anne Bowmen's Club | -- | -- | -- | -- | -- |
| Golden Eagles Motorcycle Club | | -- | -- | -- | -- |
| Thrift Shop | -- | -- | -- | -- | -- |
| Virginia Beach Little League | -- | -- | -- | -- | -- |
| Embry-Riddle Aeronautical Univ. | | -- | -- | -- | -- |
| **Permanent Unit Totals:** | | | | | |
| Total Military: | 81 | 337 | 151 | 3,491 | |

| | USDH | NFUSC | CONTR | FND | NFFNC | FNI |
|---|---|---|---|---|---|---|
| Total Civilian: | 756 | 571 | 1,458 | -- | -- | -- |

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation | Officer On Board Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Deployable Units (Non-Reserve)** | | | | | |
| CVW-6 | -- | 6 | 2 | 8 | USS INDEPENDENCE |
| VF-14 | 12 F14 | 25 | 6 | 229 | CVW-6 |

[redacted]



DECLASSIFIED

[redacted]

ATLANTIC CONTINENTAL FLEET SUPPORT STATIONS

OCEANA, VIRGINIA BEACH, VIRGINIA (Continued)

| Activities and Units Supported | Aircraft On Board | Officer On Board Aviation | Officer On Board Other | Enlisted On Board | Administrative Superior |
|---|---|---|---|---|---|
| **Deployable Units (Non-Reserve) (Continued)** | | | | | |
| VF-32 | 12 F14 | 28 | 6 | 253 | CVW-6 |
| VA-176 | 10 A6E, 4 KA6D | 32 | 6 | 257 | CVW-6 |
| CVW-17 | -- | 4 | 6 | 9 | CO USS FORRESTAL |
| VF-103 | 12 F4S | 28 | 4 | 227 | CVW-17 |
| VF-74 | 12 F4S | 29 | 5 | 235 | CVW-17 |
| VA-85 | 9 A6E, 5 KA6D | 30 | 5 | 264 | CVW-17 |
| CVW-7 | -- | 4 | 5 | 9 | USS EISENHOWER |
| VF-142 | 12 F14 | 17 | 8 | 230 | CVW-7 |
| VF-143 | 12 F14 | 19 | 7 | 244 | CVW-7 |
| VA-65 | 8 A6E, 5 KA6D | 30 | 7 | 248 | CVW-7 |
| CVW-8 | -- | 4 | 5 | 9 | CO USS NIMITZ |
| VF-41 | 12 F14 | 26 | 6 | 229 | CVW-8 |
| VF-84 | 12 F14 | 26 | 7 | 265 | CVW-8 |
| VA-35 | 9 A6E, 5 KA6D | 32 | 4 | 273 | CVW-8 |
| CVW-3 | -- | 4 | 5 | 9 | USS J. F. KENNEDY |
| VF-11 | 12 F14 | 23 | 4 | 226 | CVW-3 |
| VF-31 | 12 F14 | 23 | 8 | 246 | CVW-3 |
| VA-75 | 9 A6E, 4 KA6D | 32 | 5 | 264 | CVW-3 |
| CVW-1 | -- | 6 | 2 | 8 | USS AMERICA |
| VF-33 | 12 F14A | 24 | 6 | 240 | CVW-1 |
| VA-34 | 10 A6E, 5 KA6D | 30 | 6 | 269 | CVW-1 |
| VF-102 | 12 F14A | 26 | 8 | 261 | CVW-1 |
| **Deployable Unit Totals:** | 227 | 508 | 133 | 4,512 | |

Deployed Units Supported (Non-Reserve)

Commercial Air Carriers: DC-8, B707, B727, B747, CONVAIR 990, DC-9, DC-10 L-1011, A-300, LR-25, LR-35, MU2.

Reserve Forces/Training Units

| Units Supported | On Board Aircraft | On Board Aviation AcDu | On Board Aviation SelRes | Officer Other AcDu | Officer Other SelRes | On Board Enlisted AcDu | On Board Enlisted SelRes |
|---|---|---|---|---|---|---|---|
| VC-12 | 14 TA4J | 7 | 15 | -- | -- | 78 | 100 |
| Air Reserve Totals: | 14 | 7 | 15 | -- | -- | 78 | 100 |

| | Aircraft | Personnel Officer | Personnel Enlisted | Personnel (RON) Officer | Personnel (RON) Enlisted |
|---|---|---|---|---|---|
| Average Daily Transients: | 11 | 30 | 12 | 10 | 5 |

REMARKS: (1) Data Services support provided to all tenant activities.

[redacted]

DECLASSIFIED