**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, *et al*., | ) | |
| *Plaintiffs,* | ) | No.: 01-201L<br>(Honorable Victor J. Wolski) |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| *Defendant*. | ) | |

**PLAINTIFFS' MOTION TO SUPPLEMENT**
**THE RECORD ON SUMMARY JUDGMENT**

Plaintiffs, by their undersigned attorneys, hereby move to supplement the record on summary judgment with two exhibits namely: (1) Appendix A-Single Event Noise Levels from Report No. AESO 312-78-01 dated October 1978, Aircraft Noise Survey, Naval Air Station Oceana and Auxiliary Landing Field, Fentress (OCE039712; OCE039747-039760), and (2) Printout of file F18CD-NoiseMapNoiseCurves.txt (OCE208345-208354).

The Court held oral argument on the motion for summary judgment on June 20, 2006. During the argument of Martin Wolf, counsel for Plaintiffs, Mr. Wolf alluded to a comparison of the single event noise measurements for the various aircraft that have been discussed in the motion. Although unable to identify the source of the information at that time, Mr. Wolf committed to providing such information to the Court after the argument. The proffered exhibits contain the single event noise data.

Plaintiffs have marked within each exhibit the specific entry of the SEL noise metric @ 1,000 ft. altitude for takeoff and landing for the following aircraft: F-4, A-6, F-14 and F/A-18. A comparison of the marked entries shows the following comparison:

| Aircraft | Takeoff | Landing |
|---|---|---|
| F-4 | 115.3 dB | 104.7 dB |
| A-6 | 112.8 dB | 110.2 dB |
| F-14 | 109.8 dB | 97.1 dB |
| F/A-18 | 118.2 dB | 108.3 dB |

WHEREFORE, Plaintiffs request that the proffered exhibits be added to the record to be considered by the Court in deciding the motion for summary judgment, and for such further relief as justice demands.

Dated: June 28, 2006

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Counsel of Record for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kfquinn@quinnlaw.com
mwolf@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles B. Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Blvd., Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com