R.W. Rebby

BD213

REPORT NO. AESO 312-78-01
OCTOBER 1978

Aircraft Environmental Support Office
Naval Air Systems Command
Naval Air Rework Facility
North Island, California 92135

EXHIBIT
Px 175
2-10-06 DA

# AIRCRAFT NOISE SURVEY

## NAVAL AIR STATION, OCEANA
## AND
## AUXILIARY LANDING FIELD, FENTRESS

NEPSS
Naval
Environmental
Protection
Support
Service

Flight Track & Noise Zone
Negatives Within

OCE039712

# APPENDIX A

## Single Event Noise Levels

## F-4 Afterburner Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 311 F-4 1

| DIST | INTEG. 'A'-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 128.0 | 133.0 |
| 250. FT | 126.1 | 131.1 |
| 315. FT | 124.0 | 129.0 |
| 400. FT | 121.8 | 126.8 |
| 500. FT | 119.6 | 124.6 |
| 630. FT | 117.4 | 122.5 |
| 800. FT | 115.4 | 120.5 |
| 1000. FT | 113.5 | 118.6 |
| 1250. FT | 111.7 | 116.8 |
| 1600. FT | 109.8 | 115.1 |
| 2000. FT | 108.0 | 113.3 |
| 2500. FT | 105.9 | 111.5 |
| 3150. FT | 103.5 | 109.6 |
| 4000. FT | 100.9 | 107.6 |
| 5000. FT | 97.7 | 105.4 |
| 6300. FT | 94.2 | 103.2 |
| 8000. FT | 91.1 | 100.8 |
| 10000. FT | 87.7 | 98.2 |
| 12500. FT | 83.6 | 95.4 |
| 16000. FT | 79.5 | 92.4 |
| 20000. FT | 74.7 | 89.2 |
| 25000. FT | 69.3 | 85.8 |

## F-4 Takeoff Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 313 F-4 3

| DIST | INTEG. 'A'-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 122.7 | 127.7 |
| 250. FT | 121.1 | 126.1 |
| 315. FT | 119.3 | 124.3 |
| 400. FT | 117.5 | 122.5 |
| 500. FT | 115.7 | 120.7 |
| 630. FT | 113.9 | 118.9 |
| 800. FT | 112.1 | 117.1 |
| 1000. FT | 110.3 | 115.3 |
| 1250. FT | 108.5 | 113.5 |
| 1600. FT | 106.7 | 111.7 |
| 2000. FT | 104.8 | 109.9 |
| 2500. FT | 102.8 | 107.9 |
| 3150. FT | 100.6 | 105.8 |
| 4000. FT | 98.1 | 103.6 |
| 5000. FT | 95.1 | 101.2 |
| 6300. FT | 91.8 | 98.6 |
| 8000. FT | 88.5 | 95.7 |
| 10000. FT | 84.9 | 92.5 |
| 12500. FT | 80.9 | 89.0 |
| 16000. FT | 76.2 | 85.2 |
| 20000. FT | 70.9 | 81.1 |
| 25000. FT | 64.9 | 76.7 |

## F-4 Landing Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 315 F-4 5

| DIST | INTEG. 'A'-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 108.8 | 113.8 |
| 250. FT | 107.6 | 112.6 |
| 315. FT | 106.4 | 111.4 |
| 400. FT | 105.2 | 110.2 |
| 500. FT | 103.9 | 108.9 |
| 630. FT | 102.6 | 107.6 |
| 800. FT | 101.1 | 106.2 |
| 1000. FT | 99.6 | 104.7 |
| 1250. FT | 98.0 | 103.2 |
| 1600. FT | 96.3 | 101.5 |
| 2000. FT | 94.5 | 99.7 |
| 2500. FT | 92.4 | 97.9 |
| 3150. FT | 90.1 | 95.8 |
| 4000. FT | 87.4 | 93.6 |
| 5000. FT | 84.2 | 91.3 |
| 6300. FT | 80.7 | 88.8 |
| 8000. FT | 77.2 | 86.2 |
| 10000. FT | 73.4 | 83.4 |
| 12500. FT | 69.2 | 80.5 |
| 16000. FT | 64.5 | 77.5 |
| 20000. FT | 59.3 | 74.3 |
| 25000. FT | 53.7 | 70.9 |

## F-5 Afterburner Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 461 F-5E 1

| DIST | INTEG. 'A'-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 121.1 | 126.1 |
| 250. FT | 119.2 | 124.2 |
| 315. FT | 117.1 | 122.1 |
| 400. FT | 115.1 | 120.1 |
| 500. FT | 113.0 | 118.0 |
| 630. FT | 111.1 | 116.1 |
| 800. FT | 109.2 | 114.3 |
| 1000. FT | 107.5 | 112.6 |
| 1250. FT | 105.7 | 110.9 |
| 1600. FT | 103.9 | 109.2 |
| 2000. FT | 102.1 | 107.4 |
| 2500. FT | 100.0 | 105.6 |
| 3150. FT | 97.7 | 103.6 |
| 4000. FT | 95.0 | 101.6 |
| 5000. FT | 91.6 | 99.4 |
| 6300. FT | 88.2 | 97.1 |
| 8000. FT | 85.0 | 94.6 |
| 10000. FT | 81.4 | 91.8 |
| 12500. FT | 77.4 | 88.9 |
| 16000. FT | 72.8 | 85.6 |
| 20000. FT | 67.8 | 82.5 |
| 25000. FT | 62.1 | 78.9 |



OCE039749

EXHIBIT PX175

F-5 Takeoff Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 463 F-5E 3

| DIST | INTEG. 'A'-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 115.4 | 120.4 |
| 250. FT | 114.0 | 119.0 |
| 315. FT | 112.7 | 117.7 |
| 400. FT | 111.3 | 116.3 |
| 500. FT | 109.8 | 114.8 |
| 630. FT | 108.3 | 113.3 |
| 800. FT | 106.7 | 111.7 |
| 1000. FT | 105.0 | 110.0 |
| 1250. FT | 103.2 | 108.3 |
| 1600. FT | 101.3 | 106.4 |
| 2000. FT | 99.3 | 104.3 |
| 2500. FT | 97.0 | 102.1 |
| 3150. FT | 94.5 | 99.7 |
| 4000. FT | 91.8 | 97.0 |
| 5000. FT | 88.6 | 94.1 |
| 6300. FT | 85.0 | 91.0 |
| 8000. FT | 81.2 | 87.6 |
| 10000. FT | 76.9 | 83.9 |
| 12500. FT | 72.2 | 80.0 |
| 16000. FT | 66.9 | 76.0 |
| 20000. FT | 61.1 | 72.0 |
| 25000. FT | 54.9 | 67.8 |

F-5 Cruise Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 464 F-5E 4

| DIST | INTEG. 'A'-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 93.5 | 98.5 |
| 250. FT | 92.3 | 97.3 |
| 315. FT | 91.1 | 96.1 |
| 400. FT | 89.9 | 94.9 |
| 500. FT | 88.6 | 93.6 |
| 630. FT | 87.3 | 92.3 |
| 800. FT | 85.9 | 90.9 |
| 1000. FT | 84.3 | 89.4 |
| 1250. FT | 82.7 | 87.8 |
| 1600. FT | 80.9 | 86.0 |
| 2000. FT | 79.0 | 84.2 |
| 2500. FT | 76.9 | 82.1 |
| 3150. FT | 74.5 | 79.9 |
| 4000. FT | 71.7 | 77.5 |
| 5000. FT | 68.5 | 74.8 |
| 6300. FT | 64.8 | 72.0 |
| 8000. FT | 61.1 | 69.0 |
| 10000. FT | 57.0 | 65.9 |
| 12500. FT | 52.5 | 62.6 |
| 16000. FT | 47.5 | 59.1 |
| 20000. FT | 42.0 | 55.5 |
| 25000. FT | 35.9 | 51.8 |

