F18CD-NoiseMapNoiseCurves.txt

FLIGHT AIRCRAFT ID: FM04501

FLIGHT AIRCRAFT NAME: F-18A/C

ENGINE NAME: F404-GE-400&402

NUMBER OF ENGINES: 2

MEASURED FLIGHT NOISE DATA UPDATED: 01 NOV 1995

SOURCE OF FLIGHT NOISE DATA: U.S.A.F.

NUMBER OF POWER SETTINGS REQUESTED: 13

| PROFILE ID | INTERPOLATION TYPE | POWER SETTING | SPEED (KNOTS) | POWER DESCRIPTION |
|---|---|---|---|---|
| FM0450101 | VARIABLE | 77.10 % NC | 160 | TRAFFIC PATTERN |

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 101.3 | 101.3 | 105.5 | 105.8 | 100.7 | 100.7 | 113.1 | 113.4 |
| 250 | 99.8 | 99.8 | 103.8 | 104.1 | 98.6 | 98.6 | 110.8 | 111.1 |
| 315 | 98.2 | 96.9 | 102.1 | 101.8 | 96.4 | 95.1 | 108.5 | 108.2 |
| 400 | 96.6 | 94.1 | 100.4 | 99.0 | 94.2 | 91.8 | 106.2 | 104.8 |
| 500 | 94.9 | 91.6 | 98.4 | 96.2 | 91.9 | 88.6 | 103.6 | 101.4 |
| 630 | 93.3 | 89.0 | 96.3 | 93.2 | 89.7 | 85.4 | 100.9 | 97.8 |
| 800 | 91.5 | 86.5 | 94.1 | 90.1 | 87.3 | 82.3 | 98.1 | 94.1 |
| 1000 | 89.8 | 84.1 | 91.7 | 86.8 | 85.0 | 79.3 | 95.1 | 90.2 |
| 1250 | 87.9 | 81.7 | 89.3 | 83.5 | 82.6 | 76.3 | 92.1 | 86.3 |
| 1600 | 86.1 | 79.6 | 86.8 | 80.6 | 80.1 | 73.6 | 89.0 | 82.8 |
| 2000 | 84.1 | 77.5 | 84.5 | 77.8 | 77.5 | 70.9 | 86.1 | 79.4 |
| 2500 | 82.1 | 75.4 | 82.8 | 75.1 | 74.9 | 68.2 | 83.8 | 76.1 |
| 3150 | 80.0 | 73.3 | 80.7 | 72.3 | 72.2 | 65.5 | 81.1 | 72.7 |
| 4000 | 77.8 | 71.2 | 78.0 | 69.0 | 69.4 | 62.8 | 78.0 | 69.1 |
| 5000 | 75.5 | 68.8 | 75.2 | 65.8 | 66.5 | 59.8 | 74.9 | 65.5 |
| 6300 | 73.1 | 66.4 | 72.6 | 63.5 | 63.5 | 56.8 | 71.9 | 62.8 |
| 8000 | 70.5 | 63.7 | 69.6 | 60.9 | 60.3 | 53.5 | 68.6 | 59.9 |
| 10000 | 67.7 | 60.7 | 66.4 | 57.4 | 57.0 | 49.9 | 65.0 | 56.0 |
| 12500 | 64.8 | 56.9 | 63.1 | 53.3 | 53.4 | 45.5 | 61.1 | 51.3 |
| 16000 | 61.7 | 52.6 | 59.7 | 48.5 | 49.7 | 40.6 | 57.1 | 45.9 |
| 20000 | 58.4 | 47.8 | 55.7 | 42.2 | 45.8 | 35.2 | 52.5 | 39.0 |
| 25000 | 54.8 | 42.6 | 51.0 | 34.8 | 41.6 | 29.4 | 47.2 | 31.0 |

| | | | | |
|---|---|---|---|---|
| FM0450102 | VARIABLE | 81.00 % NC | 160 | TRAFFIC PATTERN |

| Distance | SEL (dB) | EPNL (EPNdB) | ALM (dBA) | PNLT (PNdB) |
|---|---|---|---|---|

