**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

(E-Filed: July 14, 2006)

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, Et. Al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 01-201 L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| ______________________________________ | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT**

Defendant United States of America hereby files this Response to Plaintiffs' Motion to Supplement the Record on Summary Judgment. Defendant does not object to the submission of the documents included in Exhibits 1 and 2 attached to plaintiffs' motion to supplement for the purpose of consideration by the Court in deciding Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment.

Dated: July 14, 2006

Respectfully Submitted,

s/ Steven D. Bryant by s/ Kelle S. Acock
STEVEN D. BRYANT
KELLE S. ACOCK
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
Voice: (202) 305-0424
Fax: (202) 305-0267