# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| V. | ) | No.: 01-201L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Judge Victor J. Wolski |
| Defendant. | ) | |

## JOINT MOTION TO REQUEST A STATUS CONFERENCE

COME NOW the parties, by counsel, and represent to the Court that on various dates between July 19 through August 1, 2006 the parties have conferred regarding the remainder of the pretrial schedule and the requirements of RCFC, Appendix A ¶¶ 13-14 should trial be necessary. The parties jointly propose the following schedule:

1. Exhibit List. The parties shall exchange Exhibit Lists in accordance with ¶ 13(a) on August 9, 2006.

2. Meeting of Counsel. The parties shall have a Meeting of Counsel in accordance with ¶ 13(c) on August 10, 2006.

3. Joint Certification. The parties shall file a Joint Certification in accordance with ¶ 13(d) on August 17, 2006.

4. Joint Exhibit List. The parties shall file a Joint Exhibit List with the Court on October 2, 2006.

5. Pretrial Conference. The parties propose holding the pretrial conference on October 6, 2006 at 10:00AM.

The parties did not reach agreement on the remaining pretrial matters. Plaintiffs propose waiving ¶ 14 Memoranda of Contentions of Fact and Law and relying on briefing previously filed with the Court. Defendant opposes waiving the ¶ 14 pretrial briefing, and proposes that the pretrial briefing be tailored to the scope of the trial, depending on the Court's decision on defendant's pending dispositive motion.

For the foregoing reasons, the parties jointly move for a status conference.

Dated: August 2, 2006

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
HofheimerFerrebee. P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

Of Counsel:
Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300 Rm. 233
kquinn@quinnlaw.com
mwolf@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
HofheimerFerrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
Iwoodward@srgslaw.com

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources
Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737