# In the United States Court of Federal Claims

No. 01-201L
(Filed August 4, 2006)

| | |
|---|---|
| **CAROL & ROBERT TESTWUIDE, et al.,** | |
| Plaintiffs, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

**ORDER**

The Court has received and reviewed plaintiffs' Motion to Supplement the Record on Summary Judgment, and the documents attached to the Motion as Exhibits 1 and 2. There being no objection from defendant, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge