# In the United States Court of Federal Claims

No. 01-201L
(Filed August 4, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received and reviewed the parties' Joint Motion to Request a Status Conference, to discuss the remainder of the pretrial schedule. The Motion is **GRANTED**. A status conference will be held by telephone on Monday, August 7, 2006, at 3:00 p.m.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge