# In the United States Court of Federal Claims

No. 01-201L
(Filed August 7, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court held a status conference in this matter via telephone on August 7, 2006. The Court adopts the following schedule proposed by the parties in their joint motion of August 2, 2006:

1. Exhibit Lists: The parties shall exchange Exhibit Lists on August 9, 2006.

2. Meeting of Counsel: The Meeting of Counsel shall take place on August 10, 2006.

3. Joint Certification: The parties shall file the Joint Certification on August 17, 2006.

4. Joint Exhibit List: The parties shall file a Joint Exhibit List on October 2, 2006.

5. Pretrial Conference: The pretrial conference shall be held on October 6, 2006, at 10 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

As discussed during the status conference, each side shall file its Memorandum of Contentions of Fact and Law on September 28, 2006. The parties shall also file their witness lists and exhibit lists on or by September 28, 2006.

Plaintiffs discussed the possibility of bifurcating the damages and liability portions of the trial. The Court currently contemplates that both damages and liability will be determined in one proceeding, but if plaintiffs wish to move for bifurcation, they may file a motion to that effect

within two weeks of this Order. This motion should explain why plaintiffs believe these issues can be bifurcated and any resulting efficiencies or economies resulting from bifurcation. Defendant may respond to any such motion within seven calendar days of its filing.

**IT IS SO ORDERED**.

/s Victor J. Wolski

**VICTOR J. WOLSKI**
Judge