**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| V. | ) | No.: 01-201L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Judge Victor J. Wolski |
| Defendant. | ) | |

**JOINT MOTION FOR LEAVE OF COURT TO FILE OUT OF TIME THE JOINT CERTIFICATION MEETING OF COUNSEL**

The parties jointly move for leave of Court to file out of time the parties' Joint Certification pursuant to the Court's August 7, 2006, Order and Rules of the Court of Federal Claims ("RCFC") Appendix A ¶ 13(d). The Court's Order directed the partied to file the Joint Certification by August 17, 2006. The parties conducted the meeting of counsel and met the requirements of Appendix A ¶ 13(d) as reflected in the Joint Certification, however, the parties were unable to coordinate regarding the contents of the Joint Certification in sufficient time to file it before the August 17, 2006 deadline expired. The parties therefore jointly move for leave of Court to file the Joint Certification out of time.

Dated: August 18, 2006

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
HofheimerFerrebee. P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004

Counsel for Defendants

Of Counsel:
Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300 Rm. 233
kquinn@quinnlaw.com
mwolf@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
HofheimerFerrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
Iwoodward@srgslaw.com

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737