# In the United States Court of Federal Claims

No. 01-201L
(Filed September 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CAROL & ROBERT TESTWUIDE, et al.,** *
Plaintiffs, *
v. *
**THE UNITED STATES,** *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received and reviewed the parties' joint motion for leave of Court to file out of time the Joint Certification verifying the meeting of counsel. The motion is hereby GRANTED. The Clerk shall file the document.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge