# In the United States Court of Federal Claims

No. 01-201L
(Filed September 21, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 16 of the Rules of the Court of Federal Claims, the Court held a status conference in this matter, by telephone, this morning. As was discussed at the conference, the Court has adopted the following schedule and procedures for the upcoming trial:

1) The trial will commence on Thursday, October 19, 2006, at the Chesapeake Circuit Court, 301 Albemarle Drive, Chesapeake, Virginia, and run through Friday, November 3, 2006, starting at 9 a.m. each day and recessing over each weekend.

2) Although the trial will be in recess on Thursday, October 26, due to the courtroom's unavailability, the Court anticipates that a scheduling conference will be held at some point in that day in order to assess the likelihood that the trial may be concluded November 3 and to plan any additional trial dates and locations, if necessary.

3) In the interests of time and efficiency, the parties have agreed to waive opening statements and will attempt to agree to use deposition testimony, to the extent possible, in lieu of live testimony at trial. The Court will allow the relevant portions of the deposition transcripts to be entered as exhibits, instead of having them read aloud during trial.

4) If the parties stipulate as to the authenticity of any document or other material that is on the joint exhibit list, that exhibit shall be automatically admitted into the record. Counsel for the parties may call attention to the pertinent portions of any such exhibit without the verification or other assistance of a witness. These exhibits will only be considered by the Court to the extent they are discussed during the trial.

5) The parties shall direct any questions they have concerning the courtroom equipment, facilities, and arrangements to the attention of Ernesto Sanchez in Chambers, and not the Chesapeake Circuit Court.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge