# PLAINTIFFS' TRIAL WITNESS LIST

09/28/2006

| | Last Name | First Name | Expect to or May Call | Time for Direct Exam | Topic |
|---|---|---|---|---|---|
| 1 | Askins | Tom | Plaintiffs - Expect to call | 1.0 hrs | Noise impact on home and community. |
| 2 | Capps | Betty | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community. |
| 3 | Cecchini | Dan | Plaintiffs - Expect to call | 1.0 hrs | Environmental Studies |
| 4 | Darling | Nancy | Plaintiffs - Expect to call | 0.5 hrs | Noise impact on home and community |
| 5 | Figari | Louis | Plaintiffs - Expect to call | 0.5 hrs | Aircraft noise around his property and Virginia Beach. |
| 6 | Goodwin | Robert | Plaintiffs - Expect to call | 0.5 hrs | Noise impact on home and community.NATOPS experience. |
| 7 | Gregory | James K. | Plaintiffs - Expect to call | 1.0 hrs | Noise impact on home and community. |
| 8 | Gruelle | Dennis | Plaintiffs - Expect to call | 1.5 hrs | VB Market Analysis; appraisals |
| 9 | Helvie | Carl O. | Plaintiffs - Expect to call | 0.5 hrs | Noise impact on home and community. |
| 10 | Hill | Kenneth | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community. |
| 11 | Leary | Michael | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community. |
| 12 | Lindsay | Carroll | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community |
| 13 | Lynch | Sara | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Loss of use and enjoyment of home |
| 14 | May | Eileen | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community. |
| 15 | McCreary | Jeffery | Plaintiffs - Expect to call | 0.5 hrs | Noise impact on home and community |

# PLAINTIFFS' TRIAL WITNESS LIST

09/28/2006

| | Last Name | First Name | Expect to or May Call | Time for Direct Exam | Topic |
|---|---|---|---|---|---|
| 16 | Nelson | Jon P. | Plaintiffs - Expect to call | 1.5 hrs | Economic analysis of noise impact on real property values |
| 17 | Riddick | James | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community. |
| 18 | Ryan | Graciela | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community |
| 19 | Salzberg | Alexander | Plaintiffs - Expect to call | 1.5 hrs | Appraisals |
| 20 | Shick | John | Plaintiffs - Expect to call | 1.0 hrs | Aircraft noise impact around NAS Oceana |
| 21 | Stewart | Noral | Plaintiffs - Expect to call | 1.5 hrs | Acoustics and noise characteristics |
| 22 | Stokely | Herk | Plaintiffs - Expect to call | 1.0 hrs | Noise impact on home and community |
| 23 | Van Nostrand | Herbert | Plaintiffs - Expect to call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community. |
| 24 | Dingle | Theodore | Plaintiffs - Expect to call<br>Plaintiffs - By Deposition | 0.0 hrs | Test Case Plaintiff - Noise impact on home and community |
| 25 | Green | Ronald | Plaintiffs - Expect to call<br>Plaintiffs - By Deposition | 0.0 hrs | Noise impact on home and community |
| 26 | Levenson | Harold | Plaintiffs - Expect to call<br>Plaintiffs - By Deposition | 0.0 hrs | Test Case Plaintiff - Noise impact on home and community |
| 27 | Ryan | Sean | Plaintiffs - Expect to call<br>Plaintiffs - By Deposition | 0.0 hrs | Test Case Plaintiff - Noise impact on home and community. |
| 28 | Van Nostrand | Betty | Plaintiffs - Expect to call<br>Plaintiffs - By Deposition | 0.0 hrs | Test Case Plaintiff - Noise impact on home and community |
| 29 | Waterman | Eddie | Plaintiffs - Expect to call<br>Plaintiffs - By Deposition | 0.0 hrs | Test Case Plaintiff - Noise impact on home and community. |
| 30 | Arrighi | LCDR (Ret)<br>James | Plaintiffs - May call | 0.5 hrs | Operations counts. |

