IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(E-filed: September 28, 2006)

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 01-201 L Hon. Victor J. Wolski |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to Appendix A, ¶ 15(a) of the Rules of the United States Court of Federal Claims, Defendant United States hereby submits the following witness list:

1. CDR Dirk Hebert, USN
Former NAS Oceana Operations Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR Hebert is a naval aviator who may testify about aircraft operations and course rules, flight paths and altitudes at NAS Oceana, including but not limited to the relationship of the flight tracks to the test plaintiffs' homes. CDR Hebert may also testify about prior aircraft operations, including but not limited to, course rules, flight paths, and altitudes at NAS Oceana.

Expected to testify, estimated time for direct testimony: 1.5 hours.

2. CDR Richard Erie, USN
NAS Oceana Operations Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR Erie is a naval aviator who may testify about aircraft operations and course rules, flight paths and altitudes at NAS Oceana, including but not limited to the relationship of the flight tracks to the test plaintiffs' homes, and including but not limited to prior aircraft operations, course rules, flight paths and altitudes at NAS Oceana.

Expected to testify, estimated time for direct testimony: 2.5 hours.

3. LCDR (Ret.) Michael Wulf
Former NAS Oceana Air Traffic Control Facility Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

LCDR (Ret.) Wulf may testify about aircraft operations at NAS Oceana in the early 1990s. LCDR Wulf may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 20 minutes.

4. LCDR (Ret.) James Arrighi
Former NAS Oceana Air Traffic Control Facility Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

LCDR (Ret.) Arrighi may testify about aircraft operations at NAS Oceana when he was the Air Traffic Control Facility Officer there beginning in 1999. LCDR Arrighi may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 30 minutes.

5. Lt. Barry Polk
NAS Oceana Air Traffic Control Facility Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Lt. Polk may testify about aircraft operations at NAS Oceana. Lt. Polk may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 20 minutes.

6. CWO (Ret.) Danny Jenkins
Former NAS Oceana Assistant Air Traffic Control Facility Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CWO (Ret.) Jenkins may testify about aircraft operations at NAS Oceana in the 1980s. CWO Jenkins may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 20 minutes.

7. Henry J. Wise
Pritchett, Ball & Wise, Inc.
1389 Peachtree St, NW
Atlanta, GA 30309

Mr. Wise is an appraiser who may offer expert testimony as to the fair market value of plaintiffs' property and the effect, if any, of military aircraft noise on residential property values in Virginia Beach, Virginia. He may also testify regarding matters and opinions discussed in his expert reports, as well as the appraisals and other expert reports filed by plaintiffs.

Expected to testify, estimated time for direct testimony: 4 hours.

8. Michael Germano
Germano & Associates
400 North Center Drive
Suite 215
Norfolk, VA 23502

Mr. Germano is a local appraiser who has appraised the twelve properties in the test case and has assisted Mr. Wise with his expert report. Mr. Germano may offer expert testimony on the fair market value for the test properties both before and after the alleged date of taking. He may also testify regarding matters and opinions discussed in his appraisals, as well as the appraisals and other expert reports filed by plaintiffs.

Expected to testify, estimated time for direct testimony: 3 hours.

9. Sanford Fidell, Ph. D.
Fidell Associates, Inc.
23139 Erwin Street
Woodland Hills, CA 91367

Dr. Fidell is an expert witness on the effects of environmental noise on individuals and communities. He may testify on matters concerning noise measurement and noise impact on

plaintiffs. He may also testify regarding aircraft noise at NAS Oceana and matters and opinions discussed in his expert reports, as well as the expert reports filed by plaintiffs.

Expected to testify, estimated time for direct testimony: 4 hours.

10. Micah Downing, Ph.D.
Wyle Laboratories
2001 Jefferson Davis Hwy
Suite 701, Crystal Plaza
Arlington, VA 22202

Dr. Downing may testify regarding noise analyses Wyle Laboratories prepared for the Navy relating to NAS Oceana, including but not limited to flight profiles and other data used in the baseline 2000 modeled contours used in the F/A – 18 E-F EIS, as well as in the revised projected 1999 contours, as well as any data provided to Defendant's experts for the test plaintiffs' properties and/or for other properties addressed in the analyses of Defendant's experts. Some of his testimony may involve expertise in acoustical research, noise contour modeling, and calculation of noise data. Dr. Downing may also testify regarding any data provided to the above individuals or others working at their direction for the purpose of responding to matters contained in the expert reports filed by the plaintiffs.

Expected to testify, estimated time for direct testimony: 2.5 hours.

