**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

(E-Filed: September 28, 2006)

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 01-201 L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO PRESENT TESTIMONY BY WAY OF DEPOSITION**

Pursuant to Appendix A ¶ 15(b) of the Rules of the Court of Federal Claims ("RCFC"), Defendant, United States of America, hereby moves for leave to present the testimony of Eric Boyajian by way of deposition in lieu of live testimony at the upcoming trial in this matter. As indicated by the Court's Order filed September 21, 2006, the parties agreed to submit deposition testimony, to the extent possible, in lieu of live testimony at trial in the interests of time and efficiency. To this end, Defendant respectfully requests leave to present the following portions of Eric Boyajian's deposition transcript in lieu of live testimony at trial: pp. 1-20, 22-32, 39-41, 43-51, 59-62. Defendant reserves the right to call Mr. Boyajian as a witness at trial should the need arise.

Dated: September 28, 2006

Respectfully Submitted,

s/Steven D. Bryant

STEVEN D. BRYANT

KELLE S. ACOCK
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Email: steven.bryant@usdoj.gov
Voice: (202) 305-0424
Fax: (202) 305-0267

Of Counsel:

Robert J. Smith
Mary Raivel
Navy Litigation Office
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlantic, Code (00LE)
Norfolk, VA 23511-2737