# EXHIBIT B

Declaration of CDR Stephen G. Riley III

Table 1

| | |
|---|---|
| 1980: | 131,284 |
| 1981: | 231,753 |
| 1982: | 177,508 |
| 1987: | 142,053 |
| 1989: | 190,555 |
| 1990: | 194,655 |
| 1991: | 219,610 |
| 1992: | 229,384 |
| 1993: | 202,812 |
| 1994: | 166,055 |
| 1995: | 198,953 |
| 1996: | 45,990 |
| 1997: | 53,121 |
| 1998: | 76,559 |
| 1999: | 132,892 |
| 2000: | 159,647 |

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
DX 691