# EXHIBIT D

# REVISED REPORT OF SANFORD FIDELL

IN TESTWUIDE *et al.* *v.* THE UNITED STATES OF AMERICA
IN THE UNITED STATES COURT OF FEDERAL CLAIMS

29 March 2006

Prepared for:

U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
601 D Street, NW
Washington, D.C. 20004

Prepared by:

Sanford Fidell
FIDELL ASSOCIATES, INC.
23139 Erwin Street
Woodland Hills, California 91367

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
DX 430

# Table of Contents


1 **INTRODUCTION AND SUMMARY** . . . . 1
1.1 PURPOSE OF REVISED REPORT . . . . 1
1.2 SUMMARY OF OPINIONS . . . . 1
1.3 PERSONAL BACKGROUND . . . . 2

2 **RECONSTRUCTION OF AIRCRAFT NOISE EXPOSURE AT TEST PLAINTIFFS' HOMES** . . . . 3
2.1 USE OF NOISEMAP SOFTWARE TO CALCULATE AIRCRAFT NOISE EXPOSURE LEVELS . . . . 3
2.2 INFORMATION AVAILABLE FOR RECONSTRUCTION OF AIRCRAFT NOISE EXPOSURE AT TEST PLAINTIFFS' HOMES . . . . 4
2.2.1 1972, 1975 and 1978 Noise Exposure Contours . . . . 4
2.2.2 1982 "OC600" Retrospective Analysis . . . . 5
2.2.3 1988 "OC1" Retrospective Analysis . . . . 5
2.2.4 1993 "Baseline" Case . . . . 5
2.2.5 1997 "Baseline" Case . . . . 6
2.2.6 2000 "OCSBLRD" Retrospective Analysis . . . . 6
2.2.7 Summary of Noise Exposure Estimates . . . . 6
2.3 SUMMARY OF HISTORICAL NOISE EXPOSURE LEVELS AT TEST PLAINTIFFS' HOMES . . . . 7
2.3.1 Plaintiff 1 . . . . 7
2.3.2 Plaintiff 2 . . . . 7
2.3.3 Plaintiff 3 . . . . 9
2.3.4 Plaintiff 4 . . . . 9
2.3.5 Plaintiff 5 . . . . 9
2.3.6 Plaintiff 6 . . . . 9
2.3.7 Plaintiff 8 . . . . 9
2.3.8 Plaintiff 9 . . . . 9
2.3.9 Plaintiff 10 . . . . 9
2.3.10 Plaintiff 11 . . . . 10
2.3.11 Plaintiff 12 . . . . 10
2.3.12 Plaintiff 13 . . . . 10
2.4 NOTICEABILITY OF CHANGES IN AIRCRAFT NOISE EXPOSURE . . . . 10

3 **ADDITIONAL INFORMATION ABOUT FLUCTUATIONS IN THE AIRCRAFT NOISE ENVIRONMENT AT NAS OCEANA** . . . . 13
3.1 Single event measures of aircraft noise . . . . 13
3.2 Sources of variability in single event measurements of aircraft noise . . . . 14
3.3 NOISEMAP-based comparisons of single event aircraft noise levels . . . . 15

4 **PUBLIC RECORD OF ADVERSE COMMUNITY REACTION TO AIRCRAFT NOISE** . . . . 17
4.1 JUNE-AUGUST, 1966 . . . . 17

4.2 JANUARY - MARCH, 1975 . . . . 17
4.3 AUGUST, 1977 . . . . 18
4.4 JANUARY, 1978 . . . . 18
4.5 MAY, 1987 . . . . 18

**5 REFERENCES . . . . 19**

**APPENDIX A BACKGROUND INFORMATION ABOUT AIRCRAFT NOISE MEASUREMENT AND EFFECTS OF AIRCRAFT NOISE ON PEOPLE . . . . 21**
A.1 LOGARITHMIC NATURE OF ENVIRONMENTAL NOISE MEASUREMENT . . . . 21
A.1.1 decibel Notation . . . . 21
A.1.2 Duration-Related Measurement Conventions . . . . 23
A.2 PRIMARY EFFECTS OF ENVIRONMENTAL NOISE ON PEOPLE . . . . 25
A.2.1 Annoyance . . . . 25
A.2.2 Federal Land Use Compatibility Guidance . . . . 26
A.2.3 Speech Interference . . . . 28
A.2.4 Sleep Disturbance . . . . 30

**APPENDIX B HISTORICAL NEWSPAPER AND OTHER ACCOUNTS OF ADVERSE COMMUNITY REACTION TO AIRCRAFT NOISE AT NAS OCEANA . . . . 33**

**APPENDIX C PROFESSIONAL RÉSUMÉ OF SANFORD FIDELL . . . . 45**

# List of Figures

**Figure 1** Location of test plaintiffs' homes with respect to NAS Oceana. . . . . . . . . . . . . . . . . . . . . 8
**Figure 2** Illustration of basic difference between linear and decibel-like measurement scales.. . . 22
**Figure 3** Relationship of sound exposure level (SEL) to time history of an aircraft overflight. . . 24
**Figure 4** Day-Night Average Sound Level (DNL) defines one nighttime aircraft noise event as contributing as much to 24 hour noise exposure levels as ten daytime aircraft. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
**Figure 5** Dosage-response relationship adopted by the Federal Interagency Committee on Noise (FICON, 1992). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
**Figure 6** Summary of standardized guidance on compatibility of land uses with noise exposure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
**Figure 7** Relationship between the A-weighted level of continuous background noise and sentence intelligibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
**Figure 8** Relationship between articulation index and speech intelligibility. . . . . . . . . . . . . . . . . 29
**Figure 9** Summary of data from field studies of noise-induced sleep disturbances. . . . . . . . . . . . 32

# List of Tables

**Table 1** Summary of estimated aircraft noise exposure (DNL, in dB) at test plaintiffs' homes. . . 7
**Table 2** Identification and geographic coordinates of Plaintiffs' homes. . . . . . . . . . . . . . . . . . . . . 8
**Table 3** Comparison of maximum tone corrected perceived noise levels of five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003. . . . . . . . . . . . . . . . . . 15
**Table 4** Comparison of tone-corrected, A-weighted sound exposure levels for five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003. . . . . . . . . . . . . . . . 16
**Table 5** Relationship of arithmetic, logarithmic, and decibel notation. . . . . . . . . . . . . . . . . . . . . 23

# List of Figures


Figure 1 Location of test plaintiffs' homes with respect to NAS Oceana. . . . . . . . . . . 8
Figure 2 Illustration of basic difference between linear and decibel-like measurement scales.. . . 22
Figure 3 Relationship of sound exposure level (SEL) to time history of an aircraft overflight. . . 24
Figure 4 Day-Night Average Sound Level (DNL) defines one nighttime aircraft noise event as contributing as much to 24 hour noise exposure levels as ten daytime aircraft. . . . . . . . . . . 25
Figure 5 Dosage-response relationship adopted by the Federal Interagency Committee on Noise (FICON, 1992). . . . . . . . . . . 27
Figure 6 Summary of standardized guidance on compatibility of land uses with noise exposure. . . . . . . . . . . 27
Figure 7 Relationship between the A-weighted level of continuous background noise and sentence intelligibility. . . . . . . . . . . 28
Figure 8 Relationship between articulation index and speech intelligibility. . . . . . . . . . . 29
Figure 9 Summary of data from field studies of noise-induced sleep disturbances. . . . . . . . . . . 32


# List of Tables


Table 1 Summary of estimated aircraft noise exposure (DNL, in dB) at test plaintiffs' homes. . . 7
Table 2 Identification and geographic coordinates of Plaintiffs' homes. . . . . . . . . . . 8
Table 3 Comparison of maximum tone corrected perceived noise levels of five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003. . . . . . . . . . . 15
Table 4 Comparison of tone-corrected, A-weighted sound exposure levels for five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003. . . . . . . . . . . 16
Table 5 Relationship of arithmetic, logarithmic, and decibel notation. . . . . . . . . . . 23

# 2 RECONSTRUCTION OF AIRCRAFT NOISE EXPOSURE AT TEST PLAINTIFFS' HOMES

## 2.1 USE OF NOISEMAP SOFTWARE TO CALCULATE AIRCRAFT NOISE EXPOSURE LEVELS

New aircraft noise contours are typically prepared for DoD air installations once or twice per decade, or when operational changes are likely to substantially modify prior noise exposure estimates. NOISEMAP is the computer program on which the Department of Defense relies to estimate the geographic distribution of aircraft noise exposure in the vicinity of military airfields. The program operates on input files that specify numbers, types, and times of day of aircraft operations, flight paths, runway use, and other factors that affect cumulative noise exposure levels. Originally developed in the early 1970s for the U.S. Air Force, this software may be used not only to produce noise exposure contours, but also to estimate noise levels at particular locations.

Since the measure of greatest concern for evaluating aircraft noise impacts ("Day-Night Average Sound Level", discussed in Section A.1.2.2) is by definition a 24-hour measure, noise is modeled for a representative 24 hour period. Noise modeling for military airfields in the past has customarily been undertaken on an "annual average busy day" (five day work week) basis, since the operational pace at most locations slows considerably on weekends. NOISEMAP is also capable of calculating noise exposure on an "annual average day" basis, however.

The U.S. Air Force has developed several versions of NOISEMAP and the databases on which it operates for various computing platforms and operating systems over the last three decades. Four generations of NOISEMAP software have been developed and applied at NAS Oceana since the 1970s. These include 1970s-era noise modeling exercises conducted first manually and then on a CDC 7600 mainframe computer; 1980s-era cases produced under NOISEMAP Versions 4.0 and 5.2; and later noise modeling exercises conducted in NOISEMAP Versions 6 and 7.

NOISEMAP algorithms, computing platforms, input formats and specifications have varied considerably over this time. The Air Force's software development strategy has not maintained backward compatibility across major releases of NOISEMAP, so not all of these noise modeling exercises can run under recent versions of NOISEMAP. When the original input files were available from older versions of NOISEMAP to identify runway usage, numbers, and types and times of day of aircraft operations on specific flight tracks, these input files were converted into NOISEMAP 6.5 file formats to yield as consistent a set of noise exposure calculations as possible. Version 7.0 of NOISEMAP was used to estimate noise exposure for the most recent (2000 baseline) case.

The magnitude of military aircraft noise exposure in the vicinity of NAS Oceana has varied with the operational pace and types of aircraft and training missions at least since the 1970s. Although little detailed information exists for reconstruction of aircraft noise exposure prior to the late 1970s, variability in operations at NAS Oceana since the 1940s must also have produced changes in the aircraft noise exposure in surrounding areas.

