# EXHIBIT E

# AICUZ

## AIR INSTALLATION COMPATIBLE USE ZONE STUDY

# NAS OCEANA

## VIRGINIA BEACH, VIRGINIA

SOUTHERN DIVISION — NAVAL FACILITIES ENGINEERING COMMAND CHARLESTON, S.C.
ROBERT AND COMPANY ASSOCIATES—ARCHITECTS/ENGINEERS/PLANNERS—ATLANTA, GEORGIA

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
DX 197

CONTENTS


| | | |
|---|---|---|
| I | AICUZ SUMMARY | I-1 |
| II | INTRODUCTION | II-1 |
| | Scope and Objectives | II-2 |
| | Study Criteria | II-2 |
| III | HISTORY AND EXISTING CONDITIONS | III-1 |
| | Virginia Beach | III-2 |
| | NAS Oceana | III-8 |
| | Operations | III-13 |
| | Financial Impact | III-16 |
| IV | AICUZ DEVELOPMENT | IV-1 |
| | Noise Impact Areas - CNR Zones | IV-1 |
| | Accident Potential Zones | IV-7 |
| | Height Obstructions | IV-13 |
| | AICUZ | IV-15 |
| V | COMPATIBLE LAND USE PLAN | V-1 |
| | Off-Station | V-2 |
| | Strategies and Plan | V-17 |
| | Environmental Impact Assessment | V-29 |
| | APPENDIX | |
| | A. Norfolk-Virginia Beach-Portsmouth SMSA | A-1 |
| | B. City of Virginia Beach Organization Chart | B-1 |
| | C. NAS Oceana Aircraft Loading and Type Aircraft Using The Airfield | C-1 |
| | D. Noise and Environmental Impacts | D-1 |
| | E. Land Use Objectives - Amplified | E-1 |
| | F. Noise Abatement Through Building Design | F-1 |
| | G. Noise Regulations - Virginia Beach | G-1 |
| | H. Capital Improvements - Highways and Engineering | H-1 |
| | I. A Proposal for Managing Growth Part 2 - A Plan for Planning | I-1 |
| | J. Land Development Controls | J-1 |
| | K. Primary Strategies for Implementing Compatible Land Use Within the AICUZ | K-1 |

## II. INTRODUCTION

This report summarizes the results of the work done by the study team in preparing a Noise Pollution Abatement Study and developing an Air Installation Compatible Use Zone (AICUZ) for the Naval Air Station Oceana, Virginia Beach, Virginia.

### SCOPE AND OBJECTIVES

The history and existing conditions of the City of Virginia Beach and of NAS Oceana were investigated relative to their location and development, land area, population, economy, organization, and the ways in which they have cooperated to meet the problems associated with noise and accident potential.

An AICUZ was developed based on noise impact areas and accident potential zones, and was analyzed in terms of compatible land use, zoning, development trends and avenues of action.

As outlined in the AICUZ Summary the Navy prepares an AICUZ for each of its installation and submits its recommendations on zoning and land use to the local government for consideration, adoption and implementation.

The AICUZ Compatible Land Use Plan culminates the studies outlined above and summerizes the wide range of normal land uses permitted in the various Compatible Use Zones of the AICUZ. It is intended as a long range guide to future development around NAS Oceana.

### STUDY CRITERIA

Planning assumptions and directions were established as a result of close coordination with the Southern Division NAVFAC, the planning and operational personnel of NAS Oceana, and officials of the City of Virginia Beach. In additon, the following guidelines aided in the formualtion of study criteria:

o Guidelines and Memoranda were provided by the Department of Defense, The Assistant Secretary of the Navy, the Naval Facilities Engineering Command, and NAS Oceana regarding the AICUZ Program, aircraft operations, noise and accident potential zones, compatiblity of land uses, etc.

o The final study entitled "Aircraft Noise Study Naval Air Station Oceana, Virginia Beach, Virginia, Report No. 2360R" by Bolt, Beranek and Newman dated November 1972 was the source for existing Composite Noise Rating Zones and some of the flight operations.

o The U.S: Department of Housing and Urban Development handbook entitled "Aircraft Noise Impact – Planning Guidelines for Local Agencies" was a valuable guide to planning considerations and potentials for local cooperation.

o The extensive on-the-ground studies and the interviews with personnel at NAS Oceana and with local citizens and officials were invaluable in relating the criteria outlined above to local conditions, requirements, and potentials for joint action.