# EXHIBIT F

1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF HAROLD LEVENSON
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

June 8, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs

2

Appearances (Cont'd.)

U. S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
KELLE S. ACOCK, ESQUIRE
And
DEPARTMENT OF THE NAVY
COMMANDER NAVY REGION ATLANTIC
By: DOMINICK G. YACONO, ESQUIRE
And
DEPARTMENT OF THE NAVY
NAVY LITIGATION OFFICE
By: J. PAGE TURNEY, ESQUIRE
Counsel for the Defendant

3

INDEX


| DEPONENT | | PAGE |
|---|---|---|
| Harold Levenson | By Mr. Bryant | 4 |


EXHIBITS


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 32 | Subpoena and Notice of Taking Deposition - Duces Tecum | 14 |
| 33 | Tax assessment for 2004 Brickell Court | 55 |
| 34 | Plaintiffs' Answers to Interrogatories Harold and Elaine Levenson | 78 |
| 35 | Deed dated July 25, 2003 | 82 |
| 36 | Deed dated 7 August 1986 | 83 |
| 37 | Settlement statement datedd April 17, 1987 | 84 |
| 38 | Deed of Trust dated April 17, 1987 | 85 |


4

Deposition upon oral examination of HAROLD LEVENSON, taken on behalf of the Defendant, before Frances P. Zahn, RPR-RMR, a Notary Public for the Commonwealth of Virginia at large, taken pursuant to notice, commencing at 9:10 a.m. on June 8, 2005, at the offices of Shuttleworth, Ruloff, Giordano & Swain, 4525 South Boulevard, Virginia Beach, Virginia; and this in accordance with the Federal Rules of Civil Procedure.

HAROLD LEVENSON was sworn and deposed on behalf of the Defendant, as follows:

EXAMINATION

BY MR. BRYANT:
Q. Mr. Levenson, my name is Steve Bryant from the Department of Justice. How are you today?
A. Fine. I'm listening to you.
Q. What we're going to have is a deposition which I will ask you questions and you will answer them. Mrs. Zahn is taking down everything we're saying, so please allow me to finish my questions before responding so we're not talking over one another.
MR. SWAIN: Each time he's asking you a question, wait until he completes that question in its entirety, and then give him a response.
THE DEPONENT: Okay.

consistent as the Navy would like them to be. And that's the reason they are training. I mean that's the reason that Oceana operates, because the pilots are learning how to make an ideal or perfect landing on a carrier, and if they were able to do that every single time out of the box then they would land in the same flight trajectory. But they -- of course, wind conditions occur and there's individual differences between pilots and that kind of thing, yes.

Q. But when talking about that, sometimes it's to the left, sometimes it's to the right?

A. Yes.

Q. The distance changes somewhat?

A. Yes.

Q. Is it roughly the same on this side as the same on that side? Is it about -- you are like right on the flight path, in the middle?

A. I had the occasion -- I've been waiting for the moment to tell you this story. I had the occasion to have a telephone conversation with Ray Furenzi and Bobby Rountree. You know who they are?

Q. Yes, I do.

A. This conversation must have taken place two years ago, maybe. Ray was in his office. Bobby was in Ray's office. He put me on a speakerphone. We had about a 45, 60 minute conversation. The reason for the conversation was



that I was wanting to get Ray to have a pilot -- Bobby is a retired pilot working in a civilian capacity with Ray -- explain to me why when the overflights occur sometimes the noise is much louder than at other times. Why there was the variation of noise levels as the planes were flying over my house. So we had this conversation. Very pleasant conversation. Rountree is a fine guy. And Ray is a fine guy too.

And Rountree looked at his maps in Ray's office, and we agreed that the overflights were going to be at about 400 to 500 feet over my house. Okay? And that if the pilots were flying the perfect trajectory to land on the short runway that they would come approximately over my house. And that was part of the conversation for 45 or 60 minutes. So that is how I know without having to measure in some other way that the altitude, when the planes are landing on a short runway over my house, is about 4 to 500 feet. Because I take Bobby Rountree's word for it.

Q. And in terms of -- not just the altitude that you mentioned, the location in relation to your house?

A. Yes.

Q. In terms of --

A. Yes. I know what you're asking. What is the percentage of the time they fly directly over my house as opposed to the percentage when they fly 50 feet, or 100



feet, or 150 feet. Is that what you want to know?

Q. Yes.

A. To be honest with you I really wouldn't want to guess. I mean have I kept statistics? No. Do I have a clear recollection? You know, have I modeled in my head, you know, what the percentages are of that? No. All I can tell you is a certain amount of time, a goodly amount of the time they fly directly over my house.

And that shouldn't be a surprise to anybody, because, as I am sure you know by now, the purpose of the training at Oceana is to get the pilots to make a perfect landing on a carrier. If they make a perfect landing they would -- it doesn't happen this way, but they would fly in a certain trajectory, and that trajectory, as I have experienced it myself, and as the gist of the discussion was that day with Rountree and Ray -- Ray was just listening; Rountree was doing most of the talking -- comes over my house, yes.

Q. Now going back to before you bought the house?

A. Yes.

Q. You mentioned that you were aware of NAS Oceana?

A. I was aware only in my capacity as the news director of WAVY that periodically in our newscast there were stories about NAS Oceana. That's all I knew.

Q. And did you know where the location of Naval Air

Station Oceana was?

A. Only very vaguely. I knew it was somewhere in Virginia Beach, somewhere near the house. That's all I knew.

Q. And --

A. I now know where it is.

Q. I figured as much. But before you moved in, you did know it was near the house?

A. No. No. I don't really think I did. I knew that the sellers of the house were a Navy officer. I knew that, I had started working at WAVY, and I knew we did stories from time to time about Oceana. I knew that Oceana was somewhere in Virginia Beach. Somewhere. But I mean ( the days when we looked at the house, were there any overflights at the house when we looked at it? Absolutely none. No.

Q. Did you inquire with -- well, the naval officer you bought the house from --

A. Yes.

Q. -- was he an aviator?

A. I don't think so, but I'm not sure. Did he tell me about overflights of the house? Absolutely not.

Q. Did you ask him about that at all?

A. No. Not that I recall, no.

Q. Did you inquire at the air station about