# EXHIBIT H

Case 1:01-cv-00201-VJW Document 180 Filed 06/09/2006 Page 7 of 15



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

ORIGINAL

DEPOSITION UPON ORAL EXAMINATION
OF HERBERT VAN NOSTRAND
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

April 27, 2005

Appearances:

SHUTTLEWORTH, RULOFF, GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs

U. S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
DOMINICK G. YACONO, ESQUIRE
Counsel for the Defendant

Q. How far is the mall from your house approximately?

A. About three miles, two and a half, three miles.

Q. Okay.

Did the jets -- did the jets ever at that time frame fly directly over your house?

A. They have, yes, at one time or another.

Q. Now going back to the 1967 time frame when you first moved into the house, were they flying over your house then?

A. You know, I -- you know, I'd have to say yes because there's jets flying, you know. And I would have to say yes.

Q. All right. About how often did the jets fly over, directly over your house in that time frame of 1967 through the '70s, that time frame?

A. Well, that's another question. You know, just -- I just hear air pattern, I guess you call it.

Q. But when you were sitting on your porch back when you first moved in your house, back in that time frame on occasion --

A. Yes.

Q. -- it would fly over your house?

A. Yes.

Q. Okay. What I'm trying to find out is about how

often did that happen where it would be right above your house? When I say above, it could be how high?

A. Quite often. Quite often.

Q. Quite often back then?

A. Yes.

Q. When you say quite often do you mean -- how many times a month, approximately?

A. Oh, lord! 180.

Q. Oh, so very often then. Quite often?

A. Yes. Yes.

Q. So on a regular basis?

A. Yes.

Q. It was flying directly over your house?

A. At times directly over.

Q. Okay.

A. I mean when you say directly over, I'm talking right straight up.

Q. That's what I'm talking too, so we're having a mind meld here, so that's good. We're talking about the same thing.

You said about 180 in terms of flights a month. When you said 180, do you mean 180 directly above you or 180, a certain number above you and a certain number above the Lynnhaven Mall area?

A. Exactly. A certain amount over, you know they --

and then like right now you see them coming in the afternoons, you know, their pattern, you know. And then some are very often, you know, a little farther than I'd say -- I don't know what he's doing, but he's just --

Q. Well, right now I'm not talking about right now.

A. Then I guess they were. I would say then they would do the same thing, more or less.

Q. Okay. Well, then, speaking of that, have the flights, your experience with the jets flying in and around your house, has it been roughly the same in terms of number of operations and proximity to your home over these many years?

MR. SWAIN: What do you mean by proximity to his home?

MR. BRYANT: I mean, he said some flights back in 1967 were directly above his house. Some were over the Lynnhaven Mall area. Lynnhaven Mall, of course, didn't exist back then, but in that area. What I'm trying to find out, has it been roughly consistent where the planes have flown in relation to your home from back in 1967 through the '70s, '80s, until now? Has it changed?

A. If I had to say same, yes, sir.

MR. SWAIN: Now, no guessing. No guessing. Just tell what you know.

A. I'd say it's about the same pattern.

Case 1:01-cv-00201-VJW Document 180 Filed 08/09/2006 Page 11 of 15



Q. It also says that -- well, actually, but you do agree that the -- I'll return this actually. I'm not going to make it an exhibit.

Do you agree that there has been sort of a market appreciation in this area, in Virginia Beach?

A. Yes.

Q. You do. And what is your understanding of how long that's been going on?

A. As far as I know of?

Q. Yes.

A. I don't know. I'd say because -- I talked to you about houses here than I have talked to anybody else.

Q. All right. Fair enough.

A. I mean I really don't.

Q. I'm going to mark --

MR. SWAIN: Let me get a copy of that. Make a copy.

MR. BRYANT: Sure.

MR. SWAIN: You want to do it at the break?

MR. BRYANT: That's fine. We'll do it at the break.

Just give me a moment here.

BY MR. BRYANT:

Q. Another question I have for you is going back to overflights in terms of the altitudes of the overflights.

w high above you are they? Do you have -- can you estimate about how high the planes are currently right now above your house?

A. If I had to guess --

Q. Yes?

A. -- I'm going to say from 1,000 to 1,400 feet.

Q. Okay. Has that altitude been about the same the entire time you have lived in the house?

A. Pretty close. Pretty close.

Q. Okay. Could you -- you said 1,000 to 1,400 feet?

A. I'm guessing.

Q. I understand.

Can you compare that to something like a certain number of homes stacked on top of one another? Is there something you could compare it to to give --

A. No.

Q. You are just going -- okay. Fair enough.

Can you see the pilots from your front porch? Can you see them in there?

A. You know they are in the airplane.

Q. Oh, I know they are in there.

A. I mean, you know, yes, you see the figure of a person there, you know, and all, yes.

Q. Can you see their helmet that they are wearing?

A. Not with my eyes like that, but you know.