# EXHIBIT J

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF JAMES E. RIDDICK
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

June 10, 2005

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: STEPHEN C. SWAIN, ESQUIRE
Counsel for the Plaintiffs



Appearances (Cont'd.)

U. S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
KELLE S. ACOCK, ESQUIRE
And
DEPARTMENT OF THE NAVY
COMMANDER NAVY REGION ATLANTIC
By: DOMINICK G. YACONO, ESQUIRE
And
DEPARTMENT OF THE NAVY
NAVY LITIGATION OFFICE
By: J. PAGE TURNEY, ESQUIRE
Counsel for the Defendant



INDEX


| DEPONENT | | PAGE |
|---|---|---|
| JAMES E. RIDDICK | By Ms. Acock | 4 |


EXHIBITS


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 70 | Real Estate Purchase Contract, James E. And Virgie L. Riddick | 10 |
| 71 | 21st Century Remodeling, Inc. written agreement, dated 26 October 2001 | 19 |
| 72 | Appraisal with comparable photos | 21 |
| 73 | Subpoena and Notice of Taking Deposition - Duces Tecum | 22 |
| 74 | Appraisal of Real Property | 25 |
| 75 | Plaintiffs' Answers to Interrogatories James and Virgie Riddick | 41 |




Deposition upon oral examination of JAMES E. RIDDICK, taken on behalf of the Defendant, before Frances P. Zahn, RPR-RMR, a Notary Public for the Commonwealth of Virginia at large, taken pursuant to notice, commencing at 8:45 a.m. on June 10, 2005, at the offices of Shuttleworth, Ruloff, Giordano & Swain, South Boulevard, Virginia Beach, Virginia; and this in accordance with the Federal Rules of Civil Procedure.

JAMES E. RIDDICK was sworn and deposed on behalf of the Defendant, as follows:

EXAMINATION

BY MS. ACOCK:

Q. Hi, Mr. Riddick. I'm Kelle Acock, and I'm going to ask you some questions today, and we'll need you to verbally say the answers. Ms. Zahn is going to be typing what we say and so nodding your head yes, shaking it no, uh huh, uh uh, she won't be able to transcribe that.

A. Right.

Q. So we just need you to go ahead and verbalize your answers. And if at any time you need a break, if you want to get some water, or if you just need to take a moment, just let us know and we'll be happy to stop and let you take a break.

A. All right.

Q. Did it seem like it just happens overnight, so to speak, or was it something that you really noticed at one particular time?
A. You know the reason I really notice one particular time is, say, when the house shook, you know, it gets your attention. If you are in the house, the thing vibrates and you hear this jet noise going by and all of a sudden the house shakes and it gets your attention. I would say that is in late '99, 2002, though. Somewhere along in there.
Q. When you mentioned in '92 when you first bought the home that the jets would fly, did your house shake then?
A. No. I don't ever remember shaking then like that.
Q. When you describe the planes flying directly over your home, do you know about how high they are flying, or what the altitude is?
A. I don't know.
Q. Do you have really tall trees in your front?
A. No. No.
Q. If you -- if they are not directly over your home and they are flying you said to the right or to the left, do you know how high they may be flying then?
A. No. I couldn't tell.
Q. Do they seem to be higher than when you think



they are flying directly over?
A. It's hard to say because sometimes some of them are lower than the others, and it's hard to say, you know, which is higher and if they are coming directly over the house whether they are higher than when they go to the side. It's hard to say.
Q. Do you think the height that you talked about as they fly now, do you think that is about the same as they flew in 1992?
A. I really don't know. I really don't know. I can't say. I'm not sure.
Q. In terms of the height again, did you ever notice a change between '92 until the present in terms of the height that they fly?
MS. HOFHEIMER: Objection. Asked and answered.
A. I really couldn't tell. I really can't tell if they was flying higher or lower.
BY MS. ACOCK:
Q. So it seems to be the same?
A. Pretty much. Pretty much.
Q. Do you know whether when your house was first built if there was any sound attentuations in the home when it was built?
A. What do you mean by sound attentuation?
Q. Anything in the construction of the home that



would mitigate noise?
A. Not that I know. I don't know.
Q. Have you done anything to your home that would mitigate noise?
A. Well, no. I had new windows put in.
Q. Why did you have new windows put in?
A. Well, you know, first of all, I did it for the comfort. And they said the windows would keep out some of the noise also. And it would keep the heat in. It would keep the heat from coming in and make your house warmer in the wintertime.
Q. So that's what you mean by comfort?
A. Right. They said it would make it a little bit more comfortable. You won't be as cold, you won't be as hot, and it eliminates a little bit of the noise.
Q. And that, the windows, that is part of the remodeling?
A. No. This was just done -- the windows were just done like a couple of months ago.
Q. Okay. This is June, so March or April?
A. April, somewhere along in there.
Q. And who installed the windows?
A. Window World? I believe it was Window World.
Q. Do you remember how much it cost?
A. About $4,000.



Q. You talked about the windows being for comfort. Can you describe them, single pane, double pane?
A. Double pane.
Q. Are there any -- are they like specialized, customized windows or just new windows?
A. Well, I guess -- he came in and measured everything, so I guess they are customized for the house because he had to come in and measure every window individually.
Q. But the main reason you bought them was not for the noise?
A. Well, not the main reason but that was part of the reason because they said it eliminates a little bit of the noise, so that was included. But I basically wanted it to keep the heat inside in the wintertime and the heat outside in the summertime and eliminate what noise I could.
Q. Besides the windows, have you done anything else to your home to make the noise less or to mitigate the noise?
A. Nothing else that I can remember to eliminate the noise. I don't know what else I could do to eliminate noise.
Q. Do you remember the mortgage company when you purchased the home, what mortgage company had the mortgage?
A. You know, I'm not sure. For some reason I want