# EXHIBIT K

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

NO. 01-201L

Judge Victor J. Wolski

THE UNITED STATES OF AMERICA,

Defendant.

DEPOSITION UPON ORAL EXAMINATION OF EDDIE WATERMAN TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

June 9, 2005

Appearances:

HOFHEIMER / FERREBEE, P.C.
By: KRISTEN HOFHEIMER, ESQUIRE
Counsel for the Plaintiffs



Appearances (Cont'd.)

U. S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
KELLE S. ACOCK, ESQUIRE
And
DEPARTMENT OF THE NAVY
COMMANDER NAVY REGION ATLANTIC
By: DOMINICK G. YACONO, ESQUIRE
And
DEPARTMENT OF THE NAVY
NAVY LITIGATION OFFICE
By: J. PAGE TURNEY, ESQUIRE
Counsel for the Defendant



I N D E X


| DEPONENT | | PAGE |
|---|---|---|
| EDDIE WATERMAN | By Mr. Bryant | 4 |


EXHIBITS


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 51 | Purchase agreement dated 24 May 1993 to Eddie J. and Elizabeth L. Waterman | 27 |
| 52 | Tax assessment July 1, 2005 through June 30, 2006 for 2244 Windy Pines Bend | 52 |
| 53 | Plaintiff's Answers to Interrogatories, Eddie and Elizabeth Waterman | 56 |
| 54 | Receipt from Lowe's | 58 |
| 55 | The Home Depot Special Services Customer Invoice | 61 |




Deposition upon oral examination of EDDIE WATERMAN, taken on behalf of the Defendant, before Frances P. Zahn, RPR-RMR, a Notary Public for the Commonwealth of Virginia at large, taken pursuant to notice, commencing at 12:10 p.m. on June 9, 2005, at the offices of Shuttleworth, Ruloff, Giordano & Swain, South Boulevard, Virginia Beach, Virginia; and this in accordance with the Federal Rules of Civil Procedure.

EDDIE WATERMAN was sworn and deposed on behalf of the Defendant, as follows:

EXAMINATION

BY MR. BRYANT:

Q. Mr. Waterman, good afternoon. My name is Steve Bryant from the Department of Justice. How are you?

A. Fine, thank you, sir.

Q. Have you ever been deposed before?

A. No.

Q. We'll go over the ground rules quickly so you will know. I'm asking you questions, you're going to answer those, and Mrs. Zahn is taking down everything we say so it's very important that you articulate your answers. Say yes or no and don't nod your head or say uh huh or anything of that nature because it won't be clear for the record. It's also important that we don't talk over one another, so

you had flights directly over your house, could you still hear the television?

A. At what point in time?

Q. This is before '98. '92 to '98?

A. I don't recall any problems speaking on the phone or watching TV inside the house.

Q. Okay. Can you estimate the altitude of the flights back in that time frame?

A. No. I don't know how to do that.

Q. Can you estimate the altitude that you are currently experiencing?

A. No.

Q. Is it roughly the same altitude?

A. I would say yes. Same altitude.

Q. It's been roughly consistent?

A. Right.

Q. Before April Fools Day, did you have roughly the same distribution of the overflights being lateral to your house versus those that were directly over? Was that roughly consistent from --

A. Yes.

Q. The only difference being then the noise generated by the aircraft starting in December of '98?

A. I don't understand the question.

Q. Well, you said, you know, there was that



demarcation of when the -- when December, when you were having that -- around December when you were having the camp out with your grandson, suddenly it was louder?

A. Yes.

Q. What I'm focusing on now is the flight distribution from over your house versus lateral to your house was still the same until April 2000?

A. That's correct.

Q. The only difference between the pre December '98 and post December '98 up until April Fools Day was that the aircraft was a louder aircraft, you were experiencing more noise. Is that right?

A. Yes.

Q. Okay. And in that time frame, what would happen with the conversation outside in the yard if they were flying laterally to the house?

MS. HOFHEIMER: Can you tell me what time frame?

MR. BRYANT: December '98 until --

MS. HOFHEIMER: April '05.

A. Flying laterally over the house, we certainly had to raise our voices, and speak much louder.

BY MR. BRYANT:

Q. Okay. But you could still communicate with one another --

A. Yes.



Q. -- outside.

Now, what about when the December of '98 to April Fools Day 2005, when the flights were directly over your house, how would that impact conversations outside?

A. We had to stop talking until they flew away.

Q. Let's go inside the house now. When you had the lateral flights starting December of '98, could you still listen to the television, talk on the phone, that kind of thing.

A. Yes. But we had to speak louder that I recall, then we had to either cut the TV up louder or -- you're talking about lateral flights, right?

Q. Yes, I am.

A. It was certainly bearable, but it was uncomfortable unless we talked -- spoke louder, or cut the TV up louder.

Q. What about, when you had direct overflights at that time, December '98 to April 1st of this year, directly over your house? How would that impact the TV, phone conversations?

A. We just -- we stopped talking on the phone until they passed over and in terms of the TV, listened to the radio, we just didn't hear it.

Q. No matter how high you turned it up?

A. Well, we didn't turn it all the way up as far as



it could go.

Q. How would you -- I think you said bearable is the word you used. How would you describe the jet noise when you first moved into the house?

A. It was definitely bearable. It was uncomfortable at times outside. It really didn't affect us inside the house. It didn't adversely. Just strictly outside.

Q. And how would you describe it since, from the 1st of December of '98 through April 1, 2005? If -- you know, I should have clarified that too.

Has it been, the noise impacts, consistent from April 1st -- sorry, December 1, 1998 to April 1, 2005?

A. Has the noise been consistent?

Q. Consistent from that time period?

A. Yes.

Q. It has. So with that said, how would you describe the noise impacts and living there in that house in that time period?

A. I would say it was at times extremely uncomfortable. Particularly when the aircraft flew right directly over the house.

More so outside than inside.

Q. And how would you describe it from April 1st, 2005, until today?

A. I don't get to sleep late any more, and as a