# EXHIBIT N

4836

# HARRIS, MILLER, MILLER & HANSEN, INC - NOV 1984; PREPARED UNDER CONTRACT # N00025-82-C-0002, AICUZ OFFICE, NAS OCEANA

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
DX 142.1

C 1. Annual Operations and Average Day

Noise Contours are normally based on "average busy day" operations; this is the number of operations that occurs during a 24-hour period when the station is in full operation. The tower maintains daily and annual summaries of these operations. An examination of tower counts indicates that at NAS Oceana the busiest months are March and August. The average weekday operational level during those months is approximately 125 percent of the annual average day. (The annual average day is annual operations divided by 365 days). Therefore the noise contours are based on 125 percent of the annual average daily operations. Table 2 gives the total annual operations for 1980 through 1982.

C 2. Operations by Aircraft Type

To compute the number of daily operations flown by each aircraft type, each squadron provided for its aircraft estimates of annual numbers of departures, arrivals and patterns flown. These numbers were added for all aircraft types, then used to determine percent of total operations by each type. The grand total of the operations data provided by the squadrons was approximately five percent higher than the total from Air Traffic Control (ATC) counts. To be consistent with the ATC counts, we adjusted the squadron totals downward proportionately. We then developed operations numbers for an average busy day. The resulting numbers of operations are given in Table 3.

Use of individual flight tracks by aircraft type is determined by combining runway utilizations provided by the Tower, and shown in Table 4, with flight track utilization provided by the squadrons. These percentages are multiplied by the numbers of operations of Table 3.

Table 4 gives the flight track labelling conventions followed to distinguish the various types of flight tracks. Table 5 is a summary of operations by aircraft type and by type of activity. Tables 6 and 7 list the numbers of operations by runway, flight track and type of activity for Oceana and Fentress, respectively. Figures 3 through 6 depict the corresponding flight tracks.

Two notes concerning these operations are necessary. First, as indicated in Table 5, operations of certain aircraft are omitted since they contribute so little to total noise contours and thus would add only to the complexity of the noise computation process, not to its accuracy. The F-5E, T-2C and TC-4C were omitted at NAS Oceana and the E-2 and C-1 were omitted at ALF Fentress. Second, general aviation activity is also omitted because it would have no noticeable effect on contours.

TABLE 2

NAS OCEANA AND ALF FENTRESS

ANNUAL OPERATIONS

| YEAR | | NAS OCEANA ANNUAL OPERATIONS | ALF FENTRESS ANNUAL OPERATIONS |
|---|---|---|---|
| 1982 | | | |
| | TOTAL ANNUAL OPS | 177486 | NA |
| | LESS ENROUTE OPS | -15977 | NA |
| | TOTAL STATION OPS | 161509 | 96062 |
| 1981 | TOTAL ANNUAL OPS | 231753 | 90928 |
| 1980 | JAN - OCT ONLY | 120816 | 74006 |

*Source: Air Traffic Activity Report
Note: Patterns are counted as two (2) operations

TABLE 3

NAS OCEANA AND ALF FENTRESS

RUNWAY UTILIZATIONS

NAS OCEANA

| RUNWAY | UTILIZATION(%) |
|---|---|
| 05 | 44 |
| 14 | 3 |
| 23 | 30 |
| 32 | 23 |

ALF FENTRESS

| RUNWAY | UTILIZATION(%) |
|---|---|
| 05 | 60 |
| 23 | 40 |

TABLE 4

NAS OCEANA AND ALF FENTRESS

FLIGHT TRACK DESCRIPTIONS

| Flight Track Suffix | Flight Track Description |
|---|---|
| A | Departures |
| B | Interfacility Departures |
| D | Patterns |
| E | Straight-In Arrivals |
| G | Overhead Arrivals |

TABLE 5

NAS OCEANA AND ALF FENTRESS

1982 AVERAGE BUSY DAY OPERATIONS

NAS OCEANA

| AIRCRAFT TYPE | ARRIVALS | | DEPARTURES | | PATTERNS: TOUCH AND GO | | PATTERNS: FCLP | | PATTERNS: GCA | | PATTERNS: ACLS | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAY | NIGHT | DAY | NIGHT | DAY | NIGHT | DAY | NIGHT | DAY | NIGHT | DAY | NIGHT | |
| A-6 | 7.31 | 2.98 | 8.55 | 1.74 | 33.97 | 11.90 | 6.32 | 9.79 | 2.60 | 2.85 | 0.25 | 0.12 | [illegible] |
| A-4 | 18.50 | 0.07 | 14.80 | 0.50 | 5.21 | 0.66 | 0.00 | 0.00 | 2.85 | 0.04 | 1.12 | 0.12 | 40.75 |
| F-14 | 63.60 | 17.11 | 64.34 | 16.36 | 101.29 | 19.34 | 4.96 | 4.96 | 71.65 | 23.80 | 3.05 | 7.07 | 398.33 |
| F-5E | 0.45 | 0.12 | 0.57 | 0.01 | 3.60 | 0.04 | 0.00 | 0.00 | 0.00 | 0.09 | 0.62 | 0.00 | [illegible] |
| T-2C | 2.60 | 0.12 | 2.60 | 0.12 | 0.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 0.00 | [illegible] |
| TC-4C | 1.49 | 0.08 | 1.39 | 0.08 | 0.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 0.00 | [illegible] |
| TOTALS | 95.95 | 21.24 | 98.83 | 18.77 | 145.83 | 31.94 | 11.28 | 14.75 | 77.11 | [illegible] | 6.08 | 7.31 | 594.98 |

ALF FENTRESS

| AIRCRAFT TYPE | ARRIVALS | | DEPARTURES | | PATTERNS: TOUCH AND GO | | PATTERNS: FCLP | | PATTERNS: GCA | | PATTERNS: ACLS | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAY | NIGHT | DAY | NIGHT | DAY | NIGHT | DAY | NIGHT | DAY | NIGHT | DAY | NIGHT | |
| A-6 | 1.30 | 1.30 | 1.30 | 1.30 | 0.00 | 0.00 | 27.26 | 27.23 | 0.00 | 0.00 | 0.00 | 0.00 | 57.92 |
| F-14 | 5.20 | 5.20 | 5.20 | 5.20 | 0.00 | 0.00 | 108.30 | 108.30 | 0.00 | 0.00 | 0.00 | 0.00 | 237.40 |
| E-2 | 1.80 | 1.80 | 1.80 | 1.80 | 0.00 | 0.00 | 39.59 | 39.59 | 0.00 | 0.00 | 0.00 | 0.00 | 86.38 |
| C-1 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 15.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.75 |
| TOTALS | 9.30 | 8.30 | 9.30 | 8.30 | 0.00 | 0.00 | 189.90 | 175.15 | 0.00 | 0.00 | 0.00 | 0.00 | 400.25 |

NOTE: (1) Each pattern is counted as 2 operations.

(2) F-5E, T-2C and TC-4C aircraft operations at NAS Oceana and E-2 and C-1 operations at ALF Fentress were not modelled since they do not contribute significantly to the noise exposure.