# EXHIBIT Q

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 01-201L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Judge Victor J. Wolski |
| Defendant. | ) | |

**REBUTTAL REPORT OF DAVID DALE-JOHNSON, Ph.D.**

EXHIBIT
tabbies
DX 173

OCE239730

have a negative impact since the other components of the realignment would be expected to have either no effect or, more likely, a positive effect.

If it were determined, however, that ARS2 in fact is the most accurate reflection of the actual noise level after the arrival of aircraft, I do not believe the results from Dr. Nelson's repeat sales analysis using ARS2 can be used as reliable evidence that the increase in noise had a negative impact on house values. In his rebuttal report, Dr. Nelson reports from the repeat sales model as used in my expert report but using ARS2 rather than Base 2000 for the noise level after July 1999. He reports statistically significant negative coefficients for the change in noise variable for the samples of houses with DNL greater than 65 and houses with DNL greater than 75. These results imply that the increase in noise due to the realignment did have a negative impact on house prices, contrary to the results using Base 2000 data. However, a closer examination of results using ARS2 reveals that the results Dr. Nelson reports are not reliable and, if anything, show that any possible negative impact is limited to houses with a DNL greater than 75.

Exhibit 21 presents results from the repeat sales model using ARS2 but including samples not reported by Dr. Nelson. The exhibit has several interesting results. First, when the model is run for properties of all ARS2 DNL levels (the entire sample) for transactions between 1995 and 2003, there is actually a statistically significant positive relationship between change in noise and change in price. The same result is found for the set of properties with an ARS2 DNL less than 65. This obviously makes no sense as there is no basis to believe that the greater the increase in noise, the greater the increase in house price from before to after the realignment. The result holds even when all transactions during 1999 are eliminated from the analysis.[10] The significant positive relationship for the properties with ARS2 DNL less than 65 is still found when the transaction period is changed to 1996 to 2002. Second, for properties with ARS2 DNL between 65 and 75, there is no statistically significant relationship between change in noise and change in property value for two out of three transaction periods (1995 to 2003 and 1997 to 2001). This is important as Dr. Nelson did not provide the results for this

[10] I conducted the analysis also excluding the full year 1999 as a sensitivity check since this was the year the additional aircraft arrived at NAS Oceana.

group of properties (*i.e.*, he reported for all properties with DNL greater than 65, which includes properties with DNL greater than 75). More than half of the test plaintiffs (seven of the 11 with ARS2 DNL above 65) fall in this DNL range. Consequently, even using ARS2 noise level data in the repeat sales model, for the two out of the three sample periods there is no statistical evidence of a negative impact on house prices due to the change in noise for properties in the noise level range in which a majority of the plaintiffs' properties fall. Finally, results for several of the samples change when transactions that occurred in the entire year 1999 (as opposed to just July 1999) are excluded. In particular, a significant negative relationship is no longer found between change in noise and house value for the set of properties with DNL greater than 75.

Exhibit 21 shows that the repeat sales analysis using ARS2 gives varied results of the relationship between change in noise and change in property value ranging from a finding of a significant positive relationship (which makes no economic sense) to no relationship to a significant negative relationship. This is in contrast to the consistent findings of no significant relationship found when Base 2000 data is used. (See Exhibit 22.) As a result, I do not believe results using ARS2 provide any clear, reliable evidence that the increase in noise due to the realignment had a negative impact on house prices.

If for some reason one did rely on the results reported in Dr. Nelson's rebuttal report using ARS2 data and found evidence that the change in noise did have a negative impact on house prices, it remains, as I stated in my expert report, that such a finding would be insufficient to conclude that the entire effect of the realignment on house prices was negative. This is because the realignment also involved the transfer of personnel and dependents and an infusion of money into the local economy – both of which would tend to have the effect of increasing house prices for the area. In the next section I examine the likely positive effects in greater detail using some of the data provided by Dr. Nelson in his rebuttal report.

# Exhibit 21

## Summary of Regression Results for ARS2

Change in Noise Variable: ARS2 DNL - Base 1997 DNL

| | | Excluding July 1999 | | | Excluding 1999 | | |
|---|---|---|---|---|---|---|---|
| **Transaction Period** | **ARS2 DNL Level** | **# Obs** | **Coefficient** | **t-stat** | **# Obs** | **Coefficient** | **t-stat** |
| 1995-2003 | All DNL | 6,029 | **0.0025** | **3.25** | 4,772 | **0.0030** | **4.20** |
| | DNL ≤ 65 | 3,980 | **0.0037** | **3.32** | 3,147 | **0.0035** | **3.45** |
| | 65 < DNL ≤ 75 | 1,432 | 0.0003 | 0.19 | 1,132 | 0.0008 | 0.46 |
| | DNL > 75 | 617 | **-0.0050** | **-2.14** | 493 | -0.0031 | -1.25 |
| 1996-2002 | All DNL | 3,797 | 0.0010 | 0.89 | 2,878 | 0.0010 | 1.16 |
| | DNL ≤ 65 | 2,493 | **0.0035** | **2.16** | 1,894 | **0.0027** | **1.98** |
| | 65 < DNL ≤ 75 | 918 | **-0.0036** | **-1.97** | 689 | **-0.0045** | **-2.22** |
| | DNL > 75 | 386 | **-0.0083** | **-3.17** | 295 | -0.0050 | -1.76 |
| 1997-2001 | All DNL | 1,782 | -0.0014 | -1.21 | 1,253 | 0.00002 | 0.01 |
| | DNL ≤ 65 | 1,175 | 0.0027 | 1.64 | 838 | 0.0035 | 1.64 |
| | 65 < DNL ≤ 75 | 435 | -0.0049 | -1.73 | 302 | **-0.0069** | **-2.26** |
| | DNL > 75 | 172 | **-0.0162** | **-3.35** | 113 | -0.0087 | -1.55 |

Note: Coefficients and t-statistics in boldface are statistically significant at the 5 percent level. T-statistics are reported after controlling for the unknown form of heteroskedasticity; see White (1980).

Sources: City of Virginia Beach Department of Communications and Information Technology, Wyle Laboratories, Inc., Ecology and Environment, Inc., TeleAtlas North America, Inc.