# EXHIBIT R

CHANGES IN NAS OCEANA NOISE AND CHANGES IN HOME VALUES

Declaration By Henry J. Wise Concerning The Relationship Between A Change In The Level Of Noise As Measured In Day-Night Average Sound Level (DNL) Associated With The Relocation of 10 F/A-18 Hornet Squadrons Assigned To NAS Oceana And The Change In The Value Of Single Family, Owner Occupied Housing.

Date Prepared: September 30, 2005

1

My name is Henry J. Wise. I am a real estate appraiser and business appraiser and consultant. My offices are at Pritchett, Ball & Wise, Inc., Suite 300, 1389 Peachtree Street, NE, Atlanta, Georgia 30309. My telephone number is 404-874-4499 and my email address is hjw@pbwatlanta.com.

2

I have been working as a real estate appraiser since 1984. I earned the MAI designation from the Appraisal Institute (the most senior designation offered by the Appraisal Institute)[1]. I am a designated Counselor of Real Estate (CRE) of the National Association of Realtors and I am designated a Certified Business Appraiser (CBA) by the Institute of Business Appraisers. A copy of my curriculum vitae and a list of my appearances as an expert witness are appended to this declaration.

3

On 12/12/04 I was retained by the ENRD Section of the U.S. Department of Justice (DOJ) to study the impact of the reassignment of the F/A-18 Hornet squadrons to NAS Oceana on the value of single-family, owner occupied houses in Virginia Beach and Chesapeake. This present declaration relates only to the Virginia Beach market. The request for my services arose from claims filed by owners of over 1,700 Virginia Beach properties who contend that the increase in noise levels resulting from the reassignment has diminished the value of their houses.

---

[1] The Appraisal Institute is the oldest and generally best respected of the professional associations for real estate appraisers. The Appraisal Institute is the successor organization to the American Institute of Real Estate Appraisers and The Society of Real Estate. It is one of the original member organizations in The Appraisal Foundation.



J:\6600\6646 DOJ - Oceana Litigation\hjw\Oceana Report.doc

DEFENDANT'S EXHIBIT DX 585

PENGAD-Bayonne, N. J.

OCE262149

4

I was retained by the DOJ in a similar (unfinished) study [July 2, 2001 through June 7, 2002] associated with a petition from similar owners for a class action suit against the Navy. The U.S. Department of Justice is my client, and the intended users are the Department of Justice, the Navy, and the Courts.

5

Following a base realignment (BRAC) in 1995, 10 squadrons of F/A-18 Hornet jets were reassigned to NAS Oceana. The transfer of the squadrons concluded in 1999, and they have been in operation through the date of the publication of this study, September 30, 2005.

6

The noise level on the ground caused by the aircraft is measured by the average 24-hour weighted decibel noise, described as DNL[2]. DNL is a metric that results from an algorithm that uses various inputs, such as type of airplane, engine power settings, altitude, airspeed, etc., to estimate the expected noise on the ground associated with an aircraft's flight.

7

The basic research design of my study is to compare the change in selling price for all of the single family, owner occupied houses in Virginia Beach that sold both before and after the alleged date of taking (July 1999)[3]. I used data from the Real Estate Information Network for Tidewater, Virginia (REIN), which is the multi-list service relied on by residential real estate agents, brokers and appraisers in Virginia Beach. I studied 3,691 sales and resales of the same house covering the period from 1993 through 2005. These sales were houses that were acquired before the alleged date of taking and then resold after the alleged date of taking.

8

I selected the REIN "sold" database because it includes only third-party transactions of houses that have been exposed to the marketplace using the typical residential real estate market mechanism. Consequently, it excludes properties that are transferred through gifts or inheritance. I further filtered the data to exclude any sales in lieu of foreclosure, HUD resales or sales from

---

[2] See Navy F/A-18 Realignment (Environmental Impact Statement-EIS) Prepared by WYLE Laboratories February 1998, Section 1.

[3] See Raymond B. Palmquist, "Measuring Environmental Effects On Property Values Without Hedonic Regressions" JOURNAL OF URBAN ECONOMICS II, 333-347 (1982). See Also "Alternative Techniques For Developing Real Estate Price Indexes" REVIEW OF ECONOMICS AND STATISTICS, August 1980, 62, p. 442-448.

lenders in order to avoid sales that do not meet the definition of "market value"[4].

9

The database constitutes a very large number of observations of paired sales wherein the difference between the before sale and the after sale is only associated with changes in the level of the noise as measured in DNL plus the changes in the market over time. The Appraisal Institute teaches that the sale and resale of the same house provides the best indication of a matched pair.[5] A comparison of the "noisy" house to the "quiet" house[6] using the average percent change per year (average %/yr) should control for market conditions (time) and isolate the impact of noise, if any exists.

10

---

[4]Market Value: The following definition of market value is used by agencies that regulate federally insured financial institutions in the United States: "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and,
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

Fee Simple Estate: A Fee Simple Estate is defined as "Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." ." See THE DICTIONARY OF REAL ESTATE, The Appraisal Institute, Chicago.

Highest and Best Use: Highest and best use is defined as "The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The few criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. Ibid.

[5] THE APPRAISAL OF REAL ESTATE, TWELFTH EDITION, The Appraisal Institute, Chicago, IL, 2001, p.439: "*Primary pairings (i.e. pairs of sales that are identical except for the single element being measured) should be analyzed first. For example, data on the sale and resale of the same property may be compared to derive a market conditions adjustment.*

[6] I identified a "quiet" house as any house in the before or after wherein the DNL was below 65. I identified a noisy house if the after DNL was above 65. I also looked at the potential impact of noise as measured by 5 DNL contours up to 75 DNL and a general category as 75 DNL and above.



OCE262151