# EXHIBIT S

FIRST ADDITION TO HENRY J. WISE DECLARATION

# CHANGES IN NAS OCEANA NOISE AND CHANGES IN HOME VALUES

First Addition To A Declaration By Henry J. Wise Concerning The Relationship Between A Change In The Level Of Noise As Measured In Day-Night Average Sound Level (DNL) Associated With The Relocation of 10 F/A-18 Hornet Squadrons Assigned To NAS Oceana And The Change In The Value Of Single Family, Owner Occupied Housing.

Date Prepared: July 31, 2007, 2006.

1

The following is a completion of my Declaration[1]. In order to more fully respond to Mr. Gruelle's conclusions that contrast with my conclusions and to better compare Mr. Gruelle's dataset of "pairs" of sales to my dataset, I wish to more fully illustrate the evidence upon which I base my conclusion that the noise associated with the relocation of the 10 F/A Hornet Squadrons to NAS Oceana has not had any measurable impact on the change in housing values. In this Declaration I have more fully partitioned the same data I described in my earlier Declaration. My dataset is made up of 3,691 pairs of sales of the same house before and after the noise event.

The tables in this First Addition to my Declaration are extended versions of the tables reported in my original Declaration. These tables are voluminous because there is a controversy between the parties as to the appropriate definition of the noise metric (using

[1] I was not able to complete my Declaration relative to Mr. Gruelle's opinion that the sales of houses in Virginia Beach were negatively affected by an increase in the noise associated with the F18-A flights until I received a copy of Mr. Gruelle"s "final" data in electronic format. I received this data from the USDOJ on xxx.



EXHIBIT
PX 300

# ADDENDUM 2: QUIET V. NOISY

12:40 Wednesday, January 18, 2006 11

PRESALEYEAR

1996

POSTSALEYEAR

| | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | |
| | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median |
| NOISEOARS2 | | | | | | | | | | | | | | |
| 1. QUIET, OARS2DNL <= 65 | 20 | 0.0326 | 67 | 0.0348 | 67 | 0.0384 | 83 | 0.0511 | 54 | 0.0715 | 76 | 0.1019 | 21 | 0.1230 |
| 2. NOISY, OARS2DNL > 65 | 12 | 0.0384 | 26 | 0.0331 | 30 | 0.0381 | 31 | 0.0602 | 36 | 0.0760 | 30 | 0.1182 | 7 | 0.1371 |

(Continued)

# ADDENDUM 2: QUIET V. NOISY

12:40 Wednesday, January 18, 2006 12

PRESALEYEAR

1997

POSTSALEYEAR

| | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | |
| | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median |
| NOISEOARS2 | | | | | | | | | | | | | | |
| 1. QUIET, OARS2DNL <= 65 | 20 | 0.0316 | 71 | 0.0386 | 67 | 0.0414 | 67 | 0.0526 | 98 | 0.0807 | 80 | 0.1114 | 22 | 0.1402 |
| 2. NOISY, OARS2DNL > 65 | 7 | 0.0346 | 29 | 0.0416 | 40 | 0.0494 | 31 | 0.0705 | 36 | 0.0870 | 52 | 0.1257 | 7 | 0.1600 |

(continued)

# ADDENDUM 2: QUIET V. NOISY

12:40 Wednesday, January 18, 2006 13

PRESALEYEAR

1998

POSTSALEYEAR

| | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | |
| | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median |
| NOISEOARS2 | | | | | | | | | | | | | | |
| 1. QUIET, OARS2DNL <= 65 | 12 | 0.0310 | 51 | 0.0413 | 84 | 0.0449 | 95 | 0.0690 | 104 | 0.0840 | 105 | 0.1286 | 26 | 0.1549 |
| 2. NOISY, OARS2DNL > 65 | 4 | 0.0522 | 24 | 0.0568 | 47 | 0.0626 | 45 | 0.0640 | 38 | 0.0932 | 48 | 0.1502 | 8 | 0.1628 |

(Continued)

# ADDENDUM 2: QUIET V. NOISY

12:40 Wednesday, January 18, 2006 39

PRESALEYEAR 1996

POSTSALEYEAR

| | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | | AVGANNUALPCTCHANGE | |
| | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median |
| NOISEBASE2000 | | | | | | | | | | | | | | |
| 1. QUIET, BASE2000DNL <= 65 | 28 | 0.0329 | 87 | 0.0343 | 87 | 0.0389 | 109 | 0.0517 | 74 | 0.0779 | 95 | 0.1041 | 26 | 0.1276 |
| 2. NOISY, BASE2000DNL > 65 | 4 | 0.0328 | 6 | 0.0241 | 10 | 0.0364 | 5 | 0.0599 | 16 | 0.0729 | 11 | 0.1103 | 2 | 0.1307 |

# ADDENDUM 2: QUIET V. NOISY

PRESALEYEAR

1997

POSTSALEYEAR

| | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | |
| | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median |
| NOISEBASE2000 | | | | | | | | | | | | | | |
| 1. QUIET, BASE2000DNL <= 65 | 26 | 0.0319 | 94 | 0.0415 | 102 | 0.0441 | 90 | 0.0585 | 122 | 0.0830 | 114 | 0.1162 | 27 | 0.1430 |
| 2. NOISY, BASE2000DNL > 65 | 1 | 0.0592 | 6 | 0.0309 | 5 | 0.0288 | 8 | 0.0601 | 12 | 0.0794 | 18 | 0.1166 | 2 | 0.1538 |

# ADDENDUM 2: QUIET V. NOISY

12:40 Wednesday, January 18, 2006 41

PRESALEYEAR

1998

POSTSALEYEAR

| | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | | AVGANNUALPCTCH-ANGE | |
| | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median | N | Median |
| NOISEBASE2000 | | | | | | | | | | | | | | |
| 1. QUIET, BASE2000DNL <= 65 | 16 | 0.0387 | 73 | 0.0416 | 118 | 0.0528 | 129 | 0.0684 | 134 | 0.0868 | 141 | 0.1332 | 32 | 0.1600 |
| 2. NOISY, BASE2000DNL > 65 | . | . | 2 | 0.0729 | 13 | 0.0429 | 11 | 0.0469 | 8 | 0.0888 | 12 | 0.1314 | 2 | 0.1473 |