**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROLE AND ROBERT TESTWUIDE, et. al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 01-201 L** |
| | ) | **Honorable Victor J. Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' TRIAL TESTIMONY BY WAY OF DEPOSITION**

Pursuant to Paragraph 3 of this Court's Order of September 21, 2006, Plaintiffs will produce the testimony of the following witnesses by excerpts of the transcript of their deposition:

1. Theodore Dingle
2. Ronald Green
3. Kimberly Johnson
4. Marie Larson
5. Harold Levenson
6. James Lyles
7. Sean Ryan
8. Victor Stauch
9. Betty Van Nostrand
10. Eddie Waterman
11. Bonnie Youngberg

The excerpts designated by Plaintiffs are attached hereto as Exhibits 1 through 11. After the Government has designated any additional portions of testimony it wishes added to the Plaintiffs' designations, Plaintiffs will print the testimony (including any counter-designations) and submit the written testimony of each witness to the Court.

Dated: October 2, 2006

Respectfully submitted,

/s/ Jack E. Ferrebee

Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Counsel of Record for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kfquinn@quinnlaw.com
mwolf@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles B. Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Blvd., Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com

**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

**Dingle, Ted 06.08.05**

**Page:Line – Page:Line**

4:24 - 5:8

19:11 - 21:22

23:10 - 24:23

26:22 - 27:6

34:4 - 34:13

37:6 - 37:24

39:24 - 40:6

47:5 - 47:15

55:1 - 55:6

57:3 - 57:14

57:15 - 58:2

58:20 - 58:25

59:8 - 59:14

59:25 - 60:14

62:12 - 63:3

66:14 - 67:4

84:19 - 87:2

95:8 - 96:3

97:18 - 99:9

**PLAINTIFFS' EXHIBIT 1**

101:13 - 102:3

112:18 - 113:8

138:20 - 139:16

143:1 - 143:23

146:7 - 146:16

**PLAINTIFFS' EXHIBIT 1**

# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

## Green, Ronald 02.01.06

**Page:Line – Page:Line**

1:10 - 1:16

3:1 - 3:12

5:4 - 5:5

5:6 - 5:25

6:1 - 6:18

6:25 - 7:2

7:24 - 8:2

8:13 - 8:21

9:8 - 9:11

9:15 - 10:1

10:7 - 10:25

11:22 - 12:3

12:12 - 13:6

13:9 - 13:22

13:23 - 14:7

14:22 - 15:18

15:23 - 16:22

16:23 - 17:9

25:16 - 26:12

**PLAINTIFFS' EXHIBIT 2**

34:15 - 34:24

39:25 - 41:5

44:16 - 45:15

**PLAINTIFFS' EXHIBIT 2**

## PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

**Johnson, Kimberly 11.30.05**

**Page:Line – Page:Line**

1:10 - 1:16

5:10 - 6:1

6:2 - 6:9

7:4 - 7:12

7:15 - 7:23

9:12 - 10:6

10:16 - 10:19

11:1 - 11:12

11:18 - 11:24

12:13 - 13:8

13:9 - 13:16

14:13 - 14:17

15:4 - 15:17

16:17 - 17:11

17:15 - 18:13

18:14 - 19:9

19:14 - 20:12

20:20 - 21:4

21:5 - 22:11

25:17 - 26:9

**PLAINTIFFS' EXHIBIT 3**

28:9 - 28:19

28:20 - 29:14

29:15 - 30:2

30:16 - 31:10

34:15 - 35:3

35:4 - 35:12

36:18 - 37:5

37:9 - 37:14

38:11 - 38:23

39:2 - 39:24

42:20 - 43:1

43:19 - 44:3

45:18 - 46:14

46:15 - 47:10

47:10 - 47:14

57:19 - 61:8

61:12 - 61:15

62:16 - 63:11

66:22 - 67:19

87:3 - 87:16

91:5 - 91:25

103:22 - 105:25

**PLAINTIFFS' EXHIBIT 3**

106:1 - 106:3

107:2 - 107:20

113:15 - 114:4

116:13 - 117:2

117:3 - 117:17

125:25 - 126:19

126:20 - 127:14

**PLAINTIFFS' EXHIBIT 3**

# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

