# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

**Dingle, Ted 06.08.05**

**Page:Line – Page:Line**

4:24 - 5:8

19:11 - 21:22

23:10 - 24:23

26:22 - 27:6

34:4 - 34:13

37:6 - 37:24

39:24 - 40:6

47:5 - 47:15

55:1 - 55:6

57:3 - 57:14

57:15 - 58:2

58:20 - 58:25

59:8 - 59:14

59:25 - 60:14

62:12 - 63:3

66:14 - 67:4

84:19 - 87:2

95:8 - 96:3

97:18 - 99:9

**PLAINTIFFS' EXHIBIT 1**

101:13 - 102:3

112:18 - 113:8

138:20 - 139:16

143:1 - 143:23

146:7 - 146:16