# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

## Green, Ronald 02.01.06

**Page:Line – Page:Line**

1:10 - 1:16

3:1 - 3:12

5:4 - 5:5

5:6 - 5:25

6:1 - 6:18

6:25 - 7:2

7:24 - 8:2

8:13 - 8:21

9:8 - 9:11

9:15 - 10:1

10:7 - 10:25

11:22 - 12:3

12:12 - 13:6

13:9 - 13:22

13:23 - 14:7

14:22 - 15:18

15:23 - 16:22

16:23 - 17:9

25:16 - 26:12

**PLAINTIFFS' EXHIBIT 2**

34:15 - 34:24

39:25 - 41:5

44:16 - 45:15