## PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

**Johnson, Kimberly 11.30.05**

**Page:Line – Page:Line**

1:10 - 1:16

5:10 - 6:1

6:2 - 6:9

7:4 - 7:12

7:15 - 7:23

9:12 - 10:6

10:16 - 10:19

11:1 - 11:12

11:18 - 11:24

12:13 - 13:8

13:9 - 13:16

14:13 - 14:17

15:4 - 15:17

16:17 - 17:11

17:15 - 18:13

18:14 - 19:9

19:14 - 20:12

20:20 - 21:4

21:5 - 22:11

25:17 - 26:9

**PLAINTIFFS' EXHIBIT 3**

28:9 - 28:19

28:20 - 29:14

29:15 - 30:2

30:16 - 31:10

34:15 - 35:3

35:4 - 35:12

36:18 - 37:5

37:9 - 37:14

38:11 - 38:23

39:2 - 39:24

42:20 - 43:1

43:19 - 44:3

45:18 - 46:14

46:15 - 47:10

47:10 - 47:14

57:19 - 61:8

61:12 - 61:15

62:16 - 63:11

66:22 - 67:19

87:3 - 87:16

91:5 - 91:25

103:22 - 105:25

106:1 - 106:3

107:2 - 107:20

113:15 - 114:4

116:13 - 117:2

117:3 - 117:17

125:25 - 126:19

126:20 - 127:14