# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

## Larson, Marie 01.13.06

**Page:Line – Page:Line**

5:7 - 5:11

5:19 - 5:20

5:23 - 5:25

6:9 - 7:2

7:11 - 8:2

13:7 - 13:25

14:19 - 15:2

18:19 - 20:4

22:16 - 22:22

22:24 - 23:9

25:15 - 26:17

27:10 - 32:12

32:17 - 32:24

35:9 - 35:24

38:3 - 39:6

39:15 - 41:8

47:15 - 48:3

**PLAINTIFFS' EXHIBIT 4**