# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

## Levenson, Harold 06.08.05

**Page:Line – Page:Line**

5:15 - 5:18

16:4 - 16:16

19:19 - 20:3

20:25 - 22:22

25:7 - 25:11

26:21 - 30:11

30:19 - 31:17

32:19 - 36:16

37:8 - 45:25

49:4 - 49:21

59:24 - 61:13

**PLAINTIFFS' EXHIBIT 5**