# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

**Lyles, James 02.02.06**

**Page:Line – Page:Line**

4:15 - 4:21

5:12 - 5:23

7:1 - 7:14

8:16 - 9:1

9:20 - 10:4

12:10 - 12:23

15:20 - 16:8

17:9 - 17:17

18:2 - 18:8

21:19 - 22:21

22:24 - 23:16

24:6 - 24:19

24:20 - 24:24

26:16 - 27:14

29:23 - 30:4

36:15 - 37:1

37:8 - 38:5

42:11 - 43:2

44:5 - 45:4

**PLAINTIFFS' EXHIBIT 6**