**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

**Ryan, Sean 04.27.05**

**Page:Line – Page:Line**

7:14 - 7:17

8:9 - 9:4

10:20 - 10:23

14:23 - 15:1

16:24 - 17:16

21:21 - 21:24

27:1 - 27:10

29:24 - 30:14

31:3 - 31:21

48:21 - 49:14

62:22 - 64:10

65:1 - 65:21

66:8 - 67:4

69:1 - 70:1

72:7 - 72:16

74:8 - 75:16

76:13 - 77:7

78:22 - 82:15

85:18 - 86:1

86:22 - 87:6

93:2 - 93:6

99:19 - 100:2

105:19 - 106:23

**PLAINTIFFS' EXHIBIT 7**