# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

## Stauch, Victor 01.11.06

**Page:Line – Page:Line**

1:14 - 1:19

4:11 - 4:19

6:23 - 7:11

8:1 - 8:19

9:24 - 10:8

12:2 - 12:15

25:2 - 25:22

27:1 - 27:13

28:2 - 28:7

28:8 - 29:5

29:21 - 30:20

32:8 - 35:4

35:15 - 35:25

36:14 - 36:24

36:25 - 37:8

38:4 - 39:2

39:3 - 40:7

40:11 - 40:16

41:3 - 42:19

**PLAINTIFFS' EXHIBIT 8**

43:12 - 43:22

44:25 - 45:13

45:19 - 46:3

50:8 - 50:25

54:5 - 54:10

54:11 - 54:22

56:20 - 57:15

57:16 - 58:6

68:19 - 69:2

76:17 - 77:7

**PLAINTIFFS' EXHIBIT 8**