# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

## Van Nostrand, Betty 07.27.05

**Page:Line - Page:Line**

4:16 - 4:19

5:23 - 6:11

7:14 - 8:5

8:15 - 9:9

9:23 - 10:2

12:21 - 13:8

14:19 - 15:8

17:15 - 17:18

17:24 - 18:16

25:22 - 26:11

29:18 - 31:3

34:6 - 34:14

36:13 - 37:8

41:6 - 41:21

44:20 - 45:19

46:21 - 47:14

48:1 - 48:24

49:5 - 49:24

50:22 - 51:10

**PLAINTIFFS' EXHIBIT 9**

51:20 - 53:3