# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

## Waterman, Eddie 06.09.05

**Page:Line – Page:Line**

5:9 - 5:19

7:6 - 7:8

22:4 - 22:9

26:19 - 26:25

36:13 - 37:3

37:13 - 41:6

42:9 - 43:23

44:8 - 46:5

49:13 - 50:5

**PLAINTIFFS' EXHIBIT 10**