# PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY

## Youngberg, Bonnie 01.11.06

**Page:Line – Page:Line**

1:12 - 1:18

4:16 - 5:1

5:6 - 5:15

8:7 - 12:5

16:20 - 17:3

18:5 - 19:13

22:2 - 22:23

23:15 - 24:6

24:7 - 24:19

25:13 - 26:11

26:18 - 27:2

27:9 - 27:17

27:18 - 28:13

29:3 - 29:23

30:1 - 30:24

35:10 - 35:25

42:25 - 43:3

43:4 - 44:1

45:21 - 46:12

**PLAINTIFFS' EXHIBIT 11**

49:3 - 49:19

53:5 - 53:16

53:17 - 54:4

54:14 - 54:22

55:2 - 55:12

61:18 - 62:4

65:1 - 65:22

78:16 - 79:12

80:2 - 80:15

81:12 - 82:9

95:10 - 95:24