# JOINT TRIAL EXHIBITS

**10/02/06**

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX001 | 7/21/2003 | | Appraisal for 1856 Pathfinder dated 7/21/03 |
| JX002 | 00/00/1999 | | 1999 AICUZ noise contour map with markings by plaintiffs |
| JX003 | 6/6/1995 | | Deed between T. & J. Moody & M & D Leary |
| JX004 | 11/3/1992 | | Deed between Donald Carlstrom and William and Betty Capps |
| JX005 | 8/7/1986 | | Deed for 2004 Brickell Ct., purchased by Harold & Elaine Levenson |
| JX006 | 5/24/1993 | | Standard Purchase Agreement between Eddie & Elizabeth Waterman and Lewis & Cynthia Klein |
| JX007 | 6/24/1994 | | Deed of Bargain & Sale for 2709 East Kings Rd., purchased by Carroll Lindsay |
| JX008 | 5/1/1992 | | Riddick Sales Contract |
| JX009 | 3/22/2005 | | Plaintiffs' Answers to Interrogatories - Sara Lynch |
| JX010 | 9/16/2002 | | Proposal for cost of windows & doors for Hoag, prepared by Boby Wills |
| JX011 | 11/30/2000 | | Stop-At-Home-Carpet, Inc. Invoice - Hoag |
| JX012 | 12/14/2002 | | Stop-At-Home-Carpet, Inc. Invoice - Hoag |
| JX013 | 9/17/1990 | | Hoag Deed |
| JX014 | 00/00/2005 | | (JLUS)(AICUZ) Planning Map (2005) |
| JX015 | 00/00/1999 | | 1999 AICUZ noise contour map with markings by Janet Holloway, Randy Keel, Karen Green, William Gilbert, Charles Nash, Marie Larson and Ronald Green |

# JOINT TRIAL EXHIBITS

**10/02/06**

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX016 | 00/00/1999 | | AICUZ map (from Robert Goodwin deposition) |
| JX017 | 00/00/2005 | | 2005 JLUS AICUZ Planning Map with markings by Eileen May and Louis Figari. |
| JX018 | 6/16/1998 | | Letter to Mayor Oberndorf - Noise Contour Map and APZs Map for NAS Oceana/NALF Fentress provided for land use planning and fair disclosure. CO, NAS Oceana ltr 5726 Ser 00G/1012 of 16 Jun 98. |
| JX019 | 5/28/1996 | | ATAC - Airfield and Airspace Operational Study (BRAC 95) Report for BRAC '95 Final Report |
| JX020 | 11/12/1997 | | Response letter to Mr. Levenson from Capt Benson regarding NAS Oceana Operations |
| JX021 | 2/1/1998 | | Wyle 97-10 (Feb 1998) Noise Study 1995 BRAC REALIGNMENT OF NAVY F/A-18 AIRCRAFT |
| JX022 | 06/00/2005 | | Stewart Field Measurements - 925 Lamplight Lane |
| JX023 | 06/00/2005 | | Stewart Field Measurements -1301 Brant Road |
| JX024 | 06/00/2005 | | Decibel readings June 22, 2005 at 2004 Brickell Ct. |
| JX025 | 11/28/2001 | | Email re: Early copy of data |
| JX026 | 11/29/2001 | | Email re: Early copy of data |
| JX027 | 11/21/2001 | | Email Downing to Zusman with comparison SELs |
| JX028 | 11/20/2001 | | Email re: New F-14B Profiles -- and Costs w/ email history |
| JX029 | 6/15/1967 | | Deed Van Nostrand |
| JX030 | 00/00/0000 | | Leary house photo |

