# Quinn, Gordon & Wolf, Chtd.

102 W. Pennsylvania Ave, Suite 402
Towson, Maryland 21204
Telephone (410) 825-2300
Facsimile (410) 825-0066

Kieron F. Quinn
Richard S. Gordon
Martin E. Wolf

kfquinn@quinnlaw.com
rgordon@quinnlaw.com
mwolf@quinnlaw.com

Harford County Office
104 Victory Lane, Suite 100
Bel Air, Maryland 21014


September 28, 2006

Steve Bryant, Esq.
General Litigation Section
Environmental and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044

Re: *Testwuide v. United States* – Exhibit Lists

Dear Steve:

The conference of counsel under Section 13.a of the Rules concerning exhibits in this case was scheduled and did take place on August 10, 2006, by telephone at your insistence. The evening before that conference, Defendant submitted an extraordinary list of 780 exhibits. Because we obviously could not deal with objections on August 10, at that time we rescheduled a discussion on objections alone on August 16th. That conference on objections is mandated by the Rules. Prior to that time we exchanged detailed objections and we certified to the Court that what was required by Section 13.d had been accomplished by the parties.

Notwithstanding that, Plaintiffs spent a good part of August trying to correct a significant number of mistakes in Defendant's Exhibit List. All of Plaintiffs' objections to Defendant's exhibits and all of the Government's objections to Plaintiffs' exhibits were known and exchanged before September 7. On September 12 we sent you the Joint Exhibit List and heard not one comment or objection on it until last night.

The Joint Exhibit List sent to you on September 12 contains 146 exhibits, many of which individually exceed 100 pages. These documents must have joint exhibit stickers affixed, a requisite number of copies made and put in loose-leaf binders, and then delivered to the Clerk and to Judge Wolski. That process is slow and it has started. The same process has to be done for the exhibits nominated by each party but which are not joint.

Our clients have been waiting for a trial for five and one half years. Plaintiffs' counsel and staff are heavily engaged in preparing to put on Plaintiffs' case and we are not going to

divert attention from that to take up the latest demonstration that the Government has no idea how to deal with its own documents.

This afternoon we will send Judge Wolski a copy of Plaintiffs' Exhibit List with the Defendant's objections or non-objections depicted, as that document existed on September 12. On October 2 we will send the Court the Joint Exhibit List we sent you on September 12. We are not going to file the document that you sent last night in which you raised objections to your own exhibits and a number of objections to Plaintiffs' exhibits which had never been raised before. We understand that you believe Judge Wolski approved your last minute maneuver. If that is so, then that will have to be indicated by ruling on a motion made by the Government.

[redacted]

Sincerely,

Kieron F. Quinn

KFQ/djs