# PLAINTIFFS' HISTORY OF EXCHANGE OF EXHIBIT LISTS AND OBJECTIONS THERETO

10/01/06

| Docdate | | Doctitle | Comments |
|---|---|---|---|
| 8/9/2006 | | Defendant's Trial Exhibit List - 780 Exhibits | Per Court Order of 08.07.06 |
| | | | |
| 8/9/2006 | | Plaintiffs' Trial Exhibit List - 372 Exhibits | Per Court Order of 08.07.07 |
| | | | |
| 8/16/2006 | | Letter Ferrebee to Bryant forwarding Plaintiffs objections and outlining problem objections | Regarding numerous "problem objections" by Plaintiff, including bates numbering, page numbers, documents not previously provided, etc. (Over 100 "problem objections") |
| | | | |
| 8/16/2006 | | Plaintiffs' Objections to Defendant's Trial Exhibits - 51 Page Spreadsheet of PRELIMINARY objections by Plaintiffs (see 08/18/06 letter from Quinn to Bryant regarding over 100 "problem objections") | Per Rule 13.c |
| | | | |
| 8/16/2006 | | Defendant's Objections to Plaintiffs' Trial Exhibits - 11 "Problem Objections" | Per Rule 13.c |
| | | | |
| 8/16/2006 | * | Plaintiffs' Supplemental Trial Exhibit List | Resulting from documents produced by Defendant to Plaintiff per Court Order regarding production of non-privileged documents |
| | | | |
| 8/18/2006 | | Email from Kieron Quinn to Bryant re problems with Defendant's Exhibit list | Regarding Plaintiffs' Preliminary "Problem Objections", only, of 08.16.06; additional objections forthcoming; numerous "Problem Objections", "Bates Number" issues, etc. Note: "We cannot begin the process of creating a joint exhibit list until these issues have been culled out and brought to your attention, in the hopes of resolving them." |
| | | | |
| 8/18/2006 | | Miller (Defendant's paralegal) letter to Ferrebee re Defendant's Exhibits - forwarding 08.18.06 disk (see below) - Docs never previously produced to Plaintiffs | |
| | | | |
| 8/18/2006 | | Defendant spreadsheet for 08.18.06 disk of Defendant trial exhibits not previously produced | Spreadsheet purportedly reflecting images produced on disk by Defendant to Plaintiff of documents objected to by Plaintiff as never having been previously produced - **over 70 documents** |
| | | | |

Note: "Problem Objections refer to issues including bates numbering changes, not previously produced documents, page number differences, etc.

**PLAINTIFFS' HISTORY OF EXCHANGE OF EXHIBIT LISTS AND OBJECTIONS THERETO** 10/01/06

| Docdate | | Doctitle | Comments |
|---|---|---|---|
| 8/21/2006 | | Email Bryant to Quinn referencing Defendant 08.18.06 disk and problem objections | Defendant promises to produce a single DVD of images of both "not produced" and "bates problems" objection exhibits. |
| | | | |
| 8/21/2006 | | Letter Ferrebee to Bryant forwarding Plaintiffs trial exhibits not previously produced; Naval Aeronautical Organization disks and cross-reference sheet; and addressing Defendant problem objections to Plaintiffs trial exhibits | Providing exhibits to Defendant not previously produced AND addressing Defendant's objections of 8/21/06 AND providing a disk of documents previously produced by Defendant to Plaintiff in pdf format which Plaintiff converted to tiffs and shared with Defendant for use in their own database (with cross reference sheet of Plaintiffs' bates numbers) |
| | | | |
| 8/22/2006 | | Letter Ferrebee to Bryant regarding problem 08.18.06 disk from Defendant; requesting separate disk for problem bates number objections; forwarding spreadsheet reflecting additional problem objections for Defendant trial exhibits which are deposition exhibits | Defendant's 08.18.06 disk (see above) is completely inaccurate and needs to be redone; forwarding supplemental spreadsheet of additional "problem objections" by Plaintiff as to Defendant exhibits which are deposition exhibits |
| | | | |
| 8/22/2006 | | Plaintiffs Spreadsheet - additional problem objections for deposition exhibits on Defendant trial exhibit list | Supplemental "problem objections" by Plaintiff to Defendant exhibits previously introduced deposition exhibits only - **30 documents** - regarding bates numbering, page numbers, etc. |
| | | | |
| 8/24/2006 | | Email Bryant to Ferrebee responding to 08.21 and 08.22 letters re problem bates number objections, problem deposition exhibit objections, not previously produced docs | |
| | | | |
| 8/25/2006 | | Email from Ferrebee to Bryant regarding 081806 disk problems and confirmation regarding replacement disks | |
| | | | |
| 8/25/2006 | | Bryant's 2nd email to Ferrebee re Plaintiffs' Objections to Defendant's Trial Exhibits - confirming replacement disks | |
| | | | |
| 8/27/2006 | | Ferrebee's 2nd Email to Bryant re Plaintiffs' Objections to Defendant's Trial Exhibits re: further clarification for replacement disks required | |
| | | | |

