# JOINT TRIAL EXHIBIT LIST

10/2/2006

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Joint Trial Exh No.** | **Docdate** | **Description** | **PL Trial Exh No.** | **DF Trial Exh No.** | **DF Bates No. Range** | **Begdoc#** | **Enddoc#** |
| 2 | JX001 | 7/21/2003 | Appraisal for 1856 Pathfinder dated 7/21/03 | | DX004 | OCE223275 - 288 | PL100221 | PL100233 |
| 3 | JX002 | 00/00/1999 | 1999 AICUZ noise contour map with markings by plaintiffs | | DX010 | OCE233755 | DX010 | DX010 |
| 4 | JX003 | 6/6/1995 | Deed between T. & J. Moody & M & D Leary | | DX012 | OCE226381 - 382 | DX012 | DX012 |
| 5 | JX004 | 11/3/1992 | Deed between Donald Carlstrom and William and Betty Capps | | DX019 | OCE226392 - 393 | DX019 | DX019 |
| 6 | JX005 | 8/7/1986 | Deed for 2004 Brickell Ct., purchased by Harold & Elaine Levenson | | DX036 | OCE223163 - 164 | PL100108 | PL100109 |
| 7 | JX006 | 5/24/1993 | Standard Purchase Agreement between Eddie & Elizabeth Waterman and Lewis & Cynthia Klein | | DX051 | OCE223057 - 059 | PL100002 | PL100004 |
| 8 | JX007 | 6/24/1994 | Deed of Bargain & Sale for 2709 East Kings Rd., purchased by Carroll Lindsay | | DX062 | OCE223125 - 127 | PL100070 | PL100072 |
| 9 | JX008 | 5/1/1992 | Riddick Sales Contract | | DX070 | OCE223088 - 090 | PL100033 | PL100035 |
| 10 | JX010 | 9/16/2002 | Proposal for cost of windows & doors for Hoag, prepared by Boby Wills | | DX081 | OCE223364 | PL100310 | PL100310 |
| 11 | JX011 | 11/30/2000 | Stop-At-Home-Carpet, Inc. Invoice - Hoag | | DX082 | OCE223365 | PL100311 | PL100311 |
| 12 | JX012 | 12/14/2002 | Stop-At-Home-Carpet, Inc. Invoice - Hoag | | DX083 | OCE223366 | PL100312 | PL100312 |
| 13 | JX013 | 9/17/1990 | Hoag Deed | | DX092 | OCE228640 - 642 | DX092 | DX092 |
| 14 | JX019 | 5/28/1996 | ATAC - Airfield and Airspace Operational Study (BRAC 95) Report for BRAC '95 Final Report | | DX192 | OCE012147 - 272 | OCE012147 | OCE012272 |
| 15 | JX020 | 11/12/1997 | Response letter to Mr. Levenson from Capt Benson regarding NAS Oceana Operations | | DX195.OCE012376-378 only | OCE12376 - 378 | OCE012376 | OCE012384 |

# JOINT TRIAL EXHIBIT LIST

10/2/2006

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Joint Trial Exh No.** | **Docdate** | **Description** | **PL Trial Exh No.** | **DF Trial Exh No.** | **DF Bates No. Range** | **Begdoc#** | **Enddoc#** |
| 16 | JX021 | 2/1/1998 | Wyle 97-10 (Feb 1998) Noise Study 1995 BRAC REALIGNMENT OF NAVY F/A-18 AIRCRAFT | | DX196 | OCE012766 - 013297 | OCE012766 | OCE013297 |
| 17 | JX022 | 06/00/2005 | Stewart Field Measurements - 925 Lamplight Lane | | DX278 | OCE261742 - 748 | PL-EXPT000291 | PL-EXPT000297 |
| 18 | JX023 | 06/00/2005 | Stewart Field Measurements -1301 Brant Road | | DX279 | OCE261749 - 753 | PL-EXPT000298 | PL-EXPT000302 |
| 19 | JX024 | 06/00/2005 | Decibel readings June 22, 2005 at 2004 Brickell Ct. | | DX280 | OCE261754 - 760 | PL-EXPT000303 | PL-EXPT000309 |
| 20 | JX029 | 6/15/1967 | Deed Van Nostrand | | DX374 | OCE223106 - 108 | PL100051 | PL100053 |
| 21 | JX030 | 00/00/0000 | Leary house photo | | DX416 | OCE223295 | PL100240 | PL100240 |
| 22 | JX031 | 8/6/1992 | Re: Purchase From: Ronald E. Rauhauge; Address: 925 Lamplight Lane, Virginia Beach, VA 23452 | | DX417 | OCE223307 - 309 | PL100252 | PL100254 |
| 23 | JX048 | 12/12/1997 | Memo from Czech to Zusman re flight tracks | | PX127 | OCE230956-958 | AR-041593-041595 | |
| 24 | JX052 | 9/3/1996 | ATAC Corp document entitled, "Operational Assumptions and Scenario Descriptions for the Airfield and Airspace Operational Study of the BRAC 95 Navy F/A-18 Relocation" | PT511 | PX101 | OCE230891 - 904 | AR-025223 | 14 pages |
| 25 | JX054 | 12/30/1996 | Letter from Joseph Czech to Alan Zusman enclosing Wyle Research Report WR 96-3 | PT514 | | | AR-028651-028651 | |
| 26 | JX055 | 1/21/1997 | Letter from Czech to Zusman regarding contours, with enclosures listed | PT515 | PX156; 003 | OCE231416 | AR-030033-030033 | |
| 27 | JX059 | 09/00/1997 | WYLE RESEARCH REPORT WR 97-10 | PT529 | PX001 | OCE231417-791 | AR-038257-038631 | |
| 28 | JX063 | 4/28/2006 | Map of Test Plaintiff Properties, Virginia Beach, Virginia | PT549 | DX449 | OCE269150 | DSJXF | DSJXF |
| 29 | JX069 | 10/1/1997 | CV NATOPS Manual | PT578 | | | HEBERT031 | |

