| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX009 | 3/22/2005 | Plaintiffs' Answers to Interrogatories - Sara Lynch | | | | PL-DISC-000007 | | Hearsay |
| JX014 | 00/00/2005 | (JLUS)(AICUZ) Planning Map (2005) | | DX111 | OCE239806 | DX111 | DX111 | Hearsay, relevance |
| JX015 | 00/00/1999 | 1999 AICUZ noise contour map with markings by Janet Holloway, Randy Keel, Karen Green, William Gilbert, Charles Nash, Marie Larson and Ronald Green | | DX122 | OCE269158 | DX122 | DX122 | Relevance and hearsay |
| JX016 | 00/00/1999 | AICUZ map (from Robert Goodwin deposition) | | DX128 | OCE269159 | DX128 | DX128 | Relevance and hearsay |
| JX017 | 00/00/2005 | 2005 JLUS AICUZ Planning Map with markings by Eileen May and Louis Figari. | | DX145 | OCE269160 | DX145 | DX145 | Relevance and hearsay |
| JX018 | 6/16/1998 | Letter to Mayor Oberndorf - Noise Contour Map and APZs Map for NAS Oceana/NALF Fentress provided for land use planning and fair disclosure. CO, NAS Oceana ltr 5726 Ser 00G/1012 of 16 Jun 98. | | DX185 | OCE000271 | OCE000271 | OCE000271 | Hearsay. Rule of Completeness. Defendant will not object to this being a JX if plaintiffs will agree to make DX 233-236 as JXs as well |
| JX025 | 11/28/2001 | Email re: Early copy of data | | DX288 | OCE208357 - 360 | OCE208357 | OCE208360 | Hearsay. Rule of Completeness Defendant will not object to this being a JX if plaintiffs will agree that the e-mails concerning the profile revisions on defendant's exhibit list are JXs |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX026 | 11/29/2001 | Email re: Early copy of data | | DX289 | OCE208361 - 362 | OCE208361 | OCE208362 | Hearsay. Rule of Completeness Defendant will not object to this being a JX if plaintiffs will agree that the e-mails concerning the profile revisions on defendant's exhibit list are JXs |
| JX027 | 11/21/2001 | Email Downing to Zusman with comparison SELs | | DX312 | OCE213326 - OCE213327 | OCE213326 | OCE213327 | Hearsay. Rule of Completeness Defendant will not object to this being a JX if plaintiffs will agree that the e-mails concerning the profile revisions on defendant's exhibit list are JXs |
| JX028 | 11/20/2001 | Email re: New F-14B Profiles -- and Costs w/ email history | | DX356 | OCE215682 | OCE215682 | OCE215682 | Hearsay. Rule of Completeness Defendant will not object to this being a JX if plaintiffs will agree that the e-mails concerning the profile revisions on defendant's exhibit list are JXs |
| JX032 | 2/9/2001 | Nelson payment re: Naval Air Station Oceana | | DX420 | OCE223430 - OCE223432 | PL100376 | PL100378 | Hearsay, authenticity |
| JX033 | 3/22/2001 | Nelson payment re: Naval Air Station Oceana | | DX421 | OCE223433 - 435 | PL100379 | PL100381 | Hearsay, authenticity |
| JX034 | 1/16/2002 | Nelson payment re: Naval Air Station Oceana | | DX422 | OCE223436 - 438 | PL100382 | PL100384 | Hearsay, authenticity |
| JX035 | 4/11/2002 | Nelson payment | | DX423 | OCE223439 - 441 | PL100385 | PL100387 | Hearsay, authenticity |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX036 | 4/4/2002 | Nelson Invoice RE: NAS Oceana class action | | DX424 | OCE223442 - 447 | PL100388 | PL100393 | Hearsay, authenticity |
| JX037 | 00/00/0000 | Nelson to Kieron re: Meta-Analysis Results em w/ attached tables and reference list | | DX436 | OCE223619 - 624 | PL100565 | PL100570 | Hearsay, authenticity |
| JX038 | 00/00/0000 | Nelson Profile | | DX439 | OCE223649 - 699 | PL100595 | PL100645 | Hearsay, authenticity |
| JX039 | 9/26/2000 | Nelson Requested Studies | | DX440 | OCE223700 - 704 | PL100646 | PL100650 | Hearsay, authenticity |
