# EXHIBIT A

**Fact Witnesses**

1. Askins Jr., Thomas H.
2. Darling, Nancy
3. Figari, Louis
4. Gilbert, William Edward
5. Goodwin, Robert
6. Green, Karen Lynn
7. Gregory, James K.
8. Helvie, Carl
9. Keel, Randy
10. McCreary, Jeffrey
11. Nash, Charles K
12. Stokely, Herbert A.