**Exhibits from Plaintiffs' Exhibit List subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| Trialx# | Begdoc# | Enddoc# | Exh# | Docdate | Trdesc | Objection |
|---|---|---|---|---|---|---|
| PT524 | AR-035758-035759 | | PX051 | 7/11/1997 | Email exchange between Alan Zusman and Jeffrey Borowy regarding sound attenuation of homes surrounding NAS Oceana | Relevance |
| PT536 | AR-042018-042019 | AR-042018-042020 | | 8/5/1997 | Memo from LCDR Matt Cartier to Daniel Cecchini regarding history of Class A mishaps in and around NAS Oceana | Relevance |
| PT538 | AR-042530-042531 | | | 1/29/1998 | Email from Alan Zusman to Joseph Czech regarding sound attenuation of homes surrounding NAS Oceana | Relevance |
| PT540 | AR-043806-043806 | | PX130 | 1/29/1998 | Email exchanges between Alan Zusman, Jeffrey Borowy and Duncan Holaday, et al. regarding sound attenuation | Relevance |
| PT543 | AR-050501-050501 | | | 1/28/1998 | Point Paper by Borowy regarding aircraft noise policy and sound attenuation costs | Relevance |
| PT544 | AR-050507-050507 | | PX052A | 2/13/1998 | Memo from Jeffery Borrowy to Admiral Lou Smith regarding sound attenuation costs in areas surrounding NAS Oceana | Relevance |
| PT545 | AR-050508-050508 | | PX052B | 2/3/1998 | All Units - All Inclusive | Relevance |
| PT546 | AR-050509-050509 | | PX052C | 2/3/1998 | All Units - Increase Due to Relocation of F/A-18s | Relevance |
| PT551 | DX119 | DX119 | DX119 | 12/21/2005 | Handwritten formula by Jon Nelson used to calculate estimated NDI | Subject to Stipulation (Daubert Challenge) |
| PT552 | DX132 | DX132 | DX132 | 00/00/2005 | Expert Report of Alexander Salzberg and Dennis Gruelle | Subject to Stipulation |

**Exhibits from Plaintiffs' Exhibit List subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| | | | | | | |
|---|---|---|---|---|---|---|
| PT553 | DX134 | DX134 | DX134 | 00/00/0000 | The Repeat Sales Spreadsheet | Subject to Stipulation |
| PT555 | DX149 | DX149 | DX149 | 1/5/2005 | Rebuttal - DRAFT Report by Dr. Noral Stewart entitled, "A Review of Report of Sanford Fidell in Testwuide et al. v. United States of America in the United States Federal Court of Claims" | Subject to Stipulation |
| PT556 | DX150 | DX150 | DX150 | 12/00/2005 | Rebuttal - A Review of Report of Sanford Fidell by Noral D. Stewart | Subject to Stipulation |
| PT575 | HEBERT024 | | PX036 | 12/4/1994 | Memo from Tom Horsch to Monica Shephard regarding noise mitigation and attached Spreadsheet showing operations from 1980 to 1993 | Relevance |
| PT579 | NEP000703 | NEP000706 | | 11/25/1997 | Letter from Alan Zusman to Virginia Beach City Public Schools Representative regarding sound level reduction and attached Wyle memo | Relevance |
| PT580 | NEP000957 | NEP000968 | | 5/9/2001 | Statement of Admiral William Fallon before the House Committee on Government Reform on Constraints on Military Training | Relevance |
| PT610 | OCE009383 | OCE009609 | | 11/15/1989 | Rebuttal - Wyle Guidelines for Sound Insulation of Residences Exposed to Aircraft Operations | Relevance |

**Exhibits from Plaintiffs' Exhibit List subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| | | | | | | |
|---|---|---|---|---|---|---|
| PT635 | OCE019446 | OCE019447 | | 11/30/1999 | Correspondence exchange between Capt. Zobel and Virginia Beach resident Laureen Docteur regarding noise complaint following move into condominium near Lynnhaven Mall | Hearsay & Relevance |
| PT636 | OCE019478 | OCE019485 | | 12/13/1999 | Letters from various Virginia Beach and Chesapeake residents complaining of noise | Hearsay & Relevance |
| PT735 | OCE224799 | OCE224935 | | 02/00/2005 | Wyle Report 04-03 - Pre-Final Guidelines for Sound Insulation of Residences Exposed to Aircraft Operations | Relevance |
| PT803 | PClassX002 | PClassX002 | | 02/00/1998 | Memo from Jeffery Borowy to N44 regarding Oceana Sound Attenuation and Memo on Aircraft Noise Policy for the FAA and the Navy. | Relevance |
| PT804 | PClassX013 | PClassX013 | | 00/00/0000 | Rebuttal - Various Newspaper Articles | Hearsay |
| PT805 | PL-EXPT000001 | PL-EXPT000044 | DX116 | 9/26/2005 | Expert Report by Jon P. Nelson - Effects of Aircraft Noise on Residential Property Values: NAS Oceana and NALF Fentress | Subject to Stipulation (Daubert Challenge) |
| PT806 | PL-EXPT000045 | PL-EXPT000072 | DX120 | 12/12/2005 | Report by Jon P. Nelson - Plaintiffs' Rebuttal to the Expert Report of Dr. David Dale-Johnson (Analysis of the Impact of the Realignment on House Values) | Subject to Stipulation (Daubert Challenge) |

