**Plaintiffs' Proposed JXs subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JX016 | 00/00/1999 | AICUZ map (from Robert Goodwin deposition) | | DX128 | OCE269159 | DX128 | DX128 | Relevance and hearsay |
| JX017 | 00/00/2005 | 2005 JLUS AICUZ Planning Map with markings by Eileen May and Louis Figari. | | DX145 | OCE269160 | DX145 | DX145 | Relevance and hearsay |
| JX032 | 2/9/2001 | Nelson payment re: Naval Air Station Oceana | | DX420 | OCE223430 - OCE223432 | PL100376 | PL100378 | Hearsay, authenticity |
| JX033 | 3/22/2001 | Nelson payment re: Naval Air Station Oceana | | DX421 | OCE223433 - 435 | PL100379 | PL100381 | Hearsay, authenticity |
| JX034 | 1/16/2002 | Nelson payment re: Naval Air Station Oceana | | DX422 | OCE223436 - 438 | PL100382 | PL100384 | Hearsay, authenticity |
| JX035 | 4/11/2002 | Nelson payment | | DX423 | OCE223439 - 441 | PL100385 | PL100387 | Hearsay, authenticity |
| JX036 | 4/4/2002 | Nelson Invoice RE: NAS Oceana class action | | DX424 | OCE223442 - 447 | PL100388 | PL100393 | Hearsay, authenticity |
| JX037 | 00/00/0000 | Nelson to Kieron re: Meta-Analysis Results em w/ attached tables and reference list | | DX436 | OCE223619 - 624 | PL100565 | PL100570 | Hearsay, authenticity |
| JX038 | 00/00/0000 | Nelson Profile | | DX439 | OCE223649 - 699 | PL100595 | PL100645 | Hearsay, authenticity |
| JX039 | 9/26/2000 | Nelson Requested Studies | | DX440 | OCE223700 - 704 | PL100646 | PL100650 | Hearsay, authenticity |
| JX040 | 00/00/0000 | Towson University Center of Geographic Information Sciences | | DX454 | OCE224048 - 061 | PL100994 | PL101007 | Hearsay, authenticity |
| JX041 | 00/00/0000 | Biography of Dr. John M. Morgan, III | | | | PL101008 | PL101008 | Hearsay, authenticity |
| JX042 | 00/00/0000 | Resume of John M. Morgan, III, Ph.D. | | | | PL101009 | PL101013 | Hearsay, authenticity |
| JX043 | | Dennis Gruelle's data (spreadsheets) relied on for his report | | | | DX471 | DX471 | Hearsay |

**Plaintiffs' Proposed JXs subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JX046 | 8/12/2005 | Nelson's Draft Report | | DX665 | OCE2390 21 - 065 | OCE2390 21 | OCE2390 65 | Hearsay, authenticity |
| JX064 | 9/29/2005 | Appraisal Report of Test Case Plaintiffs by Alexander Salzberg and Dennis Gruelle | PT550 | | | DX110 | DX110 | Hearsay |
| JX114 | 8/26/2005 | Final Appraisal of 1805 Loganberry Court (James and Virgie Riddick) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT807 | | | PL-EXPT000 073 | PL-EXPT000 089 | Hearsay, authenticity |
| JX115 | 8/26/2005 | Final Appraisal of 2004 Brickell Court (Harold and Elaine Levenson) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT808 | | | PL-EXPT000 090 | PL-EXPT000 104 | Hearsay, authenticity |
| JX116 | 8/26/2005 | Final Appraisal of 925 Lamplight Lane (Kenneth and Tammy Hill) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT809 | | | PL-EXPT000 105 | PL-EXPT000 124 | Hearsay, authenticity |
| JX117 | 8/26/2005 | Final Appraisal of 1856 Pathfinder Drive (Sean and Graciela Ryan) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT810 | | | PL-EXPT000 125 | PL-EXPT000 140 | Hearsay, authenticity |
| JX118 | 8/26/2005 | Final Appraisal of 3209 Chicory Court (Michael and Diane Leary) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT811 | | | PL-EXPT000 141 | PL-EXPT000 155 | Hearsay, authenticity |
| JX119 | 8/26/2005 | Final Appraisal of 305 Corvette Lane (Herbert and Betty Van Nostrand) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT812 | | | PL-EXPT000 156 | PL-EXPT000 170 | Hearsay, authenticity |

**Plaintiffs' Proposed JXs subject to Defendant's Motion in Limine to Exclude Certain Witnesses and Exhibits**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JX120 | 8/26/2005 | Final Appraisal of 409 Pallets Road (William and Betty Capps) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT813 | | | PL-EXPT000171 | PL-EXPT000185 | Hearsay, authenticity |
| JX121 | 8/26/2005 | Final Appraisal of 1301 Brant Road (Sara Lynch Hoag) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT814 | | | PL-EXPT000186 | PL-EXPT000200 | Hearsay, authenticity |
| JX122 | 8/26/2005 | Final Appraisal of 912 Carolina Avenue (Theodore and Sue Dingle) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT815 | | | PL-EXPT000201 | PL-EXPT000216 | Hearsay, authenticity |
| JX123 | 8/26/2005 | Final Appraisal of 2244 Windy Pines Bend (Eddie and Elizabeth Waterman) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT816 | | | PL-EXPT000217 | PL-EXPT000233 | Hearsay, authenticity |
| JX124 | 8/26/2005 | Final Appraisal of 2709 E Kings Road (Caroll Lindsay) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT817 | | | PL-EXPT000234 | PL-EXPT000248 | Hearsay, authenticity |
| JX125 | 2/1/2006 | Final Appraisal of 620 Little Neck Road (Eileen May) as of 1999 by Alexander Salzberg and Dennis Gruelle | PT819 | | | PL-EXPT000267 | PL-EXPT000283 | Hearsay, authenticity |
| JX126 | 9/29/2005 | Resume of Alexander Salzberg | PT821 | | | PL-EXPT000321 | PL-EXPT000322 | Hearsay, authenticity |
| JX127 | | GIS Maps | PT823 | | | PL-INV011711 | PL-INV011711 | Hearsay, authenticity |