IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO. 01-201L |
| | ) | Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEPOSITION UPON ORAL EXAMINATION
OF KAREN LYNN GREEN
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

January 12, 2006

ORIGINAL

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: CHARLES LUSTIG, ESQUIRE
Counsel for the Plaintiffs

U. S. DEPARTMENT OF JUSTICE
By: KELLE S. ACOCK, ESQUIRE
DEPARTMENT OF THE NAVY
COMMANDER NAVY REGION ATLANTIC
By: DOMINICK G. YACONO, ESQUIRE
Counsel for the Defendant

you could just let me know if you know someone on the list of names.

Do you know Theodore Dingle?

A. No.

Q. Hal and Elaine Levenson?

A. No.

Q. Carroll Lindsay?

A. No.

Q. Herbert and Betty Van Nostrand?

A. No.

Q. James and Virginia Riddick?

A. No.

Q. Eddie and Elizabeth Waterman?

A. No.

Q. Sara Hoag?

A. No.

Q. Or Sara Lynch?

A. No.

Q. William and Betty Capps?

A. No.

Q. Eileen May?

A. No.

Q. Kenneth and Tammy Hill?

A. No.

Q. Michael and Diane Leary?

A. No.

Q. Sean and Graciela Ryan?

A. No.

Q. Janet Holloway?

A. No.

Q. When is the first time you recall witnessing an overflight at your property?

A. I saw them before we moved on the property.

Q. Before you purchased the property?

A. Yes.

Q. And your first experience, when was that? Was that in -- I think you may have already said. '82, '84?

A. It was probably '84.

Q. And what did you observe?

A. Jets flying very low over the property.

Q. How low would you estimate the jet flew?

A. Three to five hundred feet.

Q. And how do you make that estimation?

A. Because my husband has told me. You know, I -- it's hard for me to estimate distances. I'm not good at that. But, you know, my husband is good at that because he's in the trades, he knows measurements, and he has told me, you know, the approximate distance.

Q. How does he estimate the distance?

A. I guess because many, many years in the trades

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al., )
)
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF CHARLES K. NASH
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

January 13, 2006

Appearances:

SHUTTLEWORTH, RULOFF GIORDANO & SWAIN, P.C.
By: CHARLES LUSTIG, ESQUIRE
Counsel for the Plaintiffs

U. S. DEPARTMENT OF JUSTICE
By: KELLE S. ACOCK, ESQUIRE
And
DEPARTMENT OF THE NAVY
COMMANDER NAVY REGION ATLANTIC
By: DOMINICK G. YACONO, ESQUIRE
Counsel for the Defendant

entitled to.

MS. ACOCK: What did you do to prepare for the deposition today? And you don't need to talk about any discussions that you had with Mr. Lustig or any other attorneys.

A. That's about it. Nothing, really.

Q. Did you read any documents or any type of information before you came in today to prepare?

A. No. I think my answers testify to that.

Q. Do you know -- do you know Theodore or Ted Dingle?

A. No.

Q. Do you know Hal and Elaine Levenson?

A. No. I don't think so.

Q. Does that name sound familiar?

A. Yes, for some reason. I don't know why.

Q. Do you know Carroll Lindsay?

A. No.

Q. Herbert or Betty Van Nostrand?

A. No.

Q. James or Virginia Riddick?

A. No.

Q. Eddie or Elizabeth Waterman?

A. No.

Q. Sara Lynch or Sara Hoag?

A. No.
Q. William or Betty Capps?
A. No.
Q. Eileen May?
A. No.
Q. Kenneth or Tammy Hill?
A. No.
Q. Michael or Diane Leary?
A. No.
Q. Sean or Graciela Ryan?
A. No.
Q. Are you a member of Concerned Citizens Against Jet Noise, or CCAJN?
A. Yes.
Q. How long have you been a member of CCAJN?
A. Since it started.
Q. Were you a founding member?
A. No.
Q. Do you hold any positions in CCAJN?
A. No.
Q. Why did you join CCAJN?
A. Because I'm concerned about jet noise.
Q. What is your understanding of the goal of CCAJN or the mission of the group?
A. To come up with some solution that gives the City