**PLAINTIFFS' COMMENTS REGARDING DEFENDANT'S 09.27.06 AND 10.02.06 "NOT PROVIDED" OBJECTIONS TO JOINT EXHIBITS** 10/03/06

| | Joint Exhibit No. | DF Trial Exh No. | PL Trial Exhibit No | DF 08.16.06 Objection | DF 09.27.06 and 10.02.06 Objection | PL Trial Objection | Comments re Objections |
|---|---|---|---|---|---|---|---|
| 1 | JX065 | | PT557 | None | We have not been provided documents with these Bates No. and must object until we review them. | | 09.28.06 - PL - This is Deposition Ex. PX009 which DF was advised of on PLs 08.09.06 Exhibit List |
| 2 | JX067 | | PT560 | None | We have not been provided documents with these Bates No. and must object until we review them. | | 09.28.06 - PL - This is Deposition Ex. PX016 which DF was advised of on PLs 08.09.06 Exhibit List |
| 3 | JX068 | | PT574 - Withdrawn | None | We have not been provided documents with these Bates No. and must object until we review them. | | 09.28.06 - PL - This is Deposition Ex. PX035 which DF was advised of on PLs 08.09.06 Exhibit List |
| 4 | JX072 | | PT584 | None | We have not been provided documents with these Bates No. and must object until we review them. | | 09.28.06 - PL - This was provided to DF on 08.11.06 by letter from J. Ferrebee |
| 5 | JX074 | | PT587 | None | We have not been provided documents with these Bates No. and must object until we review them. | None | 09.28.06 - PL - This was produced to PL by DF informally pre-2004 |
| 6 | JX096 | | PT670 | None | Bates No. We have a 5/28/96 ATAC study (DX192) but we don't have this in our database | | 09.28.06 - PL - This is a document produced by DF to PLs on 07.16.04 and re-produced by DF with a new bates no. in 2005, which new number PLs advised DF they could not use |
| 7 | JX128 | | PT824 | None | Bates No. - (don't have a presentation with these bates nos); Relevance | | 09.28.06 - PL - This is Deposition Exhibit PX069 which DF was advised of on PLs 08.09.06 Exhibit List |
| 8 | JX130 | | PT826 | None | Bates No. (don't have a document with these bates nos); Hearsay; Relevance | | 09/28/06 - PL - This is Deposition Exhibit PX070 which DF was advised of on PLs 08.09.06 Exhibit List |
| 9 | JX131 | PX072 - Withdrawn | PT827 | None | Bates No. (don't have a document with these bates nos); Hearsay; Relevance | None | 09/28/06 - DF Withdrew 09/28/06 - PL - This is Deposition Exhibit PX072 which DF was advised of on PLS 08.09.16 Exhibit List. It is a DF exhibit. DF withdrew it on 9.28.06 |
| 10 | JX132 | PX073 - Withdrawn | PT828 | None | Bates No. (don't have a document with these bates nos); Hearsay; Relevance | None | 09/28/06 - DF Withdrew 09/28/06 - PL - This is Deposition Exhibit PX073 which DF was advised of on 08.09.06. It is a DF exhibit. DF withdrew it on 9.28.06 |
| 11 | JX133 | | PT830 | None | Bates No. (don't have a document with these bates nos); Hearsay; Relevance | | 09.28.06 - PL - This was a PL Exhibit to their Opposition to Motion for Summary Judgment, which DF was advised of on 08.09.06 |
| 12 | JX134 | | PT831 | None | Bates No. (don't have a document with these bates nos); Hearsay; Relevance | | 09.28.06 - PL - This was provided to DF on 08.11.06 by letter from J. Ferrebee |

**PLAINTIFFS' COMMENTS REGARDING DEFENDANT'S 09.27.06 AND 10.02.06 "NOT PROVIDED" OBJECTIONS TO JOINT EXHIBITS** 10/03/06

| | Joint Exhibit No. | DF Trial Exh No. | PL Trial Exhibit No | DF 08.16.06 Objection | DF 09.27.06 and 10.02.06 Objection | PL Trial Objection | Comments re Objections |
|---|---|---|---|---|---|---|---|
| 13 | JX135 | | PT832 | None | Appears to be same as JX050. Same objection, plus Bates No.; Hearsay; 10.02.06 Lack of Foundation | | 09.28.06 - PL - This is included in the AR documents which DF has |