**Kieron Quinn**

**From:** Steven.Bryant@usdoj.gov
**Sent:** Wednesday, September 27, 2006 8:17 PM
**To:** khofheimer@hoflaw.com (Receipt Notification Requested) (IPM Return Requested); chofheimer@hoflaw.com (Receipt Notification Requested) (IPM Return Requested); mquinn@quinnlaw.com (Receipt Notification Requested) (IPM Return Requested); mwolf@quinnlaw.com (Receipt Notification Requested) (IPM Return Requested); kfquinn@quinnlaw.com (Receipt Notification Requested) (IPM Return Requested); tferrebee@hoflaw.com (Receipt Notification Requested) (IPM Return Requested); jferrebee@hoflaw.com (Receipt Notification Requested) (IPM Return Requested); tshuttleworth@srgslaw.com (Receipt Notification Requested) (IPM Return Requested); clustig@srgslaw.com (Receipt Notification Requested) (IPM Return Requested); scswain@srgslaw.com (Receipt Notification Requested) (IPM Return Requested)
**Cc:** dominick.yacono@navy.mil (Receipt Notification Requested) (IPM Return Requested); Kelle.Acock@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); Lynn.Miller@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); Fabian.Vera@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); Steven.Bryant@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); mary.raivel@navy.mil (Receipt Notification Requested) (IPM Return Requested); robert.j.smith2@navy.mil (Receipt Notification Requested) (IPM Return Requested)
**Subject:** Plaintiffs' Proposed JX list - Def's Objections

**Attachments:** Def_s_objections_Plts__JX_list 9-27(F).XLS

Def_s_objections_Plts__JX_list...

Jack and Kieron,

We have completed our review of your proposed JX list in light of the court's order regarding the presentation of JXs at trial and our objections to specific documents are attached. I'll be happy to discuss it with you. Just let me know a good time.

Steve

<<Def_s_objections_Plts__JX_list 9-27(F).XLS>>

Steve Bryant
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division U.S. Department of Justice P.O. Box 663 Washington D.C. 20044-0663
(v) 202-305-0424
(f) 202-305-0506

This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have



EXHIBIT B

received this e-mail in error, please notify us immediately by replying to this message, and please destroy all copies of this e-mail.