**PLAINTIFFS' REPORT OF DEFENDANT'S ADDITIONAL OBJECTIONS TO JOINT EXHIBITS FROM 09.27.06 TO 10.02.06**

10/03/06

| | Joint Exhibit No | DF Trial Exh No. | PL Trial Exhibit No | DF 08.16.06 Objection | DF 09.27.06 Objection | DF 10.02.06 Objection | PL Trial Objection |
|---|---|---|---|---|---|---|---|
| 1 | JX018 | DX185 | | No Objection as this is a Defendant exhibit | DF will not object to this being a JX if PLs will agree to make DX 233-236 as JXs as well | Hearsay; Rule of Completeness | None |
| 2 | JX025 | DX288 | | No Objection as this is a Defendant exhibit | DF will not object to this being a JX if PLs will agree that the e-mails concerning the profile revisions on DFs exhibit list are JXs | Hearsay; Rule of Completeness | None |
| 3 | JX026 | DX289 | | No Objection as this is a Defendant exhibit | DF will not object to his being a JX if PLs will agree that the e-mails concerning the profile revisions on DFs exhibit list are JXs | Hearsay; Rule of Completeness | None |
| 4 | JX027 | DX312 | | No Objection as this is a Defendant exhibit | DF will not object to his being a JX if PLs will agree that the e-mails concerning the profile revisions on DFs exhibit list are JXs | Hearsay; Rule of Completeness | None |
| 5 | JX028 | DX356 | | No Objection as this is a Defendant exhibit | DF will not object to his being a JX if PLs will agree that the e-mails concerning the profile revisions on DFs exhibit list are JXs | Hearsay; Rule of Completeness | None |
| 6 | JX045 | DX561 | | No Objection as this is a Defendant exhibit | DF will not object to this being a JX if PLs will agree to make DX 233-236 as JXs as well | Hearsay | None |
| 7 | JX049 | PX175 | | No Objection as this is a Defendant exhibit | DF will not object to historical noise studies from the 1970s through the 1980s as JXs, as long as all of the NAS Oceana noise studies from this period are JXs | Hearsay | None |
| 8 | JX057 | | PT521 | None | Rule of Completeness - We will agree that the entire ATAC study be a joint exhibit, but we will not agree to PLs only selecting excerpts as joint exhibits | Hearsay | |
| 9 | JX061 | | PT539 | None | Rule of Completeness - We will agree that the entire WR 97-10 as a joint exhibit; we will not agree to PLs only selecting excerpts as joint exhibits | Hearsay | |

**PLAINTIFFS' REPORT OF DEFENDANT'S ADDITIONAL OBJECTIONS TO JOINT EXHIBITS FROM 09.27.06 TO 10.02.06** 10/03/06

| | Joint Exhibit No | DF Trial Exh No. | PL Trial Exhibit No | DF 08.16.06 Objection | DF 09.27.06 Objection | DF 10.02.06 Objection | PL Trial Objection |
|---|---|---|---|---|---|---|---|
| 10 | JX062 | | PT548 | None | We will agree that the entire F/A-18C/D EIS (including appendices and supporting noise study and ATAC study), entire F/A-18 E/F EIS (including appendices and supporting noise study and ATAC study) and the entire Draft F/A-18 E/F EIS (including appendices) be joint exhibits, but we will not agree to PLs only selecting excerpts or one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections | Hearsay; Changed Wording | None |
| 11 | JX066 | | PT558 | None | Rule of Completeness - We will agree that the entire WR 97-10 as a JX; we will not agree to PLs only selecting excerpts as joint exhibits | Hearsay; Changed Wording | |
| 12 | JX078 | PX013 | PT608 | None | This is a conglomerate of separate documents. We will agree that the portions concerning FCLP counts in 2000 are a JX. The remaining documents we object as hearsay | Hearsay | None |
| 13 | JX079 | | PT609 | None | DF will not object to historical noise studies (or drafts) from the 1970s through the 1980s as JXs, as long as all of the NAS Oceana noise studies from this period are JXs | Hearsay | |
| 14 | JX082 | | PT614 | None | We will not object to this document being part of a larger JX. Specifically, we propose using DX193 as JX082 because it has all the fact sheets from 1975-2000 (OCe018813-816) not just 1985-1996 | Hearsay | |
| 15 | JX105 | | PT740 | None | Rule of Completeness - We will not object to the entire study, but will object to excerpts | Hearsay | |

