00001

IN THE:

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, *
et al., *
Plaintiffs, *
*
vs. * No. 01-201L
*
THE UNITED STATES OF AMERICA, *
Defendant. *

* * * * * * * * * * * * * * * * *

The deposition of DAVID DALE-JOHNSON was taken on Friday, December 9, 2005, commencing at 9:00 a.m., at the Department of Justice, Patrick Henry Building, 601 D Street, N.W., Room 2313, Washington, D.C. before Alfred A. Betz, Court Reporter and Notary Public.

* * * * * * * * * * * * * * * * *

Reported by:
Alfred A. Betz, Certified LiveNote Reporter

00099

the end of '99. That's my recollection.

Q. Is that, I mean did you have any better data as to when they arrived or is it just that general statement is what you knew?

A. I'm sure I have more detail but I can't remember the specifics. I mean, the July '99 date was in fact chosen because that's, as I understand it, the event date or the date of impact selected by the plaintiffs.

Q. Would you have selected a different date to study knowing the facts of the case if you just did it as an academic exercise?

A. Well, as I --

MR. BRYANT: Objection. Foundation.

A. As I implied earlier, one might expect to see an impact at the point when people expect the change to occur. So we actually do include in the appendices subsequent analysis where we broaden the event timeframe to begin my recollection is mid '90. To begin in the beginning of '98 and end at the end of July -- beginning of -- I'm sorry. July

'97 through July '98. So we look at alternative
assumptions regarding the event date, if you like.
Q. Would you turn to appendix B. Also if
you would take a look at your 2002 study.
Specifically, it's a list of documents you
utilized. Do you have that?
A. I believe so.
Q. So the 2002 study is exhibit what? You
have to look on the first page.
A. It's exhibit 150.
Q. And your study is 151, right? Your
present study.
A. Yes.
Q. Okay. Now, in your 2002 study you listed
five articles by Dr. Nelson that you utilized in
connection with that study and in your 2005 study
you list no articles by Dr. Nelson. Why is that?
A. Well, the simple answer or the answer to
your question is that the appendix B in appendix E
in exhibit 151 reflects specifically those
publications I reviewed in preparation of this

report. That doesn't mean that there aren't other articles that I have looked at in the past but I didn't specifically review them in preparation for this report.

Q. Isn't Dr. Nelson the leading academic evaluator of the impact of noise on property values?

A. I don't know that he's the leading. He certainly is an expert.

Q. Can you cite for me some folks that deserve to be placed up in that category along with him?

A. Not offhand, no.

Q. You note in paragraph 20 of your report which is on page 10?

A. Which report now?

Q. Your 2005 report, paragraph 20, page 10. Do you have it?

A. Yes.

Q. You note the differences in noise patterns in expectations of future noise levels

between commercial airports and military air bases.
What information do you have on that subject?
A. My own, you know, in preparation for this
case, and I can't recollect the specific documents,
but I reviewed information on flight patterns that
are typical for Oceana. I think having done that
it's clear that there is a, you know, a difference
in the regularity of flight patterns and the
consistency of airport-related noise as a
consequence of that.
Q. Let's take an Air Force base and a
commercial airport. What would you think is the
difference between noise that could be expected in
those two environments?
A. Well, airport noise I would think would
be more regularly scheduled throughout the day to
accommodate the movement of multiple aircraft going
to and from that particular airport to other
locations throughout the country.
Q. You're referring to the commercial
airport?