# CITATIONS TO DR. JON P. NELSON'S WRITINGS ON TRANSPORTATION NOISE

Economic Aspects of Noise Pollution (with I. Feller, Institute for Research on Human Resources, April 1973), 159pp. Also Report #DOT-TST-73-3 (1973).

(1) Walters, A.A., J of Transport Economics, v12, p125, 1978.
(2) Langley, C.J., Land Economics, v52, p54, 1976.
(3) EPA, Economic Welfare Impacts of Urban Noise, 1976.

The Effects of Mobile-Source Air and Noise Pollution on Residential Property Values (Institute for Research on Human Resources, April 1975), 248pp. Also cited as U.S. Department of Transportation, Report #DOT-TST-7576 (1975).

(1) Checka, J.E., J of Environmental Management, v8, p249, 1979.
(2) Alexandre, A., J of Transport Economics, v14, p205, 1980.
(3) Asch, P., Land Economics, v54, p278, 1978.
(4) Maler, K.G., J of Environmental Economics, v4, p355, 1977.
(5) Rock, S.M., Transportation J, v17, p32, 1977.
(6) Small, K.A., J of Transport Economics, v11, p109, 1977.
(7) Smith, V.K., Regional Studies, v11, p47, 1977.
(8) Walters, A.A., J of Transport Economics, v12, p125, 1978.
(9) Touchton, S.A., Technology in Society, v3, p349, 1981.
(10) Gamble, H.B.,Effects of the Accident at Three Mile Island,NRC,1981, p20.
(11) Langdon, F.J., International Research Appl, v31, p237, 1982.
(12) Gamble, H.B., J of Regional Science, v22, p457, 1982.
(13) Brady, G.L., J of Environmental Management, v16, p191, 1983.
(14) Morrall, J.F., in J.C. Miller and B. Yandle (eds), Benefit-Cost Analyses of Social Regulation (AEI, 1979): p48, passim.
(15) Pearce, D.W., Progress in Resource Mgmt Env, v1, p219, 1979.
(16) Bragdon, C.R., Noise Pollution (Gale, 1979): p330.
(17) Freeman, A.M., Air and Water Pollution: A Benefit-Cost Assessment (Wiley, 1982): p115.
(18) Tomassoni, M.E., Economic Impact of Air Pollution and Aircraft Noise on Residential Property Values (CPL, 1978): p2.
(19) Crandall, R.W,et al., Regulating the Automobile (Brookings, 1986): p113.
(20) OECD, Conference on Noise Abatement Policies (OECD, 1980): p47.
(21) Smith,V., Economic Consequences of Air Pollution(Ballinger, 1976): p104
(22) Smith, R.S., The Occupational Safety and Health Act (AEI, 1976): p47.
(23) Pearce, D.W., The Valuation of Social Cost (Allen, 1978): p66.
(24) Freeman, A.M., The Benefits of Air and Water Pollution Control (Council on Environmental Quality, 1979): p129.
(25) Witte, A.D., in J.T. Black (ed), Urban Land Markets (ULI, 1980): p158.
(26) Alexandre, A., in P.M. Nelson (ed), Transportation Noise Reference Book (Butterworth, 1987): p23/9.
(27) Rubinfeld, D., in A. Friedlaender, Approaches to Controlling Air Pollution (MIT, 1978): p266.
(28) Stempler, S., in T.Fay, Noise and Health (New York Academy, 1991): p108.
(29) Pearce, D., in Y.Hayashi(ed),Environment and Transport(Elgar,1999): p114
(30) Palmquist, R., International Yearbook Env. Econ. (Elgar, 2002): p161.

Economic Analysis of Transportation Noise Abatement (Ballinger, 1978), 265pp.

(1) Alexandre, A., J of Transport Economics, v14, p205, 1980.
(2) Bagby, D.G., J of American Planning Assoc, v46, p88, 1980.
(3) Freeman, A.M., Scandinavian Economic J, v81, p154, 1979.
(4) McMillan, M.L., Land Economics, v56, p315, 1980.
(5) Muskin, J.B., J of Environmental Economics, v5, p333, 1978.
(6) Mieszkowski, P., J of Urban Economics, v5, p425, 1978.

