# In the United States Court of Federal Claims

No. 01-201L
(Filed October 6, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 16(d) of the Rules of the Court of Federal Claims, the Court this morning held a final pretrial conference in this matter. As was discussed at the conference, the Court has adopted the following schedule and procedures concerning final pretrial briefing, the upcoming trial, and post-trial briefing:

1) Defendant's reply in support of the motion in limine to exclude the testimony and expert reports of Dr. Jon Nelson shall be filed on or by **Wednesday, October 11, 2006.**

2) Plaintiffs' opposition to Defendant's motion to exclude certain witnesses and exhibits shall be filed on or by **Wednesday, October 11, 2006.** Defendant's reply in support of this motion shall be filed on or by **Friday, October 13, 2006.**

3) Counsel for the parties shall be contacted if oral argument is needed for any of the pending pre-trial motions. Such argument would be by telephone on Monday, October 16, 2006, if necessary. The parties are reminded to submit to Chambers at least one courtesy set of hard copies of any exhibits submitted in connection with any motions in this matter.

4) The parties shall file a joint status report on or by **Tuesday, October 12, 2006,** informing the Court of the result of their efforts to agree to a joint exhibit list and to stipulate as to the authenticity of any exhibits on this list. The Court understands that all objections to exhibits have now been communicated by the parties to each other.

5) The parties are requested to bring **five (5) sets of all exhibits** for use during the trial.

6) The trial will commence at **9:30 a.m. on Thursday, October 19, 2006**, at the Chesapeake Circuit Court, 301 Albemarle Drive, Chesapeake, Virginia, and recess at 5:00 p.m. Thereafter, the trial will begin at **8:45 a.m.** and recess at 5:00 p.m. on each scheduled day. During the off-day of Thursday, October 26, 2006, counsel should expect that a conference will be held by telephone to discuss scheduling issues.

7) The parties have chosen to not exclude fact witnesses from the courtroom under FRE 615.

8) The parties do not anticipate needing a daily transcript each day, but may, on occasion, request such a transcript during the course of the trial.

9) On or by **Tuesday, October 17, 2006**, the parties will inform the Court as to any agreement they have reached concerning the use of deposition testimony in lieu of live witness testimony.

10) In lieu of closing arguments, the parties will file simultaneous post-trial briefs and response briefs at a date to be determined by the Court upon conclusion of the trial.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge