00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF HERBERT A. STOKELY
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia

July 25, 2005

Appearances:

HOFHEIMER/FERREBEE, P.C.
By: KRISTEN D. HOFHEIMER, ESQUIRE
And
QUINN, GORDON & WOLF
By: KIERON QUINN, ESQUIRE
Counsel for the Plaintiffs

11 at night, depending on the weather and the wind direction so on and so forth, the planes will often be over my house, or nearby. On the other hand, if the wind is from another direction, they are over other people's houses.
Q. Have you ever been woken up at night by the jets?
A. I'm a very good sleeper. I do often defer my bedtime until they quiet down because it is disturbing to try to go to sleep when they are flying, so I would normally try to go to sleep after 11. If I did need to go to sleep earlier, the answer to your question is yes, it has disturbed me. If not impossible.
Q. To fall asleep?
A. When the planes are directly overhead during FCLP.
Q. Do you know the plaintiffs in this case?
A. Hal Levinson told me that he was a plaintiff. Other than that, no, I don't. Or I don't know who they are. So I may know them, but I don't know who they are.
Q. Do you know where Mr. Levinson lives?
A. Yes.
Q. Would you say you are familiar with his property?
A. Yes.
Q. Where does he live in relation to you?
A. He lives, I would think, about two miles perhaps west of me.

Q. Have you seen jets fly in or around his home?
A. His experience with the jets is very much like mine.
Q. From your observation?
A. Uh huh.
Q. I'm sorry. You'll have to answer yes or no.
A. What was the question?
Q. I was asking if your -- if you were gauging that from your experience?
A. That is from my experience, yes.
Q. From your observation at his home?
A. Yes.
Q. We're not able to record the nods of the head.
A. I understand. Please help me as I do this.
Q. It's no problem. I do that too.
And Mr. Levinson is also a member of CCAJN; is that right?
A. Yes.
Q. Does he talk to you about jet noise?
MR. QUINN: I can't hear a thing.
A. Mr. Levinson is a member of the CCAJN board of directors, as I am. Most commonly we meet at Mr. Levinson's house. So, yes, we definitely have talked about jet noise together. And I have spent many hours at his home in CCAJN meetings and am quite familiar with the environment there.