00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
Plaintiffs, )
)
v. ) No. 01-201L
)Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION OF

GREGORY D. WHITLEY

TAKEN ON BEHALF OF THE DEFENDANT

VIRGINIA BEACH, VIRGINIA

JANUARY 13, 2006

Appearances:

HOFHEIMER/FERREBEE, PC
By: JACK E. FERREBEE, ESQUIRE
Counsel for Plaintiffs

U.S. DEPARTMENT OF JUSTICE
By: STEVEN D. BRYANT, ESQUIRE
Counsel for Defendant

00059

homes?

A. Actually her brother-in-law.

Q. Her brother-in-law, okay, I see, built the homes.

A. She knew of the model and that they were put together with.

Q. What type of house is it, style?

A. Two story. I don't, you know --

Q. Colonial or --

A. I wouldn't -- I don't know.

Q. Okay.

A. Two story, a lot of brick.

Q. I'm going to take just a few minute break and we might be -- if we're not done, we're very close to it.

(Recess.)

BY MR. BRYANT:

Q. Mr. Whitley, do you know a Hal and Elaine Levenson?

A. I know who he is. I don't know him. If I saw him, I would be able to tell you that's Hal Levenson, that's not Hal Levenson. Other than that --

Q. Have you ever been to his house?

A. No.