EXHIBIT D

**Thomas Askins**

Thomas Askins lives at 879 Wynwood Drive in Virginia Beach. He built his house in 1976 and has lived there ever since. Mr. Askins retired as an airline pilot from Trans World Airlines after 32 years from 1966 until 1998. (Exhibit 4B, Askins Deposition. p. 5-6).

From 1961 until 1966 Mr. Askins was a pilot in the United States Navy. During his single term in the Navy he was stationed in Jacksonville, Florida and at Naval Air Station Norfolk.

Q. Can you just describe your personal experience when you got here, when you built that home in 1976 and moved there, what in your opinion – in terms of your specific home, tell me what your experience was in terms of the noise from the military jets that were based at Oceana?
A. Well, it was evident that jets were here. We were living near an airport.
Q. Obviously, you were based at Oceana?
A. I was based at NAS Norfolk. Of course, I knew Oceana was here. I knew all about it, exactly where it was. The home I moved from Kings Grant probably doesn't have any jet noise at all. It's a pretty good distance from here. I don't ever remember hearing a plane flying over that. When I moved here, the jets were here.
Q. What jets do you recall?
A. Probably the Phantom, F-4s, and the Intruder, A-6. I just don't – in that period of time, I just don't remember the noise being as intrusive, as loud as it became after all of the Hornets started coming in from Jacksonville.

(*id.* p. 8-9)

****

Q. What was your experience with jet noise or the frequency of the overflights or the military jets flying by your home; did it increase or the noise level change?
A. When the F-14s came in relation to the F-4s and A-6s? Probably about the same frequency. The F-14 seems to be a somewhat quieter airplane.
Q. In comparison to which jet?
A. Probably somewhat quieter than the A-6. It was a little bit louder. The F-4 when it took off on afterburner, it was fairly loud. But I don't think any – in my opinion neither of these airplanes are as loud as the current Hornet and Super Hornet, which it seems to be louder.

(*id.* p. 10)

Between 1976 and 1998 Mr. Askins never called Oceana to complain about noise. (*id.* p. 13). Starting in 1998 the overflights of Mr. Askins' home seemed to have increased (*id.* p. 15). Since 1998 the noise has been "very, very loud." So loud that one cannot talk on the phone, outside and "I mean it's so loud that you just can't function." (*id.* p. 15-16).

Since 1998 Mr. Askins may have called Oceana complaining of noise but doesn't remember the details.

A. Yes. In fact, I can't – I might have even called them a time or two. I really can't remember. I discussed doing it but just never did it. I think I even tried a couple of times when you couldn't get in. The lines were – they weren't answering or it was busy, one of the two.

Q. Can you recall when you were tempted to make those phone calls what you were experiencing – what you were experiencing or what was of concern to you? Was it a time of day? Was it the frequency of the overflights. Just the noise?

A. About -- I think it was two years ago. Might have been three years ago, they were doing one of the air shows. A jet flew right over my house and they – something went supersonic. I think it was probably the gases coming out of the engine, and I thought the jet had crashed in our yard. It was like a huge, thunderous crash, and we all just ducked for cover, and I looked up just in time to see the jet taking off here with full afterburner. You could see the trail. It just like disappeared. It was extremely loud. That's when I really -- that was the scariest maneuver that I ever saw. It seems like during the air show practice it's really horrendous because they come over at huge -- at great air speed with full power at very low altitudes. And it's a little scary.

(*id.* p. 18-19)

Mr. Askins accurately describes the difference between FCLP and Touch and Go as follows:

A. The FCLP is carrier landing practice. It's designed to teach the, either the novice aviator or the guys trying to go back and requalify to fly very precisely onto the carrier and to get him acclimated to flying down a precise glide slope. When I was in we used a meatball. I don't know what they use any more. It's monitored by an officer who is the – they used to call him paddles. Now it's the – I can't remember what they call him now. Anyway, he's the guy who grades the approach. And then if you pass and you are ready to go, then you go to the ship and land. A touch and go could be the same thing. It's a random event, really.

> You make your approach, touch down, reconfigure the airplane for take off, add power, go around, take off again.

(*id.* p. 19).

Mr. Askins is not a plaintiff in the litigation. (*id.* p. 31).

Mr. Askins compares the F/A-18 C/D to the A-6 as follows:

A. The A-6 –
Q. Let's do A-6 comparison?
A. -- was a fairly loud airplane.
Q. In comparison to the F-14?
A. I think of it as being louder than the F-14.
Q. How about in comparison to the F-18C/Ds.
A. I don't know of any airplane that is that loud. Maybe the Concorde.

(*id.* p. 34)