00001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, )
et al., )
)
Plaintiffs, )
)
v. ) NO. 01-201L
) Judge Victor J. Wolski
THE UNITED STATES OF AMERICA, )
)
Defendant. )

DEPOSITION UPON ORAL EXAMINATION
OF THOMAS H. ASKINS, JR.,
TAKEN ON BEHALF OF THE DEFENDANT

Virginia Beach, Virginia
August 2, 2005

Appearances:

HOFHEIMER/FERREBEE, P.C.
By: KRISTEN D. HOFHEIMER, ESQUIRE
Counsel for the Plaintiffs

Q. Okay.
A. Well, my yard is heavily wooded, so I can't really look over and see them where they are from my house. But I can see them when they come right over, so I don't know if it's the same jet or 15 of them. I just don't know. There is no way for me to know.
Q. From your vantage point, since you mention it's heavily wooded, you really couldn't gauge the altitude. Could you see the markings of the plane, the side number or at least the squadron number? Could you see any markings on the plane from where you are standing?
A. Well, you can see markings on them, but I don't know --
Q. Can you distinguish what the markings were to the point that you --
A. No.
Q. Let's say at any point in time from 1976 to the present day, have you ever done noise recordings of the jets that are flying by your home?
A. Yes.
Q. Okay. And describe at what times did you do those recordings?
A. Well, I have a voice -- I mean a noise monitor I bought at Radio Shack, and I would do that from time to time. I really didn't keep a log of it. One day several

years ago --

Q. How long have you been doing that with the noise monitor, in terms -- when did you start? You said it's on and off?

A. Probably five years ago.

Q. Go ahead.

A. On one occasion, when the jets were flying over very, very low and very loud, and I believe it was an FCLP pattern, they were coming over the house and also right off of Laskin Road. Down where the intersection of Laskin and Winwood is, there's a church, a Lutheran church -- I think it's Lutheran -- my son and I went down and took videos of the jets coming over, and I gave a rendition of them and we took the noise meter and listened to them.

Q. So you did a noise recording and a video recording?

A. Yes.

Q. The video recording was how long ago did you say? Was that two years ago?

A. Yes, a couple of years ago. Maybe three. Two or three. Two. I think I gave it to Jack, I believe, but I don't know. It's all dated on the thing.

Q. Okay. But you believe you gave it to Mr. Ferrebee?

A. I believe I did.