EXHIBIT J

**Jeffrey McCreary**

Mr. McCreary and his wife have lived at 804 Lord Leighton Court in Virginia Beach since 1996. Prior to that time they lived for 20 years in a mobile home community at 2901 Finch Avenue in Virginia Beach close to Oceana. (Exhibit 16B, McCreary Deposition. p. 4).

When they moved into their present residence in 1996 the flight patterns at Oceana kept the aircraft well away from the McCreary's residence – probably more than a mile (*id*. p. 8). Beginning in mid-1997 the aircraft began to fly wider and wider until, in the summer of 1999, the flight patterns often brought the aircraft directly over the McCreary's home. (*id*.. p. 11-12). He can pinpoint the summer of 1999 because he was giving an outdoor party for one of his children who was graduating from school and the children had to come indoors because of the noise of the planes flying directly over their house (*id.* p. 12-13, 18-19).

When he moved into the mobile home community on Finch Avenue in 1976 he worked at Oceana Naval Air Station as an Aviation Administration Maintenance Man, Second Class. He and his wife purchased that mobile home because the price was low and it was close to Oceana where he worked. They simply put up with the high noise. (*id.* p. 27-28).

Mr. and Mrs. McCreary moved to the present address on Lord Leighton Court specifically to get away from the noise and to move to a quiet neighborhood. Before they moved Mr. McCreary researched the neighborhood using the maps in the local library, talked to people in the vicinity of the home that was for sale, and rode their bicycles in the area. (*id.* p. 36, 38-40).

Since the planes began to fly directly over and adjacent to their new home they have replaced all of the windows and despite the fact that they love to garden, they spend less time outside. (*id.* p. 12-13, 44)

While he was in the Navy as an aviation maintenance man, he worked on a number of naval aircraft. He considers the F-14 to be louder than the F-4. (*id*. p. 31-32).