EXHIBIT K

**Charles K. Nash**

Charles Nash lives at 2617 Boush Quarter in Virginia Beach where he has lived since 1993. (Exhibit 15B, Nash Deposition. p. 4-5).

After the arrival of the F/A-18s in 1998-1999, Mr. Nash replaced all of the windows in his house with double-pane, gas filled windows, and he also added insulation in the attic. After the arrival of the F/A-18s but prior to the new windows and insulation, he could not talk on the telephone or watch television. The noise becomes most intense when the jets are using runway 14 left and 14 right. When the jets use runway 5 they will pass to the east of his house but when they use runway 14 they come directly overhead at very low altitude. (*id.* p. 9-12).

Mr. Nash was in the Navy from 1963 to 1985. He was a Sensor operator on various patrol aircraft. (*id.* 13-14). He looked at an older AICUZ map when he purchased his home, which depicted his address to be on the outer fringes of the lower noise zone. (*id.* p. 18).

Between 1993 and the fall of 1998 the noise wasn't bad. When the F/A-18s came in the noise became very intrusive and it was at that time that he decided they had to add the windows and the insulation. (*id*. p. 21).

Mr. Nash is a plaintiff in the present litigation, and he is also a member of CCAJN.

The difference between the noise produced by the F-14 and that of the F/A-18 is that the F/A-18 is louder. It is "piercing." "I can't quite describe it. It's – you could have a very loud noise and then you could have one that really hurts. And the F/A-18s hurt." (*id.* p. 40). In comparing the F/A-18 to the A-6 he says that the A-6s are "pretty loud" airplanes but that the F/A-18s are "not just loud, but they are painful." (*id*. p. 41).