**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROLE AND ROBERT TESTWUIDE, et. al., Plaintiffs,** | ) | |
| **v.** | ) | **No. 01-201 L** **Honorable Victor J. Wolski** |
| **THE UNITED STATES, Defendant.** | ) | |

**PLAINTIFFS' TRIAL TESTIMONY BY WAY OF DEPOSITION**

Pursuant to Paragraph 3 of this Court's Order of September 21, 2006, Plaintiffs will produce the testimony of the following witnesses by excerpts of the transcript of their deposition:

1. William Gilbert
2. Herbert Van Nostrand

The excerpts designated by Plaintiffs are attached hereto as Exhibits 1 and 2. After the Government has designated any additional portions of testimony it wishes added to the Plaintiffs' designations, Plaintiffs will print the testimony (including any counter-designations) and submit the written testimony of each witness to the Court.

Dated: October 13, 2006

Respectfully submitted,

/s/ Jack E. Ferrebee

Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Counsel of Record for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kfquinn@quinnlaw.com
mwolf@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles B. Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Blvd., Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com