**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

**Gilbert, William 01.12.2006**

**Page:Line – Page:Line**

4:11 - 5:6

8:5 - 8:6

9:1 - 9:25

12:6 - 13:20

14:20 - 15:9

18:14 - 18:22

22:20 - 24:8

26:8 - 27:19

28:3 - 28:13

30:20 - 31:8

**PLAINTIFFS' EXHIBIT 1**