**PLAINTIFFS' DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY**

## Van Nostrand, Herbert 04.27.05

**Page:Line – Page:Line**

3:14 - 4:6

5:2 - 5:5

11:1 - 11:14

31:21 - 32:10

33:1 - 33:23

34:5 - 35:1

35:11 - 35:24

39:5 - 40:15

40:16 - 41:15

44:6 - 44:22

46:20 - 47:1

53:15 - 54:12

56:25 - 57:19

75:21 - 76:22

79:24 - 80:17

81:13 - 82:15

87:9 - 87:20

88:1 - 88:7

90:21 - 91:14

**PLAINTIFFS' EXHIBIT 2**