# In the United States Court of Federal Claims

No. 01-201L
(Filed October 17, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties have informed the Court that they have reached a tentative settlement of these consolidated cases. As a consequence, the trial scheduled to begin on October 19, 2006, has been taken off calendar, and the Court hereby stays all proceedings in these consolidated matters. The parties shall file a joint status report within ninety days of the date of this order, to inform the Court of the status of the settlement process.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge