**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| THE UNITED STATES OF AMERICA, Defendant. | ) | (Judge Victor J. Wolski) |

**JOINT MOTION TO EXTEND TIME**
**TO FILE JOINT STATUS REPORT**

Plaintiffs and Defendant move jointly for an extension of two weeks until January 30, 2007 in which to file the Joint Status Report mandated in the Court's Order filed on October 17, 2006.

On October 17, 2006, the parties informed the Court that they had reached a tentative settlement in these consolidated cases. In the October 17 Order, the Court removed the scheduled trial from the calendar, stayed all proceedings, and ordered the parties to file a joint status report within 90 days. (Doc. #228). Counsel of Record for Defendant is presently out of town at military training and the parties have scheduled a meeting for Friday, January 26, 2007, after which the Joint Status Report can be completed

WHEREFORE, the Parties request an extension of time for two weeks until January 30, 2007 in which to file the Joint Status Report.

Respectfully submitted,

/s/
Jack Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
(757) 425-5200
jferrebee@hofheimer.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kfquinn@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

/s/
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Kelle Acock
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
kelle.acock@usdoj.gov

Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com