**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| V. | ) | No.: 01-201L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Judge Victor J. Wolski |
| Defendant. | ) | |

**SECOND JOINT MOTION TO EXTEND**
**TIME TO FILE JOINT STATUS REPORT**

The parties jointly move for an extension of three (3) days until February 2, 2007 in which to file the Joint Status Report mandated in the Court's Order filed on October 17, 2006. The parties initially sought a two-week extension because Counsel of Record for defendant was out of town conducting military training and the parties could not meet until his return. On January 12, 2007 the Court granted the extension request extending the deadline for the status report until January 30, 2007. The parties, however, need additional time to confer before completing the report.

WHEREFORE, the parties respectfully request an extension of three (3) days until February 2, 2007 to file the Joint Status Report.

Dated: January 30, 2007

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
HofheimerFerrebee. P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources
Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants

Of Counsel:
Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300 Rm. 233
kquinn@quinnlaw.com
mwolf@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
HofheimerFerrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain
Thomas Shuttleworth
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
Iwoodward@srgslaw.com

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlantic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737