# In the United States Court of Federal Claims

No. 01-201L
(Filed January 31, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint motion for an enlargement of time of three days in which to file the joint status report requested by the Court in its October 17, 2006 order. The motion is hereby **GRANTED**. The parties shall file a joint status report on or by February 2, 2007.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge