**Bryant, Steven (ENRD)**

| | |
|---|---|
| **From:** | Kieron Quinn [kfquinn@quinnlaw.com] |
| **Sent:** | Monday, January 29, 2007 4:59 PM |
| **To:** | Bryant, Steven (ENRD) |
| **Cc:** | Acock, Kelle (ENRD); 'Bob Smith'; Martin Wolf; Jack Ferrebee |
| **Subject:** | RE: Status report |
| **Attachments:** | 2007 01 30 PL Rpt to Judge Wolski on Settlement.pdf |

Steve

I attach a draft of our report. My expectation is that the Government is not keen to make this part of a joint report so I suggested we might file separately. We will undoubtedly amend the attached before it is filed.

Kieron

---

**From:** Bryant, Steven (ENRD) [mailto:Steven.Bryant@usdoj.gov]
**Sent:** Monday, January 29, 2007 4:42 PM
**To:** kfquinn@quinnlaw.com
**Cc:** Acock, Kelle (ENRD); Bob Smith
**Subject:** RE: Status report

Kieron,

I expected that we would file a Joint Status Report tomorrow in accordance with the Court's order. If so, please send me what you have and to the extent necessary, I will add comments for defendant. Let me know if you are unwilling to file a JSR and intend to file a unilateral status report instead.

Steve

---

**From:** Kieron Quinn [mailto:kfquinn@quinnlaw.com]
**Sent:** Monday, January 29, 2007 4:14 PM
**To:** Bryant, Steven (ENRD)
**Cc:** Acock, Kelle (ENRD); Bob Smith
**Subject:** Status report

I will be rerady in a minute or two to exchange Plaintiffs' status report. I expect that we will file it separately.

Please advise when you are ready.

Kieron

Kieron Quinn

Quinn, Gordon & Wolf, Chtd.

102 West Pennsylvania Ave.

Baltimore, MD 21204

410 825 2300