**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

***Natural Resources Section***
***P.O. Box 663***
***Washington, DC 20044-0663***

***Telephone (202) 305-0424***
***Facsimile (202) 305-0267***

January 29, 2007

**<u>Via E-mail</u>**

Marty Wolf, Esquire
Quinn, Gordon & Wolf
102 West Pennsylvania Avenue
Suite 402
Baltimore, Maryland 21204

Re: **<u>Testwuide v. United States</u>, 01-201**

Dear Marty:

This responds to plaintiffs' draft status report regarding settlement Kieron e-mailed to me this evening at 4:59 P.M. As I informed you during our subsequent phone call, the draft status report reveals terms of the tentative settlement agreement, which are confidential communications protected by Federal Rules of Evidence 408. I reiterate my demand that you remove these references, as well as any attached exhibits identifying the terms. Be advised that I will move the court to strike the report and any attached exhibits if you do not agree <u>in writing</u> by 10:00 A.M. tomorrow morning (January 30) to amend the status report so that it does not reveal terms of the tentative agreement or any other confidential settlement communications. In addition, should you disclose such communications to the court, we will seek all appropriate relief, including, if necessary, the recusal of Judge Wolski.

Finally, as we previously indicated, your insistence on divulging confidential settlement communications will result in the cessation of our ongoing settlement discussions, and will be seen by the United States as an effort by plaintiffs' counsel to undermine any chance of settlement in this case.

Sincerely,

s// Steven D. Bryant
Steven D. Bryant