**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-201L |
| THE UNITED STATES OF AMERICA, | ) | Judge Victor J. Wolski |
| Defendant. | ) | |

**DEFENDANT UNITED STATES' STATUS REPORT REGARDING THE PROGRESS OF THE TENTATIVE SETTLEMENT**

Pursuant to this Court's order on October 19, 2006, the United States provides the following status report concerning the tentative settlement.[1] Regrettably, and as more fully discussed in defendant's Motion to Withhold Review of Plaintiffs' Status Report, to Order Plaintiffs Not to Disclose Terms of Settlement Discussions and to Refer the Settlement Negotiations to a Mediation Judge, the parties have not been able to reach an agreement. The parties have met to attempt to negotiate their differences as recently as January 26, 2007, and have exchanged offers over the phone since that meeting. Unfortunately, the parties have been unable to resolve their differences, resulting in an impasse in settlement discussions. In its motion, defendant seeks to have the currently stalemated settlement negotiations referred to a mediation judge in an effort to resolve the parties' differences.

[1] The Court ordered the parties to jointly submit a status report; however, plaintiffs intend to file a status report that reveals confidential settlement communications. Defendant moved in a separate motion, also filed today, that requests that this Court withhold review of the contents of plaintiffs' status report pending the Court's ruling on defendant's motion.

Dated: February 2, 2007

Respectfully submitted,

/s/ Steven D. Bryant
Steven D. Bryant
Kelle S. Acock
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants
202-305-0424

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

CDR Dominick Yacono
JAGC, USN
Commander Navy region
Mid-Atlanic, Code (00LE)
1510 Gilbert Street
Norfolk, VA 23511-2737