From: "Martin Wolf" <mwolf@quinnlaw.com>
To: <Steven.Bryant@usdoj.gov>
Cc: <robert.j.smith2@navy.mil>,
<Kelle.Acock@usdoj.gov>,
<dominick.yacono@navy.mil>,
"'Kieron Quinn'" <kfquinn@quinnlaw.com>,
"'Jack E. Ferrebee'" <jferrebee@hoflaw.com>,
"'Charles Lustig'" <clustig@srgslaw.com>,
"'Tom Ferrebee'" <tferrebee@hoflaw.com>,
"'Margaret Quinn'" <mquinn@QuinnLaw.com>
Subject: Terms of Settlement
Date: Wed, 18 Oct 2006 14:38:26 -0400
X-Mailer: Microsoft Office Outlook, Build 11.0.6353
Thread-Index: Acby5JjzAcDfgYVAR5qhB0t+a6fWWA==
X-OriginalArrivalTime: 18 Oct 2006 18:37:31.0546 (UTC) FILETIME=[788AB7A0:01C6F2E4]

Steve,

Attached is an outline of the terms of settlement that we discussed. If these terms are in accordance with your recollection, please send a confirmation back to me at your earliest opportunity. Also, please notify me as soon as the Assistant Attorney General of your division has approved the settlement offer. I will likewise advise you as we progress in obtaining acceptance by our plaintiffs. We have been able to contact 10 test case plaintiffs and all have accepted. We have left messages for the remaining two and anticipate favorable responses at anytime.

Marty

OUTLINE OF SETTLEMENT TERMS.pdf

**OUTLINE OF SETTLEMENT TERMS**

- Cash Payment: $38 million
- Scope of Easement: Strike/Fighter Aircraft generating noise up to and including SEL levels of the F/A-18 E/F plus 3 dB; gross annual operations based on historical highs with each flight track based on historical breakdown by percentage of use; minimum altitude of flights in accordance with existing flight parameters at NAS Oceana and NALF Fentress (i.e. Oceana FCLP @ 1,000 ft.; Fentress FCLP @ 800 ft.; standard approach and takeoff paths)
- Acceptance Levels: Terms accepted by 96% of plaintiffs with 98% of plaintiffs located in >75 dB zone as established by the Base 2000 contours; 100% acceptance by the 12 test case plaintiffs
- Mediation: Plaintiffs who do not accept to go to mediation before trial
- Offer Period: The offer remains open for 90 days to allow dissemination to plaintiffs and response