**Martin Wolf**

---

**From:** Kieron Quinn [kfquinn@quinnlaw.com]
**Sent:** Thursday, October 19, 2006 2:35 PM
**To:** Steven Bryant
**Cc:** Kelle Acock Esq.; Martin Wolf; Jack Ferrebee; Kieron Quinn
**Subject:** Test Case Plaintiffs' Acceptance of Settlement Terms
**Attachments:** OUTLINE OF SETTLEMENT TERMS 10.18.pdf

<<...>>

Steve

All of the Test Case Plaintiffs have accepted the terms of the settlement as set out in Marty's email of yesterday afternoon (copy attached).

Kieron

Kieron Quinn

Quinn, Gordon & Wolf, Chtd.

102 West Pennsylvania Ave.

Baltimore, MD 21204

410 825 2300

**OUTLINE OF SETTLEMENT TERMS**

- Cash Payment: $38 million
- Scope of Easement: Strike/Fighter Aircraft generating noise up to and including SEL levels of the F/A-18 E/F plus 3 dB; gross annual operations based on historical highs with each flight track based on historical breakdown by percentage of use; minimum altitude of flights in accordance with existing flight parameters at NAS Oceana and NALF Fentress (i.e. Oceana FCLP @ 1,000 ft.; Fentress FCLP @ 800 ft.; standard approach and takeoff paths)
- Acceptance Levels: Terms accepted by 96% of plaintiffs with 98% of plaintiffs located in >75 dB zone as established by the Base 2000 contours; 100% acceptance by the 12 test case plaintiffs
- Mediation: Plaintiffs who do not accept to go to mediation before trial
- Offer Period: The offer remains open for 90 days to allow dissemination to plaintiffs and response