# In the United States Court of Federal Claims

No. 01-201L
(Filed February 6, 2007)

| | |
|---|---|
| **CAROL & ROBERT TESTWUIDE, et al.,** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

**ORDER**

The Court held a status conference in this matter by telephone this morning. As was discussed at the conference, the Court **GRANTS** defendant's motion to withhold review of the status report that the plaintiffs submitted on February 2, 2007. The Court has not reviewed the contents of this report or its attachments. As a joint status report had been ordered by the Court, both status reports filed by the parties on February 2, 2007 are hereby **STRICKEN**.

In case it is necessary to restore to the calendar a trial of the test plaintiffs' cases, counsel for the parties are to determine the availability of witnesses and co-counsel for a trial to be held in the Tidewater region from September 4 through September 21, 2007. Each side shall submit a status report on or by February 20, 2007 informing the Court whether these dates can be set as the tentative trial dates for the test cases.

This matter is referred to the Honorable Eric G. Bruggink for ADR purposes only. The case will remain stayed on the Court's docket pending the results of the ADR process.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge