**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROL AND ROBERT TESTWUIDE, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 01-201-L** |
| | ) | **Honorable Victor J. Wolski** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNITED STATES' STATUS REPORT**
**REGARDING TRIAL SCHEDULE**

Pursuant to this Court's order on February 6, 2007, defendant has inquired about the availability of its witnesses and co-counsel for trial in the Tidewater region from September 4 – 21, 2007. Regrettably, several defense witnesses are unavailable during that timeframe because of prior commitments. Defendant therefore respectfully proposes September 24 – October 12, 2007 as trial dates.

Dated: February 20, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environmental & Natural Resources Division

/s/ Steven D. Bryant
STEVEN D. BRYANT
KELLE S. ACOCK
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendant

Of Counsel:
Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374