# In the United States Court of Federal Claims

No. 01-201L
(Filed March 14, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Pursuant to discussions concerning the parties' availability for trial, the Court adopts the following schedule for the test plaintiffs' cases:

1) If a trial is needed, it will commence on Monday, September 17, 2007, and run through Friday, October 5, 2007, starting at 9 a.m. each day and recessing over each weekend.

2) The trial will be in recess on Monday, October 1, due to the Court's unavailability.

3) The Court will notify the parties as to the trial's location once a courtroom at a federal or state courthouse in the Tidewater region has been secured.

4) A pre-trial conference will be held by telephone at 10 a.m., Monday, September 10, 2007.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge