**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CAROL AND ROBERT TESTWUIDE, et. al., Plaintiffs, v. THE UNITED STATES OF AMERICA, Defendant. | No.: 01-201L<br>Judge Victor J. Wolski |

**MOTION TO DISMISS**

COME NOW the plaintiffs, by counsel, and move the Court to dismiss with prejudice seventeen claims associated with properties in this consolidated action:

1) 905 Townsend Drive, Va. Beach, J.R. and Evelyn Abernethy (*Whitley v. U.S.*)

2) 1112 Bonfield Court, Va. Beach, Danny and Robin Agresti (*Beagle v. U.S.*)

3) 2064 Bierce Drive, Va. Beach, Kevin and Adele Cassidy (*Whitley v. U.S.*)

4) 2413 Kerr Drive, Va. Beach, Jeffrey and Gloria Correia (*Whitley v. U.S.*)

5) 2420 Mohawk Trail, Va. Beach, William and Connie Cox (*Whitley v. U.S.*)

6) 908 Avatar Drive, Va. Beach, Jon Doe (*Whitley v. U.S.*)

7) 266 Raintree Road, Va. Beach, Robert and Phyllis Elms (*Whitley v. U.S.*)

8) 2912 Wilcox Drive, Va. Beach, Scott and Cathy Holava (*Whitley v. U.S.*)

9) 1141 Whitestone Way, Va. Beach, Deanne Jansohn (*Whitley v. U.S.*)

10) 729 Beckley Lane, Chesapeake, Samuel and Mary Mills (*Whitley v. U.S.*)

11) 1268 Laskin Road, Va. Beach, Nancy Neal (*Whitley v. U.S.*)

12) 717 School House Road, Ches., Randolph & Laura Parker (*Whitley v. U.S.*)

13) 1304 Fernham Lane, Chesapeake, Alan & Tammy Reeves (*Whitley v. U.S.*)

14) 1152 Va. Beach Blvd. #101, Va. Beach, Ruby Ross (*Whitley v. U.S.*)

15) 1313 Mockingbird Lane, Ches., John & Jane Smith (*Whitley v. U.S.*)

16) 2200 Oak Drive, Va. Beach, Paul Smith (*Whitley v. U.S.*)

17) 1278 Eaglewood Drive, Va. Beach, Darryl and Sandra Turner (*Whitley v. U.S.*)

The named plaintiffs have requested a dismissal of their claims with prejudice. The Defendant has reviewed this motion and does not oppose the dismissals.

Dated: May 18, 2007 Respectfully submitted,

/s/ Jack E. Ferrebee
Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
Counsel for Plaintiffs

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 West Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kquinn@quinnlaw.com

Kristen Hofheimer
Charles R. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
khofheimer@hoflaw.com
chofheimer@hoflaw.com

Stephen C. Swain

Thomas Shuttleworth
Lawrence Woodward
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard
Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
sswain@srgslaw.com
shuttleworth@srgslaw.com
lwoodward@srgslaw.com