# In the United States Court of Federal Claims

No. 01-201L
(Filed May 18, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court held a brief status conference by telephone this afternoon. Future proceedings were discussed, in light of the parties' settlement of the vast majority of the claims in this consolidated case. Counsel shall file a joint status report on or by Friday, June 8, 2007, to inform the Court of the status of the settlement process and propose a schedule for further proceedings regarding the remaining claims. Given that the claims that have been settled include those of the test plaintiffs, the trial scheduled to run from Monday, September 17, 2007 to Friday, October 5, 2007, is no longer needed and is taken off calendar.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge