# In the United States Court of Federal Claims

No. 01-201L
(Filed May 21, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the unopposed motion of the plaintiffs to dismiss, with prejudice, seventeen claims associated with this consolidated action, each of which concerns a particular property. Two separate cases, *Whitley v. United States* and *Beagle v. United States*, originally contained these particular claims. On February 14, 2005, this Court consolidated these two cases and five others with the earlier filed case, *Testwuide v. United States.* The Court hereby GRANTS the motion and DISMISSES these seventeen claims, listed below, with prejudice.

A. Claims originally contained in *Whitley v. United States*, No. 04-1331L:

1) J.R. and Evelyn Abernethy, 905 Townsend Drive, Virginia Beach;

2) Kevin and Adele Cassidy, 2064 Bierce Drive, Virginia Beach;

3) Jeffrey and Gloria Correia, 2413 Kerr Drive, Virginia Beach;

4) William and Connie Cox, 2420 Mohawk Trail, Virginia Beach;

5) Jon Doe, 908 Avatar Drive, Virginia Beach;

6) Robert and Phyllis Elms, 266 Raintree Road, Virginia Beach;

7) Scott and Cathy Holava, 2912 Wilcox Drive, Virginia Beach;

8) Deanne Jansohn, 1141 Whitestone Way, Virginia Beach;

9) Samuel and Mary Mills, 729 Beckley Lane, Chesapeake;

10) Nancy Neal, 1268 Laskin Road, Virginia Beach;

11) Randolph & Laura Parker, 717 School House Road, Chesapeake;

12) Alan & Tammy Reeves, 1304 Fernham Lane, Chesapeake;

13) Ruby Ross, 1152 Virginia Beach Blvd. #101, Virginia Beach;

14) John & Jane Smith, 1313 Mockingbird Lane, Chesapeake;

15) Paul Smith, 2200 Oak Drive, Virginia Beach; and

16) Darryl and Sandra Turner, 1278 Eaglewood Drive, Virginia Beach.

B. Claim originally contained in *Beagle v. United States*, No. 04-1176L:

Danny and Robin Agresti, 1112 Bonfield Court, Virginia Beach.

Pursuant to Rule 41(a)(2) of the Rule of the United States Court of Federal Claims, the Clerk is hereby directed to DISMISS, with prejudice, the above-listed claims.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge