# EXHIBIT B

<u>Adams, et al. v. United States – 04-279-L</u>

LEWIT F. ADAMS
1006 Tottenham Lane
Virginia Beach, VA 23454;

And

KELLY AND SHERRY ANDERSON
3324 Dam Neck Road
Virginia Beach, VA 23456;

And

JANET S. APPLETON
508 Lake Drive
Virginia Beach, VA 23451;

And

CLARKE AND CAREY ARMENTROUT
917 Lindsley Drive
Virginia Beach, VA 23454;

And

ROBERT AND FILOMENA BAER
514 Pinewood Drive
Virginia Beach, VA 23451;

And

DOUGLAS AND CAROLYN BAILEY
722 Norfolk Avenue
Virginia Beach, VA 23451;

And

RICHARD AND DEBORAH BALAK
2324 Windy Pines Bend
Virginia Beach, VA 23456;

And

DONALD K. BALES, SR. REVOCABLE TRUST

720 10th Street
Virginia Beach, VA 23451;

And

ROBERT AND LUCY BALLARD
525 Carolina Avenue
Virginia Beach, VA 23451;

And

KAREN BARRY
405 Virginia Avenue
Virginia Beach, VA 23451;

And

JOHN AND WENDE BARTON
3205 Twinflower Lane
Virginia Beach, VA 23456;

And

GILBERT AND MAURI BAXTER
3048 Silver Maple Drive
Virginia Beach, VA 23452;

And

RICHARD AND LYNN BENNICE
2320 Windy Pines Bend
Virginia Beach, VA 23456;

And

DENNIS AND CANDACE BERLIN
1409 Linlier Drive
Virginia Beach, VA 23451;

And

LUKE AND KAREN BIERNOT
1504 Arctic Avenue
Virginia Beach, VA 23451;

And

FRANCISCO AND MICHELE BISONO
1873 Bloomfield Drive
Virginia Beach, VA 23456;

And

JOHN AND ROSEMARY BLAICHER
3724 Landstown Road
Virginia Beach, VA 23456;

And

HIRAM AND VICKI BORGOLINI
3028 Saville Garden Way
Virginia Beach, VA 23456;

And

NYDIA BROWNLEY
209 Golden Maple Drive
Virginia Beach, VA 23452;

And

JAMES AND EILEEN BROWNLOW
3073 Silver Maple Drive
Virginia Beach, VA 23452;

And

MAXEY L. BRYANT
3815 Holly Dune Lane
Virginia Beach, VA 23451;

And

BRENT L. BUEHLER
121 Pinewood Road
Virginia Beach, VA 23451;

And

ROGER E. BULLOCK
800 Quail Point Cove
Virginia Beach, VA 23454;

And

RICHARD E. BURNHAM
904 Carolina Avenue
Virginia Beach, VA 23451;

And

ROBERT AND LORNA CALLAHAN
3213 Twinflower Lane
Virginia Beach, VA 23456;

And

L. CLAY AND GALE CAMP
710 Greensboro Avenue
Virginia Beach, VA 23451;

And

JOHN AND CHRISTINE CAPOZZOLI
2408 Windy Pines Bend
Virginia Beach, VA 23456;

And

HELEN C. CARROLL REVOCABLE TRUST
901 Earl of Essex Arch
Virginia Beach, VA 23454;

And

JOSEPHA CAUWET
515 Carolina Avenue
Virginia Beach, VA 23451;

And

RAWLINS, JR. AND ETHEL CLARKE
3009 Ramblewood Court
Virginia Beach, VA 23456;

And

RICHARD AND CYNTHIA COOK

1405 Linlier Drive
Virginia Beach, VA 23451;

And

MICHAEL AND CYNTHIA COOKE
1009 Timber Court
Virginia Beach, VA 23454;

And

TIMOTHY AND MARIA COPELAND
205 Silver Maple Circle
Virginia Beach, VA 23452;

And

THERESA E. DALONE
721 Greensboro Avenue
Virginia Beach, VA 23451;

And

DONALD AND DENISE DAMON
2104 Cricket Court
Virginia Beach, VA 23454;

And

HIROO AND KAMLA DARYANANI
528 Southside Road
Virginia Beach, VA 23451;

And

KAYE R. DAVIS
2001 Basswood Court
Virginia Beach, VA 23456;

And

JACK I. DECAPRIO
531 Lake Drive
Virginia Beach, VA 23451;

And

LELIA W. DEVEREUX
3946 Ocean Hills Court
Virginia Beach, VA 23451;

And

BRIAN AND AMANDA DODSON
3016 Saville Garden Way
Virginia Beach, VA 23456;

And

HARRY AND CYNTHIA DRAKE
3345 Woodburne Drive
Virginia Beach, VA 23452;

And

FELIX P. FRANCES DZWONKOSKI
829 Seward Lane
Virginia Beach, VA 23451;

And

FRANK AND SUK ERDMAN
2024 Twinflower Court
Virginia Beach, VA 23456;

And

DAVID AND NANCY ERMINI
505 Delaware Avenue
Virginia Beach, VA 23451;

And

JAMES AND MELISSA FARMER
1945 Piney Woods Lane
Virginia Beach, VA 23456;

And

EUGENE AND ANNA FARRAR
1102 Mediterranean Avenue
Virginia Beach, VA 23451;

And

LOUIS AND LIZBETH FIGARI
624 Secotan Road
Virginia Beach, VA 23451;

