Anderson, et al. v. United States – 04-333L

JAMES AND JANICE ANDERSON
301 Caribbean Avenue
Virginia Beach, VA 23451;

And

CESAR AND LOLITA ARALAR
3048 Barberry Lane
Virginia Beach, VA 23456;

And

LARRY AND TRACY BOYER
513 Sandy Valley Court
Virginia Beach, VA 23452;

And

JAMES AND KATE BULLOCK
3977 Ocean Hills Court
Virginia Beach, VA 23451;

And

MARY L. CAMPER
1344 Carolyn Drive
Virginia Beach, VA 23451;

And

BRUCE AND SUZANNE DUNDON
801 Bobolink Drive
Virginia Beach, VA 23451;

And

ROBERT JEFFRIES AND DIANE FENER
1045 Tottenham Lane
Virginia Beach, VA 23454;

And

WERNER HENSEL
517 General Booth Boulevard

Virginia Beach, VA 23451;

And

HAROLD AND PATRICIA MCGEE
437 Lake Drive
Virginia Beach, VA 23451;

And

JEFFREY AND AIMEE PHILLIPS
705 13th Street
Virginia Beach, VA 23451;

And

JAMES J. REYNOLDS
410 23rd Street
Virginia Beach, VA 23451;

And

WILLIAM AND SALLY SHELHORSE
536 Southside Road
Virginia Beach, VA 23451;

And

FRANCIS T. VERFURTH
909 Bobolink Drive
Virginia Beach, VA 23451;

And

MICHAEL VILLAREALE
822 23rd Street
Virginia Beach, VA 23451;

BONNIE M. YOUNGBERG
1038 Colonial Meadows Way
Virginia Beach, VA 23454;

And

CHARLES AND SUSAN MCCLAIN
504 Harbour Point

Virginia Beach, VA 23451;

And

CHARLES AND MARY MCFADDEN
896 Winwood Drive
Virginia Beach, VA 23451;

And

PHILLIP MCGINNIS
1236 Madras Court
Virginia Beach, VA 23454;

And

DAVID AND JENNIFER MCGOWAN
534 Lakewood Circle
Virginia Beach, VA 23451;

And

MICHAEL AND PAUL MCMAHON
117 Pinewood Road
Virginia Beach, VA 23451;

And

JOSEPH, JR. AND SANDRA MEYER
2109 St. Marshall Drive
Virginia Beach, VA 23454;

And

WILLIAM, JR. AND SHARON MEYER
2360 Wilchester Glen Drive
Virginia Beach, VA 23456;

And

MARIE A. MILLER REVOCABLE TRUST
3209 Corvette Court
Virginia Beach, VA 23452;

And

GEORGE J. MILLER
524 Virginia Avenue
Virginia Beach, VA 23451;

And

WILLIAM L. MILLIGAN
3000 Red Maple Lane
Virginia Beach, VA 23452;

And

ALFRED AND DONNA MONOSTORI
2081 Grey Fox Lane
Virginia Beach, VA 23456;

And

LOUISE B. MONROE
1021 Colonial Meadows Way
Virginia Beach, VA 23454;

And

JAMES AND YVONNE MOORE
1537 Wolfsnare Road
Virginia Beach, VA 23451;

And

ARTHUR AND CHRISTINE MOYE
1913 Olympic Drive
Virginia Beach, VA 23456;

And

NORMA R. MOYER
2337 Breezy Pines Lane
Virginia Beach, VA 23456;

And

WINFRED AND MARY MURPHY
2521 Salem Drive
Virginia Beach, VA 23456;

And

CHARLES AND ADELAIDE NEAL
2337 Plantation Drive
Virginia Beach, VA 23454;

And

DANIEL AND SANDRA NEVEU
515 Pinewood Drive
Virginia Beach, VA 23451;

And

DEAN F. NICKODEMUS
1809 Eastborne Drive
Virginia Beach, VA 23454;

