Aralar, et al. v. United States – 04-1280L

Cesar & Lolita Aralar
2596 Buyrn Circle
Virginia Beach, VA 23456;

And

Irene Ascher
2315 Cornick Drive
Virginia Beach, VA 23454;

And

Irma Bell
1560-62 Indiana Avenue
Virginia Beach, VA 23454;
1552 Indiana Avenue
Virginia Beach, VA 23454;
1566 Indiana Avenue
Virginia Beach, VA 23454;
1556 Indiana Avenue
Virginia Beach, VA 23454;
1557 Ohio Avenue
Virginia Beach, VA 23454;
1559 Ohio Avenue
Virginia Beach, VA 23454;
1604 Ohio Avenue
Virginia Beach, VA 23454;
1561 Ohio Avenue
Virginia Beach, VA 23454;

And

Joseph & Cat Bowers
547 Rivers Reach
Virginia Beach, VA 23452;
2216 Paris Steet
Virginia Beach, VA 23454;

And

Thomas Brown
244 South Rosemont Road
Virginia Beach, VA 23452;
3247 Yorkborough Way
Virginia Beach, VA 23456;

2917 Dante Place
Virginia Beach, VA 23456;
3067 Bosco Court
Virginia Beach, VA 23456;
328 Silina Court
Virginia Beach, VA 23452;
3238 Saxon Place
Virginia Beach, VA 23456;
3050 Blitz Court
Virginia Beach, VA 23456;
3056 Comte Court
Virginia Beach, VA 23456;
3436 Terrazzo Trail
Virginia Beach, VA 23452;
3203 Barlborough Way
Virginia Beach, VA 23456;
3207 Wimbledon Way
Virginia Beach, VA 23456;
844 Westminister Lane
Virginia Beach, VA 23454;
2241 Sedgewick Drive
Virginia Beach, VA 23454;

And

Clois & Carolyn Burns
1321 Credle Road
Virginia Beach, VA 23454;
1327 Credle Road
Virginia Beach, VA 23454;

And

Samuel C. & Dawn Caldow
916 Delaware Avenue
Virginia Beach, VA 23451;
648 9th Street
Virginia Beach, VA 23451;

And

Constance Collins
418 Lake Havasu
Virginia Beach, VA 23454;
502 Abbot Muse
Virginia Beach, VA 23452;
And

Carmen D'Auria
925 General Stuart Drive
Virginia Beach, VA 23454;
229 Stancil Street
Virginia Beach, VA 23452;

And

Jack & Dahl Evartt
2256 Royal Haven Crest
Virginia Beach, VA 23454;
2257 Royal Haven Crest
Virginia Beach, VA 23454;
2240 Royal Haven Crest
Virginia Beach, VA 23454;
2241 Royald Haven Crest
Virginia Beach, VA 23454;
2236 Royal Haven Crest
Virginia Beach, VA 23454;
2237 Royal Haven Crest
Virginia Beach, VA 23454;
2248 Royal Haven Crest
Virginia Beach, VA 23454;
2249 Royal Haven Crest
Virginia Beach, VA 23454;
2253 Royal Haven Crest
Virginia Beach, VA 23454;
2245 Royal Haven Crest
Virginia Beach, VA 23454;
2233 Royal Haven Crest
Virginia Beach, VA 23454;
2244 Royal Haven Crest
Virginia Beach, VA 23454;
901 Kemper Drive
Virginia Beach, VA 23454;
2229 Royal Haven Crest
Virginia Beach, VA 23454;
1133 Trantwood Avenue
Virginia Beach, VA 23454;
2252 Royal Haven Crest
Virginia Beach, VA 23454;

And

William & Anne Gilliam

1324 Virginia Beach Boulevard
Virginia Beach, VA 23454;
1318 Virginia Beach Boulevard
Virginia Beach, VA 23454;
1310 Virginia Beach Boulevard
Virginia Beach, VA 23454;

And

Terry & Marina Hunt
1127 Ocean Pebbles Way
Virginia Beach, VA 23451;
948 Kela Crescent
Virginia Beach, VA 23451;

And

Donald Isbell
2501 Shea Circle
Virginia Beach, VA 23456;
891 Reading Road
Virginia Beach, VA 23451;

