Beagle, et al. v. United States – 04-1176C

Linda L. Beagle
1308 Baltic Avenue
Virginia Beach, VA 23451;

And

Judith K. Moore
1312 Chewink Court
Virginia Beach, VA 23451;

And

William & Pat Yeoman
1605 Dendron Drive
Virginia Beach, VA 23451;

And

Arlene R. Keener
1610 Wright Lane
Virginia Beach, VA 23451;

And

Robert J. Richards
1767 Eastborne Drive
Virginia Beach, VA 23454;

And

Robin & Maria Salvador
1817 Winter Wheat Court
Virginia Beach, VA 23453;

And

Phylis B. Priebe
1829 Sheringham West
Virginia Beach, VA 23454;

And

Gary & Dolores Mitchell
1912 Finsbury Lane
Virginia Beach, VA 23454-5020;
And

David A. Scott
1944 Pineview Avenue
Virginia Beach, VA 23456;

And

Verlin & Dorothy Sue Henson
2101 Cutler Ridge Court
Virginia Beach, VA 23454;

And

Isaak Baber & Fira Milshtein
2109 Weybridge Drive
Virginia Beach, VA 23454-5029;

And

Ernest Hoelzer & Marilyn Cohen-Hoelzer
2117 Cutler Ridge Court
Virginia Beach, VA 23454;

And

Shelia M. McKee
2117 Grey Fox Lane
Virginia Beach, VA 23456;

And

Kenneth & Carol Lynch
2141 Tall Pines Bend
Virginia Beach, VA 23456;

And

Rebecca Buskirk
216 Horn Beam Drive
Virginia Beach, VA 23452;

And

Eugene & Denise Figgs
220 Hornbeam Drive
Virginia Beach, VA 23452;

And

Michael & Theresa Oswald
2249 North Wolfsnare Drive
Virginia Beach, VA 23454;

And

George & Anita Alcaraz
2249 Windy Pines Bend
Virginia Beach, VA 23451;

And

Robert & Debra Pennington
2287 Windy Pines Bend
Virginia Beach, VA 23456;

And

Brian L. Minetree
229 Golden Maple Drive
Virginia Beach, VA 23452;

And

Edwin & Beverly Goebel
2409 Windy Pines Bend
Virginia Beach, VA 23456;

And

Ralph & Ellen Saunders
2617 Salem Road
Virginia Beach, VA 23456;

And

Louis & Mary Soscia
2617 Sandy Valley Road
Virginia Beach, VA 23452;

And

Carroll Lindsay
2709 East Kings Road
Virginia Beach, VA 23452;

And

Charles & Cheryl Alexander
276 Golden Maple Drive
Virginia Beach, VA 23452;

And

Larry W. Dandy
2896 Saville Garden Way
Virginia Beach, VA 23453;

And

Leodis & Linda Adams
3020 Red Maple Lane
Virginia Beach, VA 23452;

And

Warren & Victoria Nichols
3037 Barberry Lane
Virginia Beach, VA 23453-5941;

And

Herbert & Betty Van Nostrand
305 Corvette Lane
Virginia Beach, VA 23452;

And

Richard & Tricia Kugelman
3205 Winterberry Court
Virginia Beach, VA 23453;

And

Allen & Renee Nelson
3217 Twinflower Lane
Virginia Beach, VA 23453;

And

Manolito & Judith Lagda
3224 Twinflower Lane
Virginia Beach, VA 23453;

And

Benjamin D. Brittingham
3289 Twinflower Lane
Virginia Beach, VA 23453;

And

John Bowling
332 Dillon Drive
Virginia Beach, VA 23452;

And

Betty J. Tewell
3357 Ashaway Road
Virginia Beach, VA 23452;

And

Yelverton B. Miller
4280 Blackwater Road
Virginia Beach, VA 23457;

And

Gail P. Greene
505 Torrey Court
Virginia Beach, VA 23454;

And

Ernest, Jr. & Carolyn Sawyer
507 High Point Avenue
Virginia Beach, VA 23451;

And

Bartow H. Bridges
510 13th Street
Virginia Beach, VA 23451;

And

Milton & Catherine Sykes
601 Terrace Avenue
Virginia Beach, VA 23451;

And

Edward T. Hardison
624 San Marcos Lane
Virginia Beach, VA 23451;

And

Edward & Sharon Oswald
711 Goldsboro Avenue
Virginia Beach, VA 23451-4723;

And

Edward S. Levine
730 Old Cutler Road
Virginia Beach, VA 23454;

And

Tami G. Van Gorder
805 Earl of Balfon Circle
Virginia Beach, VA 23454;

And

Mary H. Gay
805 Earl of Chesterfield Lane
Virginia Beach, VA 23454;

