Burlage, et al. v. United States – 04-120-L

DOUGLAS AND TARA BURLAGE
549 Southside Road
Virginia Beach, VA 23451;

And

LINWOOD AND MARGUERITE DICKERSON
317 Apasus Trail
Virginia Beach, VA 23452;

And

CHERYL M. DIGGS
332 Scarlet Oak Drive
Virginia Beach, VA 23452;

And

HELEN DUBANEVICH
269 Pritchard Road
Virginia Beach, VA 23452;

And

WILLIAM O. MITCHELL, JR.
500 Benlea Court
Virginia Beach, VA 23454;

And

CHARLES AND PATRICIA NASH
2617 Boush Quarter
Virginia Beach, VA 23452;

And

ROBERT AND DEBORAH WAGER
422 Benlea Circle
Virginia Beach, VA 23454;

And

TERRY AND JOANNA WARD

2547 Reagan Avenue
Virginia Beach, VA 23454;

And

WILLIAM AND KATHRYN BETHEA
1320 Kildeer Court
Virginia Beach, VA 23451;

And

LEON AND HELEN CARRINGTON
3244 Dam Neck Road
Virginia Beach, VA 23456;

And

DAVID AND NANCY DICKERSON
1325 Starling Court
Virginia Beach, Virginia 23451;

And

JEFFREY RIDGEWELL ELLIS
513 Kerry Lane
Virginia Beach, Virginia 23451;

And

STEVEN AND CYNTHIA LETOURNEAU
620 Bushnell Court
Virginia Beach, VA 23451;

And

ARTHUR AND BRENDA NYE
1212 Madras Court
Virginia Beach, VA 23454;

And

MICHAEL AND ANA OBAL
2225 Windbranch Circle
Virginia Beach, VA 23456;

And

RICHARD AND LISA ORNSTEIN
524 Fishermans Bend
Virginia Beach, VA 23451;

And

JAMES AND BELINDA POLK
1477 Levy Court
Virginia Beach, VA 23454;

And

CHARLES AND NANCY ROSENBLATT
1324 Chewink Court
Virginia Beach, VA 23451;

And

ALBERT SAFERSTEIN AND MONA GLICKSTEIN
748 Virginia Dare Drive
Virginia Beach, VA 23451;

And

FRANK J. AND PAULETTE SEBREE
1908 Finsbury Lane
Virginia Beach, Virginia 23454;

And

ROBERT AND JOAN VAKOS
909 Holladay Point
Virginia Beach, VA 23451;

And

STANLEY M. AND BETTY S. VICKHOUSE
1309 Chewink Court
Virginia Beach, Virginia 23451;

And

GORDON WALL
523 General Booth Boulevard
Virginia Beach, VA 23451;

And

KIM AND PAMELA WHITLEY
715 Winston-Salem Avenue
Virginia Beach, VA 23451;

And

MARCUS WILSON
2969 Saville Garden Way
Virginia Beach, VA 23456;

And

VICTOR AND RYOKO WILSON
3008 Red Maple Lane
Virginia Beach, VA 23452.