Joseph Mack v. United States – 05-628L

JOSEPH MACK
702 Deer Ridge Court
Chesapeake, Virginia 23322