Price, et al. v. United States – 04-1718

Jacklynn S. Price
1037 Tottenham Lane
Virginia Beach, VA 23454;

And

Donald & Deborah Maher
1115 Vermilya Court
Virginia Beach, VA 23454;

And

Sondra L. Malbone
116 London Bridge Road
Virginia Beach, VA 23454;
1220 Swallow Drive
Virginia Beach, VA 23456;

And

Mary A. Cassidy
1324 Ruddy Oak Court
Virginia Beach, VA 23453;

And

Robert & Heidi Flanagan
1472 Scott Bend Lane
Virginia Beach, VA 23454;

And

William & Cynthia Edwards
1816 Sheringham East
Virginia Beach, VA 23454;

And

Linda M. Fischer
1944 Windy Leaf Court
Virginia Beach, VA 23456;

And

Anthony & Darna Goins

2148 Whitley Abbey Drive
Virginia Beach, VA 23456;

And

Thomas & Janell Gatlin
2869 Saville Garden Way
Virginia Beach, VA 23451;

And

Lisa B. Carlson
3708 Bridlepath Lane
Virginia Beach, VA 23456;

And

Dale & Gedencia Rider
3800 Tiffany Lane
Virginia Beach, VA 23456;

And

Peter Scheidemantel
3804 Upland Road
Virginia Beach, VA 23452;

And

Madeline Merritt
4162 Spruce Knob Road
Virginia Beach, VA 23456;
4165 Spruce Knob Road
Virginia Beach, VA 23456;

And

Leslie C. Davis & Robert C. Suppa
431 Pinewood Drive
Virginia Beach, VA 23451;

And

Harold H. & Patricia R. McGee
500 Pacific Avenue #1105
Virginia Beach, VA 23451;

And

Gary & Cherie Vaughan
750 Beckley Lane
Chesapeake, VA 23322;

And

Edward & Amanda Baum
901 Carolina Avenue
Virginia Beach, VA 23451