Testwuide, et al. v. United States – 01-201L

CAROLE AND ROBERT TESTWUIDE
916 North Oriole Drive
Virginia Beach, VA 23451;

KAREN AND RONALD GREEN
114 London Ridge Road
Virginia Beach, VA 23454;

GRACE AND JOSEPH LOCASTO
1105 Murray Drive
Chesapeake, VA 23322;

GEORGE BUNN
320 Scott Lane #A
Virginia Beach, VA 23454;

SANDRA AND JAMES LYLES
950 Maryland Avenue
Virginia Beach, VA 23451