**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| | ) | (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND TIME**
**TO FILE JOINT STATUS REPORT**

Plaintiffs and Defendant move jointly for an extension until August 28, 2007 in which to file the Joint Status Report mandated in the Court's Order filed on May 18, 2007.

On May 18, 2007, the parties informed the Court that they had reached a settlement in the vast majority of claims in these consolidated cases. In the May 18 Order, the Court removed the scheduled trial from the calendar, stayed all proceedings, and ordered the parties to file a joint status report on or by Friday, June 8, 2007, including a proposal for further proceedings regarding the remaining Plaintiffs. (Doc. #244). Counsel for both Parties have been working diligently to prepare the necessary documents to consummate the settlement, including searches and drafting of approximately 1,350 easements. This process has consumed significant resources and should continue to do so for the next 4 – 6 weeks, after which Counsel will be better able to consider and propose future proceedings.

WHEREFORE, the Parties request an extension of time for approximately 60 days until August 28, 2007 in which to file the Joint Status Report.

Respectfully submitted,

/s/
Jack Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
(757) 425-5200
jferrebee@hofheimer.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kfquinn@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

/s/
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Kelle Acock
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
kelle.acock@usdoj.gov

Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com