# In the United States Court of Federal Claims

No. 01-201L
(Filed September 4, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, *et al.*,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint motion for an enlargement of time of sixty (60) days in which to file the joint status report requested by the Court in its May 18, 2007 order. The motion is hereby **GRANTED**. The parties shall file a joint status report on or by **October 29, 2007.**

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge