**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs and Defendant hereby submit the following status report regarding the pending conclusion of the Settlement and Agreement entered into by the parties on May 14, 2007.

I. PLAINTIFFS WHO HAVE NOT BEEN LOCATED

Counsel for the Plaintiffs have been unable to locate the following two Plaintiffs despite telephone calls, written correspondence, computer searches, and the retention of a private investigator:

James and Jennifer Vallance, 3117 Bloomfield Court, Virginia Beach, Virginia 23456
Ann Werner, 1272 Alanton Drive, Virginia Beach, Virginia 23454

The parties respectfully request that the Court order publication in a newspaper with nationwide circulation for a period prescribed by the Court. Should the Plaintiffs named above fail to respond within the prescribed period, the parties request that the named Plaintiffs be dismissed with prejudice.

II. PLAINTIFFS REQUESTING DISMISSAL WITH PREJUDICE

The following four Plaintiffs have requested to be dismissed with prejudice without participating in the settlement:

Woodrow and Rosanne Roble, 2501 Consolvo Drive, Virginia Beach, Virginia 23454
Larry and Paula LaRossa, 2124 Land of Promise Road, Chesapeake, Virginia 23322
Leo and Renee Anthony, 2676 Level Loop Road, Virginia Beach, Virginia 23456
William and Sally Shelhorse, 536 Southside Road, Virginia Beach, Virginia 23451

III. PLAINTIFFS REJECTING THE SETTLEMENT

The following five Plaintiffs have rejected the settlement:

Gary and Mary Hubbard
Alexei and Natalija Savostyanov
Shirley Hall
Doris Jane Edney
William III and Tracy Himchak

The Plaintiffs intend to continue representing Gary and Mary Hubbard, Alexei and Natalija Savostyanov, Shirley Hall and Doris Jane Edney. The Plaintiffs will move to withdraw from representation of William III and Tracy Himchak.

The Plaintiffs request that the Court consolidate the claims of the Plaintiffs who have rejected the settlement with those claims pending in Askins v. United States.

The Defendant opposes this proposal. Consolidation is not properly before the Court at this time, because Plaintiffs have not filed a motion for consolidation under RCFC 42.1. If such a motion were filed, Defendant would oppose. The Askins v. United States, No. 07-650L (filed September 5, 2007) and Abernethy v. United States, No. 07-651L (filed September 5, 2007) complaints were filed more than six years after Plaintiffs' July 1999 alleged date of taking. Consequently, the claims associated with these complaints are in a completely different posture than the claims of the Plaintiffs that rejected the settlement. Indeed, Defendant will be filing a motion to dismiss the claims in Askins and Abernethy in lieu of filing an Answer.

IV. AVIGATON EASEMENTS NOT YET SIGNED, REQUIRING REVISION AND/OR LIENS RELEASED

There are avigation easements remaining to be signed by Plaintiffs. There are also avigation easements requiring revision and/or a resolution of liens. The parties have made significant progress in completing the easements, but need additional time in order to complete them.

The parties request 60 days from this date within which to submit a joint discovery schedule and a joint status report with respect to the settlement and the Plaintiffs who have not been located.

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
(757) 425-5200
jferrebee@hofheimer.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue

/s/ Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Kelle Acock
Environment & Natural Resources
Division

Suite 408
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kfquinn@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
20374
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
kelle.acock@usdoj.gov

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C.

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com