# In the United States Court of Federal Claims

No. 01-201L
(Filed November 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the joint status report submitted by the parties. Several plaintiffs have requested that their claims be dismissed with prejudice. The Court **GRANTS** this motion and **DISMISSES** with prejudice the claims of the following plaintiffs: Woodrow and Rosanne Roble (*Whitley v. United States*, No. 04-1331), Larry and Paula LaRossa (*Whitley v. United States*, No. 04-1331), Leo and Renee Anthony (*Whitley v. United States*, No. 04-1331), and William and Sally Shelhorse (*Anderson v. United States*, No. 04-333).

The Court has considered the parties' request to publish in a newspaper with nationwide circulation the names of plaintiffs whom counsel was unable to locate -- namely James and Jennifer Vallance and Ann Werner. Chambers has located a possible address for Ann Werner and contacted plaintiffs' counsel with this information. Accordingly, the Court will provide counsel for plaintiffs additional time to contact Ms. Werner and to continue efforts to locate the Vallances before considering the motion to order a published notice regarding their whereabouts. Counsel for plaintiffs shall report to the Court on or by December 3, 2007, as to whether these efforts were successful. If plaintiffs' counsel has not located the missing plaintiffs by this date, the Court will then consider the publication request.

Plaintiffs' counsel has suggested consolidating the claims of the five plaintiffs who have rejected the settlement with the recently filed case of *Askins v. United States*, No. 07-650. Since all of the plaintiffs who rejected the settlement were a part of *Whitley v. United States*, No. 04-1331, the Court would prefer to keep those parties consolidated under case No. 04-1331 (possibly using the name of a new lead plaintiff, if necessary to prevent confusion).

Furthermore, the Court **GRANTS** the parties' request of sixty days to submit a joint discovery schedule and joint status report with respect to the settlement and the remaining plaintiffs. The parties shall file their joint discovery schedule and status report on or by December 28, 2007.

**IT IS SO ORDERED**.

/s Victor J. Wolski

**VICTOR J. WOLSKI**
Judge