**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| | ) | (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND TIME**
**<u>TO FILE JOINT STATUS REPORT</u>**

Plaintiffs and Defendant move jointly for an extension until January 4, 2008 in which to file the Joint Status Report mandated in the Court's Order filed on November 2, 2007.

Counsel for Defendant and Plaintiffs have conferred and attempted to reconcile the status of the remaining issues regarding the settlement. Currently, counsel for Defendant and Plaintiffs are out of town for the holidays. Upon return, Counsel will finalize promptly the Joint Status Report with respect to the settlement and the Plaintiffs who have not been located.

WHEREFORE, the Parties request an extension of time for approximately 7 days until January 4, 2008 in which to file the Joint Status Report.

Respectfully submitted,

/s/
Jack Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
(757) 425-5200
jferrebee@hofheimer.com

/s/
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com
kfquinn@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Kelle Acock
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
kelle.acock@usdoj.gov

Robert J. Smith
Mary Raivel
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington Navy Yard, D.C. 20374