# In the United States Court of Federal Claims

No. 01-201L
(Filed January 4, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' joint motion for an enlargement of time of seven days in which to file the joint status report requested by the Court in its November 2, 2007 order. The motion is hereby **GRANTED**. The parties shall file a joint status report on or by January 4, 2008.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge