**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs and Defendant hereby submit the following status report regarding the pending conclusion of the Settlement and Agreement entered into by the parties on May 15, 2007.

I. PLAINTIFFS WHO HAVE NOT BEEN LOCATED

Counsel for the Plaintiffs have been unable to locate the following Plaintiff despite telephone calls, written correspondence, computer searches, and the retention of a private investigator:

Ann Werner, 1272 Alanton Drive, Virginia Beach, Virginia 23454

The parties respectfully request that the Court order publication in a newspaper with nationwide circulation for a period prescribed by the Court. Should the Plaintiff named above fail to respond within the prescribed period, the parties request that the named Plaintiff be dismissed with prejudice.

The other individuals Counsel for the Plaintiffs were unable to locate as reflected in the previous joint status report have since been located and are participating in the settlement.

II. PLAINTIFFS REJECTING SETTLEMENT

The following five Plaintiffs have, to date, rejected the settlement:

Gary and Mary Hubbard
Alexei and Natalija Savostyanov
Shirley Hall
Doris Jane Edney
William III and Tracy Himchak

The parties request an additional 60 days within which to attempt reach a settlement with the Defendant on behalf of the rejecting Plaintiffs. At the end of that period, if a settlement has not been concluded with respect to the five Plaintiffs, counsel propose to file an additional Joint Status Report with respect to these Plaintiffs.

III. AVIGATON EASEMENTS NOT YET SIGNED, REQUIRING REVISION AND/OR LIENS RELEASED

There are approximately 115 easements that have not been finalized, primarily involving proposed revisions and outstanding lien issues. The parties are diligently working with one another to resolve these remaining issues in accordance with the settlement agreement. The parties request 60 days from this date within which to submit a joint status report with respect to the five Plaintiffs who have to date rejected the settlement, the remaining easements, and the one Plaintiff who has not been located.

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
(757) 425-5200

/s/ Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources Division
Department of Justice
P.O. Box 663

jferrebee@hofheimer.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Towson, Maryland 21204
mwolf@quinnlaw.com
kfquinn@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com

Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington, D.C. 20374