**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs and Defendant hereby submit the following status report regarding the pending conclusion of the Settlement and Agreement & Release ("Settlement Agreement") entered into by the parties on May 15, 2007.

I. PLAINTIFF WHO HAS NOT BEEN LOCATED

Counsel for the Plaintiffs has been unable to locate Ann Werner, 1272 Alanton Drive, Virginia Beach, Virginia 23454 despite telephone calls, written correspondence, computer searches, and the retention of a private investigator. Plaintiffs intend to constructively notify Ms. Werner of the Settlement Agreement by publishing a website that describes her interest in the Settlement Agreement and requests information from anyone who has knowledge of her location. Should the Plaintiff named above fail to respond within the prescribed period, the parties request that the named Plaintiff be dismissed with prejudice.

II. PLAINTIFFS REJECTING SETTLEMENT

The following Plaintiffs have rejected the settlement:

Doris Jane Edney

Shirley Hall
William III and Tracy Himchak
Gary and Mary Hubbard
Alexei and Natalija Savostyanov

Plaintiffs' counsel has previously moved to withdraw from representing William III and Tracy Himchak, and will move to withdraw from representing the remaining Plaintiffs that have rejected the settlement.

III. <u>PLAINTIFFS REFUSING TO COMPLY WITH THE TERMS OF THE SETTLEMENT AGREEMENT</u>

The following Plaintiffs who have previously stated they accept the settlement and who still own their homes refuse to provide the United States with an avigation easement in violation of the Settlement Agreement:

Charles Flora
Buddy Matthews
Buffy Waller

The United States intends to file a Motion to Enforce the Settlement Agreement as to these Plaintiffs.

IV. <u>PLAINTIFFS PREVIOUSLY REFUSING TO COMPLY WITH THE TERMS OF THE SETTLEMENT AGREEMENT</u>

To date, the following Plaintiffs have refused to comply with the settlement agreement requirement for the conveyance of an avigation easement to the United States; however, Counsel for Plaintiffs is confident that they will convey avigation easements in the immediate future:

James and Melissa Lester
Linda Horne

V. PLAINTIFFS WITHOUT A VALID PROPERTY INTEREST

Plaintiffs' counsel has determined that Plaintiff Joyce James has never owned the property (205 Dozier Lane, Virginia Beach, Virginia 23454) that she is purported to own in the Whitley v. United States (04-1331L) complaint. Defendant will file a Motion to Dismiss Plaintiff James with prejudice.

The parties have not reached an agreement concerning whether Plaintiffs Charles and Betty Watkins have a valid property interest in 3810 Atlantic Avenue, Virginia Beach, Virginia 23451 (Whitley v. United States (04-1331L) complaint).

VI. AVIGATON EASEMENTS NOT YET SIGNED, REQUIRING REVISION AND/OR LIENS RELEASED

In addition to the issues noted above, there remain 15 easements that have not been finalized, primarily involving outstanding lien issues and proposed revisions. The parties are diligently working with one another to resolve these remaining issues in accordance with the Settlement Agreement.

The parties request an additional 60 days from this date within which to submit a joint status report with respect to the remaining easements and constructive notification of the one Plaintiff who has not been located, as well as Counsel for Plaintiffs' Motion to Withdraw from representing the Non-settling Plaintiffs, and Defendant's Motions to Enforce the Settlement Agreement as to the Plaintiffs who refuse to convey an avigation easement and to Dismiss the claim of Joyce James.

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
(757) 425-5200
jferrebee@hofheimer.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
40 W. Chesapeake Avenue
Towson, Maryland 21204
mwolf@quinnlaw.com
kfquinn@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Giordano & Swain

/s/ Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington, D.C. 20374

4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com