**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No.: 01-201L<br>Judge Victor J. Wolski |

**AFFIDAVIT OF JACK E. FERREBEE**
**SHIRLEY HALL**

The affiant, Jack E. Ferrebee, after first being duly sworn, deposes and says:

1. Following the October 17, 2006 recommended settlement of these claims, I made efforts to communicate and communicated with Shirley Hall as follows:

   a. On or about November 2, 2006. A comprehensive settlement recommendation was mailed to all clients along with a ballot for accepting or rejecting the recommended settlement;

   b. Ms. Hall has not returned the ballot as of this date;

   c. On April 12, 2007, I called Ms. Hall. She indicated that she was undecided;

   d. On Apirl 13, 2007, I left a telephone message for Ms. Hall advising her that she would be registered as rejecting the settlement if she continued to remain undecided;

   e. On April 15, 2007, I called and left a message advising Ms. Hall that she had been registered as rejecting the settlement;

2. On November 12, 2007. Another letter was sent to the Ms. Hall concerning her vote and explaining that the cost of litigating her claim with four other property owners could exceed her potential recovery. The letter further advised her that the costs had to be paid in advance of trial or counsel would have no recourse except to move to withdraw. The letter also reminded her that by the terms of her agreement, counsel could withdraw from further representation if she failed to accept a settlement recommended by counsel.

3. On January 16, 2008, I sent a letter to Ms. Hall inviting her to withdraw from the proceeding in view of her indecision

4. On January 23, 2008, I called Ms. Hall concerning her failure to respond to my January 16, 2008 letter. She informed me that she had retained new counsel. She declined to give me the name of her new counsel, but assured me I would be contacted. I sent a letter to Ms. Hall following our conversation, urging her to have her counsel contact me as soon as possible. I have not received a response from Ms. Hall's new counsel or her to date.

5. On February 12, 2008, I wrote Ms. Hall once again advising her that I have not heard from her attorney and of our intention to withdraw in accordance with our letter of November 12, 2007. I have not received a response.

6. On March 5, 2008, Kieron Quinn sent a letter to Ms. Hall via Federal Express advising her of our intention to move to withdraw from representation if she continued to refuse to accept the settlement. To date, we have not received a response.

Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200

Commonwealth of Virginia
City of Virginia Beach, to-wit:

The foregoing was sworn to and subscribed before me this 21st day of March, 2008 by Jack E. Ferrebee.

Notary Public

My Commission Expires:

PRISCILLA MCCLELLAN
Notary Public
Commonwealth of Virginia
320311
My Commission Expires Jul 31, 2009