# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L Judge Victor J. Wolski |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**AFFIDAVIT OF JACK E. FERREBEE**
**ALEXEI AND NATILIJA SAVOSTYANOV**

The affiant, Jack E. Ferrebee, after first being duly sworn, deposes and says:

1. Following the October 17, 2006 recommended settlement of these claims, I made repeated efforts to communicate with Plaintiffs Alexei and Natilija Savostyanov, as follows:

   a. On or about November 2, 2006. A comprehensive settlement recommendation was mailed to all clients along with a ballot for accepting or rejecting the recommended settlement;

   b. December 9, 2006. The Savostyanovs' ballot had not been received. I left a message on the home telephone provided by the Savostyanovs requesting receipt of the ballot. The recorded voice of the message request was that of a woman with an East European accent;

   c. December 13, 18, and 21, 2006, I left additional telephone messages requesting the ballot;

d. December 29, 2006, I sent a letter to the Savostyanovs requesting the ballot;

e. January 2, 4, and 6, 2007, I left additional telephone messages requesting the ballot;

f. January 7, 2007. I received a ballot signed by Natalija Savostyanov rejecting the settlement;

g. January 7, 2007. I left a telephone message requesting that Alexei Savostyanov participate in the vote and requesting that the Plaintiffs explain the basis for the decision to reject the settlement;

h. January 11, 2007. I sent a letter requesting a vote by Alexei and an explanation for the rejection;

i. January 17, 2007. I left another telephone message concerning the vote;

j. February 3, 2007. I sent another letter concerning the no vote;

k. April 16, 2007. A letter concerning the no vote was hand delivered via courier to the Savostyanovs' address. The delivery was made and confirmed by SRJR Freight, LLC.

l. November 12, 2007. Another letter was sent to the Savostyanovs concerning the vote and explaining that the cost of litigating their claim with four other property owners could exceed their potential recovery. The letter further advised the Savostyanovs that the costs had to be paid in advance of trial or counsel would have no recourse except to move to withdraw. The letter also reminded the

Savostyanovs that by the terms of their agreement, counsel could withdraw from further representation if they failed to accept a settlement recommended by counsel.

m. On February12, 2008, I sent another letter to the Savostyanovs advising them of our intention to move to withdraw from representing them. I have not received a response to the letter.

2. Despite my repeated efforts to communicate with the Savostyanovs concerning their claim, the only communication I have received from either of them is the ballot signed by Mrs. Savostyanov on January 7, 2007.

3. On March 5, 2008, Kieron Quinn sent a letter to the Savostyanovs via Federal Express advising them of our intention to withdraw from representation if they continued to refuse to accept the settlement. To date, we have not received a response.

Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200

Commonwealth of Virginia
City of Virginia Beach, to-wit:

The foregoing was sworn to and subscribed before me this 21ST day of March, 2008 by Jack E. Ferrebee.

Priscilla McClellan
Notary Public

My Commission Expires:

PRISCILLA MCCLELLAN
Notary Public
Commonwealth of Virginia
320311
My Commission Expires Jul 31, 2009