IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al., Plaintiffs, v. THE UNITED STATES OF AMERICA, Defendant. | ) | No.: 01-201L Judge Victor J. Wolski |

**AFFIDAVIT OF JACK E. FERREBEE**
**DORIS JEAN EDNEY**

The affiant, Jack E. Ferrebee, after first being duly sworn, deposes and says:

1. Following the October 17, 2006 recommended settlement of these claims, I made efforts to communicate and communicated with Plaintiff Doris Jean Edney as follows:

   a. On or about November 2, 2006. A comprehensive settlement recommendation was mailed to all clients along with a ballot for accepting or rejecting the recommended settlement;

   b. On November 28, 2006, Ms. Edney rejected the settlement;

   c. On November 8, 2006, I mailed Ms. Edney a letter concerning her rejection of the settlement;

   d. Having received no response to my letter, I wrote Ms. Edney again on February 3, 2007 concerning her rejection of the settlement;

e. On April 11, 2007, I called Ms. Edney concerning her rejection of the settlement. She informed me she would contact me after reconsidering her vote;

f. On April 15, 2007 left a telephone message for Ms. Edney to call

2. On November 12, 2007. Another letter was sent to the Ms. Edney concerning her vote and explaining that the cost of litigating her claim with four other property owners could exceed her potential recovery. The letter further advised her that the costs had to be paid in advance of trial or counsel would have no recourse except to move to withdraw. The letter also reminded her that by the terms of her agreement, counsel could withdraw from further representation if she failed to accept a settlement recommended by counsel.

3. On January 16, 2008, I called Ms. Edney. She once again rejected the settlement. I wrote her the same day after the call, explaining once again counsel's position as outlined in our November 12, letter.

4. On February 12, 2008, I wrote Ms. Edney advising her of our intention to file a motion to withdraw in accordance with our letter of November 12, 2007. I have not received a response.

5. On March 5, 2008, Kieron Quinn sent a letter to Ms. Edney via Federal Express advising her of our intention to withdraw from representation if she continued to refuse to accept the settlement. To date, we have not received a response.

Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, Virginia 23451
(757) 425-5200

Commonwealth of Virginia
City of Virginia Beach, to-wit:

The foregoing was sworn to and subscribed before me this 21st day of March, 2008 by Jack E. Ferrebee.

Priscilla McClellan

Notary Public

My Commission Expires:

PRISCILLA MCCLELLAN
Notary Public
Commonwealth of Virginia
320311
My Commission Expires Jul 31, 2009