**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 01-201L
(Judge Victor J. Wolski)

**DEFENDANT'S RESPONSE TO MOTION OF PLAINTIFFS' COUNSEL TO WITHDRAW AS COUNSEL TO ALEXI AND NATALIGA SAVOSTYANOV**

Defendant does not oppose Plaintiffs' Counsel Motion to Withdraw as Counsel to Alexi and Nataliga Savostyanov (863 Park Place Drive, Virginia Beach, Virginia 23451).

Respectfully submitted,

Dated: April 8, 2008

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources Division
United States Department of Justice

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants
202-305-0424

Of Counsel:
Robert J. Smith
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374