**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| | ) | (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO MOTION OF PLAINTIFFS' COUNSEL TO WITHDRAW AS COUNSEL TO DORIS JEAN EDNEY**

Defendant does not oppose Plaintiffs' Counsel Motion to Withdraw as Counsel to Doris Jean Edney (996 Lynhaven Parkway, Virginia Beach, Virginia 23452).

Respectfully submitted,

Dated: April 8, 2008

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources Division
United States Department of Justice

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3205
Washington, D.C. 20004
Counsel for Defendants
202-305-0424

Of Counsel:
Robert J. Smith
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374