# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v. No. 01-201L

Jude Victor J. Wolski

THE UNITED STATES OF AMERICA,

Defendant.

## MOTION TO WITHDRAW FROM REPRESENTATION OF JOYCE JAMES

Plaintiffs' counsel hereby moves to withdraw from representation of Joyce James upon the following grounds.

On May 4, 2001, Joyce James retained Plaintiffs' counsel to represent her in the present inverse condemnation claim against the United States. On the date counsel were retained, Ms. James represented that she was the sole owner of 205 Dozier Lane, Virginia Beach, Virginia 23454 and that she owned the property on or before July 1, 1998.

Upon reaching a settlement of her claim with the United States, Plaintiffs' counsel discovered that the property is owned by Audrey James, Joyce James' sister. It was further discovered that Joyce James did not own the property on July 1, 1998 nor at anytime thereafter.

Following the discovery that Ms. James did not own the property, counsel urged her to inform her sister of the settlement and to request that her sister consider granting an avigation easement to the United States, assuming that an assignment of her claim to her

sister remained possible. Ms. James declined to do so and demanded that she be paid in accordance with the terms of the settlement.

Plaintiffs' counsel has previously informed counsel for the United States that Ms. James did not own the property on the date of the taking nor at anytime thereafter. Plaintiffs' counsel have been informed by counsel for the United States that he intends to move to dismiss Ms. James' claim.

For the foregoing reasons, Plaintiffs' counsel respectfully prays that the Court enter an order granting counsel's motion to withdraw from further representation of Joyce James in this proceeding.

Respectfully submitted,

Dated:

s/Jack E. Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com

Of Counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Towson, Maryland 21204
(410) 825-2300
kquinn@quinnlaw.com
mwolf@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com

**Certificate of Service**

I certify that a true copy of the foregoing motion was mailed by first class postage prepaid this 16th day of April, 2008 to:

Joyce James
940 Maximus Square
Apartment 101
Virginia Beach, Virginia 23451-6332

s/Jack E. Ferrebee