**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-201L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF JOYCE JAMES**

Defendant, United States, hereby moves pursuant to RCFC 12(b)(1) to dismiss Plaintiff Joyce James as this Court lacks jurisdiction over her claims, or alternatively, under RCFC 12(b)(6) for lack of standing. James was included in the Whitley v. United States Complaint, No. 04-1331L (Filed August 16, 2004), as the purported owner of 205 Dozier Lane, Virginia Beach, Virginia 23454 alleging a taking of the property by the United States as a result of flight operations of F/A-18 C/D aircraft at Naval Air Station Oceana. Exhibit A. Whitley v. United States was consolidated with other related cases under Testwuide v. United States on February 14, 2005. The related cases were included in the Settlement Agreement & Release ("Settlement Agreement") entered into by the parties on May 15, 2007. As discussed below, James did not own the property at the time of the alleged taking or thereafter, and therefore, must be dismissed with prejudice.

In accordance with the Settlement Agreement, the United States has conducted title searches of approximately 1,350 properties in the consolidated litigation to confirm that Plaintiffs can convey avigation easements to the United States. The title review of 205 Dozier Lane, Virginia Beach, Virginia 23454, indicated that Plaintiff James was not the owner. Exhibit

B. As reflected in his Motion to Withdraw from Representation of Joyce James, Counsel for Plaintiffs confirms that James did not have any ownership interest in this property at the time of the alleged taking or anytime thereafter.

It is axiomatic that property ownership is a necessary prerequisite to a takings claim. "Without undisputed ownership of the ... property at the time of the taking[], the [plaintiff] cannot maintain a suit alleging that the Government took their property without just compensation." Cavin v. United States, 956 F.2d 1131, 1134 (Fed. Cir. 1992); see also Lacey v. United States, 595 F.2d 614 (Ct. Cl. 1979); Aaron v. United States, 340 F.2d 655, 663 (Ct. Cl. 1964) (ownership as of the date of alleged taking is necessary to maintain action for an avigation easement). Consequently, James must be dismissed with prejudice.

Counsel for Plaintiffs does not oppose this motion. Counsel for Plaintiffs further recognizes that the United States will be reimbursed $18,000 from the settlement payment referenced in paragraph 1 of the Settlement Agreement and currently held in escrow upon the dismissal of James.

## CONCLUSION

For the foregoing reasons, Defendant respectfully moves this Court to dismiss Plaintiff Joyce James for lack of subject matter jurisdiction pursuant to RCFC 12(b)(1), or alternatively, under RCFC 12(b)(6) for lack standing because James did not own the property at the time of the alleged taking.

Dated: April 16, 2008 Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources Division
United States Department of Justice

/s/ Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3120
Washington, D.C. 20004
Counsel for Defendant
steven.bryant@usdoj.gov
202-305-0424

Of Counsel:
Robert J. Smith
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

Edgar Earl Whitley
100 Sawgrass Bend
Virginia Beach, VA 23451;

And

Jeff & Heidi Blair
1000 Wymers Court
Chesapeake, VA 23322;

And

Kelvin & Dienetta Cooper
1004 Barnacle Court
Virginia Beach, VA 23451;

And

Edward & Megan Moses
1004 Wasseman Drive
Virginia Beach, VA 23454;

And

Steven & Mary Pancoast
1005 Blue Spring Lane
Virginia Beach, VA 23452;

And

Robert & Sonya Flora
1005 Cookham Arch
Chesapeake, VA 23322;

And

William & Debra Yantz
1006 Harwich Drive
Chesapeake, VA 23322;

And

Eric & Andrea Cummings
1008 Culver Lane
Virginia Beach, VA 23454;

And

Joseph & Jill Weeks
2045 Sanderson Road
Chesapeake, VA 23322;

And

Joyce James
205 Dozier Lane
Virginia Beach, VA 23454;

And

Wallace D. Plue
Tona L. Miller
2056 Decathlon Drive
Virginia Beach, VA 23456;

And

James S. Kover
206 Seabridge Road
Virginia Beach, VA 23451;

And

Kevin & Adele Cassidy
2064 Bierce Drive
Virginia Beach, VA 23454;

And

Craig & Elizabeth Teague
208 Farmington Road
Virginia Beach, VA 23454;

And

Andrea Valerio
2100 Sherbrooke Circle
Virginia Beach, VA 23454;

And

TransUnion

# TITLE SEARCH REPORT

TransUnion Settlement Solutions
5300 Brandywine Parkway, Ste 100
Wilmington, DE 19803
Phone: 800-238-1905
Fax: 800-648-3193

| | | | | |
|---|---|---|---|---|
| Lender: | Q19378 | | Report Date: | 07/26/2007 |
| Application #: | James_Joyce | | Borrower: | Joyce James |
| Order ID: | 070605-54731A | | Requested Address: | 205 Dozier Lane<br>VIRGINIA BEACH, VA 23454<br>VIRGINIA BEACH CITY County |
| Requested By: | [redacted] | Fax: | | |
| Requested For: | [redacted] | Fax: 202-305-0506 | | |
| Effective Date: | 07/09/2007 | | | |

## Current Ownership

ALICE AUDREY JAMES NONE STATED

## Deed Information Section 1

| | | | | |
|---|---|---|---|---|
| Grantor(s)<br>JOYCE ANNE JAMES<br>WICKIE RIGGINS<br>JO ELLEN JAMES RIGGINS | | | | |
| Grantee(s)<br>ALICE AUDREY JAMES NONE STATED | | | | |
| Type of Deed<br>WARRANTY | | | | |
| Manner of Title<br>None Stated | | | | |
| Document Number | Consideration<br>$10.00 | Township | | |
| Vesting<br>Y | Book<br>1706 | Page<br>59 | Instrument Date<br>09/01/1977 | Recording Date<br>09/21/1977 |
| Other Deed Info<br>NO MANNER OF TITLE STATED | | | | |

## Deed Information Section 2

| | | | | |
|---|---|---|---|---|
| Grantor(s)<br>ALICE R JAMES DECEASED | | | | |
| Grantee(s)<br>ALICE AUDREY JAMES HEIR<br>JO ELLEN JAMES HEIR<br>JOYCE ANN JAMES HEIR | | | | |
| Type of Deed<br>WILL | | | | |
| Manner of Title<br>HEIR | | | | |
| Document Number | Consideration<br>$0.00 | Township | | |
| Book<br>44 | | Page<br>565 | Instrument Date<br>12/22/1971 | Recording Date<br>12/23/1974 |
| Other Deed Info<br>THIS DEED IS A WILL INSTRUMENT DATE VERIFIED<br>GRANTEES AND GRANTOR VERIFIED | | | | |