**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

Edgar Earl Whitley
100 Sawgrass Bend
Virginia Beach, VA 23451;

And

Jeff & Heidi Blair
1000 Wymers Court
Chesapeake, VA 23322;

And

Kelvin & Dienetta Cooper
1004 Barnacle Court
Virginia Beach, VA 23451;

And

Edward & Megan Moses
1004 Wasseman Drive
Virginia Beach, VA 23454;

And

Steven & Mary Pancoast
1005 Blue Spring Lane
Virginia Beach, VA 23452;

And

Robert & Sonya Flora
1005 Cookham Arch
Chesapeake, VA 23322;

And

William & Debra Yantz
1006 Harwich Drive
Chesapeake, VA 23322;

And

Eric & Andrea Cummings
1008 Culver Lane
Virginia Beach, VA 23454;

And

Joseph & Jill Weeks
2045 Sanderson Road
Chesapeake, VA 23322;

And

Joyce James
205 Dozier Lane
Virginia Beach, VA 23454;

And

Wallace D. Plue
Tona L. Miller
2056 Decathlon Drive
Virginia Beach, VA 23456;

And

James S. Kover
206 Seabridge Road
Virginia Beach, VA 23451;

And

Kevin & Adele Cassidy
2064 Bierce Drive
Virginia Beach, VA 23454;

And

Craig & Elizabeth Teague
208 Farmington Road
Virginia Beach, VA 23454;

And

Andrea Valerio
2100 Sherbrooke Circle
Virginia Beach, VA 23454;

And