TransUnion.

# TITLE SEARCH REPORT

TransUnion Settlement Solutions
5300 Brandywine Parkway, Ste 100
Wilmington, DE 19803
Phone: 800-238-1905
Fax: 800-648-3193

| | | | |
|---|---|---|---|
| Lender: | Q19378 | Report Date: | 07/26/2007 |
| Application #: | James_Joyce | Borrower: | Joyce James |
| Order ID: | 070605-54731A | Requested Address: | 205 Dozier Lane<br>VIRGINIA BEACH, VA 23454<br>VIRGINIA BEACH CITY County |
| Requested By: | [redacted] Fax: | | |
| Requested For: | Fax: 202-305-0506 | | |
| Effective Date: | 07/09/2007 | | |

### Current Ownership

| |
|---|
| ALICE AUDREY JAMES NONE STATED |

### Deed Information Section 1

| | | | | |
|---|---|---|---|---|
| Grantor(s)<br>JOYCE ANNE JAMES<br>WICKIE RIGGINS<br>JO ELLEN JAMES RIGGINS | | | | |
| Grantee(s)<br>ALICE AUDREY JAMES NONE STATED | | | | |
| Type of Deed<br>WARRANTY | | | | |
| Manner of Title<br>None Stated | | | | |
| Document Number | Consideration<br>$10.00 | Township | | |
| Vesting<br>Y | Book<br>1706 | Page<br>59 | Instrument Date<br>09/01/1977 | Recording Date<br>09/21/1977 |
| Other Deed Info<br>NO MANNER OF TITLE STATED | | | | |

### Deed Information Section 2

| | | | | |
|---|---|---|---|---|
| Grantor(s)<br>ALICE R JAMES DECEASED | | | | |
| Grantee(s)<br>ALICE AUDREY JAMES HEIR<br>JO ELLEN JAMES HEIR<br>JOYCE ANN JAMES HEIR | | | | |
| Type of Deed<br>WILL | | | | |
| Manner of Title<br>HEIR | | | | |
| Document Number | Consideration<br>$0.00 | Township | | |
| Book<br>44 | | Page<br>565 | Instrument Date<br>12/22/1971 | Recording Date<br>12/23/1974 |
| Other Deed Info<br>THIS DEED IS A WILL INSTRUMENT DATE VERIFIED<br>GRANTEES AND GRANTOR VERIFIED | | | | |