# In the United States Court of Federal Claims

No. 01-201L
(Filed April 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pending before the Court are three motions submitted by plaintiffs' counsel, requesting leave to withdraw from representation of certain plaintiffs.[1] These motions were served upon the relevant parties, pursuant to Rule 83.1(c)(6) of the Rules of the United States Court of Federal Claims. None of the affected parties has responded to the motions, and the government has filed responses indicating that it did not oppose the motions.[2]

The Court **GRANTS** plaintiffs' counsel's motion to withdraw from representing the following parties: Doris Jean Edney; Alexi and Nataliga Savostyanov; and Shirley Hall. These parties were originally included in *Whitley v. United States*, No. 04-1331, which was consolidated with *Testwuide v. United States* on February 14, 2005.

The Clerk of the Court shall note these individuals shall be considered as acting *pro se* until they submit a substitution of counsel notice to the Court. The Savostyanovs, Ms. Hall, and Ms. Edney shall each separately, along with government counsel, file a joint status report within **thirty days** informing the Court whether the *pro se* parties intend to substitute new counsel and

[1] A fourth motion, concerning the representation of William III and Tracy Himchak, was filed at the same time as these three. Plaintiffs' counsel has informed Chambers that he no longer wishes to withdraw from representing the Himchaks. The Court requests that plaintiffs' counsel file a notice of withdrawal of the Himchak motion.

[2] The time for responding to a fifth motion, seeking leave to withdraw from representation of Joyce James, has not yet run.

proposing a schedule for proceeding with their claims. Each of these joint status reports shall be filed on or by **May 21, 2008**.

**IT IS SO ORDERED**.

/s Victor J. Wolski

**VICTOR J. WOLSKI**
Judge