# In the United States Court of Federal Claims

No. 01-201L
(Filed April 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the March 24, 2008 joint status report. The Court **GRANTS** the parties' request for an additional sixty days for plaintiffs' counsel to move to withdraw as counsel to any other parties who have rejected the settlement. The Court also **GRANTS** the parties' request for an additional sixty days to address the issues remaining with the parties who have yet to provide the United States with an avigation easement, to finalize the remaining easements, and to address any remaining ownership issues. The parties shall file their next joint status report on or by **May 26, 2008**.

Furthermore, the Court **GRANTS** the parties' request for one last attempt to locate the missing plaintiff. On January 23, 2008, the Court had ordered plaintiffs' counsel to publish in a newspaper of nationwide circulation a notice in an attempt to locate Ms. Werner. In lieu of this notice, plaintiffs' counsel may publish a website. The website shall describe the litigation and request that Ms. Werner contact plaintiffs' counsel to prevent her claim from being dismissed with prejudice. Should Ms. Werner not contact plaintiffs' counsel by May 26, 2008 -- the date the next joint status report is due -- the Court will grant the parties' request to dismiss her claim with prejudice.

**IT IS SO ORDERED**.

/s Victor J. Wolski

**VICTOR J. WOLSKI**
Judge