**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| | ) | (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs Alexi and Natalija Savostyanov ("Plaintiffs") and Defendant hereby submit the following status report pursuant to this Court's April 21, 2008 order. Counsel for Defendant and Plaintiffs have conferred through correspondence and on the telephone. Plaintiffs have informed counsel for Defendant that they do not wish to pursue their overflight takings claim alleged in the Whitley v. United States, Complaint, No. 04-1331L (Fed. Cl.). Plaintiffs and Defendant will file a Joint Motion to Dismiss Plaintiffs' claim with prejudice shortly.

Plaintiffs have informed counsel for Defendant that he may file this joint status report on their behalf.

Dated: May 19, 2008

Respectfully submitted,

s// Alexei Savostyanov
Alexei Savostyanov
1776 Aquamarine Drive
Virginia Beach, Virginia 23456

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources
Division

United States Department of Justice

s// Natalija Savostyanov
Natalija Savostyanov
1776 Aquamarine Drive
Division
Virginia Beach, Virginia 23456

s// Steven D. Bryant
Steven D. Bryant
Environmental & Natural Resources

United States Department of Justice
601 D Street, NW, Rm. 3120
Washington, D.C. 20004
Counsel for Defendant
steven.bryant@usdoj.gov
202-305-0424

Of Counsel:
Robert J. Smith
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374