**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No.: 01-201L<br>(Judge Victor J. Wolski) |

**JOINT STATUS REPORT**

Plaintiff Shirley Hall ("Plaintiff") and Defendant hereby submit the following status report pursuant to this Court's April 21, 2008 order. Counsel for Defendant and Plaintiff have conferred through correspondence and on the telephone. Plaintiff has not retained new counsel, and has not decided whether she intends to pursue her claim, but would like additional time to make this decision. Plaintiff requests 70 days until July 28, 2008 to file a joint status report that will inform the Court if Plaintiff has obtained new counsel, or intends to proceed *pro se*, or voluntarily dismiss her claim.[1] If Plaintiff decides to proceed with the litigation, whether represented by counsel or *pro se*, she will propose a schedule for proceeding with her claims in the joint status report that will be filed on or before July 28, 2008.

Plaintiff has informed counsel for Defendant that he may file this joint status report on her behalf.

Dated: May 20, 2008

[1] Plaintiff requested 60 days; however, counsel for Defendant will be out of the office on annual military training July 14 – 25, 2008.

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources
Division
United States Department of Justice

s// Shirley Hall
Shirley Hall
412 27th Street
Virginia Beach, VA 23451
(757) 425-5200

s//Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington, D.C. 20374