**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant hereby submits the following status report pursuant to this Court's April 21, 2008 order. Counsel for Defendant has unsuccessfully attempted to speak with Plaintiff Doris Edney ("Plaintiff") concerning her plans for proceeding with her claim. Counsel for Defendant sent a letter to Plaintiff on May 5, 2008 requesting that she contact me immediately so that the parties could comply with this Court's order. Exhibit A. The United States Postal Service return receipt indicates that Plaintiff received the letter on May 13, 2008; however, counsel has not been contacted by Plaintiff. Exhibit B.

On May 16 and May 19, 2008 Counsel for Defendant attempted to call Plaintiff on the cellular phone number provided by Plaintiff's former counsel. Counsel for Defendant left messages on both occasions informing Plaintiff of our responsibility to file a joint status report pursuant to this Court's order by May 21, 2008. Undersigned counsel further informed Plaintiff that I would be out of town in connection with another case the evening of May 20, 2008. Consequently, in order for the parties to comply with the Court's order Plaintiff would need to respond to me before noon on May 20, 2008

Counsel for Defendant respectfully requests 30 days until June 20, 2008 to confer with Plaintiff. If unsuccessful, Defendant will thereafter move to dismiss Plaintiff's claims with prejudice for failure to prosecute.

Dated: May 20, 2008

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources
Division
United States Department of Justice

s//Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington, D.C. 20374

**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0506*

May 5, 2008

**Via Priority Mail, Signature Confirmation**

Ms. Doris Jean Edney
996 Lynnhaven Pkwy.
Virginia Beach, VA 23452-6310
757-468-0276 (H)
757-515-5507 (C)

Re: **Testwuide v. United States, 01-201L (Fed. Cl.) (Consolidated Action)**

Dear Ms. Edney:

I am writing regarding the above-referenced matter in which you are a plaintiff. Attached is an April 21, 2008 Court order granting your previous counsel's motion to withdraw from representing you. The Court has directed us to file a joint status report by **May 21, 2008** to inform the Court whether you intend to substitute new counsel and to propose a schedule to proceed with your claim. If you have retained new counsel please provide this letter to him, and direct him to call me as soon as possible. If you have not retained new counsel, it is imperative that you contact me immediately so that we can comply with the Court's order.

I can be reached at (202) 305-0424. Please call me no later than May 12, 2008

Sincerely,

s// Steven D. Bryant
Steven D. Bryant

Encl
April 21, 2008 Court Order

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Doris Jean Edney
996 Lynnhaven Parkway
Virginia Beach VA 23452

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)* Doris Edney

B. Date of Delivery 5/13/08

C. Signature
X Doris Edney
☐ Agent
☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)* 7005 3110 0000 3792 6695

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952