**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0506*

May 5, 2008

**Via Priority Mail, Signature Confirmation**

Ms. Doris Jean Edney
996 Lynnhaven Pkwy.
Virginia Beach, VA 23452-6310
757-468-0276 (H)
757-515-5507 (C)

Re: **Testwuide v. United States, 01-201L (Fed. Cl.) (Consolidated Action)**

Dear Ms. Edney:

I am writing regarding the above-referenced matter in which you are a plaintiff. Attached is an April 21, 2008 Court order granting your previous counsel's motion to withdraw from representing you. The Court has directed us to file a joint status report by **May 21, 2008** to inform the Court whether you intend to substitute new counsel and to propose a schedule to proceed with your claim. If you have retained new counsel please provide this letter to him, and direct him to call me as soon as possible. If you have not retained new counsel, it is imperative that you contact me immediately so that we can comply with the Court's order.

I can be reached at (202) 305-0424. Please call me no later than May 12, 2008

Sincerely,

s// Steven D. Bryant
Steven D. Bryant

Encl
April 21, 2008 Court Order