**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Doris Jean Edney
996 Lynn haven Parkway
Virginia Beach VA 23452

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)* Doris Edney

B. Date of Delivery 5/13/08

C. Signature
X Doris Edney

☐ Agent
☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
7005 3110 0000 3792 6695

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952