# In the United States Court of Federal Claims

No. 01-201L
(Filed May 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the government's motion for an enlargement of time of thirty days in which to confer and to file a joint status report with plaintiff Doris Edney. Government counsel indicates he has attempted unsuccessfully to contact Ms. Edney The motion is hereby **GRANTED**. Plaintiff Doris Edney and the defendant shall file a joint status report on or by June 20, 2008. The Clerk's Office is directed to mail a copy to Ms. Edney at the following address: 996 Lynnhaven Parkway, Virginia Beach, VA 23452.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge