# In the United States Court of Federal Claims

No. 01-201L
(Filed May 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the joint motion for an enlargement of time of seventy days in which plaintiff Shirley Hall and the government would have to file the joint status report. The motion is hereby **GRANTED**. Plaintiff Shirley Hall and the government shall file a joint status report on or by July 28, 2008. The Clerk's Office is directed to mail a copy of this order to Ms. Hall at the following address: 412 27th Street, Virginia Beach, VA 23451.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge