**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs and Defendant hereby submit the following status report regarding the pending conclusion of the Settlement and Agreement & Release ("Settlement Agreement") entered into by the parties on May 15, 2007.

I. PLAINTIFF WHO HAS NOT BEEN LOCATED

Counsel for the Plaintiffs has been unable to locate Ann Werner, 1272 Alanton Drive, Virginia Beach, Virginia 23454 despite telephone calls, written correspondence, computer searches, and the retention of a private investigator. As proposed in the previous Joint Status Report, Plaintiffs' Counsel published a website (www.searchforannwerner.com) in an attempt to constructively notify Ms. Werner of the pending settlement. Counsel received no helpful responses and, therefore, the Parties will file a joint motion to dismiss Ms. Werner's claims with prejudice.

II. PLAINTIFFS REJECTING SETTLEMENT

The following Plaintiffs have rejected the settlement:

Doris Jane Edney
Shirley Hall
Alexei and Natalija Savostyanov

The Court has allowed Plaintiffs' counsel to withdraw from representing the Plaintiffs that have rejected the settlement. Plaintiffs Alexei and Natalija Savostyanov and Doris Jane Edney have informed counsel for Defendant that they are not interested in pursuing their claims. Defendant expects to file motions with these Plaintiffs to voluntarily dismiss their claims shortly.

Since the previous Joint Status Report, the following Plaintiffs have accepted the settlement:

William III and Tracy Himchak
Gary and Mary Hubbard

III. PLAINTIFFS REFUSING TO COMPLY WITH THE TERMS OF THE SETTLEMENT AGREEMENT

The following Plaintiffs who have previously stated they accept the settlement and who still own their homes refuse to provide the United States with an avigation easement in violation of the Settlement Agreement:

Charles Flora
Buddy Matthews
Buffy Waller

The United States has filed a Motion to Enforce the Settlement Agreement as to these Plaintiffs, which remains pending.

IV. PLAINTIFFS WITHOUT A VALID PROPERTY INTEREST

Plaintiffs' counsel has determined that Plaintiff Joyce James has never owned the property (205 Dozier Lane, Virginia Beach, Virginia 23454) that she is purported to own in the Whitley v. United States (04-1331L) complaint. The United States has filed a motion to dismiss, which Plaintiffs' Counsel will not oppose. The motion is pending.

The parties have reached an agreement resolving the issues regarding Plaintiffs Charles and Betty Watkins, 3810 Atlantic Avenue, Virginia Beach, Virginia 23451 (Whitley v. United States (04-1331L) complaint).

V. AVIGATON EASEMENTS NOT YET SIGNED, REQUIRING REVISION AND/OR LIENS RELEASED

In addition to the issues noted above, there remain 11 easements that have not been finalized. Eight properties involve outstanding lien issues, two involve revised property descriptions, and one has been sent to Guam for execution. The parties are diligently working with one another to resolve these remaining issues in accordance with the Settlement Agreement.

The parties request an additional 30 days from this date within which to submit a joint status report with respect to the remaining easements and to allow the Parties to file the Joint Motion to Dismiss the claim of Ann Werner.

Respectfully submitted,

/s/ Jack E. Ferrebee
Jack Ferrebee
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12B
Virginia Beach, VA 23451
(757) 425-5200
jferrebee@hofheimer.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

/s/ Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
mwolf@quinnlaw.com
kfquinn@quinnlaw.com

Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Swain, Haddad & Morecock
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Department of the Navy
Washington, D.C. 20374