# In the United States Court of Federal Claims

No. 01-201L
(Filed May 29, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the May 27, 2008 joint status report. The Court **GRANTS** the parties' request for an additional thirty days to finalize the remaining eleven easements and to file a joint motion to dismiss the claim of Ann Werner, whom plaintiff's counsel was unable to locate. The parties shall file their next joint status report on or by **June 26, 2008.**

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge