# In the United States Court of Federal Claims

No. 01-201L
(Filed June 3, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received the motion of plaintiffs' counsel to withdraw from representation of Joyce James. The time has since passed for Ms. James to respond to the motion. The Court **GRANTS** the plaintiffs' counsel's motion to withdraw from representing Ms. James -- who was originally included in *Whitley v. United States*, No. 04-1331, which was consolidated with *Testwuide v. United States* on February 14, 2005.

The Clerk of the Court shall note that Ms. James is considered *pro se* until she notifies the Court of identification of new counsel. The Clerk is directed to open a new case entitled *Joyce James v. United States*, beginning with this pleading and a copy of the original complaint from *Whitley v. United States*, No. 04-1331. The case shall be easily identifiable as a derivative case of *Testwuide v. United States*. The new case shall not be designated as an electronic case.

Also pending before the Court is the government's motion to dismiss Ms. James' claim, which will be considered under the new docket number for *James v. United States*. This motion was filed on the same day as plaintiff's counsel's motion to withdraw from representing Ms. James. It is not clear to the Court that Ms. James was served with the motion to dismiss or given a copy by her former counsel. To ensure that Ms. James is aware of this pending motion, the Court directs the Clerk to mail a copy of the government's motion to dismiss along with this order to Ms. James at the following address: 940 Maximus Square, Apartment 101, Virginia Beach, VA 23451-6332.

Because it is unclear to the Court as to whether Ms. James received a copy of the government's motion, the Court will provide Ms. James with extra time in which to respond. Ms. James shall respond to the government's motion to dismiss on or before **July 7, 2008**.

**IT IS SO ORDERED**.

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge