**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROLE AND ROBERT TESTWUIDE, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-201L |
| | ) | Honorable Victor J. Wolski |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO VOLUNTARILY DISMISS PLAINTIFFS ALEXEI AND NATALIJA SAVOSTYANOV**

Plaintiffs Alexei and Natalija Savostyanov, *pro se,* and Defendant, United States, hereby jointly move to dismiss the Savostyanovs' claim in the consolidated action concerning 863 Park Place Drive, Virginia Beach, Virginia 23451.[1] The Savostyanovs were included in the Whitley v. United States Complaint, No. 04-1331L (Filed August 16, 2004), alleging a taking of the property by the United States as a result of flight operations of F/A-18 C/D aircraft at Naval Air Station Oceana. Whitley v. United States was consolidated with other related cases under Testwuide v. United States on February 14, 2005.

The Savostyanovs have received the Court's April 21, 2008 order granting their previous counsel's motion to withdraw from representing them. The Savostyanovs have not sought new counsel to represent them, because they do not wish to pursue their alleged claim. Consequently, the Savostyanovs are requesting that their claims be voluntarily dismissed with prejudice.

[1] The Savostyanovs sold this property and now live at 1776 Aquamarine Drive, Virginia Beach, Virginia 23456.

## CONCLUSION

For the foregoing reasons, Plaintiffs Alexei and Natalija Savostyanov, *pro se,* and Defendant respectfully move this Court to dismiss Plaintiffs Alexei and Natalija Savostyanov, 863 Park Place Drive, Virginia Beach, Virginia 23451 with prejudice.

Dated: this 6th day of ~~May~~ June, 2008

Respectfully submitted,

Alexei Savostyanov
1776 Aquamarine Drive
Virginia Beach, Virginia 23456

Natalija Savostyanov
1776 Aquamarine Drive
Virginia Beach, Virginia 23456

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources Division
United States Department of Justice

Steven D. Bryant
Environmental & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3120
Washington, D.C. 20004
Counsel for Defendant
steven.bryant@usdoj.gov
202-305-0424

Of Counsel:
Robert J. Smith
Navy Litigation Office
720 Kennon Street
Washington Navy Yard, D.C. 20374