# In the United States Court of Federal Claims

No. 01-201L
(Filed June 9, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received the joint motion to voluntarily dismiss, with prejudice, the claim of plaintiffs Alexei and Natalija Savostyanov. The Court **GRANTS** the motion to dismiss. The claim of plaintiffs Alexei and Natalija Savostyanov, who were originally included in *Whitley v. United States*, No. 04-1331, is dismissed with prejudice. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge