# In the United States Court of Federal Claims

No. 01-201L
(Filed June 11, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received the joint motion to voluntarily dismiss, with prejudice, the claim of plaintiffs Alexei and Natalija Savostyanov. Pursuant to Rule 54(b) of the Rules of the U.S. Court of Federal Claims, there being no just reason for delay, the Clerk is directed to enter judgment dismissing, with prejudice, plaintiffs Alexei and Natalija Savostyanov, who were originally included in *Whitley v. United States*, No. 04-1331.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge