IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CAROL AND ROBERT TESTWUIDE, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.: 01-201L
(Judge Victor J. Wolski)

**DEFENDANT'S STATUS REPORT**

Defendant hereby submits the following status report in lieu of the Joint Status Report directed by the Court in its May 21, 2008 order, and requests that the Court conduct a telephonic status conference with Plaintiff and counsel for Defendant. Counsel for Defendant spoke with Plaintiff Doris J. Edney ("Plaintiff") in three phone calls between May 27 and May 28, 2008 concerning her claim.[1] Plaintiff informed counsel for Defendant that she does not understand why she is a plaintiff because she never sought to participate in the litigation and would like her claim withdrawn. Counsel for Defendant provided Plaintiff with a draft joint motion to voluntarily dismiss her claim with prejudice. Rather than signing the motion or proposing edits, Plaintiff faxed counsel for Defendant a letter on June 9, 2008 reiterating her desire to have her claim withdrawn and her statement that she never intended to participate in the litigation. Exhibit A. On June 9, 2008, counsel for Defendant left a voicemail for Plaintiff stating that a request to be withdrawn from the litigation should be directed to the Court in the form of a motion rather than a letter to counsel for Defendant. Counsel for Defendant followed up with an

[1] Plaintiff's daughter participated in one of the phone calls as well.

e-mail to Plaintiff's daughter with the same information on June 10, 2008. Counsel for Defendant has not received additional correspondence, telephone calls, or e-mails from Plaintiff or her daughter since.

Based on the foregoing, counsel for Defendant respectfully requests that the Court conduct a telephonic status conference with the parties to confirm Plaintiff's request to be dismissed.

Dated: June 11, 2008

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources
Division
United States Department of Justice

s//Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington, D.C. 20374

CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of June 2008, a true and correct copy of the foregoing **DEFENDANT'S STATUS REPORT** was sent by overnight courier (Federal Express), postage prepaid, to Plaintiff:

Ms. Doris J. Edney
996 Lynnhaven Parkway
Virginia Beach, Virginia 23452

s//Steven D. Bryant
Steven D. Bryant

Doris J. Edney
996 Lynnhaven Parkway
Virginia Beach, VA 23452

June 9, 2008

Steve Bryant
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington D.C. 20044-0663

Mr. Bryant,

Let it be noted for the records that I, Doris J. Edney, residing at 996 Lynnhaven Parkway, Virginia Beach, Virginia 23452, never requested nor sought legal counsel to participate in any litigation pertaining to jet noise. I request that any claim currently pending before the court is withdrawn.

Sincerely,

Doris J. Edney

Doris J. Edney