Doris J. Edney
996 Lynnhaven Parkway
Virginia Beach, VA 23452

June 9, 2008

Steve Bryant
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington D.C. 20044-0663

Mr. Bryant,

Let it be noted for the records that I, Doris J. Edney, residing at 996 Lynnhaven Parkway, Virginia Beach, Virginia 23452, never requested nor sought legal counsel to participate in any litigation pertaining to jet noise. I request that any claim currently pending before the court is withdrawn.

Sincerely,

Doris J. Edney

Doris J. Edney