# In the United States Court of Federal Claims

No. 01-201L
(Filed June 17, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **CAROL & ROBERT TESTWUIDE, et al.,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to conversations Chambers held with the defendant and plaintiff Doris J. Edney, the Court hereby schedules a status conference to be held by telephone on Friday, June 20, 2008, at 10:30 a.m. At this conference, the parties shall discuss Ms. Edney's further participation in the case. The Clerk is directed to mail a copy of this Order to Ms. Edney at the following address: 996 Lynnhaven Parkway, Virginia Beach, VA 23452.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge