**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs and Defendant hereby submit the following status report regarding the pending conclusion of the Settlement and Agreement & Release ("Settlement Agreement") entered into by the parties on May 15, 2007.

I. PLAINTIFF WHO HAS NOT BEEN LOCATED

Counsel for the parties have prepared a joint motion to dismiss with prejudice the claim of Ann Werner, the plaintiff who could not be located. The motion will be filed as soon as possible.

II. PLAINTIFFS REJECTING SETTLEMENT

Plaintiffs Doris Jane Edney and Shirley Hall are the remaining plaintiffs who have rejected the settlement. Counsel for Plaintiffs has withdrawn their appearance on behalf of both (with the Court's approval). The Court has scheduled a status conference to address the procedure for addressing the claim of Ms. Edney, and a Joint Status Report is scheduled to be filed in July for the claim of Ms. Hall.

III. PLAINTIFFS REFUSING TO COMPLY WITH THE TERMS OF THE SETTLEMENT AGREEMENT

The following Plaintiffs who have previously stated they accept the settlement and who still own their homes still refuse to provide the United States with an avigation easement:

Charles Flora
Buddy Matthews
Buffy Waller

The United States has filed a Motion to Enforce the Settlement Agreement as to these Plaintiffs, which remains pending. These Plaintiffs have been sent copies of the Motions and been informed that Plaintiffs' Counsel cannot represent them with regard to these Motions.

## IV. PLAINTIFFS WITHOUT A VALID PROPERTY INTEREST

The United States has filed a motion to dismiss the claim of Plaintiff Joyce James (205 Dozier Lane, Virginia Beach, Virginia 23454), which Plaintiffs' Counsel will not oppose. The motion is pending.

## V. AVIGATON EASEMENTS NOT YET SIGNED, REQUIRING RELEASE OF LIENS

In addition to the issues noted above, there remain 9 properties that have not been finalized. Eight properties involve outstanding lien issues, and one has been sent to Guam for execution. The parties are diligently working with one another to resolve these remaining issues in accordance with the Settlement Agreement.

The parties request an additional 30 days from this date within which to submit a joint status report with respect to the remaining easements.

## VI. STATUS OF PLAINTIFFS' ATTORNEY OF RECORD

Plaintiffs' Attorney of Record pursuant to RCFC 83.1(c)(1), Jack E. Ferrebee, is retiring from the practice of law. Plaintiffs request that Martin E. Wolf be substituted as Attorney of Record in his place.

Respectfully submitted,

/s/ Martin E. Wolf
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
kfquinn@quinnlaw.com

Jack E. Ferrebee
Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

/s/ Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Department of the Navy
Washington, D.C. 20374

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Swain, Haddad & Morecock
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com