# In the United States Court of Federal Claims

No. 01-201L
(Filed June 30, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CAROL & ROBERT TESTWUIDE, et al.,** *
Plaintiffs, *
v. *
**THE UNITED STATES,** *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the June 26, 2008 joint status report. The Clerk is directed to substitute Martin E. Wolf as the plaintiffs' attorney of record pursuant to Rule 83.1(c)(4) of the Rules of the U.S. Court of Federal Claims.

The parties shall file their next joint status report on or by **July 28, 2008**.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge