# In the United States Court of Federal Claims

No. 01-201L
(Filed July 2, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A joint motion has been filed to dismiss the claim of Ann Werner, which was originally included in *Whitley v. United States*, No. 04-1331. It appears Ms. Werner has moved and provided her attorneys no means by which she might be contacted. For several months, reasonable and repeated efforts have been made to locate her so that she may be informed of the settlement of this consolidated matter, to no avail. Accordingly, the joint motion to dismiss the claim of Ms. Werner for failure to prosecute, under Rule 41(b) of the Rules of the United States Court of Federal Claims, is **GRANTED**. Ms. Werner's claim is dismissed without prejudice.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge