**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CAROLE and ROBERT TESTWUIDE, et al.,

*Plaintiffs*,

v.

THE UNITED STATES OF AMERICA,

*Defendant.*

No.: 01-201L
(Honorable Victor J. Wolski)

**MOTION TO SUBSTITUTE MARTIN E. WOLF AS COUNSEL OF RECORD PURSUANT TO RCFC 83.1**

Pursuant to RCFC 83.1, Plaintiffs move to substitute Martin E. Wolf as Counsel of Record in the captioned case, and all the consolidated cases under this caption namely:

*Burlage v. United States*, No. 04-120L
*Adams v. United States*, No. 04-279L
*Anderson v. United States*, No. 04-333L
*Beagle v. United States*, No. 04-1176L
*Aralar v. United States*, No. 04-1280L
*Whiteley v. United States*, No. 04-1331L
*Price v. United States*, No. 04-1718L
*Mack v. United States*, No. 05-628L

Attached to this motion and made a part hereof is the Affidavit of Appointment pursuant to RCFC 83.1(c)(4). A copy of this motion is being served on all prior Counsel of Record in all the consolidated case. Notice is hereby given that prior Counsel of Record shall have 14 days from the date of service to show cause why this motion should not be granted.

WHEREFORE, Plaintiffs ask that the Court substitute Martin E. Wolf as Counsel of Record pursuant to RCFC 83.1.

Respectfully submitted,

/s/ Martin E. Wolf

Martin E. Wolf
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
mwolf@quinnlaw.com

Counsel for Plaintiffs

Of Counsel:

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
(410) 825-2300
kfquinn@quinnlaw.com

Jack E. Ferrebee
Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
jferrebee@hoflaw.com
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles B. Lustig
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Blvd., Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
tshuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Substitute Martin E. Wolf as Counsel of Record Pursuant to RCFC 83.1 was served this 18th day of July, 2008, by first class mail, postage prepaid on:

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204

Jack E. Ferrebee
Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles B. Lustig
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Blvd., Suite 300
Virginia Beach, Virginia 23452

/s/ Martin E. Wolf
Martin E. Wolf