**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CAROLE and ROBERT TESTWUIDE, et al.,

*Plaintiffs*,

v.

THE UNITED STATES OF AMERICA,

*Defendant*.

No.: 01-201L
(Honorable Victor J. Wolski)

**AFFIDAVIT OF APPOINTMENT OF MARTIN E. WOLF**

I, Martin E. Wolf, having been duly sworn, testify as follows:

1. I am a member of the Bar of this Court, one of the attorneys representing the Plaintiffs in these consolidated cases, over 18 years of age, and otherwise fully competent to testify to the matters set forth in this Affidavit.

2. I have been appointed to act as Counsel of Record pursuant to RCFC 83.1 on behalf of the Plaintiffs in the captioned case and the consolidated cases under this caption namely:

*Burlage v. United States*, No. 04-120L
*Adams v. United States*, No. 04-279L
*Anderson v. United States*, No. 04-333L
*Beagle v. United States*, No. 04-1176L
*Aralar v. United States*, No. 04-1280L
*Whiteley v. United States*, No. 04-1331L
*Price v. United States*, No. 04-1718L
*Mack v. United States*, No. 05-628L

Date: July 17, 2008

Martin E. Wolf

Sworn and subscribed before me, a notary public of the State of Maryland, this 17th day of July, 2008.

[Notary Seal]

DARLENE J. SLOAT
NOTARY PUBLIC
BALTIMORE COUNTY, MD

Darlene Sloat
Notary Public

My commission expires: 4/1/2010