# In the United States Court of Federal Claims

No. 01-201L
(Filed July 24, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to conversations Chambers held with the defendant, with plaintiff Buddy Matthews, and with plaintiffs' counsel, Martin Wolf (who states he cannot represent Mr. Mathews for purposes of the pending motion), the Court hereby schedules a status conference to be held by telephone on Tuesday, July 29, 2008, at 1:30 p.m. At this conference, the parties shall discuss the government's motion to enforce the settlement agreement against Mr. Matthews. The Clerk is directed to mail a copy of this Order to Mr. Matthews at the following address: 217 68th Street, Virginia Beach, Virginia 23451.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge