# In the United States Court of Federal Claims

No. 01-201L
(Filed July 25, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 11, 2008, the government filed with the Court a status report detailing its attempts to contact Doris J. Edney regarding her claim. Attached to this status report was a copy of a letter that Ms. Edney sent to the government asking to be removed from the suit. Chambers on one occasion spoke with Ms. Edney regarding this issue but she has since not returned telephone calls regarding her claim. While it appears from her letter to government counsel that Ms. Edney seeks the dismissal of her claim, this is usually accomplished by the filing of a motion with the Court asking that the claim be voluntarily dismissed.

To facilitate the dismissal of this claim, the Court hereby orders Ms. Edney to file with the Court, on or by **August 8, 2008**, either a motion requesting that her claim be voluntarily dismissed, or a status report indicating her intention to litigate the matter. If Ms. Edney fails to submit either document, the Court will dismiss her claim for failure to prosecute, under Rule 41(b) of the Rules of the United States Court of Federal Claims. Any questions that Ms. Edney has concerning this order should be directed to the Court's law clerk, Laura Appleby, at 202-357-6671. The Clerk is directed to mail a copy of this Order to Ms. Edney at the following address: 996 Lynnhaven Parkway, Virginia Beach, VA 23452.

**IT IS SO ORDERED**.

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge