**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant hereby submits the following status report with respect to Plaintiff Shirley Hall in lieu of the Joint Status Report directed by the Court in its May 21, 2008 order, and requests that the Court conduct a telephonic status conference with Plaintiff and counsel for Defendant. Counsel for Defendant spoke on the phone with Plaintiff Shirley Hall ("Plaintiff") twice, on May 19th and May 20, 2008, concerning her claim. Plaintiff informed counsel for Defendant that she wanted additional time to decide whether to retain counsel, proceed *pro se*, or dismiss her claim. On May 20, 2008, the parties submitted a joint status report wherein Plaintiff requested 70 days additional time, until today, July 28, 2008, to make these decisions, and assuming she intended to pursue her claim, to propose a schedule today. In its May 21, 2008 order, the Court granted the parties' request to submit a status report today.

Undersigned counsel followed up with a letter to Plaintiff attaching the parties May 20, 2008 status report and this Court's order. Exhibit A. Counsel for Defendant requested that Plaintiff inform him by July 14, 2008 whether she intended to pursue her claim in order for the parties to coordinate on a discovery schedule. Alternatively, if

Plaintiff decided not to pursue her claim, counsel informed Plaintiff that the parties would need to file a joint motion to dismiss her claim.

On July 10, 2008, counsel for Defendant left voicemail messages at three phone numbers provided by Plaintiff (or her former counsel) requesting that she (or her counsel if she is now represented) contact him immediately so that the parties could comply with the Court's order. Plaintiff has not responded.

Based on the foregoing, counsel for Defendant respectfully requests that the Court conduct a telephonic status conference with the parties to determine whether Plaintiff intends to pursue her claim.

Dated: July 28, 2008

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources
Division
United States Department of Justice

s//Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington, D.C. 20374

CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of July 2008, a true and correct copy of the foregoing **DEFENDANT'S STATUS REPORT** was sent by overnight courier (Federal Express), postage prepaid, to Plaintiff:

Ms. Shirley Hall
412 27th Street
Virginia Beach, VA 23451

s//Steven D. Bryant
Steven D. Bryant