**U.S. Department of Justice**

Environment and Natural Resources Division

SDB
90-1-23-10297

*Natural Resources Section*
*P.O. Box 663*
*Washington, DC 20044-0663*

*Telephone (202) 305-0424*
*Facsimile (202) 305-0506*

May 27, 2008

**Via Priority Mail, Signature Confirmation**

Ms. Shirley Hall
412 27th Street
Virginia Beach, VA 23451
757-422-1410 (H)
757-333-2870 (C)

Re: **Testwuide v. United States, 01-201L (Fed. Cl.) (Consolidated Action)**

Dear Ms. Hall:

Enclosed are the May 20, 2008 joint status report and the Court's order granting your request for additional time to decide whether you intend to pursue your overflight takings claim. The order requires us to file a joint status report on or by **July 28, 2008**. Please let me know as soon as possible whether you intend to pursue your claim. If you decide to proceed with the litigation then we will need to propose a discovery schedule to the Court in that status report, and it will take some coordination in advance of July 28, 2008. Consequently, inform me no later than **July 14, 2008** whether you intend to pursue your claim. If you retain counsel please provide this letter to him, and direct him to call me as soon as possible. Alternatively, if you decide not to pursue your claim we will need to file a joint motion to dismiss your claim.

Please be advised that I will move to dismiss your claim for failure to prosecute if I do not hear from you regarding your decision on proceeding with the litigation. I can be reached at (202) 305-0424. Again, please call me no later than July 14, 2008.

Sincerely,

s// Steven D. Bryant
Steven D. Bryant

Enclosures
May 20, 2008 Joint Status Report
May 21, 2008 Court Order