**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., Plaintiffs, | ) | |
| v. | ) | No.: 01-201L (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs and Defendant hereby submit the following status report regarding the pending conclusion of the Settlement and Agreement & Release ("Settlement Agreement") entered into by the parties on May 15, 2007.

I. PLAINTIFFS REJECTING SETTLEMENT

Plaintiffs Doris Jane Edney and Shirley Hall are the remaining plaintiffs that rejected the settlement. Counsel for Plaintiffs no longer represents either of these plaintiffs. Ms. Edney's claim is the subject of an order issued by the Court on July 25, 2008. Ms. Hall's claim will be addressed in a separate status report Defendant will submit to the Court today.

II. PLAINTIFFS REFUSING TO COMPLY WITH THE TERMS OF THE SETTLEMENT AGREEMENT

The following Plaintiffs said they accepted the settlement and still own their homes but have refused to provide the United States with an avigation easement:

Charles Flora
Buddy Matthews
Buffy Waller

The United States has filed a Motion to Enforce the Settlement Agreement as to these Plaintiffs, which remains pending. The Court has scheduled a status conference with Mr. Matthews and undersigned counsel for July 29, 2008.

III. PLAINTIFFS WITHOUT A VALID PROPERTY INTEREST

The United States' Motion to Dismiss Plaintiff Joyce James (205 Dozier Lane, Virginia Beach, Virginia 23454) is pending. The Court has severed Ms. James from the present case and opened a new case in her name.

IV. AVIGATON EASEMENTS NOT YET SIGNED, REQUIRING REVISION AND/OR LIENS RELEASED

In addition to the issues noted above, there remain seven easements with outstanding issues. The parties are working to resolve one of these easements. It does not appear that the remaining six easements will be resolvable. The parties are discussing a mutually agreeable deduction from the settlement funds to address these easements.

The parties request an additional 60 days from this date within which to submit a joint status report with respect to these seven easements (or six easements if the seventh is resolved).

Respectfully submitted,

/s/ Martin E. Wolf
Martin E. Wolf
Quinn, Gordon & Wolf, Chtd
40 W. Chesapeake Avenue
Towson, Maryland 21204
(757) 425-5200
mwolf@quinnlaw.com

/s/ Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax

steven.bryant@usdoj.gov

Attorney of Record for
Plaintiffs pursuant to
Rule 83.1(c)(1)

Of counsel:

Kieron F. Quinn
Quinn, Gordon & Wolf, Chtd
40 W. Chesapeake Avenue
Towson, Maryland 21204
kfquinn@quinnlaw.com

Jack E. Ferrebee
Charles R. Hofheimer
Kristen D. Hofheimer
Hofheimer/Ferrebee, P.C.
1060 Laskin Road, Suite 12-B
Virginia Beach, Virginia 23451
(757) 425-5200
chofheimer@hoflaw.com
khofheimer@hoflaw.com

Thomas Shuttleworth
Stephen C. Swain
Lawrence Woodward
Charles Lustig
Shuttleworth, Ruloff, Giordano & Swain
4525 South Boulevard, Suite 300
Virginia Beach, Virginia 23452
(757) 671-6000
shuttleworth@srgslaw.com
sswain@srgslaw.com
lwoodward@srgslaw.com
clustig@srgslaw.com

Attorney of Record for
Defendant pursuant to
Rule 83.1(c)(1)

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington, D.C. 20374