# In the United States Court of Federal Claims

No. 01-201L
(Filed July 30, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CAROL & ROBERT TESTWUIDE, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to conversations Chambers held with the defendant and with plaintiff Shirley Hall, who is now representing herself in this matter, the Court hereby schedules a status conference to be held by telephone on Friday, August 1, 2008, at 10:00 a.m. At this conference, Ms. Hall and defendant's counsel shall discuss how they intend to proceed with Ms. Hall's claim. The Clerk is directed to mail a copy of this Order to Ms. Hall at the following address: 412 27th Street, Virginia Beach, Virginia 23451.

**IT IS SO ORDERED**.

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge