# In the United States Court of Federal Claims

No. 01-201L
(Filed August 4, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **CAROL & ROBERT TESTWUIDE, et al.,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to conversations Chambers held with counsel for the defendant and with plaintiff Shirley Hall, who is now representing herself in this matter, the Court hereby reschedules the status conference that was originally to be held last Friday, August 1, 2008. The status conference will now be held by telephone on Tuesday, August 5, 2008, at 10:30 a.m. At this conference, Ms. Hall and defendant's counsel shall discuss how they intend to proceed with Ms. Hall's claim. The Clerk is directed to mail a copy of this Order to Ms. Hall at the following address: 412 27th Street, Virginia Beach, Virginia 23451.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge