# In the United States Court of Federal Claims

No. 01-201L
(Filed August 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Today, the Court held a status conference by telephone between plaintiff Shirley Hall and government counsel. As was discussed at the conference, Ms. Hall must determine whether she wants to hire counsel or continue to represent herself, and whether she desires to bring the case to trial or has reconsidered the possibility of settlement. During the week of September 1, 2008, Ms. Hall (or her attorney if she has one) shall contact government counsel to discuss what Ms. Hall has chosen to do. A joint status report shall be filed with the Court on or by **September 12, 2008**. The Clerk is directed to mail a copy of this Order to Ms. Hall at the following address: 412 27th Street, Virginia Beach, Virginia 23451.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge