# In the United States Court of Federal Claims

No. 01-201L
(Filed August 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received plaintiffs' motion to substitute Martin E. Wolf as Counsel of Record pursuant to Rule 83.1 of the Rules of the United States Court of Federal Claims (RCFC). Mister Wolf provided proper notice to prior counsel of record pursuant to RCFC 83.1(c)(4). The Court directs the Clerk of the Court to substitute Martin J. Wolf as Counsel of Record in *Testwuide v. United States*, No. 01-201, and the following cases: *Burlage v. United States*, No. 04-120; *Adams v. United States*, No. 04-279; *Anderson v. United States*, No. 04-333; *Beagle v. United States*, No. 04-1176; *Aralar v. United States*, No. 04-1280; *Whitley v. United States*, No. 04-1331; *Price v. United States*, No. 04-1718; and *Mack v. United States*, No. 05-628.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge