# In the United States Court of Federal Claims

No. 01-201L
(Filed August 13, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 25, 2008, the Court issued an Order requiring that Doris Edney, a plaintiff in the case, file with the Court on or by August 8, 2008, either a motion requesting that her claim be voluntarily dismissed, or a status report indicating her intention to litigate the matter. The Court noted that if Ms. Edney failed to submit either document, it would dismiss her claim for failure to prosecute under Rule 41(b) of the Rules of the United States Court of Federal Claims (RCFC). The Court has received no filing from Ms. Edney. Accordingly, pursuant to RCFC 41(b), the Court **DISMISSES** the claim of Ms. Edney for failure to prosecute. Ms. Edney's claim is dismissed without prejudice.

**IT IS SO ORDERED**.

/s Victor J. Wolski
**VICTOR J. WOLSKI**
Judge