# In the United States Court of Federal Claims

No. 01-201L
(Filed September 4, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to conversations Chambers has had with the plaintiff Charles Flora, the plaintiff's counsel, and the defendant, the Court hereby schedules a status conference to be held by telephone on Monday, **September 8, 2008** at 9 a.m. (Chambers will place the call.) At this conference, the parties shall discuss the government's motion to enforce the settlement agreement against Mr. Flora.

The Clerk is directed to mail a copy of this Order to Mr. Flora at the following address: 404 Gregory Lane, Virginia Beach, Virginia 23451.

**IT IS SO ORDERED**.

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge