# In the United States Court of Federal Claims

No. 01-201L
(Filed September 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CAROL & ROBERT TESTWUIDE, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference was held this morning by telephone with the plaintiff Mr. Charles Flora, the plaintiff's counsel, and the defendant's counsel. As a result of this conference, the government's pending Motion to Enforce the Settlement Agreement with Respect to Plaintiffs Flora, Matthews and Waller (No. 269), filed May 19, 2008, is now moot with respect to Mr. Flora. Counsel for the plaintiff and for the defendant represented that they would work together to resolve whether Mr. Flora's family members will need to sign the avigation easement.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge