**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(E-filed September 11, 2008)

| | | |
|---|---|---|
| CAROL AND ROBERT TESTWUIDE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: 01-201L |
| | ) | (Judge Victor J. Wolski) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant hereby submits the following status report with respect to Plaintiff Shirley Hall in lieu of the Joint Status Report directed by the Court in its August 5, 2008 order. The order referenced the telephonic status conference conducted earlier the same day where Plaintiff requested and the Court granted additional time to decide whether she intends to pursue her claim. The Court's order stated, in part, that:

> Ms. Hall must determine whether she wants to hire counsel or continue to represent herself, and whether she desires to bring the case to trial or has reconsidered the possibility of settlement. During the week of September 1, 2008 Ms. Hall (or her attorney if she has one) shall contact government counsel to discuss what Ms. Hall has chosen to do.

Undersigned counsel was not contacted by Plaintiff or counsel on her behalf during the week of September 1, 2008.

On September 8, 2008, counsel for Defendant left a voicemail message for Plaintiff reminding her that she (or her counsel if she is represented) was required to contact counsel for Defendant last week to indicate her intentions with respect to her claim, as well as the parties' joint obligation to file a status report by September 12, 2008. Undersigned counsel further advised that he would be out of the office on military leave

September 11-12, 2008, and therefore, requested that Plaintiff (or her counsel) return the call by September 9, 2008. As of this filing, Plaintiff has not responded.

Plaintiff has had an inordinate amount of time to determine whether she intends to pursue her claim, but has failed to do so. The settlement agreement, which Plaintiff rejected, was executed on May 15, 2007. On April 21, 2008 this Court granted Plaintiff's counsel's motion to withdraw from representing Plaintiff, and ordered Plaintiff to inform the Court by May 21, 2008 whether she intended to substitute new counsel and pursue her claims. Plaintiff has been given two extensions of time totaling an additional 100 days to inform the Court whether she intends to pursue her claims. Defendant intends to file a motion to dismiss Plaintiffs' claims with prejudice for failure to prosecute unless the Court directs an alternative procedure. See Claude E. Atkins Enter., Inc. v. United States, 899 F.2d 1180 (Fed. Cir. 1990); Kadin Corp. v. United States, 782 F.2d 175 (Fed. Cir. 1986).

Dated: September 11, 2008

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environmental & Natural Resources
Division
United States Department of Justice

s//Steven D. Bryant
Steven D. Bryant
Environment & Natural Resources
Division
Department of Justice
Washington, D.C. 20044-0663
(202) 305-0424
(202) 305-0506 fax
steven.bryant@usdoj.gov

Attorney of Record for
Defendant pursuant to

Of counsel:

Robert J. Smith
Navy Litigation Office
720 Kennon Street
Rm. 233
Washington, D.C. 20374

CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of September 2008, a true and correct copy of the foregoing **DEFENDANT'S STATUS REPORT** was sent by overnight courier (Federal Express), postage prepaid, to Plaintiff:

Ms. Shirley Hall
412 27th Street
Virginia Beach, VA 23451

s//Steven D. Bryant
Steven D. Bryant