F-5 Landing Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 465 F-5E 5

| DIST | INTEG. TAI-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 96.1 | 101.1 |
| 250. FT | 94.9 | 99.9 |
| 315. FT | 93.8 | 98.8 |
| 400. FT | 92.5 | 97.5 |
| 500. FT | 91.3 | 96.3 |
| 630. FT | 89.9 | 95.0 |
| 800. FT | 88.6 | 93.6 |
| 1000. FT | 87.1 | 92.1 |
| 1250. FT | 85.5 | 90.6 |
| 1600. FT | 83.8 | 89.0 |
| 2000. FT | 82.0 | 87.2 |
| 2500. FT | 79.9 | 85.3 |
| 3150. FT | 77.6 | 83.3 |
| 4000. FT | 75.0 | 81.1 |
| 5000. FT | 71.8 | 78.8 |
| 6300. FT | 68.4 | 76.3 |
| 8000. FT | 65.0 | 73.6 |
| 10000. FT | 61.2 | 70.8 |
| 12500. FT | 57.0 | 67.9 |
| 16000. FT | 52.4 | 64.7 |
| 20000. FT | 47.2 | 61.4 |
| 25000. FT | 41.6 | 58.0 |

A-4 Takeoff Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1303 A-4 3

| DIST | INTEG. TAI-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 121.6 | 126.6 |
| 250. FT | 119.6 | 124.6 |
| 315. FT | 117.6 | 122.6 |
| 400. FT | 115.5 | 120.5 |
| 500. FT | 113.6 | 118.6 |
| 630. FT | 111.7 | 116.7 |
| 800. FT | 109.9 | 114.9 |
| 1000. FT | 108.0 | 113.1 |
| 1250. FT | 106.2 | 111.2 |
| 1600. FT | 104.3 | 109.3 |
| 2000. FT | 102.2 | 107.2 |
| 2500. FT | 100.0 | 105.1 |
| 3150. FT | 97.6 | 102.7 |
| 4000. FT | 94.8 | 100.2 |
| 5000. FT | 91.3 | 97.4 |
| 6300. FT | 87.3 | 94.2 |
| 8000. FT | 83.5 | 90.7 |
| 10000. FT | 79.2 | 86.7 |
| 12500. FT | 74.2 | 82.0 |
| 16000. FT | 68.4 | 76.7 |
| 20000. FT | 61.6 | 70.7 |
| 25000. FT | 53.7 | 64.1 |

**A-4 Cruise Power**

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1304 A-4 4

| DIST | INTEG. (A)-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 93.9 | 98.9 |
| 250. FT | 92.6 | 97.6 |
| 315. FT | 91.2 | 96.2 |
| 400. FT | 89.7 | 94.7 |
| 500. FT | 88.2 | 93.2 |
| 630. FT | 86.5 | 91.5 |
| 800. FT | 84.8 | 89.8 |
| 1000. FT | 82.9 | 88.0 |
| 1250. FT | 81.0 | 86.0 |
| 1600. FT | 78.8 | 83.9 |
| 2000. FT | 76.6 | 81.7 |
| 2500. FT | 74.1 | 79.3 |
| 3150. FT | 71.4 | 76.8 |
| 4000. FT | 68.4 | 74.1 |
| 5000. FT | 64.9 | 71.3 |
| 6300. FT | 60.9 | 68.2 |
| 8000. FT | 57.0 | 65.0 |
| 10000. FT | 52.6 | 61.5 |
| 12500. FT | 47.9 | 57.9 |
| 16000. FT | 42.5 | 54.0 |
| 20000. FT | 36.6 | 49.9 |
| 25000. FT | 30.1 | 45.6 |

**A-4 Landing Power**

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1305 A-4 5

| DIST | INTEG. (A)-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 105.2 | 110.2 |
| 250. FT | 104.1 | 109.1 |
| 315. FT | 102.9 | 107.9 |
| 400. FT | 101.7 | 106.7 |
| 500. FT | 100.4 | 105.4 |
| 630. FT | 99.0 | 104.1 |
| 800. FT | 97.6 | 102.7 |
| 1000. FT | 96.2 | 101.2 |
| 1250. FT | 94.6 | 99.7 |
| 1600. FT | 92.9 | 98.1 |
| 2000. FT | 91.1 | 96.4 |
| 2500. FT | 89.2 | 94.6 |
| 3150. FT | 86.9 | 92.7 |
| 4000. FT | 84.3 | 90.6 |
| 5000. FT | 81.3 | 88.5 |
| 6300. FT | 77.9 | 86.1 |
| 8000. FT | 74.8 | 83.6 |
| 10000. FT | 71.3 | 80.9 |
| 12500. FT | 67.4 | 77.9 |
| 16000. FT | 63.1 | 74.8 |
| 20000. FT | 58.2 | 71.4 |
| 25000. FT | 52.8 | 67.7 |

A-6 Takeoff Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1323 A-6 5

| DIST | INTEG. (A)-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 117.1 | 122.1 |
| 250. FT | 116.0 | 121.0 |
| 315. FT | 114.7 | 119.7 |
| 400. FT | 113.5 | 118.5 |
| 500. FT | 112.2 | 117.2 |
| 630. FT | 110.8 | 115.8 |
| 800. FT | 109.3 | 114.3 |
| 1000. FT | 107.8 | 112.8 |
| 1250. FT | 106.2 | 111.2 |
| 1600. FT | 104.5 | 109.5 |
| 2000. FT | 102.7 | 107.7 |
| 2500. FT | 100.6 | 105.7 |
| 3150. FT | 98.4 | 103.6 |
| 4000. FT | 95.9 | 101.3 |
| 5000. FT | 93.0 | 98.8 |
| 6300. FT | 89.6 | 96.0 |
| 8000. FT | 86.3 | 92.9 |
| 10000. FT | 82.5 | 89.5 |
| 12500. FT | 78.2 | 85.8 |
| 15000. FT | 73.3 | 81.8 |
| 20000. FT | 67.7 | 77.4 |
| 25000. FT | 61.3 | 72.9 |

A-6 Landing Power

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1325 A-6 5

| DIST | INTEG. (A)-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 113.9 | 118.9 |
| 250. FT | 112.8 | 117.8 |
| 315. FT | 111.6 | 116.6 |
| 400. FT | 110.4 | 115.4 |
| 500. FT | 109.2 | 114.2 |
| 630. FT | 107.9 | 112.9 |
| 800. FT | 105.6 | 111.6 |
| 1000. FT | 105.1 | 110.2 |
| 1250. FT | 103.6 | 108.8 |
| 1600. FT | 102.0 | 107.3 |
| 2000. FT | 100.3 | 105.7 |
| 2500. FT | 98.3 | 104.0 |
| 3150. FT | 96.0 | 102.2 |
| 4000. FT | 93.4 | 100.3 |
| 5000. FT | 90.3 | 98.3 |
| 6300. FT | 86.8 | 96.1 |
| 8000. FT | 83.8 | 93.7 |
| 10000. FT | 80.4 | 91.2 |
| 12500. FT | 76.7 | 88.4 |
| 16000. FT | 72.4 | 85.5 |
| 20000. FT | 67.7 | 82.2 |
| 25000. FT | 62.5 | 78.7 |