F18CD-NoiseMapNoiseCurves.txt

| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
|---|---|---|---|---|---|---|---|---|
| 200 | 105.7 | 105.7 | 109.8 | 110.4 | 104.1 | 104.1 | 116.6 | 117.2 |
| 250 | 104.2 | 104.2 | 108.1 | 108.6 | 101.9 | 101.9 | 114.3 | 114.9 |
| 315 | 102.5 | 101.6 | 106.3 | 106.2 | 99.7 | 98.7 | 111.9 | 111.9 |
| 400 | 100.9 | 99.1 | 104.4 | 103.6 | 97.4 | 95.6 | 109.5 | 108.6 |
| 500 | 99.2 | 96.5 | 102.4 | 100.8 | 95.1 | 92.5 | 106.9 | 105.3 |
| 630 | 97.4 | 93.9 | 100.3 | 97.9 | 92.8 | 89.3 | 104.2 | 101.8 |
| 800 | 95.6 | 91.4 | 98.1 | 94.8 | 90.4 | 86.1 | 101.3 | 98.1 |
| 1000 | 93.7 | 88.8 | 95.7 | 91.6 | 87.9 | 83.0 | 98.4 | 94.3 |
| 1250 | 91.8 | 86.4 | 93.3 | 88.3 | 85.4 | 79.9 | 95.4 | 90.4 |
| 1600 | 89.8 | 84.2 | 90.7 | 85.5 | 82.8 | 77.1 | 92.2 | 86.9 |
| 2000 | 87.8 | 82.0 | 88.2 | 82.6 | 80.1 | 74.3 | 89.1 | 83.5 |
| 2500 | 85.7 | 79.8 | 85.9 | 79.8 | 77.4 | 71.6 | 86.2 | 80.1 |
| 3150 | 83.4 | 77.7 | 83.5 | 77.0 | 74.6 | 68.9 | 83.2 | 76.6 |
| 4000 | 81.1 | 75.6 | 80.7 | 73.8 | 71.7 | 66.1 | 79.9 | 73.1 |
| 5000 | 78.7 | 73.2 | 77.8 | 70.4 | 68.6 | 63.1 | 76.7 | 69.3 |
| 6300 | 76.1 | 70.7 | 74.9 | 67.4 | 65.5 | 60.1 | 73.4 | 66.0 |
| 8000 | 73.4 | 67.9 | 71.8 | 64.4 | 62.1 | 56.7 | 70.0 | 62.6 |
| 10000 | 70.5 | 64.8 | 68.6 | 60.8 | 58.7 | 53.0 | 66.4 | 58.7 |
| 12500 | 67.4 | 60.9 | 65.3 | 56.8 | 55.0 | 48.5 | 62.5 | 54.0 |
| 16000 | 64.1 | 56.5 | 61.8 | 51.9 | 51.1 | 43.5 | 58.5 | 48.6 |
| 20000 | 60.6 | 51.6 | 57.9 | 46.0 | 46.9 | 38.0 | 54.0 | 42.1 |
| 25000 | 56.8 | 46.3 | 53.4 | 38.5 | 42.6 | 32.1 | 48.9 | 34.0 |

FM0450103 VARIABLE 82.00 % NC 160 TRAFFIC PATTERN

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 106.9 | 106.9 | 110.9 | 111.5 | 105.0 | 105.0 | 117.5 | 118.2 |
| 250 | 105.3 | 105.3 | 109.1 | 109.8 | 102.8 | 102.8 | 115.2 | 115.9 |
| 315 | 103.6 | 102.8 | 107.3 | 107.4 | 100.5 | 99.6 | 112.8 | 112.9 |
| 400 | 102.0 | 100.3 | 105.4 | 104.8 | 98.3 | 96.6 | 110.3 | 109.6 |
| 500 | 100.2 | 97.8 | 103.5 | 102.0 | 95.9 | 93.5 | 107.7 | 106.3 |
| 630 | 98.5 | 95.2 | 101.3 | 99.1 | 93.6 | 90.3 | 105.0 | 102.8 |
| 800 | 96.7 | 92.6 | 99.1 | 96.0 | 91.1 | 87.1 | 102.2 | 99.1 |
| 1000 | 94.8 | 90.0 | 96.7 | 92.8 | 88.6 | 83.9 | 99.2 | 95.3 |
| 1250 | 92.8 | 87.6 | 94.3 | 89.6 | 86.1 | 80.9 | 96.2 | 91.5 |
| 1600 | 90.8 | 85.4 | 91.7 | 86.7 | 83.5 | 78.0 | 93.0 | 88.0 |
| 2000 | 88.7 | 83.1 | 89.1 | 83.8 | 80.8 | 75.2 | 89.8 | 84.5 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2500 | 86.6 | 81.0 | 86.7 | 81.0 | 78.1 | 72.5 | 86.8 | 81.1 |
| 3150 | 84.3 | 78.8 | 84.2 | 78.2 | 75.2 | 69.7 | 83.7 | 77.7 |
| 4000 | 82.0 | 76.7 | 81.3 | 75.0 | 72.3 | 67.0 | 80.5 | 74.1 |
| 5000 | 79.5 | 74.3 | 78.4 | 71.5 | 69.2 | 64.0 | 77.2 | 70.3 |
| 6300 | 76.9 | 71.8 | 75.5 | 68.4 | 66.0 | 60.9 | 73.8 | 66.8 |
| 8000 | 74.1 | 69.0 | 72.4 | 65.2 | 62.6 | 57.5 | 70.4 | 63.3 |
| 10000 | 71.2 | 65.9 | 69.1 | 61.7 | 59.1 | 53.8 | 66.8 | 59.4 |
| 12500 | 68.1 | 62.0 | 65.8 | 57.6 | 55.4 | 49.3 | 62.9 | 54.7 |
| 16000 | 64.7 | 57.5 | 62.4 | 52.8 | 51.4 | 44.2 | 58.8 | 49.3 |
| 20000 | 61.2 | 52.6 | 58.5 | 47.0 | 47.2 | 38.7 | 54.4 | 42.9 |
| 25000 | 57.3 | 47.3 | 54.0 | 39.5 | 42.8 | 32.8 | 49.3 | 34.8 |