## PLAINTIFFS' TRIAL WITNESS LIST

09/28/2006

| | Last Name | First Name | Expect to or May Call | Time for Direct Exam | Topic |
|---|---|---|---|---|---|
| 31 | Benson | Capt. (Ret) Mark | Plaintiffs - May call | 0.5 hrs | Flight Profiles |
| 32 | Borowy | Jeffrey | Plaintiffs - May call | 0.5 hrs | Mitigation Cost analysis. |
| 33 | Boyajian | Eric | Plaintiffs - May call | 0.5 hrs | Data regarding operations |
| 34 | Clemente | Capt Mark | Plaintiffs - May call | 0.5 hrs | Flight Profiles |
| 35 | Czech | Joe | Plaintiffs - May call | 1.0 hrs | Wyle Lab studies |
| 36 | Dingle | Susan | Plaintiffs - May call | 0.5 hrs | Test Case Plaintiff - Noise impact on home and community |
| 37 | Downing | Micah | Plaintiffs - May call | 1.0 hrs | Wyle Labs studies for Oceana. |
| 38 | Firenze | Raymond | Plaintiffs - May call | 0.5 hrs | Government opposition to residential development; noise complaints |
| 39 | Firenze | Raymond | Plaintiffs - May call | 0.5 hrs | Government opposition to residential development; noise complaints |
| 40 | Gilbert | William | Plaintiffs - May call | 0.5 hrs | Noise impact on home and community. |
| 41 | Green | Karen | Plaintiffs - May call | 0.5 hrs | Noise impact on home and community |
| 42 | Hebert, USN | CDR Dirk | Plaintiffs - May call | 1.0 hrs | Flight operations; operation counts; touch and goes, fclps, flight rules. |
| 43 | Holaday | Duncan | Plaintiffs - May call | 0.5 hrs | Noise studies re Oceana |
| 44 | Keel | Randy | Plaintiffs - May call | 0.5 hrs | Noise impact on home and community |
| 45 | Keeley | Captain Thomas | Plaintiffs - May call | 1.0 hrs | May testify about Noise at Oceana and Fentress as well as operations and flight tracks |

## PLAINTIFFS' TRIAL WITNESS LIST

**09/28/2006**

| | Last Name | First Name | Expect to or May Call | Time for Direct Exam | Topic |
|---|---|---|---|---|---|
| 46 | Logan | Philip | Plaintiffs - May call | 0.5 hrs | Environmental studies re Oceana |
| 47 | Long | Geral | Plaintiffs - May call | 1.0 hrs | Wyle Labs studies re Oceana |
| 48 | Lyles | Sandra | Plaintiffs - May call | 0.5 hrs | Noise impact on home and community |
| 49 | Miller | Nicholas | Plaintiffs - May call | 1.0 hrs | HMMH Noise studies |
| 50 | Morgan | John M. | Plaintiffs - May call | 1.0 hrs | GIS Mapping |
| 51 | Nash | Charles | Plaintiffs - May call | 0.5 hrs | Noise impact on home and community |
| 52 | Pierson | Fred | Plaintiffs - May call | 0.5 hrs | AICUZ program; noise complaints |
| 53 | Pollard | Commander Todd | Plaintiffs - May call | 0.5 hrs | Flight Profiles |
| 54 | Riley | CDR Stephen | Plaintiffs - May call | 1.0 hrs | Operations |
| 55 | Rountree | Robert | Plaintiffs - May call | 0.5 hrs | AICUZ program, community noise response, government opposition to residential development |
| 56 | Smith | Robert | Plaintiffs - May call | 0.5 hrs | Has knowledge of the 2002 Revision to the Noise Contours drafted for the Environmental Impact Statement |
| 57 | Turcotte | Rear Admiral Stephen | Plaintiffs - May call | 0.5 hrs | Aircraft operations Oceana |
| 58 | Webb | Commander James | Plaintiffs - May call | 0.5 hrs | Flight Profiles |
| 59 | Wise | Henry J. | Plaintiffs - May call | 1.0 hrs | Appraisals of Plaintiffs' properties |
| 60 | Zobel | William C. "Skip" | Plaintiffs - May call | 1.0 hrs | May testify about Noise at Oceana and Fentress as well as operations and flight tracks |

# PLAINTIFFS' TRIAL WITNESS LIST

**09/28/2006**

| | Last Name | First Name | Expect to or May Call | Time for Direct Exam | Topic |
|---|---|---|---|---|---|
| 61 | Zusman | Alan | Plaintiffs - May call | 1.5 hrs | Noise affects; AICUZ program; FICON |
| 62 | Johnson | Kimberly | Plaintiffs - May call<br>Plaintiffs - By Deposition | 0.0 hrs | Noise impact on home and community; noise impact on real estate sales |
| 63 | Larson | Marie | Plaintiffs - May call<br>Plaintiffs - By Deposition | 0.0 hrs | Noise impact on home and community. |
| 64 | Lyles | James | Plaintiffs - May call<br>Plaintiffs - By Deposition | 0.0 hrs | Noise impact on home and community. |
| 65 | Stauch | Victor | Plaintiffs - May call<br>Plaintiffs - By Deposition | 0.0 hrs | Noise impact on home and community. |
| 66 | Youngberg | Bonnie Mae | Plaintiffs - May call<br>Plaintiffs - By Deposition | 0.0 hrs | Noise impact on home and community. |