11. Geral Long
Wyle Laboratories
2001 Jefferson Davis Hwy
Suite 701, Crystal Plaza
Arlington, VA 22202

Mr. Long may testify concerning the baseline 2000 modeled contours used in the F/A – 18 E-F EIS, including but not limited to flight profiles and other data used in the development of those contours, and perhaps the projected modeled 1999 contours and the revised projected modeled 1999 contours, as well as earlier Wyle noise studies related to NAS Oceana. Some of his testimony may involve other Wyle reports and expertise in acoustical research and noise contour modeling.

May call if the need arises, estimated time for direct testimony: 1 hour.

12. Alan Zusman
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Mr. Zusman may testify regarding the baseline 2000 modeled contours used in the F/A – 18 E-F EIS, including but not limited to the data gathering effort behind the F/A-18 C/D and F-14 flight profiles used in the development of those contours, and perhaps the projected modeled 1999 contours and the revised projected modeled 1999 contours. Mr. Zusman may also testify regarding the Air Installation Compatible Use Zone program, including but not limited to the implementation of that program at NAS Oceana, both historically and at the time of the alleged taking, and prior noise studies at NAS Oceana, as well as prior noise studies and environmental impact analyses related to NAS Oceana. Mr. Zusman may also testify about the continued use of the projected modeled 1999 contours by local governments for land use planning purposes. Mr. Zusman also may testify regarding a speculative, rough estimate regarding costs of sound insulation for residences near NAS Oceana, if necessary.

Expected to testify, estimated time for direct testimony: 2.5 hours.

13. Dan Cecchini
Head, NEPA Support Section
Environmental Planning Branch
Naval Facilities Engineering Command Atlantic
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Mr. Cecchini may testify regarding the baseline 2000 modeled contours used in the F/A-18 E-F EIS, including but not limited to the data gathering effort behind the F/A-18 C/D and F-14 flight profiles and other data used in the development of those contours, and perhaps the modeled 1999 contours. Mr. Cecchini may also testify regarding the Air Installation Compatible Use Zone program, and prior noise studies at NAS Oceana and environmental impact analyses related to NAS Oceana.

Expected to testify, estimated time for direct testimony: 2 hours.

14. Lisa Matthies
GIS Department
Ecology and Environment, Inc
368 Pleasant View Dr., Lancaster, NY 14086
Ph: 716.684.8060 x 2254

Ms. Mattheis may testify regarding preparation of maps used as exhibits at trial, including but not limited to maps plotting plaintiffs' properties, including but not limited to the properties of the test plaintiffs in relation to noise contours at NAS Oceana and NALF Fentress. Ms. Matheis may also testify regarding data related to the location of the test plaintiffs' properties that were provided to Defendant's experts for the purpose of their expert reports, and data related to the location of many other properties in Virginia Beach that were provided to Defendant's experts

for the purpose of their expert reports. Ms. Matheis may also testify regarding any data provided to the above individuals or others working at their direction for the purpose of responding to matters contained in the expert reports filed by the plaintiffs.

May call if the need arises, estimated time for direct testimony: 20 minutes.

15. Capt. (Ret.) Mark Benson
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Capt. (Ret.) Benson is a former commander of Strike Fighter Wing, U.S. Atlantic Fleet. He may testify regarding the F/A-18 C/D flight profiles used in revising the original modeled projected 1999 noise contours surrounding NAS Oceana and used in modeling the 2000 baseline noise contour used in the F/A-18 E/F east coast basing EIS.

Expected to testify, estimated time for direct testimony: 45 minutes.

16. CAPT Mark Clemente
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CAPT Clemente is a former commander of Fighter Wing, U.S. Atlantic Fleet. He may testify regarding the F-14 flight profiles used in revising the original modeled projected 1999 noise contours surrounding NAS Oceana and used in modeling the 2000 baseline noise contour used in the F/A-18 E/F east coast basing EIS. CAPT Clemente may also testify about the manner in which the F-14 was flown at NAS Oceana in July 1999.

Expected to testify, estimated time for direct testimony: 45 minutes.

17. Eric Boyajian,
ATAC Corporation
755 N. Mathilda Ave, Ste 200
Sunnyvale, CA 94085

Mr. Boyajian may testify regarding the gathering of data that was used in determining the original modeled projected 1999 contours, and data that was used in determining the 2000 baseline modeled contours used in the F/A-18 E/F east coast basing EIS, as well as the modeling of those data using the NASMOD software program. Mr. Bojayjian may also testify regarding

other modeling done by ATAC related to NAS Oceana. Some of his testimony may involve expertise in these areas.

May call if the need arises, estimated time for direct testimony: 1 hour.

18. Derek Huber
C/O ATAC Corporation
755 N. Mathilda Ave, Ste 200
Sunnyvale, CA 94085

Mr. Huber was formerly employed with ATAC and may testify regarding the gathering of data which was used in determining the original modeled projected 1999 contours, as well as the modeling of those data using the NASMOD software program. Mr. Huber may also testify regarding other modeling done by ATAC related to NAS Oceana. Some of his testimony may involve expertise in these areas.