**Table 1** Summary of estimated aircraft noise exposure (DNL, in dB) at test plaintiffs' homes.

| PLAINTIFF | 1972 | 1975 | 1978 | 1982 OC600 | 1988 OC1 | 1993 WR 94-18 | 1997 WR 97-10 | 2000 OCSBLRD |
|---|---|---|---|---|---|---|---|---|
| P01 | 67.5 | 70.0 | 73.4 | 72.0 | 71.7 | 60.7 | 60.2 | 70.0 |
| P02 | - | - | 73.0 | 69.5 | 70.6 | 62.2 | 61.1 | 68.0 |
| P03 | 62.4 | 65.9 | 67.7 | 68.5 | 68.6 | 64.5 | 63.8 | 72.2 |
| P04 | - | - | 71.5 | 67.4 | 67.7 | 58.8 | 57.9 | 68.6 |
| P05 | - | - | 70.4 | 65.9 | 66.6 | 59.8 | 59.9 | 69.2 |
| P06 | 66.8 | 67.1 | 79.0 | 74.6 | 74.6 | 71.0 | 69.4 | 78.4 |
| P08 | 63.8 | 65.6 | 68.6 | 66.8 | 67.5 | 61.3 | 61.5 | 72.4 |
| P09 | 78.2 | 77.3 | 80.6 | 78.2 | 77.1 | 69.1 | 68.6 | 80.5 |
| P10 | - | - | 65.3 | 65.0 | 65.3 | 57.8 | 58.1 | 65.9 |
| P11 | 74.8 | 70.8 | 78.9 | 70.3 | 70.0 | 64.6 | 65.1 | 74.2 |
| P12 | 80.0 | 80.0 | 78.5 | 76.0 | 76.1 | 73.2 | 74.7 | 79.9 |
| P13 | - | - | 54.0 | 55.9 | 57.3 | 48.1 | 47.5 | 58.4 |

## 2.3 SUMMARY OF HISTORICAL NOISE EXPOSURE LEVELS AT TEST PLAINTIFFS' HOMES

Table 2 and Figure 1 locate the test plaintiffs' homes. Note that information for test plaintiff 07 is absent due to withdrawal from the present litigation.

### 2.3.1 Plaintiff 1

The Day-Night Average Sound Level created by military aircraft operations at this address in 2000 ($L_{dn}$ = 70.0 dB) was comparable to or lower than during the late 1970s and 1980s, when it had been exposed to DNL values due to aircraft operations as much as 2 to 3 dB greater. Other than in the early and mid-1990s, aircraft noise exposure at this address has been incompatible ($L_{dn}$ > 65 dB, *cf.* Figure 2) with residential land uses throughout much of the last three decades.

### 2.3.2 Plaintiff 2

The Day-Night Average Sound Level created by military aircraft operations at this address in 2000 ($L_{dn}$ = 68.0 dB) was higher than during the early and mid-1990s, but lower than throughout the late 1970s and 1980s, when it had been exposed to DNL values of about 70 dB or greater.

**Table 2** Identification and geographic coordinates of Plaintiffs' homes.

| SITE | NAME | STREET ADDRESS | LATITUDE (DD.ddddd) | LONGITUDE (DD.ddddd) |
|---|---|---|---|---|
| P01 | Carroll Lindsay | 2709 East Kings Rd | 36.84507 | -76.06550 |
| P02 | Eddie and Elizabeth Waterman | 2244 Windy Pines Bnd | 36.77202 | -76.02892 |
| P03 | Hal and Elaine Levenson | 2004 Brickell Ct | 36.85768 | -76.04147 |
| P04 | Herbert and Betty Van Nostrand | 305 Corvette Ln | 36.82957 | -76.08200 |
| P05 | James and Virginia Riddick | 1805 Loganberry Ct | 36.77408 | -76.07523 |
| P06 | Kenneth and Tammy Hill | 925 Lamplight Ln | 36.80739 | -76.08023 |
| P08 | Michael and Diane Leary | 3209 Chicory Ct | 36.77180 | -76.07962 |
| P09 | Sara Hoag | 1301 Brant Rd | 36.83420 | -75.99225 |
| P10 | Sean and Graciela Ryan | 1856 Pathfinder Dr | 36.77680 | -75.99621 |
| P11 | Theodore Dingle | 912 Carolina Ave | 36.83279 | -75.98458 |
| P12 | William and Betty Capps | 409 Pallets Rd | 36.84608 | -76.04327 |
| P13 | Eileen May | 620 Little Neck Road | 36.85368 | -76.09098 |




Figure 1 Location of test plaintiffs' homes with respect to NAS Oceana.



OCE261833

Another common metric of a single noise event is its sound exposure level: that is, a measure of the total energy in the noise event, normalized to a hypothetical one-second duration. All other things being equal, the sound exposure level of a noise event lasting 2 seconds is 3 dB greater than the sound exposure level of a noise event lasting 1 second.

Whether comparing momentary (*e.g.*, maximum) or integrated (duration-adjusted) measures, it is also important for present purposes to account for the annoyance rather than the A-weighted magnitude of overflight noise. The most widely accepted frequency-weighting procedure for annoyance comparisons is the Perceived Noise Level (PNL). (The PNL frequency weighting accords more weight to several of the more annoying, high frequency bands than does the A-weighting network.) To further account for the contribution of prominent tones to the annoyance of aircraft noise, a "tone adjustment" is added when one-third octave bands which contain 5 dB more acoustic energy than adjacent bands are detected. Thus, when attempting to account more fully for the annoyance of noise exposure created by individual overflights of different aircraft types, it is useful to compare tone-corrected PNL values of single events.

Tables 3 and 4 in Section 3.3 contain tone-corrected maximum and integrated PNL values of single event level data, respectively.

## 3.2 Sources of variability in single event measurements of aircraft noise

Several factors related to the geometry of an aircraft's flight path with respect to the measurement point affect measured single event levels. These include the elevation angle between the aircraft and the microphone; the direction of travel and orientation of the aircraft with respect to the microphone; and the slant range of the aircraft from the microphone at the point of closest approach. Single event levels also vary with the manner of operation of the aircraft (trim configuration, power settings, and airspeed), and with the vagaries of atmospheric propagation (*e.g.*, wind speed and direction, temperature gradients, temperature and humidity, *etc.*) and terrain conditions (*e.g.*, ground cover, nearby reflecting surfaces, *etc.*).

Field measurements of aircraft noise levels can be made under more or less rigorously controlled conditions. For aircraft noise certification purposes (as under Part 36 of the Federal Aviation Regulations), and for compiling entries for aircraft noise modeling databases, close coordination is maintained between aircraft and field measurement crews so that measurements can be made for well-defined conditions and precise flight paths. When aircraft noise measurements are made under less rigorously controlled conditions, it is common to have little knowledge and no control over aircraft flight paths and operating conditions, only meager knowledge of atmospheric and terrain conditions, and no fixed geometry of flight paths with respect to the microphone.

Single event noise levels made under different field conditions can vary considerably for all of the reasons noted above. Even under highly controlled conditions, it can be difficult to repeat single event levels to the nearest decibel from day to day. Thus, it is hardly surprising for field measurements made under loosely controlled conditions to differ from those made under more tightly constrained conditions. When comparing single event levels created by individual aircraft types, it is therefore important to base the comparisons on a consistent source of noise measurements.

## 3.3 NOISEMAP-based comparisons of single event aircraft noise levels

The most consistent and comprehensive collection of measurements of military aircraft noise is that contained in the database portion of the NOISEMAP software suite.[8] This database summarizes field measurements of aircraft noise emissions in a variety of operating modes, including departure, approach, and "pattern work" (that is, low altitude flight in the vicinity of airfields after takeoff, but before landing). The NOISEMAP database does not, however, contain exhaustive sets of measurements for all distinct and variant aircraft under all operating conditions. Substitutions of one aircraft's noise emissions for that of another are routinely made for predictive purposes in NOISEMAP, particularly when the aircraft share engines and are of similar gross weight.[9] Thus, for example, it is common practice in aircraft noise modeling to represent the noise emissions of one aircraft model (such as the F-4J) by those of another very similar model (such as the F-4C).

Table 3 compares maximum tone-corrected perceived noise levels for several of the aircraft that have operated at Oceana since the 1960s. On departure, the maximum PNLT values for A-6 and F-4 aircraft are not substantially different from those of the F/A-18 C/D models. Likewise, the maximum PNLT values for the A6-A and F-14B are not meaningfully different from one another. Similarly small differences in maximum PNLT values are apparent among the A-6 and F/A-18 C/D model aircraft on approach. In pattern flying, the maximum PNLT value produced by an F-4 was far greater than that produced by F-14 and F-18 aircraft.

**Table 3** Comparison of maximum tone corrected perceived noise levels of five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003.

| AIRCRAFT | DEPARTURE | APPROACH | PATTERN |
|---|---|---|---|
| A6-A | 120.7 | 116.1 | No data |
| F-4C | 123.2 | 112.6 | 114.5* |
| F-14A | 118.2 | 102.4 | 103.2 |
| F-14B | 120.9 | 99.2 | 101.9 |
| F/A-18 C/D | 121.9 | 116.5 | 102.2 |

* Value from NM64FLY1, dated 24 July 1997, from noise measurements made 30 March 1988, not contained in later NOISEFILE entries.

Table 4 compares tone-corrected sound exposure levels created by the same aircraft types seen in Table 3. Note that on departure, the sound exposure levels produced by the F-4 are less than 2 dB different from those produced by F/A-18 C/D, and the A-6A and F-14B also produce very similar tone corrected sound exposure levels. Likewise, tone-corrected sound exposure levels produced by the F/A-18 C/D models

[8] The NOISEFILE database in NOISEMAP is periodically updated by adding new aircraft models and eliminating aircraft that are no longer in common service. Recent updates of the database occurred in 1997 and 2003.

[9] For example, the F-4C and F-4J share the same basic turbojet engine (GE's J79), but the J model's engine (the J79-GE-10) produced 820 pounds more thrust than the 17,000 pounds of the C model's J79-GE-15 engine. Likewise A-6A and A-6E both flew with the same basic Pratt and Whitney J52 engine.

on approach differ very little from those of the A-6. As flown in pattern work, tone-corrected sound exposure levels produced by the F-4 were much greater than those of F-14 and F-18 aircraft.

**Table 4** Comparison of tone-corrected, A-weighted sound exposure levels for five aircraft in three flight regimes, per FLIGHT01.DAT, dated 27 March 2003.

| AIRCRAFT | DEPARTURE | APPROACH | PATTERN |
|---|---|---|---|
| A-6A | 113.7 | 110.7 | No data |
| F-4C | 116.7 | 106.8 | 108.5* |
| F-14A | 107.9 | 96.2 | 90.6 |
| F-14B | 109.8 | 94.5 | 89.7 |
| F/A-18 C/D | 118.2 | 110.9 | 94.5 |

* Value from NM64FLY1, dated 24 July 1997, from noise measurements made 30 March 1988, not contained in later NOISEFILE entries.