**Larson, Marie 01.13.06**

**Page:Line – Page:Line**

5:7 - 5:11

5:19 - 5:20

5:23 - 5:25

6:9 - 7:2

7:11 - 8:2

13:7 - 13:25

14:19 - 15:2

18:19 - 20:4

22:16 - 22:22

22:24 - 23:9

25:15 - 26:17

27:10 - 32:12

32:17 - 32:24

35:9 - 35:24

38:3 - 39:6

39:15 - 41:8

47:15 - 48:3

**PLAINTIFFS' EXHIBIT 4**

## PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

**Levenson, Harold 06.08.05**

**Page:Line – Page:Line**

5:15 - 5:18

16:4 - 16:16

19:19 - 20:3

20:25 - 22:22

25:7 - 25:11

26:21 - 30:11

30:19 - 31:17

32:19 - 36:16

37:8 - 45:25

49:4 - 49:21

59:24 - 61:13

**PLAINTIFFS' EXHIBIT 5**

## PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

**Lyles, James 02.02.06**

**Page:Line – Page:Line**

4:15 - 4:21

5:12 - 5:23

7:1 - 7:14

8:16 - 9:1

9:20 - 10:4

12:10 - 12:23

15:20 - 16:8

17:9 - 17:17

18:2 - 18:8

21:19 - 22:21

22:24 - 23:16

24:6 - 24:19

24:20 - 24:24

26:16 - 27:14

29:23 - 30:4

36:15 - 37:1

37:8 - 38:5

42:11 - 43:2

44:5 - 45:4

**PLAINTIFFS' EXHIBIT 6**

**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

**Ryan, Sean 04.27.05**

**Page:Line – Page:Line**

7:14 - 7:17

8:9 - 9:4

10:20 - 10:23

14:23 - 15:1

16:24 - 17:16

21:21 - 21:24

27:1 - 27:10

29:24 - 30:14

31:3 - 31:21

48:21 - 49:14

62:22 - 64:10

65:1 - 65:21

66:8 - 67:4

69:1 - 70:1

72:7 - 72:16

74:8 - 75:16

76:13 - 77:7

78:22 - 82:15

85:18 - 86:1

86:22 - 87:6

93:2 - 93:6

99:19 - 100:2

105:19 - 106:23

**PLAINTIFFS' EXHIBIT 7**

**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

**Stauch, Victor 01.11.06**

**Page:Line – Page:Line**

1:14 - 1:19

4:11 - 4:19

6:23 - 7:11

8:1 - 8:19

9:24 - 10:8

12:2 - 12:15

25:2 - 25:22

27:1 - 27:13

28:2 - 28:7

28:8 - 29:5

29:21 - 30:20

32:8 - 35:4

35:15 - 35:25

36:14 - 36:24

36:25 - 37:8

38:4 - 39:2

39:3 - 40:7

40:11 - 40:16

41:3 - 42:19

**PLAINTIFFS' EXHIBIT 8**

43:12 - 43:22

44:25 - 45:13

45:19 - 46:3

50:8 - 50:25

54:5 - 54:10

54:11 - 54:22

56:20 - 57:15

57:16 - 58:6

68:19 - 69:2

76:17 - 77:7

**PLAINTIFFS' EXHIBIT 8**

**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

**Van Nostrand, Betty 07.27.05**

**Page:Line – Page:Line**

4:16 - 4:19

5:23 - 6:11

7:14 - 8:5

8:15 - 9:9

9:23 - 10:2

12:21 - 13:8

14:19 - 15:8

17:15 - 17:18

17:24 - 18:16

25:22 - 26:11

29:18 - 31:3

34:6 - 34:14

36:13 - 37:8

41:6 - 41:21

44:20 - 45:19

46:21 - 47:14

48:1 - 48:24

49:5 - 49:24

50:22 - 51:10

**PLAINTIFFS' EXHIBIT 9**

51:20 - 53:3

**PLAINTIFFS' EXHIBIT 9**

**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

**Waterman, Eddie 06.09.05**

**Page:Line – Page:Line**

5:9 - 5:19

7:6 - 7:8

22:4 - 22:9

26:19 - 26:25

36:13 - 37:3

37:13 - 41:6

42:9 - 43:23

44:8 - 46:5

49:13 - 50:5

**PLAINTIFFS' EXHIBIT 10**

**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

**Youngberg, Bonnie 01.11.06**

**Page:Line – Page:Line**

1:12 - 1:18

4:16 - 5:1

5:6 - 5:15

8:7 - 12:5

16:20 - 17:3

18:5 - 19:13

22:2 - 22:23

23:15 - 24:6

24:7 - 24:19

25:13 - 26:11

26:18 - 27:2

27:9 - 27:17

27:18 - 28:13

29:3 - 29:23

30:1 - 30:24

35:10 - 35:25

42:25 - 43:3

43:4 - 44:1

45:21 - 46:12

**PLAINTIFFS' EXHIBIT 11**

49:3 - 49:19

53:5 - 53:16

53:17 - 54:4

54:14 - 54:22

55:2 - 55:12

61:18 - 62:4

65:1 - 65:22

78:16 - 79:12

80:2 - 80:15

81:12 - 82:9

95:10 - 95:24