# JOINT TRIAL EXHIBITS

10/02/06

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX031 | 8/6/1992 | | Re: Purchase From: Ronald E. Rauhauge; Address: 925 Lamplight Lane, Virginia Beach, VA 23452 |
| JX032 | 2/9/2001 | | Nelson payment re: Naval Air Station Oceana |
| JX033 | 3/22/2001 | | Nelson payment re: Naval Air Station Oceana |
| JX034 | 1/16/2002 | | Nelson payment re: Naval Air Station Oceana |
| JX035 | 4/11/2002 | | Nelson payment |
| JX036 | 4/4/2002 | | Nelson Invoice RE: NAS Oceana class action |
| JX037 | 00/00/0000 | | Nelson to Kieron re: Meta-Analysis Results em w/ attached tables and reference list |
| JX038 | 00/00/0000 | | Nelson Profile |
| JX039 | 9/26/2000 | | Nelson Requested Studies |
| JX040 | 00/00/0000 | | Towson University Center of Geographic Information Sciences |
| JX041 | 00/00/0000 | | Biography of Dr. John M. Morgan, III |
| JX042 | 00/00/0000 | | Resume of John M. Morgan, III, Ph.D. |
| JX043 | | | Dennis Gruelle's data (spreadsheets) relied on for his report |
| JX044 | 06/00/2005 | | Dingle signed Answers to Int/RFPs |
| JX045 | 10/7/1998 | | Department of the Navy letter regarding APZ map for NAS Oceana and NALF Fentress |

# JOINT TRIAL EXHIBITS

**10/02/06**

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX046 | 8/12/2005 | | Nelson's Draft Report |
| JX047 | 12/7/2000 | | Emails between Boyajian and Firenze regarding Op Count at NTU/NFE |
| JX048 | 12/12/1997 | | Memo from Czech to Zusman re flight tracks |
| JX049 | 10/00/1978 | | AESO Aircraft Noise Survey Oceana and Fentress; Report No. AESO 312-78-01 |
| JX050 | 09/00/1984 | | CATALOG OF NOISE LEVELS FROM NAVY AIRCRAFT - AESO Report No. 313-01-84 |
| JX051 | 4/18/1996 | | Point paper by Daniel Cecchini regarding NAS Oceana Operations data and Noise Issues |
| JX052 | 9/3/1996 | | ATAC Corp document entitled, "Operational Assumptions and Scenario Descriptions for the Airfield and Airspace Operational Study of the BRAC 95 Navy F/A-18 Relocation" |
| JX053 | 12/00/1996 | | WYLE RESEARCH REPORT WR 96-3 |
| JX054 | 12/30/1996 | | Letter from Joseph Czech to Alan Zusman enclosing Wyle Research Report WR 96-3 |
| JX055 | 1/21/1997 | | Letter from Czech to Zusman regarding contours, with enclosures listed |
| JX056 | 3/28/2000 | | Memo from Director, Facilities & Engineering Division to N4, VCNO and CNO regarding Assessment of NAS Oceana EIS with notes |
| JX057 | 00/00/2000 | | Graph prepared by ATAC Corporation entitled, "Percent Increase of Airfield Operations from Baseline," regarding projected operations increases for the various realignment and closure scenarios considered in the EIS for the Realignment of the F/A-18 C/D |
| JX058 | 8/13/1997 | | Email exchange between Alan Zusman, Jeffrey Borowy, and Tom Peeling, et al. re F-18 E/F and F-18 C/D versus F-14 noise levels |
| JX059 | 09/00/1997 | | WYLE RESEARCH REPORT WR 97-10 |