Note: "Problem Objections refer to issues including bates numbering changes, not previously produced documents, page number differences, etc.

**PLAINTIFFS' HISTORY OF EXCHANGE OF EXHIBIT LISTS AND OBJECTIONS THERETO** 10/01/06

| Docdate | | Doctitle | Comments |
|---|---|---|---|
| 8/29/2006 | | Defendant (Miller) Cover letter forwarding 2 disks - Not Provided Docs and Plaintiffs Bates Number Objections AND Defendant Objections / Duplicates to Plaintiffs Exhibits | **Over 150 documents** |
| | | | |
| 8/29/2006 | | Defendant Spreadsheet w. disk -- Plaintiffs Not Previously Provided Objections | |
| | | | |
| 8/29/2006 | | Defendant Spreadsheet w. disk -- Plaintiffs Bates Number Objections | |
| | | | |
| 8/29/2006 | | Defendant Spreadsheet Objections / Duplicates to Plaintiffs Trial Exhibits | Defendant objections regarding 13 duplicate documents by Plaintiff; 9 "problem objections" |
| | | | |
| 8/29/2006 | | Email Miller to Ferrebee forwarding Defendant Supplemental Exhibit List | |
| | | | |
| 8/29/2006 | | Defendant Supplemental Exhibit List | Newly listed Defendant trial exhibits which were previously produced in the case; untimely designations; 6 Defendant Supplemental Exhibits; 5 "Untimely Designation" objections by Plaintiffs, as well as additional objections |
| | | | |
| 9/3/2006 | * | Email Quinn to Bryant and Spreadsheet of Defendant Exhs Still Not Provided to Plaintiffs | Not provided by Defendant on 08.29.06 replacement disk |
| | | | |
| 9/3/2006 | | Email Quinn to Bryant and Spreadsheet of Defendant Exhs "Not Previously Provided" but on 8.29.06 disk with Plaintiffs Objections | Re: documents provided for the first time on 08.29.06 replacement disk; Plaintiffs objections thereto |
| | | | |
| 9/3/2006 | * | Email Quinn to Bryant and Spreadsheet of Plaintiffs Exhs with Defendant Objections - Still UnResolved | Regarding previous 9 "problem objections" by Defendant; Plaintiffs still disputes problems in detail and requests certain documents be produced to Plaintiffs |
| | | | |
| 9/3/2006 | | Email Quinn to Bryant and Spreadsheet of Plaintiffs Exhs with Defendant Objections - Resolved | Plaintiffs resolve / withdraw 13 duplicate exhibits and 3 additional "problem objections" |
| | | | |

Note: "Problem Objections refer to issues including bates numbering changes, not previously produced documents, page number differences, etc.