# JOINT TRIAL EXHIBIT LIST

10/2/2006

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Joint Trial Exh No.** | **Docdate** | **Description** | **PL Trial Exh No.** | **DF Trial Exh No.** | **DF Bates No. Range** | **Begdoc#** | **Enddoc#** |
| 30 | JX073 | 2/15/1998 | Wyle Research Technical Note TN 97-3 | PT586 | PX007 | OCE231396-415 | OCE-INF-000688 | OCE-INF-000707 |
| 31 | JX075 | 5/25/1979 | OPNAV INST 11010.36 | PT589 | PX118 | OCE230906-951 | OCE-INF-001395 | OCE-INF-001440 |
| 32 | JX081 | 2/18/1998 | ATAC Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F-18 Aircraft. | PT612 | PX092 | OCE230962-231179 | OCE009718 | OCE009935 |
| 33 | JX084 | 02/00/1996 | Wyle Research Report WR 96-3 | PT617 | DX198 | OCE015520 - 604 | OCE015520 | OCE015604 |
| 34 | JX085 | 9/29/1997 | Memo from Captain S.E. "Sodbuster" Benson to all Commanding Officers regarding NAS Oceana FCLP Course Rules | PT618 | | | OCE015708 | OCE015710 |
| 35 | JX086 | 8/22/1997 | ATAC report "Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft" | PT638 | | | OCE023280 | OCE023497 |
| 36 | JX087 | 1/1/1999 | Official Map for AICUZ for NAS Oceana, NALF Fentress and NAS Chambers Field | PT640 | | | OCE036578 | OCE036579 |
| 37 | JX088 | 11/1/1997 | Wyle Research Technical Note TN 97-3 | PT649 | | | OCE059936 | OCE059956 |
| 38 | JX089 | 11/19/1996 | ATAC report "Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft" | PT650 | | | OCE063104 | OCE063186 |
| 39 | JX090 | 12/12/1997 | Handwritten note forwarding attached response from Joe Czech to Alan Zusman regarding NAS Oceana letter regarding changes to flight tracks | PT651 | PX004 | OCE063214 - 235 | OCE063214 | OCE063235 |
| 40 | JX091 | 4/24/1989 | Memo regarding FCLP pattern at NAS Oceana | PT652 | | | OCE064614 | OCE064615 |
| 41 | JX093 | 11/27/2000 | Emails between Dan Cecchini, Capt Shawn Smith, et al. regarding Oceana operations count | PT656 | PX034 | OCE085279 - 281 | OCE085279 | OCE085281 |

# JOINT TRIAL EXHIBIT LIST

10/2/2006

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Joint Trial Exh No.** | **Docdate** | **Description** | **PL Trial Exh No.** | **DF Trial Exh No.** | **DF Bates No. Range** | **Begdoc#** | **Enddoc#** |
| 42 | JX094 | 4/7/1999 | Spreadsheet showing operations and complaints at Oceana and Fentress from 1973 to 1998 | PT662 | | | OCE087915 | OCE087915 |
| 43 | JX095 | 04/00/1995 | Wyle Research Report WR 94-18 | PT669 | DX215 | OCE032744-873 | OCE090440 | OCE090567 |
| 44 | JX097 | 11/1/1995 | Noise Map Noise Curves regarding F-18A/C | PT683 | | | OCE208345 | OCE208354 |
| 45 | JX098 | 12/19/2002 | OPNAV Instruction 11010.36B | PT690 | PX068 | OCE212842 - 886 | OCE212842 | OCE212886 |
| 46 | JX099 | 4/11/1988 | OPNAV INSTRUCTION 11010.36A | PT691 | PX012 | OCE212887 - 925 | OCE212887 | OCE212925 |
| 47 | JX107 | 5/13/1997 | Letter from Mike Abkin at ATAC Corporation to Alan Zusman regarding the Scenario Results Working Paper submitted. | PT742 | | | OCE225032 | OCE225032 |
| 48 | JX108 | 5/13/1997 | Report by the ATAC, "NASMOD: Airfield and Airspace Operational Study for the 1995 BRAC Realignment of Navy F/A-18 Aircraft - Scenario Results Working Paper." | PT743 | | | OCE225033 | OCE225184 |
| 49 | JX111 | 2/2/2006 | Emails between Micah Downing and Robert Smith et al with attached DNL values for May property | PT790 | | | OCE239094 | OCE239095 |
| 50 | JX112 | 9/22/2005 | Email from Micah Downing attached Test Plaintiffs' Geographical and Noise Level Information | PT791 | | | OCE239096 | OCE239098 |
| 51 | JX141 | 5/22/2006 | Email from Steve Bryant to Kieron Quinn regarding number of FCLP and Touch and Go Operations in 1999 | PT861 | | | PSJX031 | PSJX031 |
| 52 | JX142 | 00/00/0000 | Map of Virginia Beach with Test Plaintiff and Non-Test Plaintiff Witness Designations. | PT864 | | | PSJX052 | PSJX052 |