| JX040 | 00/00/0000 | Towson University Center of Geographic Information Sciences | | DX454 | OCE224048 - 061 | PL100994 | PL101007 | Hearsay, authenticity |
| JX041 | 00/00/0000 | Biography of Dr. John M. Morgan, III | | | | PL101008 | PL10100 | Hearsay, authenticity |
| JX042 | 00/00/0000 | Resume of John M. Morgan, III, Ph.D. | | | | PL101009 | PL10101 | Hearsay, authenticity |
| JX043 | | Dennis Gruelle's data (spreadsheets) relied on for his report | | | | DX471 | DX471 | Hearsay |
| JX044 | 06/00/2005 | Dingle signed Answers to Int/RFPs | | | | DX515 | DX515 | Hearsay |
| JX045 | 10/7/1998 | Department of the Navy letter regarding APZ map for NAS Oceana and NALF Fentress | | DX561 | OCE230267 - 275 | OCE230267 | OCE230275 | Hearsay. Defendant will not object to this being a JX if plaintiffs will agree to make DX 233-236 as JXs as well |
| JX046 | 8/12/2005 | Nelson's Draft Report | | DX665 | OCE239021 - 065 | OCE239021 | OCE239065 | Hearsay, authenticity |
| JX047 | 12/7/2000 | Emails between Boyajian and Firenze regarding Op Count at NTU/NFE | | PX094 | OCE085288 - 289 | OCE085288 | OCE085289 | Relevance and hearsay |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX049 | 10/00/1978 | AESO Aircraft Noise Survey Oceana and Fentress; Report No. AESO 312-78-01 | | PX175 | OCE093711 - 770 | OCE039712 | OCE039770 | Hearsay. Defendant will not object to historical noise studies from the 1970s through the 1980s as JXs, as long as all of the NAS Oceana noise studies from this period are JXs. |
| JX050 | 09/00/1984 | CATALOG OF NOISE LEVELS FROM NAVY AIRCRAFT - AESO Report No. 313-01-84 | PT501 | | | AR-001232-001260 | | Hearsay and Lack of foundation |
| JX051 | 4/18/1996 | Point paper by Daniel Cecchini regarding NAS Oceana Operations data and Noise Issues | PT506 | | | AR-022108-022114 | AR-022108-022120 | Relevance and hearsay |
| JX053 | 12/00/1996 | WYLE RESEARCH REPORT WR 96-3 | PT513 | | | AR-028332-028650 | | Duplicate. This is the same document at JX084 so should be removed |
| JX056 | 3/28/2000 | Memo from Director, Facilities & Engineering Division to N4, VCNO and CNO regarding Assessment of NAS Oceana EIS with notes | PT520 | | | AR-031726-031726 | | Hearsay, lack of foundation |
| JX057 | 00/00/2000 | Graph prepared by ATAC Corporation entitled, "Percent Increase of Airfield Operations from Baseline," regarding projected operations increases for the various realignment and closure scenarios considered in the EIS for the Realignment of the F/A-18 C/D | PT521 | | | AR-031986 | AR-031986 | Hearsay. Rule of completeness - defendant will agree that the entire ATAC study be a joint exhibit, but we will not agree to plaintiffs only selecting excerpts as joint exhibits |
| JX058 | 8/13/1997 | Email exchange between Alan Zusman, Jeffrey Borowy, and Tom Peeling, et al. re F-18 E/F and F-18 C/D versus F-14 noise levels | PT528 | | | AR-036752-036752 | | Hearsay |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX060 | 12/3/1997 | Memo from Duncan Holaday to Deputy Chief of Naval Operations regarding flight tracks stated in the Draft EIS | PT531 | | | AR-041360-041360 | | Relevance, hearsay |
| JX061 | 02/00/1998 | Excerpts from WYLE RESEARCH REPORT WR 97-10 AIRCRAFT NOISE STUDY FOR THE BRAC REALIGNMENT OF NAVY F/A-18 AIRCRAFT | PT539 | | | AR-042547-043073 | AR-042547-043599 | Hearsay. Rule of completeness - defendant will agree that the entire WR 97-10 as a joint exhibit; we will object to plaintiffs only selecting excerpts as joint exhibits |