**Exhibits from Plaintiffs' Exhibit List subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| | | | | | | |
|---|---|---|---|---|---|---|
| PT818 | PL-EXPT000249 | PL-EXPT000266 | DX151 | 2/21/2006 | Rebuttal - Report by Noral D. Stewart - A Review of Report of Sanford Fidell in Testwuide et al. v. United States of America | Subject to Stipulation |
| PT820 | PL-EXPT000284 | PL-EXPT000287 | | 7/22/2005 | Rebuttal - Dr. Noral Stewart letter to Jack Ferrebee regarding improvement of sound insulation in homes | Hearsay & Relevance |
| PT829 | PL-INV000447 | PL-INV000474 | | 07/00/2003 | META-ANALYSIS OF AIRPORT NOISE AND HEDONIC PROPERTY VALUES: PROBLEMS AND PROSPECTS BY JON P. NELSON | Subject to Stipulation |
| PT833 | PL-INV001651 | PL-INV001651 | | 08/00/2005 | Graphic and Map by the Virginian Pilot entitled, "Train the Way You Fight," regarding problems with training at Oceana and Fentress | Hearsay |
| PT835 | PL-INV003077 | PL-INV003079 | | 10/13/2005 | Newspaper Article by Jon W. Glass entitled, "Jet-noise zone restrictions develop." | Hearsay & Relevance |
| PT836 | PL-INV003148 | PL-INV003148 | | 10/21/2005 | Rebuttal - Opinion Editorial by Anthony J. Principi, "Cecil's Accident Zones have Fewer Homes than Oceana's." | Hearsay & Relevance |
| PT839 | PL-INV005701 | PL-INV005702 | | 12/4/2003 | Opinion Editorial by Admiral Stephen Turcotte entitled "Navy Has a Right and Responsibility to Weigh in on Development Near Oceana." | Hearsay |

**Exhibits from Plaintiffs' Exhibit List subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| | | | | | | |
|---|---|---|---|---|---|---|
| PT842 | PL-INV007661 | PL-INV007661 | | 9/30/2005 | Affidavit signed by David Dubbink regarding the Interactive Sound Information System | Hearsay & Relevance |
| PT843 | PL-INV010352 | PL-INV010353 | | 12/26/2005 | Virginian Pilot Article "The jet engine's roar? Get used to it from Super Hornet." | Hearsay & Relevance |
| PT844 | PL-INV010355 | PL-INV010500 | | 04/00/2005 | Rebuttal - Guidelines for Sound Insulation of Residences Exposed to Aircraft Operations prepared by Wyle Research and Consulting for the Navy. | Relevance |
| PT847 | PL-INV011688 | PL-INV011688 | | 05/00/2004 | Overflight video taken by Janet Holloway | Relevance & Document not in Def. Posession |
| PT848 | PL-INV011689 | PL-INV011693 | | 00/00/2004 | Photos of overflights by Janet Holloway | Relevance & Document not in Def. Posession |
| PT849 | PL-INV011694 | PL-INV011694 | | 3/10/2005 | Overflight video taken by Herk Stokely | Relevance & Document not in Def. Posession |
| PT850 | PL-INV011695 | PL-INV011695 | | 11/27/2000 | Overflight video taken by Thomas Askins | Relevance & Document not in Def. Posession |
| PT851 | PL-INV011706 | PL-INV011706 | | 00/00/2001 | Overflight video taken by Herk Stokely | Relevance & Document not in Def. Posession |
| PT853 | PL100492 | PL100538 | | 3/7/2001 | Rebuttal - Expert Report of Dr. Jon Nelson entitled, "Naval Air Station (NAS) Oceana and Naval Auxiliary Landing Field (NALF) Fentress." | Subject to Stipulation |
| PT854 | PL100558 | PL100564 | | 09/00/2001 | Curriculum Vitae of Dr. Jon Nelson. | Subject to Stipulation (Daubert Challenge) |
| PT856 | PL102662 | PL102761 | | 03/00/1985 | Rebuttal - Report by United States FAA entitled, "Aviation Noise Effects" | Relevance |

**Exhibits from Plaintiffs' Exhibit List subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| | | | | | | |
|---|---|---|---|---|---|---|
| PT863 | PSJX049 | PSJX049 | | 5/23/2006 | Declaration of Dr. Noral Stewart in Testwuide et al. v. the United States, Case No. 01-201L. | Hearsay |
| PT870 | PX152 | PX152 | PX152 | 4/22/2002 | Rebuttal - Rebuttal Declaration by Dr. Jon P. Nelson | Subject to Stipulation |