**PLAINTIFFS' REPORT OF DEFENDANT'S ADDITIONAL OBJECTIONS TO JOINT EXHIBITS FROM 09.27.06 TO 10.02.06** 10/03/06

| | Joint Exhibit No | DF Trial Exh No. | PL Trial Exhibit No | DF 08.16.06 Objection | DF 09.27.06 Objection | DF 10.02.06 Objection | PL Trial Objection |
|---|---|---|---|---|---|---|---|
| 16 | JX113 | | PT802 | None | We will agree that the entire F/A-18C/D EIS (including appendices and supporting noise study and ATAC study), entire F/A-18 E/F EIS (including appendices and supporting noise study and ATAC study) and the entire Draft F/A-18 E/F EIS (including appendices) be joint exhibits, but we will not agree to PLs only selecting excerpts or one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections | Hearsay; Changed Wording | |
| 17 | JX135 | | PT832 | None | Appears to be same as JX050. Same objection, plus Bates No | Hearsay; Lack of Foundation | |
| 18 | JX140 | | PT860 | None | We will agree that the entire F/A-18C/D EIS (including appendices and supporting noise study and ATAC study), entire F/A-18 E/F EIS (including appendices and supporting noise study and ATAC study) and the entire Draft F/A-18 E/F EIS (including appendices) be joint exhibits, but we will not agree to PLs only selecting excerpts or one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections | Hearsay; Changed Wording | |
| 19 | JX144 | | PT867 | None | We will agree that the entire F/A-18C/D EIS (including appendices and supporting noise study and ATAC study), entire F/A-18 E/F EIS (including appendices and supporting noise study and ATAC study) and the entire Draft F/A-18 E/F EIS (including appendices) be joint exhibits, but we will not agree to PLs only selecting excerpts or one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections | Hearsay | |

**PLAINTIFFS' REPORT OF DEFENDANT'S ADDITIONAL OBJECTIONS TO JOINT EXHIBITS FROM 09.27.06 TO 10.02.06** 10/03/06

| | Joint Exhibit No | DF Trial Exh No. | PL Trial Exhibit No | DF 08.16.06 Objection | DF 09.27.06 Objection | DF 10.02.06 Objection | PL Trial Objection |
|---|---|---|---|---|---|---|---|
| 20 | JX145 | | PT868 | None | We will agree that the entire F/A-18C/D EIS (including appendices and supporting noise study and ATAC study), entire F/A-18 E/F EIS (including appendices and supporting noise study and ATAC study) and the entire Draft F/A-18 E/F EIS (including appendices) be joint exhibits, but we will not agree to PLs only selecting excerpts or one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections | Hearsay; Changed Wording | |
| 21 | JX146 | | PT869 | None | We will agree that the entire F/A-18C/D EIS (including appendices and supporting noise study and ATAC study), entire F/A-18 E/F EIS (including appendices and supporting noise study and ATAC study) and the entire Draft F/A-18 E/F EIS (including appendices) be joint exhibits, but we will not agree to PLs only selecting excerpts or one EIS versus another as joint exhibits. These are all public documents that will be discussed extensively at trial, and should be treated the same way in terms of evidentiary objections | DELETED FROM 09.27.06 LIST OF DF OBJECTIONS TO JOINT EXHIBIT LIST **and** NOT INCLUDED ON DF'S JOINT EXHIBIT LIST OF 10.02.06 | |