(7) Pitfield, D.E., Annals of Regional Science, v15, p145, 1981.
(8) Palmquist, R.B., J of Urban Economics, v11, p333, 1982.
(9) Taylor, S.M., J of Sound and Vibration, v80, p523, 1982.
(10) Nelson, A.C., Urban Studies, v22, p439, 1985.
(11) Broder, I., Evaluation Review, v12, p291, 1988.
(12) Desaigues, B., Rev Econ, v41, p269, 1990.
(13) Kawakami, S., Papers in Regional Science, v63, p31, 1987
(14) Pennington, G., J of Transport Economics, v24, p49, 1990.
(15) Jursik, K., Environmental Comment, v79, p15, 1979.
(16) Freeman, A.M., in D.Segal (ed), The Economics of Neighborhood (Academic Press, 1979): p217.
(17) Freeman, A.M., The Benefits of Environmental Improvement: Theory and Practice (Johns Hopkins for RFF, 1979): p163, passim.
(18) Bragdon, C.R., Noise Pollution (Gale, 1979): p463.
(19) Fisher, A.C., Resource and Environmental Economics (Cambridge, 1981): p219.
(20) Freeman, A.M., in V.K. Smith (ed), Advances in Applied Microeconomics (JAI, 1981): p48.
(21) Pearce, D., in T. O'Riordan and R.K. Turner (eds), Progress in Resource Management and Environmental Planning (John Wiley, 1983): p216.
(22) Pearce, D.W., Environmental Policy Benefits (OECD, 1989): p81.
(23) OECD, Conference on Noise Abatement Policies (OECD, 1980): p47.
(24) Broder, I., Regulation of Transportation Noise (AEI, 1987): p38, passim.
(25) Harrison, D., in T.C. Schelling (ed), Incentives for Environmental Protection (MIT, 1983): p343.
(26) Frankel, M., Appraisal J, v59, p102, 1991.
(27) Cell, D.C., in D.E. Mann (ed), Environmental Policy Implementation (Heath, 1982): p171.
(28) Cell, D.C., The Noise Charge Approach to Reducing Airport Noise (Council on Wage and Price Stability, 1977): p16.
(29) Hall, F.L., Transportation Research Record, v1143, p1, 1987.
(30) Fiorentino, C., in S.E. Jorgensen and W.J. Mitsch, Ecological Modelling in Environmental Management, Part B (Elsevier, 1983): p212.
(31) Pearce, D., Ambio, v13, p28, 1984.
(32) Federal Aviation Administration, Aviation Noise Effects, 1985, p102
(33) Alexandre, A., in P.M. Nelson (ed) Transportation Noise Reference Book (Butterworth, 1987): p23/9.
(34) Nash, C. in R. Turner (ed.), Sustainable Environmental Economics and Management (Westview, 1988), p142.
(35) Uyeno, D., J Transport Econ Policy, v27, p3, 1993.
(36) Freeman, A.M., The Measurement of Environmental Values (RFF, 1993): p419.
(37) Page, G.W., J Amer Planning, v59, p473, 1993.
(38) Small, K., Urban Transportation Economics (Harwood: 1992): p175.
(39) Small, K.E., Urban Transportation Economics (Harwood, 2002), p175.
(40) Bateman, I. In R.Turner (ed.), Sustainable Environmental Economics and Management (Westview, 1993), p264.
(41) Abelson, P., Transport Rev, v15, p265, 1995.
(42) Buchel, S., Urban Studies, v32, p1199, 1995.
(43) Pommerehne, W., in D. Bos (ed), Welfare and Efficiency in Public Economics (Springer, 1988), p399.
(44) Acks, K., Real Estate Review, v25, p51, 1995.
(45) Morioka, T., Science Total Env, v190, p92, 1996.
(46) Lee, D.B.,in D. Grenne, (eds), The Full Costs and Benefits of Transportation (Springer, 1997), p144.
(47) van den Bergh, J, Meta-Analysis in Environmental Economics (Kluwer, 1997, p213.
(48) Lusht, K., Real Estate Valuation (Irwin, 1997), p4.
(49) Schipper, Y., Journal of Air Transport Management, v4, p124, 1998.
(50) Delucchi, M., J. Transport and Statistics, v1, p24, 1998.
(51) Forkenbrock, D., Transportation Research A, v33, p505, 1999.
(52) Morrison, S., J. Law and Economics, v42, p723, 1999.
(53) Schipper,Y., Market Structure and Environmental Cost in Aviation (Tinbergen Institute, 1999), p200.
(54) Garrod, G., Economic Valuation of the Environment (Elgar, 1999), p121.

(55) Freeman, A., in Y.Hayashi(ed), Environment and Transport(Elgar, 1999), p135
(56) Delucchi, M., J. Transport Economics and Policy, v34, p168, 2000.
(57) Espey, M., Growth and Change, v31, p419, 2000.
(58) Noise Pollution Clearing House, Drowning in Noise, 2000, p59.
(59) Taylor, L., Land Economics, v76, p550, 2000.
(60) Strand, J., Transportation, v28, p156, 2001
(61) Schipper, Y., J. Air Transport Management, v7, p169, 2001.
(62) Schipper, Y., Environ. Costs in Euro. Air Transport (Elgar, 2001), p. 188.
(63) Schipper, Y., Transportation Research B, v37, p699, 2003.
(64) Theebe, M., J. Real Estate Finance Economics, v28, p209, 2004.
(65) Aviation Noise Law Bibliography, "Noise Impacts on Property Values," 2002.
(66) Navrud, S., State of the Art on Economic Valuation of Noise, p8, 2002.
(67) Rodrigue, J-P., Transport Geography on the Web (Hofstra, 2004), Ch. 8.
(68) Schipper, Y., in R. Florax (ed), Comparative Environmental Economic Assessment (Elgar, 2002), p. 245.
(69) United Nations, Integrating Econ and Environ Policies (UN, 2002), p58.
(70) Benito, A., Journal of Aircraft, v23, p313, 1986.
(71) Rahnatian, M., Int. J Environ. Science and Technology, v1, p18, 2004.
(72) United Nations, Integrating Economic and Environmental Policies, ST/ESCAP/2273 (UN, 2004), p58.
(73) Small, K., Urban Transportation Economics (2007, forthcoming).