And

ANN AND ELIZABETH FOWLKES
809 Carolina Avenue
Virginia Beach, VA 23451;

And

JAMES AND WENDY FRANK
3115 Hickorywood Court
Virginia Beach, VA 23456;

And

DAVID A. FRENCH
3177 Winterberry Lane
Virginia Beach, VA 23456;

And

F. MASON GAMAGE
476 Southside Road
Virginia Beach, VA 23451;

And

RONALD AND PAMELA GEORGE
2332 Breezy Pines Lane
Virginia Beach, VA 23456;

And

WILLIAM AND MARY GILBERT
925 Earl of Chatham Lane
Virginia Beach, VA 23454;

And

HARRY AND PATRICIA GILLEN

624 Fort Raleigh Drive
Virginia Beach, VA 23451;

And

ROBERT AND ROCHELLE GOOD
968 Calypso Lane
Virginia Beach, VA 23454;

And

DEBORAH G. GOZZARD
734 Greensboro Avenue
Virginia Beach, VA 23451;

And

DEBORAH D. GREEN
1905 Winter Forest Court
Virginia Beach, VA 23456;

And

DELORES D. GREENE
401 Virginia Avenue
Virginia Beach, VA 23451;

And

THOMAS AND CYNTHIA GRIFFIN
523 25th Street
Virginia Beach, VA 23451;

And

CHRISTOPHER AND CINDY GRIGSBY
3000 Ramblewoods Court
Virginia Beach, VA 23456;

And

JEROME AND BARBARA GROSS
3936 Oakridge Circle
Virginia Beach, VA 23451;

And

DENNIS S. HACK
521 13th Street
Virginia Beach, VA 23451;

And

DOUGLAS AND DEBORAH HADSOCK
1842 Bloomfield Drive
Virginia Beach, VA 23456;

And

DOUGLAS AND GWYN HAHN
2709 Cattayle Run
Virginia Beach, VA 23452;

And

ELIHU AND LORENE HALL
3229 Winterberry Lane
Virginia Beach, VA 23456;

And

DONALD AND JULIE HAMILTON
1941 Piney Bark Court
Virginia Beach, VA 23456;

And

SANDRA AND CLARA HELLER
543 Barberton Drive
Virginia Beach, VA 23451;

And

HIRAM AND MICHA HESTER
1057 Tottenham Lane
Virginia Beach, VA 23454;

And

JACK AND PAMELA HILDENBRANDT
3044 Barberry Lane
Virginia Beach, VA 23456;

And

ERNEST AND MELVALA HOWELL
1217 White Birch Lane
Virginia Beach, VA 23456;

And

EUGENE, JR. AND AMY HOYE
2116 Claridge Court
Virginia Beach, VA 23454;

And

WILLIAM AND PATRICIA HUNTER
1909 Thunderbird Drive
Virginia Beach, VA 23454;

And

CHARLES M. IRWIN
1023 Colonial Meadows Way
Virginia Beach, VA 23454;

And

RANDAL J. JACOBSON
611 13th Street
Virginia Beach, VA 23451;

And

PEGGY JO JAEGER
908 Westview Court
Virginia Beach, VA 23454;

And

THOMAS AND AMY JEFFRIES
506 26th Street
Virginia Beach, VA 23451;

And

GABRIEL A. JIMENEZ

820 High Point Avenue
Virginia Beach, VA 23451;

And

JAMES AND GAIL JOHNSON
2001 Starboard Court
Virginia Beach, VA 23454;

And

ROBERT AND SHEILA JOSEPHBERG
1205 Kamichi Court
Virginia Beach, VA 23451;

And

EVAN AND LORI KALFUS
504 Coastal Drive
Virginia Beach, VA 23451;

And

EDWARD AND ELLEN KEETER
905 Cardinal Road
Virginia Beach, VA 23451;

And

GAY KING
728 Wolfsnare Circle
Virginia Beach, VA 23454;

And

JOHN AND SUSAN KINSLER
719 12th Street
Virginia Beach, VA 23451;

And

ROBERT S. KREIE
408 Hobart Avenue
Virginia Beach, VA 23451;

And

GARY AND DONNA KUNDE
280 Golden Maple Drive
Virginia Beach, VA 23452;

And

ROY AND SARA LAM
608 High Point Avenue
Virginia Beach, VA 23451;

And

NORMAN AND HAZEL LANGREHR
3208 Winterberry Lane
Virginia Beach, VA 23456;

And

MICHAEL AND DIANE LEARY
3209 Chicory Court
Virginia Beach, VA 23456;

And

BRYAN A. LUCK
520 General Booth Boulevard
Virginia Beach, VA 23451;

And

CHARLES M. MACLENNAN
253 Golden Maple Drive
Virginia Beach, VA 23452;

And

CLINTON AND JANET MADDOX
2373 Breezy Pines Lane
Virginia Beach, VA 23456;

And

JAMES AND THERESA MARCHESANI
505 Lighthouse Point
Virginia Beach, VA 23451;

And

DONNA M. MARKUM
1028 Tottenham Lane
Virginia Beach, VA 23454;

And

WAYNE AND JILL MARTIN
1866 Bloomfield Drive
Virginia Beach, VA 23456;

And

BRETT AND LESLIE MASIE
2273 Sandy Woods Lane
Virginia Beach, VA 23456.