And

MICHAEL AND SEAN O'CONNELL
1513 Little Horseshoe Drive
Virginia Beach, VA 23451;

And

JAMES L. OGLETREE
2276 Windy Pines Bend
Virginia Beach, VA 23456;

And

DAVID AND EVELYN OWENS
815 Terrace Avenue
Virginia Beach, VA 23451;

And

HOWARD AND ALISON PAPENHAUSEN
3168 Crestwood Lane
Virginia Beach, VA 23456;

And

TEDDY AND MICHELLE PAPPACHRISTON
508 Delaware Avenue

Virginia Beach, VA 23451;

And

DAVID A. PASICOV
1412 Linlier Drive
Virginia Beach, VA 23451;

And

EDWARD AND LINDA PASSARO
1632 Wolfsnare Road
Virginia Beach, VA 23451;

And

ART AND LAURA PAYNE
3185 Crestwood Lane
Virginia Beach, VA 23456;

And

IMOGENE M. PHELPS
408 Chesopeian Trail
Virginia Beach, VA 23452;

And

ROBERT AND DOROTHY PIGOTT
3704 Landstown Road
Virginia Beach, VA 23456;

And

DENNIS M. POLLI
1857 Bloomfield Drive
Virginia Beach, VA 23456;

And

MICHAEL AND DEBORAH PROCTOR
1533 Little Horseshoe Drive
Virginia Beach, VA 23451;

And

WILLIAM AND LAURIE REED
900 Horseshoe Court
Virginia Beach, VA 23451;

And

JAMES AND ROBIN REIF
625 High Point Avenue
Virginia Beach, VA 23451;

And

JOSEPH AND MARIANNE REJEWSKI
2904 Saville Garden Way
Virginia Beach, VA 23456;

And

WILLIAM, JR. AND LAURA RICE
1410 Baltic Avenue
Virginia Beach, VA 23451;

And

EDWARD AND SANDRA RICHARDSON
710 Maryland Avenue
Virginia Beach, VA 23451;

And

JAMES AND VIRGIE RIDDICK
1805 Loganberry Court
Virginia Beach, VA 23456;

And

VICTORIA W. RISTER
710 High Point Avenue
Virginia Beach, VA 23451;

And

DEBBY L. ROBERTS
1201 Green Cedar Lane
Virginia Beach, VA 23456;

And

MICHAEL AND LISA SANDERS
3048 Birch Bark Drive
Virginia Beach, VA 23452;

And

CATHERINE J. SANDOVAL
3137 Crestwood Lane
Virginia Beach, VA 23456;

And

GORDON AND ANITA SCHULLER
512 Fishermans Bend
Virginia Beach, VA 23451;

And

MICHAEL AND KAREN SCOTT
708 9th Street
Virginia Beach, VA 23451;

And

ALBERTO AND MARIA SEPULVEDA
985 Commodore Drive
Virginia Beach, VA 23454;

And

RALPH AND RUTH SEUTTER
2205 Monsarat Lane
Virginia Beach, VA 23456;

And

EDWARD AND LORRAINE SHEA
2989 Saville Garden Way
Virginia Beach, VA 23456;

And

MICHAEL SIDWELL
556 General Booth Boulevard

Virginia Beach, VA 23451;

And

VERNON AND LINDA SIMMONS
2204 Mansion Cross Lane
Virginia Beach, VA 23456;

And

LAWRENCE AND SALLY SMITH
127 Pinewood Road
Virginia Beach, VA 23451;

And

ERNEST, JR. AND BRENDA SMITH
2900 Saville Garden Way
Virginia Beach, VA 23456;

And

BRIAN AND LADONNA SMITH
626 Maryland Avenue
Virginia Beach, VA 23451;

And

DOUGLAS K. SMITH
723 10th Street
Virginia Beach, VA 23451;

And

STEPHEN AND SUSAN STE. MARIE
1945 Weybridge Circle
Virginia Beach, VA 23454;

And

GREGORY N. STILTNER
1602 Cypress Avenue
Virginia Beach, VA 23451;