And

John E. Jackson
428 22nd Street
Virginia Beach, VA 23451;
430 22nd Street
Virginia Beach, VA 23451;

And

Margaret Johnson
533 Carolina Avenue
Virginia Beach, VA 23451;
534 Carolina Avenue
Virginia Beach, VA 23451;

And

Kimberly Johnson
3220 Sugar Creek Drive
Virginia Beach, VA 23452;
1857 Steve Lane
Virginia Beach, VA 23454;
4105 Front Royal Road

Virginia Beach, VA 23456;
921 Truro Court
Virginia Beach, VA 23452;

And

Mark Johnson
2157 Refuge Court
Virginia Beach, VA 23454;

And

John Kalfas
1151 Woodcock Lane
Virginia Beach, VA 23454;
610 Ocean Lakes Drive
Virginia Beach, VA 23454;
1156 Woodcock Lane
Virginia Beach, VA 23454;

And

Thomas Keipe & Patricia Jack
1860 Abbotsbury Way
Virginia Beach, VA 23456;
1989 Winterhaven Drive
Virginia Beach, VA 23456;

And

Michael Kucharczk
1313 Old Clubhouse Road
Virginia Beach, VA 23456;
829 Mae Place
Virginia Beach, VA 23454;

And

Daniel & Stacy Kucharczk
981 Wasserman Drive
Virginia Beach, VA 23454;

And

Raleigh, Jr. & Vera Manley

1339B Credle Road
Virginia Beach, VA 23454;
1339A Credle Road
Virginia Beach, VA 23454;

And

Vincent & Rosemarie Martino
2028 Seafarer Cove
Virginia Beach, VA 23454;

And

Paul & Janet Menninger
2504 Seedling Grove Court
Virginia Beach, VA 23456;
1840 Haverhill Drive
Virginia Beach, VA 23456;

And

Jacob & Marla Miller
308 Dillon Drive
Virginia Beach, VA 23452;
3008 Homespun Avenue
Virginia Beach, VA 23452;

And

William O. Mitchell, Jr.
313 Swordfish Lane
Virginia Beach, VA 23454;

And

William Bruce Moffat
2287 London Bridge Road
Virginia Beach, VA 23456;

And

Melvin Moore
546 S. Birdneck Road
Virginia Beach, VA 23451;
536 South Birdneck Road
Virginia Beach, VA 23451;
And

Robert & Dorothy Moore
3536 Forest Glen Road
Virginia Beach, VA 23452;
3702 Chimney Creek Drive
Virginia Beach, VA 23462;

And

David Murray
1744 Cottenham Lane
Virginia Beach, VA 23454;

And

Walter & Valerie Neff
1117 Wythe Lane
Virginia Beach, VA 23451;

And

A. Gerald & JoAnn Oden
1229 Peoples Way
Virginia Beach, VA 23451;
1245 Peoples Way
Virginia Beach, VA 23451;

And

Jack & Frances Overacre
1328 Swallow Drive
Virginia Beach, VA 23456;
1305 Swallow Drive
Virginia Beach, VA 23456;
1333 Swallow Drive
Virginia Beach, VA 23456;
1300 Canary Drive
Virginia Beach, VA 23456;

And

R. David Pankratz, Jr.
1122 Carver Avenue
Virginia Beach, VA 23451;
1031 Coastaway Drive
Virginia Beach, VA 23451;

And

Brian & Kathryn Panuline
2556 Maymont Court
Virginia Beach, VA 23454;
2473 Navarre Way
Virginia Beach, VA 23456;

And

Brian & Margaret Perrett
2244 Paris Street
Virginia Beach, VA 23454;
401 East Plantation Road
Virginia Beach, VA 23454;

And

Gary & Randi Perrone
2113 Sherbrook Circle
Virginia Beach, VA 23454;
413 West Plantation Road
Virginia Beach, VA 23454;
1345 Victorian Crescent
Virginia Beach, VA 23454;

And

Julian & Linda Perry
1057 Coastaway Court
Virginia Beach, VA 23451;
2404 Julie Court
Virginia Beach, VA 23454;

And

Julian & Linda Perry
Lynn C. Phillips
1881 North Streamline Drive
Virginia Beach, VA 23454;