And

Craig & Karen Bisek
813 Quail Point Cove
Virginia Beach, VA 23454-3158;

And

John & Ella Hathaway
818 Winston Salem Avenue
Virginia Beach, VA 23451;

And

Billy Ray Davis, Jr.
828 12th Street
Virginia Beach, VA 23451;

And

Robert & Michelle Martinez
829 Deary Lane
Virginia Beach, VA 23451;

And

Volker & Young Steil
913 Earl of Essex Arch
Virginia Beach, VA 23454;

And

William & Susan Mulligan
984 Calypso Lane
Virginia Beach, VA 23454;

And

Darryll & Mary Johnson
1000 Baydon Lane
Chesapeake, VA 23322;

And

Terry Hines
1000 Blairmore Drive
Virginia Beach, VA 23454;

And

Rudolph & Kebra Creekmore
1000 Culmer Drive
Virginia Beach, VA 23454;

And

Edward Cantrell & Anne Stark
1000 Great Pine Road
Virginia Beach, VA 23454;

And

Wilson Jr. & Lynne Phelps
1002 Rudee Avenue
Virginia Beach, VA 23451;

And

Vincent Martino
1008 Autumn Woods Lane, Apt. 105
Virginia Beach, VA 23454;

And

Robert & Karen Holmberg
1016 Gauguin Drive
Virginia Beach, VA 23454;

And

Billy & Anna Payne
1022 Hanson Way
Virginia Beach, VA 23454;

And

Karen Hull
1026 Hanson Way
Virginia Beach, VA 23454;

And

Marilyn Ross
1041 Culmer Drive
Virginia Beach, VA 23454;

And

Dr. James Maxwell
1041 Gauguin Drive
Virginia Beach, VA 23454;

And

Bernard & Joann DeFilippo
1051 Hanson Way
Virginia Beach, VA 23454;

And

Kalvin & Susan King
1056 Blairmore Drive
Virginia Beach, VA 23454;

And

Michael & Carol-Lee Dutton
1084 Strauss Court
Virginia Beach, VA 23454;

And

Cecil & Jacqueline Barfield
1088 Debaca Court
Virginia Beach, VA 23454;

And

Robert, Jr. & Elizabeth Travis
1109 Gauguin Drive
Virginia Beach, VA 23454;

And

Robert & Sharon Brian
1113 Crossway Road
Virginia Beach, VA 23454;

And

John & Terrie Ventura
1113 Sunview Court
Virginia Beach, VA 23454;

And

Glen & Pamela Collins
1129 Highcliff Court
Virginia Beach, VA 23454;

And

Beverly Upchurch
1141 Crossway Road
Virginia Beach, VA 23454;

And

William & Deborah Duncan
1153 Las Cruces Drive
Virginia Beach, VA 23454;

And

Edward & Carol Ackerman
1162 Gunn Hall Drive
Virginia Beach, VA 23454;

And

Steve & Marcia Humphrey
120 Pinewood Road
Virginia Beach, VA 23451;

And

Ronald & Carol Guy
1200 Brahms Drive
Virginia Beach, VA 23454;

And

Claiborne & Linda Cofer
1201 Mendelssohn Court
Virginia Beach, VA 23454;

And

Ruperto & Catherine Robles
1205 Mullholand Court
Virginia Beach, VA 23454;

And

Michael & Mary Heath
1213 Handel Drive
Virginia Beach, VA 23454;

And

David & Theresa Sillaman
1221 Garth Court
Virginia Beach, VA 23454 and
1225 Garth Court
Virginia Beach, VA 23454;

And

Knight & Gail Joseph
1224 Mendelssohn Court
Virginia Beach, VA 23454;

And

Walter J. Thomas
1225 Mendelssohn Court
Virginia Beach, VA 23454;

And

Gillian Werth
1242 Indian Road
Virginia Beach, VA 23451;

And

Charles & Mary Ann Pearcy
1261 Faulkner Road
Virginia Beach, VA 23454;

And

Homer Jacks
1280 Brahms Drive
Virginia Beach, VA 23454;

And

James & June Luck
1288 Tennyson Road
Virginia Beach, VA 23454;

And

Joseph & Joy Malbon
1309 Kilder Court
Virginia Beach, VA 23451;

And

Dale & Diana Capito
1320 Mozart Drive
Virginia Beach, VA 23454;

And

John & Mary Syran
1324 Carolyn Drive
Virginia Beach, VA 23451;

And

Garland & Myra Skinner
1336 Carolyn Drive
Virginia Beach, VA 23451;

And

Cynthia Talbot
1409 Carolyn Drive
Virginia Beach, VA 23451;