OCE039753

EXHIBIT PX175

**F-14 Afterburner Power**

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1361 F-14 1

| DIST | INTEG. *A*-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 119.9 | 124.9 |
| 250. FT | 118.7 | 123.7 |
| 315. FT | 117.4 | 122.4 |
| 400. FT | 115.2 | 121.2 |
| 500. FT | 114.9 | 119.9 |
| 630. FT | 113.5 | 118.5 |
| 800. FT | 112.1 | 117.1 |
| 1000. FT | 110.6 | 115.6 |
| 1250. FT | 109.0 | 114.1 |
| 1600. FT | 107.3 | 112.4 |
| 2000. FT | 105.5 | 110.7 |
| 2500. FT | 103.4 | 108.8 |
| 3150. FT | 101.2 | 106.9 |
| 4000. FT | 98.5 | 104.8 |
| 5000. FT | 95.5 | 102.6 |
| 6300. FT | 92.0 | 100.2 |
| 8000. FT | 88.9 | 97.7 |
| 10000. FT | 85.4 | 94.9 |
| 12500. FT | 81.4 | 92.0 |
| 16000. FT | 77.1 | 86.9 |
| 20000. FT | 72.2 | 85.5 |
| 25000. FT | 66.8 | 81.9 |

**F-14 Takeoff Power**

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1363 F-14 3

| DIST | INTEG. *A*-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 114.6 | 119.6 |
| 250. FT | 113.3 | 118.3 |
| 315. FT | 112.1 | 117.1 |
| 400. FT | 110.7 | 115.7 |
| 500. FT | 109.4 | 114.4 |
| 630. FT | 107.9 | 112.9 |
| 800. FT | 106.4 | 111.4 |
| 1000. FT | 104.8 | 109.8 |
| 1250. FT | 103.1 | 108.1 |
| 1600. FT | 101.3 | 106.3 |
| 2000. FT | 99.4 | 104.4 |
| 2500. FT | 97.2 | 102.3 |
| 3150. FT | 94.9 | 100.0 |
| 4000. FT | 92.0 | 97.5 |
| 5000. FT | 88.6 | 94.7 |
| 6300. FT | 84.6 | 91.6 |
| 8000. FT | 80.8 | 88.1 |
| 10000. FT | 76.5 | 84.2 |
| 12500. FT | 71.6 | 79.7 |
| 16000. FT | 65.9 | 74.7 |
| 20000. FT | 59.4 | 69.2 |
| 25000. FT | 51.8 | 63.3 |

**F-14 Cruise Power**

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1364 F-14 4

| DIST | INTEG. (A)-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 97.6 | 102.6 |
| 250. FT | 96.0 | 101.0 |
| 315. FT | 94.2 | 99.2 |
| 400. FT | 92.4 | 97.4 |
| 500. FT | 90.3 | 95.3 |
| 630. FT | 88.1 | 93.1 |
| 800. FT | 85.7 | 90.8 |
| 1000. FT | 83.2 | 88.3 |
| 1250. FT | 80.6 | 85.7 |
| 1600. FT | 77.9 | 83.1 |
| 2000. FT | 75.2 | 80.4 |
| 2500. FT | 72.3 | 77.7 |
| 3150. FT | 69.1 | 75.0 |
| 4000. FT | 65.5 | 72.2 |
| 5000. FT | 61.4 | 69.3 |
| 6300. FT | 56.8 | 66.4 |
| 8000. FT | 52.5 | 63.3 |
| 10000. FT | 47.8 | 60.1 |
| 12500. FT | 42.7 | 56.7 |
| 16000. FT | 37.1 | 53.1 |
| 20000. FT | 31.1 | 49.1 |
| 25000. FT | 24.6 | 44.9 |

**F-14 Landing Power**

FLIGHT NOISE LEVEL PROFILE (SEL ) NAME= 1365 F-14 5

| DIST | INTEG. (A)-WEIGHTED NOISE LEVEL GRND-TO-GRND | AIR-TO-GRND |
|---|---|---|
| 200. FT | 105.9 | 110.9 |
| 250. FT | 104.4 | 109.4 |
| 315. FT | 102.8 | 107.8 |
| 400. FT | 101.1 | 106.1 |
| 500. FT | 99.1 | 104.1 |
| 630. FT | 97.0 | 102.0 |
| 800. FT | 94.7 | 99.7 |
| 1000. FT | 92.1 | 97.1 |
| 1250. FT | 89.2 | 94.3 |
| 1600. FT | 86.1 | 91.2 |
| 2000. FT | 82.9 | 88.0 |
| 2500. FT | 79.5 | 84.8 |
| 3150. FT | 76.2 | 81.8 |
| 4000. FT | 72.7 | 78.9 |
| 5000. FT | 68.9 | 76.0 |
| 6300. FT | 64.7 | 73.2 |
| 8000. FT | 60.8 | 70.3 |
| 10000. FT | 56.7 | 67.3 |
| 12500. FT | 52.1 | 64.2 |
| 16000. FT | 47.1 | 60.9 |
| 20000. FT | 41.6 | 57.4 |
| 25000. FT | 35.6 | 53.6 |