FM0450104 VARIABLE 84.00 % NC 160 INTERMEDIATE POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 109.2 | 109.2 | 113.1 | 113.9 | 106.7 | 106.7 | 119.4 | 120.2 |
| 250 | 107.5 | 107.5 | 111.3 | 112.1 | 104.5 | 104.5 | 117.0 | 117.8 |
| 315 | 105.9 | 105.2 | 109.5 | 109.7 | 102.2 | 101.5 | 114.5 | 114.8 |
| 400 | 104.2 | 102.8 | 107.5 | 107.1 | 99.9 | 98.6 | 112.0 | 111.6 |
| 500 | 102.4 | 100.3 | 105.5 | 104.4 | 97.6 | 95.5 | 109.4 | 108.3 |
| 630 | 100.6 | 97.7 | 103.4 | 101.5 | 95.1 | 92.3 | 106.7 | 104.8 |
| 800 | 98.7 | 95.1 | 101.1 | 98.4 | 92.7 | 89.0 | 103.8 | 101.1 |
| 1000 | 96.8 | 92.5 | 98.8 | 95.3 | 90.1 | 85.8 | 100.9 | 97.4 |
| 1250 | 94.8 | 90.0 | 96.4 | 92.1 | 87.6 | 82.7 | 97.9 | 93.5 |
| 1600 | 92.8 | 87.7 | 93.8 | 89.2 | 84.9 | 79.8 | 94.7 | 90.1 |
| 2000 | 90.6 | 85.5 | 91.0 | 86.3 | 82.2 | 77.0 | 91.3 | 86.6 |
| 2500 | 88.4 | 83.3 | 88.3 | 83.4 | 79.3 | 74.2 | 88.0 | 83.1 |
| 3150 | 86.1 | 81.1 | 85.6 | 80.6 | 76.4 | 71.5 | 84.7 | 79.7 |
| 4000 | 83.7 | 78.9 | 82.7 | 77.4 | 73.4 | 68.7 | 81.5 | 76.1 |
| 5000 | 81.1 | 76.5 | 79.7 | 73.8 | 70.3 | 65.7 | 78.1 | 72.2 |
| 6300 | 78.5 | 74.0 | 76.6 | 70.4 | 67.0 | 62.6 | 74.6 | 68.4 |
| 8000 | 75.6 | 71.2 | 73.5 | 67.0 | 63.6 | 59.1 | 71.2 | 64.6 |
| 10000 | 72.6 | 68.0 | 70.2 | 63.5 | 60.0 | 55.4 | 67.5 | 60.7 |
| 12500 | 69.4 | 64.0 | 66.9 | 59.4 | 56.1 | 50.8 | 63.6 | 56.1 |
| 16000 | 66.0 | 59.5 | 63.5 | 54.6 | 52.1 | 45.6 | 59.6 | 50.7 |
| 20000 | 62.3 | 54.6 | 59.7 | 49.0 | 47.8 | 40.1 | 55.1 | 44.5 |
| 25000 | 58.4 | 49.2 | 55.2 | 41.4 | 43.3 | 34.1 | 50.1 | 36.3 |

FM0450105 VARIABLE 85.00 % NC 160 INTERMEDIATE POWER

F18CD-NoiseMapNoiseCurves.txt

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 110.7 | 110.7 | 114.5 | 115.2 | 107.9 | 107.9 | 120.6 | 121.3 |
| 250 | 109.0 | 109.0 | 112.8 | 113.5 | 105.7 | 105.7 | 118.2 | 118.9 |
| 315 | 107.4 | 106.7 | 110.9 | 111.0 | 103.4 | 102.8 | 115.7 | 115.9 |
| 400 | 105.6 | 104.4 | 108.9 | 108.5 | 101.1 | 99.9 | 113.2 | 112.7 |
| 500 | 103.9 | 101.9 | 106.9 | 105.8 | 98.7 | 96.7 | 110.6 | 109.4 |
| 630 | 102.0 | 99.3 | 104.8 | 102.9 | 96.3 | 93.5 | 107.8 | 105.9 |
| 800 | 100.2 | 96.6 | 102.5 | 99.8 | 93.8 | 90.3 | 105.0 | 102.2 |
| 1000 | 98.2 | 94.0 | 100.2 | 96.7 | 91.3 | 87.1 | 102.0 | 98.5 |
| 1250 | 96.2 | 91.4 | 97.7 | 93.4 | 88.7 | 83.9 | 99.0 | 94.6 |
| 1600 | 94.1 | 89.2 | 95.1 | 90.6 | 86.0 | 81.0 | 95.8 | 91.2 |
| 2000 | 91.9 | 86.9 | 92.4 | 87.6 | 83.2 | 78.2 | 92.4 | 87.7 |
| 2500 | 89.7 | 84.7 | 89.5 | 84.8 | 80.4 | 75.3 | 89.0 | 84.2 |
| 3150 | 87.4 | 82.5 | 86.8 | 81.9 | 77.4 | 72.6 | 85.6 | 80.8 |
| 4000 | 84.9 | 80.3 | 83.9 | 78.7 | 74.4 | 69.8 | 82.4 | 77.2 |
| 5000 | 82.3 | 77.9 | 80.9 | 75.1 | 71.2 | 66.7 | 79.0 | 73.3 |
| 6300 | 79.6 | 75.3 | 77.7 | 71.6 | 67.9 | 63.6 | 75.5 | 69.4 |
| 8000 | 76.8 | 72.4 | 74.6 | 68.1 | 64.4 | 60.1 | 72.0 | 65.5 |
| 10000 | 73.7 | 69.2 | 71.3 | 64.6 | 60.8 | 56.3 | 68.3 | 61.6 |
| 12500 | 70.5 | 65.2 | 68.0 | 60.5 | 57.0 | 51.7 | 64.5 | 56.9 |
| 16000 | 67.0 | 60.6 | 64.5 | 55.7 | 52.9 | 46.5 | 60.4 | 51.5 |
| 20000 | 63.3 | 55.7 | 60.6 | 50.2 | 48.6 | 40.9 | 55.9 | 45.4 |
| 25000 | 59.3 | 50.3 | 56.2 | 42.7 | 44.0 | 35.0 | 50.9 | 37.4 |