May call if the need arises, estimated time for direct testimony: 30 minutes.

19. Dr. David Dale-Johnson
Chief Investment Officer
Fog Cutter Capital Group, Inc.
PO Box 2665
Portland, Oregon 97208-2665

Dr. Dale-Johnson is an expert witness in the fields of economics and real estate. He may testify regarding the alleged impacts of aircraft noise on residential real estate values. He may also testify regarding matters and opinions discussed in his expert reports, as well as the expert reports filed by plaintiffs.

Expected to testify, estimated time for direct testimony: 4 hours.

20. Ms. Ruth Frier
Former NAS Oceana Operations Department Administrative Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Ms. Frier may testify regarding records for aircraft operations at NAS Oceana. Ms. Frier may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 30 minutes.

21. Michael P. Smith, Ph.D.
Managing Director

LECG
2049 Century Park East
Suite 2300
Los Angeles, California 90067

Dr. Smith is an expert in the field of economics and statistics. He may testify regarding matters and opinions discussed in Dr. David Dale-Johnson's expert reports.
May call if the need arises, estimated time for direct testimony: 1 hour.

22. Joseph L. Katz, Ph. D.
1101 Juniper Street, #804
Atlanta, Georgia 30309

Dr. Katz is a statistician and may offer testimony regarding matters and opinions discussed in Mr. Wise's expert reports.

May call if the need arises, estimated time for direct testimony: 1 hour.

23. CDR James Webb
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Commander Webb may testify regarding the data gathering effort behind the F/A-18 C/D flight profiles used in revising the original modeled projected 1999 noise contours and in determining the modeled 2000 baseline noise contour used in the F/A-18 E/F east coast basing EIS for the areas surrounding NAS Oceana. CDR Webb may also testify as to when F/A-18 C/D aircraft arrived at NAS Oceana from NAS Cecil Field and the manner in which the F/A-18 C/D was flown at NAS Oceana in July 1999.

Expected to testify, estimated time for direct testimony: 1.5 hours.

24. CDR Christopher Powell
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Commander Powell may testify regarding the data gathering effort behind the F/A-18 C/D flight profiles used in revising the original modeled projected 1999 noise contours and in determining the modeled 2000 baseline noise contour used in the F/A-18 E/F east coast basing EIS for the areas surrounding NAS Oceana.

May call if the need arises, estimated time for direct testimony: 30 minutes.

25. Nick Miller
Senior Vice President
Harris Miller Miller & Hanson, Inc. (HMMH)
15 New England Executive Park
Burlington, MA 01803

Mr. Miller may testify regarding prior noise studies at NAS Oceana conducted by HMMH. Mr. Miller may also testify about the 1978 noise study related to NAS Oceana performed by AESO.

May call if the need arises, estimated time for direct testimony: 2 hours.

26. CDR Todd Pollard
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR Pollard may testify regarding the data gathering effort behind the F-14 flight profiles used in revising the original modeled projected 1999 noise contours and in determining the modeled 2000 baseline noise contour used in the F/A-18 E/F east coast basing EIS for the areas surrounding NAS Oceana.

Expected to testify, estimated time for direct testimony: 1 hour.

27. (Former) LT Kyle Mitsumori
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Mr. Mitsumori may testify regarding the data gathering effort behind the F-14 flight profiles used in revising the original modeled projected 1999 noise contours and in determining the modeled 2000 baseline noise contour used in the F/A-18 E/F east coast basing EIS for the areas surrounding NAS Oceana.

May call if the need arises, estimated time for direct testimony: 30 minutes.

28. CAPT Stephen Riley
Head, Airspace & Air Traffic Control Programs (OPNAV 785F)
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CAPT Riley, who is the senior air traffic controller in the Navy, may testify regarding aircraft operations at NAS Oceana, including but not limited to the gathering and reporting of data on numbers of aircraft operations, at NAS Oceana (1979-1984) when he was stationed at that facility and how such aircraft operations numbers were gathered and reported by naval installations over the past approximately 25+ years.

Expected to testify, estimated time for direct testimony: 2.5 hours.

29. Jason Kim
ATAC Corporation
755 N. Mathilda Ave, Ste 200
Sunnyvale, CA 94085

Mr. Kim may testify about the gathering of data that was used in the NASMOD study performed by ATAC Corporation for the F/A-18 E/F east coast basing EIS, including but not limited to data that were used in determining the 2000 baseline modeled contours.

May call if the need arises, estimated time for direct testimony: 30 minutes.