**Table 5** Relationship of arithmetic, logarithmic, and decibel notation.

| RELATIONSHIP OF SOUND PRESSURE OF INTEREST TO REFERENCE SOUND PRESSURE | ARITHMETIC RATIO | LOGARITHMIC RATIO | DECIBEL EXPRESSION |
|---|---|---|---|
| One hundred times smaller | 1:100 | -2 | -20 dB |
| Ten times smaller | 1:10 | -1 | -10 dB |
| Same | 1:1 | 0 | 0 dB |
| Ten times greater | 10:1 | 1 | 10 dB |
| One hundred times greater | 100:1 | 2 | 20 dB |
| One thousand times greater | 1,000:1 | 3 | 30 dB |

### *A.1.1.2 decibel arithmetic*

One of the consequences of the logarithmic basis for decibel notation is that the addition of quantities expressed in decibels does not follow familiar arithmetic conventions. For example, if one aircraft overflight produces a peak level of 60 dB at a point on the ground, then two simultaneous overflights by identical aircraft produce a peak level of 63 dB, not 120 dB.[11] This is because a factor of two is represented in decibel notation as 3 dB ($10 \log_{10} 2 = 3$).

Likewise, 60 dB + 60 dB + 60 dB — a factor of three — is only 65 dB, and 60 dB + 60 dB + 60 dB + 60 dB — a factor of four (or equivalently, two factors of two, or 63 dB + 63 dB) — is only 66 dB. It also follows that 40 dB + 60 dB is only 60 dB, because a quantity two orders of magnitude (powers of ten) smaller than another adds very little to the value of the quantity that is already two orders of magnitude greater.

## A.1.2 Duration-Related Measurement Conventions

### *A.1.2.1 Family of "Equivalent Level" Noise Metrics*

The noise produced by aircraft overflights at a given point on the ground can vary considerably in level and duration, depending on the altitude and speed of the aircraft. Figure 3 shows the characteristic form of a time history of sound levels produced during an aircraft overflight of a fixed point on the ground. The sound pressure level at the measurement point initially rises to a maximum as an aircraft approaches, then declines as the airplane flies away. Since the sound pressure levels vary throughout the overflight, and since the durations of different overflights also vary, no single number can usefully characterize the moment-to-moment changes in sound levels. The usual method for representing the sound energy produced during the entire overflight is therefore to "normalize" the measurement to a standard time period (one second). This measure, "sound exposure level" (abbreviated SEL), simplifies the comparison of noise events of

[11] Recall that 60 dB is another way of representing a ratio of $10^6$, or one million (1,000,000) to one. One million plus one million is two million (2,000,000, or $2 \times 10^6$), not one trillion (1,000,000,000,000, or $10^{12}$).

# APPENDIX B HISTORICAL NEWSPAPER AND OTHER ACCOUNTS OF ADVERSE COMMUNITY REACTION TO AIRCRAFT NOISE AT NAS OCEANA

This Appendix contains a sampling of accounts of adverse community reaction to aircraft noise at NAS Oceana from the 1960s through the 1980s, identified on the following pages as articles A through J.

# A

60

U. S. NAVAL AIR STATION
Oceana, Virginia Beach, Virginia

In reply refer to:

~~14 JUN 1963~~

Mr. H. Powell Seward, Director
Federal Housing Administration
Post Office Box 10,011
Richmond, Virginia 23240

Dear Sir:

The continuing housing developments encroaching on the Naval Air Station Oceana are responsible for many formal requests from representatives of both real estate and mortgage organizations regarding the decibel levels of objectionable sound for particular areas in the vicinity of the Naval Air Station such as the enclosed letter from the Larasan Realty Corporation. In response to the enclosed request to the Commandant, Fifth Naval District, limited sound recordings have been obtained at the Mapleton site during air operations at NAS Oceana. The readings indicate a maximum overall sound level of 98 decibels. The highest reading obtained was in the 300-600 cps frequency band at a level of 85 decibels. The majority of the remaining readings were between 80 and 60 decibels. These readings were made on four separate days during daylight hours and provide a spot check of noise levels existing at the site. A complete sound study for NAS Oceana will be available in approximately eight weeks and will be available for your use upon completion.

Although dangerous noise level is certainly a factor to consider before financing, due weight must be given to nuisance level of aircraft noise and safety. This 130 acre parcel in question is in the final cross wind leg of the most used runway at NAS Oceana and will be subject to continual "flyovers".

Sincerely yours,

D. C. RUMSEY II

Enclosure:
(1) Larasan Realty Corp.
letter of May 2, 1966.

ENCLOSURE (1)

NAS Oceana
Community Planning /AICUZ office
Neighborhood files (not labeled)

# B

62

Code N37

9 AUG 1966

Mr. H. Powell Seward, Director
Federal Housing Administration
Post Office Box 10,011
Richmond, Virginia 23240

Dear Mr. Seward:

The evaluation of the noise level study of the proposed subdivision (Kroll), Virginia Beach, Virginia, property, requested by the Federal Housing Administration on May 13, 1966, and by the Larasan Realty Corporation of 3401 Virginia Beach Boulevard, Virginia Beach, Virginia, has been completed.

The Navy has for a number of years felt the need for obtaining a complete sound study of the environs of the Naval Air Station, Oceana, and to date, does not have one. In order to comply with your request for a Navy opinion concerning acceptability of the proposed subdivision known as the former Kroll property in the Mapleton Section of Virginia Beach, the services of the Industrial Hygiene Department of the U. S. Navy Preventive Medicine Unit TWO were utilized to obtain the essential data for arriving at a reasonable and just recommendation. A copy of these readings are forwarded for your records.

The analysis indicates a single overall reading of 98 decibels with an average for overall readings of 79 decibels. In the 300-600 cycles per second octave band, there is a peak reading of 85 decibels with an average of 71 decibels. The noise levels obtained from a tied down F4H aircraft at military power was within acceptable levels in the overall and the 300-600 cps octave band. The above readings are considered acceptable for housing although closely approaching a marginal level.

NAS Oceana
Community Planning /AICUZ Office
Neighborhood Files (not labeled)

Code N37

both as to noise and proximity to normal flight patterns with accompanying detrimental consequences to health and increased dangers are injudicious and cannot be considered assets to the military service families.

The Commandant has determined that, in view of the readings of noise levels recorded and the distances from the Air Station runways, which are marginal but in fact outside the limits, the Navy can interpose no objection to the acceptability of the Kroll property for Federal Housing Administration support for housing.

R. V. WHEELER, JR.
Captain, U. S. Navy
Chief of Staff

Enclosures (2)

Copy to:
C.O NAS Oceana (w/o encls)

# C

LEDGER STAR - 6 FEB 75

# No relief from noise, jet hazards in sight

By JACK KESTNER

Ledger-Star Military Writer

VIRGINIA BEACH — Although the Navy hopes Congress will vote $1.6 million for land acquisition this year in high noise and potential accident areas near Oceana Naval Air Station and Fentress Auxiliary Landing Field, all of it will be earmarked for undeveloped land areas.

That was the bad news which city officials from Virginia Beach and Chesapeake received last night during a two-hour meeting at Oceana featuring compatible use of land and air.

"Then there's nothing in your study to give home owners relief, there's nothing in it for them?" asked Chesapeake Mayor Marian Whitehurst.

"No," replied Navy Cmdr. Jack Moger, who brought a slide presentation from Washington Wednesday to explain the study, "except the possibility of acquiring some homes in zones of high accident potential, and even that would be extremely rare."

Another Chesapeake official complained that while the boost to the economy of Virginia Beach provided by Oceana NAS was obvious, no such boost occurred in his city where night practice at Fentress by Navy jet pilots have resulted in a steady stream of complaints from nearby residents.

It was also noted that land acquisition by easement or free title would remove such land from the city's tax base and block future development holding a high tax potential.

The study classed around 15,000 acres in the Fentress area as being in a high noise zone, with several thousand more lying in a zone of moderate noise.

"There are around 200,000 acres in Chesapeake," Mayor Whitehurst noted, "so you're talking about acreage in excess of 10 per cent of the city, then?"

"Yes, ma'am," Moger replied.

The problems of compatible use are not peculiar to Oceana and Fentress but are mounting throughout the nation with population growth and suburban sprawl — not just for military air fields but also civilian.

Inflation has also played a role in blocking government acquisition of surrounding acreage.

Capt. William Knutson, Oceana commanding officer, said that one of his predecessors in 1958 had written a letter urging acquisition of adjoining property as Oceana moved into the jet age.

At that time, he said, it was deemed unjustifiable to ask for $60,000 to buy the property — which today has an appraised value of $20 million.

The Navy has 49 air stations (with 80 air fields) which represent a $10.5 billion investment, Moger said.

Oceana, as one of four master jet bases, rates high on the list so "even if we closed 40 or 45, it would probably remain ... it's our last line of defense," Moger said.

One official asked why it wouldn't be possible to anchor a

# D

4 The Beacon

# Dialogue

## What Can Be Done About Jet Noise?

Modern day advancements seem [illegible] bring with them certain discomforts. One of these discomforts is jet noise, or what has more commonly been known as "noise pollution."

Virginia Beach has a big share of powerful jets with the Oceana Naval Air Station within its confines. The Navy is trying to do all it can about the problem of "noise pollution," but is it enough? Some people it bothers. Some people it doesn't.

How about you?

Mrs. Connie Morris is not an aeronautical engineer, but she knows a lot about the afterburners on the jet aircraft that fly out of the Oceana Naval Air Station.

Mrs. Nancy Hanna is not an aircraft carrier flight officer, but she can tell you that pilots landing on aircraft carriers at night don't do it with the aid of street lights.

They're both housewives and they both live just across the Virginia Beach city line, in a place called North Landing Farms.

North Landing Farms happens to be right next door to the Fentress Auxiliary Airfield where the Oceana Naval Air Station's jet planes practice night aircraft Carrier landings, the most demanding type landing in today's aviation.

Mrs. Morris lives on Baddichern Drive and the only thing between her house and the landing strip is a thin row of pine trees. She gets a full blast from the planes making touch-and-go landings.

"There have been nights when I haven't closed my eyes 'til three or four o'clock in the morning," said Mrs. Morris. "We get the roar from the afterburners when they touch down. No one could sleep through that."

Her house is for sale.

Mrs. Hanna lives on Shetland Drive, the street behind Mrs. Hanna's house. Mrs. Hanna's house breaks some of the afterburner roar, but Mrs. Hanna said the noise from low flying jet planes is unbearable in her house.

"I think they use the street lights on Shetland Drive for approach lights," said Mrs. Hanna. "You know they don't have a Shetland Drive out at sea when they're landing on a carrier, so what do they use then?"

She is contemplating selling her house.



Capt. Knutson

Their homes are located in what is known as Composite Noise Rating Zone 3 which is determined by the Air Installation Compatible Use Zone (AICUZ) Program of the Department of Defense.