## JOINT TRIAL EXHIBITS

10/02/06

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX060 | 12/3/1997 | | Memo from Duncan Holaday to Deputy Chief of Naval Operations regarding flight tracks stated in the Draft EIS |
| JX061 | 02/00/1998 | | Excerpts from WYLE RESEARCH REPORT WR 97-10 AIRCRAFT NOISE STUDY FOR THE BRAC REALIGNMENT OF NAVY F/A-18 AIRCRAFT |
| JX062 | 3/4/1998 | | Excerpts from the FEIS for the Realignment of F-18 C/D Aircraft |
| JX063 | 4/28/2006 | | Map of Test Plaintiff Properties, Virginia Beach, Virginia |
| JX064 | 9/29/2005 | | Appraisal Report of Test Case Plaintiffs by Alexander Salzberg and Dennis Gruelle |
| JX065 | 00/00/1999 | | Official Map of AICUZ for NAS Oceana, NALF Fentress and NAS Chambers Field |
| JX066 | 2/1/1998 | | Excerpts from Wyle Report WR 97-10 regarding impact of F/A-18 C/D aircraft realignment |
| JX067 | 00/00/0000 | | Graph of air operations at NAS Oceana and NALF Fentress for years 1998 through 2000 |
| JX068 | 00/00/1999 | | Official Map of AICUZ for NAS Oceana, NALF Fentress and NAS Chambers Field |
| JX069 | 10/1/1997 | | CV NATOPS Manual |
| JX070 | 5/15/1998 | | Volume II of Final EIS (FEIS) of West Coast siting of F/A-18 E/F NAS Lemoore |
| JX071 | 2/21/2000 | | (Draft) 1999 AICUZ Report for Hampton Roads Naval Ait Installations |
| JX072 | 10/23/1997 | | Letter from Captain S. E. Benson to The Honorable Charles S. Robb, US Senate regarding affect of aircraft operations |
| JX073 | 2/15/1998 | | Wyle Research Technical Note TN 97-3 |
| JX074 | 00/00/0000 | | Graph Containing Air Traffic Activity Totals 1999-2000 |

## JOINT TRIAL EXHIBITS

10/02/06

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX075 | 5/25/1979 | | OPNAV INST 11010.36 |
| JX076 | 00/00/0000 | | Memo from NAS Oceana Commanding Officer regarding FCLP |
| JX077 | 5/26/2000 | | Note regarding operations at NAS Oceana and NALF Fentress from April 17, 2000 through May 10, 2000 |
| JX078 | 2/1/1998 | | ANNUAL FLIGHT OPERATIONS AT NAS OCEANA FOR UPDATED SCENARIO 2 |
| JX079 | 11/00/1989 | | Draft Aircraft Noise Survey Update (HMMH Report No. 280400.11) for NAS Oceana |
| JX080 | 2/1/1998 | | Wyle Research Technical Note TN 97-3 |
| JX081 | 2/18/1998 | | ATAC Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F-18 Aircraft. |
| JX082 | 3/31/1997 | | Fact Sheet from Air Operations Dept at NAS Oceana re operational numbers from 1985 to 1996 |
| JX083 | 10/30/1998 | | Graph of Air Operations Counts at NAS Oceana from 1997 to 1998 |
| JX084 | 02/00/1996 | | Wyle Research Report WR 96-3 |
| JX085 | 9/29/1997 | | Memo from Captain S.E. "Sodbuster" Benson to all Commanding Officers regarding NAS Oceana FCLP Course Rules |
| JX086 | 8/22/1997 | | ATAC report "Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft" |
| JX087 | 1/1/1999 | | Official Map for AICUZ for NAS Oceana, NALF Fentress and NAS Chambers Field |
| JX088 | 11/1/1997 | | Wyle Research Technical Note TN 97-3 |
| JX089 | 11/19/1996 | | ATAC report "Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft" |