**PLAINTIFFS' HISTORY OF EXCHANGE OF EXHIBIT LISTS AND OBJECTIONS THERETO** 10/01/06

| Docdate | | Doctitle | Comments |
|---|---|---|---|
| 9/3/2006 | | Email Quinn to Bryant and Spreadsheet of Plaintiffs Objections to Defendant Supplemental Exhibits of 8.29.06 | |
| | | | |
| 9/3/2006 | * | Email Quinn to Bryant - resubmission of Spreadsheet of Plaintiffs Supplemental Exhibits of 08.16.06 with No Defendant Objections | Re-submission / reminder to Defendant of Plaintiffs 08.16.06 Supplemental Exhibit List to which Defendant has never objected |
| | | | |
| 9/11/2006 | * | Email Quinn to Bryant forwarding Plaintiffs Objections to Defendant Exhibits (see Spreadsheet descriptions below) | **NOTE:** "We have been working on Defendant's exhibit lists since early August and are shifting our focus to trial presentation. Questions which remain unresolved will have to be resolved in an evidentiary setting at trial." |
| | | | |
| 9/11/2006 | * | Spreadsheet from Quinn - Plaintiffs' Bates Number Objections which STAND re Defendant's Exhibits | |
| | | | |
| 9/11/2006 | | Spreadsheet from Quinn - Plaintiffs' Bates Number Objections which are RESOLVED re Defendant's Exhibits | |
| | | | |
| 9/11/2006 | | Quinn Spreadsheet - Plaintiffs' Objections to Defendant's 9.1.06 Supplemental Exhibits | Regarding Defendant's 09.01.06 email designation of 2 additional (previously produced) trial exhibits (Untimely designations and additional objections by Plaintiffs) |
| | | | |
| 9/12/2006 | * | Email Quinn to Bryant forwarding Joint, Plaintiffs, Defendant Trial Exhibit Lists | "The Joint Exhibit List that Plaintiffs will file with the Court will only include the first three fields . . . You can readily confirm how we identified which exhibits are joint." |
| | | | |
| 9/11/2006 | | Joint Exhibit List Spreadsheet by Plaintiffs sent to Bryant 09.12.06 | |
| | | | |
| 9/11/2006 | * | Defendant's Trial Exhibits Spreadsheet sent to Bryant 09/12/06 | |
| | | | |
| 9/11/2006 | * | Plaintiffs Trial Exhibits Spreadsheet sent to Bryant on 09/12/06 | |
| | | | |
| 9/15/2006 | | Email Quinn to Bryant with 09.15.06 Spreadsheets | |
| | | | |

Note: "Problem Objections refer to issues including bates numbering changes, not previously produced documents, page number differences, etc.

**PLAINTIFFS' HISTORY OF EXCHANGE OF EXHIBIT LISTS AND OBJECTIONS THERETO** 10/01/06

| **Docdate** | | **Doctitle** | **Comments** |
|---|---|---|---|
| 9/15/2006 | * | Plaintiffs Spreadsheet - Supplemental Trial Exhibit List | Regarding documents produced per Court Order regarding Wyle documents |
| | | | |
| 9/15/2006 | | Plaintiffs Spreadsheet - Withdrawn Plaintiffs' Trial Exhibits | Duplicate documents (2) withdrawn |
| | | | |
| 9/27/2006 | | Email Bryant to KQuinn - Defendant Objections to Plaintiffs, Defendant, Joint Exhibits | 16 days after receipt of Joint Exhibit List from Plaintiffs; received 8:15 pm on the evening before Plaintiffs and Defendant Trial Exhibit Lists are due to be filed |
| | | | |
| 9/28/2006 | | Bryant Spreadsheet - Defendant Objections to Plaintiffs, Defendant, and Joint Exhibits | 53 page unformatted spreadsheet (93 new objections, including 33 objections to Defendant's own exhibits) |
| | | | |
| 9/28/2006 | | Bryant Sspreadsheet - Defendant Objections to Plaintiffs, Defendant, and Joint Exhibits - Plaintiffs EXCEL RE-FORMATTED Version | Reformatted spreadsheet created by Plaintiffs of Defendant Objections to Plaintiffs, Defendant and Joint Exhibits - 16 pages |
| | | | |
| 9/28/2006 | | Quinn Email forwarding Letter to Bryant - response to Defendant Objections to Plaintiffs, Defendant, and Joint Exhibits, Settlement | |
| | | | |
| 9/28/2006 | | Quinn Letter to Bryant - response to Defendant Objections to Plaintiffs, Defendant, Joint Exhibits, Settlement | Plaintiffs refuse to accept untimely objections |
| | | | |
| 9/29/2006 | | Bryant Letter to Quinn - reply to Quinn 09/28/06 Letter | |
| | | | |
| | | | |
| | * | Defendant has made no response as of 10/02/2006 | |

Note: "Problem Objections refer to issues including bates numbering changes, not previously produced documents, page number differences, etc.