| JX062 | 3/4/1998 | Excerpts from the FEIS for the Realignment of F-18 C/D Aircraft | PT548 | | | DClassXA | DClassXA | Hearsay. No objection if plaintiffs agree that the F/A-18 C/D EIS (including appendices, noise study and ATAC study), F/A-18 E/F EIS (including appendices, noise study and ATAC study), and the Draft F/A-18 E/F EIS (including appendices) are joint exhibits. We cannot agree to plaintiffs only selecting excerpts of one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections. |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX064 | 9/29/2005 | Appraisal Report of Test Case Plaintiffs by Alexander Salzberg and Dennis Gruelle | PT550 | | | DX110 | DX110 | Hearsay |
| JX065 | 00/00/1999 | Official Map of AICUZ for NAS Oceana, NALF Fentress and NAS Chambers Field | PT557 | | | FIRENZE001 | | We have not been provided documents with these Bates No, and must object until we review them. |
| JX066 | 2/1/1998 | Excerpts from Wyle Report WR 97-10 regarding impact of F/A-18 C/D aircraft realignment | PT558 | | | FIRENZE003 | | Hearsay. Rule of completeness - defendant will not object to the entire WR 97-10 as a joint exhibit, but will object to plaintiffs only selecting excerpts as joint exhibits |
| JX067 | 00/00/0000 | Graph of air operations at NAS Oceana and NALF Fentress for years 1998 through 2000 | PT560 | | | HEBERT003 | | We have not been provided documents with these Bates No, and must object until we review them. |
| JX068 | 00/00/1999 | Official Map of AICUZ for NAS Oceana, NALF Fentress and NAS Chambers Field | PT574 | | | HEBERT022 | | We have not been provided documents with these Bates No, and must object until we review them. |
| JX070 | 5/15/1998 | Volume II of Final EIS (FEIS) of West Coast siting of F/A-18 E/F NAS Lemoore | PT581 | | | NEP001208 | NEP001753 | Relevance and hearsay |
| JX071 | 2/21/2000 | (Draft) 1999 AICUZ Report for Hampton Roads Naval Ait Installations | PT582 | DX219 | OCE052981 - 053122.001 | NEP002675 | NEP002815 | Relevance and hearsay |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX072 | 10/23/1997 | Letter from Captain S. E. Benson to The Honorable Charles S. Robb, US Senate regarding affect of aircraft operations | PT584 | | | NEP003288 | NEP003289 | We have not been provided documents with these Bates No, and must object until we review them. |
| JX074 | 00/00/0000 | Graph Containing Air Traffic Activity Totals 1999-2000 | PT587 | | | OCE-INF-000851 | OCE-INF-000851 | We have not been provided documents with these Bates No, and must object until we review them. |
| JX076 | 00/00/0000 | Memo from NAS Oceana Commanding Officer regarding FCLP | PT606 | | | OCE001118 | OCE001118 | Relevance |
| JX077 | 5/26/2000 | Note regarding operations at NAS Oceana and NALF Fentress from April 17, 2000 through May 10, 2000 | PT607 | | | OCE001135 | OCE001135 | Authenticity and hearsay |
| JX078 | 2/1/1998 | ANNUAL FLIGHT OPERATIONS AT NAS OCEANA FOR UPDATED SCENARIO 2 | PT608 | PX013 | OCE005634 - 646 | OCE005634 | OCE005646 | Hearsay. This is a conglomerate of separate documents. We will agree that the portions concerning FCLP counts in 2000 are a JX. The remaining documents we object as hearsay. |
| JX079 | 11/00/1989 | Draft Aircraft Noise Survey Update (HMMH Report No. 280400.11) for NAS Oceana | PT609 | | | OCE009305 | OCE009382 | Hearsay. Defendant will not object to historical noise studies (or drafts) from the 1970s through the 1980s as JXs, as long as all of the NAS Oceana noise studies from this period are JXs. |