"Airport Noise, Location Rent, and the Market for Residential Amenities," Journal of Environmental Economics and Management, 6 (December 1979): 320-31.

(1) Smith, V.K., Regional Studies, v11, p47, 1977.
(2) Walters, A.A., J of Transport Economics, v12, p125, 1978.
(3) Muskin, J.B., J of Environmental Economics, v5, p333, 1978.
(4) Borg, E., Acta Oto-Lar, v10, p5, 1981.
(5) Brookshire, D.S., American Economic Review, v72, p165, 1982.
(6) Hageman, R.K., Natural Resources J, v21, p789, 1981.
(7) Abelson, P.W., J of Environmental Economics, v12, p195, 1985.
(8) Brookshire, D.S., J of Political Economy, v93, p369, 1985.
(9) MacDonald, D.N., Land Economics, v63, p361, 1987.
(10) MacDonald, D.N., J of Risk and Insurance, v57, p654, 1990.
(11) Broder, I., Regulation of Transportation Noise (AEI, 1987) p84, passim.
(12) Kneese, A.V., Measuring Benefits of Clean Air and Water (RFF, 1984): p145.
(13) Brookshire, D.S., in G.S. Tolley (ed), Environmental Policy, v2 (Ballinger, 1982): p192.
(14) Alexandre, A., in P.M. Nelson (ed), Transportation Noise Reference Book (Butterworth, 1987): p23/9.
(15) Morey, M., The Effects of Aircraft Noise, ANL/EAIS/TM-44, 1990, p15.
(16) Brookshire, D., in Environmental Economics: A Reader (Martins,1992): p218.
(17) Uyeno, D., J Transport Econ Policy, v27, p3, 1993.
(18) Murdoch, J., J Amer Real Estate Urban Econ, v21, p184, 1993.
(19) Peiser, R., J Property Research, v11, p157, 1994.
(20) Clark, D., J Environmental Economics Mgt, v27, p252, 1994.
(21) Kula, E., Economics of Natural Resources, 2nd edn (Chapman: 1994): p362.
(22) Oates, W., The Economics of the Environment (Elgar, 1992): p470.
(23) Appraisal Institute, Hazardous Materials Contamination (1992), p21.
(24) OECD, Project and Policy Appraisal (OECD, 1994), p332.
(25) Clark, D., Growth and Change, v28, p496, 1997.
(26) Metz, W., Risk Analysis, v17, p571, 1997.
(27) Johnson, K., Transportation Research D, v2, p231, 1997.
(28) Tomkins, J., Urban Studies, v35, p243, 1998.
(29) Boardman, A., Cost-Benefit Analysis (Prentice-Hall, 1996), p459.
(30) Hayashi, Y., The Environment and Transport (Elgar, 1999): p.xx.
(31) van den Bergh, J., Handbook of Environmental Economics (Elgar,1999),

p808.
(32) Button, K, Journal of Transportation and Statistics, v2, p87, 1999.
(33) Brookshire, D., in Environmental Valuation (Elgar, 1999), p. 83.
(34) Ofiara, D., Marine Pollution Bulletin, v42, p725, 2001.
(35) Ofiara, D., Economic Losses from Marine Pollution (Island, 2001), p226.
(36) Boyle, M., J. Real Estate Literature, v9, p143, 2001.
(37) Bell, R., Appraisal Journal, v69, p319, 2001.
(38) Aviation Noise Law Bibliography, "Noise Impacts on Property Values," 2002.
(39) Navrud, S., State of the Art on Economic Valuation of Noise, p8, 2002.
(40) Coulson, N., J. Housing Research, v13, p173, 2003.
(41) Chau, K., Habitat International, v6, p559, 2005.
(42) Haurin, D., J Housing Research, v13, p150, 2003.
(43) Milla, K., J of Agricultural and Applied Econ, June 2005
(44) Wong, P., Expanding Affordable Homeownership with Private Capital (Milken Institute, 2004), p159.
(45) Nijkamp, P., in New Trends in European Air Traffic (Lund U.,2003), p66.