And

WILLIAM AND VIOLA STOKES
1400 Linlier Drive
Virginia Beach, VA 23451;

And

GENE AND ALLENE STROMMEN
933 Earl of Essex Arch
Virginia Beach, VA 23454;

And

JESSE AND CHRISTINE SUIT
608 Fort Raleigh Drive
Virginia Beach, VA 23451;

And

DAVID AND JOANNE TAYLOR
1920 Shady Lane
Virginia Beach, VA 23456;

And

B. BRUCE AND JUDITH TAYLOR
421 Discovery Road
Virginia Beach, VA 23451;

And

PAUL AND GAIL THOMPSON
2709 Salem Road
Virginia Beach, VA 23456;

And

CARL AND ANNMARIE TROST
3204 Chicory Court
Virginia Beach, VA 23456;

And

JAMES AND MAHALA VAIL
1404 Carolyn Drive
Virginia Beach, VA 23451;

And

JAMES AND JEANETTE VALLIERE
2933 Pinewood Drive
Virginia Beach, VA 23452;

And

PAUL AND LENICE VALLIERE
2937 Pinewood Drive
Virginia Beach, VA 23452;

And

MICHAEL S. VANDERSLICE
605 Virginia Avenue
Virginia Beach, VA 23451;

And

GEORGE AND MARY VAUGHAN
2409 Hunts Neck Trail
Virginia Beach, VA 23456;

And

PATRICK VENDITTI
3032 Red Maple Lane
Virginia Beach, VA 23452;

And

PATRICK C. VESCI
905 Greensboro Avenue
Virginia Beach, VA 23451;

And

DAGMAR AND JAN WARD
3056 Silver Maple Drive
Virginia Beach, VA 23452;

And

NANCY WARREN
988 Colonial Meadows Way

Virginia Beach, VA 23454;

And

EDDIE AND ELIZABETH WATERMAN
2244 Windy Pines Bend
Virginia Beach, VA 23456;

And

DAVID AND MARY JANE WEAST
2257 Sandy Woods Lane
Virginia Beach, VA 23456;

And

JODI L. WEBB
611 Maryland Avenue
Virginia Beach, VA 23451;

And

DAVID AND DEBORAH WEST
2125 Tall Pines Bend
Virginia Beach, VA 23456;

And

DIANA R. WHITEWAY
1608 Bailey Lane
Virginia Beach, VA 23451;

And

GREGORY AND DOLORES WHITLEY
2209 Lord Seaton Circle
Virginia Beach, VA 23454;

And

CLARENCE AND JEAN WIGGINS
2379 London Bridge Road
Virginia Beach, VA 23456;

And

KEVIN WILLIAMS AND DARLENE TONG
177 Pritchard Road
Virginia Beach, VA 23452;

And

EARL AND ROBIN WILLIAMS
2209 Pine View Court
Virginia Beach, VA 23456;

And

RICKY, SR. AND PATRICIA WILLIAMS
3045 Barberry Lane
Virginia Beach, VA 23456;

And

STEVEN J. WILLIAMSON
2333 Breezy Pines Lane
Virginia Beach, VA 23456;

And

KORTY AND GENEVIEVE WILSON
1808 Loganberry Court
Virginia Beach, VA 23456;

And

PEARL P. WILSON
914 Terrace Avenue
Virginia Beach, VA 23451;

And

JEFFREY AND BECKY WINTER
909 Greensboro Avenue
Virginia Beach, VA 23451;

And

HUGH AND NANCY WOLCOTT
3958 Ocean Hills Court
Virginia Beach, VA 23451;

And

MICHAEL AND CHRISTY WOOD
1488 Levy Court
Virginia Beach, VA 23454;

And

FREDA YAGIELLO REVOCABLE TRUST
504 Delaware Avenue
Virginia Beach, VA 23451;

And

ROBERT AND MARGUERITE YOUNG
665 Fort Raleigh Drive
Virginia Beach, VA 23451.