And

Matthew C. Preece
William Bruce Moffat
2270 Wolf Street

Virginia Beach, VA 23454;
2256A Reuben Street
Virginia Beach, VA 23454;
2256B Reuben Street
Virginia Beach, VA 23454;
2272 Wolf Street
Virginia Beach, VA 23454;

And

Allen A. & Sedy Ravanpak
1341 Hawk Avenue
Virginia Beach, VA 23456;
3014 Herrman Court
Virginia Beach, VA 23456;
2962 Talon Court
Virginia Beach, VA 23456;
2956 Talon Court
Virginia Beach, VA 23456;
1256 Green Cedar Lane
Virginia Beach, VA 23456;
1401-104 Wendfield Drive
Virginia Beach, VA 23456;
840 Westminster Lane
Virginia Beach, VA 23454;
717 Taft Avenue
Virginia Beach, VA 23452;
3315 Daytona Drive
Virginia Beach, VA 23452;
3318 Daytona Drive
Virginia Beach, VA 23452;

And

Jeffrey Reda
1106 Rebel Run Court
Virginia Beach, VA 23456;
3456 Waltham Circle
Virginia Beach, VA 23452;

And

James J. Reynolds
2908 Bamberg Place
Virginia Beach, VA 23456;

And

John & Cathleen Ritzo
2256 Wolf Street
Virginia Beach, VA 23454;
1001 Southern Points Circle
Virginia Beach, VA 23454;
2254 Wolf Street
Virginia Beach, VA 23454;

And

Rexford Rouse
204 Seabridge Road
Virginia Beach, VA 23451;
1061 Hope Avenue
Virginia Beach, VA 23451;

And

Robert & Sally Saunders
1129 Tanager Trail
Virginia Beach, VA 23451;
1261 Eaglewood Drive
Virginia Beach, VA 23454;

And

Lois Schroff
6501-A Atlantic Avenue
Virginia Beach, VA 23451;
6501-B Atlantic Avenue
Virginia Beach, VA 23451;

And

Jerry & Norma Sharf
3027 Little Island Road
Virginia Beach, VA 23456;
3029 Little Island Road
Virginia Beach, VA 23456;

And
David & Theresa Sillaman
1060 Tall Oak Drive
Virginia Beach, VA 23462;

And

William & Sandra Sivels
1212 Beaver Dam Road
Chesapeake, VA 23322;
1020 Head River Road
Chesapeake, VA 23322;

And

Gary Stevenson
3117 Ashaway Road
Virginia Beach, VA 23452;
2104 Pallets Court
Virginia Beach, VA 23454;

And

Philip & Eileen Stites
1216 Old Clubhouse Road
Virginia Beach, VA 23456;
1244 Old Clubhouse Road
Virginia Beach, VA 23456;

And

Kevin Suggs
4173 Laurel Green Circle
Virginia Beach, VA 23456;
1513 Fairfax Drive
Virginia Beach, VA 23456;
3665 Windmil Drive
Virginia Beach, VA 23456;

And

Dr. Lloyd T. Tarbutton
700 Oriole Drive, Suite #116-A
Virginia Beach, VA 23451-4960;
3468 Marabou Lane
Virginia Beach, VA 23451;

And

Patrick Venditti

3304 Weeping Willow Lane
Virginia Beach, VA 23456;

And

Roy & Annette Waynick
1125 Virginia Beach Boulevard
Virginia Beach, VA 23451;
314 Louisa Avenue
Virginia Beach, VA 23454;

And

Dennis & Cheryl Weber
334 25th 1/2 Street
Virginia Beach, VA 23451;
2325 Newstead Drive
Virginia Beach, VA 23454;

And

Michael & Alice Williams
3805 Ridgeview Road
Virginia Beach, VA 23452;
816 Holly Hedge Avenue
Virginia Beach, VA 23452;

And

Herbert & Earleen Wilson
2173 Princess Anne Road
Virginia Beach, VA 23456;
1131 Beautiful Street
Virginia Beach, VA 23451;

And

Cordelia Woodhouse
1012 Barnacle Court

Virginia Beach, VA 23451;
262 Gimbert Drive
Virginia Beach, VA 23452;