And

Irene Ascher
1469 Carolyn Drive
Virginia Beach, VA 23451;

And

Fred & Beverly Flaschentrager
1601 Solway Court
Virginia Beach, VA 23454;

And

Richard Foster
1621 Forest Fern Circle
Virginia Beach, VA 23454;

And

Frank & Rosalie Brunt
1629 Forest Fern Circle
Virginia Beach, VA 23454;

And

Martin & Joy Gazaway
1633 Forest Fern Circle
Virginia Beach, VA 23454;

And

Emelia Bundschuh
1701 Royal Park Court
Virginia Beach, VA 23454;

And

Michael & Debra Minlionica
1704 Culmer Court
Virginia Beach, VA 23454;

And

David & Heidi Kaiktsian
1713 Culmer Court
Virginia Beach, VA 23454;

And

Steve & Carla Montgomery
1716 Rexton Street
Virginia Beach, VA 23454;

And

Lamont Price
1721 Pathfinder Drive
Virginia Beach, VA 23454;

And

Roger & Gwendoline Smith
1732 Pathfinder Drive
Virginia Beach, VA 23454;

And

Robert & Barbara Ewell
1802 Durham East
Virginia Beach, VA 23454;

And

John J. DesFosses
1819 Tree Line Road
Virginia Beach, VA 23454;

And

Kelly & Anna Haupt
1824 Tree Line Road
Virginia Beach, VA 23454;

And

Timothy & Stephanie Winslow
1829 Mullholand Drive
Virginia Beach, VA 23454;

And

Steven & Janet McKechnie
1832 Tree Line Road
Virginia Beach, VA 23454;

And

Brent Havens
1835 Tree Line Road
Virginia Beach, VA 23454;

And

Francis, Jr. & Susan Pendergast
1836 Pathfinder Drive
Virginia Beach, VA 23454;

And

Susan Schleicher
1842 Calash Way
Virginia Beach, VA 23454;

And

Scott & Natalie Hoelz
1848 Pathfinder Drive
Virginia Beach, VA 23454;

And

Sean & Graciela Ryan
1856 Pathfinder Drive
Virginia Beach, VA 23454;

And

Charles & Lisa John
1856 Wandsworth Drive
Virginia Beach, VA 23454;

And

Kenneth & Renoma Majors
1860 Wandsworth Drive
Virginia Beach, VA 23454;

And

David Murray
1863 Eastborne Drive
Virginia Beach, VA 23454;

And

Thomas & Terry Wadleigh
1864 Blairmore Arch
Virginia Beach, VA 23454;

And

Nancy Nelson
1871 Calash Way
Virginia Beach, VA 23454;

And

Barry & Sharon Lane
1872 Grinnell Court
Virginia Beach, VA 23454;

And

Dave & Kristine Daniels
1888 Eastborne Drive
Virginia Beach, VA 23454;

And

Donald, Jr. & Ellen Lancrain
1888 Grinnell Court
Virginia Beach, VA 23454;

And

George & Sara Jane Schauer
1920 Rossini Drive
Virginia Beach, VA 23454;

And

Edward & Hazel Glosch
1921 Chopin Drive
Virginia Beach, VA 23454;

And

Pasco & Bogdanka Miele
193 Pritchard Road
Virginia Beach, VA 23452;

And

James & Geraldine Milliser
1941 Beethoven Drive
Virginia Beach, VA 23454;

And

Matthew & Elsa Bracey
1989 Wellsford Drive
Virginia Beach, VA 23454;

And

Patrick & Amy Gordon
2000 Mozart Circle
Virginia Beach, VA 23454;

And

Yousuf & Gulbanu Soorty
2097 Agecroft Road
Virginia Beach, VA 23454;

And

Edward & Robin Kules
2097 Crew Court
Virginia Beach, VA 23454;

And

Charles Fagg & Lisa Reik
2121 Agecroft Road
Virginia Beach, VA 23454;

And

Joseph & Melissa Diehl
2140 Bierce Drive
Virginia Beach, VA 23454;

And

Rupert & Verona Lindo
2144 Schubert Drive
Virginia Beach, VA 23454;

And

Dennis Parks
2157 Weybridge Drive
Virginia Beach, VA 23454;

And

Steven & Susan McGuffey
2165 Agecroft Road
Virginia Beach, VA 23454;

And

Kevin & Cheryl Lomax
2168 Teasdale Drive
Virginia Beach, VA 23454;

And

Pamela Vickrey
2169 Weybridge Drive
Virginia Beach, VA 23454;

And

Brenda Price
2337 South Wolfsnare Drive
Virginia Beach, VA 23454;