## A-4 Idle

ANGLE IN DEGREES

| DIST | 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 93.6 | 94.0 | 83.6 | 79.9 | 83.3 | 85.2 | 84.4 | 82.0 | 62.0 |
| 250.0 FT | 91.3 | 91.7 | 81.4 | 77.7 | 81.1 | 83.0 | 82.3 | 79.8 | 59.8 |
| 315.0 FT | 89.0 | 89.4 | 79.1 | 75.5 | 78.8 | 80.7 | 80.1 | 77.5 | 57.6 |
| 400.0 FT | 86.6 | 87.0 | 76.7 | 73.2 | 76.5 | 78.4 | 77.9 | 75.3 | 55.3 |
| 500.0 FT | 84.1 | 84.5 | 74.2 | 70.8 | 74.1 | 75.1 | 75.6 | 73.0 | 53.0 |
| 630.0 FT | 81.5 | 81.9 | 71.7 | 68.4 | 71.6 | 73.7 | 73.3 | 70.6 | 50.5 |
| 800.0 FT | 78.7 | 79.2 | 69.1 | 65.9 | 69.1 | 71.3 | 71.0 | 69.1 | 48.1 |
| 1000.0 FT | 75.8 | 76.2 | 66.3 | 63.3 | 66.6 | 68.8 | 68.5 | 65.6 | 45.6 |
| 1250.0 FT | 72.7 | 73.1 | 63.4 | 60.6 | 63.9 | 66.2 | 65.1 | 63.0 | 43.0 |
| 1600.0 FT | 69.4 | 69.8 | 60.3 | 57.8 | 61.2 | 63.6 | 63.6 | 60.4 | 40.4 |
| 2000.0 FT | 65.9 | 66.1 | 57.1 | 54.9 | 58.4 | 60.9 | 61.0 | 57.7 | 37.7 |
| 2500.0 FT | 62.1 | 62.1 | 53.7 | 51.7 | 55.4 | 58.0 | 58.1 | 54.6 | 34.5 |
| 3150.0 FT | 58.0 | 57.7 | 50.0 | 48.4 | 52.1 | 54.7 | 54.8 | 51.2 | 31.2 |
| 4000.0 FT | 53.7 | 52.8 | 46.1 | 44.7 | 48.5 | 51.1 | 51.2 | 47.5 | 27.5 |
| 5000.0 FT | 48.6 | 47.4 | 41.7 | 40.6 | 44.5 | 47.1 | 47.1 | 43.2 | 23.2 |
| 6300.0 FT | 43.9 | 41.6 | 37.0 | 36.2 | 40.1 | 42.7 | 42.8 | 38.6 | 19.3 |
| 8000.0 FT | 39.0 | 35.7 | 32.3 | 32.0 | 36.1 | 38.8 | 39.0 | 35.1 | 15.1 |
| 10000.0 FT | 33.9 | 29.8 | 27.4 | 27.6 | 31.8 | 34.5 | 34.9 | 31.1 | 11.1 |
| 12500.0 FT | 28.6 | 23.9 | 22.1 | 22.7 | 27.1 | 29.8 | 30.4 | 26.7 | 5.7 |
| 16000.0 FT | 22.7 | 17.7 | 16.4 | 17.4 | 21.9 | 24.7 | 25.5 | 22.0 | 2.0 |
| 20000.0 FT | 16.3 | 11.3 | 10.2 | 11.6 | 16.2 | 19.1 | 20.1 | 16.7 | -3.3 |
| 25000.0 FT | 9.2 | 4.5 | 3.6 | 5.1 | 10.0 | 12.9 | 14.0 | 10.9 | -9.1 |

## A-4 Military

ANGLE IN DEGREES

| DIST. | 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 103.2 | 103.4 | 106.4 | 109.6 | 118.6 | 121.2 | 115.6 | 110.3 | 90.3 |
| 250.0 FT | 101.0 | 106.3 | 104.2 | 107.4 | 116.5 | 119.1 | 113.7 | 108.2 | 85.2 |
| 315.0 FT | 96.9 | 104.1 | 102.1 | 105.3 | 114.4 | 117.0 | 111.6 | 105.1 | 86.1 |
| 400.0 FT | 96.7 | 101.9 | 99.5 | 103.0 | 112.3 | 114.8 | 109.5 | 104.0 | 84.0 |
| 500.0 FT | 94.4 | 99.7 | 97.6 | 100.8 | 110.1 | 112.7 | 107.3 | 101.4 | 81.2 |
| 630.0 FT | 92.1 | 97.4 | 95.3 | 98.5 | 107.8 | 110.4 | 105.0 | 99.5 | 79.5 |
| 800.0 FT | 89.7 | 95.1 | 93.0 | 96.1 | 105.5 | 108.2 | 102.7 | 97.1 | 77.1 |
| 1000.0 FT | 87.3 | 92.7 | 90.5 | 93.6 | 103.2 | 105.9 | 100.3 | 94.7 | 74.7 |
| 1250.0 FT | 84.8 | 90.2 | 88.0 | 91.0 | 100.7 | 103.3 | 97.7 | 92.1 | 72.1 |
| 1600.0 FT | 82.2 | 87.6 | 85.4 | 88.4 | 98.2 | 100.8 | 95.0 | 89.5 | 69.5 |
| 2000.0 FT | 79.5 | 84.9 | 82.6 | 85.6 | 95.5 | 98.1 | 92.2 | 86.7 | 65.7 |
| 2500.0 FT | 76.5 | 82.0 | 79.7 | 82.6 | 92.6 | 95.1 | 89.1 | 83.6 | 63.5 |
| 3150.0 FT | 73.2 | 78.9 | 76.4 | 79.4 | 89.5 | 91.8 | 85.7 | 80.3 | 60.3 |
| 4000.0 FT | 69.6 | 75.5 | 72.9 | 75.8 | 85.9 | 88.1 | 81.9 | 76.6 | 56.5 |
| 5000.0 FT | 65.6 | 71.6 | 68.9 | 71.8 | 81.4 | 84.0 | 77.8 | 72.5 | 52.5 |
| 6300.0 FT | 61.2 | 67.3 | 64.5 | 67.4 | 77.5 | 79.6 | 73.4 | 68.2 | 48.2 |
| 8000.0 FT | 57.1 | 63.1 | 60.4 | 63.3 | 73.6 | 75.8 | 69.5 | 64.3 | 44.3 |
| 10000.0 FT | 52.7 | 58.5 | 55.9 | 58.8 | 69.4 | 71.7 | 65.5 | 60.2 | 40.2 |
| 12500.0 FT | 47.9 | 53.4 | 51.0 | 54.0 | 64.7 | 67.2 | 61.1 | 55.7 | 35.7 |
| 16000.0 FT | 42.6 | 47.9 | 45.6 | 48.6 | 59.6 | 62.4 | 56.4 | 50.9 | 30.9 |
| 20000.0 FT | 36.9 | 41.6 | 39.7 | 42.8 | 54.0 | 57.1 | 51.3 | 45.7 | 25.7 |
| 25000.0 FT | 30.6 | 34.8 | 33.2 | 36.3 | 47.9 | 51.3 | 46.0 | 40.2 | 20.2 |