FM0450106 VARIABLE 94.00 % NC 160 TAKEOFF POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 126.9 | 126.9 | 131.0 | 131.0 | 121.2 | 121.2 | 134.6 | 134.6 |
| 250 | 125.2 | 125.2 | 129.1 | 129.1 | 118.8 | 118.8 | 132.1 | 132.1 |
| 315 | 123.4 | 122.5 | 127.1 | 126.1 | 116.5 | 115.6 | 129.5 | 128.5 |
| 400 | 121.6 | 119.9 | 125.0 | 123.3 | 114.0 | 112.3 | 126.8 | 125.1 |
| 500 | 119.7 | 117.2 | 122.7 | 120.4 | 111.6 | 109.0 | 123.9 | 121.6 |
| 630 | 117.8 | 114.4 | 120.2 | 117.3 | 109.1 | 105.7 | 120.9 | 117.9 |
| 800 | 115.9 | 111.7 | 117.8 | 114.0 | 106.5 | 102.4 | 117.8 | 114.0 |
| 1000 | 113.9 | 109.0 | 115.2 | 110.7 | 103.9 | 99.1 | 114.6 | 110.1 |
| 1250 | 111.9 | 106.4 | 112.6 | 107.2 | 101.3 | 95.9 | 111.4 | 106.0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1600 | 109.8 | 104.1 | 110.2 | 104.2 | 98.7 | 93.0 | 108.4 | 102.4 |
| 2000 | 107.7 | 101.8 | 107.7 | 101.3 | 95.9 | 90.0 | 105.3 | 98.9 |
| 2500 | 105.5 | 99.5 | 105.1 | 98.3 | 93.1 | 87.2 | 102.2 | 95.3 |
| 3150 | 103.2 | 97.3 | 102.6 | 95.3 | 90.2 | 84.3 | 99.0 | 91.7 |
| 4000 | 100.8 | 95.0 | 99.8 | 92.3 | 87.2 | 81.4 | 95.8 | 88.3 |
| 5000 | 98.2 | 92.4 | 96.9 | 89.1 | 84.1 | 78.3 | 92.6 | 84.8 |
| 6300 | 95.6 | 89.7 | 93.9 | 85.9 | 80.8 | 75.0 | 89.3 | 81.3 |
| 8000 | 92.8 | 86.7 | 90.8 | 82.6 | 77.4 | 71.4 | 85.9 | 77.6 |
| 10000 | 89.8 | 83.4 | 87.5 | 79.2 | 73.8 | 67.5 | 82.3 | 73.9 |
| 12500 | 86.6 | 79.3 | 84.3 | 75.2 | 70.0 | 62.8 | 78.5 | 69.3 |
| 16000 | 83.2 | 74.7 | 81.0 | 70.5 | 66.0 | 57.5 | 74.5 | 64.0 |
| 20000 | 79.5 | 69.6 | 77.3 | 65.6 | 61.7 | 51.9 | 70.3 | 58.5 |
| 25000 | 75.5 | 64.2 | 73.2 | 59.8 | 57.2 | 45.8 | 65.6 | 52.1 |