30. CAPT Thomas Keeley
Former Commanding Officer, NAS Oceana
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CAPT Keeley may testify regarding operations, course rules, flight paths and altitudes at NAS Oceana, including but not limited to the relationship of the flight tracks to the test plaintiffs' homes, and including but not limited to prior aircraft operations, course rules, flight paths and altitudes at NAS Oceana. CAPT Keeley may also testify about the continued use of the modeled projected 1999 contours by local governments for land use planning purposes. CAPT Keeley may also testify about the characteristics and history of NAS Oceana.

Expected to testify, estimated time for direct testimony: 3 hours.

31. CAPT (Ret.) Eric Benson
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CAPT Benson may testify regarding operations, course rules, flight tracks and altitudes at NAS Oceana, including but not limited to prior operations, course rules, flight tracks and altitudes at NAS Oceana.

May call if the need arises, estimated time for direct testimony: 30 minutes.

32. Fred Pierson
Former Community Planning and Liaison Officer, NAS Oceana
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Mr. Pierson may testify as to matters under his cognizance when he was the community planning and liaison officer at NAS Oceana.

May call if the need arises, estimated time for direct testimony: 30 minutes.

33. CAPT (Ret.) Skip Zobel
Former Commanding Officer, NAS Oceana
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CAPT Zobel may testify regarding aircraft operations and matters under his cognizance when he was the commanding officer at NAS Oceana.

May call if the need arises, estimated time for direct testimony: 1.5 hours.

34. CDR (Ret.) Frank Kraemer
Former NAS Oceana Air Operations Office
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR (Ret.) Kraemer may testify about aircraft operations at NAS Oceana in the early 1990s. CDR Kraemer may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 20 minutes.

35. CDR (Ret.) Lawrence Hurley
Former NAS Oceana Air Traffic Control Facility Officer

C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR (Ret.) Hurley may testify about aircraft operations at NAS Oceana in the 1980s. CDR Hurley may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 20 minutes.

36. CDR (Ret.) Robert F. Collins
Former NAS Oceana Air Operations Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR (Ret.) Collins may testify about aircraft operations at NAS Oceana in the 1980s. CDR Collins may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 20 minutes.

37. Lloyd Wilkinson
Process Logic, Inc.
P.O. Box 675821
Marietta, GA 30006-0022

Mr. Wilkinson may testify about management of data used by Hank Wise, if necessary.

May call if the need arises, estimated time for direct testimony: 30 minutes

38. Joe Czech
Wyle Laboratories
128 Maryland Street
El Segundo, California 90245-4100

Mr. Czech may testify regarding noise analyses at NAS Oceana by Wyle Laboratories. Mr. Czech may also testify regarding a speculative, rough estimate regarding costs of sound insulation for residences near NAS Oceana, if necessary.

May call if the need arises, estimated time for direct testimony: 1.5 hours.

39. CDR (Ret.) James Wagner
Former NAS Oceana Air Operations Officer
C/O Commanding Officer

Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR (Ret.) Wagner may testify about aircraft operations at NAS Oceana in the mid 1970's and 1979-1982. CDR Wagner may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 20 minutes.

40. CDR (Ret.) Larry Pinkston
Former NAS Oceana Air Operations Officer
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR (Ret.) Pinkston may testify about aircraft operations at NAS Oceana in the early 1980's. CDR Pinkston may also testify regarding the reporting and recording of aircraft operations numbers.

May call if the need arises, estimated time for direct testimony: 20 minutes.

41. CDR Jeff Borowy
CNO Code N434
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

CDR Borowy may testify regarding a speculative, rough estimate regarding costs of sound insulation for residences near NAS Oceana, if necessary.

May call if the need arises, estimated time for direct testimony: 30 minutes.

42.Curtis Utz
Naval Historical Center
C/O Commanding Officer
Naval Air Station Oceana
1750 Tomcat Boulevard
Virginia Beach, Virginia 23460

Mr. Utz may testify regarding naval historical records related to aviation, including but not limited to records related to NAS Oceana.

Expected to testify, estimated time for direct testimony: 1 hour.

Defendant reserves the right to call any witness named in plaintiffs' witness list, any plaintiff, and any test plaintiff in this action. If necessary, defendant reserves the right to call a witness from the City of Virginia Beach to explain how their tax parcel data is compiled and the Custodian of Records for the REIN database. Further, defendant reserves the right to call any witness in this case who has been or will be deposed or any witness identified by the plaintiffs, including but not limited to the test plaintiffs and any witness named in plaintiffs' previous witness lists.

Dated: September 28, 2006

s/ Steven D. Bryant
STEVEN D. BRYANT
KELLE S. ACOCK
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Email: steven.bryant@usdoj.gov
Voice: (202) 305-0424
Fax: (202) 305-0267

Of Counsel:

Robert J. Smith
Mary Raivel
Navy Litigation Office
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlantic, Code (00LE)
Norfolk, VA 23511-2737