That's an official government way of saying it's noisy where Mrs. Hanna and Mrs. Morris live.

The Navy is aware of this and the Navy is doing all it can to alleviate the situation.

In fact, it could be worse. The Navy at Oceana has not been flying as much in the past year and a half as it did before. The reason is the energy crisis and Navy fuel cutbacks. In addition, the Navy now has a quieter jet plane, the new F-14 Tomcat.

Even so, the area around Fentress Airfield is one of the noisiest places around here because of what is known as "noise pollution" in [illegible]

It's also noisy around the main base — the Oceana Naval Air Station — in the City of Virginia Beach. But it's nothing like it is at Fentress where the planes go into landing patterns at an altitude of only 600 feet. At the main base, they come in at 1,500 feet altitude.

The mission of the Oceana Naval Air Station is to support fleet squadrons and this includes everything from giving the planes a place to stay to keeping the pilots in flying shape.

The station has three training squadrons and 18 fleet squadrons. Each fleet squadron has 12 planes and each training squadron usually has 25 planes. Some of the A-6 Intruder fleet squadrons have 11 planes.

The training squadrons at Oceana include VF-101 (to train F-4 Phantom Jet pilots), VF-43 (to train pilots in instrument technique) and VA-42 (to train A-6 Intruder pilots).



Beacon Photo by Bruce Baluch

F-14 Tomcat Flies Low Over London Bridge

Of the 18 fleet squadrons, six are attack squadrons (A-6 Intruder jets) and 12 are fighter squadrons. The fighter squadrons include eight flying the F-4 Phantom jets and four flying the Navy's new F-14 Tomcat.

The Oceana squadrons service six aircraft carriers with each carrier getting one attack squadron and two fighter squadrons from Oceana. The six carriers are the USS Roosevelt, USS Saratoga, USS Forrestal, USS Independence, USS America and USS John F. Kennedy.

Capt. Wilbert D. Knutson, commanding officer of the Oceana Naval Air Station, said, "We're just part of the total Tidewater complex. You have to talk about Fentress, the Naval Operating Base, the ships tied up there . . .

"You must talk about them all."

Oceana's role in all this is to make sure the pilots are ready to deploy at peak proficiency. This means training while their ships are in port, and that is why the skies over Oceana and Fentress are filled with airplanes.

When one of the giant aircraft carriers returns, there is usually a one-month "stand-down" to give the pilots and crew a rest. Then, they start training. This training includes air combat maneuvering, bombing practice, missile shooting, intercept training, all weather navigation and landing practice.

"In all cases, the most demanding part of aviation is in the landing pattern," said Knutson, noting that this is where most accidents occur.

Before the pilots are allowed to actually start landing on a carrier flight deck after their time ashore, the Navy wants to make sure they're letter perfect. There is no room for error at sea. It is safer to get that practice on the beach, and the beach to the Oceana pilots is the Fentress Auxiliary Airfield and their own home base.

The jets flying out of the main base are usually heading for training out over the bay or the ocean. Those heading for Fentress are going down there to practice carrier landings. Fentress is about seven miles southwest of Oceana.

"The planes in the air are there for a purpose," Knutson said. "There isn't anybody who goes out of here who is up just tooling around."

There isn't enough fuel available for anything but absolute necessities and the Navy is operating at Oceana right down to the bone.

"We are right now at minimum mission proficiency," said Knutson. "We've realized over the years that if you want to maintain a minimum level of proficiency it comes out to 23 flight hours a month for the VF squadrons.

"The A-6 is right in the same ball park. Before, most people were shooting for 35 hours per month."

What it means is that Oceana jet pilots are flying less and, therefore, there is less noise.

Knutson said he would like to have the fuel

(Continued on page 8)

OCE077614

OCE261867

# Noise Rattles Dishes in Her Cupboard

(Continued from page 1)

to fly more, because the more flight hours, the better it makes the pilot.

"We feel we are at the absolute minimum right now," said Knutson. "The energy crunch is hitting us also."

But the noise is still there. Oceana's planes all have a noise personality of their own. The F-4 Phantom, for instance, is the loudest of the Oceana jets on takeoff. The A-6 Intruder is the noisiest in a landing pattern. The F-14 Tomcat is the teacher's pet with the lowest noise level.

Knutson knows the planes are noisy. He has flown all of them and he makes his pilots aware of their responsibility to the civilian community below.

"For noise abatement and to reduce the sound, we require a rapid climb to 1,500 feet on takeoff," said Knutson. "We route them away from the beach. Like a takeoff to the beach is a climbing right turn and a heading south.

"It is also our policy to only use the afterburner within the field boundaries."

The afterburner is an auxiliary burner attached to the tailpipe of the jet engine for injecting fuel into the hot exhaust gases and burning it to provide extra thrust. The result is a booming noise and a sheet of flame. It is loud.

Knutson said he has grounded pilots for violating the afterburner policy of the air station.

Knutson's watch dogs on station policy are the Air Traffic Controllers, headed by Lt. Cmdr. Richard Morrison.

"There are not many afterburner violations," said Morrison.

Altitudes for the planes are assigned by the Air Traffic Controllers. Morrison said most of the traffic around the main base is at 1,500 feet and on down. The heaviest traffic is at 1,500 feet.

Planes going from Oceana to Fentress are directed to climb to 1,500 feet for the trip down there and to level into a circular landing pattern at an altitude of 600 feet. This is slightly higher than the Washington Monument which stands at 555 feet.

This is what bothers the people in North Landing Farms. In fact, Mrs. Morris and Mrs. Hanna aren't sure the planes maintain that altitude and they aren't sure the planes maintain the pattern that would result in the least disturbance to those on the ground.

"They don't fly at 600 feet unless we call Oceana and complain," said Mrs. Morris. "The propeller planes don't miss the phone poles around here by more than three feet and the jets fly over at about 300 feet."

That's about as high as the 24-story Virginia National Bank Building in downtown Norfolk, which stands at 308 feet.

Mrs. Morris said, "We call Oceana and sometimes they swing out a little farther in the pattern, but then they come right back in."

Mrs. Morris said they had complained to Capt. Knutson about the flight patterns and low flying planes.




Mrs. Connie Morris' (left) House Is for Sale, While Mrs. Nancy Hanna Is Contemplating It

## Dialogue

Mrs. Morris said, "The commander said he can't be in the cockpit with his pilots all the time. Well, if he can't command his pilots, he shouldn't be in command of that base."

Mrs. Morris and Mrs. Hanna have both tape recorded the planes coming over their house and landing at Fentress and the noise overpowers the voices on the tapes.

"In a few years, we'll all be deaf from the noise level," said Mrs. Morris, referring to a chart published by the United States Environmental Protection Agency. The highest noise level on the scale was that produced by aircraft carrier deck jet operations.

Mrs. Hanna said she was with a group that visited Capt. Knutson in September to discuss the jet noise at Fentress.

"He told us the planes did not fly over our homes at any time. He said they had an occasional stray," said Mrs. Hanna.

Mrs. Hanna said when the first planes come down to Oceana for a night of practice, they usually start their pattern in a wide enough circle to take them out over the swampland, but they gradually start tightening the circle until they are right over her rooftop.

When this happens, she telephones a complaint to the Oceana Naval Air Station. Sometimes it helps.

"When we call, we normally get a response," said Mrs. Hanna. "Sometimes it's only about 15 minutes [illegible] and sometimes it [illegible] night.

"We call to get them off our rooftops."

She said she thinks the pilots tighten the pattern and come in lower, so they can finish their night's work faster.

"By tightening the pattern and going lower, they can get more landings in a shorter time," she said.

Lt. Cmdr. Morrison said, "Generally speaking, there will be four to five in the pattern at one time. Four is a comfortable pattern. If you're real sharp, you can get another one in there."

Capt. Knutson said the 600 foot altitude is "the standard Navy pattern all over the world."

The landing practice periods are sectioned off into half hour periods.

"A training pilot may take as many as 12 periods of a half hour each," said Knutson. "This is not all done in one night."

Lt. Cmdr. Morrison added, "There are roughly six landings made per period."

Knutson said, "It may take eight periods for the average experienced pilot."

The frequency of the flights at Fentress is another thing that bothers Mrs. Hanna and Mrs. Morris.

Mrs. Morris said, "Last week the traffic was so heavy you couldn't look in any direction that you didn't see the lights of two or three planes together. Something bad is going to happen one of these days."

Mrs. Hanna said, "They come like 15 to 30 seconds apart."

Mrs. Hanna said the complaint desk at the Oceana Naval Air Station is usually sympathetic and polite about the complaints, but there have been exceptions.

One night recently, she said, the man on the desk repeatedly hung up the telephone on her and finally told her: "Lady, I don't fly that plane up there."

Mrs. Hanna and Mrs. Morris said they both love their homes, but the noise is not only

(Continued on page 6)

### Here's My Opinion!

Dialogue Does jet noise in Virginia Beach bother you? What do you think the Navy should be doing about it?

Comment ______________________________

______________________________

______________________________

______________________________

Name ______________________________

Address ______________________________

Telephone No. ______________________________

Mail to: Dialogue
Virginia Beach Beacon
P. O. Box 12244
Virginia Beach, Va. 23102

OCE077612

OCE261868

# What Can Be Done About Noisy Jets?

## Dialogue

(Continued from page 1)

keeping them awake at nights. It is a source of embarrassment when they try to entertain.

Mrs. Hanna said, "You try to entertain and the planes start to come. You ask yourself, 'Why tonight?'"

Mrs. Hanna said her friends rave about her home, but when the planes come they say 'But how can you stand it?'"

Mrs. Morris said, "You can't watch TV. You can't talk. You can't sleep. You just sit there and cry."

Capt. Knutsen said a lot of the complaints about jet noise comes from people who are new to the city and are not familiar with a jet base.

Mrs. Hanna and Mrs. Morris fit this mold, but they blame realtors for their plight.

Mrs. Morris and her husband, Charles, came to Virginia Beach from Glen Burnie, Md., in November of 1973. Morris is a civil service worker.

Mrs. Hanna and her husband came to Virginia Beach from Waukegan, Ill., a year ago. Her husband is a government employe.

Mrs. Morris said, "Seventy-five per cent of the residents of this area are from out of town. It's a shame people move in here and the real estate people and developers are not telling them about it."

Mrs. Morris said when she and her husband first came to Virginia Beach they lived at Haygood Halls on Haygood Road and started to look for a place to settle permanently.

They first looked at the house on Saddleborn Drive in North Landing Farms on Aug. 17, 1974.

"We had been looking for a house all this time, when we saw an ad for Centerville Farms," Mrs. Morris recalled. She said the realtor told her, "I have a much nicer place over at North Landing Farms."

When they drove out to North Landing Farms, Mrs. Morris said she noticed the airfield at Fentress and inquired about it. She said the agent told her it was a seldom used field that was closed down.