## JOINT TRIAL EXHIBITS

10/02/06

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX090 | 12/12/1997 | | Handwritten note forwarding attached response from Joe Czech to Alan Zusman regarding NAS Oceana letter regarding changes to flight tracks |
| JX091 | 4/24/1989 | | Memo regarding FCLP pattern at NAS Oceana |
| JX092 | 7/6/1999 | | Email from Lisa Padgett to Patty Hankins regarding the Steinberg Dog Kennel |
| JX093 | 11/27/2000 | | Emails between Dan Cecchini, Capt Shawn Smith, et al. regarding Oceana operations count |
| JX094 | 4/7/1999 | | Spreadsheet showing operations and complaints at Oceana and Fentress from 1973 to 1998 |
| JX095 | 04/00/1995 | | Wyle Research Report WR 94-18 |
| JX096 | 2/15/1996 | | ATAC Corp Report entitled, "Naval Air Station Oceana Airfield and Airspace Operational Study for BRAC 95." |
| JX097 | 11/1/1995 | | Noise Map Noise Curves regarding F-18A/C |
| JX098 | 12/19/2002 | | OPNAV Instruction 11010.36B |
| JX099 | 4/11/1988 | | OPNAV INSTRUCTION 11010.36A |
| JX100 | 2/8/2005 | | Letter from Captain Thomas Keeley to Virginia Beach Mayor Meyera Oberndorf regarding opposition to "by-right" development. |
| JX101 | 2/16/2005 | | Email (redacted) exchange involving Thomas Keeley, Alan Zusman and Raymond Firenze, et al. AICUZ and density |
| JX102 | 2/16/2005 | | Email from Thomas Keeley to Raymond Firenze regarding the JLUS |
| JX103 | 12/9/1996 | | Email exchange between Michael Abkin and Alan Zusman, et al. re NAS Oceana and NAS Beaufort operations |
| JX104 | 1/13/1997 | | Letter from Abkin to Zusman regarding Oceana/ Cherry Point Scenario Results Working Paper (Partial Draft) |

# JOINT TRIAL EXHIBITS

10/02/06

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX105 | 00/00/2000 | | Graph entitled, "Percent Increase of Airfield Operations from Baseline," prepared by ATAC Corporation |
| JX106 | 4/24/1997 | | Email from Derek Huber to Alan Zusman re night FCLP |
| JX107 | 5/13/1997 | | Letter from Mike Abkin at ATAC Corporation to Alan Zusman regarding the Scenario Results Working Paper submitted. |
| JX108 | 5/13/1997 | | Report by the ATAC, "NASMOD: Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft - Scenario Results Working Paper." |
| JX109 | 1/15/1998 | | Email from Derek Huber to Alan Zusman re NAS Oceana aircraft operations. |
| JX110 | 11/00/2001 | | Redacted emails between Cecchini, Logan et al regarding E/F EIS progress / Wyle contract |
| JX111 | 2/2/2006 | | Emails between Micah Downing and Robert Smith et al with attached DNL values for May property |
| JX112 | 9/22/2005 | | Email from Micah Downing attached Test Plaintiffs' Geographical and Noise Level Information |
| JX113 | 2/28/1998 | | Excerpts from the FEIS for the Realignment of F-18 C/D Aircraft from Cecil Field to other East Coast Installations |
| JX114 | 8/26/2005 | | Final Appraisal of 1805 Loganberry Court (James and Virgie Riddick) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX115 | 8/26/2005 | | Final Appraisal of 2004 Brickell Court (Harold and Elaine Levenson) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX116 | 8/26/2005 | | Final Appraisal of 925 Lamplight Lane (Kenneth and Tammy Hill) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX117 | 8/26/2005 | | Final Appraisal of 1856 Pathfinder Drive (Sean and Graciela Ryan) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX118 | 8/26/2005 | | Final Appraisal of 3209 Chicory Court (Michael and Diane Leary) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX119 | 8/26/2005 | | Final Appraisal of 305 Corvette Lane (Herbert and Betty Van Nostrand) as of 1999 by Alexander Salzberg and Dennis Gruelle |