| JX080 | 2/1/1998 | Wyle Research Technical Note TN 97-3 | PT611 | | | OCE009614 | OCE009632 | Duplicate - Same as JX073 |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX082 | 3/31/1997 | Fact Sheet from Air Operations Dept at NAS Oceana re operational numbers from 1985 to 1996 | PT614 | | | OCE012287 | OCE012288 | Hearsay. Defendant will not object to this document being part of a larger JX. Specifically, we propose using DX193 as JX082 because it has all the fact sheets from 1975-2000 (OCE018813-816), not just 1985-1996. |
| JX083 | 10/30/1998 | Graph of Air Operations Counts at NAS Oceana from 1997 to 1998 | PT616 | | | OCE015518 | OCE015518 | Authenticity and hearsay |
| JX092 | 7/6/1999 | Email from Lisa Padgett to Patty Hankins regarding the Steinberg Dog Kennel | PT655 | | | OCE083587 | OCE083588 | Hearsay, relevance |
| JX096 | 2/15/1996 | ATAC Corp Report entitled, "Naval Air Station Oceana Airfield and Airspace Operational Study for BRAC 95." | PT670 | | | OCE091415 | OCE091465 | Bates No. We have a 5/28/96 ATAC study (DX192), but we do not have this study with these Bates No. |
| JX100 | 2/8/2005 | Letter from Captain Thomas Keeley to Virginia Beach Mayor Meyera Oberndorf regarding opposition to "by-right" development. | PT731 | | | OCE215950 | OCE215952 | Hearsay, relevance |
| JX104 | 1/13/1997 | Letter from Abkin to Zusman regarding Oceana/ Cherry Point Scenario Results Working Paper (Partial Draft) | PT739 | | | OCE225017 | OCE225018 | Relevance and hearsay |
| JX105 | 00/00/2000 | Graph entitled, "Percent Increase of Airfield Operations from Baseline," prepared by ATAC Corporation | PT740 | | | OCE225024 | OCE225024 | Hearsay. Rule of Completeness. We will not object to the entire study, but will object to excerpts |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX101 | 2/16/2005 | Email (redacted) exchange involving Thomas Keeley, Alan Zusman and Raymond Firenze, et al. AICUZ and density | PT732 | | | OCE224586 | OCE224587 | Relevance |
| JX102 | 2/16/2005 | Email from Thomas Keeley to Raymond Firenze regarding the JLUS | PT733 | | | OCE224597 | OCE224598 | Relevance |
| JX103 | 12/9/1996 | Email exchange between Michael Abkin and Alan Zusman, et al. re NAS Oceana and NAS Beaufort operations | PT738 | | | OCE225014 | OCE225015 | Relevance |
| JX106 | 4/24/1997 | Email from Derek Huber to Alan Zusman re night FCLP | PT741 | | | OCE225026 | OCE225026 | Relevance and hearsay |
| JX109 | 1/15/1998 | Email from Derek Huber to Alan Zusman re NAS Oceana aircraft operations. | PT746 | | | OCE225210 | OCE225210 | Relevance and hearsay |
| JX110 | 11/00/2001 | Redacted emails between Cecchini, Logan et al regarding E/F EIS progress / Wyle contract | PT785 | | | OCE238397 | OCE238400 | Relevance and hearsay |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX113 | 2/28/1998 | Excerpts from the FEIS for the Realignment of F-18 C/D Aircraft from Cecil Field to other East Coast Installations | PT802 | | | PClassX001 | PClassX001 | Hearsay. No objection if plaintiffs agree that the F/A-18 C/D EIS (including appendices, noise study and ATAC study), F/A-18 E/F EIS (including appendices, noise study and ATAC study), and the Draft F/A-18 E/F EIS (including appendices) are joint exhibits. We cannot agree to plaintiffs only selecting excerpts of one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections. |
| JX114 | 8/26/2005 | Final Appraisal of 1805 Loganberry Court (James and Virgie Riddick) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT807 | | | PL-EXPT000073 | PL-EXPT000089 | Hearsay, authenticity |
| JX115 | 8/26/2005 | Final Appraisal of 2004 Brickell Court (Harold and Elaine Levenson) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT808 | | | PL-EXPT000090 | PL-EXPT000104 | Hearsay, authenticity |