"Airports and Property Values: A Survey of Recent Evidence," Journal of Transport Economics and Policy, 14 (January 1980): 37-52.

(1) Langdon, F.J., Environment and Planning-A, v10, p1015, 1978.
(2) Walters, A.A., J of Transport Economics, v12, p125, 1978.
(3) Alexandre, A., J of Transport Economics, v14, p205, 1980.
(4) Langdon, F.J., Int Review Appl Psych, v31, p237, 1982.
(5) Jaffe, A.J., AREUEA J, v12, p378, 1984.
(6) Abelson, P.W., J of Environmental Economics, v12, p195, 1985.
(7) Frankel, M., J of Environmental Economics, v12, p117, 1985.
(8) Feitelson, E., Transportation Research-A, v23, p349, 1989.
(9) Pennington, G., J of Transport Economics, v24, p49, 1990.
(10) Williams, A.W., Transport Rev, v11, p311, 1991.
(11) Pearce, D., in T. O'Riordan and R.K. Turner (eds), Progress in Resource Management and Environmental Planning (John Wiley, 1983): p216.
(12) Tomassoni, M.E., Economic Impact of Air Pollution and Aircraft Noise on Residential Property Values (CPL, 1978): p5.
(13) Hyman, D., Public Finance, 2nd edn (Dryden, 1987): p108.
(14) Hyman, D., Public Finance, 3rd edn (Dryden, 1990): p125.
(15) Pearce, D.W., The Valuation of Social Cost (Allen-Unwin, 1978): p52.
(16) Pearce, D.W., Environmental Policy Benefits (OECD, 1989): p81.
(17) OECD, Conference on Noise Abatement Policies (OECD, 1980): p47.
(18) Broder, I., Regulation of Transportation Noise (AEI, 1987): p84, passim.
(19) Harrison, D., in T.C. Schelling (ed), Incentives for Environmental Protection (MIT, 1983): p343.
(20) Morey, M., The Effects of Aircraft Noise, ANL/EAIS/TM-44, 1990, p15.
(21) Frankel, M., Appraisal J, v59, p106, 1991.
(22) Abelson, P., Economic Evaluation of Roads (APP, 1986): p141.
(23) Uno, K. (ed), Environmental Accounting (Kluwer, 1998): p431.
(24) Kuik, O.J., Benefits of Environ Measures (Kluwer, 1992): p125.
(25) Pearce, D., Ambio, v13, p28, 1984.
(26) Alexandre, A., in P.M. Nelson (ed), Transportation Noise Reference Book (Butterworth, 1987): p23/9.
(27) Schmid, A., Benefit-Cost Analysis (Westview, 1989): p325.
(28) Stempler, S.in T.Fay, Noise and Health (New York Academy, 1991): p108.
(29) Uyeno, D., J Transport Econ Policy, v27, p3, 1993.
(30) Pearce, D., Economic Values and the Natural World (MIT Press: 1993):p121.
(31) OECD, Project and Policy Appraisal (OECD, 1994), p332.
(32) Willis, K., J Property Research, v10, p215, 1993.
(33) Do, A., J Real Estate Finance and Econ, v9, p135, 1994.
(34) Collins, A., J Transport Economics Policy, v28, p197, 1994.
(35) Levesque, T., J Transport Economics Policy, v28, p210, 1994.
(36) Do, A., J Real Estate Finance and Econ, v10, p261, 1995.
(37) Pearce, D., in D. Greenway (ed), Companion to Contemporary Economic Thought (Routledge, 1991), p340.
(38) Callan, S., Environmental Economics and Management (Irwin, 1995), p.692.