And

George & Kaye Wolf
2360 North Wolfsnare Drive
Virginia Beach, VA 23454;

And

Robert & Susan Bishop
2506 Cove Point Place
Virginia Beach, VA 23454;

And

Martin Ferkin
2529 Cove Point Place
Virginia Beach, VA 23454;

And

Steven & Sally Clark
2529 Springhaven Drive
Virginia Beach, VA 23456;

And

Stephen & Marlena Christian
2535 Cove Point Place
Virginia Beach, VA 23454;

And

Vince & Joan Mallen
2537 Cove Point Place
Virginia Beach, VA 23454;

And

Mark & Kim Tidmore
2544 Springhaven Drive
Virginia Beach, VA 23456;

And

Raymond & Valerie Evans
2565 Springhaven Drive
Virginia Beach, VA 23456;

And

Joseph & Gloria Elgin
2584 Springhaven Drive
Virginia Beach, VA 23456;

And

John & Linda Simon
2593 Springhaven Drive
Virginia Beach, VA 23456;

And

Carol Delfaus
2600 East Kings Road
Virginia Beach, VA 23452;

And

Jimmy & Rhysa Godfrey
2613 Springhaven Drive
Virginia Beach, VA 23456;

And

Russell & Kerstin Roland
264 Marlene Street
Virginia Beach, VA 23452;

And

James & Nina Casey
2648 Springhaven Drive
Virginia Beach, VA 23456;

And

William Goodwin
2700 Manoomin Place
Virginia Beach, VA 23451;

And

Arnold Salasky
2744 Manoomin Place
Virginia Beach, VA 23451;

And

Timothy & Pamala Pierce
2754-A Holly Road
Virginia Beach, VA 23451;

And

Clyde & Barbara McCook
280 Bethune Drive
Virginia Beach, VA 23452;

And

Timothy & Andrea Collins
2812 Pinewood Drive
Virginia Beach, VA 23452;

And

Rolf & Kimberli Marshall
2832 Wiigwaas Lane
Virginia Beach, VA 23451;

And

Bruce & Marietta Bailey
3049 Silver Maple Drive
Virginia Beach, VA 23452;

And

Thomas & Gail McKinney
305 Bethune Drive
Virginia Beach, VA 23452;

And

Patricia Becker
305 Falling Lane
Virginia Beach, VA 23454;

And

Deanna Czuba
305 River Forest Road
Virginia Beach, VA 23454;

And

Richard & Audrey Erickson
308 Bethune Drive
Virginia Beach, VA 23452;

And

Gerald & Rebecca Strohm
309 River Forest Road
Virginia Beach, VA 23454;

And

Christopher & Elizabeth Ramirez
3108 Bow Creek Boulevard
Virginia Beach, VA 23452;

And

Jordan & Venus Buller
3109 Bow Creek Boulevard
Virginia Beach, VA 23452;

And

Nichole Friedl
3200 Clubhouse Road
Virginia Beach, VA 23452;

And

Myrus Oliver
3203 Lakecrest Road
Virginia Beach, VA 23452;

And

Leonard, Jr. Smith
3209 Corrine Lane
Virginia Beach, VA 23452;

And

Larry & Tracy Boyer
321 Chesopeian Trail
Virginia Beach, VA 23452;

And

Kenan & Laura Soblotne
321 Falling Lane
Virginia Beach, VA 23454;

And

Ciriaco & Evelyn Santee
3212 Lakecrest Road
Virginia Beach, VA 23452;

And

Richard & Teresa McLaughlin
3212 Lark Street
Virginia Beach, VA 23452;

And

Kenneth & Mary Fredrickson
3213 Florence Street
Virginia Beach, VA 23452;

And

Robert & Vicki Creel
3216 Corrine Lane
Virginia Beach, VA 23452;

And

Montey & Denise Howard
3216 Lakecrest Road
Virginia Beach, VA 23452;

And

John & Emily Sutton
3221 Clubhouse Road
Virginia Beach, VA 23452;

And

Thomas & Denise McLaughlin
3225 Florence Street
Virginia Beach, VA 23452;

And

Thomas Brown
3237 Lakecrest Road
Virginia Beach, VA 23452 and
3219 Lakecrest Road
Virginia Beach, VA 23452;

And

Theodore & Shirley Perrone
3240 Deer Park Drive
Virginia Beach, VA 23452;

And

Mary Brown
416 River Forest Road
Virginia Beach, VA 23454;

And

Homer & Terry Haisten
417 Wolfsneck Trail
Virginia Beach, VA 23452;

And

Florence Rizzo
429 Benlea Circle
Virginia Beach, VA 23454;

And

Grover & Mary Harcum
716 Paula Drive
Virginia Beach, VA 23322.