OCE039756

EXHIBIT PX175

## F-4 Idle

| DIST | ANGLE IN DEGREES 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 160.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 93.5 | 87.7 | 84.9 | 80.7 | 81.3 | 82.7 | 82.4 | 80.9 | 76.5 | 64.1 |
| 250.0 FT | 91.3 | 85.5 | 82.7 | 78.6 | 79.2 | 80.5 | 80.2 | 78.8 | 74.4 | [illegible] |
| 315.0 FT | 89.1 | 83.3 | 80.6 | 76.4 | 77.0 | 78.3 | 78.1 | 75.6 | 72.3 | 59.9 |
| 400.0 FT | 86.8 | 81.0 | 78.3 | 74.2 | 74.7 | 76.1 | 75.9 | 74.4 | 70.1 | 57.6 |
| 500.0 FT | 84.5 | 78.7 | 76.0 | 72.0 | 72.4 | 73.9 | 73.6 | 72.1 | 67.9 | 55.5 |
| 630.0 FT | 82.1 | 76.3 | 73.7 | 69.6 | 70.0 | 71.5 | 71.3 | 69.9 | 65.5 | 53.3 |
| 800.0 FT | 79.7 | 73.8 | 71.2 | 67.3 | 67.6 | 69.1 | 68.9 | 67.3 | 63.1 | 51.0 |
| 1000.0 FT | 77.1 | 71.2 | 68.7 | 64.8 | 65.1 | 66.7 | 66.5 | 64.8 | 60.6 | 48.6 |
| 1250.0 FT | 74.4 | 68.4 | 66.1 | 62.2 | 62.5 | 64.1 | 63.9 | 62.2 | 58.0 | 45.9 |
| 1600.0 FT | 71.5 | 65.6 | 63.3 | 59.6 | 59.8 | 61.5 | 61.2 | 59.5 | 55.3 | 43.2 |
| 2000.0 FT | 68.4 | 62.5 | 60.4 | 56.8 | 57.0 | 58.7 | 58.5 | 56.7 | 52.5 | 40.3 |
| 2500.0 FT | 65.1 | 59.2 | 57.2 | 53.7 | 53.9 | 55.5 | 55.4 | 53.4 | 49.4 | 36.5 |
| 3150.0 FT | 61.5 | 55.7 | 53.7 | 50.3 | 50.4 | 52.2 | 52.0 | 49.8 | 45.8 | 33.1 |
| 4000.0 FT | 57.5 | 51.8 | 49.8 | 46.5 | 46.6 | 48.5 | 48.2 | 45.8 | 41.9 | 29.9 |
| 5000.0 FT | 53.1 | 47.4 | 45.5 | 42.4 | 42.3 | 44.3 | 44.0 | 41.5 | 37.5 | 24.3 |
| 6300.0 FT | 46.1 | 42.6 | 40.7 | 37.9 | 37.9 | 39.8 | 39.6 | 36.9 | 33.1 | 19.6 |
| 8000.0 FT | 42.7 | 37.8 | 36.3 | 34.0 | 33.9 | 35.9 | 35.8 | 33.2 | 29.2 | 16.0 |
| 10000.0 FT | 36.8 | 32.6 | 31.6 | 29.8 | 29.6 | 31.8 | 31.6 | 29.2 | 25.1 | 12.3 |
| 12500.0 FT | 30.7 | 27.2 | 26.6 | 25.3 | 25.1 | 27.3 | 27.5 | 25.0 | 20.8 | 8.4 |
| 16000.0 FT | 24.4 | 21.5 | 21.7 | 20.4 | 20.2 | 22.5 | 22.8 | 20.6 | 16.3 | 4.4 |
| 20000.0 FT | 18.0 | 15.4 | 15.3 | 15.2 | 15.1 | 17.4 | 17.6 | 15.8 | 11.5 | 0.3 |
| 25000.0 FT | 11.3 | 9.0 | 10.4 | 9.7 | 9.8 | 12.0 | 12.4 | 10.8 | 6.7 | -3.6 |

## F-4 Afterburner

| DIST | ANGLE IN DEGREES 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 108.4 | 115.2 | 119.5 | 122.2 | 130.4 | 131.6 | 132.[illegible] | 131.3 | 111.3 |
| 250.0 FT | 106.3 | 113.1 | 117.4 | 120.0 | 128.3 | 129.5 | 130.7 | 129.2 | 109.2 |
| 315.0 FT | 104.2 | 110.9 | 115.2 | 117.9 | 126.2 | 127.4 | 128.5 | 127.1 | 107.1 |
| 400.0 FT | 102.1 | 108.8 | 113.0 | 115.7 | 124.0 | 125.2 | 126.4 | 125.0 | 105.0 |
| 500.0 FT | 99.9 | 106.6 | 110.7 | 113.5 | 121.8 | 123.0 | 124.2 | 122.9 | 102.9 |
| 630.0 FT | 97.7 | 104.3 | 108.4 | 111.2 | 119.6 | 120.8 | 121.9 | 120.7 | 100.7 |
| 800.0 FT | 95.4 | 102.0 | 106.1 | 108.9 | 117.3 | 118.5 | 119.7 | 118.4 | 98.4 |
| 1000.0 FT | 93.0 | 99.6 | 103.6 | 106.5 | 114.9 | 116.1 | 117.3 | 116.[illegible] | 96.1 |
| 1250.0 FT | 90.6 | 97.1 | 101.1 | 104.0 | 112.4 | 113.6 | 114.8 | 113.5 | 93.6 |
| 1600.0 FT | 88.0 | 94.6 | 98.5 | 101.4 | 109.9 | 111.0 | 112.2 | 111.1 | 91.1 |
| 2000.0 FT | 85.4 | 91.9 | 95.8 | 98.7 | 107.2 | 108.3 | 109.5 | 108.4 | 88.4 |
| 2500.0 FT | 82.4 | 89.0 | 92.8 | 95.7 | 104.3 | 105.4 | 106.5 | 105.3 | 85.3 |
| 3150.0 FT | 79.3 | 85.8 | 89.6 | 92.6 | 101.1 | 102.1 | 103.3 | 101.9 | 81.9 |
| 4000.0 FT | 75.6 | 82.3 | 86.0 | 89.0 | 97.5 | 98.5 | 99.6 | 98.1 | 78.1 |
| 5000.0 FT | 71.5 | 78.2 | 81.9 | 85.0 | 93.4 | 94.4 | 95.4 | 93.9 | 73.9 |
| 6300.0 FT | 67.1 | 73.9 | 77.5 | 80.6 | 89.0 | 90.0 | 91.0 | 89.4 | 69.4 |
| 8000.0 FT | 63.3 | 69.9 | 73.5 | 76.6 | 85.1 | 86.2 | 87.2 | 85.7 | 65.7 |
| 10000.0 FT | 59.1 | 65.6 | 69.2 | 72.2 | 80.9 | 82.0 | 83.0 | 81.7 | 61.7 |
| 12500.0 FT | 54.6 | 60.9 | 64.4 | 67.5 | 76.3 | 77.4 | 78.5 | 77.3 | 57.3 |
| 16000.0 FT | 49.6 | 55.7 | 59.2 | 62.3 | 71.3 | 72.4 | 73.6 | 72.5 | 52.5 |
| 20000.0 FT | 44.1 | 50.0 | 53.5 | 56.5 | 65.7 | 66.9 | 68.1 | 67.3 | 47.3 |
| 25000.0 FT | 38.1 | 43.7 | 47.1 | 50.2 | 59.6 | 61.0 | 62.2 | 61.6 | 41.6 |