FM0450107 VARIABLE 96.50 % NC 160 TAKEOFF POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 131.4 | 131.4 | 135.5 | 135.5 | 124.7 | 124.7 | 138.5 | 138.5 |
| 250 | 129.6 | 129.6 | 133.6 | 133.6 | 122.4 | 122.4 | 136.0 | 136.0 |
| 315 | 127.8 | 126.8 | 131.6 | 130.5 | 120.0 | 119.0 | 133.4 | 132.2 |
| 400 | 126.0 | 124.0 | 129.4 | 127.5 | 117.5 | 115.5 | 130.6 | 128.7 |
| 500 | 124.0 | 121.2 | 127.0 | 124.6 | 115.0 | 112.2 | 127.6 | 125.2 |
| 630 | 122.1 | 118.4 | 124.5 | 121.4 | 112.5 | 108.8 | 124.5 | 121.4 |
| 800 | 120.2 | 115.7 | 122.0 | 118.1 | 109.9 | 105.5 | 121.3 | 117.4 |
| 1000 | 118.2 | 113.0 | 119.4 | 114.6 | 107.4 | 102.2 | 118.1 | 113.4 |
| 1250 | 116.2 | 110.5 | 116.7 | 111.2 | 104.8 | 99.0 | 114.9 | 109.3 |
| 1600 | 114.2 | 108.1 | 114.4 | 108.1 | 102.2 | 96.1 | 111.9 | 105.7 |
| 2000 | 112.1 | 105.8 | 112.0 | 105.1 | 99.5 | 93.2 | 109.0 | 102.1 |
| 2500 | 109.9 | 103.6 | 109.6 | 102.1 | 96.7 | 90.3 | 106.0 | 98.5 |
| 3150 | 107.7 | 101.3 | 107.1 | 99.1 | 93.9 | 87.5 | 102.9 | 94.8 |
| 4000 | 105.3 | 99.1 | 104.4 | 96.1 | 90.9 | 84.6 | 99.8 | 91.6 |
| 5000 | 102.9 | 96.5 | 101.6 | 93.1 | 87.8 | 81.5 | 96.7 | 88.2 |
| 6300 | 100.2 | 93.8 | 98.6 | 90.0 | 84.6 | 78.2 | 93.4 | 84.8 |
| 8000 | 97.5 | 90.9 | 95.6 | 87.0 | 81.2 | 74.6 | 90.0 | 81.4 |
| 10000 | 94.5 | 87.6 | 92.4 | 83.6 | 77.7 | 70.8 | 86.4 | 77.7 |
| 12500 | 91.4 | 83.6 | 89.2 | 79.7 | 73.9 | 66.1 | 82.7 | 73.1 |
| 16000 | 88.0 | 78.9 | 86.0 | 75.1 | 70.0 | 60.9 | 78.9 | 67.9 |
| 20000 | 84.4 | 73.9 | 82.5 | 70.2 | 65.8 | 55.2 | 74.8 | 62.5 |
| 25000 | 80.5 | 68.4 | 78.6 | 64.8 | 61.3 | 49.1 | 70.2 | 56.4 |

FM0450108 PARALLEL 85.66 % NC 160 APPROACH POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 116.0 | 116.0 | 119.7 | 120.3 | 115.4 | 115.4 | 127.8 | 128.4 |
| 250 | 114.4 | 114.4 | 118.0 | 118.5 | 113.2 | 113.2 | 125.5 | 126.0 |
| 315 | 112.8 | 111.5 | 116.2 | 115.9 | 111.0 | 109.7 | 123.1 | 122.8 |
| 400 | 111.2 | 108.7 | 114.2 | 113.1 | 108.7 | 106.3 | 120.5 | 119.4 |
| 500 | 109.5 | 106.1 | 112.2 | 110.3 | 106.5 | 103.1 | 117.9 | 116.0 |
| 630 | 107.8 | 103.6 | 110.1 | 107.3 | 104.1 | 99.9 | 115.2 | 112.4 |
| 800 | 106.0 | 101.0 | 107.9 | 104.3 | 101.8 | 96.8 | 112.4 | 108.8 |
| 1000 | 104.2 | 98.5 | 105.6 | 101.2 | 99.3 | 93.7 | 109.5 | 105.1 |
| 1250 | 102.3 | 96.1 | 103.5 | 97.9 | 96.9 | 90.7 | 106.8 | 101.2 |
| 1600 | 100.4 | 93.9 | 101.3 | 95.1 | 94.4 | 87.9 | 104.0 | 97.8 |
| 2000 | 98.4 | 91.8 | 99.0 | 92.2 | 91.8 | 85.2 | 101.1 | 94.3 |
| 2500 | 96.4 | 89.7 | 96.7 | 89.3 | 89.1 | 82.5 | 98.2 | 90.8 |
| 3150 | 94.2 | 87.6 | 94.4 | 86.5 | 86.4 | 79.8 | 95.3 | 87.4 |
| 4000 | 92.0 | 85.5 | 91.7 | 83.8 | 83.5 | 77.0 | 92.2 | 84.3 |
| 5000 | 89.6 | 83.1 | 88.9 | 80.8 | 80.6 | 74.1 | 89.0 | 80.9 |
| 6300 | 87.1 | 80.7 | 86.0 | 77.8 | 77.5 | 71.1 | 85.7 | 77.5 |
| 8000 | 84.4 | 78.0 | 83.0 | 75.0 | 74.2 | 67.8 | 82.3 | 74.3 |
| 10000 | 81.5 | 75.0 | 79.9 | 71.7 | 70.7 | 64.2 | 78.8 | 70.6 |
| 12500 | 78.4 | 71.2 | 76.8 | 68.0 | 67.0 | 59.8 | 75.1 | 66.3 |
| 16000 | 75.1 | 66.8 | 73.5 | 63.6 | 63.0 | 54.8 | 71.2 | 61.3 |
| 20000 | 71.5 | 61.9 | 69.9 | 58.4 | 58.8 | 49.3 | 66.9 | 55.5 |
| 25000 | 67.6 | 56.5 | 65.7 | 52.2 | 54.4 | 43.3 | 62.1 | 48.6 |