"That much was right," said Mrs. Morris. "The airstrip was closed down at that time for repair. It was closed that year from July to September for repairs."

Mr. and Mrs. Morris bought the house, closed the deal and moved in on Sept. 28, 1974.

"That was a Saturday," said Mrs. Morris, "two days after we moved in — Monday night — these planes started coming in over the top of our house. We didn't know what was happening. They flew so low the dishes rattled in the cupboard.

"We thought, 'Dear God. What have we gotten ourselves into?' It went on all night that night and the next night.

"We wanted to live in the country. That's why we came out here. I just loved this house. [illegible] because we felt like it was going to be our home for the rest of our lives.

"We were going to live and die in this house. We put our savings into this house."

All of that has changed now. The house is now up for sale.

"I can't take it any more," said Mrs. Morris. "I'll go out of my mind if I stay here.

"There is no way I'll ever get used to it. I'd have a nervous breakdown first. My health is more important than this house."

Mrs. Hanna moved into North Landing Farms under similar circumstances. Mrs. Hanna's parents live in Virginia Beach and she has lived here "off and on" for her whole life.

After coming back to the Beach from Waukegan, Ill., Mrs. Hanna and her husband started looking for a home.

"We looked at several homes and saw this one. It was good construction and was an excellent deal," said Mrs. Hanna.

That was last March. When they drove out to the home site on Shetland Drive, Mrs. Hanna said she noticed the road leading to it was Fentress Airfield Road.

She said she became concerned and when she got to the house, she went next door to ask her neighbor to see if the planes caused any disturbance.

"The neighbor said the planes were no bother," recalled Mrs. Hanna. "He has since sold the house and moved. The house was on the market for months."

The Hannas bought the house, thinking air traffic would not bother them.

"We moved in on a Thursday," said Mrs. Hanna. "At seven o'clock that night, we heard them coming over. I just stood there, tears rolling down my cheeks.

"They were coming in right over my rooftop. I called the real estate lady two days later and said, 'I quit. I can't live like this.'

"It was a wreck. Jets 30 seconds apart until three o'clock in the morning is hard to take. We were shaking. We couldn't sleep."

Mrs. Hanna got up a petition with 70 names and presented it to the Navy at Oceana to let them know the neighborhood was being troubled by the jets. The real estate agent talked to Capt. Robert Mandeville, who was commanding officer of the base at that time.

Mrs. Hanna and a group of concerned citizens went to Capt. Knutsen last September.

The residents have appeared before city councils in Chesapeake and Virginia Beach to complain.

"We can't say: 'Airport go away,'" said Mrs. Hanna.

"We asked them to stop the flights after 11 o'clock at night, so we could get some sleep. We asked them to take the pattern out over the swampland and away from our houses. We asked them to stop flying on weekends — to give us our weekends."

Mrs. Hanna said the Navy promised to cooperate and said they would give them the weekends during the winter because with longer night hours they could get in more practice time during the winter months.

Mrs. Hanna said things got somewhat better, but they are right back now to what they used to be.

She said her husband will be returning to the area soon and they plan to sit down and decide what they are going to do about the house.

Meanwhile, the Navy is trying to do something about jet "noise pollution" on a general scale.

At the main base, for instance, the Navy is looking at what it calls a "hush house" to possibly suppress jet noise at the center of the base.

The "hush house" is a system of baffles and water chambers which can be used to muffle a jet being tested on the ground.

Capt. Knutsen said, "As for cutting noise in



Above the Rooftops, An F-14 Clips Along Near Oceana



Lt. Cmdr. Richard Morrison, Air Traffic Controller

flight, there is research going on in this area, such as engine frame and aerodynamics.

"You do get combinations such as the F-14 which happen to [illegible] quieter than others."

During the past several years, the Navy has also reduced the high noise level zones on the ground by about 3,200 acres. This has been accomplished by routing air traffic and through

a cooperative zoning effort between the Navy and the City of Virginia Beach.

[illegible] the noise goes on and will continue to be a part of the life of Virginia Beach.

Capt. Knutsen, who lives in Alanton out of the Oceana air traffic pattern, said, "I don't think there is as much noise as there was two or three years ago. Most of the oldtimers have become accustomed to it."

# E




# The Issue:

## *Does jet noise in Virginia Beach bother you?*

# Dialogue

"Sure, sometimes it does, but I knew there was an air base near when I chose this location to live. One can live away from the base noise effect and still be in Va. Beach. The Navy should maintain its present program."

Myra Hurston

"Yes, of course the noise "bothers" me - but so does noisy kids (mine included), howling dogs, noisy neighbors, etc., but come on now!! Can't we find something else to gripe about besides the Navy? It seems the area can tolerate all the money that Navy personnel spend, but can not tolerate the noise.

The flying of these highly skilled pilots is very necessary, night-time or daytime flying, to assure our safety and freedom. When war breaks, it is not designated as to a.m. or p.m. attacks. These pilots must practice all hours in order to be able to land on one of our carriers.

I recall a few other places the Navy's flying was complained about. The town thrived on the Military — buildings went up, real estate was good and all the merchants were happy to have Navy business, but the jet noise had to go — it went, and so did the military, and so did the town's economy, government workers included.

Yes, I'm a Navy wife, and proud of it, and have put up with the noise from the good old U.S. Navy [illegible] years, and I sincerely pray the only [illegible] I ever have to hear is that of this country['s].

As for Mrs. [illegible] and her [illegible] and being bothered, all I can say is see a "God Bless America" — a land of freedom, I wonder how much entertaining all the Mrs. [illegible] in this country would be allowed? What price freedom?"

As for dialogue, I wonder if the writers would even have a job without the Navy. It seems I read an awful lot in Dialogue about the Navy — Commissaries, jet noise, etc."

[illegible] Thorne

"It's really very obvious; the Navy has no more right to subject me to their continuous roar than I have to subject anyone else to such noise. Also I doubt that the noise is beneficial to the tourist trade; the path of approach lies directly over the main beach area. They have plenty of other bases. Let them move to one in a less populous area."

Michael S. McLean, D.C.

"I think the Navy should have certain flying hours for their jets. I know how a lot of people feel, there are lots of nights that I can't sleep because of this. There's a lot more I would like to write but, not enough room."

Mark Crowe

"The Navy seems to be doing all that can be expected. People who locate their homes near air traffic lanes are like the man who built his home near the pig farm and complained about the smell. It's like tying your feet together and complaining you can't walk."

John W. McCoy

"No! I don't feel the Navy should do anything about the noise. If anyone doesn't like it, then let them live elsewhere."

H. A. Remington

"No! I am grateful for the security it offers. As Oceana Air Station was in operation before most of these complainers were born, they have only their own gullibility to blame. Let them rant at their agent who sold them their property."

E. P. Dillon

"I take up for the Oceana Naval Air Station; it was there long before homes were built around it. When I built in Va. Beach I checked the air pattern of the jets and bought land away from it. Anyone that buys land next to an airfield and builds has rocks in the head."

J. W. Burrell

"NAS Oceana was established many years ago, far out in the country to relieve the noise level at NAS Norfolk. Naval Air Auxiliary Station, Fentress was established during World War II along with 13 other similar stations in this area. Post war these stations were disestablished but the survivor at Fentress was NAS Oceana. The surrounding areas should have been retained as farms and should never have been developed into residential areas. The developers are at fault and not the Navy. How can the pilots defend us in times of crisis of war if they have no place to train? Besides the military and Civil Service personnel help our economic problems. The Navy is not at fault."

M. J. Goode

"The flight crews would rather be home with their families, but understand the necessity of these flight operations because of the safety involved. It's not much fun after a long sea deployment and short shore rest to be right back flying late at night away from your loved ones even while back in the U.S. The pay per hour is less than min. wage."

Forrest N. Sullivan, USN RET.

"Yes, jet noise does bother me. If the Navy insists that their present operating procedure is necessary, there are only two solutions to the problem. Either relocate the Base or let the Navy buy all the affected property. It has reached it's limit and something certainly should be done."

William [illegible]

"As a Navy family, we have lived on and around air stations, from San Diego to Maui. This same controversy arose because builders were allowed to develop residential areas too close to the landing field. Then the Navy is blamed for trying to do their job. I'm sure Oceana existed before North Landing Farms."

Ruth Crane (Mrs.)

"Yes — mostly at nite! I think that the planning commission and City Council should not allow building that close to airfields. They should have listened to the Navy when asked not to allow further building in that area."

Mrs. E. J. Pendue

"O.N.A.S. has stated what they intend to do, nothing. We as tax payers lose again. Try our plaque. They help some. I am an oldtimer that never became accustomed."

E. M. S.

"Your article on the jets and North Landing Farms is outstanding. How could it not be outstanding taking three pages. Not so outstanding as standing out. Since so much is about us in N.L.F., why is it in a Va. Beach paper — so we in Chesapeake (yes, that is what city we live in) can't see just how bad the jets are.

There are 51 families living in N.L.F. and you wrote on only two. Since you were out here to take pictures why didn't you stop and talk to others. You'd get a better story. I have lived here for two years and do not find it that bad. My children never realize one is it so bad we can't enjoy life or have friends out. Your story is far from true and very one sided. Of course with such an article the complainers will stay away and we'll all be much happier.

I'll take the peace and quiet — even with a few jets and props — over the noisy city life

(Continued on page 5)

# A Issue:

## Does jet noise in Virginia Beach bother you?

# Dialogue

"Yes! It's one of the main things I hate about living at the Beach! Seems to be increasing not decreasing. What have they done? Nothing as far as I can see — or hear. I doubt the "oldtimers" have gotten "used" to it as Capt. Knutson rationalizes. They've only given up complaining!"

T. H. Bored

"The Navy and airfields been there over twenty years. I'd suggest individuals file suit against the Developers and the City councilman who approved the zoning as being incompetent, politically motivated, financially hungry and lot buyer beware attitude to anyone who may not be as well qualified to know the ins and outs of real estate."

F. M. Flickinger

"Send them to their installation at China Lake or the Mojave Desert, where they will only bother the rattlesnakes, jack rabbits and coyotes. Otherwise, Virginia Beach will have left only rattlesnakes, jack rabbits and coyotes, for who can stand this noise and air pollution forever?!"

No name

"Yes!!! Jet noise in Va. Beach bothers me very much! If I were an aviation expert and knew what should be done about it, I wouldn't be sending this notice."

W. J. Pascarosa

"Nothing! Why don't you try to quiet the loud motorcycles constantly riding recklessly in the area? They pose more danger!"

James W. Baker

"My wife and I purchased our property in Pungo Borough a couple of years before the Navy reactivated the then abandoned Fentress Airfield. Since that time as the planes grew more and more powerful, the noise has grown worse and worse.