## JOINT TRIAL EXHIBITS

**10/02/06**

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX120 | 8/26/2005 | | Final Appraisal of 409 Pallets Road (William and Betty Capps) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX121 | 8/26/2005 | | Final Appraisal of 1301 Brant Road (Sara Lynch Hoag) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX122 | 8/26/2005 | | Final Appraisal of 912 Carolina Avenue (Theodore and Sue Dingle) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX123 | 8/26/2005 | | Final Appraisal of 2244 Windy Pines Bend (Eddie and Elizabeth Waterman) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX124 | 8/26/2005 | | Final Appraisal of 2709 E Kings Road (Caroll Lindsay) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX125 | 2/1/2006 | | Final Appraisal of 620 Little Neck Road (Eileen May) as of 1999 by Alexander Salzberg and Dennis Gruelle |
| JX126 | 9/29/2005 | | Resume of Alexander Salzberg |
| JX127 | | | GIS Maps |
| JX128 | 3/16/2004 | | Keeley Presentation to Virginia Beach AICUZ Task Force regarding encroachment. |
| JX129 | 11/5/2003 | | Letter from T. Keeley to Ashby Moss, Virginia Beach Planning Department, regarding residential development |
| JX130 | 10/7/2003 | | Letter from T. Keeley to Virginia Beach planning commission regarding development in 70-75db noise zone |
| JX131 | 8/4/2003 | | Capt. Keeley letter to Barbara Duke, Dept of Planning for Virginia Beach opposing a residential development. |
| JX132 | 6/5/2003 | | Capt. Keeley letter to Barbara Duke, Dept of Planning for Virginia Beach opposing a residential development. |
| JX133 | 10/8/2003 | | Raymond Firenze Comments to Virginia Beach Planning Commission re opposition to proposed development by Near Post, L.L.C. |
| JX134 | 8/13/2003 | | Raymond Firenze Comments to Virginia Beach Planning Commission opposing a residential development. |

# JOINT TRIAL EXHIBITS

10/02/06

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX135 | 09/00/1984 | | Excerpts from Report by the Aircraft Environmental Support Office at the Naval Aviation Depot entitled, "Catalog of Noise Levels from Navy Aircraft." |
| JX136 | 2/16/2005 | | Sound Recording by Eddie Waterman of Aircraft Noise inside home located at 2244 Windy Pines Bend |
| JX137 | 00/00/0000 | | Photos of overflights by Plaintiff Capps. |
| JX138 | 07/00/2004 | | Overflight Video of 912 Carolina Avenue by Theodore Dingle. |
| JX139 | 00/00/0000 | | Photos of overflights by Plaintiff Capps. |
| JX140 | 2/28/1998 | | Excerpts pertaining to NAS Oceana and NALF Fentress from the FEIS for Realignment of F/A-18 C/D Aircraft and Operational Functions from Naval Air Station Cecil Field, Florida to other East Coast Installations |
| JX141 | 5/22/2006 | | Email from Steve Bryant to Kieron Quinn regarding number of FCLP and Touch and Go Operations in 1999 |
| JX142 | 00/00/0000 | | Map of Virginia Beach with Test Plaintiff and Non-Test Plaintiff Witness Designations. |
| JX143 | 11/18/2003 | | Excerpts from Captain Thomas Keeley Briefing to Virginia Beach City Council Members regarding AICUZ program. |
| JX144 | 03/00/1998 | | Sections 5.2-1 through 5.2-3 from Final EIS |
| JX145 | 03/00/1998 | | Table 5.2-16 from the Final EIS for the F/A-18 C/D |
| JX146 | 03/00/1998 | | Figure 5.2-4 from the Final EIS (EIS) for the F/A-18 C/D "ARS2 - Comparison of 1978 and Projected 1999 Average Annual Day Noise Contours for NAS Oceana" |
| JX147 | 9/19/2000 | | Email from Botto to Zusman with attached C/D v E/F downwind leg comparison |
| JX148 | 9/19/2000 | | Email from Botto to Long and Downing with attachment |
| JX149 | 9/20/2000 | | Email from Botto to Zusman with attached C/D v. E/F at '1000 |

## JOINT TRIAL EXHIBITS

**10/02/06**

| Joint Trial Exhibit No. | Date | | Description |
|---|---|---|---|
| JX150 | 2/27/2001 | | Email from Long to Craig with attachment, cc to Downing, Botto and Sharp |
| JX151 | 3/29/2001 | | Botto email to Zusman, Downing and Long with attachment |
| JX152 | 3/30/2001 | | Email from Botto to Sharp, Long and Downing with attachment |
| JX153 | 4/3/2001 | | Email from Botto to Downing with attached F18 C/D v. E/F spreadsheets |
| JX154 | 4/11/2001 | | Email from Botto to Zusman, Long and Downing with attachment |