| JX116 | 8/26/2005 | Final Appraisal of 925 Lamplight Lane (Kenneth and Tammy Hill) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT809 | | | PL-EXPT000105 | PL-EXPT000124 | Hearsay, authenticity |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX117 | 8/26/2005 | Final Appraisal of 1856 Pathfinder Drive (Sean and Graciela Ryan) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT810 | | | PL-EXPT000125 | PL-EXPT000140 | Hearsay, authenticity |
| JX118 | 8/26/2005 | Final Appraisal of 3209 Chicory Court (Michael and Diane Leary) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT811 | | | PL-EXPT000141 | PL-EXPT000155 | Hearsay, authenticity |
| JX119 | 8/26/2005 | Final Appraisal of 305 Corvette Lane (Herbert and Betty Van Nostrand) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT812 | | | PL-EXPT000156 | PL-EXPT000170 | Hearsay, authenticity |
| JX120 | 8/26/2005 | Final Appraisal of 409 Pallets Road (William and Betty Capps) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT813 | | | PL-EXPT000171 | PL-EXPT000185 | Hearsay, authenticity |
| JX121 | 8/26/2005 | Final Appraisal of 1301 Brant Road (Sara Lynch Hoag) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT814 | | | PL-EXPT000186 | PL-EXPT000200 | Hearsay, authenticity |
| JX122 | 8/26/2005 | Final Appraisal of 912 Carolina Avenue (Theodore and Sue Dingle) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT815 | | | PL-EXPT000201 | PL-EXPT000216 | Hearsay, authenticity |
| JX123 | 8/26/2005 | Final Appraisal of 2244 Windy Pines Bend (Eddie and Elizabeth Waterman) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT816 | | | PL-EXPT000217 | PL-EXPT000233 | Hearsay, authenticity |
| JX124 | 8/26/2005 | Final Appraisal of 2709 E Kings Road (Caroll Lindsay) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT817 | | | PL-EXPT000234 | PL-EXPT000248 | Hearsay, authenticity |
| JX125 | 2/1/2006 | Final Appraisal of 620 Little Neck Road (Eileen May) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT819 | | | PL-EXPT000267 | PL-EXPT000283 | Hearsay, authenticity |
| JX126 | 9/29/2005 | Resume of Alexander Salzberg | PT821 | | | PL-EXPT0003 | PL-EXPT000 | Hearsay, authenticity |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX127 | | GIS Maps | PT823 | | | PL-INV01171 | PL-INV01171 | Hearsay, authenticity |
| JX128 | 3/16/2004 | Keeley Presentation to Virginia Beach AICUZ Task Force regarding encroachment. | PT824 | | | PL-INV000067 | PL-INV000080 | Relevance and Bates No. (do not have a presentation with these bates nos) |
| JX129 | 11/5/2003 | Letter from T. Keeley to Ashby Moss, Virginia Beach Planning Department, regarding residential development | PT825 | PX071 | OCE225834 | PL-INV000085 | PL-INV000085 | Hearsay, relevance |
| JX130 | 10/7/2003 | Letter from T. Keeley to Virginia Beach planning commission regarding development in 70-75db noise zone | PT826 | | | PL-INV000086 | PL-INV000087 | Hearsay, Relevance and Bates No. (We do not have a document with these bates no) |
| JX131 | 8/4/2003 | Capt. Keeley letter to Barbara Duke, Dept of Planning for Virginia Beach opposing a residential development. | PT827 | | | PL-INV000088 | PL-INV000088 | Hearsay, Relevance and Bates No. (We do not have a document with these bates no) |
| JX132 | 6/5/2003 | Capt. Keeley letter to Barbara Duke, Dept of Planning for Virginia Beach opposing a residential development. | PT828 | | | PL-INV000090 | PL-INV000090 | Hearsay, Relevance and Bates No. (We do not have a document with these bates no) |
| JX133 | 10/8/2003 | Raymond Firenze Comments to Virginia Beach Planning Commission re opposition to proposed development by Near Post, L.L.C. | PT830 | | | PL-INV000475 | PL-INV000476 | Hearsay, Relevance and Bates No. (We do not have a document with these bates no) |