(39) Pearce, D., in D. Greenway (ed.), Guide to Modern Economics (Routledge, 1996), p241.
(40) Lesser, J., Environmental Economics and Policy (Addison, 1997), p311.
(41) Feitelson, E., Transportation Research-Part D, v1, p.1, 1996.
(42) Levinson, D., Annals of Regional Science, v31, p189, 1997.
(43) vandenBergh, J., Urban Studies, v34, p927, 1997.
(44) Johnson, K., Transportation Research D, v2, p231, 1997.
(45) Boardman, A., Annals of Regional Science, v31, p299, 1997.
(46) Lusht, K., Real Estate Valuation (Irwin, 1997): p38.
(47) van den Bergh,J,et al.(eds),Meta-Analysis in Env Econ (Kluwer,1997), p213.
(48) Schipper, Y., Journal of Air Transport Management, v4, p124, 1998.
(49) Kula, E., Economics of Natural Resources, the Environment and Politics, 2nd ed. (Chapman & Hall, 1994), p362.
(50) Levinson, D., Transport Reviews, v18, p215, 1998.
(51) Bjornlund, H., Water Resources Research, v34, p1563, 1998.
(52) Chan, S-H., J Real Estate Research, v15, p131, 1998.
(53) Button, K., Socio-Economic Planning Sciences, v31, p240, 1997.
(54) Pearce, D.W., in A Guide to Modern Economics (Routledge, 1996), p198.
(55) Button, K., Environment Plan C, v16, p517, 1998.
(56) Morrison, S., J. Law and Economics, v42, p723, 1999.
(57) Kaufman, H., Choices, v13, p43, 1998.
(58) Schipper,Y., Mkt Struc & Env Cost in Aviation (Tinbergen Inst. 1999), p200.
(59) Garrod, G., Economic Valuation of the Environment (Elgar, 1999), p121.
(60) Boardman, A., Cost-Benefit Analysis (Prentice-Hall, 1996), p459.
(61) Pearce,D., in Y.Hayashi(ed), Environment and Transport (Elgar, 1999): p114.
(62) Jereon, C.,Handbook of Environmental Resource Econ (Elgar, 1999): p808.
(63) Morrell, P., Transport Research D, v5, p320, 2000.
(64) Morrell, P., Transportation Research Record, v1703, p31, 2000.
(65) Espey, M., Growth and Change, v31, p419, 2000.
(66) Bal, F., European J. of Operations Research, v128, p364, 2001.
(67) Strand, J., Transportation, v28, p156, 2001.
(68) Lu, C., Transport Reviews, v21, p395, 2001.
(69) Smith, V., Environmental and Res Econ, v22, p271, 2002.
(70) Schipper, Y., Environ. Costs in Euro. Air Transport (Elgar, 2001), p. 188.
(71) Forsyth, P., Air Transport: Classics in Analysis (Elgar, 2002), p. xviii.
(72) Cidell, J., Groundside Effects of Air Transportation (CTS, 2001), p. 20.
(73) Cottis, N., Environmental and Health Impact of Aviation (EU, 2001), p38.
(74) des Rosiers, F., J Real Estate Research, v23, p200, 2002.
(75) Pearce, D., Annual Rev Energy Environment, v27, p81, 2002.
(76) Palmquist, R., International Yearbook of Env Economics (Elgar 2002): p161.
(77) Bateman, I., Land Economics, v79, p235, 2003.
(78) Schipper, Y., Transportation Research B, v37, p669, 2003.
(79) Fik, T,, Real Estate Economics, v31, p623, 2003.
(80) Wardman, M., Transportation Research D, v9, p27, 2004.
(81) Theebe, M., J. Real Estate Finance Economics, v28, p209, 2004.
(82) Aviation Noise Law Bibliography, "Noise Impacts on Property Values," 2002.
(83) Navrud, S., State of the Art on Economic Valuation of Noise, p8, 2002.
(84) Rodrigue, J-P., Transport Geography on the Web (Hofstra, 2004), Ch. 8.
(85) McMillen, D., J Urban Economics, v55, p627, 2004.
(86) Mathis, M., Valuing Nature (HARC, 2003), p.72.
(87) Schipper, Y., in R. Florax (ed), Comparative Environmental Economic Assessment (Elgar, 2002), p. 245.

(88) Gillen, D., in D. Hensher (ed), Handbook of Transport and the Environment (Elsevier, 2003), p. 95.
(89) van Praag, B., Economic Journal, v115, p224, 2005.
(90) Baranzini, A., Urban Studies, v42, p633, 2005.
(91) Orszag, P., Quantifying the Benefits of More Stringent Noise Regulations

(SEBAGO and Northwest Airlines, 2000), p18.
(92) Reginster I, Environment and Planning-A, v37, p1067, 2005.
(93) des Rosiers, R., J Property Investment & Finance, v17, p44, 1999.
(94) Hsu, C-I, Transportation Research-D, 10, p304, 2005.
(95) Orford, S., Valuing the Built Environment (Ashgate, 1999), p208.
(96) Lu, C., Transportation, v33, p45, 2006.
(97) Burns, M., J Business & Economics Research, v2, p2, 2004.
(98) McMillen, D., Economic Perspective (Chicago FED), v28, p28, 2004.
(99) Estache, A. (ed), Privatization and Regulation of Transport Infrastructure (World Bank Institute, 2000), p293.
(100) Carlsson, F., Int J of Transport Economics, v30, p1, 2003.
(101) Rich, J., Int J of Environmental Studies, v61, p19, 2004.
(102) Cherie, H., Transport Reviews, v21, p377, 2001.
(103) Whitney, J., Environmental Impact Assessment: The Canadian Experience (U. of Toronto, 1985), p192.
(104) Jud, G., J Real Estate Finance & Economics, v33, p91, 2006.
(105) Boardman, A.E.,et al., Cost-Benefit Analysis (Prentice-Hall,2005), pxxx.
(106) Reicher, A. in K. Wang, Real Estate Valuation Theory (Kluwer, 2002), p283.