## F-5 Intermediate

ANGLE IN DEGREES

| DIST | 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 160.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 90.2 | 86.0 | 84.7 | 84.6 | 83.9 | 85.1 | 87.3 | 87.7 | 83.7 | 63.7 |
| 250.0 FT | 87.9 | 84.6 | 82.5 | 82.5 | 81.8 | 83.1 | 85.2 | 85.6 | 81.7 | 61.7 |
| 315.0 FT | 85.5 | 82.3 | 80.3 | 80.3 | 79.7 | 81.0 | 83.2 | 83.5 | 79.6 | 59.6 |
| 400.0 FT | 83.1 | 80.0 | 78.1 | 78.1 | 77.5 | 78.9 | 81.0 | 81.4 | 77.5 | 57.5 |
| 500.0 FT | 80.7 | 77.6 | 75.7 | 75.8 | 75.3 | 76.7 | 78.8 | 79.2 | 75.3 | 55.3 |
| 630.0 FT | 78.1 | 75.1 | 73.3 | 73.4 | 73.0 | 74.4 | 76.5 | 77.0 | 72.9 | 52.9 |
| 800.0 FT | 75.5 | 72.6 | 70.9 | 71.0 | 70.6 | 72.1 | 74.2 | 74.7 | 70.5 | 50.5 |
| 1000.0 FT | 72.8 | 69.9 | 68.3 | 68.5 | 68.1 | 69.7 | 71.8 | 72.3 | 68.0 | 48.0 |
| 1250.0 FT | 69.9 | 67.2 | 65.6 | 65.8 | 65.5 | 67.1 | 69.2 | 69.8 | 65.3 | 45.3 |
| 1600.0 FT | 67.0 | 64.3 | 62.8 | 63.0 | 62.7 | 64.4 | 66.5 | 67.1 | 62.5 | 42.5 |
| 2000.0 FT | 63.9 | 61.3 | 59.8 | 60.1 | 59.8 | 61.6 | 63.6 | 64.4 | 59.5 | 39.5 |
| 2500.0 FT | 60.5 | 58.0 | 56.6 | 56.9 | 56.6 | 58.4 | 60.4 | 61.3 | 56.2 | 36.2 |
| 3150.0 FT | 56.9 | 54.4 | 53.1 | 53.4 | 53.0 | 54.9 | 56.9 | 57.9 | 52.6 | 32.6 |
| 4000.0 FT | 53.0 | 50.5 | 49.2 | 49.6 | 49.1 | 50.9 | 53.1 | 54.2 | 48.6 | 28.6 |
| 5000.0 FT | 48.6 | 46.1 | 45.0 | 45.4 | 44.8 | 46.6 | 48.8 | 50.0 | 44.2 | 24.2 |
| 6300.0 FT | 43.9 | 41.5 | 40.5 | 41.0 | 40.3 | 42.2 | 44.3 | 45.6 | 39.8 | 19.8 |
| 8000.0 FT | 39.6 | 37.6 | 36.5 | 37.0 | 36.6 | 38.6 | 40.5 | 41.9 | 36.2 | 16.2 |
| 10000.0 FT | 35.0 | 33.5 | 32.3 | 32.8 | 32.7 | 34.7 | 36.5 | 37.9 | 32.5 | 12.5 |
| 12500.0 FT | 30.2 | 29.2 | 27.7 | 28.3 | 28.5 | 30.5 | 32.2 | 33.5 | 28.4 | 8.4 |
| 16000.0 FT | 25.1 | 24.4 | 22.9 | 23.4 | 23.9 | 25.9 | 27.6 | 28.8 | 24.1 | 4.1 |
| 20000.0 FT | 19.6 | 19.4 | 17.7 | 18.3 | 19.0 | 21.0 | 22.6 | 23.7 | 19.6 | -0.4 |
| 25000.0 FT | 13.7 | 13.9 | 12.3 | 12.8 | 13.9 | 15.8 | 17.4 | 18.3 | 15.0 | -5.0 |

## F-5 Afterburner

ANGLE IN DEGREES

| DIST | 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 160.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 107.4 | 108.5 | 111.5 | 112.7 | 116.4 | 123.0 | 121.6 | 121.3 | 109.9 | 89.9 |
| 250.0 FT | 105.2 | 106.3 | 109.3 | 110.5 | 114.4 | 120.9 | 119.6 | 119.2 | 107.8 | 87.8 |
| 315.0 FT | 103.1 | 104.1 | 107.1 | 108.3 | 112.3 | 118.7 | 117.5 | 117.1 | 105.8 | 85.8 |
| 400.0 FT | 100.9 | 101.9 | 104.7 | 106.0 | 110.1 | 116.5 | 115.4 | 115.0 | 103.6 | 83.6 |
| 500.0 FT | 98.7 | 99.7 | 102.4 | 103.7 | 108.0 | 114.3 | 113.2 | 112.8 | 101.5 | 81.5 |
| 630.0 FT | 96.4 | 97.3 | 99.9 | 101.3 | 105.7 | 112.0 | 111.0 | 110.5 | 99.2 | 79.2 |
| 800.0 FT | 94.0 | 94.9 | 97.4 | 98.9 | 103.4 | 109.7 | 109.7 | 108.2 | 96.9 | 76.9 |
| 1000.0 FT | 91.6 | 92.4 | 94.8 | 96.3 | 101.1 | 107.3 | 105.3 | 105.8 | 94.4 | 74.4 |
| 1250.0 FT | 89.0 | 89.9 | 92.0 | 93.7 | 98.6 | 104.7 | 103.8 | 103.3 | 91.9 | 71.9 |
| 1600.0 FT | 86.4 | 87.2 | 89.2 | 91.0 | 96.0 | 102.1 | 101.2 | 100.7 | 89.2 | 69.2 |
| 2000.0 FT | 83.7 | 84.3 | 86.2 | 88.1 | 93.4 | 99.4 | 98.5 | 98.0 | 86.5 | 66.5 |
| 2500.0 FT | 80.7 | 81.3 | 83.0 | 85.0 | 90.4 | 96.3 | 95.4 | 94.9 | 83.4 | 63.4 |
| 3150.0 FT | 77.4 | 77.9 | 79.5 | 81.7 | 87.0 | 93.0 | 92.0 | 91.5 | 80.0 | 60.0 |
| 4000.0 FT | 73.8 | 74.2 | 75.6 | 78.1 | 83.3 | 89.3 | 88.2 | 87.7 | 76.2 | 56.2 |
| 5000.0 FT | 69.7 | 70.1 | 71.6 | 74.0 | 79.2 | 85.2 | 84.0 | 83.5 | 72.0 | 52.0 |
| 6300.0 FT | 65.3 | 65.6 | 67.0 | 69.6 | 74.8 | 80.8 | 79.6 | 79.1 | 67.5 | 47.5 |
| 8000.0 FT | 61.2 | 61.3 | 62.7 | 65.4 | 71.0 | 76.9 | 75.9 | 75.2 | 63.3 | 43.3 |
| 10000.0 FT | 56.3 | 55.7 | 58.1 | 60.8 | 66.8 | 72.8 | 71.9 | 71.3 | 59.7 | 39.7 |
| 12500.0 FT | 52.0 | 51.8 | 53.1 | 55.9 | 62.3 | 68.3 | 67.6 | 66.9 | 55.3 | 35.3 |
| 16000.0 FT | 46.8 | 46.5 | 47.7 | 50.5 | 57.4 | 63.4 | 62.9 | 62.2 | 50.5 | 30.5 |
| 20000.0 FT | 41.1 | 40.7 | 41.9 | 44.6 | 52.1 | 58.1 | 57.6 | 57.1 | 45.5 | 25.5 |
| 25000.0 FT | 34.8 | 34.5 | 35.6 | 38.3 | 46.3 | 52.3 | 52.4 | 51.6 | 40.2 | 20.2 |