FM0450109 PARALLEL 85.66 % NC 160 APPROACH POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 116.0 | 116.0 | 119.7 | 120.3 | 115.4 | 115.4 | 127.8 | 128.4 |
| 250 | 114.4 | 114.4 | 118.0 | 118.5 | 113.2 | 113.2 | 125.5 | 126.0 |
| 315 | 112.8 | 111.5 | 116.2 | 115.9 | 111.0 | 109.7 | 123.1 | 122.8 |
| 400 | 111.2 | 108.7 | 114.2 | 113.1 | 108.7 | 106.3 | 120.5 | 119.4 |
| 500 | 109.5 | 106.1 | 112.2 | 110.3 | 106.5 | 103.1 | 117.9 | 116.0 |
| 630 | 107.8 | 103.6 | 110.1 | 107.3 | 104.1 | 99.9 | 115.2 | 112.4 |
| 800 | 106.0 | 101.0 | 107.9 | 104.3 | 101.8 | 96.8 | 112.4 | 108.8 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1000 | 104.2 | 98.5 | 105.6 | 101.2 | 99.3 | 93.7 | 109.5 | 105.1 |
| 1250 | 102.3 | 96.1 | 103.5 | 97.9 | 96.9 | 90.7 | 106.8 | 101.2 |
| 1600 | 100.4 | 93.9 | 101.3 | 95.1 | 94.4 | 87.9 | 104.0 | 97.8 |
| 2000 | 98.4 | 91.8 | 99.0 | 92.2 | 91.8 | 85.2 | 101.1 | 94.3 |
| 2500 | 96.4 | 89.7 | 96.7 | 89.3 | 89.1 | 82.5 | 98.2 | 90.8 |
| 3150 | 94.2 | 87.6 | 94.4 | 86.5 | 86.4 | 79.8 | 95.3 | 87.4 |
| 4000 | 92.0 | 85.5 | 91.7 | 83.8 | 83.5 | 77.0 | 92.2 | 84.3 |
| 5000 | 89.6 | 83.1 | 88.9 | 80.8 | 80.6 | 74.1 | 89.0 | 80.9 |
| 6300 | 87.1 | 80.7 | 86.0 | 77.8 | 77.5 | 71.1 | 85.7 | 77.5 |
| 8000 | 84.4 | 78.0 | 83.0 | 75.0 | 74.2 | 67.8 | 82.3 | 74.3 |
| 10000 | 81.5 | 75.0 | 79.9 | 71.7 | 70.7 | 64.2 | 78.8 | 70.6 |
| 12500 | 78.4 | 71.2 | 76.8 | 68.0 | 67.0 | 59.8 | 75.1 | 66.3 |
| 16000 | 75.1 | 66.8 | 73.5 | 63.6 | 63.0 | 54.8 | 71.2 | 61.3 |
| 20000 | 71.5 | 61.9 | 69.9 | 58.4 | 58.8 | 49.3 | 66.9 | 55.5 |
| 25000 | 67.6 | 56.5 | 65.7 | 52.2 | 54.4 | 43.3 | 62.1 | 48.6 |

FM0450110 PARALLEL 87.00 % NC 160 APPROACH POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 118.5 | 118.5 | 122.2 | 122.4 | 117.5 | 117.5 | 129.9 | 130.1 |
| 250 | 116.9 | 116.9 | 120.4 | 120.6 | 115.3 | 115.3 | 127.5 | 127.7 |
| 315 | 115.3 | 114.0 | 118.6 | 118.0 | 113.0 | 111.8 | 125.0 | 124.5 |
| 400 | 113.6 | 111.2 | 116.6 | 115.2 | 110.8 | 108.4 | 122.5 | 121.1 |
| 500 | 111.9 | 108.6 | 114.6 | 112.4 | 108.5 | 105.2 | 119.9 | 117.7 |
| 630 | 110.2 | 106.0 | 112.4 | 109.4 | 106.2 | 102.0 | 117.1 | 114.1 |
| 800 | 108.4 | 103.4 | 110.2 | 106.3 | 103.8 | 98.8 | 114.3 | 110.4 |
| 1000 | 106.5 | 100.9 | 107.9 | 103.2 | 101.3 | 95.7 | 111.4 | 106.7 |
| 1250 | 104.7 | 98.5 | 105.8 | 99.9 | 98.8 | 92.7 | 108.7 | 102.8 |
| 1600 | 102.7 | 96.3 | 103.6 | 97.0 | 96.3 | 89.9 | 105.9 | 99.3 |
| 2000 | 100.7 | 94.1 | 101.3 | 94.1 | 93.7 | 87.1 | 103.0 | 95.8 |
| 2500 | 98.6 | 91.9 | 98.9 | 91.2 | 91.0 | 84.3 | 100.0 | 92.3 |
| 3150 | 96.4 | 89.8 | 96.5 | 88.4 | 88.2 | 81.6 | 97.0 | 88.9 |
| 4000 | 94.2 | 87.6 | 93.8 | 85.7 | 85.3 | 78.8 | 93.9 | 85.8 |
| 5000 | 91.8 | 85.2 | 91.0 | 82.7 | 82.3 | 75.8 | 90.8 | 82.4 |
| 6300 | 89.2 | 82.7 | 88.2 | 79.7 | 79.2 | 72.7 | 87.5 | 79.0 |
| 8000 | 86.5 | 79.9 | 85.2 | 76.8 | 75.9 | 69.3 | 84.1 | 75.7 |
| 10000 | 83.6 | 76.8 | 82.0 | 73.5 | 72.4 | 65.6 | 80.5 | 72.0 |
| 12500 | 80.4 | 73.0 | 78.9 | 69.7 | 68.6 | 61.2 | 76.8 | 67.6 |
| 16000 | 77.1 | 68.5 | 75.5 | 65.4 | 64.7 | 56.1 | 72.8 | 62.7 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20000 | 73.4 | 63.6 | 71.8 | 60.3 | 60.4 | 50.6 | 68.5 | 57.0 |
| 25000 | 69.5 | 58.2 | 67.5 | 54.4 | 55.9 | 44.6 | 63.7 | 50.6 |