If the Navy jets flew equal time, day and night over the exclusive Central and Northern sections of Virginia Beach, where the politicians and retired "High Brass" live, for the flying they do over the Southern areas of the City and Eastern Chesapeake, where, as the Navy puts it "it would only bother a few farmers," I suggest they would soon be finding some other area, such as one of the abandoned airfields in the unpopulated Western desert in which to do their pilot training.

Statements like the above quote, and that the Navy is "looking at" a "hush house" to muffle a jet being tested on the ground, (My God! after all these years the Navy is only "looking at" a "hush house") shows that the Navy will not change its course until they crash upon the rocks of intensely strong public opposition. In the meantime, they city of Virginia Beach will live with this discriminately served out noise and nothing will be done about it."

John W. Abramson

"No the jets do not bother me. Don't those people realize that's our military and they protect us in the time of need. They have got to fly — they were here first!"

"No! I can only remember what the Air Force use to say 'The sound you hear is the sound of freedom'".

W. E. Archer Jr.

"I am not an aeronautical engineer nor a carrier flight officer but also a house-wife like Mrs. Connie Morris and Mrs. Nancy Hanna. I also live in North Landing Farms on Saddleborn Drive. My house is not for sale! And after living here since May 15, 1974 my hearing is neither impaired nor failing."

We are close to Fentress Airfield, closer than Mrs. Morris or Mrs. Hanna I might add, but not like the article infers. I can't find the "thin row of pine trees" which was referred to as the dividing line between my back yard and the airfields runway.

When we first moved in to this area last summer the planes at times were noisy (not-unbearably) and flew over the area during practice flights. At no time were my dishes rattling in the cupboards or my television viewing impaired. After mayor Whitehurst visited with Capt. Knutson and discussed the situation with him I noticed a marked difference in the flight pattern and much less "noise pollution." The article in the Beacon seemed very one sided to me and I feel the reporter should have contacted more residents in the area.

If people are planning on investing their life savings in a home in any area they should investigate and research the area thoroughly beforehand.

My house took approximately eight months to build and during that time my family took numerous regular trips to the site and we were well aware of the fact that Fentress Airfield was close by (approximately one mile from my back year) before we made the decision to buy our land and build a home and settle here permanently.

If Mrs. Hanna has lived here "off and on her whole life" as the article stated then I'm sure she was aware that there is a master jet base located at Oceana and an auxiliary landing field in Chesapeake known as Fentress Airfield. Military establishments are damn necessary to this country's national defense and very necessary to Tidewater economical make up. So lets quit all picking and exaggerating the situation.

If the United States were to be involved in another war (which is very probable) we need to be ready and able to defend our country. And in the case of air defense that takes pilots, planes, practice and some noise and I bet if and when the occasion arises there wouldn't be many complaints about it. So I shall save my tears to shed when the time comes that I hear planes overhead practicing because they are getting ready to deploy overseas to defend their country and protect our air ways so people such as us can have nice homes to retire in."

Anna M. Braviey

Yes, but I have no complaints. The Navy was here first and I think the Navy is doing every thing possible to be considerate. I live in Oceana.

J. W. Kight

"The jets are very disruptive. Can't they stop after 11 p.m.? Conversation, T.V. watching and sleeping are impossible. Stopping early would make things more bearable."

We have been a Navy family for nine years. My husband is a pilot, though not a jet pilot. I feel sorry for Mrs. Morris, but we have learned never to take a real estate man's word. It is so simple to call the Navy and ask if your home will be in a high noise area. We did.

We have seen this problem every town we've lived in. The city ignores the Navy's pleas for correct zoning so homes are not built in high noise areas. In one place we lived the city refused to sell city land to the Navy and allowed a trailer park to be built at the end of a training runway.

I don't like noise; especially jet noise, anymore than anyone else, but I want the pilots to be safe. They need to stay proficient in their flying so they must practice both day and night flying. The two obvious solution to this problem are (1) correct zoning allowing no homes in high noise areas; businesses, farms and small industrial communities are fine. (2) Never buy a home until you have checked out the area: if you have a question about an airfield check it out with the Navy, Air Force, etc. whoever own it. Remember, your salesman may be a nice guy but it's his job to sell that house and he may not tell you the whole truth.

The Navy has been here much longer than most of the homes. I ask, why are these construction companies allowed to build in obvious high noise areas?

Mrs. Alan Dodd

No, jet noise from Virginia Beach does not bother me or my family because we would not buy a house near a civilian airport or military air base, and if we did I certainly would be ashamed to call up and complain about noise. We are a military and my husband flies those "noisy" jets. I think the fault lies a great deal with the real estate people and if the Navy does anything they should put the pressure on them to be more honest. Or the other thing that would really be smart would be for the Navy to move out of Tidewater, supposedly Tidewater can function just fine without the military so I my go some place that is not so hostile toward it.

Mrs. R. Reinheimer

"For years builders have been asked not to build in the "heavy noise" areas, yet in pursuit of the almighty dollar they have continued to do so. Certainly city council is partly at fault for issuing the building permits. I bet the builders don't live in these areas!

I hope that salesmen are honest with buyers when they are buying in these areas. Evidently the agent who dealt with Mrs. Morris was not truthful and should be strongly reprimanded.

The flight rules at Oceana and at Fentress are designed with the public in mind and I feel that most pilots conform to them strictly. Safety is also a key factor, however, and a pilot training for carrier landings should not alter his practice landing pattern too far from what he will use at the carrier or it becomes unsafe.

If people ultimately force Oceana to close there won't be enough people around to complain! Va. Beach needs the Navy.

Tell builders to stop building in the high noise/traffic areas!"

J. E. Hunter

"Yes, the jet noise does bother us. We feel all flying should cease by midnight at the latest. We also believe all but absolute essential flying be eliminated on Saturdays and Sundays. ... proach to Oceana quite often go below the 1500 feet altitude."

Mr. and Mrs. Robert Gulache

"After reading the Dialogue on jet noise, I see that the fault lies not only with the Navy, but with certain unscrupulous land developers and sales people in this city. Oceana's flight patterns and practices were set long before the North Landing Farms area was developed. I have lived here long enough to see new home construction move closer and closer to air landing patterns. For some reason city council had allowed developers to build beyond reasonable limits. Homes are sold to unsuspecting buyers, and the "proud" homeowner is left with mortgage payment and jet noise. I believe city council should call a halt to the practice of overbuilding, especially in these undesirable locations where the Navy has long been established."

Elizabeth Moore

"The only problem Mrs. Morris and Mrs. Hanna have is a lack of common sense. They should of realized when they saw the airfield at Fentress, that the jets would be flying over their homes. Do you really think the real estate man would tell you about the noise you would have to put up with? Come on, all he is out to do is make a quick buck! So now you put the blame on the Navy for your ignorance!"

Mrs. Dorothy Ede

"No, why does the noise bother us. It's good to hear the jets flying. At least we know the men are getting some practice in their line of work. We just might need them to defend our country in the near future. I have two sons in the Navy. Career men who are helping to keep the jets flying. More power to our Navy. Keep them flying, men."

Eileen Strabley

"The question is: Who was at Fentress Field first — the planes or North Landing Farms?

Answer: The planes. I do know what it is like to live outside an airfield, to be unable to talk with a neighbor in the yard or watch prime-time T.V. But, we were assigned to the house by Navy housing and had no choice. Our three children, who were babies at the time, quickly learned to sleep through jets practicing Carrier landings in our back yard.

I have no sympathy for anyone who deliberately buys a house near an airfield and then complains about the noise. Any closed airfield has the potential of being reopened any time and a call to Oceana would have learned that Fentress was only temporarily closed. These people have only themselves and the real estate agents to blame. They should take out their anger on them for misrepresentation.

For quite some time the Navy has been trying to get a buffer zone around Oceana and Fentress where no homes would be built for just this very reason. The builders have consistently opposed this and will do so as long as they can find gullible home buyers.

Landing a jet on an aircraft carrier is an extremely skilled and delicate maneuver. Mrs. Hanna might be amazed at how rapidly the planes land on the carriers themselves and are moved out of the way. These men's lives depend on their skills and they need all the practice they can get."

# F

CHESAPEAKE P. 7
8-25-77

## Centerville Farms, Greenhaven

# Noisy enough for earplugs

By LEE CAHILL
POST Public Affairs Writer

The area is almost bucolic -- serene, uncrowded, comfortable.

And deceiving.

With darkness the peaceful scene is converted into a kind of auditory hell. Jet planes circle overhead emitting noise of such volume that the residents below find it impossible to sleep or to enjoy everyday amenities like listening to the news. Their homes happen to be directly below the flight pattern of jet pilots out of the Naval Air Station at Oceana and practicing at the Auxiliary Field in Fentress. The Fentress Field is east of Great Bridge off Mount Pleasant Road.

The homes make up the subdivisions of Centerville Farms, a community of 29 half-acre homesites, and Greenhaven, a community of three-acre farmettes where ten homes have been completed and six are now occupied.

### New flight pattern

A little hope for some relief has been held out by the Navy. Next week the Navy will test a new flight pattern over areas away from homes and over wooded areas behind the Southeastern Elementary School.

In answer to residents who complained about the situation last week, Mayor Marian P. Whitehurst said that through efforts of city officials, Capt. M. G. McCanna, Oceana Naval Air Station commander, agreed to try the new pattern next week with experienced flyers. She added that he indicated that if the new pattern proved hazardous to pilots, the present pattern would be retained. They Navy has "flatly told us," she said, "they are not going to leave that field."

At Baum, a resident of Centerville Farms, asked, "What action is Council taking to let us live in that area?"

Mayor Whitehurst replied that the city has been meeting with Navy officials for four or five years and two years ago the city tried to enact an ordinance which would force realtors to inform potential buyers about the noise. The city attorney informed Council, however, that the ordinance was not legal.

Baum said that although his house is insulated with from 12 to 14 inches of insulation and has storm windows, the noise levels are too high for him to sleep. The average noise decibels registered are 87-110 decibels while anything over 90 indicates a need to wear ear plugs.

Baum said he moved into his home in April but the flying practice was not accelerated until the summer. In July residents counted 105 hours of flying time over their homes with planes taking off at 40 second intervals.

He said that although the planes are supposed to fly a minimum altitudes of 800 feet, some fly low enough for the residents to see the pilot and to read the numbers on the planes. Petroleum deposits are left on the homes and windows are clouded over.

D. W. Carroll told Council that on June 14 he moved into his $80,000 rustic ranch house in Fentress. The realtor informed me that no planes flew over my house. He suggested the Navy put the Aircraft Carrier Roosevelt on the Bay and practice there. He said Council had turned "a deaf ear" to the problem.

### Noise a secret

Baum and another Fentress Resident last week told Council that they were unaware of the noise when they purchased the homes and were assured by the realtors that there would be no noise from the Airfield.