| JX134 | 8/13/2003 | Raymond Firenze Comments to Virginia Beach Planning Commission opposing a residential development. | PT831 | | | PL-INV000477 | PL-INV000489 | Hearsay, Relevance and Bates No. (We do not have a document with these bates no) |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX135 | 09/00/1984 | Excerpts from Report by the Aircraft Environmental Support Office at the Naval Aviation Depot entitled, "Catalog of Noise Levels from Navy Aircraft." | PT832 | | | PL-INV001383 | PL-INV001401 | Hearsay, Lack of foundation, Bates No., and Duplicate document. Appears to be same as JX050. Same objection, plus Bates No. |
| JX136 | 2/16/2005 | Sound Recording by Eddie Waterman of Aircraft Noise inside home located at 2244 Windy Pines Bend. | PT852 | | | PL100000 | PL100000 | Hearsay, authenticity |
| JX137 | 00/00/0000 | Photos of overflights by Plaintiff Capps. | PT857 | | | PL103035 | PL10304 | Hearsay, authenticity |
| JX138 | 07/00/2004 | Overflight Video of 912 Carolina Avenue by Theodore Dingle. | PT858 | | | PL103162 | PL103162 | Hearsay, authenticity |
| JX139 | 00/00/0000 | Photos of overflights by Plaintiff Capps. | PT859 | | | PL103167 | PL10318 | Hearsay, authenticity |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX140 | 2/28/1998 | Excerpts pertaining to NAS Oceana and NALF Fentress from the FEIS for Realignment of F/A-18 C/D Aircraft and Operational Functions from Naval Air Station Cecil Field, Florida to other East Coast Installations | PT860 | | | PSJX024 | PSJX024 | Hearsay. No objection if plaintiffs agree that the F/A-18 C/D EIS (including appendices, noise study and ATAC study), F/A-18 E/F EIS (including appendices, noise study and ATAC study), and the Draft F/A-18 E/F EIS (including appendices) are joint exhibits. We cannot agree to plaintiffs only selecting excerpts of one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections. |
| JX143 | 11/18/2003 | Excerpts from Captain Thomas Keeley Briefing to Virginia Beach City Council Members regarding AICUZ program. | PT865 | | | PSJX053 | PSJX053 | Relevance and hearsay |

| **Plaintiffs Proposed Joint Exhibit List No.** | **Docdate** | **Description** | **PL Trial Exh No.** | **DF Trial Exh No.** | **DF Bates No. Range** | **PL Begdoc#** | **Enddoc#** | **Defendant's Objection** |
|---|---|---|---|---|---|---|---|---|
| JX144 | 03/00/1998 | Sections 5.2-1 through 5.2-3 from Final EIS | PT867 | | | PX046 | PX046 | Hearsay. No objection if plaintiffs agree that the F/A-18 C/D EIS (including appendices, noise study and ATAC study), F/A-18 E/F EIS (including appendices, noise study and ATAC study), and the Draft F/A-18 E/F EIS (including appendices) are joint exhibits. We cannot agree to plaintiffs only selecting excerpts of one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections. |

| Plaintiffs Proposed Joint Exhibit List No. | Docdate | Description | PL Trial Exh No. | DF Trial Exh No. | DF Bates No. Range | PL Begdoc# | Enddoc# | Defendant's Objection |
|---|---|---|---|---|---|---|---|---|
| JX145 | 03/00/1998 | Table 5.2-16 from the Final EIS for the F/A-18 C/D | PT868 | | | PX048 | PX048 | Hearsay. No objection if plaintiffs agree that the F/A-18 C/D EIS (including appendices, noise study and ATAC study), F/A-18 E/F EIS (including appendices, noise study and ATAC study), and the Draft F/A-18 E/F EIS (including appendices) are joint exhibits. We cannot agree to plaintiffs only selecting excerpts of one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections. |