"Measuring Benefits of Environmental Improvements: Aircraft Noise and Hedonic Prices," in V. K. Smith (ed) Advances in Applied Microeconomics (JAI Press, 1981): 51-75.

(1) Smith, V.K., Advances in Applied Microeconomics (JAI Press, 1981): p8.
(2) Taylor, S.M., J Sound and Vibration, v80, p523, 1982.
(3) Young, T., J Agricultural Econ, v37, p349, 1986.
(4) Alexandre, A., in P.M. Nelson (ed), Transportation Noise Reference Book (Butterworth, 1987): p23/9.
(5) Uyeno, D., J Transport Econ Policy, v27, p3, 1993.
(6) Pommerehne, W., in D. Bos (ed), Welfare and Efficiency in Public Economics (Springer, 1988): p399.
(7) Feitelson, E., Transportation Research-Part D, v1, p1, 1996.
(8) Schipper, Y., Journal of Air Transport Management, v4, p124, 1998.
(9) Schipper,Y., Market Structure and Environmental Cost in Aviation (Tinbergen Institute, 1999), p200.
(10) Morell, P., Transport Research D, v5, p320, 2000.
(11) Morrell, P., Transportation Research Record, v1703, p31, 2000.
(12) Lu, C., Transport Reviews, v21, p395, 2001.
(13) Cottis, N., Environmental and Health Impact of Aviation (EU, 2001), p38.
(14) Schipper, Y., Environ. Costs in Euro. Air Transport (Elgar, 2001), p. 188.
(15) Schipper, Y., Transportation Research B, v37, p669, 2003.
(16) Aviation Noise Law Bibliography, “Noise Impacts on Property Values,” 2002. http://www.netvista.net/~hpb/biblio-3.html
(17) Luc, C., Transportation, v33, p45, 2006.

"Highway Noise and Property Values: A Survey of Recent Evidence," Journal of Transport Economics and Policy, 16 (May 1982): 117-138.

(1) Guy, D.C., AREUEA J, v13, p378, 1985.
(2) Kamerud, D.A., Transportation Research Record, No. 1033, p21, 1985.
(3) Broder, I., Evaluation Review, v12, p291, 1988.
(4) Button, K.J., Prog Plann, v32, p135, 1989.
(5) Feitelson, E., Transportation Research-A, v23, p349, 1989.
(6) Williams, A.W., Transport Rev, v11, p311, 1991.
(7) Pearce, D., in T. O'Riordan and R.K. Turner (eds), Progress in Resource Management and Environmental Planning (Wiley, 1983): p216.
(8) Palmquist, R., in J.B. Braden and C.D. Kolstad (eds), Measuring the Benefits of Environmental Quality (North-Holland, 1991), p95.
(9) Broder, I., Regulation of Transportation Noise (AEI, 1987): p84, passim.
(10) Pearce, D.W., Environmental Policy Benefits (OECD, 1989): p81.
(11) Bartik, T.J., in E.S. Mills (ed), Handbook of Regional Science and Urban Economics, Vol. II (North-Holland, 1987): p1253.