## A-6 Idle

ANGLE IN DEGREES

| DIST | 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 160.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 101.3 | 93.5 | 84.4 | 84.9 | 86.3 | 86.4 | 84.5 | 82.6 | 67.5 | 74.5 |
| 250.0 FT | 99.0 | 91.2 | 82.1 | 82.5 | 84.1 | 84.2 | 82.4 | 80.5 | 65.3 | 72.3 |
| 315.0 FT | 96.6 | 88.8 | 79.8 | 80.2 | 81.8 | 82.0 | 80.2 | 78.4 | 63.1 | 70.1 |
| 400.0 FT | 94.2 | 86.4 | 77.4 | 77.8 | 79.5 | 79.9 | 78.0 | 76.2 | 60.8 | 67.9 |
| 500.0 FT | 91.6 | 83.8 | 74.9 | 75.4 | 77.2 | 77.5 | 75.7 | 74.0 | 58.5 | 65.6 |
| 630.0 FT | 89.0 | 81.2 | 72.3 | 72.8 | 74.8 | 75.1 | 73.4 | 71.7 | 56.2 | 63.2 |
| 800.0 FT | 86.1 | 78.4 | 69.6 | 70.2 | 72.4 | 72.7 | 71.0 | 69.3 | 53.8 | 60.7 |
| 1000.0 FT | 83.1 | 75.4 | 66.8 | 67.5 | 69.9 | 70.2 | 68.6 | 66.9 | 51.3 | 58.1 |
| 1250.0 FT | 79.9 | 72.3 | 63.9 | 64.6 | 67.3 | 67.7 | 66.0 | 64.3 | 48.7 | 55.3 |
| 1600.0 FT | 76.4 | 68.9 | 60.9 | 61.7 | 64.7 | 65.1 | 63.4 | 61.7 | 46.1 | 52.5 |
| 2000.0 FT | 72.6 | 65.3 | 57.8 | 58.7 | 62.0 | 62.4 | 60.6 | 58.9 | 43.4 | 49.5 |
| 2500.0 FT | 68.5 | 61.6 | 54.4 | 55.4 | 59.1 | 59.5 | 57.7 | 56.0 | 40.5 | 45.4 |
| 3150.0 FT | 64.1 | 57.5 | 50.9 | 52.0 | 55.9 | 56.3 | 54.4 | 52.7 | 37.4 | 43.0 |
| 4000.0 FT | 59.4 | 53.2 | 47.1 | 48.2 | 52.3 | 52.7 | 50.7 | 49.1 | 33.9 | 39.3 |
| 5000.0 FT | 54.5 | 48.6 | 42.8 | 44.0 | 46.2 | 48.7 | 46.6 | 45.0 | 29.8 | 35.3 |
| 6300.0 FT | 49.4 | 43.7 | 38.3 | 39.5 | 43.9 | 44.4 | 42.2 | 40.7 | 25.4 | 30.9 |
| 8000.0 FT | 44.7 | 39.3 | 34.2 | 35.6 | 40.1 | 40.7 | 38.5 | 37.0 | 21.7 | 27.0 |
| 10000.0 FT | 39.8 | 34.7 | 29.6 | 31.4 | 35.0 | 35.6 | 34.4 | 33.0 | 17.7 | 22.7 |
| 12500.0 FT | 34.6 | 29.8 | 25.0 | 26.8 | 31.5 | 32.1 | 30.0 | 28.5 | 13.2 | 18.1 |
| 16000.0 FT | 28.8 | 24.5 | 19.8 | 21.7 | 26.5 | 27.2 | 25.2 | 23.7 | 8.3 | 13.2 |
| 20000.0 FT | 22.5 | 18.6 | 14.2 | 16.2 | 21.0 | 21.7 | 19.9 | 18.4 | 2.8 | 8.1 |
| 25000.0 FT | 15.5 | 12.2 | 8.0 | 10.1 | 15.0 | 15.7 | 14.2 | 12.6 | -2.7 | 2.9 |

## A-6 Military

ANGLE IN DEGREES

| DIST | 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 109.7 | 115.6 | 116.7 | 119.5 | 125.8 | 129.7 | 109.7 | 104.0 | 84.0 |
| 250.0 FT | 107.5 | 113.4 | 114.5 | 117.3 | 123.6 | 127.6 | 107.6 | 101.9 | 81.9 |
| 315.0 FT | 105.4 | 111.3 | 112.3 | 115.0 | 121.5 | 125.4 | 105.5 | 99.7 | 79.7 |
| 400.0 FT | 103.2 | 109.1 | 110.0 | 112.7 | 119.3 | 123.3 | 103.3 | 97.5 | 77.5 |
| 500.0 FT | 101.0 | 106.8 | 107.7 | 110.4 | 117.1 | 121.0 | 101.1 | 95.3 | 75.3 |
| 630.0 FT | 98.7 | 104.5 | 105.3 | 108.0 | 114.8 | 118.8 | 98.7 | 93.0 | 73.0 |
| 800.0 FT | 96.4 | 102.2 | 102.8 | 105.5 | 112.4 | 116.5 | 96.4 | 90.7 | 70.7 |
| 1000.0 FT | 94.1 | 99.7 | 100.3 | 102.9 | 110.0 | 114.1 | 93.9 | 88.3 | 58.3 |
| 1250.0 FT | 91.7 | 97.2 | 97.6 | 100.2 | 107.5 | 111.6 | 91.3 | 85.9 | 65.8 |
| 1600.0 FT | 89.2 | 94.6 | 94.9 | 97.4 | 104.9 | 109.1 | 88.7 | 83.2 | 63.2 |
| 2000.0 FT | 86.6 | 91.9 | 92.0 | 94.5 | 102.3 | 105.4 | 85.9 | 80.6 | 60.6 |
| 2500.0 FT | 83.8 | 89.1 | 89.0 | 91.4 | 99.3 | 103.5 | 82.6 | 77.6 | 57.6 |
| 3150.0 FT | 80.7 | 86.0 | 85.7 | 88.0 | 96.1 | 100.2 | 79.5 | 74.3 | 54.3 |
| 4000.0 FT | 77.2 | 82.6 | 82.2 | 84.3 | 92.5 | 95.6 | 75.8 | 70.8 | 50.8 |
| 5000.0 FT | 73.1 | 78.7 | 78.2 | 80.2 | 88.4 | 92.5 | 71.7 | 66.7 | 46.7 |
| 6300.0 FT | 68.8 | 74.5 | 73.8 | 75.8 | 84.1 | 88.1 | 67.3 | 62.4 | 42.4 |
| 8000.0 FT | 65.0 | 70.3 | 69.4 | 71.3 | 80.1 | 84.2 | 63.2 | 58.4 | 38.4 |
| 10000.0 FT | 60.8 | 65.8 | 64.6 | 66.5 | 75.8 | 80.1 | 59.7 | 54.1 | 34.1 |
| 12500.0 FT | 56.2 | 60.8 | 60.3 | 61.3 | 71.2 | 75.5 | 53.9 | 49.4 | 29.4 |
| 16000.0 FT | 51.1 | 55.2 | 53.5 | 55.7 | 66.1 | 70.5 | 48.8 | 44.2 | 24.2 |
| 20000.0 FT | 45.4 | 48.8 | 47.0 | 49.6 | 60.5 | 65.0 | 43.4 | 38.6 | 18.6 |
| 25000.0 FT | 39.1 | 41.7 | 40.0 | 43.0 | 54.4 | 59.0 | 37.8 | 32.7 | 12.7 |