FM0450111 PARALLEL 88.00 % NC 160 APPROACH POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 120.3 | 120.3 | 124.0 | 124.0 | 119.0 | 119.0 | 131.4 | 131.4 |
| 250 | 118.7 | 118.7 | 122.2 | 122.2 | 116.8 | 116.8 | 129.0 | 129.0 |
| 315 | 117.1 | 115.8 | 120.3 | 119.6 | 114.6 | 113.3 | 126.5 | 125.8 |
| 400 | 115.4 | 113.1 | 118.4 | 116.8 | 112.3 | 110.0 | 124.0 | 122.4 |
| 500 | 113.7 | 110.5 | 116.4 | 114.0 | 110.0 | 106.8 | 121.4 | 119.0 |
| 630 | 112.0 | 107.9 | 114.2 | 111.0 | 107.7 | 103.6 | 118.6 | 115.3 |
| 800 | 110.2 | 105.3 | 111.9 | 107.9 | 105.3 | 100.4 | 115.7 | 111.6 |
| 1000 | 108.3 | 102.7 | 109.6 | 104.7 | 102.8 | 97.2 | 112.8 | 107.9 |
| 1250 | 106.4 | 100.3 | 107.5 | 101.4 | 100.3 | 94.2 | 110.1 | 103.9 |
| 1600 | 104.4 | 98.0 | 105.2 | 98.5 | 97.7 | 91.4 | 107.2 | 100.4 |
| 2000 | 102.4 | 95.8 | 103.0 | 95.6 | 95.1 | 88.5 | 104.3 | 97.0 |
| 2500 | 100.3 | 93.6 | 100.6 | 92.7 | 92.4 | 85.7 | 101.4 | 93.5 |
| 3150 | 98.1 | 91.4 | 98.2 | 89.8 | 89.6 | 82.9 | 98.3 | 90.0 |
| 4000 | 95.8 | 89.2 | 95.4 | 87.1 | 86.7 | 80.1 | 95.2 | 86.9 |
| 5000 | 93.4 | 86.7 | 92.6 | 84.1 | 83.7 | 77.1 | 92.1 | 83.5 |
| 6300 | 90.8 | 84.2 | 89.8 | 81.1 | 80.5 | 73.9 | 88.8 | 80.2 |
| 8000 | 88.0 | 81.3 | 86.8 | 78.1 | 77.2 | 70.4 | 85.4 | 76.8 |
| 10000 | 85.1 | 78.2 | 83.6 | 74.8 | 73.6 | 66.7 | 81.9 | 73.1 |
| 12500 | 82.0 | 74.3 | 80.4 | 71.0 | 69.9 | 62.2 | 78.1 | 68.7 |
| 16000 | 78.6 | 69.8 | 77.0 | 66.6 | 65.9 | 57.1 | 74.1 | 63.7 |
| 20000 | 74.9 | 64.9 | 73.2 | 61.7 | 61.6 | 51.6 | 69.7 | 58.2 |
| 25000 | 70.8 | 59.5 | 68.9 | 56.1 | 57.0 | 45.6 | 64.8 | 52.0 |