Vice Mayor Hugo A. Owens asked City Attorney Vernon Forehand to check on legal steps to keep real estate salesmen from "selling people a bill of goods. . . We ought to be able to do something to protect people from situations."

Although individuals who now own property in the subdivisions will be permitted by the city to build, no new subdivisions will be approved in the area.

City Manager Durwood S. Curling said that the local government cannot regulate the Federal government.

### High impact noise

The airfield is used to train pilots to land on aircraft carriers at night. The two subdivisions are in the highest impact noise possible and are just short of the danger landing approach, according to a Navy Air Installation Compatible Use Zone (AICUZ) study.

W
00
01
0
11
HASSEW
06B

148

NAS Oceana
Community Planning/AICUZ
Off-Station Encroachment,
1966-1987 file (7.5)

# G

VIRGINIA BEACH
beacon
Published Three Times Weekly With The Ledger-Star and The Virginian-Pilot
Jan. 27, 1978

# Jet Noise: Will Complaints Kill NAS Oceana?

By Jim Stiff
Beacon Staff Writer




Lt. Cmdr. Samuel Jackson Points to Flight Path in Noise Zone Where New Housing May Now Go

**The Navy's arguments for maintaining a no-residence zoning in one of its primary noise zones at NAS Oceana point up the difficulties that lie ahead for the fast-growing city of Virginia Beach and the heavily-used Oceana Naval Air Station.**

The rezoning of 72 acres of land near the Oceana Naval Air Station this week to accommodate 160 new single-family housing units is viewed by the Navy as more like 160 new coffin nails for the air station than that many new families happily settling in Virginia Beach.

The Navy has estimated it would take more than $31 million and years of negotiations with property owners to get the restrictive easements that would prevent the same thing from happening in the future around the Oceana Naval Air Station and the training field in Fentress.

"We're a day late and a dollar short," said Lt. Cmdr. Samuel L. Jackson, Oceana's AICUZ (Air Installations Compatible Use Zones) officer. He was speaking of the military's efforts to seek compatibility between the civilian and the military communities.

"We're noisy neighbors. Let's face it," said Jackson, in reference to the jet noise created by the Navy's jet planes at Oceana.

Jackson was not implying that the development of 160 new homes near the air station would signal the death knell for Oceana Naval Air Station, but he said the complaints that would originate from the development would not help.

He said that as complaints grow, those doing the complaining begin to get a common bond, and then there becomes organized opposition, and congressmen get into the act and before long, pressure begins to mount.

Oceana is one of two major Navy jet bases on the East Coast. The other is at Cecil Field near Jacksonville, Fla.

"It could be 20 years from now, but if they decide to cut back far enough—and they are cutting back—and say they only need one jet base, it could be Oceana or Cecil," said Jackson.

Cecil Field right now is in the better position as far as compatibility with the civilain community. It has more land (8,000 acres for Cecil as opposed to 5,200 for Oceana).

(Continued on page 2)

2 The Beacon Friday, January 27, 1978

# Noise Complaints Put Pressure on NAS

(Continued from page 1)

"I don't want to use scare tactics, but that possibility is always there," said Jackson.

He reminded that those decisions are made in Washington, and when hundreds of civilians complaining about jet noise are screaming in the ears of their congressmen, it carries clout that could one day kill Oceana Naval Air Station.

That is one of the reasons Jackson looks at the new development as 160 potential complaints, rather than 160 smiling faces.

Jackson is not saying he expects 160 phone calls about jet noise as soon as the last nail is driven, but:

"Potentially, yes. It's there. I'm not saying that many will call in, but you can expect that many."

The area being developed is located on the west side of London Bridge Road and is next to Nottingham Estates. It falls into an area the Navy has designated CNR 3 (Composite Noise Rating 3). This is listed by the Navy as follows:

"Zone of highest intensity; frequency and intensity of noise is such as to be loud and annoying. (Inhabitants may complain repeatedly and even form groups to protest)."

It was on these grounds that the Navy opposed the rezoning at last Monday's meeting of City Council. The applicants, Harry and Viola Richmond, of Connecticut, had asked that the property be rezoned from light industrial to residential.

Grover C. Wright Jr., attorney for the Richmonds, contended that to keep the property zoned light industrial and to honor the Navy's protest would be to deny the Richmonds their rightful use of the property.

City Council rezoned the property to residential on a vote of 7-4.

Jackson said they can expect noise—Zone 3 noise—because the residents are going to be in the path of the main flight pattern.

Oceana's jet planes use runway 5 an estimated 85 per cent of the time, according to Jackson, because the prevailing winds in this area are north to northeast, and that is the direction taken by runway 5.

Planes taking off on that runway make a sharp ascent and a right turn to the south over the lesser populated areas to the south. They then make a left turn out to sea.

In years past, planes would make a slight veer to the right off runway 5 and use Rudee Inlet as their marker to a seaward route. This caused jet noise over the heavily populated beachfront settlements, hence the right turn today to the south.

Planes returning to runway 5 at Oceana approach over Nottingham Estates and property rezoned last Monday by City Council. This is particularly true for planes that come in with touch-and-go landing practice.

Jackson said he knows he is going to get more complaints with every new development in the area of the air station.

"The biggest concern, as I see it, is that as people are building around the station, I get more and more complaints. Then, they write their congressman. You get one to three people complaining and they band together and go to their congressman."

He cited the case of the Navy's jet base in Los Alamitos Calif., which was established in 1940 at about the same time Oceana was established.

"It was built out in the middle of no man's land," said Jackson.

In the years since then, the Los Alamitos base became surrounded by residential development, the same as at Oceana.

Jackson said complaints of jet noise were so bad at Los Alamitos that the Navy finally took the jets out of the base and put in turbo-prop P-3 patrol planes. The complaints continued, even after that.

"The Navy got out in 1977," said Jackson. "The Air National Guard has it now."

Oceana started with 300 acres in 1940 and, like Los Alamitos, Jackson said it was right in the middle of "no man's land."

"But you'd be surprised how many people call today and ask why the Navy built it right in the middle of the city," said Jackson.

FIDELL ASSOC

# Will Complaints Kill NAS?

The Navy did not start worrying about a noise problem until the mid-1950s, the advent of the jet age.

"This thing actually started—we started realizing it—when the first noise complaint came in 1954," said Jackson.

It was after that the Navy looked into what was to become a growing problem and decided it was best to try to either buy up the land around their jet bases or to negotiate restrictive easements with surrounding property owners.

"We wanted $2.5 million to buy easements," Jackson recalled. "They (Washington) said that was absurd."

Today, more than 20 years later, the Navy has estimated it will cost $20.6 million to obtain the necessary restrictive easements around Oceana and $11.25 million to acquire the necessary easements around Fentress. Those are 1975 estimates and do not take into account the inflation since that time.

Jackson said Washington has appropriated $1.6 million for Oceana to begin acquiring restriction easements and he said negotiations for these easements are now in progress with some of the surrounding property owners.

Although the AICUZ study by the government is not a zoning document, the Navy in Virginia Beach feels it should be used as a planning tool.

Jackson said one method is to accomplish compatibility through zoning. "But it's the weakest of all," he said. "It can change on a whim—like yesterday."

Another course—the fastest and most permanent—would be to acquire the property fee simple.

"We don't want to do that because it would take the land off the tax roles," said Jackson.

The other alternative is to seek restrictive easements, such as the Navy is now doing. This would have the property owners compensated for agreeing to keep their land in a compatible use, such as agricultural or industrial.

"That's time-consuming," said Jackson. "You've got to go through Congress, and some people are not willing to do it. That takes from two to three years from start to finish on restrictive easements. The land could be developed by then.

"I guess you could almost say we're harnessed by the system."

For now, Jackson can only wait for the easements to be negotiated and to satisfy himself that summer is still several months away. Summer is the time the complaints increase.

"Summertime has a lot to do with it," said Jackson. "People are outside, so they notice it more. The sun also goes down later, so that's why we go later at night.

"We like to get as much night flying as possible because that's the most demanding."

Jackson said on a heavy night of flying the base will get between 10 to 15 complaints about jet noise.

"We haven't been doing too much night flying lately," said Jackson, apparently enjoying the respite from complaints while he can.

He said most complaints come from the Magic Hollow section. "When they come in on runway 5, they come right over Magic Hollow."

(Continued on page 3)

(Continued from page 2)

Jackson conceded some of the complaints are justified, and the station does make adjustments to satisfy the legitimate complaints.

The complaint calls are handled by Air Operations at the control tower.

"That's our central place for funneling this stuff," said Jackson. "They can watch these guys (pilots) on their radar.

"We admit they get out of the pattern sometimes. They might get too wide or too deep, and the LSO (Landing Signal Officer) tells them to tighten the pattern, if it gets strung out or too wide. This happens mostly at Fentress."

Jackson said there will be a corridor a mile to a mile and a quarter wide through the 72 acres rezoned last Monday where residents can expect heavy jet noise from planes in the touch-and-go pattern of Oceana. This will be in addition to noise from planes making regular returns to the base.

Jackson said he is fearful the City Council has set a precedent with its action last Monday that may lead to future problems for the Navy's insistence on preserving the sanctity of its noise zones.

"Another landowner will come in one day and want his land rezoned," Jackson said. "Council has done it once. Will they do it again?"

# H

184

# Noise Warnings Set For House-Hunters

VA Pilot 8/14/79

By BILL REED

Virginian-Pilot Staff Writer

CHESAPEAKE—Prospective home-buyers in North Landing Farms and Centerville Farms will get written notice that the houses lie in the flight pattern of the Navy's Fentress airfield.

That assurance was given by Virginia Beach real estate man William E. Wood in a letter to Mayor Marian P. Whitehurst earlier this month. Wood's firm is the developer and sales agency for the two subdivisions.

"All our agents have been instructed that all future contracts signed by us for North Landing Farms and Centerville Farms will have to contain information about the property being in the flight pattern of Fentress Airfield," Wood wrote.

The notice could stave off future customer complaints, or even suits, Wood said in a telephone interview.

The written disclosures were prompted by a recent revival of complaints about noise from Navy aircraft practicing landings and takeoffs at the airfield.

Wood had a 28-home subdivision plan turned down in June by the Chesapeake Planning Commission because it was in the Fentress noise zone. The action was taken at the Navy's recommendation.

Lawyers for South Albemarle Farms, Inc., a Wood-owned project, are considering a challenge to the decision. Wood owns other land near the airfield.

A June 13 planning hearing on the subdivision plan revealed that at least one customer had complained about buying a home in the noise zone without being warned first by real estate agents. Agents involved later argued that they had notified the buyer orally.

Complaints of aircraft noise have increased in recent years as farmland surrounding the airfield, located in southeastern Chesapeake, gradually has given way to residential development.

Wood said he intends to ask the Norfolk-Chesapeake Board of Realtors and the Virginia Beach Board of Realtors to encourage member real estate firms to include similar written warnings in future sales contracts, where applicable.