(12) Abelson, P., Economic Evaluation of Roads (APP, 1986): p141.
(13) Kuik,O.J., Assessment of Benefits of Env. Measures (Kluwer,1992):p125
(14) Pearce, D., Ambio, v13, p28, 1984.
(15) Alexandre, A., Transport Noise Reference Book (Butterworth, 1987): p23/9.
(16) Hughes, W.T., J of Regional Science, v32, p487, 1992.
(17) Baughan, C.J., in P.M. Nelson (ed), Transportation Noise Reference Book (Butterworth, 1987): p22/15.
(18) Hughes, W.T., Appraisal Journal, v61, p534, 1993
(19) Payne, B.A., Natural Resources J, v27, p581, 1987.
(20) Stempler, S., in T.Fay, Noise and Health (New York Academy:1991): p108.
(21) Uyeno, D., J Transport Econ Policy, v27, p3, 1993.
(22) Pearce, D.W., Economic Values and the Natural World (MIT Press: 1993): p121
(23) Willis, K., J Property Research, v10, p215, 1993.
(24) Verhoef, E., Transportation Research A, v28, p273, 1994.
(25) OECD, Project and Policy Appraisal (OECD, 1994), p332.
(26) Pearce, D., in D. Greenway (ed), Companion to Contemporary Economic Thought (Routledge, 1991), p340.
(27) DeBorger, B., J Transport Economics Policy, v30, p31, 1996.
(28) Smith, V., Estimating Economic Values for Nature (Elgar, 1996): p317.
(29) Pearce, D., in Guide to Modern Economics (Routledge, 1996), p241.
(30) Lesser, J., Environmental Economics and Policy (Addison, 1997), p312.
(31) Mayeres, I., Transport Research D, v1, p111, 1996.
(32) Malpezzi, S., J Housing Research, v7, p240, 1996.
(33) Abelson, P., Project Appraisal and Valuation (St. Martins, 1996), p.288.
(34) Burrington, S., NYU Environmental Law J., v5, p691, 1996.
(35) Levinson, D., Annals of Regional Science, v31, p189, 1997.
(36) Moore, L., in The Benefits of Open Space (GSWA, 1997), p8-17, 1997.
(37) Mayeres, I., Transportation Research-Part D, v1, p111, 1996.
(38) Levinson, D., Transport Reviews, v18, p215, 1998.
(39) Pijawka, K., J Plan Educ Res. v18, p113, 1998.
(40) Levinson, D. Transportation Research D, v3, p222, 1998.
(41) Pearce, D.W.,in D.Greenaway, Guide to Modern Econ (Routledge,1996), p198.
(42) Lake, I., Computers, Environ. & Urban Systems, v22, 1998, p135.
(43) Garrod, G., Economic Valuation of the Environment (Elgar, 1999), p121.
(44) Boardman, A., Cost-Benefit Analysis (Prentice-Hall, 1996), p460.
(45) Mayeres, I., in Y.Hayashi(ed), Environment and Transport (Elgar, 1999):p353
(46) Noise Pollution Clearing House, Drowning in Noise, 2000, p59.
(47) Lake, I., Environment and Planning C, v18, p681, 2000.
(48) Strand, J., Transportation, v28, p156, 2001.
(49) Ozbay, K., J Transportation and Statistics, v4, 2001.
(50) Huang, J,, J. Real Estate Finance Economics, v22, p219, 2001.
(51) Pearce, D., Annual Rev Energy Environment, v27, p81, 2002.
(52) Malpezzi, S.,Housing Economics and Public Policy (Blackwell, 2003), p308.
(53) Blair, J., J Plan Educ Research v21, p40, 2001.
(54) Flynn, J., Risk, Media and Stigma (Earthscan, 2001), p. 383.
(55) ten Siethoff, B., Transportation Res Record, v1812, p191, 2002.
(56) Hidano, N., Economic Valuation of the Environment (Elgar 2002), p87.
(57) Perman, R., Natural Res. and Environ. Econ, 3ed (Pearson, 2003), p681.
(58) Theebe, M., J Real Estate Finance Economics, v28, p209, 2004.
(59) Navrud, S., State of the Art on Economic Valuation of Noise, p8, 2002.
(60) Rodrigue, J-P., Transport Geography on the Web (Hofstra, 2004), Ch. 8.
(61) Palmquist, R., in K-G Maler & J. Vicent(eds.), Handbook of Environmental Economics, vol 2, 2005, p763.
(62) Mathis, M., Valuing Nature (HARC, 2003), p.72.
(63) Gillen, D., in D. Hensher (ed), Handbook of Transport and the Environment (Elsevier, 2003), p. 95.
(64) Baranzini, A., Urban Studies, v42, p633, 2005.
(65) Orszag, P., Quantifying the Benefits of More Stringent Noise Regulations (SEBAGO and Northwest Airlines, 2000), p15. http://www.sbgo.com/2000%20Testimony,%20Speeches,%20and%20Papers.htm(66)

Becker, N., J of Environmental Planning and Mgt.,v46, p97, 2003.
(67) Damigos, D., J of Cleaner Production, v14, p234, 2006.
(68) Mikelbank, B. Annals of Regional Science, v38, p705, 2004.
(69) Rich, J., Int J of Environmental Studies, v61, p19, 2004.
(70) Mayeres, I., Tijschrift voor Economie en Mgt (in English) 38, p225, 1993.
(71) Agency for Nuclear Projects, A Mountain of Trouble: A Nation at Risk (State of Nevada, 2002), App.I, p35.
(72) Damigos, D., Environmental Geology, v50, p202, 2006.

"Housing Values, Census Estimates, Disequilibrium and the Environmental Cost of Airport Noise" (w/ P.H. O'Byrne and J.J. Seneca), Journal of Environmental Economics and Management, 12 (June 1985): 169-178.