## F-14 Idle

ANGLE IN DEGREES

| DIST | 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 150.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 105.3 | 104.7 | 94.0 | 86.4 | 88.4 | 90.2 | 90.6 | 90.5 | 87.4 | 67.4 |
| 250.0 FT | 104.1 | 102.4 | 91.7 | 84.2 | 86.1 | 87.9 | 88.3 | 88.3 | 85.1 | 65.1 |
| 315.0 FT | 101.8 | 100.1 | 89.4 | 81.9 | 83.7 | 85.5 | 85.9 | 85.4 | 82.8 | 62.5 |
| 400.0 FT | 99.5 | 97.8 | 87.0 | 79.5 | 81.3 | 83.1 | 83.4 | 83.5 | 80.5 | 60.5 |
| 500.0 FT | 97.1 | 95.4 | 84.5 | 77.1 | 78.8 | 80.5 | 80.6 | 80.9 | 78.0 | 58.0 |
| 630.0 FT | 94.6 | 92.4 | 81.9 | 74.6 | 76.3 | 77.9 | 78.2 | 78.3 | 75.5 | 55.5 |
| 800.0 FT | 92.0 | 90.2 | 79.3 | 72.0 | 73.6 | 75.2 | 75.4 | 75.6 | 72.0 | 52.0 |
| 1000.0 FT | 89.2 | 87.5 | 76.4 | 69.2 | 70.8 | 72.3 | 72.5 | 72.7 | 70.1 | 50.1 |
| 1250.0 FT | 86.3 | 84.6 | 73.4 | 66.3 | 67.9 | 69.4 | 69.5 | 69.8 | 67.1 | 47.1 |
| 1600.0 FT | 83.2 | 81.4 | 70.2 | 63.3 | 64.8 | 66.3 | 66.4 | 66.7 | 64.0 | 44.0 |
| 2000.0 FT | 79.8 | 78.1 | 66.8 | 60.0 | 61.6 | 63.2 | 63.1 | 63.5 | 60.5 | 40.5 |
| 2500.0 FT | 76.2 | 74.4 | 63.1 | 56.5 | 58.0 | 59.8 | 59.6 | 60.1 | 57.0 | 37.0 |
| 3150.0 FT | 72.2 | 70.4 | 59.1 | 52.7 | 54.2 | 56.1 | 55.6 | 56.4 | 53.0 | 33.0 |
| 4000.0 FT | 67.7 | 65.9 | 54.6 | 48.5 | 49.9 | 52.1 | 51.6 | 52.3 | 48.6 | 28.6 |
| 5000.0 FT | 62.7 | 60.8 | 49.5 | 43.8 | 45.0 | 47.5 | 47.0 | 47.7 | 43.2 | 23.8 |
| 6300.0 FT | 56.9 | 55.0 | 43.5 | 38.7 | 39.8 | 42.8 | 42.0 | 42.8 | 38.5 | 18.5 |
| 8000.0 FT | 50.5 | 48.4 | 37.7 | 34.0 | 35.1 | 38.6 | 37.6 | 38.6 | 33.5 | 13.5 |
| 10000.0 FT | 43.3 | 41.0 | 31.3 | 29.4 | 30.4 | 34.4 | 33.2 | 34.4 | 28.7 | 8.7 |
| 12500.0 FT | 35.7 | 33.2 | 25.0 | 24.6 | 25.9 | 30.0 | 29.7 | 30.0 | 24.1 | 4.1 |
| 16000.0 FT | 28.4 | 25.6 | 19.1 | 19.8 | 21.2 | 25.2 | 24.0 | 25.2 | 19.4 | -0.5 |
| 20000.0 FT | 21.6 | 18.5 | 13.3 | 14.6 | 16.1 | 19.9 | 19.0 | 20.1 | 14.5 | -5.5 |
| 25000.0 FT | 14.8 | 11.5 | 7.3 | 9.0 | 10.7 | 14.2 | 13.7 | 14.6 | 9.6 | -10.4 |

## F-14 Intermediate

ANGLE IN DEGREES

| DIST | 0.0 | 40.0 | 70.0 | 90.0 | 110.0 | 120.0 | 130.0 | 140.0 | 150.0 | 180.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 200.0 FT | 108.9 | 106.9 | 100.1 | 92.6 | 94.7 | 94.0 | 94.5 | 93.1 | 88.5 | 68.5 |
| 250.0 FT | 106.7 | 104.6 | 97.8 | 90.3 | 92.3 | 91.6 | 92.2 | 90.8 | 86.2 | 66.2 |
| 315.0 FT | 104.3 | 102.3 | 95.4 | 87.9 | 89.9 | 89.2 | 89.7 | 88.4 | 83.9 | 63.9 |
| 400.0 FT | 101.9 | 99.8 | 93.0 | 85.5 | 87.4 | 86.7 | 87.3 | 86.0 | 81.4 | 61.4 |
| 500.0 FT | 99.3 | 97.3 | 90.4 | 83.0 | 84.9 | 84.2 | 84.7 | 83.5 | 78.9 | 58.9 |
| 630.0 FT | 96.7 | 94.6 | 87.8 | 80.3 | 82.1 | 81.5 | 82.0 | 80.9 | 76.3 | 56.3 |
| 800.0 FT | 93.9 | 91.8 | 84.9 | 77.6 | 79.3 | 78.7 | 79.2 | 78.2 | 73.6 | 53.6 |
| 1000.0 FT | 90.9 | 88.8 | 81.9 | 74.7 | 76.3 | 75.8 | 75.4 | 75.3 | 70.7 | 50.7 |
| 1250.0 FT | 87.7 | 85.5 | 78.7 | 71.6 | 73.2 | 72.8 | 73.4 | 72.3 | 67.6 | 47.6 |
| 1600.0 FT | 84.3 | 82.1 | 75.2 | 68.3 | 69.9 | 69.7 | 70.3 | 69.2 | 64.4 | 44.4 |
| 2000.0 FT | 80.6 | 78.3 | 71.4 | 64.8 | 66.5 | 66.5 | 67.1 | 66.0 | 60.9 | 40.4 |
| 2500.0 FT | 76.6 | 74.2 | 67.3 | 61.2 | 62.9 | 62.9 | 63.7 | 62.4 | 57.1 | 37.1 |
| 3150.0 FT | 72.5 | 69.8 | 62.9 | 57.2 | 59.0 | 59.2 | 59.9 | 58.5 | 53.0 | 33.0 |
| 4000.0 FT | 67.4 | 65.1 | 58.2 | 53.0 | 54.9 | 55.1 | 55.9 | 54.3 | 48.6 | 28.6 |
| 5000.0 FT | 62.1 | 60.0 | 53.2 | 48.4 | 50.4 | 50.7 | 51.5 | 49.7 | 43.8 | 23.8 |
| 6300.0 FT | 56.4 | 54.6 | 48.0 | 43.6 | 45.7 | 46.0 | 46.9 | 45.0 | 38.8 | 18.8 |
| 8000.0 FT | 51.0 | 49.3 | 43.0 | 39.4 | 41.6 | 42.2 | 43.1 | 41.2 | 34.6 | 14.6 |
| 10000.0 FT | 45.5 | 44.0 | 38.1 | 35.1 | 37.4 | 38.2 | 39.1 | 37.2 | 30.3 | 10.3 |
| 12500.0 FT | 40.3 | 38.5 | 33.0 | 30.5 | 32.8 | 33.8 | 34.6 | 33.0 | 25.8 | 5.8 |
| 16000.0 FT | 34.8 | 32.7 | 27.6 | 25.6 | 27.9 | 29.1 | 30.2 | 28.5 | 21.1 | 1.1 |
| 20000.0 FT | 29.0 | 26.6 | 21.9 | 20.3 | 22.6 | 24.0 | 25.2 | 23.8 | 15.2 | -3.8 |
| 25000.0 FT | 22.6 | 20.0 | 15.7 | 14.7 | 16.9 | 18.4 | 19.7 | 18.7 | 11.1 | -8.9 |