FM0450112 FIXED 96.70 % NC 160 AFTERBURNER POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 134.8 | 134.8 | 139.4 | 139.6 | 131.5 | 131.5 | 146.4 | 146.6 |
| 250 | 133.1 | 133.1 | 137.6 | 137.8 | 129.2 | 129.2 | 144.0 | 144.2 |
| 315 | 131.4 | 130.1 | 135.7 | 134.7 | 126.8 | 125.5 | 141.4 | 140.4 |
| 400 | 129.6 | 127.0 | 133.6 | 131.5 | 124.4 | 121.9 | 138.8 | 136.7 |
| 500 | 127.8 | 124.4 | 131.4 | 128.8 | 122.0 | 118.6 | 136.0 | 133.4 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 630 | 125.9 | 121.6 | 129.0 | 125.9 | 119.5 | 115.2 | 133.0 | 129.8 |
| 800 | 124.0 | 118.8 | 126.5 | 122.7 | 117.0 | 111.8 | 129.8 | 126.0 |
| 1000 | 122.1 | 116.1 | 124.2 | 119.3 | 114.5 | 108.5 | 127.0 | 122.0 |
| 1250 | 120.2 | 113.5 | 122.0 | 115.8 | 112.0 | 105.4 | 124.1 | 117.9 |
| 1600 | 118.3 | 111.3 | 119.7 | 112.6 | 109.5 | 102.5 | 121.3 | 114.1 |
| 2000 | 116.4 | 109.1 | 117.4 | 109.6 | 107.0 | 99.7 | 118.4 | 110.5 |
| 2500 | 114.4 | 106.9 | 115.2 | 106.8 | 104.4 | 97.0 | 115.5 | 107.1 |
| 3150 | 112.3 | 104.9 | 112.8 | 104.1 | 101.8 | 94.3 | 112.6 | 103.9 |
| 4000 | 110.2 | 102.8 | 110.2 | 101.3 | 99.0 | 91.6 | 109.5 | 100.6 |
| 5000 | 108.0 | 100.5 | 107.6 | 98.3 | 96.2 | 88.8 | 106.4 | 97.2 |
| 6300 | 105.6 | 98.2 | 104.9 | 95.6 | 93.2 | 85.8 | 103.2 | 93.9 |
| 8000 | 103.1 | 95.6 | 102.0 | 92.7 | 90.1 | 82.7 | 99.9 | 90.6 |
| 10000 | 100.4 | 92.8 | 99.0 | 89.8 | 86.9 | 79.2 | 96.4 | 87.2 |
| 12500 | 97.6 | 89.2 | 96.1 | 86.5 | 83.4 | 75.1 | 92.9 | 83.3 |
| 16000 | 94.5 | 85.1 | 92.9 | 82.7 | 79.7 | 70.4 | 89.1 | 78.9 |
| 20000 | 91.1 | 80.7 | 89.9 | 78.5 | 75.8 | 65.3 | 85.5 | 74.1 |
| 25000 | 87.5 | 75.8 | 86.7 | 73.9 | 71.6 | 59.8 | 81.7 | 68.8 |

FM0450113 PARALLEL 89.00 % NC 160 APPROACH POWER

| Distance | SEL (dB) | | EPNL (EPNdB) | | ALM (dBA) | | PNLT (PNdB) | |
|---|---|---|---|---|---|---|---|---|
| (ft) | A-G | G-G | A-G | G-G | A-G | G-G | A-G | G-G |
| 200 | 122.1 | 122.1 | 125.8 | 125.8 | 120.5 | 120.5 | 132.9 | 132.9 |
| 250 | 120.5 | 120.5 | 124.0 | 124.0 | 118.2 | 118.2 | 130.6 | 130.6 |
| 315 | 118.8 | 117.5 | 122.1 | 121.4 | 116.0 | 114.7 | 128.1 | 127.3 |
| 400 | 117.2 | 114.7 | 120.2 | 118.5 | 113.7 | 111.3 | 125.5 | 123.8 |
| 500 | 115.4 | 112.1 | 118.1 | 115.6 | 111.4 | 108.1 | 122.8 | 120.4 |
| 630 | 113.7 | 109.5 | 115.9 | 112.6 | 109.0 | 104.8 | 120.0 | 116.7 |
| 800 | 111.9 | 106.9 | 113.6 | 109.5 | 106.6 | 101.6 | 117.1 | 113.0 |
| 1000 | 110.0 | 104.3 | 111.3 | 106.3 | 104.2 | 98.5 | 114.2 | 109.2 |
| 1250 | 108.1 | 101.9 | 109.1 | 102.9 | 101.7 | 95.4 | 111.4 | 105.3 |
| 1600 | 106.2 | 99.7 | 106.9 | 100.0 | 99.1 | 92.6 | 108.6 | 101.7 |
| 2000 | 104.2 | 97.4 | 104.7 | 97.1 | 96.5 | 89.8 | 105.8 | 98.3 |
| 2500 | 102.1 | 95.2 | 102.4 | 94.2 | 93.8 | 87.0 | 102.9 | 94.8 |
| 3150 | 99.9 | 93.1 | 100.0 | 91.3 | 91.0 | 84.2 | 99.9 | 91.2 |
| 4000 | 97.6 | 90.8 | 97.3 | 88.6 | 88.2 | 81.4 | 96.8 | 88.2 |
| 5000 | 95.2 | 88.4 | 94.5 | 85.7 | 85.2 | 78.3 | 93.7 | 84.9 |
| 6300 | 92.7 | 85.8 | 91.7 | 82.8 | 82.0 | 75.2 | 90.5 | 81.6 |
| 8000 | 89.9 | 83.0 | 88.7 | 79.8 | 78.7 | 71.7 | 87.1 | 78.3 |
| 10000 | 87.0 | 79.9 | 85.5 | 76.6 | 75.2 | 68.0 | 83.5 | 74.6 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12500 | 83.9 | 76.0 | 82.4 | 72.8 | 71.4 | 63.5 | 79.8 | 70.2 |
| 16000 | 80.5 | 71.5 | 79.0 | 68.5 | 67.5 | 58.4 | 75.8 | 65.3 |
| 20000 | 76.8 | 66.6 | 75.3 | 63.6 | 63.2 | 52.9 | 71.5 | 59.8 |
| 25000 | 72.8 | 61.1 | 71.1 | 58.1 | 58.6 | 46.9 | 66.7 | 53.7 |