Spokesmen for both agencies Monday said such a move is under study.

After a noise study, released to the public in May, the Navy sought to stop or discourage residential development in vacant tracts in noise zones around Fentress airfield and Oceana Naval Air Station in Virginia Beach.

The study concluded that 14,000 acres around NAS Oceana and 28,000 acres around Fentress airfield were unsuitable for homesites. The study more than doubled the high noise zone around the Virginia Beach airfield and confirmed earlier noise estimates around the Fentress field.

The Navy announced in June its intention to buy up development rights in the high noise zones. A Navy spokesman said that about $11.6 million would be spent in the next two fiscal years to buy development rights around Fentress airfield and Oceana.

Navy aircraft, jet and propeller-driven, make between 80,000 and 100,000 takeoffs and landings from Fentress each year, many of them at night. During periods of heavy operation, aircraft land every 45 seconds.

Good
Call Bill Wood

NAS Oceana
Community Planning/AICUZ
Off-Station Encroachment
1956-1987 file (2.5)

# I

217



CITY REPORT

# [illegible] night landings draw ire of Oceana residents

By DONNA LEINWAND
Staff writer

Residents who live near Oceana Naval Air Station have been protesting night touch-and-go landings with a little [illegible] of their own — persistent ringing of telephones.

Oceana has had about [illegible] complaints in the last two weeks, said Lt. Cmdr. Mark R. Terrell. Usually the base gets only one or two each day, he said.

With Fentress Airfield in Chesapeake closed for repairs, more pilots are practicing night touch-and-go landings at Oceana Naval Air Station, and more are complaining.

"We've gone past our self-imposed 11 p.m. limit (at Oceana). It's not unusual for us to fly into the wee hours at Fentress," he said. "We have carrier qualification periods."

Fentress, in a sparsely populated area, is used to take the impact of the landings from Oceana, said A.C. Ewers, spokesman for the Air Station. When Fentress is open, no planes practice touch-and-go landings at Oceana after 11 p.m., he said.

But with Fentress closed, pilots practice landing and taking off 24 hours a day at Oceana.

"You can't watch TV, you can't talk on the phone, you can't have a conversation," said Robin M. Zomerdyke, a resident of Lands End Condominiums. "I wasn't quite so bad during the winter. They didn't fly so many, and they didn't fly them so late."

Oceana officials anticipated that residents would complain about noise, so they sent news releases to local media and offered a complaint phone number, Ewers said.

"We realize this time of year people have their windows open. Every effort is being made by the scheduling folks to minimize the impact of the touch-and-go practices," Ewers said. "However, there are certain schedules that have [illegible] to meet national standards. There are pilots to train. We wouldn't do it if it wasn't totally necessary."

Fentress was to reopen in mid-May, but because of the rain, workers were unable to complete the [illegible] surfacing of the [illegible] field, Ewers said. The field will [illegible] open June 1, he said.

Some residents were not aware that the field was closed but noticed the increased jet activity around Oceana.

"It wasn't until recently that it really made a difference. It's like every two minutes a jet is flying over us," said Janice L. Howell of Lands End Condominiums. "Some of the planes are flying too low, it seems."

Howell said she didn't know Fentress had closed for repairs. But Peter C. Lawrence, a one-year resident of Birdneck Lake, said he knew the practice airfield had closed, and the increased noise hasn't bothered him.

"I grew up in Long Island, right near the John F. Kennedy Airport, so I guess you get used to it," he said. "I think they do a good job rotating the flights at Oceana. The noise has been a little more lately, but it's bearable."

Longtime residents are used to the noise, said Dianna Close, president of the Shadowlawn Homeowners Association, a neighborhood near the base.

"We've been having this for years. It's a little bit frightening when they come down low," Close said. "We knew the Navy was there when we bought the place."

Close said [illegible] unusual for Shadowlawn residents to have the noise because the neighborhood is not in the normal flight pattern.

"I don't have any complaints but I'm used to it," she said. "I think we should be thankful that they [illegible] there [illegible] ... and the [illegible]

When pilots practice touch-and-go landings, the altitude at which they fly is different from a normal flight pattern, Terrell said. The planes will start at 200 feet instead of 1,000 feet, lowering the entire pattern, he said.

Philip L. Williams, who has lived in Birdneck Lake for more than three years, said he was under the impression that the planes climb to 1,000 feet before they made turns. He said if the pilots swung a little wider when they turned, they would be over the ocean instead of over suburbia.

"I don't think some of these young pilots are following regulations," he said. "I've called the base and complained a couple of times. The A6 intruders are really loud. They just scream. It's bad when you're outside. It is a pain but some people are more upset than others. If one of them crashes in my front yard, I'd be pretty upset."

5/19-20/87

NAS Oceana
Community Planning/AICUZ
Off-Station Encroachment,
1966-1987 file (7.5)

# J

EDITORIALS

THE VIRGINIA BEACH
**Beacon**
ESTABLISHED 1982
Published as part of THE VIRGINIAN-PILOT and THE LEDGER-STAR

**NOISE NOT A SURPRISE**

# Navy night flights

Once again, people who live in the vicinity of the Oceana Naval Air Station are complaining about the assault on their eardrums and nerves by low-flying jets late at night.

It's unsettling enough to have jet fighters rumbling over your house in broad daylight. The noise is doubly aggravating when sleep is disturbed.

During a recent two-week period, officials at NAS Oceana received about 100 telephone complaints from residents who were upset by nighttime flights. This far exceeds the usual number of calls. The reason: More pilots are practicing night "touch-and-go" landings at Oceana because Fentress Airfield in Chesapeake — the regular location for such maneuvers — has been closed for repairs.

"We've gone past our self-imposed 11 p.m. limit (at Oceana)," said a Navy officer. "It's not unusual for us to fly into the wee hours at Fentress." The area around Fentress is sparsely populated, so night flights don't create a great stir.

This isn't the first time, of course, that the Navy's need to practice flying has come in conflict with citizens' desires for peace and quiet around Oceana. And it won't be the last. In defense of the Navy, it should be pointed out that the people in charge of NAS Oceana are inclined toward cooperation — not confrontation. Arrogance is not their byword. The Navy has, indeed, tried to be a good neighbor.

Clearly, jet planes and residential neighborhoods just don't mix. This isn't the Navy's fault. People who choose to live near a naval air station are forewarned. They should assume there will be noise. And they should realize that, sometimes, they'll have to lie down with it.

**GIVE COLLECTORS A BREAK**

# Yesterday's cars

Question: How do you tell a clunker from a collector's item?

Answer: By the personal property tax bill.

Under a new system implemented by Commissioner of the Revenue Robert P. Vaughan, owners of vintage automobiles have seen their taxes rise sharply this year. In some cases, the levy is double what it used to be. People who own the old cars are crying foul.

From Mr. Vaughan's point of view, the issue is reasonably clear: Appraise the property according to a fair formula and collect an equitable amount of tax on it. Nothing wrong with that. Or is there?

Taxing a yacht or a late-model car according to book value is one thing. But how do you put a dollar figure on all the loving care that goes into keeping a 30-year-old car looking good as new? The answer is, you can't.

People ought to be encouraged to hang on to a car from the past — not penalized for doing it. The city treasury wouldn't be depleted if owners of old cars were spared the grief of having to pay bigger tax bills on them.

One thing is certain. Twenty years down the road, we won't be faced with this sort of controversy. The cars built today won't last that long. Which is another reason for encouraging people to hold on to the cars built yesterday.




## LETTERS TO THE EDITOR

### Covering the trucks would benefit city

Concerning truck covering, I am a very staunch supporter of the idea. Litter and debris blown, bounced and/or shifted onto our highways are (a) dangerous and (b) ugly. There are many organizations in Virginia Beach that would like to make our city (a) safer and (b) more attractive.

I have introduced the concept of mandatory truck covering and received unanimous endorsements from the Virginia Beach Beautification Commission and from the Virginia Beach Clean Community Commission. I have met with Mr. Dale Bimson, city attorney, and have discussed proposed legislation with him and with Mr. William Bynum, an assistant city attorney. A very simple proposed ordinance has been drafted and, yes, farm products would be excluded.

I urge others who are interested and concerned to let their City Council representative know. Distinct improvements are being made in Virginia Beach. Truck covering will be another.

Barbara K. Bridges
Bridges and Associates

### What do you think?

What's your opinion on schools, sports, tourists and life in Virginia Beach in general?

We invite you to make your views known in the Beacon.

It doesn't matter how long the letters run as long as they expound on a subject of interest to Virginia Beach, whether it is humorous, poignant or mocking.

There are several guidelines that must be followed. Type or print clearly; stick to the subject and always give your name, neighborhood and, for verification purposes, a telephone number where you can be reached during the day. We do not publish unsigned letters or withhold the names of letter writers.

Address your letters to Dialogue, P.O. Box 62244, Virginia Beach, Va. 23462.

### The schoolteachers are an investment

We are saddened by the feelings that J.T. Stathus expressed in his letter "Dissatisfied teachers should change jobs."

If J.T. Stathus were to make an investment of $50,000 and invest four years of his life, he would expect a return on that investment, and rightfully so. If there were no return, he would have made a bad investment.

You are right, Mr. Stathus, we did not have to become teachers. Every year fewer and fewer college students are choosing to make that "bad investment." The children of J.T. Stathus, and others, will pay the price.

[illegible]
[illegible] School

### They labor sun to sun but work never done

Mr. Stathus forgot to mention that nine-month teachers do not work just the school-hour day. They have papers to grade, plans that are required to be turned in, miles of unnecessary paperwork to be done on their own time.

Not to mention parent conferences, calling parents at home who have sent notes to teacher by Johnny.

Our trivial matters take hours of our time. He failed to mention that the future of our country depends upon the education our children get today. Real dedicated teachers work with each child. And those teachers choose the teaching profession because they care. As for having three months off — many have children who are out of school at the same time.

As for Navy personnel, they have 30 days or more off a year, are not docked for extra sick days. Navy life is hard on families. My husband was a 30-year Navy man. So I speak for 30 years of that time.

As for plumbers, they work and charge as they please. Their own hours, their own charge.

Mr. Stathus stated nobody forced them to become teachers. He has never had a child who wanted to make a better world by teaching. I spent 18 years working as a school secretary in Virginia Beach. I feel qualified to speak on how hard teachers work at home on schoolwork.

Two of my daughters-in-law are very dedicated teachers so I agree with Thomas Munroe. "Teachers salaries are not high enough."

Mildred [illegible]
[illegible]

### Generous pie baker gets words of praise

Please publish this letter to thank the lady who baked six delicious pies for our Saturday and Sunday soup kitchens at The Fire Escape on 17th Street. They were delicious, and so is knowing somebody out there cares for the needy in our community.

God bless you lady!

Brenda McCormick
The Fire Escape Soup Kitchen