(1) Pennington, G., J of Transport Economics, v24, p49, 1990.
(2) Gruenspecht, H.K. and Lave, L.B., in R. Schmalensee and R.D. Willig (eds), Handbook of Industrial Organization, Vol. II (North-Holland, 1989): p1548.
(3) Broder, I., Regulation of Transportation Noise (AEI, 1987): p86, passim.
(4) Coffin, D.A., Eastern Economic J, v15, p228, 1989.
(5) Ketkar, K., Applied Economics, v24, p647, 1992.
(6) Hughes, W.J., J of Regional Science, v32, p487, 1992.
(7) Kula, E., Economics of Natural Resources, 2nd edn (Chapman: 1994): p362.
(8) Uyeno, D., J Transport Econ Policy, v27, p3, 1993.
(9) Hanley, N., Cost-Benefit Analysis and the Environment (Elgar, 1993): p82.
(10) Collins, A., J Transport Economics Policy, v28 p197, 1994.
(11) Levesque, T., J Transport Economics Policy, v28, p210, 1994.
(12) OECD, Project and Policy Appraisal (OECD, 1994), p332.
(13)-(14) Hanley, N., Environmental Economics (Oxford, 1996, 1997): p423.
(15) Twomey, J. in Transport and Urban Development, (Elgar, 1995), p211.
(16) Johnson, K., Transportation Research D, v2, p231, 1997.
(17) Boardman, A., Annals of Regional Science, v31, p299, 1997.
(18) van den Bergh, J., et al. (eds), Meta-analysis in Environmental Economics (Kluwer, 1997), p213.
(19) Moore, L., in The Benefits of Open Space (GSWA, 1997), p8-17, 1997.
(20) Tomkins, J., Urban Studies, v35, p243, 1998.
(21) Schipper, Y., Journal of Air Transport Management, v4, p124, 1998.
(22) Delucchi, M., Journal of Transport and Statistics, v1, p24, 1998.
(23) Morrison, S., J. Law and Economics, v42, p723, 1999.
(24) Schipper,Y., Market Structure and Environmental Cost in Aviation (Tinbergen Institute, 1999), p200.
(25) Boardman, A., Cost-Benefit Analysis (Prentice-Hall, 1996), p460.
(26) Espey, M., Growth and Change, v31, p419, 2000.
(27) Strand, J., Transportation, v28, p156, 2001.
(28) Ofiara, D., Marine Pollution Bulletin, v42, p725, 2001,
(29) Ofiara, D., Economic Losses from Marine Pollution (Island, 2001), p226.
(30) Schipper, Y., Environ. Costs in Euro. Air Transport (Elgar, 2001), p. 188.
(31) Boyle, M., J Real Estate Literature, v9, p143, 2001.
(32) Cidell, J., Groundside Effects of Air Transportation (CTS, 2001), p. 20.
(33) Cottis, N., Environmental and Health Impcat of Aviation (EU, 2001), p38.
(34) Palmquist, R., International Yearbook of Env Economics (Elgar 2002): p161.
(35) Aviation Noise Law Bibliography, "Noise Impacts on Property Values," 2002.
(36) Baden, B., Alternatives to the Whistle (Chaddick Institute, 2000),
(37) Navrud, S., State of the Art on Economic Valuation of Noise, p8, 2002.
(38) Rosiers, F., J Real Estate Research, v23, p200, 2002.
(39) McMillen, D., J Urban Economics, v55, p627, 2004.

(40) Gillen, D., in D. Hensher (ed), Handbook of Transport and the Environment (Elsevier, 2003), p. 95.
(41) Barreiro, J., Applied Economics, v37, p1233, 2005.

(42) Department of Transportation, FAA, Final Environmental Impact Statement for Washington Dulles (Washington, DC, 2005), v1, Appendix B.
(43) Rosiers, F., J. Property Insurance & Finance, v17, p44, 1999.
(44) McMillen, D., Economic Perspectives (Chicago FED), v28, p28, 2004.
(45) van der Straaten, J., Indian J Applied Economics 7, p323, 1998.
(46) Jud, G., J Real Estate Finance & Economics, v33, p91, 2006.

Meta-Analysis of Airport Noise and Hedonic Property Values: Problems and Prospects, Journal of Transport Economics and Policy, 38, 2004, 1-27.

(1) Wyle Laboratories, Acoustics Group, Research Reports on Noise, 2004, http://www.wyleacoustics.com/acre6.html
(2) Bristow, A., Applied Environmental Economics Conference, p22, 2004.
(3) Carlsson, F., Transportation Research D, v9, p373, 2004.
(4) Baranzini, A., Urban Studies, v42, p633, 2005.
(5) Anon., Noise Notes, v3, p4, 2004.
(6) Department of Transportation, FAA, Final Environmental Impact Statement for Washington Dulles (Washington, DC, 2005), v1, Appendix B.
(7) Woose Inc, Woose Report on the Ohio State Airport (Columbus, 2005). http://www.WOOSE.org
(8) Hsu, C-I, Transportation Research-D, 10, p304, 2005.
(9) Cushing-Daniels, B., Transportation Research D, v10, p357, 2005.
(10) Lu, C., Transportation, v33, p45, 2006.
(11) Hoehn, J., Benefits Transfer in EPA, Benefits Transfer and Valuation Databases (National Center for Environmental Economics, Washington, DC 2005).
(12) Jud, G., J Real Estate Finance & Economics, v33, p91, 2006.
(13) Brooker, P., Aeronautical Journal, v110, p517, 2006.